**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>                                   Plaintiffs, <br> v. <br> ASUSTEK COMPUTER INC., <br> ASUS COMPUTER INTERNATIONAL, <br>                                   Defendant. | C.A. No. 15-1125-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>                                   Plaintiffs, <br> v. <br> HTC CORP., <br> HTC AMERICA, <br>                                   Defendants. | C.A. No. 15-1126-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>                                   Plaintiffs, <br> v. <br> VISUAL LAND, INC. <br>                                   Defendants. | C.A. No. 15-1127-GMS <br><br> JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1128-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| SOUTHERN TELECOM, INC., | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1129-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| DIGITAL PRODUCTS INTERNATIONAL, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1130-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD., | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YIFANG USA, INC. D/B/A E-FUN, INC., ) <br> ) <br> Defendant. ) | C.A. No. 15-1131-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACER INC., ) <br> ACER AMERICA CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 15-1170-UNA <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael P. Sandonato, John D. Carlin, Daniel A. Apgar and Jonathan M. Sharret of Fitzpatrick, Cella, Harper & Scinto to represent Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in the above-captioned matters.

ME1 21638408v.1

| | |
|---|---|
| Dated: December 22, 2015 | McCARTER & ENGLISH, LLP |
| Of Counsel: | /s/ Benjamin A. Smyth<br>Michael P. Kelly (#2295) |
| Michael P. Sandonato<br>John D. Carlin<br>Daniel A. Apgar<br>Jonathan M. Sharret<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>Tel: (212) 218-2100<br>Fax: (212) 218-2200<br>msandonato@fchs.com<br>jcarlin@fchs.com<br>dapgar@fchs.com<br>jsharret@fchs.com | Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com<br><br>*Attorneys for Plaintiffs* |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                                                            **United States District Judge**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 12/11/15

Michael P. Sandonato
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 12/11/15

John D. Carlin
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
jcarlin@fchs.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _____12/14/2015_____

Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
jsharret@fchs.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _Daniel Apgar_

Date: _12/14/15_

Daniel A. Apgar
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
jsharret@fchs.com