IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 15-1170 (GMS) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Michael J. Newton, Patrick J. Flinn, Ross Barton, Derek Neilson, Sang (Michael) Lee and Xavier Brandwajn of the law firm of ALSTON & BIRD LLP to represent Defendants Acer Inc. and Acer America Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants*

February 9, 2016

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael J. Newton, Patrick J. Flinn, Ross Barton, Derek Neilson, Sang (Michael) Lee and Xavier Brandwajn is granted.

Date: _____    _____
United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: February 9, 2016              Signed: _____
                                     Michael J. Newton
                                     Texas State Bar No. 24003844
                                     California State Bar No. 156225
                                     Alston & Bird LLP
                                     2828 N. Harwood Street, Suite 1800
                                     Dallas, TX 75201-2139
                                     Phone: 214-922-3423
                                     Fax: 214-922-3863
                                     mike.newton@alston.com

                                     *Attorneys for Defendants Acer Inc. and Acer America Corporation*

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: February 9, 2016

Signed: _____
Derek Neilson
Texas State Bar No. 24072255
Alston & Bird LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Phone: 214-922-3409
Fax: 214-922-3839
derek.neilson@alston.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: February 9, 2016

Signed: _____
Sang (Michael) Lee
Texas State Bar No. 24083378
Alston & Bird LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Phone: 214-922-3464
Fax: 214-922-3894
michael.lee@alston.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.


Dated: February 9, 2016                    Signed: _____
                                           Patrick J. Flinn
                                           Georgia State Bar No. 264540
                                           California State Bar No. 104423
                                           Alston & Bird LLP
                                           1201 West Peachtree Street, Suite 4900
                                           Atlanta, GA 30309-3424
                                           Phone: 404-881-7920
                                           Fax: 404-253-8370
                                           patrick.flinn@alston.com


                                           *Attorneys for Defendants Acer Inc. and Acer America Corporation*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: February 9, 2016                Signed: _____
                                       Xavier M. Brandwajn
                                       California State Bar No. 246218
                                       Alston & Bird LLP
                                       1950 University Avenue, 5th Floor
                                       East Palo Alto, CA 94303
                                       Phone: 650-838-2000
                                       Fax: 650-838-2001
                                       xavier.brandwajn@alston.com

                                       *Attorneys for Defendants Acer Inc. and Acer America Corporation*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and the State of North Carolina and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: February 9, 2016

Signed: /s/ Ross R. Barton
Ross R. Barton
Virginia State Bar No. 67937
North Carolina State Bar No. 37179
Alston & Bird LLP
101 South Tryon St., Suite 4000
Charlotte, NC 28280-4000
Phone: 704-444-1000
Fax: 704-444-1111
ross.barton@alston.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 9, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)