**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br> <br> Plaintiffs, <br> <br> v. <br> <br> ASUSTEK COMPUTER INC., <br> ASUS COMPUTER INTERNATIONAL, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1125-GMS <br> <br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br> <br> Plaintiffs, <br> <br> v. <br> <br> HTC CORP., <br> HTC AMERICA, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1126-GMS <br> <br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br> <br> Plaintiffs, <br> <br> v. <br> <br> VISUAL LAND, INC. <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1127-GMS <br> <br> JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SOUTHERN TELECOM, INC.,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1128-GMS<br><br>JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1131-GMS<br><br>JURY TRIAL DEMANDED |

2

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1170-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORTS

WHEREAS, Plaintiffs in the above-captioned actions will file First Amended Complaints in each of the above-captioned actions on or before April 11, 2016;

WHEREAS, in each of the above-captioned actions, the Court has ordered that a Joint Status Report be submitted;

WHEREAS, all parties to the above-captioned actions are in agreement that Defendants should have an opportunity to consider Plaintiffs' First Amended Complaints before submitting the Joint Status Report; and

WHEREAS, all Defendants in the above-captioned actions agree to submit their Joint Status Reports on the same date, including Defendants in Civil Action No. 15-1130-GMS who have not yet responded to any Complaint;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the parties in each of the above-captioned actions shall have an extension of time until May 5, 2016 to conduct a Rule 26(f) conference and submit a Joint Status Report.

3

| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Rodger D. Smith |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 658-9200 |
| (302) 984-6300 | rsmith@mnat.com |
| mkelly@mccarter.com | etennyson@mnat.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | Michael J. Newton |
|  | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | Patrick J. Flinn |
| 1290 Avenue of the Americas | ALSTON & BIRD LLP |
| New York, New York 10104-3800 | 1201 West Peachtree Street, Suite 4900 |
| Tel: (212) 218-2100 | Atlanta, GA 30309-3424 |
| Fax: (212) 218-2200 | |
| msandonato@fchs.com | Xavier M. Brandwajn |
| jcarlin@fchs.com | ALSTON & BIRD LLP |
| dapgar@fchs.com | 1950 University Avenue, 5th Floor |
| jsharret@fchs.com | East palo Alto, CA 94303 |
| *Attorneys for Plaintiffs* | Ross R. Barton |
|  | ALSTON & BIRD LLP |
|  | 101 South Tyron Street, Suite 4000 |
|  | Charlotte, NC 28280-4000 |
|  | (704) 444-1000 |
|  | *Attorneys for Defendants Acer, Inc., Acer America Corporation, Asustek Coumputer Inc. and Asus Computer International* |

4

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |

/s/ Anne Shea Gaza      /s/ John W. Shaw

| | |
|---|---|
| Anne Shea Gaza (#4093) | John W. Shaw (# 3362) |
| Samantha G. Wilson (# 5816) | Karen E. Keller (# 4489) |
| Rodney Square | Andrew E. Russell (# 5382) |
| 1000 North King Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 298-0700 |
| *agaza@ycst.com* | *jshaw@shawkeller.com* |
| *swilson@ycst.com* | *kkeller@shawkeller.com* |
| | *arussell@shawkeller.com* |

| | |
|---|---|
| Elizabeth Rogers Brannen | John Schnurer |
| STRIS & MAHER, LLP | Kevin Patariu |
| 725 South Figueroa Street, Suite 1830 | Ryan Hawkins |
| Los Angeles, CA 90017 | Louise Lu |
| (213) 995-6809 | Vinay Sathe |
| *elizabeth.brannen@strismaher.com* | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 350 |
| *Attorneys for Defendant* | San Diego, CA 92130 |
| *Visual Land, Inc.* | (858) 720-5700 |

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARCHT & TUNNELL LLP |
| /s/ Karen L. Pascale | /s/ Karen Jacobs |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (# 5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| *kpascale@ycst.com* | *kjacobs@mnat.com* |
| *rvrana@ycst.com* | *mhaag@mnat.com* |

*Attorney for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324
*dblatt@whe-law.com*

*Attorneys for Defendant*
*Southern Telecom, Inc.*

6

SHAW KELLER LLP

/s/ John W. Shaw
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

DATED: April 5, 2016

      SO ORDERED this _____ day of _____, 2016.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

62019-1054/130462154.1
ME1 22282503v.1