IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>                Plaintiffs,<br><br>  v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1170 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Acer Defendants' Supplemental Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) and D. Del.'s Default Standard for Discovery Section 3(a)* were caused to be served on August 22, 2016, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                                                *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs*

Michael P. Sandonato, Esquire                                             *VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
*Attorneys for Plaintiffs*

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 North Harwood Street, 18th Floor<br>Dallas, TX  75201-2139<br>(214) 922-3400 | */s/ Rodger D. Smith II*<br>_____<br>Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>etennyson@mnat.com |
| Patrick J. Flinn<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA  30309-3424<br>(404) 881-7000 | *Attorneys for Defendants* |
| Xavier M. Brandwajn<br>ALSTON & BIRD LLP<br>1950 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>(650) 838-2000 | |
| Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tryon Street, Suite 4000<br>Charlotte, NC  28280-4000<br>(704) 444-1000 | |
| Matthew Warren<br>Patrick Shields<br>Brian Wikner<br>Erika Mayo<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, CA  94114<br>(415) 895-2940 | |
| Kai Tseng<br>Hsiang ("James") H. Lin<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA  94065<br>(650) 517-5200 | |
| August 22, 2016 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 22, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)