**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC., <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1125-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP., <br> HTC AMERICA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1126-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1127-GMS <br><br> JURY TRIAL DEMANDED |

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN TELECOM, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1128-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., <br> LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1130-GMS <br><br> JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 15-1131-GMS <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1170-GMS <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the Parties to submit a Proposed Protective Order and ESI Protocol shall be extended through and including September 16, 2016 to allow the parties additional time to negotiate a Proposed Protective Order and ESI Protocol.

| | |
|---|---|
| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Daniel M. Silver | /s/ Rodger D. Smith II |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 658-9200 |
| (302) 984-6300 | *rsmith@mnat.com* |
| *mkelly@mccarter.com* | *etennyson@mnat.com* |
| *dsilver@mccarter.com* | |
| *bsmyth@mccarter.com* | Michael J. Newton |
| | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| | Patrick J. Flinn |
| 1290 Avenue of the Americas | ALSTON & BIRD LLP |
| New York, New York 10104-3800 | 1201 West Peachtree Street, Suite 4900 |
| Tel: (212) 218-2100 | Atlanta, GA 30309-3424 |
| Fax: (212) 218-2200 | |
| *msandonato@fchs.com* | Xavier M. Brandwajn |
| *jcarlin@fchs.com* | ALSTON & BIRD LLP |
| *dapgar@fchs.com* | 1950 University Avenue, 5th Floor |
| *jsharret@fchs.com* | East palo Alto, CA 94303 |
| | |
| *Attorneys for Plaintiffs* | Ross R. Barton |
| | ALSTON & BIRD LLP |
| | 101 South Tyron Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | (704) 444-1000 |
| | |
| | Matt Warren |
| | Patrick Shields |
| | Brian Wikner |
| | Erika Mayo |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, CA 94114 |
| | 15-1170@cases.warrenlex.com |
| | |
| | *Attorneys for Defendants* |
| | *Acer, Inc.,* |
| | *Acer America Corporation,* |
| | *Asustek Coumputer Inc. and* |
| | *Asus Computer International* |

ME1 23294552v.1

4

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |

/s/ Samantha G. Wilson
Adam W. Poff (#3990)
Anne Shea Gaza (#4093)
Samantha G. Wilson (# 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

/s/ Karen E. Keller
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

5

ME1 23294552v.1

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ Karen L. Pascale  
Karen L. Pascale (#2903)  
Robert M. Vrana (# 5666)  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801  
(302) 571-6600  
*kpascale@ycst.com*  
*rvrana@ycst.com*

P. Andrew Blatt  
WOOD HERRON & EVANS LLP  
2700 Carew Tower  
Cincinnati, OH 45202  
(513) 241-2324  
*dblatt@whe-law.com*

*Attorneys for Defendant*  
*Southern Telecom, Inc.*

/s/ Karen Jacobs  
Karen Jacobs (#2881)  
Mirco J. Haag (#6165)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
*kjacobs@mnat.com*  
*mhaag@mnat.com*

Bryan G. Harrison  
LOCKE LORD LLP  
Terminus 200  
3333 Piedmont Road NE, Suite 1200  
Atlanta, GA  30305  
(404) 870-4629  
*bryan.harrison@lockelord.com*

*Attorneys for Defendants*  
*Double Power Technology, Inc.,*  
*Zowee Marketing Co., Ltd. and*  
*Shenzen Zowee Technology Co., Ltd.*

6

SHAW KELLER LLP

/s/ Karen E. Keller
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

DATED:  September 9, 2016

       SO ORDERED this _____ day of _____, 2016.

       _____
       UNITED STATES DISTRICT JUDGE