IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL, | ) <br> ) <br> ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1126 (GMS) |
| HTC CORP. and HTC AMERICA, | ) <br> ) | |
| Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1127 (GMS) |
| VISUAL LAND, INC. | ) <br> ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1128 (GMS) |
| SOUTHERN TELECOM, INC., | ) <br> ) | |
| Defendant. | ) | |

KONINKLIJKE PHILIPS N.V. and      )
U.S. PHILIPS CORPORATION,      )
     )
         Plaintiffs,      )
     )
         v.      )     C.A. No. 15-1130 (GMS)
     )
DOUBLE POWER TECHNOLOGY, INC.,      )
ZOWEE MARKETING CO., LTD. and      )
SHENZEN ZOWEE TECHNOLOGY CO.,      )
LTD.,      )
     )
         Defendants.      )

KONINKLIJKE PHILIPS N.V. and      )
U.S. PHILIPS CORPORATION,      )
     )
         Plaintiffs,      )
     )
         v.      )     C.A. No. 15-1131 (GMS)
     )
YIFANG USA, INC. D/B/A E-FUN, INC.,      )
     )
         Defendant.      )

KONINKLIJKE PHILIPS N.V. and      )
U.S. PHILIPS CORPORATION,      )
     )
         Plaintiffs,      )
     )
         v.      )     C.A. No. 15-1170 (GMS)
     )
ACER INC. and      )
ACER AMERICA CORPORATION,      )
     )
         Defendants.      )

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the discovery of electronically stored information in this case shall be governed by the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI").

2

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*

_____
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

*Attorneys for Plaintiffs*


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants Acer, Inc., Acer
America Corporation, ASUSTeK Coumputer
Inc. and ASUS Computer International*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*

Adam W. Poff (#3990)
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendant Visual Land, Inc.*

SHAW KELLER LLP

*/s/ Karen E. Keller*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
(206) 359-8000

*Attorneys for Defendants  HTC Corp. And HTC America, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

4

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH  45202
(513) 241-2324

*Attorneys for Defendant*
*Southern Telecom, Inc.*

SHAW KELLER LLP

*/s/ Karen E. Keller*

_____

John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

October 7, 2016

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA  30305
(404) 870-4629

*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

SO ORDERED this _____ day of October 2016.

_____
UNITED STATES DISTRICT JUDGE

5