IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants. | C.A. No. 15-1170 (GMS) |

### ACER INC. AND ACER AMERICA CORPORATION'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

Under Federal Rule of Civil Procedure 12(c), Defendants Acer Inc. and Acer America Corporation (collectively "Acer") respectfully move for judgment on the pleadings on the fifth and eleventh claims for relief in the Second Amended Complaint, D.I. 82, filed by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips").

All asserted claims of the RE'564 patent are invalid because Philips improperly broadened them during reissue, and all asserted claims of the '797 patent are unenforceable because the claims issued with a material error that Philips failed to correct. The grounds for this Motion are fully set forth in the Opening Brief in Support of Acer Inc. and Acer America Corporation's Motion for Judgment on the Pleadings, filed contemporaneously with this Motion.

For the reasons set forth therein, Acer respectfully requests that the Court dismiss Philips' fifth and eleventh claims for relief with prejudice.

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

Michael J. Newton
Derek Neilson
Michael Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201
(214) 922-3400

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309
(404) 881-7000

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
(650) 838-2000

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280
(704) 444-1000

December 23, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED] ORDER GRANTING ACER INC. AND ACER AMERICA CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Having considered Defendants Acer Inc. and Acer America Corporation's Motion for Judgment on the Pleadings, IT IS HEREBY ORDERED this _____ day of _____, 2017, that the Motion is GRANTED, and that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation's fifth and eleventh claims for relief are dismissed with prejudice

_____
The Honorable Gregory M. Sleet

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Intervenor Microsoft Corporation* | *VIA ELECTRONIC MAIL* |

2

| | |
|---|---|
| Chad S. Campbell, Esquire<br>Jared W. Crop, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Intervenor Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Judith Jennison, Esquire<br>Christina McCullough, Esquire<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>*Attorneys for Intervenor Microsoft Corporation* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)