## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **ACER INC., ACER AMERICA CORPORATION,** <br><br> **Defendants.** | Case No.: 15-1170-GMS <br><br> JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,** <br><br> **Intervenor-Plaintiff,** <br><br> v. <br><br> **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** <br><br> v. <br><br> **MICROSOFT CORPORATION** <br><br> **Intervenor-Plaintiff/Counterclaim Defendant in Intervention** <br><br> **AND** | |

| |
|---|
| **MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant<br>in Intervention** |

**PLAINTIFFS KONINKLIJKE PHILIPS N.V. AND U.S. PHILIPS CORPORATION'S
OPPOSITION TO MOTION TO STAY PENDING *INTER PARTES* REVIEW**

In response to the Notice of Joinder filed by Plaintiff-Intervenor Microsoft Corporation (D.I. 118) in the Motion to Stay Pending *Inter Partes* Review filed by Defendants Acer Inc. and Acer America Corporation (D.I. 114), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation hereby incorporate by reference D.I. 128, D.I. 129 and D.I. 130.

DATED: February 17, 2017

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*
*rpickens@fchs.com*

ME1 24246353v.1