**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>      **Plaintiffs/Intervenor-**<br>      **Defendants/Counterclaim**<br>      **Plaintiffs,**<br><br>   **v.**<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>      **Defendants,**<br><br>   **and**<br><br>**MICROSOFT CORPORATION,**<br><br>      **Intervenor-**<br>      **Plaintiff/Counterclaim**<br>      **Defendant,**<br><br>   **and**<br><br>**MICROSOFT MOBILE INC.,**<br><br>      **Counterclaim Defendant.** | C.A. No. 15-1170-GMS<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. L.R. 7.1.4, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Plaintiffs"), by and through their counsel, respectfully requests oral argument on Acer Inc. and Acer America Corporation's Motion to Stay the Case Pending *Inter Partes* Review (the "Motion," D.I. 114), now that all briefing on the Motion is complete.

1

Dated: March 3, 2017         MCCARTER & ENGLISH, LLP

                         /s/ Daniel M. Silver

Of Counsel:               Michael P. Kelly (#2295)
                         Daniel M. Silver (#4758)
Michael P. Sandonato      Benjamin A. Smyth (#5528)
John D. Carlin             Renaissance Centre
Jonathan M. Sharret       405 N. King Street, 8th Floor
Daniel A. Apgar           Wilmington, Delaware 19801
Christopher M. Gerson     (302) 984-6300
Jaime F. Cardenas-Navia   mkelly@mccarter.com
Robert S. Pickens         dsilver@mccarter.com
FITZPATRICK, CELLA, HARPER &   bsmyth@mccarter.com
SCINTO
1290 Avenue of the Americas    *Attorneys for Plaintiffs*
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com,
jcarlin@fchs.com,
jsharret@fchs.com,
dapgar@fchs.com
cgerson@fchs.com
jcardenas-navia.com
rpickens@fchs.com

2