IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) | C.A. No. 15-1170 (GMS) |
| v. | ) ) ) | |
| ACER INC. and ACER AMERICA CORPORATION, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| MICROSOFT CORPORATION, | ) ) ) | |
| Intervenor-Plaintiff/ Counterclaim Defendant in Intervention, | ) ) ) ) | |
| and | ) ) | |
| MICROSOFT MOBILE INC., | ) ) ) | |
| Counterclaim Defendant in Intervention. | ) ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kevin Hardy, Aaron P. Maurer, David M. Krinsky, Christopher A. Suarez, Sanjiv P. Laud, and Christopher S. Geyer to represent Defendants Acer Inc. and Acer America Corporation in this matter.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

July 10, 2017

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Kevin Hardy, Aaron P. Maurer, David M. Krinsky, Christopher A. Suarez, Sanjiv P. Laud, and Christopher S. Geyer is granted.

Dated: _____     _____
                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/10/2017

Kevin Hardy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
khardy@wc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of North Carolina and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/30/2017

Aaron P. Maurer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
amaurer@wc.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/10/2017

David M. Krinsky
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
dkrinsky@wc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/7/17

Christopher A. Suarez
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
csuarez@wc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Minnesota and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 7/10/17

Sanjiv P. Laud
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
slaud@wc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 6/30/2017

Christopher S. Geyer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
cgeyer@wc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 10, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | VIA ELECTRONIC MAIL |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Daniel A. Apgar, Esquire<br>Jonathan M. Sharret, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>Joyce L. Nadipuram, Esquire<br>Giancarlo Scaccia, Esquire<br>Natalie Lieber, Esquire<br>Sean M. McCarthy, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Chad S. Campbell, Esquire<br>Jared W. Crop, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Judith Jennison, Esquire<br>Christina McCullough, Esquire<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |
| Michelle Berger, Esquire<br>PERKINS COIE LLP<br>11988 El Camino Real Suite 350<br>San Diego, CA  92130-2594<br>*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)