IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs/Intervenor-<br>        Defendants/Counterclaim<br>        Plaintiffs in Intervention,<br><br>  v.<br><br>ASUSTeK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants,<br>  and<br><br>MICROSOFT CORPORATION,<br><br>        Intervenor-Plaintiff/<br>        Counterclaim Defendant in<br>        Intervention,<br>  and<br><br>MICROSOFT MOBILE INC.,<br><br>        Counterclaim Defendant in<br>        Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br><br>C.A. No. 15-1125 (GMS) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs/Intervenor-<br>        Defendants/Counterclaim<br>        Plaintiffs in Intervention,<br><br>  v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>        Defendants,<br>  and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>C.A. No. 15-1170 (GMS) |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| | ) |
| Intervenor-Plaintiff/ | ) |
| Counterclaim Defendant in | ) |
| Intervention, | ) |
| | ) |
| and | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
| | ) |
| Counterclaim Defendant in | ) |
| Intervention. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Patrick A. Fitch of WARREN LEX LLP, 2261 Market Street, No. 606, San Francisco CA 94114, to represent Defendants Acer Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International in the above-captioned cases.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

July 11, 2017

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Patrick A. Fitch is granted.

Dated: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Washington, the Commonwealth of Massachusetts and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/11/2017

Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco CA 94114
(415) 895-2940
fitch@warrenlex.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 11, 2017, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                              *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*

Michael P. Sandonato, Esquire                                    *VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
Robert S. Pickens, Esquire
Jaime F. Cardenas-Navia, Esquire
Christopher M. Gerson, Esquire
Joyce L. Nadipuram, Esquire
Giancarlo Scaccia, Esquire
Natalie Lieber, Esquire
Sean M. McCarthy, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*

Steven J. Balick, Esquire  VIA ELECTRONIC MAIL
Andrew C. Mayo, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Chad S. Campbell, Esquire  VIA ELECTRONIC MAIL
Jared W. Crop, Esquire
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Judith Jennison, Esquire  VIA ELECTRONIC MAIL
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Michelle Berger, Esquire  VIA ELECTRONIC MAIL
PERKINS COIE LLP
11988 El Camino Real Suite 350
San Diego, CA  92130-2594
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

2