IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiffs/Intervenor-<br>Defendants/Counterclaim<br>Plaintiffs in Intervention, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1125 (GMS) |
| | ) | |
| ASUSTeK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| | ) | |
| Intervenor-Plaintiff/<br>Counterclaim Defendant in<br>Intervention, | ) | |
| | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICROSOFT MOBILE INC., | ) | |
| | ) | |
| Counterclaim Defendant in<br>Intervention. | ) | |
| | ) | |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiffs/Intervenor-<br>Defendants/Counterclaim<br>Plaintiffs in Intervention, | ) | |
| | ) | C.A. No. 15-1170 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ACER INC. and<br>ACER AMERICA CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| | ) | |

|   | |
|---|---|
| and | ) |
|  | ) |
| MICROSOFT CORPORATION, | ) |
|  | ) |
| Intervenor-Plaintiff/ | ) |
| Counterclaim Defendant in | ) |
| Intervention, | ) |
|  | ) |
| and | ) |
|  | ) |
| MICROSOFT MOBILE INC., | ) |
|  | ) |
| Counterclaim Defendant in | ) |
| Intervention. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kyle E. Thomason of WILLIAMS & CONNOLLY LLP to represent Defendants Acer Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International in the above-captioned cases.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

October 27, 2017

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

Kyle E. Thomason is granted.


Dated: _____        _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and for the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: *October 27, 2017*

Kyle E. Thomason
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5853
kthomason@wc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 27, 2017, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                      *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

Michael P. Sandonato, Esquire                            *VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
Robert S. Pickens, Esquire
Jaime F. Cardenas-Navia, Esquire
Christopher M. Gerson, Esquire
Joyce L. Nadipuram, Esquire
Giancarlo Scaccia, Esquire
Natalie Lieber, Esquire
Sean M. McCarthy, Esquire
Caitlyn N. Bingaman, Esquire
Nicole Yvonne Stoddard, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

John W. Shaw, Esquire                                          *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Chad S. Campbell, Esquire                                      *VIA ELECTRONIC MAIL*
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Judith Jennison, Esquire                                       *VIA ELECTRONIC MAIL*
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

Michelle Berger, Esquire                                       *VIA ELECTRONIC MAIL*
Patrick J. McKeever, Esquire
PERKINS COIE LLP
11988 El Camino Real Suite 350
San Diego, CA  92130-2594
*Attorneys for Microsoft Corporation and*
*Microsoft Mobile Inc.*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)