IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Intervenor- <br> Defendants/Counterclaim Plaintiffs <br> in Intervention, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/Counterclaim <br> Defendant in Intervention, <br><br> AND <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in <br> Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 15-1125-GMS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VISUAL LAND, INC., ) <br> ) <br> Defendant. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> ) <br> Intervenor-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Intervenor-Defendants. ) <br> ) <br> KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Intervenor- ) <br> Defendants/Counterclaim Plaintiffs ) <br> in Intervention, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> ) <br> Intervenor-Plaintiff/Counterclaim ) <br> Defendant in Intervention, ) <br> ) <br> AND ) <br> ) <br> MICROSOFT MOBILE INC., ) <br> ) <br> Counterclaim Defendant in ) <br> Intervention. ) <br> ) | C.A. No. 15-1127-GMS |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,  )<br>)<br>)<br>     Plaintiffs,  )<br>)<br>  v.  )<br>)<br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD.,  )<br>)<br>)<br>)<br>)<br>     Defendants.  )<br>)  | C.A. No. 15-1130-GMS |
| MICROSOFT CORPORATION,  )<br>)<br>     Intervenor-Plaintiff,  )<br>)<br>  v.  )<br>)<br>KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,  )<br>)<br>)<br>     Intervenor-Defendants.  )<br>) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,  )<br>)<br>)<br>     Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,  )<br>)<br>)<br>)<br>  v.  )<br>)<br>MICROSOFT CORPORATION,  )<br>)<br>     Intervenor-Plaintiff/Counterclaim Defendant in Intervention,  )<br>)<br>)<br>AND  )<br>)<br>MICROSOFT MOBILE INC.,  )<br>)<br>     Counterclaim Defendant in Intervention.  )<br>) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YIFANG USA, INC. D/B/A E-FUN, INC., ) <br> ) <br> Defendant. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> ) <br> Intervenor-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Intervenor-Defendants. ) <br> ) <br> KONINKLIJKE PHILIPS N.V. and ) <br> U.S. PHILIPS CORPORATION, ) <br> ) <br> Intervenor- ) <br> Defendants/Counterclaim Plaintiffs ) <br> in Intervention, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> Intervenor-Plaintiff/Counterclaim ) <br> Defendant in Intervention, ) <br> ) <br> AND ) <br> ) <br> MICROSOFT MOBILE INC., ) <br> ) <br> Counterclaim Defendant in ) <br> Intervention. ) <br> ) | C.A. No. 15-1131-GMS |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACER INC. and )<br>ACER AMERICA CORPORATION, )<br>)<br>Defendants. )<br>——————————————————————)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE PHILIPS N.V. and )<br>U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor-Defendants. )<br>——————————————————————)<br>KONINKLIJKE PHILIPS N.V. and )<br>U.S. PHILIPS CORPORATION, )<br>)<br>Intervenor- )<br>Defendants/Counterclaim Plaintiffs )<br>in Intervention, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>)<br>Intervenor-Plaintiff/Counterclaim )<br>Defendant in Intervention, )<br>)<br>AND )<br>)<br>MICROSOFT MOBILE INC., )<br>)<br>Counterclaim Defendant in )<br>Intervention. )<br>) | C.A. No. 15-1170-GMS |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for Microsoft Corporation and Microsoft Mobile Inc. made reasonable efforts to reach agreement on the attached motion with counsel for Plaintiff, and that no agreement has been reached.

OF COUNSEL:
Chad S. Campbell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 351-8000

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5722

Dated: November 29, 2017

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Intervenor Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*