UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
510-637-3530

April 4, 2018

CASE TITLE: <u>Koninklijke Philips N.V. v. Acer Inc.</u>

CASE NUMBER: 18-cv-01885-HSG

RECEIVED FROM: District of Delaware, Case #15-cv-1170-GMS

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

Susan Y. Soong, Clerk

*Cynthia J. Lenahan*

by: Cynthia Lenahan  
Case Systems Administrator  
510-637-3538