Michael P. Sandonato (*pro hac vice upcoming*)
msandonato@fchs.com
John D. Carlin (*pro hac vice upcoming*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice upcoming*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice upcoming*)
cgerson@fchs.com
Jonathan M. Sharret (*pro hac vice upcoming*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice upcoming*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice upcoming*)
rpickens@fchs.com
Sean M. McCarthy (*pro hac vice upcoming*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice upcoming*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice upcoming*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*pro hac vice upcoming*)
cbingaman@fchs.com
Julian G. Pymento (*pro hac vice upcoming*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>   Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
|         Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
|         Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
|         Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01886-HSG |
|         Plaintiffs, | |
| v. | |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | |
|         Defendants. | |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
|            Intervenor-Plaintiff, | |
|   v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|            Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
|   v. | |
| MICROSOFT CORPORATION | |
|            Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
|            Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
|            Plaintiffs, | |
|   v. | |
| HTC CORP., HTC AMERICA, INC., | |
|            Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>VISUAL LAND INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>    Defendants. | Related Case No. 4:18-cv-01889-HSG |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

 v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

 v.

MICROSOFT CORPORATION

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

    Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Chris Holland, Lori L. Holland, and Ethan Jacobs of the law firm Holland Law LLP, 220 Montgomery Street, Suite 800, San Francisco, CA 94104, Telephone (415) 200-4980, Facsimile (415) 200-4989, hereby enter their appearances in the above-captioned matter on behalf of Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation.

Dated: April 25, 2018                                HOLLAND LAW LLP

By: /s/
Chris Holland
cholland@hollandlawllp.com

By: /s/
Lori L. Holland
lholland@hollandlawllp.com

By: /s/
Ethan Jacobs
ejacobs@hollandlawllp.com

*Attorneys for Plaintiffs*