1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

3

4

5

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

Case No. 4:18-cv-01885-HSG
(and related cases)

6

Plaintiffs,

7

v.

**APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE***

8

ACER INC.,
ACER AMERICA CORPORATION,

(CIVIL L.R. 11-3)

9

10

Defendants.

11

12

MICROSOFT CORPORATION,

13

Intervenor-Plaintiff,

14

v.

15

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

16

17

Intervenor-Defendants.

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                    Intervenor-
                    Defendants/Counterclaim
                    Plaintiffs in Intervention

        v.

MICROSOFT CORPORATION

                    Intervenor-
                    Plaintiff/Counterclaim
                    Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                    Counterclaim Defendant in
                    Intervention

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,                    Related Case No. 4:18-cv-01886-HSG

                    Plaintiffs,

        v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

                    Defendants.

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

MICROSOFT CORPORATION,

                Intervenor-Plaintiff,

     v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

     v.

MICROSOFT CORPORATION

                Intervenor-
                Plaintiff/Counterclaim
                Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                Counterclaim Defendant in
                Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Plaintiffs,

     v.

HTC CORP.,
HTC AMERICA, INC.,

                Defendants.

Related Case No. 4:18-cv-01887-HSG

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>VISUAL LAND INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-
        Defendants/Counterclaim
        Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-
        Plaintiff/Counterclaim
        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in
        Intervention

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Plaintiffs,

    v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD.,
SHENZEN ZOWEE TECHNOLOGY CO.,
LTD.,

          Defendants.

MICROSOFT CORPORATION,

          Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-
Defendants/Counterclaim
Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

          Intervenor-
Plaintiff/Counterclaim
Defendant in Intervention

AND

MICROSOFT MOBILE INC.

          Counterclaim Defendant in
Intervention

Related Case No. 4:18-cv-01889-HSG

5

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Plaintiffs,

      v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

            Defendants.

Related Case No. 4:18-cv-01890-HSG

MICROSOFT CORPORATION,

            Intervenor-Plaintiff,

      v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-
            Defendants/Counterclaim
            Plaintiffs in Intervention

      v.

MICROSOFT CORPORATION

            Intervenor-
            Plaintiff/Counterclaim
            Defendant in Intervention

AND

MICROSOFT MOBILE INC.

            Counterclaim Defendant in
            Intervention

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

1    I, Caitlyn N. Bingaman, am an attorney in the law firm Fitzpatrick, Cella, Harper & Scinto,

2    1290 Avenue of the Americas, New York, New York, 10104-3800, Tel: (212) 218-2100, Fax: (212)

3    218-2200, email: cbingaman@fchs.com.  I am an active member in good standing of the bar of the

4    State of New York, and hereby respectfully apply for admission to practice *pro hac vice* in the

5    Northern District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips

6    Corporation in the above-entitled action.

7    My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a

8    member of the bar of this Court in good standing (bar number 164053) and who maintains an office

9    within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California,

10   94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com.

11   As indicated above, I am an active member in good standing of a United States Court or of

12   the highest court of another State or the District of Columbia; my State of New York bar number is:

13   5512322.  Attached is a true and correct copy of a certificate of good standing or equivalent official

14   document from said bar dated no more than one year prior to the date of this application.

15   I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to

16   become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

17   I declare under penalty of perjury that the foregoing is true and correct.

18

19   Dated: May 7, 2018                                    /s/
                                                   Caitlyn N. Bingaman
20

21

22

23

24

25

26

27

28

7

1

**[PROPOSED] ORDER GRANTING**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

2

3          IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro*

4    *Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.  Pursuant to Civil

5    L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of

6    papers upon, and communication with, local co-counsel designated in the application will constitute

7    notice to the party.

8          IT IS SO ORDERED.

9    Dated: _____, 2018          _____

10                                           HON. HAYWOOD S. GILLIAM, JR.
                                             UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## CAITLYN NICOLE BINGAMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on July 17, 2017, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 25, 2018

2968

Clerk of the Court