WARREN LEX LLP
Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 295570)
Amy M. Bailey (Cal. Bar No. 313151)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Acer, Inc. and Acer America Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>            Defendants.<br>_____<br><br>MICROSOFT CORPORATION,<br>            Intervenor-Plaintiff,<br><br>            v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br>            Intervenor-Defendants.<br>_____<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br>            Intervenor-Defendants/<br>            Counterclaim Plaintiffs-<br>            in-intervention<br><br>            v.<br><br>MICROSOFT CORPORATION, | Case No. 18-1885-HSG<br><br>**NOTICE OF APPEARANCE** |

Intervenor-Plaintiff/ )
Counterclaim Defendant- )
in-intervention )
)
AND )
)
MICROSOFT MOBILE INC., )
Counterclaim Defendant- )
in-intervention. )
_____ )

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Amy M. Bailey, an attorney with the firm Warren Lex LLP, and admitted to practice before this Court, hereby appears as counsel of record for Acer, Inc. and Acer America Corporation in this action.

Date:   May 17, 2018                    Respectfully submitted,

Amy M. Bailey
Warren Lex LLP

NOTICE OF APPEARANCE