1  WARREN LEX LLP
   Matthew S. Warren (Cal. Bar No. 230565)
2  Patrick M. Shields (Cal. Bar No. 204739)
   Erika H. Warren (Cal. Bar No. 295570)
3  Amy M. Bailey (Cal. Bar No. 313151)
4  2261 Market Street, No. 606
   +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile

6  WILLIAMS & CONNOLLY LLP
7  Kevin Hardy (*Pro Hac Vice* pending*)*
   Aaron Maurer (*Pro Hac Vice* pending*)*
8  David M. Krinsky (*Pro Hac Vice* pending*)*
   Christopher S. Geyer (Cal. Bar No. 288527)
9  Christopher A. Suarez (*Pro Hac Vice* pending*)*
10 Kyle E. Thomason (*Pro Hac Vice* pending*)*
   725 12th Street NW
11 Washington, District of Columbia, 20005
   +1 (202) 434-5000
12 +1 (202) 434-5029 facsimile

13 TECHKNOWLEDGE LAW GROUP LLP
14 Craig Kaufman (Cal. Bar No. 159458)
   James H. Lin (Cal. Bar No. 241472)
15 Kai Tseng (Cal. Bar No. 193756)
   100 Marine Parkway, Suite 200
16 Redwood City, California, 94065
17 +1 (650) 517-5200
   +1 (650) 226-3133 facsimile
18

19 *Attorneys for Acer Inc. and Acer America Corporation*

20            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 KONINKLIJKE PHILIPS N.V.,           )
   U.S. PHILIPS CORPORATION,           )
23         Plaintiffs,                 )   Case No. 4:18-cv-1885-HSG
                                       )
24 v.                                  )   **CERTIFICATION OF INTERESTED**
                                       )   **ENTITIES OR PERSONS**
25                                     )
   ACER INC.,                          )
26 ACER AMERICA CORPORATION,           )
           Defendants.                 )
27 _____     )

28
                                              4:18-cv-01885-HSG
                         CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V. and | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants/ | ) |
|     Counterclaim Plaintiffs- | ) |
|     in-intervention | ) |
| | ) |
| v. | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff/ | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention | ) |
| | ) |
|     AND | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention. | ) |

Acer previously provided its disclosure under Federal Rule of Civil Procedure 7.1.  Docket No. 14.  This disclosure has not changed.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Acer American Holdings Corporation;

Boardwalk Capital Holdings;

Boardwalk Capital Holdings Limited; and

Google LLC.

Date:   June 18, 2018

Respectfully submitted,

_____
Matthew S. Warren
*Attorney for Acer Inc. and Acer America Corporation*