Michael P. Sandonato (*pro hac vice pending*)
msandonato@fchs.com
John D. Carlin (*pro hac vice pending*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*pro hac vice pending*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*pro hac vice pending*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., ACER AMERICA CORPORATION, <br><br> Defendants. | Case No. 4:18-cv-01885-HSG (and related cases) <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
|         Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
|         Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
|         Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01886-HSG |
|         Plaintiffs, | |
| v. | |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | |
|         Defendants. | |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
| Plaintiffs, | |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
| Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>VISUAL LAND INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01888-HSG |

| |
|---|
| MICROSOFT CORPORATION,<br><br>            Intervenor-Plaintiff,<br><br>    v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Intervenor-Defendants. |

| |
|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>    v.<br><br>MICROSOFT CORPORATION<br><br>            Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>            Counterclaim Defendant in Intervention |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO., LTD.,<br><br>   Defendants. | Related Case No. 4:18-cv-01889-HSG |

MICROSOFT CORPORATION,

   Intervenor-Plaintiff,

 v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

   Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

   Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

 v.

MICROSOFT CORPORATION

   Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

   Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

            Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

            Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

            Counterclaim Defendant in Intervention

---

6

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

**Certification of Interested Entities or Persons**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ("Rule 7.1") and Civil L.R. 3-15, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation hereby make the following disclosures in the above-captioned cases:

Rule 7.1:

Plaintiff Koninklijke Philips N.V. states that there are no corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held owning more than 10% of its corporate stock.

Plaintiff U.S. Philips Corporation states that U.S. Philips Corporation is a wholly-owned subsidiary of Philips Holdings USA, which is an indirect, wholly-owned subsidiary of Koninklijke Philips N.V., a publicly-held corporation.

Civil L.R. 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party as of this date have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of one or more of the above-captioned proceedings:

- Philips Holdings USA

Dated: June 19, 2018

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*