# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Koninklijke Philips N.V. et al.

Plaintiff(s),

v.

Acer Inc. et al.

Defendant(s).

Case No: 4:18-cv-01885-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher A. Suarez, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Acer Inc. and Acer America Corp. in the above-entitled action. My local co-counsel in this case is Matthew S. Warren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 725 12th St., N.W.<br>Washington, D.C. 20005 | 2261 Market Street, No. 606<br>San Francisco, CA 94114 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 434-5000 | (415) 895-2940 |
| My email address of record: | Local co-counsel's email address of record: |
| csuarez@wc.com | matt@warrenlex.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1018294.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 24, 2018

Christopher A. Suarez
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher A. Suarez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/21/2018

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Christopher Alan Suarez*

was duly qualified and admitted on **February 3, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 16, 2018.

*Julio A. Castillo*
**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: *Emily E. Taos*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.