**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>    Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>(CIVIL L.R. 11-3) |
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-
        Defendants/Counterclaim
        Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-
        Plaintiff/Counterclaim
        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in
        Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

    v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

        Defendants.

Related Case No. 4:18-cv-01886-HSG

2

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
| Plaintiffs, | |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
| Defendants. | |

3

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>VISUAL LAND INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-
        Defendants/Counterclaim
        Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-
        Plaintiff/Counterclaim
        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in
        Intervention

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>        Defendants. | Related Case No. 4:18-cv-01889-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-
        Defendants/Counterclaim
        Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-
        Plaintiff/Counterclaim
        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in
        Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-
    Defendants/Counterclaim
    Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

    Intervenor-
    Plaintiff/Counterclaim
    Defendant in Intervention

AND

MICROSOFT MOBILE INC.

    Counterclaim Defendant in
    Intervention

6

1   I, John D. Carlin, am an attorney in the law firm Fitzpatrick, Cella, Harper & Scinto, 1290

2   Avenue of the Americas, New York, New York, 10104-3800, Tel: (212) 218-2100, Fax: (212) 218-

3   2200, email: jcarlin@fchs.com.  I am an active member in good standing of the bar of the State of

4   New York, and hereby respectfully apply for admission to practice *pro hac vice* in the Northern

5   District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation

6   in the above-entitled action.

7   My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a

8   member of the bar of this Court in good standing (bar number 164053) and who maintains an office

9   within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California,

10  94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com.

11  As indicated above, I am an active member in good standing of a United States Court or of

12  the highest court of another State or the District of Columbia; my State of New York bar number is:

13  2675817.  Attached is a true and correct copy of a certificate of good standing or equivalent official

14  document from said bar dated no more than one year prior to the date of this application.

15  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to

16  become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

17  I declare under penalty of perjury that the foregoing is true and correct.

18

19  Dated: June 8, 2018                                      /s/
                                                        John D. Carlin

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

**[~~PROPOSED~~] ORDER GRANTING**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.  Pursuant to Civil L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

IT IS SO ORDERED.

Dated:   6/26/2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John David Carlin

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **13th day of July, 1993**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **26th day of April, 2018**.

*Robert D Mayberger*

Clerk