WARREN LEX LLP
Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 295570)
Amy M. Bailey (Cal. Bar No. 313151)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

WILLIAMS & CONNOLLY LLP
Kevin Hardy (*Pro Hac Vice*)
Aaron Maurer (*Pro Hac Vice*)
David M. Krinsky (*Pro Hac Vice*)
Christopher S. Geyer (Cal. Bar No. 288527)
Christopher A. Suarez (*Pro Hac Vice*)
Kyle E. Thomason (*Pro Hac Vice*)
725 12th Street NW
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

TECHKNOWLEDGE LAW GROUP LLP
Craig Kaufman (Cal. Bar No. 159458)
James H. Lin (Cal. Bar No.  241472)
Kai Tseng (Cal. Bar No. 193756)
100 Marine Parkway, Suite 200
Redwood City, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile

*Attorneys for Acer Inc. and Acer America Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br>    Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br>    Defendants. | Case No. 4:18-cv-1885-HSG<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO STAY AND PROPOSED ORDER** |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V. and | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
|     Intervenor-Defendants/ | ) |
|     Counterclaim Plaintiffs- | ) |
|     in-intervention | ) |
| | ) |
| v. | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
|     Intervenor-Plaintiff/ | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention | ) |
| | ) |
|     AND | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
|     Counterclaim Defendant- | ) |
|     in-intervention. | ) |

1  Under Civil Local Rule 7-7, defendants Acer Inc. and Acer America Corporation ("Acer") hereby withdraw, without prejudice, their Renewed Motion to Stay the Case. Docket No. 363; the "Motion."

On March 22, 2018, Acer filed the Motion before the District of Delaware. *Id.* Under the local rules of the District of Delaware, responses by plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") were due on April 5, 2018. On March 27, 2018, the District of Delaware transferred this case to this Court. Docket No. 366. Following the transfer, Acer and Philips agreed to extend indefinitely Philips' time to respond to the Motion.

On June 26, 2018, the Court held an Initial Case Management Conference in this and other actions, during which the Court suggested that Acer voluntarily withdraw the Motion without prejudice to future filings. Acer agreed, and now requests that the Court take the Motion off calendar.

Date:   June 28, 2018

Kevin Hardy (*pro hac vice* pending)
Aaron Maurer (*pro hac vice* pending)
David Krinsky (*pro hac vice* pending)
Christopher Geyer (Cal. Bar No. 288527)
Christopher A. Suarez (*pro hac vice* pending)
Kyle Thomason (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Craig Kaufman (Cal. Bar No. 159458)
James H. Lin (Cal. Bar No. 241472)
Kai Tseng (Cal. Bar No. 193756)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood City, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile

*Attorneys for Acer Inc. and Acer America Corporation*

Respectfully submitted,

Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 230565)
Amy M. Bailey (Cal. Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

# [PROPOSED] ORDER

Acer Inc. and Acer America Corporation's Renewed Motion to Stay the Case (Docket No. 363) is withdrawn, without prejudice, and is taken off calendar.

IT IS SO ORDERED.

Dated: _____, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
for the Northern District of California