| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 04/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Isabella Borges | 2a. CONTACT PHONE NUMBER (415) 200-4980 | 3a. CONTACT EMAIL ADDRESS assistant@hollandlawllp.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Chris Holland | 2b. ATTORNEY PHONE NUMBER (415) 200-4981 | 3b. ATTORNEY EMAIL ADDRESS cholland@hollandlawllp.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Holland Law LLP 220 Montgomery Street, Suite 800 San Francisco, CA 94104 | 5. CASE NAME See Exhibit A for list of cases. | 6. CASE NUMBER See Ex. A |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☑ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/26/2018 | HSG | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◉ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

We are requesting a single transcript from this CMC, which was held on June 26, 2018 in all of the cases listed in Exhibit A.

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Chris Holland

12. DATE: 07/03/2018

Clear Form     Save as new PDF

**EXHIBIT A TO TRANSCRIPT ORDER FORM**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br>     Defendants. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br><br>     AND <br><br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>     in-intervention. | Case No. 4:18-cv-1885-HSG |

1

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., and <br> ASUS COMPUTER INTERNATIONAL, <br>       Defendants. | Related Case No. 4:18-cv-1886-HSG |
| MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>   Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Intervenor-Defendants/ <br>       Counterclaim Plaintiffs- <br>       in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>       Intervenor-Plaintiff/ <br>       Counterclaim Defendant- <br>       in-intervention <br><br>     AND <br><br> MICROSOFT MOBILE INC., <br>       Counterclaim Defendant- <br>       in-intervention. | |

| | | |
|---|---|---|
| 1 | _____ | |
| 2 | KONINKLIJKE PHILIPS N.V., ) | |
| 3 | U.S. PHILIPS CORPORATION, ) | |
|   |     Plaintiffs, ) | Related Case No. 4:18-cv-1887-HSG |
| 4 | ) | |
| 5 |     v. ) | |
| 6 | HTC CORP., and ) | |
|   | HTC AMERICA, ) | |
| 7 |     Defendants. ) | |
|   | _____ ) | |
| 8 | ) | |
| 9 | KONINKLIJKE PHILIPS N.V., ) | |
|   | U.S. PHILIPS CORPORATION, ) | |
| 10 |     Plaintiffs, ) | Related Case No. 4:18-cv-1888-HSG |
|   | ) | |
| 11 | v. ) | |
| 12 | VISUAL LAND, INC. ) | |
| 13 |     Defendant. ) | |
|   | _____ ) | |
| 14 | ) | |
| | MICROSOFT CORPORATION, ) | |
| 15 |     Intervenor-Plaintiff, ) | |
| 16 | v. ) | |
| 17 | KONINKLIJKE PHILIPS N.V. and ) | |
| 18 | U.S. PHILIPS CORPORATION, ) | |
|   |     Intervenor-Defendants. ) | |
| 19 | _____ ) | |
| 20 | ) | |
|   | KONINKLIJKE PHILIPS N.V., ) | |
| 21 | U.S. PHILIPS CORPORATION, ) | |
|   |     Intervenor-Defendants/ ) | |
| 22 |     Counterclaim Plaintiffs- ) | |
|   |     in-intervention ) | |
| 23 | ) | |
| 24 | v. ) | |
| 25 | MICROSOFT CORPORATION, ) | |
|   |     Intervenor-Plaintiff/ ) | |
| 26 |     Counterclaim Defendant- ) | |
|   |     in-intervention ) | |
| 27 | ) | |
| 28 | | |

3

EXHIBIT A TO TRANSCRIPT ORDER FORM

| | |
|---|---|
| AND | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
|        Counterclaim Defendant- | ) |
|        in-intervention. | ) |
| _____ | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
|        Plaintiffs, | )    Related Case 4:18-cv-1889-HSG |
| | ) |
| v. | ) |
| | ) |
| DOUBLE POWER TECHNOLOGY, INC. | ) |
| ZOWEE MARKETING CO. LTD., and | ) |
| SHENZEN ZOWEE TECHNOLOGY CO. | ) |
|        Defendants. | ) |
| _____ | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
|        Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V. and | ) |
| U.S. PHILIPS CORPORATION, | ) |
|        Intervenor-Defendants. | ) |
| _____ | ) |
| | ) |
| KONINKLIJKE PHILIPS N.V., | ) |
| U.S. PHILIPS CORPORATION, | ) |
|        Intervenor-Defendants/ | ) |
|        Counterclaim Plaintiffs- | ) |
|        in-intervention | ) |
| | ) |
| v. | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
|        Intervenor-Plaintiff/ | ) |
|        Counterclaim Defendant- | ) |
|        in-intervention | ) |
| | ) |
| AND | ) |
| | ) |
| MICROSOFT MOBILE INC., | ) |
|        Counterclaim Defendant- | ) |

4

| | |
|---|---|
| in-intervention.                                       ) | |
| _____ ) | |
| _____ | |
|                                                                 ) | |
| KONINKLIJKE PHILIPS N.V.,             ) | |
| U.S. PHILIPS CORPORATION,             ) | |
|                                                                 ) | |
|         Plaintiffs,                               ) | Related Case 4:18-cv-1890-HSG |
|                                                                 ) | |
| v.                                                           ) | |
|                                                                 ) | |
| YIFANG USA, INC. D/B/A/ E-FUN, INC.   ) | |
|                                                                 ) | |
|         Defendant.                              ) | |
| _____ ) | |
|                                                                 ) | |
| MICROSOFT CORPORATION,                ) | |
|         Intervenor-Plaintiff,            ) | |
|                                                                 ) | |
|         v.                                                 ) | |
|                                                                 ) | |
| KONINKLIJKE PHILIPS N.V. and          ) | |
| U.S. PHILIPS CORPORATION,             ) | |
|         Intervenor-Defendants.           ) | |
| _____ ) | |
|                                                                 ) | |
| KONINKLIJKE PHILIPS N.V.,             ) | |
| U.S. PHILIPS CORPORATION,             ) | |
|         Intervenor-Defendants/           ) | |
|         Counterclaim Plaintiffs-         ) | |
|         in-intervention                  ) | |
|                                                                 ) | |
|         v.                                                 ) | |
|                                                                 ) | |
| MICROSOFT CORPORATION,                ) | |
|         Intervenor-Plaintiff/            ) | |
|         Counterclaim Defendant-          ) | |
|         in-intervention                  ) | |
|                                                                 ) | |
|  AND                                                    ) | |
|                                                                 ) | |
| MICROSOFT MOBILE INC.,                ) | |
|         Counterclaim Defendant-          ) | |
|         in-intervention.                 ) | |
| _____ ) | |

5

EXHIBIT A TO TRANSCRIPT ORDER FORM