Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br>Plaintiffs, <br><br>v. <br><br>ACER INC., ACER AMERICA CORPORATION, <br><br>Defendants. | Case No. 4:18-cv-01885-HSG (and related cases) <br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01886-HSG |
| Plaintiffs, | |
| v. | |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | |
| Defendants. | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
|         Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
|         Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
|         Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01888-HSG |
|         Plaintiffs, | |
| v. | |
| VISUAL LAND INC., | |
|         Defendants. | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br> v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br> v.<br><br>MICROSOFT CORPORATION<br><br>    Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>    Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Intervenor-Plaintiff, |
| 3 | v. |
| 4 | KONINKLIJKE PHILIPS N.V., |
| 5 | U.S. PHILIPS CORPORATION, |
| 6 | Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 8 | |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 | v. |
| 12 | MICROSOFT CORPORATION |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 | Counterclaim Defendant in Intervention |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5(e), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby moves for an order permitting it to file under seal the following materials filed in connection with Philips' Motion to Partially Consolidate Certain Matters for Trial: (1) Plaintiffs' Notice of Motion and Motion to Partially Consolidate Certain Matters for Trial; Memorandum and Points of Authorities ("Philips' Motion"); and (2) Exhibits 2-9, 13, 14, 16 and 18 to the Declaration of John D. Carlin in Support of Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial (collectively, "the Exhibits").

**REASONS SUPPORTING RELIEF REQUESTED**

This administrative motion is made on the grounds that the Exhibits consist of materials and/or information provided to Philips by various Defendants in these related actions, and the producing Defendant designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017). Moreover, throughout Philips' Motion, Philips extensively quotes, summarizes, discusses, and otherwise relies on those designated materials and information to support its motion. Therefore, Philips moves to seal the Exhibits and Philips' Motion pursuant to the procedure set forth in Civil Local Rule 79-5(e) ("Rule 79-5(e)").[1]

Pursuant to Rule 79-5(e), Philips identifies in the accompanying declaration the materials at issue that have been designated as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" in this action and identifies the party that has designated the materials. In addition, as indicated in the concurrently-filed proof of service, the declaration has been served on the designating party as required by Rule 79-5(e).

---

[1] Philips is mindful that Civil L.R. 79-5 provides that a motion to seal should be narrowly tailored to only protect sealable information. Here, Philips' Motion and the arguments made therein rely extensively on and are significantly intertwined with Defendants' designated materials. As such, out of an abundance of caution, Philips request permission to file the entirety of Philips' Motion under seal.

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

For these reasons, Philips respectfully requests that the Court allow Philips to file Philips' Motion and the Exhibits under seal, pending any response from Defendants under Rule 79-5(e).

Dated: July 17, 2018

Respectfully submitted,

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*