Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br>Plaintiffs, <br><br>v. <br><br>ACER INC., ACER AMERICA CORPORATION, <br><br>Defendants. | Case No. 4:18-cv-01885-HSG (and related cases) <br><br>**DECLARATION OF JOHN D. CARLIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Intervenor-Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>  v.<br><br>MICROSOFT CORPORATION<br><br>        Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>        Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | Related Case No. 4:18-cv-01886-HSG |

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Intervenor-Defendants/Counterclaim Plaintiffs in Intervention <br><br> v. <br><br> MICROSOFT CORPORATION <br><br> Intervenor-Plaintiff/Counterclaim Defendant in Intervention <br><br> AND <br><br> MICROSOFT MOBILE INC. <br><br> Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VISUAL LAND INC., <br><br> Defendants. | Related Case No. 4:18-cv-01888-HSG |

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |           Intervenor-Plaintiff, |
| 3 |    v. |
| 4 | KONINKLIJKE PHILIPS N.V., |
| 5 | U.S. PHILIPS CORPORATION, |
| 6 |           Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., |
| 8 | U.S. PHILIPS CORPORATION, |
| 9 |           Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 |    v. |
| 12 | MICROSOFT CORPORATION |
| 13 |           Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 |           Counterclaim Defendant in Intervention |

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

 v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

---

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| 1 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 2 | |
| 3 |        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 4 | |
| 5 |   v. |
| 6 | MICROSOFT CORPORATION |
| 7 |        Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 8 | |
| 9 | AND |
| 10 | MICROSOFT MOBILE INC. |
| 11 |        Counterclaim Defendant in Intervention |

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

**DECLARATION**

I, John D. Carlin, declare as follows:

1. I am partner at Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips").  I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal.  I have personal knowledge of the facts contained in this declaration, and could competently testify to the statements contained herein.

2. Pursuant to Civil Local Rules 7-11(a) and 79-5(e), Philips moves for an order permitting it to file under seal the following materials filed in connection with Philips' Motion to Partially Consolidate Certain Matters for Trial: (1) Notice of Motion and Motion to Partially Consolidate Certain Matters for Trial; Memorandum and Points of Authorities ("Philips' Motion"); and (2) Exhibits 2-9, 13, 14, 16 and 18 to the Declaration of John D. Carlin in Support of Philips' Motion to Partially Consolidate Certain Matters for Trial (collectively, "the Exhibits").

3. The Exhibits consist of documents and/or information provided to Philips by various Defendants in these related actions, and the producing Defendant designated its respective documents and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017).  A table identifying each document and the party that has designated that document under the Stipulated Protective Order is included below.

4. Moreover, throughout Philips' Motion, Philips extensively quotes, summarizes, discusses, and otherwise relies on the Exhibits to support its Motion to Partially Consolidate Certain Matters for Trial.  Therefore, out of an abundance of caution, Philips seeks permission to file the entirety of Philips' Motion under seal.

| Document | Designating Party | Portion to Seal |
| --- | --- | --- |
| Exhibit 2 | Microsoft | Entire document |
| Exhibit 3 | ASUS | Entire document |
| Exhibit 4 | Acer | Entire document |

1

DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-01885-HSG, 4:18-CV-1886-HSG; 4:18-CV-1888-HSG; 4:18-CV-1890-HSG

| Document | Designating Party | Portion to Seal |
|---|---|---|
| Exhibit 5 | ASUS | Entire document |
| Exhibit 6 | YiFang | Entire document |
| Exhibit 7 | Acer | Entire document |
| Exhibit 8 | Acer | Entire document |
| Exhibit 9 | ASUS | Entire document |
| Exhibit 13 | Acer | Entire document |
| Exhibit 14 | Acer | Entire document |
| Exhibit 16 | ASUS | Entire document |
| Exhibit 18 | Acer | Entire document |

5.   I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 17, 2018 in New York, New York.


/s/ John D. Carlin
John D. Carlin