[Philips counsel listed on final page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,
    Plaintiffs,

v.

ACER INC.,
ACER AMERICA CORPORATION,
    Defendants.
_____

MICROSOFT CORPORATION,
    Intervenor-Plaintiff,

v.

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,
    Intervenor-Defendants.
_____

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,
    Intervenor-Defendants/
    Counterclaim Plaintiffs-
    in-intervention

v.

MICROSOFT CORPORATION,
    Intervenor-Plaintiff/
    Counterclaim Defendant-
    in-intervention

    AND

MICROSOFT MOBILE INC.,
    Counterclaim Defendant-
    in-intervention.
_____

Case No. 4:18-cv-1885-HSG

JURY TRIAL DEMANDED

**DECLARATION OF JOHN D. CARLIN IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL**

Date: October 2, 2018
Time: 2:00 p.m.
Judge: Hon. Haywood S. Gilliam, Jr.
Courtroom: 2

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>          Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., and <br> ASUS COMPUTER INTERNATIONAL, <br>          Defendants. <br> _____ <br><br> MICROSOFT CORPORATION, <br>                    Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>    Intervenor-Defendants. <br> _____ <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>          Intervenor-Defendants/ <br>          Counterclaim Plaintiffs- <br>          in-intervention <br><br>           v. <br><br> MICROSOFT CORPORATION, <br>          Intervenor-Plaintiff/ <br>          Counterclaim Defendant- <br>          in-intervention <br><br>        AND <br><br> MICROSOFT MOBILE INC., <br>          Counterclaim Defendant- <br>          in-intervention. <br> _____ | Related Case No. 4:18-cv-1886-HSG <br><br> JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> VISUAL LAND, INC. <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) | Related Case No. 4:18-cv-1888-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>       in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>       in-intervention <br><br> AND <br><br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>       in-intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>     Plaintiffs, | ) ) ) ) | Related Case 4:18-cv-1890-HSG |

CASE NOS. 18-CV-1885-HSG, 18-CV-1886-HSG, 18-CV-1888-HSG, and 18-CV-1890-HSG
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL CONSOLIDATION

|   |   |
|---|---|
| v. | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A/ E-FUN, INC. | |
|     Defendant. | |
| MICROSOFT CORPORATION, | |
|     Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | |
|     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
|     Intervenor-Defendants/ Counterclaim Plaintiffs-in-intervention | |
| v. | |
| MICROSOFT CORPORATION, | |
|     Intervenor-Plaintiff/ Counterclaim Defendant-in-intervention | |
| AND | |
| MICROSOFT MOBILE INC., | |
|     Counterclaim Defendant-in-intervention. | |

# DECLARATION

I, John D. Carlin, declare as follows:

1. I am a Partner at Fitzpatrick, Cella, Harper & Scinto ("Fitzpatrick") and an attorney representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips") in the above-captioned matters. I submit this declaration in support of Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiffs' Second Amended Identification of Microsoft's Accused Products.

3. Attached as Exhibit 2 is a true and correct copy of an excerpt from Microsoft's Response to Philips' Interrogatory Nos. 4, 6, and 7 dated March 16, 2018 (filed under seal).

4. Attached as Exhibit 3 is a true and correct copy of an excerpt from the Transcript of the Deposition of Wen-bin Jian (filed under seal).

5. Attached as Exhibit 4 is a true and correct copy of an excerpt from the Transcript of the Deposition of Chao-Shih Huang (filed under seal).

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from the Transcript of the Deposition of Alan Lai (filed under seal).

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from the Transcript of the Deposition of Pan Xiao Zhong (filed under seal)

8. Attached as Exhibit 7 is a true and correct copy of an excerpt from Acer's Response to Philips' Second Set of Interrogatories Nos. 7-14 dated June 9, 2017 (filed under seal).

9. Attached as Exhibit 8 is a true and correct copy an excerpt from of Acer's First Supplemental Response to Philips' Interrogatory No. 9 dated June 30, 2017 (filed under seal).

10. Attached as Exhibit 9 is a true and correct copy of an excerpt from ASUS's Response to Philips' Second Set of Interrogatories Nos. 7-14 dated June 9, 2017 (filed under seal).

11. Attached as Exhibit 10 is a true and correct copy of an excerpt from YiFang's Supplemental Response to Philips' Interrogatory No. 9 dated August 2, 2017.

12. Attached as Exhibit 11 is a true and correct copy of an excerpt from Visual Land's Response to Philips' Second Set of Interrogatories Nos. 7-14 dated June 16, 2017.

13. Attached as Exhibit 12 is a true and correct copy of an excerpt from Acer's First Supplemental Response to Philips' Interrogatory No. 4 dated June 2, 2017.

14. Attached as Exhibit 13 is a true and correct copy of an excerpt from Acer's Second Supplemental Response to Philips' Interrogatory Nos. 4 and 6-8 dated November 3, 2017 (filed under seal).

15. Attached as Exhibit 14 is a true and correct copy of an excerpt from Acer's Supplemental Response to Philips' Interrogatory Nos. 4 and 6 dated March 16, 2018 (filed under seal).

16. Attached as Exhibit 15 is a true and correct copy of an excerpt from ASUS's First Supplemental Response to Philips' Interrogatory No. 4 dated June 2, 2017 (filed under seal).

17. Attached as Exhibit 16 is a true and correct copy of an excerpt from ASUS's Response to Philips' Interrogatory Nos. 4 and 6 dated March 16, 2018.

18. Attached as Exhibit 17 is a true and correct copy of an excerpt from Visual Land's First Supplemental Response to Philips' First Set of Interrogatories No. 4 dated August 11, 2017 (filed under seal).

19. Attached as Exhibit 18 is a true and correct copy of an excerpt from Acer's Second Supplemental Response to Philips' Interrogatory No. 9 dated September 29, 2017.

20. Attached as Exhibit 19 is a true and correct copy of an excerpt from the H.R. REP. NO. 112-98 (2011).

21. Attached as Exhibit 20 is a true and correct copy of an excerpt from 157 Cong. Rec S5429 (2011).

22. Attached as Exhibit A is a true and correct copy of *Smartflash LLC v. Apple, Inc.*, C.A. No. 6:13-cv-447, 2014 U.S. Dist. LEXIS 185268 (E.D. Tex. Apr. 4, 2014).

23. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 17, 2018 in New York, New York.

/s/ John D. Carlin

John D. Carlin

John Carlin (admitted *pro hac vice*)
Michael Sandonato (admitted *pro hac vice*)
Christopher Gerson (*pro hac vice* pending)
Natalie Lieber (*pro hac vice* pending)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel Apgar (*pro hac vice* pending)
Jaime Cardenas-Navia (*pro hac vice* pending)
Sean McCarthy (*pro hac vice* pending)
Robert Pickens (*pro hac vice* pending)
Caitlyn Bingaman (*pro hac vice* pending)
Joyce Nadipuram (*pro hac vice* pending)
Julian Pymento (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*