# Public Version
# Exhibit 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Case No. 15-1170-GMS

- - - - - - - - - - - - - - - - - - - - - - - -X
KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Plaintiffs,

    vs.

ACER INC., ACER AMERICA CORPORATION,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -X
MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

    vs.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -X

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Ddeposition of CHAO-SHIH HUANG, PH.D.

VOLUME I

Taipei, Taiwan

Wednesday, November 1, 2017

Reported by:

Colleen M. Peterman, CSR No. 7882

Job no: 19915

Page 2

```
 1
 2
 3
 4                   November 1, 2017
 5                     9:07 a.m.
 6
 7
 8
 9
10         Deposition of CHAO-SHIH HUANG, PH.D., held
11   at Shangri-La's Far Eastern Plaza Hotel, 201 Tun Hwa
12   South Road, Section 2, Da'an District, Taipei,
13   Taiwan, pursuant to Notice, before COLLEEN M.
14   PETERMAN, Certified Shorthand Reporter in and for
15   the State of California, No. 7882.
16
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 3
 1   A P P E A R A N C E S:

 2

 3   FITZPATRICK, CELLA, HARPER & SCINTO
     Attorneys for Plaintiffs
 4   BY:  CHRISTOPHER M. GERSON, ESQ.
          DANIEL A. APGAR, ESQ.
 5        1290 Avenue of the Americas
          New York, New York 10104-3800
 6        212.218.2100
          cgerson@fchs.com
 7        dapgar@fchs.com

 8

 9   TECHKNOWLEDGE LAW GROUP LLP
     Attorneys for Defendants
10   BY:  CRAIG R. KAUFMAN, ESQ.
          100 Marine Parkway, Suite 200
11        Redwood City, California 94065
          650.517.5225
12        ckaufman@tklg-llp.com

13

14   WILLIAMS & CONNOLLY LLP
     Attorneys for Defendants
15   BY:  AARON P. MAURER, ESQ.
          725 Twelfth Street, N.W.
16        Washington, District of Columbia 20005
          202.434.5282
17        amaurer@wc.com

18

19   Also Present:

20        Michael Yu Zhu, Mandarin Interpreter
          Lydia Han, Check Interpreter
21        Yuriko Hwang, Videographer
          Flora Tsao
22        Jevan Lin

23

24

25
```

```
 1   - - - - - - - - - - - INDEX - - - - - - - - - - - - -
 2   WITNESS                  EXAMINATION BY              PAGE
 3   CHAO-SHIH HUANG, PH.D.   MR. GERSON                    6
 4
 5
 6   - - - - - - - - - - - EXHIBITS - - - - - - - - - - - -
 7   FOR IDENTIFICATION   DESCRIPTION                     PAGE
 8   Exhibit 1     Deposition notice                        15
 9   Exhibit 2     Deposition notice                        54
10   Exhibit 3     Microsoft OEM master licensing           78
                   agreement
11
     Exhibit 4     Service guide for Aspire V5-122         113
12
13
14
15
16
17                            - - -
18
19
20
21
22
23
24
25
```

Page 5

1            THE VIDEOGRAPHER:  This is tape No. 1 of the
2    videotaped deposition of Joseph Huang in the matter of
3    Koninklijke Philips N.V., U.S. Philips Co. vs. Visual
4    Land, Inc., et al., in the U.S. District Court for the
5    District of Delaware.
6            This deposition is being held at Shangri-La's
7    Far Eastern Plaza Hotel, 201 Tun Hwa South Road,
8    Section 2, Da'an District, Taipei City, 106, on
9    November 1st, 2017, at 9:07 a.m.
10           My name is Yuriko Hwang, from the firm of
11   TransPerfect Legal Solutions, and I am the legal video
12   specialist.  The court reporter is Colleen Peterman, in
13   association with TransPerfect Legal Solutions.
14           Will counsel please introduce themselves.
15           MR. GERSON:  Christopher Gerson, from the firm
16   of Fitzpatrick, Cella, Harper & Scinto, here today
17   representing the Philips plaintiffs.
18           MR. KAUFMAN:  Craig Kaufman, from
19   TechKnowledge Law Group, representing Acer.
20           MR. MAURER:  Aaron Maurer, of the law firm
21   Williams & Connolly, representing Acer.
22           MR. APGAR:  Dan Apgar, also from Fitzpatrick,
23   Cella, Harper & Scinto, also representing Philips.
24           THE VIDEOGRAPHER:  Will the court reporter
25   please swear in the witness.

```
                                                           Page 6
 1
 2                   MICHAEL YU ZHU,
 3   being called as an interpreter, was first duly sworn to
 4   translate English to Mandarin and Mandarin to English
 5   the testimony of the following witness:
 6
 7                   CHAO-SHIH HUANG, PH.D.,
 8   having been first duly sworn through the
 9   English-Mandarin interpreter, testifies as follows:
10
11                        EXAMINATION
12
13   BY MR. GERSON:
14        Q.   Good morning, Mr. Huang.
15        A.   Good morning.
16        Q.   Could you please state your full name for the
17   record.
18        A.   Chao-Shih Huang.
19        Q.   And could you please let me know your business
20   address.
21        A.   And my business address is No. 88, Section 1,
22   Xin Tai 5 Road, Xizhi District, Xinbei City.
23        Q.   And who is your current employer?
24        A.   Acer.
25        Q.   And Mr. Huang, do you speak or understand
```

Page 41

1  touchscreens present virtual keyboards to a user;
2  correct?
3           MR. KAUFMAN:  Object to form.
4           THE WITNESS:  That is a software function, and
5  that is provided by the operating system vendors.  We
6  would treat that as a black box.
7  BY MR. GERSON:
8      Q.  So for -- let's take an Acer product with the
9  Windows operating system.
10          Okay?
11          For that product, the virtual keyboard
12 presented to the user is provided by Microsoft; is that
13 correct?
14     A.  That should be the case.
15     Q.  Okay.  So for all Acer products with
16 touchscreens, when a virtual keypad is presented to the
17 user, it's Microsoft that writes the source code for
18 that virtual keypad; correct?
19          MR. KAUFMAN:  Object to form.
20          THE WITNESS:  As I stated earlier, ours is a
21 hardware company.  Whether Microsoft provides such
22 software function or not, we would rely on them.
23 BY MR. GERSON:
24     Q.  Does Acer write the source code for the
25 virtual keypads that are presented to a user on Acer's

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 64

1             MR. KAUFMAN:  Object to form.
2             THE WITNESS:  We did not go inside the file to
3    take a look at the details.  It is an installation file.
4    As long as we execute that, we would load that file to
5    the device.
6    BY MR. GERSON:
7         Q.  Okay.  So you never -- Acer never modifies the
8    installation file it receives from Microsoft; is that
9    correct?
10        A.  That's -- that's correct.  No.
11        Q.  And how is that installation file provided
12   from Microsoft to Acer?
▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮
▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮ ▮▮
▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮ ▮▮
▮▮ ▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
25        Q.  Okay.  And then you said there's sort of a

1  not, I am not sure.

2  BY MR. GERSON:

3       Q.  My question was a little bit different.

4           My question was, if I rotate the device, the

5  G-sensor would sense that rotation; correct?

6           MR. KAUFMAN:  Object to form.

7           THE WITNESS:  G-sensor can sense changes in

8  gravity.  Therefore, the information of gravity changes

9  would be reported back to the system.

10 BY MR. GERSON:

11      Q.  So when I rotate an Acer device with a

12 G-sensor, the G-sensor is going to report changes in

13 gravity to the system; correct?

14      A.  Correct.

15      Q.  And then it's up to the software that's

16 resident on the device to figure out how to rotate the

17 screen; correct?

18      A.  As I stated earlier, with respect to how the

19 software would use such information, I'm not sure.

20      Q.  Okay.  That's if it was a Microsoft device, it

21 would be the Windows operating system that would figure

22 out how to use the information from the G-sensor to

23 rotate the device; correct?

24          Strike that.  Let me rephrase.

25          If it was a Microsoft Acer device, it would be

Page 151

1  the Windows operating system software that would figure
2  out how to use the information from the G-sensor to
3  rotate the image on the screen; correct?
4           MR. KAUFMAN:  Object to form.
5           THE WITNESS:  That is also a software function
6  of the operating system provided by Microsoft.  I do not
7  know how the software would use the information reported
8  back by the G-sensor.
9  BY MR. GERSON:
10      Q.  Okay.  And similarly, if it was an Acer Chrome
11  device with a G-sensor, it would be the Chrome operating
12  system software that would figure out how to use the
13  information from the G-sensor to rotate the image on the
14  screen; correct?
15          MR. KAUFMAN:  Object to form.
16          THE WITNESS:  The rotation of the screen is a
17  software function.  We are a hardware company.  As to
18  how the operating system would effect the rotation of
19  the screen, we would rely on the operating system.
20          MR. GERSON:  So I think what we should do next
21  is mark our next exhibit, which is going to be a
22  physical exhibit.  It will be a device.  So if the court
23  reporter could mark this and then hand it back first to
24  me.
25          (Exhibit 6 marked)