# Public Version
# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs/Intervenor-<br>    Defendants/Counterclaim<br>    Plaintiffs in Intervention,<br><br>    v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>    Defendants,<br><br>and<br><br>MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff/<br>    Counterclaim Defendant in<br>    Intervention,<br><br>and<br><br>MICROSOFT MOBILE INC.,<br><br>    Counterclaim Defendant in<br>    Intervention. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 15-1170 (GMS)<br><br>████████████ |

**OBJECTIONS AND RESPONSES TO PHILIPS'**
**INTERROGATORIES TO ACER DEFENDANTS (SET TWO)**

Under Rule 33 of the Federal Rules of Civil Procedure, Acer Inc. and Acer America Corporation (collectively, "Acer") hereby respond and object to Plaintiffs' Second Set of Interrogatories to the Acer Defendants ("Interrogatories") served by Plaintiffs on May 10, 2017. These objections and responses are made based on information reasonably available to Acer at the present time. Acer will supplement these responses if and when additional information becomes available.

- 12 -



Subject to and without waiver of the foregoing general and specific objections, Acer was made aware of the asserted patents at least as of the filing of the Second Amended Complaint. Philips bears the burden of proving willful infringement by a preponderance of the evidence, and Philips has failed to establish that Acer has infringed any of the asserted patents, let alone willfully. The Supreme Court confirmed in *Halo Electronics, Inc. v. Pulse Electronics, Inc.*, 136 S. Ct. 1923 (2016), that enhanced damages are not warranted in typical cases and Philips has not put forth any evidence that Acer's conduct has been egregious, deliberate, wanton, or otherwise characteristic of the type of behavior that could warrant a punitive sanction of enhanced damages. *Id*. at 1932-33. Acer's investigation into the information requested by this Interrogatory is ongoing and Acer will supplement, amend, or correct its response to this Interrogatory as appropriate pursuant to Fed. R. Civ. P. 26(e).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

June 9, 2017

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*