# Public Version
# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>   Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>   v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>   Defendants,<br><br>   and<br><br>MICROSOFT CORPORATION,<br><br>   Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,<br><br>   and<br><br>MICROSOFT MOBILE INC.,<br><br>   Counterclaim Defendant in Intervention. | C.A. No. 15-1170 (GMS) |

**FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PHILIPS'
INTERROGATORIES TO ACER DEFENDANTS (SET TWO)**

Under Rule 33 of the Federal Rules of Civil Procedure, Acer Inc. and Acer America Corporation (collectively, "Acer") hereby respond and object to Plaintiffs' Second Set of Interrogatories to the Acer Defendants ("Interrogatories") served by Plaintiffs on May 10, 2017. These objections and responses are made based on information reasonably available to Acer at the present time. Acer reserves the right to supplement these responses if and when additional information becomes available.

### FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9



                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Eleanor G. Tennyson*

                                  _____
                                  Rodger D. Smith II (#3778)
                                  Eleanor G. Tennyson (#5812)
                                  1201 North Market Street
OF COUNSEL:                      P.O. Box 1347
                                  Wilmington, DE 19899
Matthew Warren                (302) 658-9200
Patrick Shields                 rsmith@mnat.com
Brian Wikner                   etennyson@mnat.com
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606        *Attorneys for Defendants Acer Inc. and Acer*
San Francisco, CA  94114           *America Corporation*
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200


June 30, 2017
11154513