Public Version
Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>  Plaintiffs/Intervenor-<br>  Defendants/Counterclaim<br>  Plaintiffs in Intervention,<br><br>  v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>  Defendants,<br><br>  and<br><br>MICROSOFT CORPORATION,<br><br>  Intervenor-Plaintiff/<br>  Counterclaim Defendant in<br>  Intervention,<br><br>  and<br><br>MICROSOFT MOBILE INC.,<br><br>  Counterclaim Defendant in<br>  Intervention. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1170 (GMS) |

**SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PHILIPS'
INTERROGATORIES TO ACER DEFENDANTS (NO. 9)**

Under Rule 33 of the Federal Rules of Civil Procedure, Acer Inc. and Acer America Corporation (collectively, "Acer") hereby respond and object to Plaintiffs' Second Set of Interrogatories to the Acer Defendants ("Interrogatories") served by Plaintiffs on May 10, 2017. These objections and responses are made based on information reasonably available to Acer at the present time. Acer reserves the right to supplement these responses if and when additional information becomes available.



**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9**



**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9**

Subject to and without waiving Acer's general and specific objections, Acer responds as follows. With respect to contact information for Acer's ODM partners, pursuant to Fed. R. Civ. P. 33(d), information responsive to this interrogatory may be ascertained by reviewing the following documents, and the burden of deriving or ascertaining the answer to the non-objectionable portions of this Interrogatory is substantially the same for either Plaintiffs or Acer:  AI-00009363; AI-00011958; AI-00013968; AI-00039529; AI-00042238; AI-00042745;

13

AI-00049046; AI-00051196; AI-00054623; AI-00056544; AI-00058191; AI-00206774; AI-00214009; and AI-00220392.

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 */s/ Rodger D. Smith II*

                                                 Rodger D. Smith II (#3778)
                                                 Eleanor G. Tennyson (#5812)
                                                 1201 North Market Street
                                                 P.O. Box 1347
                                                 Wilmington, DE 19899
OF COUNSEL:                                  (302) 658-9200
                                                 rsmith@mnat.com
Matthew Warren                           etennyson@mnat.com
Patrick Shields
Brian Wikner                                      *Attorneys for Defendants Acer Inc. and Acer*
Erika Mayo                                         *America Corporation*
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Sanjiv P. Laud
Christopher S. Geyer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

September 29, 2017