Michael P. Sandonato (admitted *pro hac vice*)
msandonato@fchs.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (admitted *pro hac* vice)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (admitted *pro hac vice*)
jpymento@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF SEAN M. MCCARTHY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION TO SUBMIT BRIEFING ON ALLEGEDLY OUTSTANDING INDEFINITENESS ISSUES**<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |    Intervenor-Plaintiff, |
| 3 |  v. |
| 4 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 5 | |
| 6 |    Intervenor-Defendants. |

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

   Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

 v.

MICROSOFT CORPORATION

   Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

   Counterclaim Defendant in Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

   Plaintiffs,

 v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

   Defendants.

Related Case No. 4:18-cv-01886-HSG

JURY TRIAL DEMANDED

---

MCCARTHY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION
CASE NUMBERS 4:18-CV-01885-HSG THROUGH 4:18-CV-01888-HSG; 4:18-CV-1890-HSG

| | |
|---|---|
| 1  | MICROSOFT CORPORATION, |
| 2  |         Intervenor-Plaintiff, |
| 3  |    v. |
| 4  | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 5  | |
| 6  |         Intervenor-Defendants. |

| | |
|---|---|
| 7  | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 8  | |
| 9  |         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 |    v. |
| 12 | MICROSOFT CORPORATION |
| 13 |         Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 |         Counterclaim Defendant in Intervention |
| 18 | |

| | | |
|---|---|---|
| 19 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| 20 | | Related Case No. 4:18-cv-01887-HSG |
| 21 |         Plaintiffs, | JURY TRIAL DEMANDED |
| 22 |    v. | |
| 23 | HTC CORP., HTC AMERICA, INC., | |
| 24 |         Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MCCARTHY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION
CASE NUMBERS 4:18-CV-01885-HSG THROUGH 4:18-CV-01888-HSG; 4:18-CV-1890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>VISUAL LAND INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01888-HSG<br><br>JURY TRIAL DEMANDED |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

   v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

   v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

---

MCCARTHY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION
CASE NUMBERS 4:18-CV-01885-HSG THROUGH 4:18-CV-01888-HSG; 4:18-CV-1890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG<br><br>JURY TRIAL DEMANDED |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

 v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

 v.

MICROSOFT CORPORATION

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

    Counterclaim Defendant in Intervention

---

MCCARTHY DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' AND MICROSOFT'S ADMINISTRATIVE MOTION
CASE NUMBERS 4:18-CV-01885-HSG THROUGH 4:18-CV-01888-HSG; 4:18-CV-1890-HSG

**DECLARATION**

I, Sean M. McCarthy, declare as follows:

1. I am an associate at Fitzpatrick, Cella, Harper & Scinto ("Fitzpatrick") and an attorney representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matters. I submit this declaration in support of Plaintiffs' Opposition to Defendants' and Microsoft's Administrative Motion to Submit Briefing on Allegedly Outstanding Indefiniteness Issues. I have personal knowledge of the facts set forth herein.

2. On July 11, 2018, David M. Krinsky, counsel for the Acer and ASUS Defendants emailed Christopher Gerson, counsel for Philips, seeking consent to file a stipulated administrative motion to submit briefing on allegedly outstanding indefiniteness issues. I was carbon copied on that email.

3. On July 13, 2018, I responded to Mr. Krinsky's email informing him that Philips opposed Defendants' and Microsoft's administrative motion, particularly in view of this Court's statements—and Defendants' and Microsoft's agreement to those statements— at the Case Management Conference that no additional briefing on the allegedly outstanding indefiniteness issues was required now, and that to the extent the Court would revisit the indefiniteness issues, the Court could decide those issues based on the previous Delaware briefs. A copy of my email response is attached as Exhibit 1.

4. Attached as Exhibit 2 are true and correct copies of highlighted excerpts from the transcript of the Case Management Conference held on June 26, 2018 ("CMC Tr. at __").

5. Attached as Exhibit 3 is a true and correct highlighted copy of Defendants' Opening Claim Construction Brief filed in the United States District Court for the District of Delaware. Case No. 4:18-cv-01885, Docket No. 141.

6. Attached as Exhibit 4 are true and correct copies of highlighted excerpts from the transcript of the *Markman* hearing held by Judge Sleet on May 3, 2017 ("*Markman* Tr. at __").

7. Attached as Exhibit 5 is a true and correct highlighted copy of Judge Sleet's *Markman* Order. Case No. 4:18-cv-01885, Docket No. 241.

8. Attached as Exhibit 6 is a true and correct highlighted copy of Defendants' Proposed Terms for Claim Construction served on January 6, 2017.

9. Attached as Exhibit 7 is a true and correct copy of an email from Patrick Shields dated

1

January 18, 2017 attaching Defendants' Amended Proposed Terms for Claim Construction.

10. Attached as Exhibit 8 is a true and correct copy of Defendants' Amended Proposed Terms for Claim Construction.

11. I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 23, 2018 in New York, New York.

/s/ Sean M. McCarthy
Sean M. McCarthy (admitted *pro hac vice*)