Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*pro hac vice pending*)
nlieber@fchs.com
Christopher M. Gerson (*pro hac vice pending*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*pro hac vice pending*)
dapgar@fchs.com

Robert S. Pickens (*pro hac vice pending*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*pro hac vice pending*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*pro hac vice pending*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG (and related cases)<br><br>**DECLARATION OF JOHN D. CARLIN IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 |         Intervenor-Plaintiff, |
| 3 |    v. |
| 4 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 5 | |
| 6 |         Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 8 | |
| 9 |         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 |    v. |
| 12 | MICROSOFT CORPORATION |
| 13 |         Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 |         Counterclaim Defendant in Intervention |
| 18 | |
| 19 | |
| 20 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,       Related Case No. 4:18-cv-01886-HSG |
| 21 | |
| 22 |         Plaintiffs, |
| 23 |    v. |
| 24 | ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, |
| 25 |         Defendants. |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Intervenor-Plaintiff, |
| 3 | v. |
| 4 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 5 | |
| 6 | Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, |
| 8 | |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 | v. |
| 12 | MICROSOFT CORPORATION |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 | Counterclaim Defendant in Intervention |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01888-HSG |
| Plaintiffs, | |
| v. | |
| VISUAL LAND INC., | |
| Defendants. | |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

---

DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01890-HSG |
| MICROSOFT CORPORATION,<br><br>        Intervenor-Plaintiff,<br><br>   v.<br><br>KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>        Intervenor-Defendants. | |

| | |
|---|---|
| 1 | KONINKLIJKE PHILIPS N.V., |
| 2 | U.S. PHILIPS CORPORATION, |
| 3 |     Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 4 | |
| 5 |     v. |
| 6 | MICROSOFT CORPORATION |
| 7 |     Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 8 | |
| 9 | AND |
| 10 | MICROSOFT MOBILE INC. |
| 11 |     Counterclaim Defendant in Intervention |

# DECLARATION

I, John D. Carlin, declare as follows:

1. I am partner at Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Plaintiffs' Amended Administrative Motion to File Under Seal ("Amended Administrative Motion"). I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. Philips previously filed an Administrative Motion to File under Seal under Civil Local Rule 79-5(e) ("Administrative Motion") seeking permission to file under seal certain materials filed in connection with Philips' Motion to Partially Consolidate Certain Matters for Trial, including certain exhibits and the entirety of the Memorandum of Points and Authorities in support of that motion ("Memorandum").

3. With its Administrative Motion, and out of an abundance of caution, Philips moved to file under seal the entirety of the Memorandum because it extensively quotes, summarizes, discusses, and otherwise relies on materials designated and/or information provided to Philips by various Defendants in these related actions, and the producing Defendant designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order.

4. The parties have since met and conferred regarding what portions of the Memorandum Defendants considered to reveal their confidential information and jointly prepared a redacted version of the Memorandum. With this Amended Administrative Motion to File under Seal, Philips submits that redacted version of the Memorandum for consideration along with Philips' original Administrative Motion, pending any response from Defendants under Civil Local Rule 79-5(e)(1).

5. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on in New York, New York.

      /s/ John D. Carlin
          John D. Carlin

2

DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-01885-HSG, 4:18-CV-1886-HSG; 4:18-CV-1888-HSG; 4:18-CV-1890-HSG