| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) | Robert S. Pickens (*pro hac vice pending*) |
| msandonato@fchs.com | rpickens@fchs.com |
| John D. Carlin (*admitted pro hac vice*) | Sean M. McCarthy (*admitted pro hac vice*) |
| jcarlin@fchs.com | smccarthy@fchs.com |
| Natalie Lieber (*pro hac vice pending*) | Jaime F. Cardenas-Navia (*pro hac vice pending*) |
| nlieber@fchs.com | jcardenas-navia@fchs.com |
| Christopher M. Gerson (*pro hac vice pending*) | Joyce L. Nadipuram (*pro hac vice pending*) |
| cgerson@fchs.com | jnadipuram@fchs.com |
| Jonathan M. Sharret (*admitted pro hac vice*) | Caitlyn N. Bingaman (*admitted pro hac vice*) |
| jsharret@fchs.com | cbingaman@fchs.com |
| Daniel A. Apgar (*pro hac vice pending*) | Julian G. Pymento (*admitted pro hac vice*) |
| dapgar@fchs.com | jpymento@fchs.com |

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>ACER INC., ACER AMERICA CORPORATION,<br><br>          Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

| | |
|---|---|
| 1  MICROSOFT CORPORATION, | |
| 2             Intervenor-Plaintiff, | |
| 3       v. | |
| 4  KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION, | |
| 5 | |
| 6             Intervenor-Defendants. | |
| 7  KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION, | |
| 8 | |
| 9             Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| 10 | |
| 11       v. | |
| 12  MICROSOFT CORPORATION | |
| 13             Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| 14 | |
| 15  AND | |
| 16  MICROSOFT MOBILE INC. | |
| 17             Counterclaim Defendant in Intervention | |
| 18 | |
| 19 | |
| 20  KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01886-HSG |
| 21             Plaintiffs, | |
| 22 | |
| 23       v. | |
| 24  ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL, | |
| 25             Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-01885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, 4:18-CV-01890-HSG

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Intervenor-Plaintiff, |
| 3 | v. |
| 4 | KONINKLIJKE PHILIPS N.V., |
| 5 | U.S. PHILIPS CORPORATION, |
| 6 | Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., |
| 8 | U.S. PHILIPS CORPORATION, |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 | v. |
| 12 | MICROSOFT CORPORATION |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 | Counterclaim Defendant in Intervention |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>VISUAL LAND INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>    Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

    Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

    Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

    Counterclaim Defendant in Intervention

# [PROPOSED] ORDER

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation's Amended Administrative Motion to File Under Seal ("the Motion") seeking to file a redacted version of its Memorandum of Points and Authorities in Support of Philips' Motion to Partially Consolidate Certain Matters for Trial ("the Redacted Memorandum").  Having considered the moving papers before it and being fully advised, the Court finds and orders as follows:

1. The Motion is **GRANTED**.
2. The Redacted Memorandum shall be made part of the public record in these actions.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE