| | |
|---|---|
| 1 | Bruce R. Genderson (*pro hac vice*) |
|   | Kevin Hardy (*pro hac vice*) |
| 2 | Aaron P. Maurer (*pro hac vice*) |
|   | David M. Krinsky (*pro hac vice*) |
| 3 | Kyle E.Thomason (*pro hac vice*) |
|   | Christopher A. Suarez (*pro hac vice*) |
| 4 | Christopher S. Geyer (SBN 288527) |
|   | **WILLIAMS & CONNOLLY LLP** |
| 5 | 725 Twelfth Street, N.W. |
|   | Washington, D.C.  20005 |
| 6 | Telephone: (202) 434-5000 |
|   | Facsimile:  (202) 434-5029 |
| 7 | bgenderson@wc.com |
|   | khardy@wc.com |
| 8 | amaurer@wc.com |
|   | dkrinsky@wc.com |
| 9 | kthomason@wc.com |
|   | csuarez@wc.com |
| 10 | cgeyer@wc.com |
| 11 | Matthew S. Warren (SBN 230565) |
|    | Patrick M. Shields (SBN 204739) |
| 12 | Erika H. Warren (SBN 295570) |
|    | **WARREN LEX LLP** |
| 13 | 2261 Market Street, No. 606 |
|    | San Francisco, CA  94114 |
| 14 | Telephone: (415) 895-2940 |
|    | Facsimile: (415) 895-2964 |
| 15 | 18-1885@cases.warrenlex.com |
| 16 | Kaiwen Tseng (SBN 193756) |
|    | Craig R. Kaufman (SBN 159458) |
| 17 | Hsiang ("James") H. Lin (SBN 241472) |
|    | **TECHKNOWLEDGE LAW GROUP LLP** |
| 18 | 100 Marine Parkway, Suite 200 |
|    | Redwood Shores, CA  94065 |
| 19 | Telephone: (650) 517-5200 |
|    | Facsimile: (650) 226-3133 |
| 20 | ktseng@tklg-llp.com |
|    | ckaufman@tklg-llp.com |
| 21 | jlin@tklg-llp.com |
| 22 | Attorneys for Defendants |
|    | ACER INC. AND ACER AMERICA |
| 23 | CORPORATION |

LIN DECL ISO [450] AMENDED
ADM MTN TO FILE UNDER SEAL
CASE NO. 4:18-CV-1885-HSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants,<br><br>and<br><br>MICROSOFT CORPORATION<br>Intervenor-Plaintiff/Counterclaim Defendant in Intervention,<br><br>and<br><br>MICROSOFT MOBILE INC.,<br><br>Counterclaim Defendant in Intervention. | Case No.  4:18-cv-01885-HSG<br><br>**DECLARATION OF HSIANG "JAMES" H. LIN REGARDING PLAINTIFFS' AMENDED L.R. 7-11 ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

I, Hsiang "James" H. Lin, hereby declare as follows:

1. I am a Partner at TechKnowledge Law Group, outside counsel for Defendants Acer Inc. and Acer America Corporation (together, "Acer") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1).

3. Plaintiffs' Notice of Motion and Motion to Partially Consolidate Certain

1  Matters for Trial (Dkt. No. 442) contain Acer-designated information that is confidential and

2  sealable.  Plaintiffs' Notice of Motion and Motion to Partially Consolidate Certain Matters

3  for Trial (Dkt. No. 442) contain information designated by Acer as "Highly Confidential –

4  Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because

5  they contain references to Acer's confidential business information, product naming

6  conventions, and technical product configuration relating to the Acer products accused of

7  infringement in this action. This information is not available to the public, and given the

8  highly competitive nature of the computer industry, Acer would be harmed by the public

9  disclosure of this proprietary information because it would give Acer's competitors a

10  window into Acer's confidential business, technical, and product information.  As a result,

11  Acer submits that Plaintiffs' redaction of Acer-designated confidential information as

12  reflected in Plaintiffs' Amended Administrative Motion to File Under Seal (Dkt. No. 450)

13  is proper in this case, except the following passages from Dkt. No. 450-3, which Acer

14  contends should not be sealed and should remain public: Brief at 3:11, 10:10, 10:12-15,

15  11:3-8, 11:9-11, 12:1-7, 12:12-13, 12 at n.9, 13 at n.11, 20:3-13, 21:9-11, 24:1-3, and 25:14-

16  15.

17  I declare penalty of perjury under the laws of the United States of America that, to

18  the best of my knowledge and belief, the foregoing is true and correct.

19  Executed in Redwood Shores, California, this 3rd day of August, 2018.

*/s/ Hsiang "James" H. Lin*
Hsiang "James" H. Lin