[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br>     Defendants. | Case No. 4:18-cv-1885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **STIPULATION AND ORDER SETTING OCTOBER 2, 2018 CASE MANAGEMENT CONFERENCE** |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br><br>     AND <br><br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>     in-intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>         Plaintiffs, <br> <br> v. <br> <br> ASUSTEK COMPUTER, INC., and <br> ASUS COMPUTER INTERNATIONAL, <br>         Defendants. <br> <br> MICROSOFT CORPORATION, <br>                 Intervenor-Plaintiff, <br> <br> v. <br> <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>   Intervenor-Defendants. <br> <br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>         Intervenor-Defendants/ <br>         Counterclaim Plaintiffs- <br>         in-intervention <br> <br>         v. <br> <br> MICROSOFT CORPORATION, <br>         Intervenor-Plaintiff/ <br>         Counterclaim Defendant- <br>         in-intervention <br> <br>     AND <br> <br> MICROSOFT MOBILE INC., <br>         Counterclaim Defendant- <br>         in-intervention. | Related Case No. 4:18-cv-1886-HSG <br> <br> JURY TRIAL DEMANDED |

CASE NO. 18-CV-1885-HSG THROUGH 18-CV-1890-HSG
Stipulation AND ORDER Setting October 2, 2108 Case Management Conference

|   |   |   |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,  Plaintiffs, v. HTC CORP., and HTC AMERICA,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Related Case No. 4:18-cv-1887-HSG  JURY TRIAL DEMANDED |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,  Plaintiffs, v. VISUAL LAND, INC.  Defendant. | ) ) ) ) ) ) ) ) ) ) | Related Case No. 4:18-cv-1888-HSG  JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION,  Intervenor-Plaintiff, v. KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,  Intervenor-Defendants. | ) ) ) ) ) ) ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,  Intervenor-Defendants/  Counterclaim Plaintiffs-  in-intervention v. MICROSOFT CORPORATION,  Intervenor-Plaintiff/  Counterclaim Defendant-  in-intervention AND | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

|   |   |   |
|---|---|---|
| 1 | | ) |
| 2 | MICROSOFT MOBILE INC., | ) |
|   |     Counterclaim Defendant- | ) |
| 3 |       in-intervention. | ) |
|   | _____ | ) |
| 4 | | ) |
| 5 | KONINKLIJKE PHILIPS N.V., | ) |
|   | U.S. PHILIPS CORPORATION, | ) |
| 6 |     Plaintiffs, | ) Related Case 4:18-cv-1889-HSG |
|   | | ) |
| 7 | v. | ) JURY TRIAL DEMANDED |
|   | | ) |
| 8 | DOUBLE POWER TECHNOLOGY, INC. | ) |
|   | ZOWEE MARKETING CO. LTD., and | ) |
| 9 | SHENZEN ZOWEE TECHNOLOGY CO. | ) |
| 10 |     Defendants. | ) |
|   | _____ | ) |
| 11 | | ) |
| 12 | MICROSOFT CORPORATION, | ) |
|   |     Intervenor-Plaintiff, | ) |
| 13 | | ) |
|   |     v. | ) |
| 14 | | ) |
| 15 | KONINKLIJKE PHILIPS N.V. and | ) |
|   | U.S. PHILIPS CORPORATION, | ) |
| 16 |     Intervenor-Defendants. | ) |
|   | _____ | ) |
| 17 | | ) |
|   | KONINKLIJKE PHILIPS N.V., | ) |
| 18 | U.S. PHILIPS CORPORATION, | ) |
|   |     Intervenor-Defendants/ | ) |
| 19 |     Counterclaim Plaintiffs- | ) |
|   |       in-intervention | ) |
| 20 | | ) |
| 21 |     v. | ) |
|   | | ) |
| 22 | MICROSOFT CORPORATION, | ) |
|   |     Intervenor-Plaintiff/ | ) |
| 23 |     Counterclaim Defendant- | ) |
|   |       in-intervention | ) |
| 24 | | ) |
| 25 |  AND | ) |
|   | | ) |
| 26 | MICROSOFT MOBILE INC., | ) |
|   |     Counterclaim Defendant- | ) |
| 27 |       in-intervention. | ) |
| 28 | _____ | ) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>       Plaintiffs, <br> v. <br> YIFANG USA, INC. D/B/A/ E-FUN, INC. <br>       Defendant. | Related Case 4:18-cv-1890-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br> v. <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>       in-intervention <br> v. <br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>       in-intervention <br>   AND <br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>       in-intervention. | |

Pursuant to this Court's directive at the June 26, 2018 Initial Case Management Conference, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"), Defendants Acer Inc. and Acer America Corporation (collectively, "Acer"); ASUSTek Computer Inc. and Asus Computer International, Inc. (collectively, "ASUS"); HTC Corporation and HTC America, Inc. (collectively, "HTC"); Visual Land Inc. ("Visual Land"); Yifang USA Inc. d/b/a/ E-Fun, Inc. ("Yifang"; together with the other defendants to these actions, "Defendants"); and Intervenor/Counterclaim-Defendant Microsoft Corporation and Counterclaim-Defendant Microsoft Mobile Inc. (collectively, "Microsoft"), by and through their respective counsel of record in these cases, respectfully submit this Stipulation and [Proposed] Order Setting October 2, 2018 Case Management Conference. (Philips, Acer, ASUS, HTC, Visual Land, Yifang and Microsoft are collectively referred to herein as "the Parties.")

Specifically, at the June 26, 2018 Case Management Conference, this Court directed the Parties to meet and confer regarding a mutually agreeable date for a further Case Management Conference at the end of September or the beginning of October, 2018. The Parties have done so, and October 2, 2018 has been agreed upon as acceptable to all Parties.

Therefore, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, and the Parties hereby respectfully request, that the next Case Management Conference in these matters be held on Tuesday, October 2, 2018 at 2:00 p.m.

Respectfully submitted,

/s/ Christopher Holland

| | |
|---|---|
| John Carlin (*pro hac vice* pending) | Christopher Holland (Cal. Bar No. 164053) |
| Michael Sandonato (*pro hac vice* pending) | Lori Holland (Cal. Bar No. 202309) |
| Christopher Gerson (*pro hac vice* pending) | Ethan Jacobs (Cal. Bar No. 291838) |
| Natalie Lieber (*pro hac vice* pending) | HOLLAND LAW LLP |
| Jonathan M. Sharret (admitted *pro hac vice*) | 220 Montgomery Street, Suite 800 |
| Daniel Apgar (*pro hac vice* pending) | San Francisco, California, 94104 |
| Jaime Cardenas-Navia (*pro hac vice* pending) | +1 (415) 200-4980 |
| Sean McCarthy (*pro hac vice* pending) | +1 (415) 200-4989 facsimile |
| Robert Pickens (*pro hac vice* pending) | cholland@hollandlawllp.com |
| Caitlyn Bingaman (*pro hac vice* pending) | lholland@hollandlawllp.com |
| Joyce Nadipuram (*pro hac vice* pending) | ejacobs@hollandlawllp.com |
| Julian Pymento (admitted *pro hac vice*) | |
| FITZPATRICK, CELLA, HARPER & SCINTO | |

1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

|  |  |
|---|---|
|  | /s/Aaron Maurer |
| Kevin Hardy (*pro hac vice* pending) | Matthew S. Warren (Cal. Bar No. 230565) |
| Aaron Maurer (*pro hac vice* pending) | Patrick M. Shields (Cal. Bar No. 204739) |
| David Krinsky (*pro hac vice* pending) | Erika H. Warren (Cal. Bar No. 230565) |
| Christopher Geyer (Cal. Bar No. 288527) | Amy M. Bailey (Cal. Bar No. 313151) |
| Christopher A. Suarez (*pro hac vice* pending) | WARREN LEX LLP |
| Kyle Thomason (*pro hac vice* pending) | 2261 Market Street, No. 606 |
| WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| Washington, District of Columbia, 20005 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5029 facsimile | 18-1886@cases.warrenlex.com |
| viceroy@wc.com |  |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

|  |  |
|---|---|
| Kai Tseng (Cal. Bar No. 193756) | Michael J. Newton (*pro hac vice* to be filed) |
| Hsiang ("James") H. Lin (Cal. Bar No. 241472) | ALSTON & BIRD LLP |
| Craig Kaufman (Cal. Bar No. 159458) | 2828 North Harwood Street, Suite 1800 |
| TECHKNOWLEDGE LAW GROUP LLP | Dallas, Texas, 75201 |
| 100 Marine Parkway, Suite 200 | +1 (214) 922-3400 |
| Redwood Shores, California, 94065 | +1 (214) 922-3899 facsimile |
| +1 (650) 517-5200 | asus-philips@alston.com |
| +1 (650) 226-3133 facsimile |  |
| acer.philips-tklgall@tklg-llp.com | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

| | |
|---|---|
| /s/ John Schnurer | /s/ Lucian C. Chen |
| John Schnurer (Cal. Bar No. 185725) | Lucian C. Chen (*pro hac vice* to be filed) |
| Kevin Patariu (Cal. Bar No. 256755) | Wing K. Chiu  (*pro hac vice* to be filed) |
| Ryan Hawkins (Cal. Bar No. 256146) | LUCIAN C. CHEN, ESQ. PLLC |
| Louise Lu (Cal. Bar No. 256146) | One Grand Central Place |
| Vinay Sathe (Cal. Bar No. 256146) | 60 East 42nd Street, Suite 4600 |
| PERKINS COIE LLP | New York, New York, 10165 |
| 11988 El Camino Real, Suite 350 | +1 (212) 710-3007 |
| San Diego, California, 92130 | +1 (212) 501-2004 facsimile |
| +1 (858) 720-5700 | lucianchen@lcclegal.com |
| +1 (858) 720-5799 facsimile | wingchiu@lcclegal.com |
| htc-philipsperkinsservice@perkinscoie.com | |

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

| | |
|---|---|
| /s/ Christina McCullough<br>Judith Jennison (Cal. Bar No. 165929)<br>Christina McCullough (Cal. Bar No. 245944)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington, 98101<br>+1 (206) 359-8000<br>+1 (206) 359-9000 facsimile<br>msft-philipsteam@perkinscoie.com | /s/ Andrew Graben<br>Andrew Graben (*pro hac vice* to be filed)<br>HILGERS GRABEN PLLC<br>3131 McKinney Avenue, Suite 600<br>Dallas, Texas, 75204<br>+1 (214) 305-2765<br>+1 (402) 213-1880 facsimile<br>agraben@hilgersgraben.com<br><br>*Attorney for Defendant Visual Land, Inc.* |

Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc.*

### CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute on their behalf this Stipulation and [Proposed Order] Setting October 2, 2018 Case Management Conference.

Dated:  August 3, 2018                    /s/ Chris Holland
                                          Chris Holland

## **ORDER**

The Court has now considered the parties Stipulation and [Proposed Order] Setting October 2, 2018 Case Management Conference.  Having considered the stipulation before it and being fully advised, the Court finds and orders as follows:

The Stipulation is GRANTED.  The next Case Management Conference in these matters shall be held on October 2, 2018, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  August 7, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE