**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>          Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>(CIVIL L.R. 11-3) |
| MICROSOFT CORPORATION,<br><br>          Intervenor-Plaintiff,<br><br>     v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01886-HSG |
| Plaintiffs, | |
| v. | |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | |
| Defendants. | |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
| Plaintiffs, | |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
| Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>VISUAL LAND INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

            Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

            Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

            Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD.,<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>        Defendants. | Related Case No. 4:18-cv-01889-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

  v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

  v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>          Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

          Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

          Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

          Counterclaim Defendant in Intervention

I, Christopher M. Gerson, am an attorney in the law firm Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York, 10104-3800, Tel: (212) 218-2100, Fax: (212) 218-2200, email: cgerson@fchs.com.  I am an active member in good standing of the bar of the State of New York, and hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in the above-entitled action.

My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a member of the bar of this Court in good standing (bar number 164053) and who maintains an office within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California, 94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com.

As indicated above, I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia; my State of New York bar number is: 4595708.  Attached is a true and correct copy of a certificate of good standing or equivalent official document from said bar dated no more than one year prior to the date of this application.

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2018               /s/
                                  Christopher M. Gerson

**[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. Pursuant to Civil L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

IT IS SO ORDERED.

Dated: _____August 10_, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Christopher Michael Gerson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 24 th day of September 2008, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 25, 2018.



*Aprilanne Agostino*

Clerk of the Court