[all counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,  Plaintiffs, <br><br> v. <br><br> ACER INC., ACER AMERICA CORPORATION,  Defendants. | Case No. 4:18-cv-1885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **STIPULATION TO EXTEND TIME TO REPLY TO MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL AND CROSS-MOTION TO SEVER CLAIMS AGAINST MICROSOFT** |
| MICROSOFT CORPORATION,  Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,  Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,  Intervenor-Defendants/ Counterclaim Plaintiffs-in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION,  Intervenor-Plaintiff/ Counterclaim Defendant-in-intervention <br><br> AND <br><br> MICROSOFT MOBILE INC., | |

STIPULATION TO EXTEND
CASE NUMBERS 18-CV-01885-HSG; 18-CV-01886-HSG; 18-CV-01888-HSG; 18-CV-01890-HSG

| | |
|---|---|
| Counterclaim Defendant-in-intervention. ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, Plaintiffs, ) ) ) ) ) | Related Case No.4:18-cv-1886-HSG JURY TRIAL DEMANDED |
| v. ) ) | |
| ASUSTEK COMPUTER, INC., and ASUS COMPUTER INTERNATIONAL, Defendants. ) ) ) ) | |
| MICROSOFT CORPORATION, Intervenor-Plaintiff, ) ) ) ) | |
| v. ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, Intervenor-Defendants. ) ) ) ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, Intervenor-Defendants/ Counterclaim Plaintiffs-in-intervention ) ) ) ) ) ) ) | |
| v. ) ) | |
| MICROSOFT CORPORATION, Intervenor-Plaintiff/ Counterclaim Defendant-in-intervention ) ) ) ) ) | |
| AND ) ) | |
| MICROSOFT MOBILE INC., Counterclaim Defendant-in-intervention. ) ) ) ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br> v. <br><br> VISUAL LAND, INC. <br>     Defendant. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. <br><br> KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs-<br>     in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant-<br>     in-intervention <br><br> AND <br><br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant-<br>     in-intervention. | Related Case No.4:18-cv-1888-HSG <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A/ E-FUN, INC. <br><br> Defendant. | ) <br> ) <br> ) Related Case 4:18-cv-1890-HSG <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |
| MICROSOFT CORPORATION, <br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br> Intervenor-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br> Intervenor-Defendants/ <br> Counterclaim Plaintiffs- <br> in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br> Intervenor-Plaintiff/ <br> Counterclaim Defendant- <br> in-intervention <br><br>  AND <br><br> MICROSOFT MOBILE INC., <br> Counterclaim Defendant- <br> in-intervention. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

STIPULATION TO EXTEND
CASE NUMBERS 18-CV-01885-HSG; 18-CV-01886-HSG; 18-CV-01888-HSG; 18-CV-01890-HSG

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") together with Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft"), through counsel, hereby stipulate as follows:

WHEREAS, at the combined June 26, 2018 Case Management Conference in these cases, Philips raised the issue of filing a motion to consolidate certain matters for trial;

WHEREAS, the Court subsequently ordered the following briefing schedule for that motion: "July 17, 2018-last day to file motion regarding the section 299 issue; August 7, 2018-last day to file opposition to motion; August 14, 2018-last day to file reply to motion." (Dkt. No. 430, 4:18-cv-1885-HSG; Dkt. No. 390, 4:18-cv-1886-HSG; Dkt. No. 363, 4:18-cv-1888-HSG; and Dkt. No. 342, 4:18-cv-1890-HSG);

WHEREAS, in accordance with that briefing schedule, on July 17, 2018, Philips filed in each of these cases Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Philips' Motion to Consolidate") (Dkt. No. 442, 4:18-cv-1885-HSG; Dkt. No. 398, 4:18-cv-1886-HSG; Dkt. No. 372, 4:18-cv-1888-HSG; and Dkt. No. 352, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Microsoft filed in each of these cases a combined Opposition to Philips' Motion to Consolidate and a Cross-Motion to Sever Claims Against Microsoft ("Microsoft's Opposition") (Dkt. No. 454, 4:18-cv-1885-HSG; Dkt. No. 411, 4:18-cv-1886-HSG; Dkt. No. 382, 4:18-cv-1888-HSG; and Dkt. No. 364, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Defendants Acer Inc., Acer America Corporation, ASUSTek Computer, Inc., ASUS Computer International, Visual Land, Inc., YiFang USA, Inc. d/b/a/ E-Fun, Inc. also filed a separate Opposition to Philips' Motion to Consolidate (Dkt. No. 455, 4:18-cv-1885-HSG; Dkt. No. 412, 4:18-cv-1886-HSG; Dkt. No. 383, 4:18-cv-1888-HSG; and Dkt. No. 365, 4:18-cv-1890-HSG);

WHEREAS, on August 8, 2018, Defendants HTC Corp. and HTC America, Inc. (in related case 4:18-cv-01887-HSG) also received permission to file a separate response to Plaintiffs' Motion to Consolidate (Dkt. No. 287);

WHEREAS, Philips has requested a one-week extension of time for Philips' reply to Microsoft's Opposition until August 21, 2018, in order to allow Philips adequate time to fully and completely respond to all of the papers that have been filed with respect to this issue;

WHEREAS, Microsoft has consented to Philips' requested extension;

WHEREAS, the hearing regarding this issue is currently scheduled for September 27, 2018 at 2:00 p.m.;

WHEREAS, the extension of time for Philips' reply is not expected to alter the date for the currently scheduled hearing;

NOW THEREFORE IT IS HEREBY STIPULATED by and between Philips and Microsoft, through counsel, that Philips' reply to Microsoft's Opposition will be due on August 21, 2018.

Dated: August 10, 2018

/s/ Christina McCullough
Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Judith Jennison, Bar No. 165929
JJennison@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Intervenor-Plaintiffs Microsoft*

Respectfully submitted,

/s/ Robert Pickens
Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (*pro hac vice* pending)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Jaime Cardenas-Navia (admitted *pro hac vice*)
Sean McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)
Joyce Nadipuram (admitted *pro hac vice*)
Julian Pymento (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAWLLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V.
and U.S. Philips Corporation*

*Corporation and Microsoft Mobile Inc.*

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories hereto.

Dated: August 10, 2018                                                                                          _/s/Robert Pickens__

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____         _____
                                         Hon. Haywood S. Gilliam, Jr.
                                         United States District Judge