[all counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br><br> v. <br><br> ACER INC., ACER AMERICA CORPORATION, <br>     Defendants. | Case No. 4:18-cv-1885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **STIPULATION TO EXTEND TIME TO REPLY TO MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL AND CROSS-MOTION TO SEVER CLAIMS AGAINST MICROSOFT** |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br><br>     AND <br><br> MICROSOFT MOBILE INC., | |

STIPULATION TO EXTEND
CASE NUMBERS 18-CV-01885-HSG; 18-CV-01886-HSG; 18-CV-01888-HSG; 18-CV-01890-HSG

|  | |
|---|---|
| Counterclaim Defendant-in-intervention. | ) <br> ) <br> ) |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>   Plaintiffs, <br> v. <br> ASUSTEK COMPUTER, INC., and <br> ASUS COMPUTER INTERNATIONAL, <br>   Defendants. | ) <br> )    Related Case No.4:18-cv-1886-HSG <br> ) <br> )    JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>   Intervenor-Plaintiff, <br> v. <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>  Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>   Intervenor-Defendants/ <br>   Counterclaim Plaintiffs-in-intervention <br> v. <br> MICROSOFT CORPORATION, <br>   Intervenor-Plaintiff/ <br>   Counterclaim Defendant-in-intervention <br> AND <br> MICROSOFT MOBILE INC., <br>   Counterclaim Defendant-in-intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br> v. <br> VISUAL LAND, INC. <br>     Defendant. | Related Case No.4:18-cv-1888-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br> v. <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br> v. <br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br> AND <br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>     in-intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>  Plaintiffs, <br> v. <br> YIFANG USA, INC. D/B/A/ E-FUN, INC. <br>  Defendant. | Related Case 4:18-cv-1890-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>  Intervenor-Plaintiff, <br> v. <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>  Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>  Intervenor-Defendants/ <br>  Counterclaim Plaintiffs- <br>  in-intervention <br> v. <br> MICROSOFT CORPORATION, <br>  Intervenor-Plaintiff/ <br>  Counterclaim Defendant- <br>  in-intervention <br> AND <br> MICROSOFT MOBILE INC., <br>  Counterclaim Defendant- <br>  in-intervention. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") together with Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft"), through counsel, hereby stipulate as follows:

WHEREAS, at the combined June 26, 2018 Case Management Conference in these cases, Philips raised the issue of filing a motion to consolidate certain matters for trial;

WHEREAS, the Court subsequently ordered the following briefing schedule for that motion: "July 17, 2018-last day to file motion regarding the section 299 issue; August 7, 2018-last day to file opposition to motion; August 14, 2018-last day to file reply to motion." (Dkt. No. 430, 4:18-cv-1885-HSG; Dkt. No. 390, 4:18-cv-1886-HSG; Dkt. No. 363, 4:18-cv-1888-HSG; and Dkt. No. 342, 4:18-cv-1890-HSG);

WHEREAS, in accordance with that briefing schedule, on July 17, 2018, Philips filed in each of these cases Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Philips' Motion to Consolidate") (Dkt. No. 442, 4:18-cv-1885-HSG; Dkt. No. 398, 4:18-cv-1886-HSG; Dkt. No. 372, 4:18-cv-1888-HSG; and Dkt. No. 352, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Microsoft filed in each of these cases a combined Opposition to Philips' Motion to Consolidate and a Cross-Motion to Sever Claims Against Microsoft ("Microsoft's Opposition") (Dkt. No. 454, 4:18-cv-1885-HSG; Dkt. No. 411, 4:18-cv-1886-HSG; Dkt. No. 382, 4:18-cv-1888-HSG; and Dkt. No. 364, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Defendants Acer Inc., Acer America Corporation, ASUSTek Computer, Inc., ASUS Computer International, Visual Land, Inc., YiFang USA, Inc. d/b/a/ E-Fun, Inc. also filed a separate Opposition to Philips' Motion to Consolidate (Dkt. No. 455, 4:18-cv-1885-HSG; Dkt. No. 412, 4:18-cv-1886-HSG; Dkt. No. 383, 4:18-cv-1888-HSG; and Dkt. No. 365, 4:18-cv-1890-HSG);

WHEREAS, on August 8, 2018, Defendants HTC Corp. and HTC America, Inc. (in related case 4:18-cv-01887-HSG) also received permission to file a separate response to Plaintiffs' Motion to Consolidate (Dkt. No. 287);

WHEREAS, Philips has requested a one-week extension of time for Philips' reply to Microsoft's Opposition until August 21, 2018, in order to allow Philips adequate time to fully and completely respond to all of the papers that have been filed with respect to this issue;

WHEREAS, Microsoft has consented to Philips' requested extension;

WHEREAS, the hearing regarding this issue is currently scheduled for September 27, 2018 at 2:00 p.m.;

WHEREAS, the extension of time for Philips' reply is not expected to alter the date for the currently scheduled hearing;

NOW THEREFORE IT IS HEREBY STIPULATED by and between Philips and Microsoft, through counsel, that Philips' reply to Microsoft's Opposition will be due on August 21, 2018.

Dated: August 10, 2018                                      Respectfully submitted,

 /s/ Christina McCullough                                    /s/ Robert Pickens
Christina McCullough, Bar No. 245944      Michael Sandonato (admitted *pro hac vice*)
CMcCullough@perkinscoie.com                John Carlin (admitted *pro hac vice*)
Judith Jennison, Bar No. 165929                 Christopher Gerson (admitted *pro hac vice*)
JJennison@perkinscoie.com                        Natalie Lieber (*pro hac vice* pending)
Theresa H. Nguyen, Bar No. 284581           Jonathan M. Sharret (admitted *pro hac vice*)
RNguyen@perkinscoie.com                        Daniel Apgar (admitted *pro hac vice*)
PERKINS COIE LLP                                       Jaime Cardenas-Navia (admitted *pro hac vice*)
1201 Third Avenue, Suite 4900                    Sean McCarthy (admitted *pro hac vice*)
Seattle, WA 98101-3099                               Robert Pickens (admitted *pro hac vice*)
Telephone: (206) 359-8000                          Caitlyn Bingaman (admitted *pro hac vice*)
Facsimile: (206) 359-9000                            Joyce Nadipuram (admitted *pro hac vice*)
                                                                        Julian Pymento (admitted *pro hac vice*)
Chad S. Campbell, Bar No. 258723            FITZPATRICK, CELLA, HARPER & SCINTO
CCampbell@perkinscoie.com                     1290 Avenue of the Americas
PERKINS COIE LLP                                       New York, New York, 10104
2901 N. Central Avenue, Suite 2000          +1 (212) 218-2100
Phoenix, AZ 85012-2788                             +1 (212) 218-2200 facsimile
Telephone: (602) 351-8000                         philipsprosecutionbar@fchs.com
Facsimile: (602) 648-7000                           Chris Holland (SBN 164053)
                                                                        Lori L. Holland (SBN 202309)
Patrick J. McKeever, Bar No. 268763         HOLLAND LAWLLP
PMcKeever@perkinscoie.com                    220 Montgomery Street, Suite 800
PERKINS COIE LLP                                       San Francisco, CA 94104
11988 El Camino Real, Suite 350              Telephone: (415) 200-4980
San Diego, CA 92130                                   Fax: (415) 200-4989
Telephone: (858) 720-5700                         cholland@hollandlawllp.com
Facsimile: (858) 720-5799                           lholland@hollandlawllp.com

Tiffany P. Cunningham                               *Attorneys for Koninklijke Philips N.V.*
TCunningham@perkinscoie.com               *and U.S. Philips Corporation*
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Intervenor-Plaintiffs Microsoft*

*Corporation and Microsoft Mobile Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories hereto.

Dated: August 10, 2018                    /s/Robert Pickens

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 13, 2018       _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge