[all counsel listed on signature pages]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,
    Plaintiffs,

v.

ACER INC.,
ACER AMERICA CORPORATION,
    Defendants.

Case No. 4:18-cv-1885-HSG

JURY TRIAL DEMANDED

**STIPULATION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL**

MICROSOFT CORPORATION,
    Intervenor-Plaintiff,

v.

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,
    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,
    Intervenor-Defendants/
    Counterclaim Plaintiffs-
    in-intervention

v.

MICROSOFT CORPORATION,
    Intervenor-Plaintiff/
    Counterclaim Defendant-
    in-intervention

    AND

| | |
|---|---|
| MICROSOFT MOBILE INC., )<br>    Counterclaim Defendant- )<br>    in-intervention. )<br>_____ )<br>_____<br>)<br>KONINKLIJKE PHILIPS N.V., )<br>U.S. PHILIPS CORPORATION, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ASUSTEK COMPUTER, INC., and )<br>ASUS COMPUTER INTERNATIONAL, )<br>    Defendants. )<br>_____ )<br>)<br>MICROSOFT CORPORATION, )<br>    Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>KONINKLIJKE PHILIPS N.V. and )<br>U.S. PHILIPS CORPORATION, )<br>  Intervenor-Defendants. )<br>_____ )<br>)<br>KONINKLIJKE PHILIPS N.V., )<br>U.S. PHILIPS CORPORATION, )<br>    Intervenor-Defendants/ )<br>    Counterclaim Plaintiffs- )<br>    in-intervention )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>    Intervenor-Plaintiff/ )<br>    Counterclaim Defendant- )<br>    in-intervention )<br>)<br>    AND )<br>)<br>MICROSOFT MOBILE INC., )<br>    Counterclaim Defendant- )<br>    in-intervention. )<br>_____ ) | Related Case No.4:18-cv-1886-HSG<br><br>JURY TRIAL DEMANDED |

STIPULATION TO EXTEND
CASE NUMBERS 18-CV-01885-HSG; 18-CV-01886-HSG; 18-CV-01888-HSG; 18-CV-01890-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Plaintiffs, <br> v. <br> VISUAL LAND, INC. <br>     Defendant. | Related Case No.4:18-cv-1888-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff, <br> v. <br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br>     Intervenor-Defendants/ <br>     Counterclaim Plaintiffs- <br>     in-intervention <br> v. <br> MICROSOFT CORPORATION, <br>     Intervenor-Plaintiff/ <br>     Counterclaim Defendant- <br>     in-intervention <br> AND <br> MICROSOFT MOBILE INC., <br>     Counterclaim Defendant- <br>     in-intervention. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> YIFANG USA, INC. D/B/A/ E-FUN, INC. <br><br> Defendant. | Related Case 4:18-cv-1890-HSG <br><br> JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, <br> Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br> Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br> Intervenor-Defendants/ <br> Counterclaim Plaintiffs- <br> in-intervention <br><br> v. <br><br> MICROSOFT CORPORATION, <br> Intervenor-Plaintiff/ <br> Counterclaim Defendant- <br> in-intervention <br><br> AND <br><br> MICROSOFT MOBILE INC., <br> Counterclaim Defendant- <br> in-intervention. | |

STIPULATION TO EXTEND
CASE NUMBERS 18-CV-01885-HSG; 18-CV-01886-HSG; 18-CV-01888-HSG; 18-CV-01890-HSG

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") together with Acer Inc., Acer America Corporation, ASUSTek Computer, Inc., ASUS Computer International, Visual Land, Inc., YiFang USA, Inc. d/b/a/ E-Fun, Inc. (collectively, "Defendants"), through counsel, hereby stipulate as follows:

WHEREAS, at the combined June 26, 2018 Case Management Conference in these cases, Philips raised the issue of filing a motion to consolidate certain matters for trial;

WHEREAS, the Court subsequently ordered the following briefing schedule for that motion: "July 17, 2018-last day to file motion regarding the section 299 issue; August 7, 2018-last day to file opposition to motion; August 14, 2018-last day to file reply to motion." (Dkt. No. 430, 4:18-cv-1885-HSG; Dkt. No. 390, 4:18-cv-1886-HSG; Dkt. No. 363, 4:18-cv-1888-HSG; and Dkt. No. 342, 4:18-cv-1890-HSG);

WHEREAS, in accordance with that briefing schedule, on July 17, 2018, Philips filed in each of these cases Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Philips' Motion to Consolidate") (Dkt. No. 442, 4:18-cv-1885-HSG; Dkt. No. 398, 4:18-cv-1886-HSG; Dkt. No. 372, 4:18-cv-1888-HSG; and Dkt. No. 352, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Defendants filed an Opposition to Philips' Motion to Consolidate ("Defendants' Opposition") (Dkt. No. 455, 4:18-cv-1885-HSG; Dkt. No. 412, 4:18-cv-1886-HSG; Dkt. No. 383, 4:18-cv-1888-HSG; and Dkt. No. 365, 4:18-cv-1890-HSG);

WHEREAS, on August 7, 2018, Microsoft separately filed in each of these cases a combined Opposition to Philips' Motion to Consolidate and a Cross-Motion to Sever Claims Against Microsoft (Dkt. No. 454, 4:18-cv-1885-HSG; Dkt. No. 411, 4:18-cv-1886-HSG; Dkt. No. 382, 4:18-cv-1888-HSG; and Dkt. No. 364, 4:18-cv-1890-HSG);

WHEREAS, on August 8, 2018, Defendants HTC Corp. and HTC America, Inc. (in related case 4:18-cv-01887-HSG) also received permission to file a separate response to Plaintiffs' Motion to Consolidate (Dkt. No. 287);

WHEREAS, Philips has requested a one-week extension of time for Philips' reply to Defendants' Opposition until August 21, 2018, in order to allow Philips adequate time to fully and completely respond to all of the papers that have been filed with respect to this issue;

WHEREAS, Defendants have consented to Philips' requested extension;

WHEREAS, the hearing regarding this issue is currently scheduled for September 27, 2018 at 2:00 p.m.;

WHEREAS, the extension of time for Philips' reply is not expected to alter the date for the currently scheduled hearing;

NOW THEREFORE IT IS HEREBY STIPULATED by and between Philips and Defendants, through counsel, that Philips' reply to Defendants' Opposition will be due on August 21, 2018.

Dated: August 10, 2018                                   Respectfully submitted,

 /s/ Kevin Hardy                                           /s/ Robert Pickens
Kevin Hardy (*pro hac vice*)                              Michael Sandonato (admitted *pro hac vice*)
Aaron Maurer (*pro hac vice*)                             John Carlin (admitted *pro hac vice*)
David Krinsky (*pro hac vice*)                            Christopher Gerson (admitted *pro hac vice*)
Christopher S. Geyer (Cal. Bar No. 288527)                Natalie Lieber (*pro hac vice* pending)
Christopher A. Suarez (*pro hac vice*)                    Jonathan M. Sharret (admitted *pro hac vice*)
Kyle Thomason (*pro hac vice*)                            Daniel Apgar (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP                                   Jaime Cardenas-Navia (admitted *pro hac vice*)
725 Twelfth Street, N.W.                                  Sean McCarthy (admitted *pro hac vice*)
Washington, District of Columbia, 20005                   Robert Pickens (admitted *pro hac vice*)
+1 (202) 434-5000                                         Caitlyn Bingaman (admitted *pro hac vice*)
+1 (202) 434-5029 facsimile                               Joyce Nadipuram (admitted *pro hac vice*)
                                                          Julian Pymento (admitted *pro hac vice*)
Matthew S. Warren (Cal. Bar No. 230565)                   FITZPATRICK, CELLA, HARPER & SCINTO
Patrick M. Shields (Cal. Bar No. 204739)                  1290 Avenue of the Americas
Erika H. Warren (Cal. Bar No. 295570)                     New York, New York, 10104
                                                          +1 (212) 218-2100

| | |
|---|---|
| Amy M. Bailey (Cal. Bar No. 313151)<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94110<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>18-1885@cases.warrenlex.com<br>18-1886@cases.warrenlex.com<br>viceroy@wc.com<br><br>*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*<br><br>Kai Tseng (Cal. Bar No. 193756)<br>Hsiang ("James") H. Lin (Cal. Bar No. 241472)<br>Craig Kaufman (Cal. Bar No. 159458) 2828<br>TECHKNOWLEDGE LAW GROUP LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, California, 94065<br>+1 (650) 517-5200<br>+1 (650) 226-3133 facsimile<br>acer.philips-tklgall@tklg-llp.com<br><br>*Attorneys for Defendants Acer, Inc. and International Acer America Corporation*<br><br>Michael J. Newton (Cal. Bar No. 156225)<br>ALSTON & BIRD LLP<br>North Harwood Street, Suite 1800<br>Dallas, Texas, 75201<br>+1 (214) 922-3400<br>+1 (214) 922-3899 facsimile<br>asus-philips@alston.com<br><br>*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer* | +1 (212) 218-2200 facsimile<br>philipsprosecutionbar@fchs.com<br>Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309)<br>HOLLAND LAWLLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com<br><br>*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*<br><br> /s/Michael Song<br>Michael Song (Cal. Bar No. 243675)<br>LTL ATTORNEYS LLP<br>300 South Grand Ave. 14th Floor<br>Los Angeles, California, 90071<br>+1 (213) 612-8900<br>+1 (213) 612-3773 facsimile<br>michael.song@ltlattorneys.com<br><br>*Attorney for Defendant Visual Land, Inc.*<br><br> /s/Michael Song<br>Michael Song (Cal. Bar No. 243675)<br>LTL ATTORNEYS LLP<br>300 South Grand Ave. 14th Floor<br>Los Angeles, California, 90071<br>+1 (213) 612-8900<br>+1 (213) 612-3773 facsimile<br>michael.song@ltlattorneys.com<br><br>Lucian C. Chen (*pro hac vice*)<br>Wing K. Chiu (*pro hac vice*)<br>LUCIAN C. CHEN, ESQ. PLLC<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, New York, 10165<br>+1 (212) 710-3007<br>+1 (212) 501-2004 facsimile<br>lucianchen@lcclegal.com<br>wingchiu@lcclegal.com<br><br>*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.* |

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories hereto.

Dated: August 10, 2018 _/s/Robert Pickens__

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/13/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge