| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) | Robert S. Pickens (*admitted pro hac vice*) |
| msandonato@fchs.com | rpickens@fchs.com |
| John D. Carlin (*admitted pro hac vice*) | Sean M. McCarthy (*admitted pro hac vice*) |
| jcarlin@fchs.com | smccarthy@fchs.com |
| Natalie Lieber (*admitted pro hac vice*) | Jaime F. Cardenas-Navia (*admitted pro hac vice*) |
| nlieber@fchs.com | jcardenas-navia@fchs.com |
| Christopher M. Gerson (*admitted pro hac vice*) | Joyce L. Nadipuram (*admitted pro hac vice*) |
| cgerson@fchs.com | jnadipuram@fchs.com |
| Jonathan M. Sharret (*admitted pro hac vice*) | Caitlyn N. Bingaman (*admitted pro hac vice*) |
| jsharret@fchs.com | cbingaman@fchs.com |
| Daniel A. Apgar (*admitted pro hac vice*) | Julian G. Pymento (*admitted pro hac vice*) |
| dapgar@fchs.com | jpymento@fchs.com |

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL AND OPPOSITION TO MICROSOFT'S MOTION TO SEVER** |

|   |   |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Intervenor-Plaintiff,<br><br>     v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>                    Intervenor-Defendants. |   |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>                    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>     v.<br><br>MICROSOFT CORPORATION<br><br>                    Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>                    Counterclaim Defendant in Intervention |   |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>                    Defendants. | Related Case No. 4:18-cv-01886-HSG |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01888-HSG |
| Plaintiffs, | |
| v. | |
| VISUAL LAND INC., | |
| Defendants. | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01890-HSG |
| Plaintiffs, | |
| v. | |
| YIFANG USA, INC. D/B/A E-FUN, INC., | |
| Defendants. | |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| | Intervenor-Plaintiff, |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| | Intervenor-Defendants. |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| v. | |
| MICROSOFT CORPORATION | |
| | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| AND | |
| MICROSOFT MOBILE INC. | |
| | Counterclaim Defendant in Intervention |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5(e), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby moves for an order permitting it to file under seal the following materials filed in connection with Plaintiffs' Reply to Microsoft's Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial and Opposition to Microsoft's Motion to Sever ("Philips' Reply"): (1) a confidential version of Philips' Reply; and (2) Exhibit 1 to the Declaration of Joyce L. Nadipuram in Support of Plaintiffs' Reply to Microsoft's Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial and Opposition to Microsoft's Motion to Sever ("the Exhibit").

**REASONS SUPPORTING RELIEF REQUESTED**

This administrative motion is made on the grounds that the Exhibit consists of information provided to Philips by Defendant Acer in these related actions, and Acer designated its information "Highly Confidential" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017).[1]  Moreover, throughout the confidential version of Philips' Reply, Philips quotes, summarizes, discusses, and otherwise relies on the Exhibit.  Therefore, Philips moves to seal the Exhibit and the confidential version of Philips' Reply pursuant to the procedure set forth in Civil Local Rule 79-5(e) ("Rule 79-5(e)").  Philips is filing herewith a redacted, public version of Philips' Reply.

In addition, as indicated in the concurrently-filed proof of service, the declaration has been served on Acer as required by Rule 79-5(e).

For these reasons, Philips respectfully requests that the Court allow Philips to file the Exhibit and the confidential version of Philips' Reply under seal, pending any response from Defendants under Rule 79-5(e).

---

[1] Related Case Nos. 4:18-cv-1885-HSG, 4:18-cv-1886-HSG, 4:18-cv-1887-HSG, 4:18-cv-1888-HSG, and 4:18-cv-1890-HSG.

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 21, 2018 | Respectfully submitted, |
| 3 | | HOLLAND LAW LLP |
| 4 | | /s/  Chris Holland |
| | | Chris Holland (SBN 164053) |
| 5 | | Lori L. Holland (SBN 202309) |
| | | 220 Montgomery Street, Suite 800 |
| 6 | | San Francisco, CA  94104 |
| | | Telephone: (415) 200-4980 |
| 7 | | Fax: (415) 200-4989 |
| | | cholland@hollandlawllp.com |
| 8 | | lholland@hollandlawllp.com |

Michael P. Sandonato (admitted *pro hac vice*)
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG