Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>        Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL** |

1  MICROSOFT CORPORATION,

2                    Intervenor-Plaintiff,

3        v.

4  KONINKLIJKE PHILIPS N.V.,
   U.S. PHILIPS CORPORATION,

5

6                    Intervenor-Defendants.

7  KONINKLIJKE PHILIPS N.V.,
   U.S. PHILIPS CORPORATION,

8

9                    Intervenor-
                     Defendants/Counterclaim
                     Plaintiffs in Intervention

10

11       v.

12 MICROSOFT CORPORATION

13                   Intervenor-
                     Plaintiff/Counterclaim
                     Defendant in Intervention

14

15 AND

16 MICROSOFT MOBILE INC.

17                   Counterclaim Defendant in
                     Intervention

18

19

20 KONINKLIJKE PHILIPS N.V.,
   U.S. PHILIPS CORPORATION,          Related Case No. 4:18-cv-01886-HSG

21                   Plaintiffs,

22       v.

23 ASUSTEK COMPUTER INC.,
   ASUS COMPUTER INTERNATIONAL,

24

25                   Defendants.

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

MICROSOFT CORPORATION,

              Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Intervenor-
Defendants/Counterclaim
Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

              Intervenor-
Plaintiff/Counterclaim
Defendant in Intervention

AND

MICROSOFT MOBILE INC.

              Counterclaim Defendant in
Intervention

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Plaintiffs,

    v.

VISUAL LAND INC.,

              Defendants.

Related Case No. 4:18-cv-01888-HSG

MICROSOFT CORPORATION,

                Intervenor-Plaintiff,

     v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

     v.

MICROSOFT CORPORATION

                Intervenor-
                Plaintiff/Counterclaim
                Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                Counterclaim Defendant in
                Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Plaintiffs,

     v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

                Defendants.

Related Case No. 4:18-cv-01890-HSG

1   MICROSOFT CORPORATION,

2                   Intervenor-Plaintiff,

3        v.

4   KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,
5
                    Intervenor-Defendants.
6

7   KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,
8
                    Intervenor-
9                   Defendants/Counterclaim
                    Plaintiffs in Intervention
10
         v.
11
    MICROSOFT CORPORATION
12
                    Intervenor-
13                  Plaintiff/Counterclaim
                    Defendant in Intervention
14
    AND
15
    MICROSOFT MOBILE INC.
16
                    Counterclaim Defendant in
17                  Intervention

18

19

20

21

22

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5(e),

3    Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby

4    move for an order permitting it to file under seal the following materials filed in connection with

5    Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Partially Consolidate Certain

6    Matters for Trial ("Philips' Reply"): a confidential version of Philips' Reply.

7    **REASONS SUPPORTING RELIEF REQUESTED**

8    This administrative motion is made on the grounds that, throughout the confidential version

9    of Philips' Reply, Philips quotes, summarizes, discusses, and otherwise relies on materials and/or

10    information provided to Philips by various Defendants in these related actions, and the producing

11    Defendant designated its respective materials and/or information as "Confidential," "Highly

12    Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties'

13    Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017) to

14    support its motion.  Therefore, Philips moves to seal a confidential version of Philips' Reply

15    pursuant to the procedure set forth in Civil Local Rule 79-5(e) ("Rule 79-5(e)").  Philips is filing

16    herewith a redacted, public version of Philips' Reply.[1]

17    In addition, as indicated in the concurrently-filed proof of service, the declaration has been

18    served on the designating party as required by Rule 79-5(e).

19    For these reasons, Philips respectfully requests that the Court allow Philips to file the

20    confidential version of Philips' Reply under seal, pending any response from Defendants under Rule

21    79-5(e).

22

23

24

25

26

27

28
    [1] Related Case Nos. 4:18-cv-1885-HSG, 4:18-cv-1886-HSG, 4:18-cv-1887-HSG, 4:18-cv-1888-HSG, and 4:18-cv-1890-HSG.

1

1

2    Dated: August 21, 2018

Respectfully submitted,

3
HOLLAND LAW LLP

4
/s/  Chris Holland

Chris Holland (SBN 164053)

5    Lori L. Holland (SBN 202309)

220 Montgomery Street, Suite 800

San Francisco, CA  94104

6    Telephone: (415) 200-4980

Fax: (415) 200-4989

7    cholland@hollandlawllp.com

lholland@hollandlawllp.com

8

9    Michael P. Sandonato (admitted *pro hac vice*)

FITZPATRICK CELLA HARPER & SCINTO

1290 Avenue of the Americas

10   New York, New York 10104-3800

Telephone: (212) 218-2100

11   Fax: (212) 218-2200

msandonato@fchs.com

12

*Attorneys for Koninklijke Philips N.V. and U.S.*

13   *Philips Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG