Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**DECLARATION OF JAIME F. CARDENAS-NAVIA  IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL** |

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br> v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br> v.<br><br>MICROSOFT CORPORATION<br><br>    Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>    Counterclaim Defendant in Intervention | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br> v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>    Defendants. | Related Case No. 4:18-cv-01886-HSG |

DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01888-HSG |
| Plaintiffs, | |
| v. | |
| VISUAL LAND INC., | |
| Defendants. | |

DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

            Intervenor-Plaintiff,

      v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

| | |
|---|---|
| 1 | KONINKLIJKE PHILIPS N.V., |
| 2 | U.S. PHILIPS CORPORATION, |
| 3 |         Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 4 | |
| 5 |    v. |
| 6 | MICROSOFT CORPORATION |
| 7 |         Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 8 | |
| 9 | AND |
| 10 | MICROSOFT MOBILE INC. |
| 11 |         Counterclaim Defendant in Intervention |

DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

# DECLARATION

I, Jaime F. Cardenas-Navia, declare as follows:

1. I am an associate at Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Regarding Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial. I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. Pursuant to Civil Local Rules 7-11(a) and 79-5(e), Philips moves for an order permitting it to file under seal the following materials filed in connection with Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Philips' Reply"): a confidential version of Philips' Reply.

3. Throughout the confidential version of Philips' Reply, Philips quotes, summarizes, discusses, and otherwise relies on documents and/or information the producing Defendant designated as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017).[1] Therefore, Philips seeks permission to file the confidential version of Philips' Reply under seal. Philips will also be filing herewith a redacted, public version of Philips' Reply.

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 21, 2018 in New York, New York.

                                     /s/ Jaime F. Cardenas-Navia
                                     Jaime F. Cardenas-Navia

---

[1] Related Case Nos. 4:18-cv-1885-HSG, 4:18-cv-1886-HSG, 4:18-cv-1887-HSG, 4:18-cv-1888-HSG, and 4:18-cv-1890-HSG.

1

DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NUMBERS 4:18-CV-01885-HSG, 4:18-CV-1886-HSG; 4:18-CV-1888-HSG; 4:18-CV-1890-HSG