1    Michael P. Sandonato (*admitted pro hac vice*)        Robert S. Pickens (*admitted pro hac vice*)
     msandonato@fchs.com                                    rpickens@fchs.com
2    John D. Carlin (*admitted pro hac vice*)               Sean M. McCarthy (*admitted pro hac vice*)
     jcarlin@fchs.com                                       smccarthy@fchs.com
3    Natalie Lieber (*admitted pro hac vice*)               Jaime F. Cardenas-Navia (*admitted pro hac vice*)
     nlieber@fchs.com                                       jcardenas-navia@fchs.com
4    Christopher M. Gerson (*admitted pro hac vice*)        Joyce L. Nadipuram (*admitted pro hac vice*)
     cgerson@fchs.com                                       jnadipuram@fchs.com
5    Jonathan M. Sharret (*admitted pro hac vice*)          Caitlyn N. Bingaman (*admitted pro hac vice*)
     jsharret@fchs.com                                      cbingaman@fchs.com
6    Daniel A. Apgar (*admitted pro hac vice*)              Julian G. Pymento (*admitted pro hac vice*)
     dapgar@fchs.com                                        jpymento@fchs.com
7

8    FITZPATRICK, CELLA, HARPER & SCINTO
     1290 Avenue of the Americas
9    New York, New York 10104-3800
     Tel: (212) 218-2100
10   Fax: (212) 218-2200

11   Chris Holland (SBN 164053)
     cholland@hollandlawllp.com
12   Lori L. Holland (SBN 202309)
     lholland@hollandlawllp.com
13   Ethan Jacobs (SBN 291838)
     ejacobs@hollandlawllp.com
14

15   HOLLAND LAW LLP
     220 Montgomery Street, Suite 800
16   San Francisco, CA  94104
     Tel: (415) 200-4980
17   Fax: (415) 200-4989

18   *Attorneys for Plaintiffs*

19                  **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
20                          **OAKLAND DIVISION**

21
     KONINKLIJKE PHILIPS N.V.,
22   U.S. PHILIPS CORPORATION,                    Case No. 4:18-cv-01885-HSG
                                                  (and related cases)
23                  Plaintiffs,
                                                  **[PROPOSED] ORDER GRANTING**
24          v.                                    **PLAINTIFFS' ADMINISTRATIVE**
                                                  **MOTION TO FILE UNDER SEAL**
25   ACER INC.,                                   **REGARDING PLAINTIFFS' REPLY**
     ACER AMERICA CORPORATION,                    **TO DEFENDANTS' OPPOSITION TO**
26                                                **PLAINTIFFS' MOTION TO**
                    Defendants.                   **PARTIALLY CONSOLIDATE**
27                                                **CERTAIN MATTERS FOR TRIAL**

28

────────────────────────────────────────────────────────

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-01885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, 4:18-CV-01890-HSG

1

MICROSOFT CORPORATION,

2

                Intervenor-Plaintiff,

3

     v.

4

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

5

                Intervenor-Defendants.

6

7

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

8

9

                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

10

11

     v.

MICROSOFT CORPORATION

12

13

                Intervenor-
                Plaintiff/Counterclaim
                Defendant in Intervention

14

AND

15

MICROSOFT MOBILE INC.

16

                Counterclaim Defendant in
                Intervention

17

18

19

20

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Related Case No. 4:18-cv-01886-HSG

21

                Plaintiffs,

22

     v.

23

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

24

25

                Defendants.

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-01885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, 4:18-CV-01890-HSG

1   MICROSOFT CORPORATION,

2                Intervenor-Plaintiff,

3      v.

4   KONINKLIJKE PHILIPS N.V.,
     U.S. PHILIPS CORPORATION,

5

6                Intervenor-Defendants.

7   KONINKLIJKE PHILIPS N.V.,
     U.S. PHILIPS CORPORATION,

8

9                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

10

11      v.

12  MICROSOFT CORPORATION

13               Intervenor-
               Plaintiff/Counterclaim
               Defendant in Intervention

14

15  AND

16  MICROSOFT MOBILE INC.

17               Counterclaim Defendant in
               Intervention

18

19

20  KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,          Related Case No. 4:18-cv-01888-HSG

21               Plaintiffs,

22      v.

23  VISUAL LAND INC.,

24               Defendants.

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-01885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, 4:18-CV-01890-HSG

MICROSOFT CORPORATION,

          Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Intervenor-
          Defendants/Counterclaim
          Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

          Intervenor-
          Plaintiff/Counterclaim
          Defendant in Intervention

AND

MICROSOFT MOBILE INC.

          Counterclaim Defendant in
          Intervention

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

          Plaintiffs,

    v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

          Defendants.

Related Case No. 4:18-cv-01890-HSG

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 4:18-CV-01885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, 4:18-CV-01890-HSG

MICROSOFT CORPORATION,

                Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

                Intervenor-
                Plaintiff/Counterclaim
                Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                Counterclaim Defendant in
                Intervention

1

**[PROPOSED] ORDER**

2       The Court has now considered Plaintiffs' Administrative Motion to File Under Seal

3   Regarding Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Partially Consolidate

4   Certain Matters for Trial ("the Motion").  Having considered the moving papers before it and being

5   fully advised, the Court finds and orders as follows:

6       1.       The Motion is **GRANTED**.

7       2.       The following document shall be sealed in each of the above-captioned actions

8   pursuant to Civil Local Rule 79-5(e):

9               • The confidential version of Plaintiffs' Reply to Defendants' Opposition to

10               Plaintiffs' Motion to Consolidate Certain Matters for Trial.

11

12       **IT IS SO ORDERED.**

13

14   Dated: _____, 2018            _____
                                                HON. HAYWOOD S. GILLIAM, JR.
15                                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NOS. 18-CV-1885-HSG, 18-CV-1886-HSG, 18-CV-1888-HSG, AND 18-CV-1890-HSG