1

Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
2
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
3
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
4
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
5
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
6
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com
7

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

8
FITZPATRICK, CELLA, HARPER & SCINTO
9
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
10
Fax: (212) 218-2200

11
Chris Holland (SBN 164053)
cholland@hollandlawllp.com
12
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
13
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com
14

15
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
16
Tel: (415) 200-4980
Fax: (415) 200-4989
17

*Attorneys for Plaintiffs*
18

19

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

20

21

KONINKLIJKE PHILIPS N.V.,
22
U.S. PHILIPS CORPORATION,

23
                   Plaintiffs,

24
          v.

25
ACER INC.,
ACER AMERICA CORPORATION,

26
                   Defendants.

27

28

Case No. 4:18-cv-01885-HSG
(and related cases)

**PROOF OF SERVICE**

MICROSOFT CORPORATION,

           Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-
Defendants/Counterclaim
Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

           Intervenor-
Plaintiff/Counterclaim
Defendant in Intervention

AND

MICROSOFT MOBILE INC.

           Counterclaim Defendant in
Intervention

1

2

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,                    Related Case No. 4:18-cv-01886-HSG

3                          Plaintiffs,

4            v.

5    ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

6                          Defendants.

7

8

9

10

11

12   MICROSOFT CORPORATION,

13                          Intervenor-Plaintiff,

14           v.

15   KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

16                          Intervenor-Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-
                Defendants/Counterclaim
                Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

                Intervenor-
                Plaintiff/Counterclaim
                Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                Counterclaim Defendant in
                Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Plaintiffs,

    v.

VISUAL LAND INC.,

                Defendants.

Related Case No. 4:18-cv-01888-HSG

---

MICROSOFT CORPORATION,

                Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                Intervenor-Defendants.

1    KONINKLIJKE PHILIPS N.V.,
     U.S. PHILIPS CORPORATION,
2
                    Intervenor-
3                   Defendants/Counterclaim
                    Plaintiffs in Intervention
4
5            v.

6    MICROSOFT CORPORATION

7                   Intervenor-
                    Plaintiff/Counterclaim
8                   Defendant in Intervention

     AND
9
     MICROSOFT MOBILE INC.
10
                    Counterclaim Defendant in
11                  Intervention

12

13

14   KONINKLIJKE PHILIPS N.V.,
     U.S. PHILIPS CORPORATION,                    Related Case No. 4:18-cv-01890-HSG
15
                    Plaintiffs,
16
             v.
17
     YIFANG USA, INC. D/B/A E-FUN, INC.,
18
                    Defendants.
19

20   MICROSOFT CORPORATION,

21                  Intervenor-Plaintiff,

22           v.

23   KONINKLIJKE PHILIPS N.V.,
     U.S. PHILIPS CORPORATION,
24
                    Intervenor-Defendants.
25

26

27

28

1   KONINKLIJKE PHILIPS N.V.,
    U.S. PHILIPS CORPORATION,
2

3                       Intervenor-
                        Defendants/Counterclaim
4                       Plaintiffs in Intervention

5           v.

6   MICROSOFT CORPORATION

7                       Intervenor-
                        Plaintiff/Counterclaim
8                       Defendant in Intervention

9   AND

10  MICROSOFT MOBILE INC.

11                      Counterclaim Defendant in
                        Intervention
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

  I, Jaime F. Cardenas-Navia, declare as follows:

3

  I am a resident of the State of New York and over the age of eighteen years and not a

4

party to the instant action; my business address is Fitzpatrick, Cella, Harper & Scinto, 1290

Avenue of the Americas, New York, NY 10104-3800.

5

  On August 21, 2018, I caused the document described as DECLARATION OF JAIME F.

6

CARDENAS-NAVIA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION

REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS'

7

MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL, and the

8

under-seal documents discussed therein, to be transmitted by electronic mail to the individuals set

forth below:

9

10

Matt Warren

Patrick M. Shields

11

Erika Warren

Warren Lex LLP

12

2261 Market Street, No. 606

13

San Francisco, California, 94114

(415) 895-2940

14

(415) 895-2964

15

viceroy@matters.warrenlex.com

16

Kevin Hardy

Aaron Maurer

17

David Krinsky

Christopher A. Suarez

18

Christopher Geyer

19

Williams & Connolly LLP

725 Twelfth Street, N.W.

20

Washington, D.C., 20005

(202) 434-5000

21

(202) 436-5029

22

viceroy@wc.com

23

*Attorneys for Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS*

*Computer International*

24

25

26

27

28

PROOF OF SERVICE

CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG

1   Kai Tseng
    Hsiang ("James") H. Lin
2   Craig Kaufman
    TechKnowledge Law Group LLP
3   100 Marine Parkway, Suite 200 2828
    Redwood Shores, California, 94065
4   (650) 517-5200
5   Acer.Philips-TKLGALL@tklg-llp.com

6   *Attorneys for Acer, Inc. and Acer America Corporation*

7   Michael J. Newton
    Derek S. Neilson
8   Sang (Michael) Lee
    Alston & Bird LLP
9   North Harwood Street, Suite 1800
10  Dallas, Texas, 75201
    (214) 922-3400
11  (214) 922-3899
12  Asus-Philips@alston.com

13  *Attorneys for ASUSTeK Computer Inc. and ASUS Computer International*

14  Chad S. Campbell
    PERKINS COIE LLP
15  2901 N. Central Avenue, Suite 2000 Phoenix, AZ 85012-2788
16  (602) 351-8000
    (602) 648-7000
17  CCampbell@perkinscoie.com

18  Judith Jennison, Bar No. 165929
    Christina McCullough, Bar No. 245944
19  Theresa H. Nguyen, Bar No. 284581
20  PERKINS COIE LLP
    1201 Third Avenue, Suite 4900 Seattle, WA 98101-3099
21  (206) 359-8000
    (206) 359-9000
22  JJennison@perkinscoie.com
    CMcCullough@perkinscoie.com
23  RNguyen@perkinscoie.com

24
    Patrick J. McKeever
25  PERKINS COIE LLP
26  11988 El Camino Real, Suite 350
    San Diego, CA 92130
27  (858) 720-5700
    (858) 720-5799
28

2

1   PMcKeever@perkinscoie.com

2   Tiffany P. Cunningham
    PERKINS COIE LLP
3   131 S. Dearborn Street, Suite 1700 Chicago, IL 60603
    (312) 324-8400
4   (312)324-9400
    TCunningham@perkinscoie.com
5

6   Sarah E. Stahnke
    PERKINS COIE LLP
7   3150 Porter Drive
    Palo Alto, CA 94304
8   (650) 838-4300
    (650) 838-4350
9   SStahnke@perkinscoie.com

10

11  *Attorneys for Intervenor-Plaintiff/ Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

12
    Lucian C. Chen
13  Wing K. Chiu
    Lucian C. Chen, Esq. PLLC
14  One Grand Central Place
    60 East 42nd Street, Suite 4600
15  New York, New York, 10165
    lucianchen@lcclegal.com
16  wingchiu@lcclegal.com

17
    *Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*
18

19      I declare under penalty of perjury that the above is true and correct.

20      Executed on August 21, 2018 in New York, New York.

21

22

23
                                    By:  /s/ Jaime F. Cardenas-Navia
24                                       Jaime F. Cardenas-Navia

25

26

27

28

PROOF OF SERVICE
CASE NOS. 4:18-CV-1885-HSG, 4:18-CV-1886-HSG, 4:18-CV-1888-HSG, AND 4:18-CV-1890-HSG