Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC., ACER AMERICA CORPORATION, <br><br> Defendants. | Case No. 4:18-cv-01885-HSG <br><br> **PLAINTIFFS' MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED DOCUMENT, DOCKET NO. 469-4; [PROPOSED] ORDER** |

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

PLAINTIFFS' MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED DOCUMENT;
[PROPOSED] ORDER
CASE NO. 4:18-CV-1885-HSG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby respectfully requests that an order be granted to remove Docket No. 469-4 from the ECF docket for this matter on the grounds that it was incorrectly filed publicly and not under seal.

Specifically, Docket No. 469-4 contains information that was intended to be, and should have been, redacted at the time of filing. Thus, that document should have been lodged under seal.

On August 21, 2018, local counsel for Philips inadvertently e-filed Docket No. 469-4 with the incorrect proposed sealing designations, as indicated above.  Upon noticing the error, local counsel for Philips re-filed the document as Docket No. 471-4.

In sum, because Docket No. 469-4 contains information that was intended to be sealed but for inadvertence, Philips respectfully requests that it immediately be removed from the ECF system.

Dated: August 21, 2018

Respectfully submitted,

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Michael P. Sandonato (admitted *pro hac vice*)
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*

---

1

PLAINTIFFS' MOTION TO REMOVE FROM DOCKET INCORRECTLY FILED DOCUMENT;
[PROPOSED] ORDER
CASE NO. 4:18-CV-1885-HSG

## [PROPOSED] ORDER

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation's Motion to Remove Incorrectly Filed Document, Docket No. 469-4 ("the Motion"). Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that Docket No. 469-4 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE