| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) msandonato@fchs.com | Robert S. Pickens (*admitted pro hac vice*) rpickens@fchs.com |
| John D. Carlin (*admitted pro hac vice*) jcarlin@fchs.com | Sean M. McCarthy (*admitted pro hac vice*) smccarthy@fchs.com |
| Natalie Lieber (*admitted pro hac vice*) nlieber@fchs.com | Jaime F. Cardenas-Navia (*admitted pro hac vice*) jcardenas-navia@fchs.com |
| Christopher M. Gerson (*admitted pro hac vice*) cgerson@fchs.com | Joyce L. Nadipuram (*admitted pro hac vice*) jnadipuram@fchs.com |
| Jonathan M. Sharret (*admitted pro hac vice*) jsharret@fchs.com | Caitlyn N. Bingaman (*admitted pro hac vice*) cbingaman@fchs.com |
| Daniel A. Apgar (*admitted pro hac vice*) dapgar@fchs.com | Julian G. Pymento (*admitted pro hac vice*) jpymento@fchs.com |

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>HTC CORP., HTC AMERICA, INC.,<br><br>        Defendants. | Case No. 4:18-cv-01887-HSG<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO HTC CORP. AND HTC AMERICA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5(e), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby moves for an order permitting it to file under seal the following materials filed in connection with Plaintiffs' Reply to HTC Corp. and HTC America, Inc.'s Response to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Philips' Reply"): (1) a confidential version of Philips' Reply; and (2) Exhibits 3-24 to the Declaration of Sean M. McCarthy in Support of Philips' Reply (collectively, "the Exhibits").

## REASONS SUPPORTING RELIEF REQUESTED

This administrative motion is made on the grounds that the Exhibits consist of materials and/or information provided to Philips by various Defendants in these related actions, and the producing Defendant designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017).[1] Moreover, throughout the confidential version of Philips' Reply, Philips quotes, summarizes, discusses, and otherwise relies on those designated materials and information. Therefore, Philips moves to seal the Exhibits and the confidential version of Philips' Reply pursuant to the procedure set forth in Civil Local Rule 79-5(e) ("Rule 79-5(e)"). Philips will also be filing herewith a redacted, public version of Philips' Reply.

Pursuant to Rule 79-5(e), Philips identifies in the accompanying declaration the materials at issue that have been designated as "Confidential," "Highly Confidential – Outside Counsel Only" or "Highly Confidential – Source Code" in this action and identifies the party that has designated the materials. In addition, as indicated in the concurrently-filed proof of service, the declaration has been served on the designating party as required by Rule 79-5(e)

---

[1] Related Case Nos. 4:18-cv-1885-HSG, 4:18-cv-1886-HSG, 4:18-cv-1887-HSG, 4:18-cv-1888-HSG, and 4:18-cv-1890-HSG.

For these reasons, Philips respectfully requests that the Court allow Philips to file the Exhibits and the confidential version of Philips' Reply under seal, pending any response from Defendants under Rule 79-5(e).

Dated: August 21, 2018

Respectfully submitted,

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Michael P. Sandonato (admitted *pro hac vice*)
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Telephone: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*