| | |
|---|---|
| 1 | Bruce R. Genderson (*pro hac vice*) |
|   | Kevin Hardy (*pro hac vice*) |
| 2 | Aaron P. Maurer (*pro hac vice*) |
|   | David M. Krinsky (*pro hac vice*) |
| 3 | Kyle E.Thomason (*pro hac vice*) |
|   | Christopher A. Suarez (*pro hac vice*) |
| 4 | Christopher S. Geyer (SBN 288527) |
|   | **WILLIAMS & CONNOLLY LLP** |
| 5 | 725 Twelfth Street, N.W. |
|   | Washington, D.C.  20005 |
| 6 | Telephone: (202) 434-5000 |
|   | Facsimile:  (202) 434-5029 |
| 7 | bgenderson@wc.com |
|   | khardy@wc.com |
| 8 | amaurer@wc.com |
|   | dkrinsky@wc.com |
| 9 | kthomason@wc.com |
|   | csuarez@wc.com |
| 10 | cgeyer@wc.com |
| 11 | Matthew S. Warren (SBN 230565) |
|    | Patrick M. Shields (SBN 204739) |
| 12 | Erika H. Warren (SBN 295570) |
|    | **WARREN LEX LLP** |
| 13 | 2261 Market Street, No. 606 |
|    | San Francisco, CA  94114 |
| 14 | Telephone: (415) 895-2940 |
|    | Facsimile: (415) 895-2964 |
| 15 | 18-1885@cases.warrenlex.com |
| 16 | Kaiwen Tseng (SBN 193756) |
|    | Craig R. Kaufman (SBN 159458) |
| 17 | Hsiang ("James") H. Lin (SBN 241472) |
|    | **TECHKNOWLEDGE LAW GROUP LLP** |
| 18 | 100 Marine Parkway, Suite 200 |
|    | Redwood Shores, CA  94065 |
| 19 | Telephone: (650) 517-5200 |
|    | Facsimile: (650) 226-3133 |
| 20 | ktseng@tklg-llp.com |
|    | ckaufman@tklg-llp.com |
| 21 | jlin@tklg-llp.com |
| 22 | Attorneys for Defendants |
|    | ACER INC. AND ACER AMERICA |
| 23 | CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants,<br><br>and<br><br>MICROSOFT CORPORATION<br>Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,<br><br>and<br><br>MICROSOFT MOBILE INC.,<br>Counterclaim Defendant in Intervention. | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF HSIANG "JAMES" H. LIN REGARDING [467] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL AND OPPOSITION TO MICROSOFT'S MOTION TO SEVER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom: 2 |

I, Hsiang "James" H. Lin, hereby declare as follows:

1. I am a Partner at TechKnowledge Law Group, outside counsel for Defendants Acer Inc. and Acer America Corporation (together, "Acer") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1).

3. Plaintiffs' Reply to Microsoft's Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial and Cross-Motion to Sever Claims Against Microsoft ("Plaintiffs' Reply") (Dkt. No. 468) contains Acer-designated information that is confidential and sealable. Plaintiffs' Reply (Dkt. No. 468) contains information designated

by Acer as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains references to Acer's confidential business information. This information is not available to the public, and given the highly competitive nature of the computer industry, Acer would be harmed by the public disclosure of this proprietary information because it would give Acer's competitors a window into Acer's confidential business information. As a result, Acer submits that Plaintiffs' redaction of Acer-designated confidential information as reflected in Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 467-4) at 4:14-16 and 12:13-15 is proper in this case.

4. Exhibit 1 to the Declaration of Joyce L. Nadipuram in Support of Plaintiffs' Administrative Motion to File Under Seal Regarding Plaintiffs' Reply (Dkt No. 467-3), at 9:15-25 and 70:1-73:25 contains information designated by Acer as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because they contain references to Acer's confidential business information. This information is not available to the public, and given the highly competitive nature of the computer industry, Acer would be harmed by the public disclosure of this proprietary information because it would give Acer's competitors a window into Acer's confidential business information.

I declare penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed in Redwood Shores, California, this 27th day of August 2018.

*/s/ Hsiang "James" H. Lin*
Hsiang "James" H. Lin

13325-2116\00011060.000