1  Bruce R. Genderson (*pro hac vice*)
   Kevin Hardy (*pro hac vice*)
2  Aaron P. Maurer (*pro hac vice*)
   David M. Krinsky (*pro hac vice*)
3  Kyle E.Thomason (*pro hac vice*)
   Christopher A. Suarez (*pro hac vice*)
4  Christopher S. Geyer (SBN 288527)
   **WILLIAMS & CONNOLLY LLP**
5  725 Twelfth Street, N.W.
   Washington, D.C.  20005
6  Telephone: (202) 434-5000
   Facsimile:  (202) 434-5029
7  bgenderson@wc.com
   khardy@wc.com
8  amaurer@wc.com
   dkrinsky@wc.com
9  kthomason@wc.com
   csuarez@wc.com
10 cgeyer@wc.com

11 Matthew S. Warren (SBN 230565)
   Patrick M. Shields (SBN 204739)
12 Erika H. Warren (SBN 295570)
   **WARREN LEX LLP**
13 2261 Market Street, No. 606
   San Francisco, CA  94114
14 Telephone: (415) 895-2940
   Facsimile: (415) 895-2964
15 18-1885@cases.warrenlex.com

16 Kaiwen Tseng (SBN 193756)
   Craig R. Kaufman (SBN 159458)
17 Hsiang ("James") H. Lin (SBN 241472)
   **TECHKNOWLEDGE LAW GROUP LLP**
18 100 Marine Parkway, Suite 200
   Redwood Shores, CA  94065
19 Telephone: (650) 517-5200
   Facsimile: (650) 226-3133
20 ktseng@tklg-llp.com
   ckaufman@tklg-llp.com
21 jlin@tklg-llp.com

22 Attorneys for Defendants
   ACER INC. AND ACER AMERICA
23 CORPORATION

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>Defendants,<br><br>and<br><br>MICROSOFT CORPORATION<br>Intervenor-Plaintiff/ Counterclaim Defendant in Intervention,<br><br>and<br><br>MICROSOFT MOBILE INC.,<br>Counterclaim Defendant in Intervention. | Case No.  4:18-cv-01885-HSG<br><br>**DECLARATION OF HSIANG "JAMES" H. LIN REGARDING [471] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom:  2 |

I, Hsiang "James" H. Lin, hereby declare as follows:

1. I am a Partner at TechKnowledge Law Group, outside counsel for Defendants Acer Inc. and Acer America Corporation (together, "Acer") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1).

3. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Partially Consolidate Certain Matters for Trial ("Plaintiffs' Reply") (Dkt. No. 470) contains Acer-designated information that is confidential and sealable. Plaintiffs' Reply (Dkt. No. 470) contains information designated by Acer as "Highly Confidential – Outside Counsel Eyes

1  Only" pursuant to the Protective Order entered in this case because it contains references to
2  Acer's confidential business information. This information is not available to the public, and
3  given the highly competitive nature of the computer industry, Acer would be harmed by the
4  public disclosure of this proprietary information because it would give Acer's competitors a
5  window into Acer's confidential business information. As a result, Acer submits that
6  Plaintiffs' redaction of Acer-designated confidential information as reflected in Plaintiffs'
7  Administrative Motion to File Under Seal (Dkt. No. 471-3) is proper in this case.

   I declare penalty of perjury under the laws of the United States of America that, to
   the best of my knowledge and belief, the foregoing is true and correct.

   Executed in Redwood Shores, California, this 27th day of August 2018.

   */s/ Hsiang "James" H. Lin*
   Hsiang "James" H. Lin

13325-2116\00011061.000