Bruce R. Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron P. Maurer (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Kyle E.Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
Christopher S. Geyer (SBN 288527)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
bgenderson@wc.com
khardy@wc.com
amaurer@wc.com
dkrinsky@wc.com
kthomason@wc.com
csuarez@wc.com
cgeyer@wc.com

Matthew S. Warren (SBN 230565)
Patrick M. Shields (SBN 204739)
Erika H. Warren (SBN 295570)
**WARREN LEX LLP**
2261 Market Street, No. 606
San Francisco, CA  94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
18-1885@cases.warrenlex.com

Kaiwen Tseng (SBN 193756)
Craig R. Kaufman (SBN 159458)
Hsiang ("James") H. Lin (SBN 241472)
**TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jlin@tklg-llp.com

Attorneys for Defendants
ACER INC. AND ACER AMERICA
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORPORATION,<br><br>        Defendants,<br><br>and<br><br>MICROSOFT CORPORATION<br>        Intervenor-Plaintiff/<br>        Counterclaim Defendant in Intervention,<br><br>and<br><br>MICROSOFT MOBILE INC.,<br>        Counterclaim Defendant in Intervention. | Case No.  4:18-cv-01885-HSG<br><br>**DECLARATION OF HSIANG "JAMES" H. LIN REGARDING [474] PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PLAINTIFFS' REPLY TO HTC CORP. AND HTC AMERICA, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO PARTIALLY CONSOLIDATE CERTAIN MATTERS FOR TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom:  2 |

I, Hsiang "James" H. Lin, hereby declare as follows:

1.  I am a Partner at TechKnowledge Law Group, outside counsel for Defendants Acer Inc. and Acer America Corporation (together, "Acer") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2.  This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1).

3.  Exhibit 22 to the Declaration of John D. Carlin in Support of Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 474-22), page 99, line 1 through page 102, line 24, contains information designated by Acer as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains

1 references to Acer's confidential business information. This information is not available to
2 the public, and given the highly competitive nature of the computer industry, Acer would be
3 harmed by the public disclosure of this proprietary information because it would give
4 Acer's competitors a window into Acer's confidential business information.
5     I declare penalty of perjury under the laws of the United States of America that, to
6 the best of my knowledge and belief, the foregoing is true and correct.
7     Executed in Redwood Shores, California, this 27th day of August 2018.

*/s/ Hsiang "James" H. Lin*
Hsiang "James" H. Lin

13325-2116\00011062.000