| | |
|---|---|
| Christina McCullough, Bar No. 245944<br>CMcCullough@perkinscoie.com<br>Theresa H. Nguyen, Bar No. 284581<br>RNguyen@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 | Tiffany P. Cunningham<br>TCunningham@perkinscoie.com<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603<br>Telephone: (312) 324-8400<br>Facsimile: (312)324-9400 |
| Chad S. Campbell, Bar No. 258723<br>CCampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>Telephone: (602) 351-8000<br>Facsimile: (602) 648-7000 | Sarah E. Stahnke, Bar No. 264838<br>SStahnke@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350 |

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

*Attorneys for Microsoft Corporation and Microsoft Mobile Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC., and<br>ACER AMERICA CORPORATION,<br><br>Defendants | Case No.: 4:18-cv-01885-HSG<br>(and related cases)<br><br>JURY TRIAL DEMANDED<br><br>**ORDER DENYING MICROSOFT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY** |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01886-HSG |
| v. | ) JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., and ASUS COMPUTER INTERNATIONAL, | ) |
| Defendants. | ) |

ORDER DENYING ADMIN. MOTION FOR LEAVE TO FILE SURREPLY, CASE NOS. 18-cv-01885-HSG; 18-cv-01886-HSG; 18-cv-01888-HSG; 18-cv-01890-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01888-HSG |
| v. | ) JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) |
| v. | ) |
| MICROSOFT CORPORATION, | ) |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention, | ) |
| AND | ) |
| MICROSOFT MOBILE INC., | ) |
| Counterclaim Defendant in Intervention. | ) |
| KONINKLIJKE PHILIPS N.V., and U.S. PHILIPS CORPORATION, | ) |
| Plaintiffs, | ) Related Case No.: 4:18-cv-01890-HSG |
| v. | ) JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| 1  MICROSOFT CORPORATION, | ) |
| 2           Intervenor-Plaintiff, | ) ) ) |
| 3       v. | ) ) |
| 4  KONINKLIJKE PHILIPS N.V., and | ) ) |
| 5  U.S. PHILIPS CORPORATION, | ) ) |
| 6           Intervenor-Defendants. | ) ) |
| 7  KONINKLIJKE PHILIPS N.V., and | ) ) |
| 8  U.S. PHILIPS CORPORATION, | ) ) |
| 9           Intervenor-<br>         Defendants/Counterclaim<br>         Plaintiffs in Intervention, | ) ) ) ) |
| 11      v. | ) ) |
| 12 MICROSOFT CORPORATION, | ) ) |
| 13          Intervenor-<br>         Plaintiff/Counterclaim De-<br>         fendant in Intervention, | ) ) ) |
| 15 AND | ) |
| 16 MICROSOFT MOBILE INC., | ) ) |
| 17          Counterclaim Defendant in In-<br>         tervention. | ) ) ) |

# **ORDER**

This matter comes before the Court on Microsoft Corporation and Microsoft Mobile, Inc.'s Administrative Motion for Leave to File Surreply in Support of Opposition and Cross-Motion to Sever Claims Against Microsoft. Upon consideration of the Motion, IT IS HEREBY **DENIED**.

**IT IS SO ORDERED.**

Dated: **September 5, 2018**

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE