# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br>  v.<br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>        Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**STIPULATED ADDENDUM TO THE PROTECTIVE ORDER; ORDER** |
| MICROSOFT CORPORATION,<br><br>        Intervenor-Plaintiff,<br>  v.<br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Intervenor-Defendants. | |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br>  v.<br>MICROSOFT CORPORATION<br><br>        Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>AND<br><br>MICROSOFT MOBILE INC.<br><br>        Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br>   v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | Related Case No. 4:18-cv-01886-HSG |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,
   v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention
   v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br>  v.<br><br>HTC CORP.,<br>HTC AMERICA, INC.,<br><br>        Defendants. | Related Case No. 4:18-cv-01887-HSG |

## **STIPULATED ADDENDUM TO THE PROTECTIVE ORDER**

Whereas Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation and Defendants ASUSTeK Computer Inc., ASUS Computer International, HTC Corp., HTC America, Inc., Acer Inc., Acer America Corp., Microsoft Corp., and Microsoft Mobile Inc., hereinafter referred to as "the Parties," believe that certain information belonging to Non-Parties ARM Ltd. or ARM, Inc. is or will be encompassed by discovery demands of the Parties and/or the disclosure requirements of the Rules of Practice for Patent Cases before the Northern District of California, and that such information contains trade secrets, confidential business information, and/or other proprietary information of Non-Parties ARM Ltd. or ARM, Inc., the Parties hereby stipulate that the Stipulated Protective Order entered by the Court on February 23, 2017 ("Protective Order") in the above-captioned actions (Docket No. 132, 4:18-cv-1885-HSG; Docket No. 115, 4:18-cv-1886-HSG; and Docket No. 95, 4:18-cv-1887-HSG) shall be amended as follows:

24. The following additional provisions apply to the access to and production and handling of Non-Parties ARM Ltd. or ARM, Inc. (collectively, "Arm") Source Code, including materials designated "ARM RESTRICTED CONFIDENTIAL SOURCE CODE":

    (a) Any provision of the Protective Order that relates in any way to Arm Source Code, requiring notice to and/or prior consent or agreement of the Producing Party, shall also require notice to and/or prior consent or agreement of Arm.

(b)     In order for an independent consultant, expert witness, or any person employed by such independent consultant or expert witness to assist or aid in the analysis of Arm Source Code to be permitted access to Arm Source Code or materials designated "ARM RESTRICTED CONFIDENTIAL SOURCE CODE," the counsel of the Party employing the consultant or expert must notify Arm in writing pursuant to Paragraph 12.  The written notice shall further include any known present or past relationship between the consultant or expert and Arm (except where the disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the notice should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship).

(c)     Any Standalone Computer containing Arm Source Code material shall not be equipped with a laser printer but may include virtual PDF printer software to permit the Receiving Party to print selected portions of Arm Source Code to a PDF file that can be printed subsequently by the Producing Party.  Each print request shall be made in writing to the Producing Party and if the Producing Party is not Arm, also to Arm, and shall include the complete path, file name, and line numbers of the specific Arm Source Code material to be printed.

(d)     During the five (5) business day review period described in Paragraph 10.e, the Producing Party or Arm may designate source code that contains Arm Source Code material as "ARM RESTRICTED CONFIDENTIAL SOURCE CODE."  In accordance with Paragraph 7, the Producing Party or Arm may later designate other source code as "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" if the Producing Party or Arm has a good faith basis for believing that the material includes Arm Source Code and shall provide the basis to the Receiving Party at the time such material is re-designated.  The "Challenges to the Designation of Confidential Information" provisions of Paragraph 11 apply to any materials designated as "ARM RESTRICTED CONFIDENTIAL SOURCE CODE."

(e)     Materials designated "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" may only be transported by a person authorized under Paragraph 8.a or 8.d to another

person authorized under Paragraph 8.a or 8.d by hand delivery. Such "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" may not be transported or transmitted electronically over a network of any kind, including a LAN, an intranet, or the Internet absent prior written consent by Arm.

(f) Arm will be provided reasonably advanced written notice by the Receiving Party or Producing Party prior to the disclosure of any "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" material during any hearing or trial or in any Source Code Pleadings pursuant to Paragraph 10.g. In any event, Source Code Pleadings may include excerpts of no more than 50 consecutive lines of Arm Source Code materials ("Arm Source Code Pleadings") absent Arm's prior written consent and shall be password protected prior to any electronic transmission.

(g) If the Receiving Party or Producing Party intends to use "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" material at trial, the party shall provide Arm reasonably advance written notice of any pre-trial meet and confer under Paragraph 17 to determine the confidentially procedures for trial for any such "ARM RESTRICTED CONFIDENTIAL SOURCE CODE" material. Arm, at its option, may participate in such pre-trial meet and confers.

(h) The Parties shall not file any motion with the Court to modify this Addendum or the Protective Order (to the extent that the relief sought would impact Arm Source Code material in any way) without prior notice to Arm and affording Arm the opportunity to be heard.

(i) Any notice, request, or other paper required to be provided to Arm shall be provided to Arm's outside counsel, which, for purposes of this Addendum only, is as follows:

> Tyler T. VanHoutan
> MCGUIREWOODS LLP
> JPMorgan Chase Tower
> 600 Travis Street, Suite 7500
> Houston, TX 77002-2906
> tvanhoutan@mcguirewoods.com
> Telephone: (832) 214-9911

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | Chris Holland (SBN 164053) | /s/ Joyce Nadipuram |
| | Lori L. Holland (SBN 202309) | Michael Sandonato (admitted *pro hac vice*) |
| 4 | HOLLAND LAW LLP | John Carlin (admitted *pro hac vice*) |
| | 220 Montgomery Street, Suite 800 | Christopher Gerson (admitted *pro hac vice*) |
| 5 | San Francisco, CA 94104 | Natalie Lieber (admitted *pro hac vice*) |
| | Telephone: (415) 200-4980 | Jonathan M. Sharret (admitted *pro hac vice*) |
| 6 | Fax: (415) 200-4989 | Daniel Apgar (admitted *pro hac vice*) |
| | cholland@hollandlawllp.com | Jaime Cardenas-Navia (admitted *pro hac vice*) |
| 7 | lholland@hollandlawllp.com | Sean M. McCarthy (admitted *pro hac vice*) |
| 8 | | Robert Pickens (admitted *pro hac vice*) |
| | | Caitlyn Bingaman (admitted *pro hac vice*) |
| 9 | | Joyce Nadipuram (admitted *pro hac vice*) |
| | | Julian Pymento (admitted *pro hac vice*) |
| 10 | | FITZPATRICK, CELLA, HARPER & SCINTO |
| | | 1290 Avenue of the Americas |
| 11 | | New York, New York, 10104 |
| | | +1 (212) 218-2100 |
| 12 | | +1 (212) 218-2200 facsimile |
| 13 | | philipsprosecutionbar@fchs.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | | |
|---|---|---|
| 17 | | /s/Aaron Maurer |
| | Kevin Hardy (*pro hac vice* pending) | Matthew S. Warren (Cal. Bar No. 230565) |
| 18 | Aaron Maurer (*pro hac vice* pending) | Patrick M. Shields (Cal. Bar No. 204739) |
| | David Krinsky (*pro hac vice* pending) | Erika H. Warren (Cal. Bar No. 230565) |
| 19 | Christopher Geyer (Cal. Bar No. 288527) | Amy M. Bailey (Cal. Bar No. 313151) |
| | Christopher A. Suarez (*pro hac vice* pending) | WARREN LEX LLP |
| 20 | Kyle Thomason (*pro hac vice* pending) | 2261 Market Street, No. 606 |
| 21 | WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| | 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| 22 | Washington, District of Columbia, 20005 | +1 (415) 895-2964 facsimile |
| | +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| 23 | +1 (202) 434-5029 facsimile | 18-1886@cases.warrenlex.com |
| 24 | viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

| | |
|---|---|
| Kai Tseng (Cal. Bar No. 193756) | Michael J. Newton (*pro hac vice* to be filed) |
| Hsiang ("James") H. Lin (Cal. Bar No. 241472) | ALSTON & BIRD LLP |
| Craig Kaufman (Cal. Bar No. 159458) | 2828 North Harwood Street, Suite 1800 |
| TECHKNOWLEDGE LAW GROUP LLP | Dallas, Texas, 75201 |
| 100 Marine Parkway, Suite 200 | +1 (214) 922-3400 |
| Redwood Shores, California, 94065 | +1 (214) 922-3899 facsimile |
| +1 (650) 517-5200 | asus-philips@alston.com |
| +1 (650) 226-3133 facsimile | |
| acer.philips-tklgall@tklg-llp.com | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |
| *Attorneys for Defendants Acer, Inc. and Acer America Corporation* | |

/s/ John Schnurer
John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
Vinay Sathe (Cal. Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/ Christina McCullough
Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000

| | |
|---|---|
| 1 | +1 (206) 359-9000 facsimile |
| | msft-philipsteam@perkinscoie.com |
| 2 | Sarah Stahnke (Cal. Bar No. 264838) |
| | Patrick J. McKeever (Cal. Bar No. 245944) |
| 3 | PERKINS COIE LLP |
| 4 | 11988 El Camino Real, Suite 350 |
| | San Diego, California, 92130 |
| 5 | +1 (858) 720-5700 |
| | +1 (858) 720-5799 facsimile |
| 6 | msft-philipsteam@perkinscoie.com |
| 7 | |
| | Chad Campbell (Cal. Bar No. 258723) |
| 8 | PERKINS COIE LLP |
| | 2901 North Central Avenue, Suite 2000 |
| 9 | Phoenix, Arizona, 85012 |
| | +1 (602) 351-8000 |
| 10 | +1 (602) 648-7000 facsimile |
| | msft-philipsteam@perkinscoie.com |
| 11 | |
| 12 | *Attorneys for Intervenor-Plaintiff/Counterclaim Defendants* |
| | *Microsoft Corporation and Microsoft Mobile, Inc.* |

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute on their behalf this Stipulated Addendum to the Protective Order; [Proposed] Order.


Dated:  September 11, 2018          /s/ Chris Holland
                                     Chris Holland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 11, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge