Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>　　　　　Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**NOTICE OF CHANGE OF COUNSEL** |

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

   v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

   v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

   v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

        Defendants.

Related Case No. 4:18-cv-01886-HSG

| | |
|---|---|
| MICROSOFT CORPORATION, | |
| Intervenor-Plaintiff, | |
| v. | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | |
| Intervenor-Defendants/Counterclaim Plaintiffs in Intervention | |
| v. | |
| MICROSOFT CORPORATION | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| AND | |
| MICROSOFT MOBILE INC. | |
| Counterclaim Defendant in Intervention | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01887-HSG |
| Plaintiffs, | |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
| Defendants. | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>   v.<br><br>VISUAL LAND INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01888-HSG |

MICROSOFT CORPORATION,

            Intervenor-Plaintiff,

   v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

            Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

   v.

MICROSOFT CORPORATION

            Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

            Counterclaim Defendant in Intervention

| | | |
|---|---|---|
| 1 | KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | Related Case No. 4:18-cv-01889-HSG |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., | |
| 5 | Defendants. | |

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

    v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD.,
SHENZEN ZOWEE TECHNOLOGY CO., LTD.,

        Defendants.

MICROSOFT CORPORATION,

        Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in Intervention

Related Case No. 4:18-cv-01889-HSG

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>     v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>            Defendants. | Related Case No. 4:18-cv-01890-HSG |

MICROSOFT CORPORATION,

           Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-Defendants/Counterclaim Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

           Intervenor-Plaintiff/Counterclaim Defendant in Intervention

AND

MICROSOFT MOBILE INC.

           Counterclaim Defendant in Intervention

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Julian Pymento of the law firm Fitzpatrick, Cella, Harper & Scinto hereby withdraws as attorney of record for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in the above-captioned actions because Mr. Pymento is no longer with the firm. Counsel of record for Plaintiffs otherwise remains the same.

Dated: September 12, 2018

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*