[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In Re Koninklijke Philips Patent Litigation

Case No. 4:18-cv-1885-HSG

JURY TRIAL DEMANDED

**SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT (ECF NO. 488)**

The parties filed their Joint Case Management Conference Statement ("Joint CMC Statement") on September 25, 2018. *See* ECF No. 488. The parties hereby file this supplement to that Joint CMC Statement to inform the Court that on September 26, 2018, the Patent Trial and Appeal Board issued a final written decision in IPR2017-00386 finding all asserted claims of the '913 patent patentable. The petitioners in that case have until November 28, 2018, to appeal that decision.

In summary, the status of the various PTAB proceedings relating to the patents-in-suit is as follows:

- No Claims Unpatentable: The following 7 patents have no pending IPR petitions against them, and no claims were found unpatentable on final written decision: '913 patent (to be appealed), '064 patent, '564 patent, '114 patent (on appeal), '797 patent, '819 patent, and '809 patent.

- All Claims Unpatentable: All claims of the following two patents were found unpatentable on final written decision: '006 patent, '695 patent.

- Some Claims Not Unpatentable / Unpatentable: The asserted system claims of the '806 patent (written in means-plus-function form) were not found unpatentable; the asserted method claims of that patent were found unpatentable. The system claims of the '806 patent are among those that Defendants and Microsoft have argued are invalid for indefiniteness (an issue the Patent Office did not consider). Philips maintains that the indefiniteness issue was resolved by the Delaware Court's claim construction ruling.

At present, a single IPR proceeding remains pending. The pending petition relates to the '387 patent, and a decision is expected in that matter by April 11, 2019.

For the convenience of the Court, the table including the status of the IPR proceedings has been updated below.

| IPR No. | Filing Date | Patent | Petitioner | Named RPIs | Status |
|---|---|---|---|---|---|
| IPR2017-00387 | 12/5/2016 | RE'913 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2017-00386 (IPR2017-01766) | 12/5/2016 | RE'913 | Google (Microsoft Joined 1/16/2018) | Acer, ASUS | All Claims found Patentable on Final Written Decision (9/26/2018); Notice of Appeal due Nov. 28 |
| IPR2017-00388 | 12/5/2016 | RE'564 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2017-00389 | 12/5/2016 | RE'564 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2018-00185 | 11/17/2017 | RE'564 | Microsoft | N/A | Resolved: Not Instituted |
| IPR2017-00408 | 12/5/2016 | '387 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2017-00409 | 12/5/2016 | '387 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2018-00023 | 10/20/2017 | '387 | Microsoft | N/A | Open: Final decision due date 4/11/2019 |
| IPR2017-00410 | 12/5/2016 | '064 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2017-00411 | 12/5/2016 | '064 | Google | Acer, ASUS | Resolved: Not Instituted |
| IPR2018-00025 | 10/20/2017 | '064 | Microsoft | N/A | Resolved: Not Instituted |
| IPR2018-00026 | 10/20/2017 | '064 | Microsoft | N/A | Resolved: Not Instituted |

| IPR No. | Filing Date | Patent | Petitioner | Named RPIs | Status |
|---|---|---|---|---|---|
| IPR2017-00437 | 12/8/2016 | '114 | Google | Acer, ASUS | All Claims found Patentable on Final Written Decision (6/6/2018); Currently on Appeal |
| IPR2017-00447 (IPR2017-01754) | 12/9/2016 | '806 | Google (Microsoft Joined 11/29/17) | Acer, ASUS | Open: Claims 1-11 found unpatentable; Claims 12-16 (asserted in this litigation) found patentable; Notice of Appeal due Nov. 8 |
| IPR2017-00857 | 2/9/2017 | RE'006 | HTC | N/A | Open: The claim asserted in these actions was found unpatentable; Notice of Appeal due Oct. 26 |
| IPR2017-00890 | 2/10/2017 | '695 | Microsoft / HTC | N/A | Open: All claims asserted in these actions were found unpatentable; Notice of Appeal due Nov. 8 |
| IPR2017-00856 | 6/14/2017 | '797 | HTC | N/A | Resolved: Not Instituted |
| IPR2018-00277 | 12/8/2017 | '819 | Microsoft | N/A | Resolved: Not Instituted |
| IPR2018-00279 | 12/8/2017 | '809 | Microsoft | N/A | Resolved: Not Instituted |

|  |  |
|---|---|
| John Carlin (admitted *pro hac vice*)<br>Michael Sandonato (admitted *pro hac vice*)<br>Christopher Gerson (admitted *pro hac vice*)<br>Natalie Lieber (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Daniel Apgar  (admitted *pro hac vice*)<br>Jaime Cardenas-Navia (admitted *pro hac vice*)<br>Sean McCarthy (admitted *pro hac vice*)<br>Robert Pickens (admitted *pro hac vice*)<br>Caitlyn Bingaman (admitted *pro hac vice*)<br>Joyce Nadipuram (admitted *pro hac vice*)<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@fchs.com | /s/  Christopher Holland<br>Christopher Holland (Cal. Bar No. 164053)<br>Lori Holland (Cal. Bar No. 202309)<br>Ethan Jacobs (Cal. Bar No. 291838)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, California, 94104<br>+1 (415) 200-4980<br>+1 (415) 200-4989 facsimile<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com<br>ejacobs@hollandlawllp.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

|  |  |
|---|---|
| Kevin Hardy (*pro hac vice* pending)<br>Aaron Maurer (*pro hac vice* pending)<br>David Krinsky (*pro hac vice* pending)<br>Christopher Geyer (Cal. Bar No. 288527)<br>Christopher A. Suarez (*pro hac vice* pending)<br>Kyle Thomason (*pro hac vice* pending)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, District of Columbia, 20005<br>+1 (202) 434-5000<br>+1 (202) 434-5029 facsimile<br>viceroy@wc.com | /s/  Aaron Maurer<br>Matthew S. Warren (Cal. Bar No. 230565)<br>Patrick M. Shields (Cal. Bar No. 204739)<br>Erika H. Warren (Cal. Bar No. 230565)<br>Amy M. Bailey (Cal. Bar No. 313151)<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94110<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>18-1885@cases.warrenlex.com<br>18-1886@cases.warrenlex.com |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Kai Tseng (Cal. Bar No. 193756)
Hsiang ("James") H. Lin (Cal. Bar No. 241472)
Craig Kaufman (Cal. Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton (*pro hac vice* to be filed)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

/s/ John Schnurer
John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
Vinay Sathe (Cal. Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/  Lucian C. Chen
Lucian C. Chen (*pro hac vice* to be filed)
Wing K. Chiu   (*pro hac vice* to be filed)
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
+1 (212) 710-3007
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com
wingchiu@lcclegal.com

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

/s/  Christina McCullough
Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com

Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
+1 (312) 324-8400
+ (312) 324-9400 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc.*

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Christopher Holland, hereby attest that I have been authorized by counsel for the parties listed above to file on their behalf this Supplement to Joint Case Management Statement.

Dated:  September 28, 2018                                                        /s/ Christopher Holland
                                                                                                    Christopher Holland