# Exhibit 45



SAMSUNG GALAXY A8 (2018) REVIEW

PHONE FINDER

| SAMSUNG | LENOVO | ALCATEL | WIKO |
| APPLE | XIAOMI | ZTE | VIVO |
| NOKIA | GOOGLE | TOSHIBA | LEECO |
| SONY | ACER | VODAFONE | PANASONIC |
| LG | ASUS | ENERGIZER | HP |
| HTC | OPPO | CAT | YU |
| MOTOROLA | ONEPLUS | LAVA | VERYKOOL |
| HUAWEI | MEIZU | MICROMAX | MAXWEST |
| MICROSOFT | BLACKBERRY | BLU | PLUM |

ALL BRANDS       RUMOR MILL

# Lumia 636/638 are first TD-LTE phones from Nokia in China

COMMENTS (35)    POST YOUR COMMENT

11 June, 2014     Nokia   Windows Phone   China Mobile   China Unicom

Nokia officially unveiled its first TD-LTE phones today – the Nokia Lumia 636/638. They are headed to China Unicom and China respectively, both at the price of CNY 1,300 ($210). The Lumia 638 went up on pre-order a couple of weeks ago at a slight lower price of CNY 1,200.



The two new smartphones are based on the Lumia 630, meaning they have a 4.5" WVGA screen and are powered by a Snapdragon 400 chipset, but the RAM has been doubled to 1GB. TD-LTE is the Chinese flavor of 4G LTE, but the phones are compatible with international LTE for roaming too.

The Nokia Lumia 636/638 run Windows Phone 8.1 and come with free navigation from HERE Maps and free Nokia MixRadio music streaming.

TOP 10 BY DAILY INTEREST

| Device | Daily hits |
| --- | --- |
| 1. Oppo Realme 2 Pro | 58,484 |
| 2. Samsung Galaxy A7 (2018) | 50,451 |
| 3. Xiaomi Pocophone F1 | 46,502 |
| 4. Apple iPhone XS Max | 35,937 |
| 5. Huawei Mate 20 Pro | 35,799 |
| 6. Xiaomi Mi A2 Lite (Redmi 6 P… | 30,930 |
| 7. Oppo F9 (F9 Pro) | 30,803 |
| 8. Xiaomi Redmi Note 5 Pro | 30,040 |
| 9. Samsung Galaxy Note9 | 29,627 |
| 10. Xiaomi Redmi Note 6 Pro | 28,538 |

TIP US   880K   142K   87K   457K   RSS   LOG IN   SIGN UP



The Lumia 638 will be available from June 21 and is currently displayed at the Mobile Asia Expo. The Lumia 636 will launch on July 5. They will be available in Black, White, Orange and Yellow.

Source (*in Chinese*) | Via

## RELATED ARTICLES

 **HMD also schedules an event for October 11**

 **Alleged Nokia 7.1 Plus visits TENAA for certification**

 **Non-plus Nokia 7.1 colors and price revealed**

 **Nokia 7 plus now receiving Android Pie**

### TOP 10 BY FANS

| | Device | Favorites |
|---|---|---|
| 1. | Xiaomi Redmi Note 5 Pro | 1,242 |
| 2. | OnePlus 6 | 1,168 |
| 3. | LG V30 | 1,097 |
| 4. | Xiaomi Mi A1 (Mi 5X) | 1,062 |
| 5. | Apple iPhone X | 1,012 |
| 6. | Huawei Mate 10 Pro | 909 |
| 7. | OnePlus 5T | 893 |
| 8. | Nokia 7 plus | 848 |
| 9. | Samsung Galaxy S9+ | 839 |
| 10. | Huawei P20 Pro | 731 |

## READER COMMENTS

**1** — **1234566** · 07 Apr 2015 · thf

Having no flash and no camera doesn't make it the worst phone. They don't make the phone. Try checking out its specs & hardware.

↩ Reply

**s** — **salman** · 17 Feb 2015 · f{1

i like to have windows qwerty phone. but comparing it with lumia 535 bigest difrence is quality and. style thank you

↩ Reply

**D** — **AnonD-214886** · 30 Jan 2015 · vxi

Not for us Skype Users. No Front Cam. :( this LTE device is just for browsing. can't play games much with the Hardware. If they added the 2MP Front Camera, I would have bought it.

↩ Reply

**READ ALL COMMENTS** | **POST YOUR COMMENT**   Total reader comments: **35**

GSMArena.com   Home  News  Reviews  Compare  Coverage  Glossary  FAQ  RSS feed  Facebook  Twitter   CDN by maxcdn
© 2000-2018 GSMArena.com.   Mobile version   Contact us   Advertising   Privacy   Terms of use