John P. Schnurer (CA Bar No. 185725)
Kevin J. Patariu (CA Bar No. 256755)
Ryan B. Hawkins (CA Bar No. 256755)
Louise Lu (CA Bar No. 253114)
PERKINS COIE LLP
11988 El Camino Road, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Ryan J. McBrayer (admitted *pro hac vice*)
Jonathan R. Putman (admitted *pro hac vice*)
Stevan R. Stark (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants
HTC CORP.
HTC AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG <br><br> JURY TRIAL DEMANDED <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:

On October 1, 2018, certain defendants in the above-captioned action ("Defendants") filed a Motion to Strike Plaintiffs' Amended Infringement Contentions and Identification of Accused Products under Docket Nos. 491-509.  During the Case Management Conference held on October 2, 2018, the Court ruled that the issues raised in the motion would not be ripe until Koninklijke Philips N.V., and U.S. Philips Corporation, ("Philips") filed a motion for leave to amend their

infringement contentions under Pat. L.R. 3-6. Accordingly, Defendants hereby withdraw their Motion to Strike, and will respond appropriately to Philips' forthcoming motion for leave to amend.

Respectfully submitted this 4th day of October, 2018.

*/s/ John P. Schnurer*

John P. Schnurer (Cal. Bar No. 185725)
Kevin J. Patariu (Cal. Bar. No. 256755)
Ryan B. Hawkins (Cal. Bar. No. 256146)
Louise Lu (Cal. Bar. No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California 92130-2594
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan J. McBrayer (*admitted pro hac vice*)
Jonathan R. Putman (*admitted pro hac vice*)
Antoine McNamara (Cal. Bar. No. 261980)
Steven R. Stark (*admitted pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

1   */s/ Craig Kaufman (with permission)*          */s/ Michael J. Newton (with permission)*
    Kai Tseng (Cal. Bar. No. 193756)              Michael J. Newton (*pro hac vice* pending)
2   Hsiang ("James") H. Lin (Cal. Bar. No.        ALSTON & BIRD LLP
    241472)                                       2828 North Harwood Street, Suite 1800
3   Craig Kaufman (Cal. Bar No. 159458)           Dallas, Texas 75201
    TECHKNOWLEDGE LAW GROUP LLP                   +1 (214) 922-3400
4   100 Marine Parkway, Suite 200                 +1 (214) 922-3899 facsimile
    Redwood Shores, California 94065              asus-philips@alston.com
5   +1 (650) 517-5222
    +1 (650) 226-3133 facsimile                   *Attorneys for Defendants ASUSTeK Computer*
6   acer.philips-tklgall@tklg-llp.com             *Inc. and ASUS Computer International*

7   *Attorneys for Defendants Acer, Inc. and Acer*
    *America Corporation*

8
    Kevin Hardy (*pro hac vice* pending)          Matthew S. Warren (Cal. Bar No. 230565)
9   Aaron Maurer (*pro hac vice* pending)         Patrick M. Shields (Cal. Bar No. 204739)
    Christopher Geyer (Cal. Bar. No. 288527)      Erika H. Warren (Cal. Bar No. 230565)
10  Christopher A. Suarez (*pro hac vice* pending) Amy M. Bailey (Cal. Bar No. 313151)
    Kyle Thomason (*pro hac vice* pending)        WARREN LEX LLP
11  WILLIAMS & CONNOLLY LLP                       2261 Market Street, No. 606
    725 Twelfth Street, N.W.                      San Francisco, California 94110
12  Washington, D.C.  20005                       +1 (415) 895-2940
    +1 (202) 434-5000                             +1 (415) 895-2964 facsimile
13  +1 (202) 435-5029 facsimile                   18-1885@cases.warrenlex.com
    viceroy@wc.com                                18-1886@cases.warrenlex.com

14
    *Attorneys for Defendants Acer, Inc. and Acer* *Attorneys for Defendants ASUSTeK Computer*
15  *America Corporation*                         *Inc. and ASUS Computer International*

16  */s/ Patrick J. McKeever (with permission*)   Chad S. Campbell (Cal. Bar No. 258723)
    Judith B. Jennison (Cal. Bar. No. 165929)     PERKINS COIE LLP
17  Christina J. McCullough (Cal. Bar. No.        2901 North Central Avenue, Suite 2000
    245944)                                       Phoenix, Arizona 85012
18  PERKINS COIE LLP                              +1 (602) 351-8000
    1201 Third Avenue, Suite 4900                 +1 (602) 648-7000 facsimile
19  Seattle, Washington 98101                     msft-philipsteam@perkinscoie.com
    +1 (206) 359-8000
20  +1 (206) 359-9000 facsimile                   Tiffany P. Cunningham (*admitted pro hac*
    Msft-philipsteam@perkinscoie.com              *vice*)
21                                                PERKINS COIE LLP
    Sarah E. Stahnke (Cal. Bar. No. 264838)       131 South Dearborn, Suite 1700
22  Patrick J. McKeever (Cal. Bar. No. 245944)    Chicago, Illinois 60603
    PERKINS COIE LLP                              +1 (312) 324-8400
23  11988 El Camino Real, Suite 350               +1 (312) 324-9400 facsimile
    San Diego, California 92130                   msft-philipsteam@perkinscoie.com
24  +1 (858) 720-5700
    +1 (858) 720-5799 facsimile                   *Attorneys for Intervenor-*
25  msft-philipsteam@perkinscoie.com              *Plaintiff/Counterclaim Defendants Microsoft*
                                                  *Corporation and Microsoft Mobile, Inc.*
26  *Attorneys for Intervenor-*
    *Plaintiff/Counterclaim Defendants Microsoft*
27  *Corporation and Microsoft Mobile, Inc.*

28  141526497.1