Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PHILIPS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

1

# STIPULATION

WHEREAS, the Court held a Case Management Conference in these matters on October 2, 2018;

WHEREAS, during that Case Management Conference, the Court ordered that Philips file its motion for leave to amend its infringement contentions under Patent Local Rule 3-6 by October 31, 2018, and suggested that the parties to these actions agree on a briefing schedule for this motion;

WHEREAS, on October 11, 2018, the Court issued a Minute Order directing the parties to, among other things, "e-file a stipulation and proposed order setting a briefing schedule and hearing date for the motion for leave to amend, as well as a case schedule" (Docket No. 520);

WHEREAS, the parties have met and conferred and agreed on a briefing schedule and hearing date for the motion for leave to amend;

NOW, THEREFORE, the parties stipulate and agree and move the Court to enter the following briefing schedule:

1. October 31, 2018:  Last day for the Philips Plaintiffs to file a single, consolidated Motion for Leave to Amend their Infringement Contentions against Each Defendant and Microsoft;

2. November 21, 2018:  Last day for Microsoft and Defendants to file their consolidated Opposition to Philips' Motion to Amend;

3. December 7, 2018:  Last day for the Philips Plaintiffs to file their consolidated Reply in support of their Motion to Amend.

Dated: October 31, 2018

Respectfully submitted,

| | |
|---|---|
| Chris Holland (SBN 164053) | /s/ Mike Sandonato |
| Lori L. Holland (SBN 202309) | Michael Sandonato (admitted pro hac vice) |
| HOLLAND LAW LLP | John Carlin (admitted pro hac vice) |
| 220 Montgomery Street, Suite 800 | Christopher Gerson (admitted pro hac vice) |
| San Francisco, CA 94104 | Natalie Lieber (admitted pro hac vice) |
| Telephone: (415) 200-4980 | Jonathan M. Sharret (admitted pro hac vice) |
| Fax: (415) 200-4989 | Daniel Apgar (admitted pro hac vice) |
| cholland@hollandlawllp.com | Jaime Cardenas-Navia (admitted pro hac vice) |
| lholland@hollandlawllp.com | Sean M. McCarthy (admitted pro hac vice) |

Robert Pickens (admitted pro hac vice)
Caitlyn Bingaman (admitted pro hac vice)
Joyce Nadipuram (admitted pro hac vice)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

/s/Aaron Maurer
―――――――――――――――――――

Kevin Hardy (*pro hac vice* pending)
Aaron Maurer (*pro hac vice* pending)
David Krinsky (*pro hac vice* pending)
Christopher Geyer (Cal. Bar No. 288527)
Christopher A. Suarez (*pro hac vice* pending)
Kyle Thomason (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 230565)
Amy M. Bailey (Cal. Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com
18-1886@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Michael J. Newton
(Cal Bar No. 156225)
Kai Tseng (Cal. Bar No. 193756)
Hsiang ("James") H. Lin (Cal. Bar No. 241472)
Craig Kaufman (Cal. Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

/s/ John Schnurer
John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
Vinay Sathe (Cal. Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*


/s/ Christina McCullough
Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com
Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

/s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

Michael Song (Cal. Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Ave. 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

### CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute on their behalf this Stipulation and [Proposed] Order Regarding Briefing Schedule for Philips' Motions for Leave to Amend Infringement Contentions.

Dated:  October 31, 2018              /s/ Chris Holland
                                      Chris Holland

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause therefore appearing, it is hereby ordered that:

- October 31, 2018 is the last day for the Philips Plaintiffs to file a single, consolidated Motion for Leave to Amend their Infringement Contentions against Each Defendant and Microsoft;

- November 21, 2018 is the last day for Microsoft and Defendants to file their consolidated Opposition to Philips' Motion to Amend;

- December 7, 2018 is the last day for the Philips Plaintiffs to file their consolidated Reply in support of their Motion to Amend.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____                         _____
                                          Hon. Haywood S. Gilliam, Jr.
                                          United States District Judge