Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in accordance with Civil Local Rules 7-11(a) and 79-5(e), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby moves for an order permitting it to file under seal the following materials filed in connection with Philips' Motion for Leave to Amend Its Infringement Contentions:

1. The unredacted version of Philips' Notice of Motion and Motion for Leave to Amend Its Infringement Contentions; Memorandum and Points of Authorities ("Unredacted Motion for Leave");

2. The unredacted version of the Declaration of Sean M. McCarthy ("McCarthy Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

3. Exhibits 3, 5, 6, 9-12, 15-22, 24, 25, 27-30, 33-36, 37, 38-41, 45-50, 54-55, and 57 to the McCarthy Declaration;

4. Exhibits 3, 5, 6, 9-19, 26-28, and 36 to the Declaration of Daniel A. Apgar ("Apgar Declaration");

5. The unredacted version of the Declaration of Jaime F. Cardenas-Navia ("Cardenas-Navia Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

6. Exhibits 6-17, 19-24, 26, and 30 to the Cardenas-Navia Declaration;

7. Exhibits 16, 19-21, 23-25, 27, 28, 30, and 31 to the Declaration of Robert S. Pickens ("Pickens Declaration");

8. The unredacted version of the Declaration of Jonathan M. Sharret ("Sharret Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

9. Exhibits 103, 107, 111, 112, 113-119, 204, 206, 208, 209, 303, 304-310, and 313-314 to the Sharret Declaration.

10. The unredacted version of the Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend its Infringement Contentions ("Sharret Source Code Declaration"); and

11. Exhibits 1-4 to the Sharret Source Code Declaration.

**REASONS SUPPORTING RELIEF REQUESTED**

This administrative motion is made on the grounds that the Exhibits identified above consist of materials and/or information provided to Philips by various Defendants, Microsoft Corporation and Microsoft Mobile, Inc., and/or non-party Google Inc. in this action, and the producing party designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. Nos. 132, 484). Moreover, throughout Philips' Unredacted Motion for Leave and the unredacted declarations identified above, Philips quotes, summarizes, or discusses those designated materials.

Pursuant to Rule 79-5(e), Philips identifies in the accompanying declaration the materials at issue that have been designated as "Confidential," "Highly Confidential – Outside Counsel Only" or "Highly Confidential – Source Code" in this action and identifies the party that has designated the materials. In addition, as indicated in the concurrently-filed proof of service, the declaration has been served on the designating party as required by Rule 79-5(e).

For these reasons, Philips respectfully requests that the Court allow Philips to file the aforementioned materials under seal, pending any response from Defendants and/or Microsoft under Rule 79-5(e).

Dated: October 31, 2018

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ John Carlin
Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Jaime Cardenas-Navia (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)
Joyce Nadipuram (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas

New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*