Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF JOYCE L. NADIPURAM IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' MOTION FOR LEAVE TO AMEND INFRINGEMENT ITS CONTENTIONS** |

# DECLARATION

I, Joyce L. Nadipuram, declare as follows:

1. I am an associate at Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Philips' Administrative Motion to File Under Seal Regarding Philips' Motion for Leave to Amend Its Infringement Contentions. I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. Pursuant to Civil Local Rules 7-11(a) and 79-5(e), Philips moves for an order permitting it to file under seal the following materials filed in connection with Philips' Motion for Leave to Amend Its Infringement Contentions:

   a. The unredacted version of Philips' Notice of Motion and Motion for Leave to Amend Its Infringement Contentions; Memorandum and Points of Authorities ("Unredacted Motion for Leave");

   b. The unredacted version of the Declaration of Sean M. McCarthy ("McCarthy Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

   c. Exhibits 3, 5, 6, 9-12, 15-22, 24, 25, 27-30, 33-36, 37, 38-41, 45-50, 54-55, and 57 to the McCarthy Declaration;

   d. Exhibits 3, 5, 6, 9-19, 26-28, and 36 to the Declaration of Daniel A. Apgar ("Apgar Declaration");

   e. The unredacted version of the Declaration of Jaime F. Cardenas-Navia ("Cardenas-Navia Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

   f. Exhibits 6-17, 19-24, 26, and 30 to the Cardenas-Navia Declaration;

   g. Exhibits 16, 19-21, 23-25, 27, 28, 30, and 31 to the Declaration of Robert S. Pickens ("Pickens Declaration");

   h. The unredacted version of the Declaration of Jonathan M. Sharret ("Sharret Declaration") in support of Philips' Motion for Leave to Amend Its Infringement

Contentions; and

    i. Exhibits 103, 107, 111, 112, 113-119, 204, 206, 208, 209, 303, 304-310, and 313-314 to the Sharret Declaration.

    j. The unredacted version of the Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend its Infringement Contentions ("Sharret Source Code Declaration"); and

    k. Exhibits 1-4 to the Sharret Source Code Declaration.

3. This administrative motion is made on the grounds that the Exhibits identified above consist of materials and/or information provided to Philips by various Defendants, Microsoft Corporation and Microsoft Mobile, Inc., and/or non-party Google Inc. in this action, and the producing party designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. Nos. 132, 484). Moreover, throughout Philips' Unredacted Motion for Leave and the unredacted declarations identified above, Philips quotes, summarizes, or discusses those designated materials.

4. Philips identifies below each document at issue and the party that has designated information in that document under the Stipulated Protective Order:

| Document(s) | Designating Party |
|---|---|
| The unredacted version of the McCarthy Declaration | HTC Corp. and HTC America, Inc. |
| Exhibits 3, 5, 6, 9-12, 15-22, 24, 25, 27-30, 33-36, 37, 38-41, 45-50, 54-55, and 57 to the McCarthy Declaration | HTC Corp. and HTC America, Inc. |
| Exhibits 3, 5, 6, 9-19, 26-28, and 36 to the Apgar Declaration | Acer, Inc. and Acer America Corporation |
| The unredacted version of the Cardenas-Navia Declaration | ASUSTeK Computer Inc. and ASUS Computer International |
| Exhibits 7, 8, 11-17, 19-24, and 30 to the Cardenas-Navia Declaration | ASUSTeK Computer Inc. and ASUS Computer International |
| Exhibits 16, 19-21, 23-25, 27, 28, 30, and 31 to the Pickens Declaration | |
| Exhibits 103, 107, and 111-119 to the Sharret Declaration | HTC Corp. and HTC America, Inc. |

| Document(s) | Designating Party |
|---|---|
| Exhibits 204, 206, 208, and 209 to the Sharret Declaration | Non-Party Google Inc. |
| Exhibits 303-310, 131, and 314 to the Sharret Declaration | Microsoft Corporation and Microsoft Mobile, Inc. |
| The unredacted version of the Sharret Source Code Declaration | HTC Corp., HTC America, Inc., Microsoft Corporation, Microsoft Mobile, Inc., Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., ASUS Computer International, and non-party Google |
| Exhibit 1 to the Sharret Source Code Declaration | Microsoft Corporation and Microsoft Mobile, Inc. |
| Exhibit 2 to the Sharret Source Code Declaration | HTC Corp. and HTC America, Inc. |
| Exhibit 3 to the Sharret Source Code Declaration | Acer, Inc., Acer America Corporation |
| Exhibit 4 to the Sharret Source Code Declaration | ASUSTeK Computer Inc., ASUS Computer International |

5.  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 31, 2018 in New York, New York.

                                            /s/ Joyce L. Nadipuram
                                                Joyce L. Nadipuram