Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**[PROPOSED] ORDER GRANTING PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

# [PROPOSED] ORDER

Having reviewed the papers submitted by the parties in connection with Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") Administrative Motion to File Under Seal Regarding Philips' Motion for Leave to Amend Its Infringement Contentions, and good cause being shown,

IT IS HEREBY ORDERED THAT:

Philips' Administrative Motion to File Under Seal is GRANTED. The following materials will remain under seal:

1. The unredacted version of Philips' Notice of Motion and Motion for Leave to Amend Its Infringement Contentions; Memorandum and Points of Authorities ("Unredacted Motion for Leave");

2. The unredacted version of the Declaration of Sean M. McCarthy ("McCarthy Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

3. Exhibits 3, 5, 6, 9-12, 15-22, 24, 25, 27-30, 33-36, 37, 38-41, 45-50, 54-55, and 57 to the McCarthy Declaration;

4. Exhibits 3, 5, 6, 9-19, 26-28, and 36 to the Declaration of Daniel A. Apgar ("Apgar Declaration");

5. The unredacted version of the Declaration of Jaime F. Cardenas-Navia ("Cardenas-Navia Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

6. Exhibits 6-17, 19-24, 26, and 30 to the Cardenas-Navia Declaration;

7. Exhibits 16, 19-21, 23-25, 27, 28, 30, and 31 to the Declaration of Robert S. Pickens ("Pickens Declaration");

8. The unredacted version of the Declaration of Jonathan M. Sharret ("Sharret Declaration") in support of Philips' Motion for Leave to Amend Its Infringement Contentions;

9. Exhibits 103, 107, 111, 112, 113-119, 204, 206, 208, 209, 303, 304-310, and 313-314 to the Sharret Declaration.

10. The unredacted version of the Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend its Infringement Contentions ("Sharret Source Code

Declaration"); and

11. Exhibits 1-4 to the Sharret Source Code Declaration.

**IT IS SO ORDERED.**

DATED: _____          _____
                                              Hon. Haywood S. Gilliam, Jr.
                                              United States District Judge