1  Michael P. Sandonato (*admitted pro hac vice*)  Robert S. Pickens (*admitted pro hac vice*)
   msandonato@fchs.com                             rpickens@fchs.com
2  John D. Carlin (*admitted pro hac vice*)        Sean M. McCarthy (*admitted pro hac vice*)
   jcarlin@fchs.com                                smccarthy@fchs.com
3  Natalie Lieber (*admitted pro hac vice*)        Jaime F. Cardenas-Navia (*admitted pro hac vice*)
   nlieber@fchs.com                                jcardenas-navia@fchs.com
4  Christopher M. Gerson (*admitted pro hac vice*) Joyce L. Nadipuram (*admitted pro hac vice*)
   cgerson@fchs.com                                jnadipuram@fchs.com
5  Jonathan M. Sharret (*admitted pro hac vice*)   Caitlyn N. Bingaman (*admitted pro hac vice*)
   jsharret@fchs.com                               cbingaman@fchs.com
6  Daniel A. Apgar (*admitted pro hac vice*)
   dapgar@fchs.com
7
8  FITZPATRICK, CELLA, HARPER & SCINTO
   1290 Avenue of the Americas
   New York, New York 10104-3800
9  Tel: (212) 218-2100
   Fax: (212) 218-2200
10

11 Chris Holland (SBN 164053)
   cholland@hollandlawllp.com
   Lori L. Holland (SBN 202309)
12 lholland@hollandlawllp.com
   Ethan Jacobs (SBN 291838)
13 ejacobs@hollandlawllp.com

14 HOLLAND LAW LLP
   220 Montgomery Street, Suite 800
15 San Francisco, CA  94104
   Tel: (415) 200-4980
16 Fax: (415) 200-4989

17 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**[PROPOSED] ORDER GRANTING PHILIPS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

**[PROPOSED] ORDER**

Having reviewed the papers submitted by the parties in connection with Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips")'s Motion for Leave to Amend Its Infringement Contentions, and good cause being shown,

IT IS HEREBY ORDERED THAT:

Philips' Motion for Leave to Amend Its Infringement Contentions is GRANTED.  Philips shall have leave to serve amended infringement contentions that are consistent with the amendments identified in Exhibits 1-4 to the Declaration of Jonathan Sharret in Support of Philips' Motion.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE