# **SHARRET DECLARATION**

# **(FILED UNDER SEAL)**