# **<u>SHARRET EXHIBITS 1-4</u>**

# **<u>(FILED UNDER SEAL)</u>**