# **SHARRET EXHIBIT 207**

**WARREN LEX** LLP

2261 MARKET STREET NO. 606
SAN FRANCISCO CA 94114

TEL  +1 (415) 895 2940
FAX  +1 (415) 895 2964

March 28, 2018

**By Electronic Mail**

Christopher Gerson
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800

Re:   Koninklijke Philips N.V. matters, subpoena to non-party Google LLC

Dear Mr. Gerson:

I write regarding production by non-party Google LLC of witnesses in response to the subpoenas dated July 25 and October 17, 2017, served in the District of Delaware before the recent transfer to the Northern District of California.  Before we get to the witnesses, we should resolve a few preliminary matters.  First, we make these witnesses available subject to Google's ongoing objections to the subpoenas, including without limitation our commitment to provide testimony only regarding Google's functionality that Philips has accused of infringement in these actions.  Second, we will not make any of these witnesses available twice, so you should be certain to raise and resolve in advance anything you consider a condition precedent.  Third and finally, if Philips takes a seven-hour day for each deposition, it will exceed the 50 hours for third-party depositions agreed by the parties and set forth in the Joint Status Report, Docket No. 29.  We trust that Philips will remain mindful of this limitation and conserve its deposition time accordingly.

| Topic | Witness | Location |
| --- | --- | --- |
| First Subpoena Topic No. 2 | Dan Zivkovic (Android devices) | Mountain View |
|  | Kevin Ellis (ChromeOS devices) | Waterloo, Canada |
| First Subpoena Topic No. 3 | Adam Cohen (Launcher on Android devices) | Mountain View |
|  | Rick Byers (Chrome Browser on Android and ChromeOS devices) | Waterloo, Canada |
| Second Subpoena Topic No. 3 | Rick Byers | Waterloo, Canada |
| First Subpoena Topic No. 4 | Oliver Woodman (Google Play Movies & TV and framework functionality) | London, England |
|  | Matt Doucleff (YouTube) | Mountain View |
| First Subpoena Topic No. 11 | Matt Doucleff | Mountain View |
| Second Subpoena Topic No. 2 | Oliver Woodman | London, England |

Christopher Gerson
March 28, 2018
Page 2

| | | |
|---|---|---|
| First Subpoena Topic No. 5 | Wale Ogunwale (Android devices) | Mountain View |
| | Zach Kuznia (ChromeOS devices) | Mountain View |

Messrs. Ogunwale and Kuznia will testify as part of a single deposition day.

| | | |
|---|---|---|
| First Subpoena Topic Nos. 6, 9 | Dmitry Dolinsky (Google Play Music on Android devices) | Mountain View |
| | Eric Laurent (framework functionality on Android devices) | Mountain View |
| | Dale Curtis (ChromeOS devices) | Seattle |
| First Subpoena Topic No. 10 | Rick Byers (Chrome browser on Android and ChromeOS devices) | Waterloo, Canada |
| | Svetoslav Ganov (Android accessibility feature) | Mountain View |
| Second Subpoena Topic No. 3 | Rick Byers | Waterloo, Canada |
| First Subpoena Topic No. 7 | Winson Chung | Mountain View |
| First Subpoena Topic Nos. 12-20 | Unsuk Jung | Mountain View |
| First Subpoena Topic Nos. 24-27 | James Maccoun | Mountain View |

Google has no relevant knowledge regarding First Subpoena Topic No. 8 regarding any accused device. Otherwise, we believe we have covered each accused Google functionality within each accused device. If you disagree, of course, please let us know.

We are seeking availability from these witnesses now; in light of the recent transfer of these actions, we would appreciate your thoughts regarding your proposed timing for these depositions. Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matt Warren