# **<u>SHARRET EXHIBIT 210</u>**

**WARREN LEX** LLP                    2261 MARKET STREET  No. 606       TEL  +1 (415) 895 2940
                                      SAN FRANCISCO  CA  94114          FAX  +1 (415) 895 2964

July 19, 2018

**By Electronic Mail**

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
philipsprosecutionbar@fchs.com

Re:      **Koninklijke Philips N.V. matters, subpoenas to non-party Google LLC**

Dear Mr. Sharret:

I write on behalf of non-party Google LLC in partial response to your letter of July 9, 2018, which
responded to my letter of March 28, 2018, regarding production of Google's witnesses in response to
Philips' subpoenas.  You wrote that Philips "would like to move forward with the depositions of the
offered witnesses," and asked us to provide "the dates of these witnesses' availability."  We are working
to solidify dates for all witnesses, but can start with the following proposals:

| Witness | Date | Location |
|---------|------|----------|
| Winson Chung | Friday, August 3, 2018 | Mountain View, California |
| Eric Laurent | Tuesday, August 14, 2018 | Mountain View, California |

Each witness will testify regarding the topics identified in my letter of March 28, 2018.  Please let us
know if Philips will proceed with these depositions and, if so, where.

As I have previously noted, most recently in my letter of March 28, Google makes these witnesses available
subject to Google's ongoing objections to the subpoenas, including without limitation our commitment to
provide testimony only regarding Google's functionality that Philips has accused of infringement in these
actions.  In addition, as we have also previously discussed and is standard practice, we will not make any of
these witnesses available twice, so you should be certain to raise and resolve any issues in advance of
the deposition.

Finally, in your letter of July 9, you indicated that "we will write separately with respect to the issue of 50
hours for third-party depositions."  We have received nothing further from you on this issue, and the limit on
non-party depositions remains 50 hours.  *See, e.g.,* No. 18-1885, Docket No. 29.  We trust that Philips will
conserve its deposition time accordingly.  Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matt Warren

# <u>SHARRET EXHIBIT 211</u>

**WARREN LEX** LLP                     2261 MARKET STREET  No. 606     TEL  +1 (415) 895 2940
                                       SAN FRANCISCO  CA  94114        FAX  +1 (415) 895 2964

July 27, 2018

**By Electronic Mail**

Christopher Gerson
Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
philipsprosecutionbar@fchs.com

**Re:    *Koninklijke Philips N.V.* matters, Nos. 18-1885 through 18-1890 (N.D. Cal.)**

Dear Messrs. Gerson and Sharret:

I write on behalf of non-party Google LLC to follow up on my letters of March 28, July 19, and July 24, 2018, regarding production of Google's witnesses in response to Philips' subpoenas.  As you know, in my letter of July 19, we proposed the following:

| Witness | Date | Location |
|---------|------|----------|
| Winson Chung | Friday, August 3, 2018 | Mountain View, California |
| Eric Laurent | Tuesday, August 14, 2018 | Mountain View, California |

In your email of earlier today, you declined our proposal for Mr. Chung.  Please confirm as soon as possible your intent to proceed with the deposition of Mr. Laurent.  In addition, we propose the following:

| Witness | Date | Location |
|---------|------|----------|
| Dale Curtis | Wednesday, August 8, 2018 | Seattle, Washington |
| Dmitry Dolinsky | Thursday, August 9, 2018 | San Francisco, California |
| Oliver Woodman | Tuesday, August 14, 2018 | London, England |
| Kevin Ellis | Friday, August 17, 2018 | Waterloo, Canada |

Please confirm as soon as you can whether these dates are acceptable, as we do not wish to hold time on witnesses' calendars unnecessarily.  If you have questions or would like to discuss the matter, please let us know.

Once we have agreed on a schedule for these six witnesses, we will work to schedule the remaining depositions.  We anticipate that we will be able to provide additional dates in the second half of August for many of the remaining witnesses if the above dates are acceptable.  Since you have already declined our proposal for Mr. Chung, we do not want to bother the remaining witnesses with a disruptive scheduling exercise until we have confirmed at least this first round.

In Mr. Gerson's letter of July 24, Philips asked two questions regarding the scope of these witnesses' testimony.  The answer to both questions is the same:  each witness will testify regarding the topics

Christopher Gerson
Jonathan Sharret
July 27, 2018
Page 2

identified in my letter of March 28, 2018, subject of course to Google's objections, and will be prepared to testify regarding Google's knowledge of that subject matter.

*   *   *   *   *

Thank you for your continued time and courtesy in this matter.  Have a lovely weekend.

Very Truly Yours,

Matt Warren

# <u>SHARRET EXHIBIT 212</u>

**WARREN LEX** LLP

2261 MARKET STREET No. 606     TEL  +1 (415) 895 2940
SAN FRANCISCO CA 94114        FAX  +1 (415) 895 2964

August 3, 2018

**By Electronic Mail**

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
philipsprosecutionbar@fchs.com

**Re:     Koninklijke Philips N.V. matters, Nos. 18-1885 through 18-1888 and 18-1890 (N.D. Cal.)**

Dear Mr. Sharret:

I write on behalf of non-party Google LLC in response to your letter of July 31 and emails of earlier today, regarding production of Google's witnesses in response to Philips' subpoenas.

**1.      Dates**

Thank you for accepting our proposed dates for the following witnesses:

| Witness | Date | Location |
|---------|------|----------|
| Dale Curtis | Wednesday, August 8, 2018 | Seattle, Washington |
| Dmitry Dolinsky | Thursday, August 9, 2018 | San Francisco, California |
| Kevin Ellis | Friday, August 17, 2018 | Waterloo, Canada |

Thank you for confirming in your email today that Perkins Coie will host Mr. Curtis' deposition at 1201 Third Avenue, Seattle, Washington, and that Mr. Dolinsky's deposition will proceed at 71 Stevenson Street, Suite 400, San Francisco, California.  Please let us know when you have secured a location for Mr. Ellis' deposition.

In your letter of July 31, you declined to proceed with a deposition of Mr. Chung, Google's designee for Topic No. 7 in Philips' first subpoena to Google.  From this, we conclude that Philips no longer seeks testimony from Google on this topic, but please let us know if that is incorrect.  As you noted in your email of earlier today, the deposition of Eric Laurent will not proceed because Mr. Dolinsky will handle the topics originally assigned to Mr. Laurent.

Finally, you declined the date we offered for Oliver Woodman, but asked for alternatives, which we are happy to provide.  Mr. Woodman is available on August 29, 30, or 31, in London, England.  Please let us know if any of these dates are acceptable to you.

Jonathan Sharret
August 3, 2018
Page 2

Finally, please let us know if you can accept the following dates:

| Witness | Date | Location |
|---------|------|----------|
| Rick Byers | August 24, 2018 | Waterloo, Canada |
| Wale Ogunwale | August 28, 2018 | Mountain View, California |
| Zach Kuznia | August 30, 2018 | Mountain View, California |

Please confirm as soon as you can whether these dates are acceptable, as we do not wish to hold time on witnesses' calendars longer than necessary.

**2.      Locations**

As you have done for Mr. Curtis and Mr. Dolinsky, please work to arrange deposition sites at the witness' locations.  We will get back to you with a more precise location convenient to Mr. Woodman.  As we are not yet certain who will attend which depositions, you should plan to accommodate one member of Google's in-house team and up to three attorneys for defendants at each.

**3.      Facilities**

In your email of earlier today, you indicated that Philips would provide a single breakout room for "Google and defendants."  For all depositions, please ensure a breakout room for Google's witness, separate from any room for defendants' counsel.

**4.      Representation**

As I'm sure you expected, Google's counsel of record in response to Philips' subpoenas represent the witnesses Google tenders in response to the subpoenas.  We will not prevent witnesses from answering questions on the grounds that they fall outside the scope of their topics, as narrowed by Google's objections.  We believe this agreement obviates the need for individual deposition subpoenas for these witnesses, but please let us know if you disagree.

**5.      International Depositions**

Finally, in your email of earlier today, you asked us to "confirm that any Google witness deposition that takes place outside of the United States will proceed as if it were taking place in the United States and will be conducted under the rules of the Northern District of California, where the cases are now situated."  That procedure is fine with us, as long as it comports with the local laws; if we conclude that it does not for a particular deposition, we will let you know well in advance.

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matt Warren

# SHARRET EXHIBIT 213

**WARREN LEX** LLP

2261 MARKET STREET NO. 606      TEL  +1 (415) 895 2940
SAN FRANCISCO  CA  94114          FAX  +1 (415) 895 2964

October 23, 2018

**By Electronic Mail**

Christopher Gerson
Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
philipsprosecutionbar@fchs.com

Re:    **In re Koninklijke Philips Patent Litigation, No. 18-1885 (N.D. California),
Subpoenas to Google LLC**

Dear Messrs. Gerson and Sharret:

I write on behalf of non-party Google LLC regarding production of Google's witnesses in response to
Philips' subpoenas.  We propose the following:

| Witness | Date | Location |
|---|---|---|
| Adam Cohen | Friday, November 9, 2018 | San Francisco |
| Dan Zivkovic | Tuesday, November 13, 2018 | Mountain View |
| Matt Doucleff | Wednesday, November 28, 2018 | San Bruno |
| James Maccoun | Thursday, November 29, 2018 | Mountain View |
| Svetoslav Ganov | Wednesday, December 5, 2018 | Mountain View |
| Unsuk Jung | Tuesday, December 18, 2018 | Mountain View |

For witnesses based in San Francisco or San Bruno, please arrange a deposition space in San Francisco.
For witnesses based in Mountain View, please arrange a deposition space in Mountain View, Palo Alto,
Menlo Park or Redwood City.

Please confirm as soon as you can whether these dates are acceptable, as we do not wish to hold time on
witnesses' calendars unnecessarily.  If you have questions or would like to discuss the matter, please let
us know.

Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matt Warren