# **SHARRET EXHIBIT 315**



CHRISTOPHER GERSON
cgerson@FCHS.COM
212-218-2215

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

September 14, 2017

**VIA E-MAIL**

Re:     *Koninklijke Philips N.V. matters*, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170 (D. Del.)

Microsoft Counsel:

We write in response to Jared Crop's September 1, 2017 letter regarding Microsoft's deficient source code production in the above-captioned cases.

In his letter, Mr. Crop states that Microsoft has not and will not produce source code for any version of Windows that, in Microsoft's view, Philips has not "sufficiently" or "adequately" charted in its initial infringement contentions, even if those products are accused.  Crop Ltr. 2-3, Sept. 1, 2017.

This baseless refusal to produce source code for accused products contradicts the Court's June 8 oral order that the Defendants produce their source code "forthwith," and, perhaps more troubling, squarely contradicts representations Microsoft made in open court during our June 8 discovery hearing.  We therefore intend to discuss this issue during our upcoming meet and confer on Monday and we hope that you will reconsider your improper refusal to produce the source code we are entitled to and that you told the Court you would provide to us.

As you know, the issue of source code production was discussed extensively during our June 8 discovery conference with the Court.  As counsel for Philips explained to the Court at that hearing, Philips has repeatedly requested that the source code for all of the accused products be produced:

> MR. CARLIN: So what we have proposed is the defendants should have to produce the source code for every accused product.

Disc. Hr'g Tr. 54, June 8, 2017.

In response, counsel for HTC, speaking on behalf of all Defendants, stated that Defendants would get that code produced, without dispute:

> MR. MCBRAYER: As to source code, [Mr. Carlin] made two requests, one of which Your Honor has already ordered, which is, Defendants, if you have got

September 14, 2017
Page 2

      source code, get it produced. The defendants have agreed with that. We don't
      really think there is a dispute about that.

Hr'g Tr. 57-58.

And then counsel for Microsoft confirmed—to the Court—that it was or would be producing
the source code Philips sought:

      MS. JENNISON: Your Honor, I wanted to say, Microsoft is producing, has
      produced or is producing ***all of the code that the plaintiffs have requested***.

Hr'g Tr. 62 (emphasis added).

Microsoft's representation was consistent with what was ordered by the Court during the June 8
hearing, to produce source code "forthwith." Hr'g Tr. 46.

In sum, following the June 8 discovery hearing with the Court, it was Philips's understanding—
based on the Court's order and based on Microsoft's own representations to the Court—that
Microsoft would be producing source code for the accused Microsoft products. Indeed, until
Mr. Crop's September 1 letter, this is how the parties have proceeded.

Mr. Sharret has sent numerous emails to Mr. Crop since the review began in May requesting
missing source code. Each request was answered by Mr. Crop with an indication that the
source code would be provided. For example, on June 15 Mr. Sharret wrote to request an
update on four prior emails that requested missing keyboard, scrolling, screen re-orientation,
and PlayReady code. In emails of June 15 and June 26, Mr. Crop indicated that code would be
provided.

When the review indicated that source code was still missing, Mr. Sharret wrote to Mr. Crop on
July 25 requesting the same code that was the subject of previous communications, including
code for scrolling, magnification, screen re-orientation, Windows RT 8/8.1, and Windows
editions/SKUs. Mr. Crop responded numerous times that Microsoft was looking into the issues
raised in this email (emails of July 27 and August 7; phone call circa August 15) and never
once raised the possibility that this code would not be produced.

It is therefore surprising given Microsoft's representations in Court months ago and its recent
indication that it was still looking into our request for missing code that Microsoft has
apparently now reversed its positions. According to Mr. Crop's September 1 letter, Microsoft
will not produce source code for any products that are not "sufficiently" charted, even if those
products are accused. More specifically, Mr. Crop confirmed that Microsoft:

      has not provided source code on the review computer for versions of Windows
      that Philips has not charted in its infringement contentions.

September 14, 2017
Page 3

Crop Ltr. 1.

> [has] not generally provided source code for versions of Windows that Philips has
> not sufficiently identified in its infringement contention charts.

Crop Ltr. 2.

> has not provided source code for Windows 8 RT or Windows 8.1 RT [two
> accused products] because Philips has not adequately identified its infringement
> theories in its infringement contentions for these versions of the operating system.

Crop Ltr. 2.

Mr. Crop provides no basis for withholding the source code for Microsoft products that are
accused of infringement in this case.  Nor is there such a basis.  And the prejudice to Philips is
obvious.  Indeed, Microsoft's unilateral refusal to produce the code we have been requesting
for months will prevent us from including our analysis of that code in our upcoming
supplemental infringement contentions, which are to be exchanged on September 29.
Microsoft must produce source code for the accused functionalities across all of the accused
versions of its operating systems.  There is simply no basis for artificially limiting discovery to
the representative product(s) that were charted in initial contentions.

Given the importance of this issue (and Microsoft's unwarranted about-face), we need to meet
and confer immediately.  As you know, we are meeting and conferring this Monday to discuss
Microsoft's response to our 30(b)(6) notice.  We intend to raise Microsoft's refusal to produce
its source code during that meet and confer as well.

Best regards,

*/S/ Christopher Gerson*

Christopher Gerson


CG:

# **SHARRET EXHIBIT 316**

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | Stahnke, Sarah (Perkins Coie) <SStahnke@perkinscoie.com> |
| **Sent:** | Friday, September 22, 2017 3:32 PM |
| **To:** | Cardenas-Navia, Jaime F.; Gerson, Christopher; JJennison@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie) |
| **Cc:** | 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford,  Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar |
| **Subject:** | RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170 |
| **Categories:** | Orange Category |

Dear Jaime and Chris,

I am writing in response to your emails of September 19. We feel Monday's meet and confer was productive, and the parties appear to have found a path forward on many of the issues. However, Chris's email summary contains a handful of inaccuracies we would like to correct.

1. **Microsoft's Source Code Production**

As we explained during the meet and confer, as well as in our September 21 letter in response to Mr. Gerson's September 14 correspondence, Microsoft has consistently asserted that it has no obligation to produce information concerning uncharted products and systems. However, as you noted in your email, it appears that any dispute on this issue is likely to be mooted following the September 29, 2017 supplemental infringement contentions. Given that the supplemental contentions will include charts for additional operating systems, Microsoft plans to produce source code for the operating systems that are properly charted.

You also noted that your source code reviewers had identified some additional purported deficiencies in the source code production. However, you have not yet provided us with a list of the purported deficiencies. Once you provide a list of what you believe is missing, we are happy to discuss the issue with you and collect additional materials, as necessary.

We disagree with your characterization of the deficiencies as "pervasive" and impacting the allegations for each of the patents-in-suit. Throughout this process, we have worked with you in good faith to provide additional source code each time you brought an alleged deficiency to light. Surely, if the remaining alleged deficiencies were as pervasive as you suggest, you would have provided us with a comprehensive list sooner, so that we could begin evaluating the issue and collecting any additional materials.

2. **Microsoft's Objections and Responses to Philips' 30(b)(6) Topics**

As you indicated, we agreed that the depositions will go forward after Philips serves its supplemental infringement contentions on September 29 and after the parties have worked through issues related to the scope of the 30(b)(6) topics. As we discussed, and in an effort to have an efficient discovery process, Microsoft plans to produce each witness once.

On the subject of the overbroad topics, you correctly summarized the parties' agreement. In order to move forward, Microsoft will identify what it believes is the proper scope of each such topic for which it would agree to provide a witness, and we will then work together to reach agreement.

### 3.   Microsoft's Responses to Interrogatory Nos. 1 and 2

Please see part 5 below.

### 4.   Microsoft's Financial Data

Regarding your request for data on a month-by-month basis, we are following up with our client and will get back to you as soon as we can.

Regarding your request for native versions of the aggregate sales data, we will be able to send you native versions of the files prepared for the Aggregate Internal Sales Representative, provided Philips agrees not to use the metadata associated with the documents in any way. Our understanding is that these documents are for informational purposes only, and thus any metadata (for example, metadata reflecting activities by Microsoft's counsel in preparing the redacted versions of these documents) should be irrelevant and will not be used in court or for any other purposes. Please let us know if you agree.

### 5.   Philips' RFPs and Interrogatory Nos. 1 and 2

Regarding the two letters Jaime sent on Friday, September 15, we are available to meet and confer on Tuesday. Please provide us with a few proposed time slots and we will confirm our availability.

We look forward to working with you further to resolve these issues.

Best,
Sarah Stahnke

---

**From:** Cardenas-Navia, Jaime F. [mailto:JCardenas-Navia@FCHS.COM]
**Sent:** Tuesday, September 19, 2017 2:45 PM
**To:** Gerson, Christopher; Stahnke, Sarah (PAO); Jennison, Judy (SEA); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; Cunningham, Tiffany P. (CHI)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Sarah,

Following up on Chris' email below, please let me know when you are available to discuss the issues raised in my two letters dated September 15th.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200

JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Gerson, Christopher
**Sent:** Tuesday, September 19, 2017 2:55 PM
**To:** SStahnke@perkinscoie.com; JJennison@perkinscoie.com; Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Microsoft Counsel:

Thank you for meeting and conferring with us yesterday. I write to confirm our understanding of our meet and confer and to follow up on issues the parties are working to resolve.


1.  **Microsoft's Source Code Production**

As we summarized during our call, there are a number of issues and deficiencies with Microsoft's source code production. In our view, up until Jared Crop's September 1 letter, we believe the parties had been working in good faith to resolve these issues. We look forward to moving past that letter and once again working with you in a productive manner.

First, we discussed an overarching issue: Microsoft's refusal to produce source code for any accused operating system that—in Microsoft's view—has not been adequately charted by Philips in our infringement contentions. While it remains our position that this refusal is improper and contrary to agreements between the parties and representations made by Microsoft during our discovery conferences with the Court, it appears that we have found a path forward. In our September 29, 2017 supplemental contentions, we will chart each of the accused operating systems. In response, Microsoft agreed to produce source code for those operating systems. Given this understanding and in order to avoid unnecessary production delays, we would appreciate it if Microsoft began locating this source code now.

Second, you explained that, for each operating system, there are not different versions for different hardware products. In other words, and as an example, Windows 8 is the same for all Windows 8 products and therefore Microsoft need only produce one version of the OS. We appreciate that explanation, as it should simplify a number of issues and avoid a number of disputes in this case.

Third, we explained that, even for the operating systems for which Microsoft has produced code, the deficiencies in your production are pervasive and impact our infringement allegations for each of the patents-in-suit. We will follow up with a separate letter explaining these deficiencies in detail.


2.  **Microsoft's Objections and Responses to Philips' 30(b)(6) Topics**

The second topic we discussed was Microsoft's response to our 30(b)(6) topics. We addressed two overarching issues: (1) whether Microsoft will limit technical topics to only those products Philips charted in its December 9, 2016 infringement contentions (*see, e.g.*, Microsoft's Responses to Topics 13-21); and (2) how to move forward on topics where Microsoft has so far refused to provide a witness.

On the first issue, we agreed that depositions will not go forward prior to us serving our supplemental infringement contentions on September 29. And that once you have our supplemental contentions, you will no longer limit the technical 30(b)(6) topics to what Philips charted on December 9, 2016.

On the second issue, you let us know that for most of the topics where Microsoft said it will not provide a witness, Microsoft's view is that those topics are overbroad. We disagree with Microsoft's characterizations of our topics. However, the parties did agree that, in order to move forward, Microsoft will identify what it believes is the proper scope of each such topic for which it would agree to provide a witness. Hopefully we can then work together to reach agreements on these topics.

Finally, we noted that we are continuing to study Microsoft's objections and responses to our 30(b)(6) topics and we will follow up with any additional questions and concerns about those responses and objections in a separate letter as appropriate.

### 3.   Microsoft's Responses to Interrogatory Nos. 1 and 2

The third topic we discussed concerned issues with Microsoft's responses to Philips' Interrogatory Nos. 1 and 2. I believe during the meet and confer you did not have ready access to those responses, so we agreed to discuss this issue at a later time. We will follow up accordingly.

### 4.   Microsoft's Financial Data

Finally, we discussed Microsoft's production of its financial information, which you provided on a year-by-year basis, instead of a month-by-month basis, as requested by Interrogatory No. 2. You agreed to ask your client if it keeps its financial information in a way that would allow it to provide it on a month-by-month basis. Please let us know.

Please also let us know if you will produce a native version of the aggregate sales data prepared by Microsoft. As we mentioned on the phone, the .pdf version you produced is formatted in such a way that makes it hard (if not virtually impossible) to piece together and understand.

We hope that we accurately summarized our meet and confer and the parties' positions. If we got anything wrong, please let us know. We look forward to continuing to work with you on these and other outstanding discovery issues.

Best regards,
Chris

**Christopher Gerson**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2215
F 212-218-2200
CGerson@FCHS.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, September 12, 2017 8:29 PM

**To:** Gerson, Christopher; JJennison@perkinscoie.com; Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Thanks, Chris. Monday at 1 Pacific / 4 Eastern works on our end. Talk to you then.


Regards,
Sarah

---

**From:** Gerson, Christopher [mailto:cgerson@FCHS.COM]
**Sent:** Tuesday, September 12, 2017 3:24 PM
**To:** Stahnke, Sarah (PAO); Jennison, Judy (SEA); Cardenas-Navia, Jaime F.; arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; Cunningham, Tiffany P. (CHI)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

Thanks for your response. Any time Monday afternoon (Eastern time) works for us. Maybe Monday at 2 p.m. Eastern? If not then, 4 p.m.? If neither of those work, please let us know a different time on Monday when you're available and we'll let you know if there's an issue on our end.

We can use the below dial in for the call.

866-906-9372
Passcode: 5716195

Thanks,
Chris

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, September 12, 2017 5:03 PM
**To:** Gerson, Christopher; JJennison@perkinscoie.com; Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hello Chris,

Thanks for your email. Our production last week included some core technical documents, as well as documents responsive to one or more of RFP Nos. 15, 28, 45, and 46. We are available to meet and confer regarding your 30(b)(6) notice on Monday, Tuesday, or Friday of next week. Please provide a few times that work for Philips, and we will confirm our availability.

Regards,
Sarah Stahnke

---

**From:** Gerson, Christopher [mailto:cgerson@FCHS.COM]
**Sent:** Friday, September 08, 2017 8:56 AM
**To:** Stahnke, Sarah (PAO); Jennison, Judy (SEA); Cardenas-Navia, Jaime F.; arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; Cunningham, Tiffany P. (CHI)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Sarah,

Thanks for getting back to us. Your list of search terms and custodians matches what we expected following our conversations with Michelle. We of course reserve all rights to request that additional ESI be searched and produced as discovery progresses and as allowed under the Federal and Local Rules.

Your email notes that Microsoft's production this week is also going to include documents responsive to outstanding discovery requests. Please let us know which discovery requests you are referring to. We look forward to receiving that information and a response to Jaime's August 15th letter by next week.

Finally, we are in receipt of Microsoft's responses and objections to our 30(b)(6) notice, which were served yesterday. While we are still reviewing the response in detail, we must note that we are disappointed by Microsoft's inappropriate refusal to provide a witness for a large number of our topics and by Microsoft's improper attempt to unilaterally limit the scope of testimony it will provide for many other topics. For example, it appears Microsoft is attempting to limit discovery to only certain charted products from our initial infringement contentions (thereby excluding many accused products), which is entirely improper under the Federal Rules and counter to the Court's order that the parties supplement their respective infringement-related contentions. We will want to meet and confer early next week to discuss this. Please let us know which attorney on your team we should contact for scheduling a teleconference.

Best regards,
Chris

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Friday, September 01, 2017 7:46 PM
**To:** Gerson, Christopher; JJennison@perkinscoie.com; Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JCrop@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hello Jaime,

Thanks for your email. In response to your questions about our upcoming ESI production, I can confirm that our ESI search includes not only emails, but other relevant folders, drives, and document collections. Our upcoming ESI production includes collections from the 12 custodians listed below. We are also in the process of collecting and processing data from one additional custodian, Juan

Rosas. A list of the agreed-upon search terms is below. In addition, the production is also going to include documents responsive to outstanding discovery requests.

We are also reviewing your letter of August 15th regarding our document production. After we make our production next week, we will provide a response addressing any remaining issues.

Finally, your August 10th letter requested supplemental responses to Interrogatories 1 and 2. We provided our Second Supplemental Responses to these interrogatories on August 23rd.

Please let me know if you have any additional questions.

Regards,
Sarah


**Sarah Stahnke | Perkins Coie LLP**
**ASSOCIATE**
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4489
F. +1.650.838.4350
E. SStahnke@perkinscoie.com


<u>CUSTODIANS</u>
Viswanathan, Sha
Drouin, Nick
Reid, Paul
Karachale, Jan
Hinnant, Neil
Tu, Xiao
Crawford, Beau
Gallo, Kevin
Woodman, Aaron
Buxton, Bill
Conti, Dan
Jenks, Andrew


<u>SEARCH TERMS</u>
1. ((Philips) OR (Phillips) OR (Koninklijke)) (NEAR(20) ((Asustek) OR (Asus) OR (Visual Land) OR (Double Power) OR (Zowee) OR (Yifang) OR (E-Fun) OR (Acer) OR (HTC) OR (Southern Telecom))
2. ((Philips) OR (Phillips) OR (Koninklijke) OR (RE44913) OR (RE 44,913) OR (RE44,913) OR (913 patent) OR (6,690,387) OR (6690387) OR (387 patent) OR (7,184,064) OR (7184064) OR (064 patent) OR (7,529,806) OR (7529806) OR (806 patent) OR (5,910,797) OR (5910797) OR (797 patent) OR (6,522,695) OR (6522695) OR (695 patent) OR (RE44006) OR (RE 44,006) OR (006 patent) OR (8,543,819) OR (8543819) OR (819 patent) OR (9,436,809) OR (9436809) OR (809 patent) OR (6,772,114) OR (6772114) OR (114 patent) OR (RE43564) OR (RE 43,564) OR (564 patent)) (NEAR(20)) ((IPR) OR (Inter Partes Review))
3. (@philips.com)
4. (((inertia) (NEAR(3)) (scroll)) OR ((fling) (NEAR(3)) (scroll)) OR ((icon) (NEAR(3)) (select)) OR ((inertial) (NEAR(3)) (scroll)) OR (smooth-scroll) OR ((smooth) (NEAR(3)) (scroll)) OR ((momentum) (NEAR(3)) scroll)) OR (press and hold)) (NEAR(30)) ((Surface) OR (Lumia) OR (Windows))
5. (((screen rotation) OR (screen orientation)) (NEAR(20)) ((Accelerometer) OR (orientation sensor)) (NEAR(30)) ((Windows) OR (Lumia))
6. ((HDCP) OR (Highbandwidth Digital Content) OR (DCP) OR (Digital Content Protection)) (NEAR(100)) ((Xbox) or (Windows) or (Lumia) or (Surface))
7. ((HDCP 2) OR (Highbandwidth Digital Content Protection 2)) (NEAR(20)) (Xbox)
8. ((HDCP) OR (Highbandwidth Digital Content)) (NEAR(20)) (locality detection) (NEAR(20)) (Xbox)
9. (PlayReady) (NEAR(20)) ((ND) OR (Network Device))

10. (PlayReady) (NEAR(20)) ((proximity detection) OR (in-Home content distribution))
11. ((Windows Media Digital Rights Management) OR (WMDRM) OR (Windows Media DRM)) (NEAR(20)) ((ND) OR (Network Device))
12. ((Windows Media Digital Rights Management) OR (WMDRM) OR (Windows Media DRM)) (NEAR(20)) ((proximity detection) OR (in-Home content distribution))
13. ((HLS) or (HTTP live streaming)) (NEAR(100)) ((Edge) or (Internet Explorer) or (Windows) or (Lumia) or (Surface) or (Xbox))
14. ((MPEG-DASH) OR (Dynamic Adaptive Streaming over HTTP)) (NEAR(100)) ((Edge) or (Internet Explorer) OR (Windows) OR (Lumia) OR (Surface) OR (Xbox))
15. ((FLAC) OR (Free Lossless Audio Codec)) (NEAR(100)) ((Edge) OR (Groove) OR (Xbox) OR (Windows) OR (Surface) OR (Lumia))
16. ((Screen rotation) (NEAR(20)) ((Accelerometer) OR (Simple orientation sensor)) (NEAR(20)) ((Windows) OR (Lumia))
17. ((touch keyboard) OR (soft keyboard) OR (virtual keyboard) OR (parent-child keyboard)) (NEAR(20)) ((Surface) OR (Lumia) OR (Windows))
18. ((inertia scroll) OR (fling scroll) OR (icon selection)) (near (20)) ((Surface) OR (Lumia) OR (Windows))
19. ((magnifier) OR (magnify)) (NEAR(20) ((Surface) OR (Lumia) OR (Windows))
20. (RE44913) OR (RE 44,913) OR (RE44,913) OR (913 patent)
21. (6,690,387) OR (6690387) OR (387 patent)
22. (7,184,064) OR (7184064) OR (064 patent)
23. (7,529,806) OR (7529806) OR (806 patent)
24. (5,910,797) OR (5910797) OR (797 patent)
25. (6,522,695) OR (6522695) OR (695 patent)
26. (8,543,819) OR (8543819) OR (819 patent)
27. (9,436,809) OR (9436809) OR (809 patent)
28. (RE43564) OR (RE 43,564) OR (RE43,564) OR (564 patent)
29. ((Philips) OR (Koninklijke)) (NEAR(20) ((Asustek) OR (Asus) OR (Visual Land) OR (Double Power) OR (Zowee) OR (Yifang) OR (E-Fun) OR (Acer))
30. CN2002813192 OR 02813192 OR EP20020741079 OR 02741079 OR JP20030511081 OR "03-511081" OR KR20037003098 OR WO2002IB02647 OR "IB02/02647"
31. CN1692328 OR 1692328 OR EP1405164 OR 1405164 OR "EP 1 405 164" OR JP2004534318 OR "04-534318" OR KR20030027105 OR "03-027105" OR WO3005179 OR 03005179
32. AT20030766508 OR 03766508 OR AT20080160321 OR 08160321 OR AU20030246997 OR CN2003817847 OR 03817847 OR DK20080160321 OR 08160321 OR EP20030766508 OR 03766508 OR EP20080160321 OR 08160321 OR EP20100182321 OR 10182321 OR ES20030766508 OR "03 766508" OR ES20080160321 OR "08 160321" OR JP20040525600 OR "04-525600" OR JP20100103072 OR "10-103072" OR KR20057001459 OR WO2003IB02932 OR "IB03/02932"
33. AT416552 OR 416552 OR AT523019 OR 523019 OR AU2003246997 OR CN1672382 OR 1672382 OR DK1973297 OR "1 973 297" OR EP1527586 OR 1527586 OR "EP 1 527 586" OR EP1973297 OR 1973297 OR "EP 1 973 297" OR EP2270700 OR 2270700 OR "EP 2 270 700" OR ES2316826 OR "2 316 826" OR ES2372780 OR "2 372 780" OR JP4644487 OR 4644487 OR JP2005534260 OR "05-534260" OR JP2010220235 OR "10-220235" OR KR20050027262 OR "05-027262" OR KR101016983 OR WO2004014037 OR 2004014037
34. CN2000802072 OR 00802072 OR CN2000802061 OR 00802061 OR CN2000802062 OR 00802062 OR DE2000633011 OR DE2000636074 OR EP20000979470 OR 00979470 OR EP20000967688 OR 00967688 OR EP20000966063 OR 00966063 OR EP20000967687 OR 00967687 OR ES20000967687 OR "00 967687" OR JP20010526697 OR "01-526697" OR JP20010527527 OR "01-527527" OR JP20010527528 OR "01-527528" OR JP20010526694 OR "01-526694" OR TW20000119788 WO2000EP09086 OR "EP00/09086" OR WO2000EP09220 OR "EP00/09220" OR WO2000EP09083 OR "EP00/09083" OR WO2000EP09204 OR "EP00/09204"
35. CN1335949 OR 1335949 OR CN1153123 OR 1153123 OR CN1336064 OR 1336064 OR CN1201541 OR 1201541 OR CN1340265 OR 1340265 OR CN1201542 OR 1201542 OR DE60033011 OR 60033011 OR "600 33 011" OR DE60036074 OR 60036074 OR "600 36 074" OR EP1131930 OR 1131930 OR "EP 1 131 930" OR EP1133721 OR 1133721 OR "EP 1 133 721" OR EP1133726 OR 1133726 OR "EP 1 133 726" OR EP1133860 OR 1133860 OR "EP 1 133 860" OR ES2291221 OR "2 291 221" OR JP2003510716 OR "03-510716" OR JP2003510733 OR "03-510733" OR JP2003510734 OR "03-510734" OR JP2003510926 OR "03-510926" OR TW507445 OR 507445 OR WO0123991 OR 0123991 OR WO0123994 OR 0123994 OR WO0124473 OR 0124473 OR WO0124474 OR 0124474
36. DE1996623704 OR EP19960900407 OR 96900407 OR JP19960524787 OR "96-524787" OR KR19960705797 OR "96-705797" OR TW19960101506 OR 85101506 OR WO1996IB00067 OR "IB96 00067"
37. DE69623704 OR 69623704 OR "696 23 704" OR EP0755536 OR 0755536 OR "EP 0 755 536" OR JP3850032 OR 3850032 OR JPH09512373 OR KR100404994 OR TW289817 OR 289817 OR WO9625702 OR 9625702
38. AR1999P101200 OR AU19990024376 OR BG19990103895 OR BR19999906328 OR CA19992290644 OR CN1999800722 OR 999800722 OR EP19990903866 OR 99903866 OR IL19990132964 OR JP19990546757 OR "99-546757" OR MY1999PI01000

OR NO19990005661 OR 19995661 OR RU19990127450 OR SK19990001533 OR TW19990103645 OR WO1999IB00351 OR "IB99/00351" OR YU19990000672 OR ZA19990002112

39. AR019007 OR AU762222 OR 762222 OR AU2437699 OR "99-24376" OR BG63236 OR 63236 OR BG103895 OR 103895 OR BR9906328 OR "9906328-0" OR "PI9906328.0" OR CA2290644 OR 2290644 OR CN1157853 OR 1157853 OR CN1269070 OR 1269070 OR EP0981862 OR 0981862 OR "EP 0 981 862" OR IL132964 OR 132964 OR JP4248026 OR 4248026 OR JP2001527735 OR "01-527735" OR MY123270 OR "123270-A" OR NO995661 OR 19995661 OR RU2219655 OR 2219655 OR SK153399 OR "99-PV1533" OR TW484284 OR 484284 OR WO9948214 OR 9948214 OR YU67299 OR YU49282 OR ZA9902112

40. CN1165832 OR 1165832 OR CN1263616 OR 1263616 OR DE69910710 OR 69910710 OR "699 10 710" OR EP0990202 OR 0990202 OR "EP 0 990 202" OR JP2002505783 OR "02-505783" OR JP4932979 OR 4932979 OR JP2012089159 OR "12-089159" OR JP5543426 OR 5543426 OR TW497063 OR 497063 OR WO9954807 OR 9954807

41. CN1999800485 OR 99800485 OR DE1999610710 OR EP19990901845 OR 99901845 OR JP19990552660 OR "99-552660" OR JP20110282959 OR "11-282959" OR TW19990105955 OR 88105955 OR WO1999IB00256 OR "IB99/00256"

42. AU20020367041 OR CN2002826403 OR CN20101207329 OR 20101207329 OR CN20111215608 OR 20111215608 OR CN2014170778 OR CN20141792088 OR 20141792088 OR DK20020790580 OR 02790580 OR EP20020790580 OR 02790580 OR "EP 02 790580" OR EP20130184226 OR 13184226 OR EP20130184227 OR 13184227 OR EP20140166393 OR 14166393 OR ES20020790580 OR "02 790580" OR JP20030560652 OR "03-560652" OR JP20090024021 OR "09-024021" OR JP20110280064 OR "11-280064" OR JP20130257831 OR "13-257831" OR JP20140245806 OR "14-245806" OR KR20047010305 OR PT20020790580 OR 020790580 OR SI20020031074 OR 020031074 OR WO2002IB05422 OR "IB02/05422"

43. AU2002367041 OR CN1695105 OR 1695105 OR CN101866268 OR 1866268 OR CN102270098 OR 2270098 OR CN103761049 OR 3761049 OR CN104598149 OR 4598149 OR DK1459165 OR 1459165 OR EP1459165 OR 1459165 OR "EP 1 459 165" OR EP2698698 OR 2698698 OR "EP 2 698 698" OR EP2698699 OR 2698699 OR "EP 2 698 699" OR EP2767892 OR 2767892 OR "EP 2 767 892" OR ES2578253 OR "2 578 253" OR JP2005515530 OR "05-515530" OR JP4981243 OR 4981243 OR JP5356849 OR 5356849 OR JP2009104649 OR "09-104649" OR JP2012079339 OR "12-079339" OR JP5826623 OR 5826623 OR JP5945264 OR 5945264 OR JP2014089729 OR "14-089729" OR JP2015092358 OR "15-092358" OR KR100971452 OR KR20040071767 OR "04-071767" OR PT1459165 OR 1459165 OR SI1459165 OR 1459165 OR WO03060622 OR 03060622

44. CN1192355 OR 1192355 OR CN1337043 OR 1337043 OR DE60019268 OR 60019268 OR "600 19 268" OR EP1147514 OR 1147514 OR "EP 1 147 514" OR JP2003514266 OR "03-514266" OR JP5220254 OR 5220254 OR JP2012027498 OR "12-027498" OR WO0137263 OR 0137263 OR CN2000802758 OR 00802758 OR DE2000619268 OR EP20000975894 OR 00975894 OR JP20010537725 OR "01-537725" OR JP20110231780 OR "11-231780" OR WO2000EP10362 OR "EP00/10362"

45. DE1997632767 OR EP19970909543 OR 99909543 OR JP19980528572 OR "98-528572" OR WO1997IB01416 OR "IB97/01416"

46. DE69732767 OR 69732767 OR "697 32 767" OR EP0888687 OR 0888687 OR "EP 0 888 687" OR JP4040689 OR 4040689 OR JP2000506714 OR "00-506714" OR WO9828912 OR 9828912

47. "10/156409" OR "10/034375" OR "10/736938" OR "09/433257" OR "08/601140" OR "09/270440" OR "08/772080" OR "12/508917" OR "09/710916" OR "09/619426" OR "14/538492" OR "10/156,409" OR "10/034,375" OR "10/736,938" OR "09/433,257" OR "08/601,140" OR "09/270,440" OR "08/772,080" OR "12/508,917" OR "09/710,916" OR "09/619,426" OR "14/538,492" OR "409 App*" OR "375 App*" OR "938 App*" OR "257 App*" OR "140 App*" OR "440 App*" OR "080 App*" OR "917 App*" OR "916 App*" OR "426 App*" OR "492 App*"

---

**From:** Gerson, Christopher [mailto:cgerson@FCHS.COM]
**Sent:** Thursday, August 31, 2017 5:05 PM
**To:** Jennison, Judy (SEA); Cardenas-Navia, Jaime F.; arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Crop, Jared (PHX); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; Cunningham, Tiffany P. (CHI); Stahnke, Sarah (PAO)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

It is our understanding from Judy that you are taking over for Michelle Cunningham on the above-listed Philips cases, including for issues related to ESI. From Judy's email below, it looks as though Microsoft is preparing to make an ESI

production next week. Before Michelle left, we were in the middle of discussing a few outstanding issues regarding the scope of your ESI collection (*see, e.g.*, my July 6 email to her), but I do not believe we received confirmation from Michelle that all of these issues have been resolved. To that end, could you please send to us: (1) the list of custodians for whom Microsoft will be providing ESI; (2) the list of search terms you are using; and (3) confirmation that the ESI search will cover not just emails but also, in accordance with Section 5(b) of the Delaware Default Standard for Discovery, at least the likely-relevant folders, drives, or other document collections maintained by your custodians or contained in your identified non-custodial data sources?

We can then quickly cross check this to see if there are any remaining disagreements between the parties about the scope of your ESI collection. If you would like to discuss this at any time over the phone, please let me know.

Thanks,
Chris

---

**From:** Jennison, Judy (Perkins Coie) [mailto:JJennison@perkinscoie.com]
**Sent:** Thursday, August 31, 2017 12:13 AM
**To:** Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JCrop@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Jaime,

Thanks for your email. I need to confer with my client before we talk; I should have more information on Friday.

The ESI production hit a technical glitch, which slowed things down. But it is back on track and should go out by early next week.

With regard to the aggregate sales data, we will prepare high level data for you to share with your client. We should have that for you next week.

Best,
Judy

**Judy Jennison | Perkins Coie LLP**
**PARTNER**
D. +1.206.359.3489
C. +1.425.736.8666

---

**From:** Cardenas-Navia, Jaime F. [mailto:JCardenas-Navia@FCHS.COM]
**Sent:** Wednesday, August 30, 2017 9:06 AM
**To:** Jennison, Judy (SEA); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Crop, Jared (PHX); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; Cunningham, Tiffany P. (CHI)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Judy,

We are available from 2-5pm ET today and tomorrow to discuss loosening the restrictions on access to financial information. We would also like an update on Microsoft's production of ESI on this call, as the issue has been pending for quite some time.

In the meantime, we would like to move forward with identifying data that may be shared with Philips' Aggregate Sales Information Internal Representative under the existing agreement. Please confirm that the following information, which is expressly covered by section 13 of the protective order, may be shared:

- Sales volume columns of MSFT_PHILIPS_00005866 (i.e., columns A-K of the "FY14" tab, columns A-P of the "FY15" tab, columns A-P of the "FY16" tab, and columns A-I of the "FY17" tab)
- "License Pivot" tab of MSFT_PHILIPS_00087045
- "License Pivot" tab of MSFT_PHILIPS_00087047
- "License Pivot" tab of MSFT_PHILIPS_00087048
- "Unit Pivot" tab of MSFT_PHILIPS_00087053

Regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Jennison, Judy (Perkins Coie) [mailto:JJennison@perkinscoie.com]
**Sent:** Tuesday, August 29, 2017 7:06 PM
**To:** Cardenas-Navia, Jaime F.; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JCrop@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie)
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Jaime:

Pursuant to section 13 of the protective order, we object to disclosure of the documents identified in Microsoft's response and supplemental response to Interrogatory No. 2 (including but not limited to, the documents identified in your August 22 and August 23 emails) to Philips' Aggregate Sales Information Internal Representatives.

However, Microsoft is willing to discuss a mutual relaxation of the restrictions on both Microsoft's and Philips' competitive decision makers, allowing more access on both sides. Is that something Philips is willing to discuss?

Best,
Judy

**Judy Jennison | Perkins Coie LLP**

**PARTNER**
D. +1.206.359.3489
C. +1.425.736.8666

---

**From:** Cardenas-Navia, Jaime F. [mailto:JCardenas-Navia@FCHS.COM]
**Sent:** Wednesday, August 23, 2017 3:37 PM
**To:** arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Crop, Jared (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; Cunningham, Michelle (SDO); *MSFT - Philips Team
**Cc:** 'Silver, Daniel'; 'Benjamin Smyth'; 'Ford, Katie'; 'Pearson, Tamera (TPearson@McCarter.com)'; #Philips Prosecution Bar
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Microsoft Counsel,

In addition to the documents identified in my previous email, please let us know if the following documents may be shared with Philips' Aggregate Sales Information Internal Representative pursuant to § 13(b) of the protective order:

- MSFT_PHILIPS_00081684-85
- MSFT_PHILIPS_00087044
- MSFT_PHILIPS_00087046
- MSFT_PHILIPS_00087049-52
- MSFT_PHILIPS_00087054-55

All of the documents listed above and in my previous email were identified in Microsoft's supplemental response to Philips' Interrogatory No. 2.

Please call me if you have any questions or would like to discuss.

Regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Cardenas-Navia, Jaime F.
**Sent:** Tuesday, August 22, 2017 5:26 PM
**To:** arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JCrop@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MCunningham@perkinscoie.com; MSFT-PhilipsTeam@perkinscoie.com
**Cc:** 'Silver, Daniel'; Benjamin Smyth; Ford, Katie; Pearson, Tamera (TPearson@McCarter.com); #Philips Prosecution Bar
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Microsoft Counsel,

Please let us know if we may share the following documents with Philips' Aggregate Sales Information Internal Representative pursuant to § 13(b) of the protective order:

- MSFT_PHILIPS_00005866
- MSFT_PHILIPS_00087045
- MSFT_PHILIPS_00087047
- MSFT_PHILIPS_00087048
- MSFT_PHILIPS_00087053

Regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# **SHARRET EXHIBIT 317**



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

O +1.206.359.8000
O +1.206.359.9000
PerkinsCoie.com

September 21, 2017

Theresa (Reese) Nguyen
RNguyen@perkinscoie.com
D  +1.206.359.6068
F  +1.206.359.7068

**VIA EMAIL**

Christopher Gerson
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800

**Re:** *Koninklijke Philips N.V.* **matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)**

Dear Mr. Gerson:

This letter responds to your September 14, 2017 correspondence regarding Microsoft's source code production. We disagree with the assertions in your letter.

Microsoft has never "refus[ed] to produce source code for accused products." As we have previously indicated, Microsoft has no obligation to provide source code for versions of Windows that Philips has not charted in its infringement contentions. As discussed during the September 18 meet and confer, if Philips provides sufficiently robust infringement contention charts related to certain accused features of Windows 8 RT, Windows 8.1 RT, or other uncharted versions of Windows, Microsoft will likewise provide access to the associated source code. *See* Delaware Default Standard for Discovery 1.b. Proportionality.

Our position regarding providing source code only for charted systems and products has been consistent throughout our correspondence; there has been no "about-face." On May 8, Mr. Sharret inquired about specific source code that Microsoft had not made available for review, stating that he "wanted to understand for what Windows versions you were producing code for certain functionalities," because the list Microsoft provided "appears to indicate that code for certain Windows is not being produced." We responded on May 10:

> We are providing the source code *that corresponds to the features of the operating systems and associated products that were charted by Philips in its infringement charts*. In an effort to be accommodating, we have also provided source code for similar features in non-charted versions of the operating systems where that is easily identifiable. However, this is not and should not be interpreted as a concession that Philips has sufficiently alleged infringement of features other than those specifically set forth in Philips' infringement charts.

(Email from J. Crop to J. Sharret, dated May 10, 2017 (emphasis added).)

136970671.2

Perkins Coie LLP

Christopher Gerson
September 21, 2017
Page 2

Our position is also consistent with the Court's oral order and Microsoft's representations at the June 8, 2017 discovery conference. At that hearing, there was a discussion about the adequacy and sequencing of each side's respective contentions, followed by a discussion about source code production. Mr. Sharret advised that while not all defendants had produced source code related to then-charted systems and products, Microsoft had already produced all the requested code.

> MR. SHERRET: ... Further, HTC is differently situated, because they actually have produced source code for their devices. But *other than Microsoft and HTC*, no defendant has produced all source code.

(June 8, 2017 Hearing Tr. at 40:21–24 (emphasis added).)

Furthermore, and contrary to your assertions, there has been no violation or contradiction of the Court's oral order to produce source code "forthwith." That order was directed at the defendants *other than Microsoft and HTC*, whom—based on Philips' own representations—the Court understood to have already produced all the requested source code.

> THE COURT: ... There is going to have to be a deeper dive, I don't know how deep the dive is going to have to be, but at the very least to the point – and HTC, I think Microsoft and HTC don't fall into this category because they have produced that source code – but *the other defendants are going to have to produce source code forthwith* under the constraints you have agreed upon.

(June 8, 2017 Hearing Tr. at 46:12–18 (emphasis added).) As Microsoft's counsel confirmed with the Court, Microsoft at that point had produced or was currently producing all the requested code related to the *charted* systems and products.

In short, we have diligently responded to Philips' discovery requests, consistent with our obligations, and will continue to do so.

Very truly yours,

Reese Nguyen

RN:laf

# SHARRET EXHIBIT 318

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | Cardenas-Navia, Jaime F. |
| **Sent:** | Friday, October 06, 2017 7:00 PM |
| **To:** | SStahnke@perkinscoie.com; Gerson, Christopher |
| **Cc:** | CMcCullough@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie); Nguyen, Theresa (Perkins Coie); Thomas, Lois (Perkins Coie); 'Silver, Daniel'; 'Ford,  Katie'; Pearson, Tamera (TPearson@McCarter.com); #Philips Prosecution Bar |
| **Subject:** | RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170 |

Hi Sarah,

Thank you for speaking with us on Wednesday. I write to confirm our understanding of what was discussed and to follow-up on a few issues.

1.  **Categories of Documents Identified in My August 15th Letter as Deficiently Produced**

As was stated on the call, there are many categories of documents that Microsoft has not yet produced or has deficiently produced. Though we only specifically discussed a few of these types of documents (which are addressed further below), Philips expects Microsoft to search for and produce all the documents that fall within the categories laid out in my August 15th letter. You indicated on the phone that you did not know if those categories of documents were being searched for, but that you would look into it, and let us know if Microsoft intended to withhold any of the requested categories of documents. Please let us know this by no later than Friday, October 13th, and to the extent Microsoft is not searching for or not intending to produce any documents that fall within the identified categories, please let us know Microsoft's basis for doing so. Further, please produce all documents that fall within the categories of documents identified in my August 15th letter no later than Friday, October 20th, which is more than two months from when these categories of documents were identified and nearly five months after the deadline for the substantial completion of document production.

2.  **Deficiencies in Microsoft's Production of Development Documents**

One of the specific categories of documents we discussed are documents that describe the development of the accused functionalities (herein "development documents"). As you requested, here is a list of development documents that have not been produced:

-   '913 Patent:
    o   development documents related to touch keyboards for Windows 10 and Windows 10 Mobile
-   '387/'064 Patents:
    o   development documents related to panning and inertial panning for Windows 8.1, Windows 10, Windows Phone 8.1, and Windows 10 Mobile
    o   development documents related to hold-and-drag for all operating systems (Windows 7, Windows 8, Windows 8.1, Windows 10, Windows Phone 8.1, and Windows 10 Mobile)
-   '806 Patent:
    o   development documents related to the use of MPEG-DASH in PlayReady for all versions except Version 1.2 (October 2014)
-   '819/'809 Patents:
    o   development documents (including protocol specifications) related to WMDRM-ND for all versions except Version 3.0 (October 2008)
    o   development documents (including protocol specifications) related to PlayReady-ND for all versions

- '564 Patent:
  - o development documents related to lens mode and full screen mode magnification for Windows 8, Windows 8.1, and Windows 10
  - o development documents related to accessibility magnification for Windows Phone 8.1 and Windows 10 Mobile
  - o development documents related to double-tap magnification for Windows 8, Windows 8.1, and Windows 10
  - o development documents related to pinch zoom magnification for Windows 8.1, Windows 10, Windows Phone 8.1, and Windows 10 Mobile

Please let us know if Microsoft intends to withhold any of these requested documents, and Microsoft's basis for doing so, by Friday, October 13th, and please produce these documents no later than Friday, October 20th. We note that this list contains the unproduced development documents that Philips is currently aware of, and may be supplemented.

Also, as was mentioned on the call, Philips is open to Microsoft proposing that certain versions are representative of other versions for particular functionalities (e.g., that a particular version of PlayReady-ND is representative of all accused versions, or that the Windows 7 version of the full screen magnifier is representative of the full screen magnifier in subsequent versions of Windows). Please let us know if you have any such proposals.

### 3. Deficiencies in Microsoft's Production of Core Infringement Documents

We also briefly discussed Microsoft's deficient production of core infringement documents. This category of documents includes user guides, help guides, bills of materials, and detailed technical specifications for certain hardware components (e.g., touchscreens, accelerometers, and hardware components involved with implementing HDCP 2.x). *See* my September 15th letter re RFPs. You indicated on the phone that some of these documents (e.g., user guides) will be produced in an upcoming production by Microsoft, and that Microsoft would search for the detailed technical specifications for the identified hardware components. Again, please let us know if Microsoft intends to withhold any of these requested documents, and Microsoft's basis for doing so, by Friday, October 13th, and please produce these documents no later than Friday, October 20th.

### 4. Microsoft's Upcoming Production of Documents

You indicated during the call that Microsoft will make a document production in about a week that will include the remainder of Microsoft's ESI documents as well as some additional core technical documents. You were not sure what specific core technical documents were included, but indicated that you would investigate and let us know. As was stated on the call, it would be unacceptable for Microsoft to stop its document search efforts once it makes this production, and then wait until Philips reviews the production and re-alerts Microsoft of deficiencies in its document production. This would not be a good faith effort by Microsoft to fulfill its discovery obligations. Our understanding from the call was that Microsoft will carry out efforts to cure its document deficiencies in parallel with its upcoming document production. That is, Microsoft will finish preparing and make its document production, while continuing to search for documents that fall within the categories outlined in my August 15th letter. Please let us know immediately if that is not the case.

### 5. Deficiencies in Microsoft's Response to Philips' Interrogatory No. 1

As was stated on the call, Philips expects Microsoft to provide a response to Interrogatory No. 1 for all "Relevant Products." *See* my August 10th and September 15th letters re ROGs 1 and 2. Such a response would not only address all products that are identified by name in Philips' Amended Infringement Contentions, but also, for example, all Microsoft products that are preloaded with or may be upgraded to run any of the accused Windows operating systems or other accused software. Thus, at minimum, Microsoft should be identifying all Lumia, Surface, and Xbox devices that run any of the accused Windows operating systems or other accused software (e.g., PlayReady-ND). You indicated that you would discuss this issue with your team and get back to us. Please do so by next Friday, October 13th.

**6.   Deficiencies in Microsoft's Response to Philips' Interrogatory No. 2**

Regarding Philips' request that Microsoft provide its financial information on a monthly basis, you indicated that the Excel spreadsheets that Microsoft has produced are capable of showing the data on a monthly basis. We are looking into this and will let you know if we have any questions.

You also stated that the financial information requested in my August 10th letter has been provided through the Microsoft P&L statements that have been produced. We are looking into this. We requested that Microsoft produce native versions of these P&Ls, as the produced pdfs are often low quality and difficult to review. Please let us know if Microsoft will be producing native versions of its P&Ls, and if not, please provide Microsoft's basis for not doing so.

**7.   30(b)(6) Depositions**

Chris Gerson followed up on this issue via email earlier today.

**8.   Deficiencies in Microsoft's Production of Source Code**

We asked when Microsoft expects to supplement its source code production in light of Philips' Amended Infringement Contentions, and you indicated that you were still reviewing Philips' contentions and did not know. Microsoft has now had a week to review Philips' contentions. It should be apparent from even a quick review that Philips has charted all accused operating systems for each accused functionality. Please confirm by Wednesday, October 11th that Microsoft will produce its relevant source code for all the accused operating systems and functionalities, or explain why Microsoft is not doing so and let us know when you are available to meet and confer. To be clear, Philips maintains that Microsoft has improperly withheld source code for many of the accused operating systems and functionalities. We hope, however, that these past disagreements are moot in light of Philips' amended contentions.

Separately, for the accused operating systems and accused functionalities for which Microsoft has produced some source code, we will follow-up early next week to identify deficiencies. Given the case schedule, we expect to resolve these issues by the end of next week.

Please let us know if we missed anything or did not accurately capture something. We look forward to continuing to work with you to move forward on discovery.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, October 03, 2017 7:30 PM
**To:** Cardenas-Navia, Jaime F.; Gerson, Christopher
**Cc:** CMcCullough@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie); Nguyen, Theresa (Perkins Coie); Thomas,

Lois (Perkins Coie); 'Silver, Daniel'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Sounds good, Jaime. Talk to you then.

---

**From:** Cardenas-Navia, Jaime F. [mailto:JCardenas-Navia@FCHS.COM]
**Sent:** Tuesday, October 03, 2017 3:17 PM
**To:** Stahnke, Sarah (PAO); Gerson, Christopher
**Cc:** McCullough, Christina J. (SEA); Cunningham, Tiffany P. (CHI); Nguyen, Theresa (Reese) (SEA); Thomas, Lois (SEA); 'Silver, Daniel'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

Not a problem, tomorrow at 2:30 pacific works for us. We can use the call information below:

Dial-in: 866-906-9372
Code: 7914248

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, October 03, 2017 3:00 PM
**To:** Cardenas-Navia, Jaime F.; Gerson, Christopher
**Cc:** CMcCullough@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie); Nguyen, Theresa (Perkins Coie); Thomas, Lois (Perkins Coie)
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Jaime, apologies, I now have another meeting at that time. We can be available at 2:30 Pacific tomorrow if that works for you. We are also available all day Thursday.

Thanks,
Sarah

---

**From:** Cardenas-Navia, Jaime F. [mailto:JCardenas-Navia@FCHS.COM]
**Sent:** Tuesday, October 03, 2017 8:52 AM
**To:** Stahnke, Sarah (PAO); Gerson, Christopher
**Cc:** McCullough, Christina J. (SEA); Cunningham, Tiffany P. (CHI); Nguyen, Theresa (Reese) (SEA); Thomas, Lois (SEA)
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

Tomorrow at 2pm pacific works for us.

Regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, September 26, 2017 9:12 PM
**To:** Gerson, Christopher
**Cc:** Cardenas-Navia, Jaime F.; CMcCullough@perkinscoie.com; Cunningham, Tiffany P. (Perkins Coie); Nguyen, Theresa (Perkins Coie); Thomas, Lois (Perkins Coie)
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Chris and Jaime, good talking to you today. I'm writing to follow up on a few points from our discussion.

First, you asked for our availability Tuesday and Wednesday next week to meet and confer regarding Jaime's two letters of September 15. We are available Tuesday from 11-12 Pacific and 1:30-4 Pacific, and Wednesday from 2-3:30 Pacific. Please let us know what works best for you.

Second, we discussed the financial documents prepared for Philips' Aggregate Internal Sales Representatives. Philips agreed that these documents are for informational purposes only, and agreed not to use the metadata associated with the native documents in any way. We will send you native versions of these documents, for informational purposes only, that you may share with your Aggregate Internal Sales Representatives. Please note these documents are to be treated as "Highly Confidential" under the protective order and are subject to the additional restrictions of Section 13(b).

Finally, you sought clarification on whether Philips would be permitted to share Microsoft's "Highly Confidential – Source Code" information with Microsoft's co-defendants. We are looking into this issue and will get back to you as soon as we can.

Let me know if you have any additional questions.

Regards,
Sarah Stahnke

---

**From:** Gerson, Christopher [mailto:cgerson@FCHS.COM]
**Sent:** Tuesday, September 26, 2017 1:26 PM
**To:** Stahnke, Sarah (PAO)
**Cc:** Cardenas-Navia, Jaime F.
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

Thanks. We'll try your office at 6 pm Eastern / 3 pm Pacific.

Chris

**Christopher Gerson**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2215
F 212-218-2200
cgerson@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Stahnke, Sarah (Perkins Coie) [mailto:SStahnke@perkinscoie.com]
**Sent:** Tuesday, September 26, 2017 4:25 PM
**To:** Gerson, Christopher
**Cc:** Cardenas-Navia, Jaime F.
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Chris, I can talk right now if that suits you. Alternatively, I'm free today from 2:30-3:30 pacific, or tomorrow morning after 10am pacific. Let me know what works best for you.

Regards,
Sarah

---

**From:** Gerson, Christopher [mailto:cgerson@FCHS.COM]
**Sent:** Tuesday, September 26, 2017 11:47 AM
**To:** Stahnke, Sarah (PAO)
**Cc:** Cardenas-Navia, Jaime F.
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125, 15-1127, 15-1130, 15-1131, and 15-1170

Hi Sarah,

We have a quick question for you related to Microsoft's view regarding the treatment of documents labeled "Highly Confidential -- Source Code" under the Protective Order in these cases. Could you let me know a good time to chat today or tomorrow morning for 5-10 minutes? Let me know and we can call your office.

Thanks much,
Chris

**Christopher Gerson**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800

T 212-218-2215
F 212-218-2200
cgerson@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# SHARRET EXHIBIT 319



JONATHAN M. SHARRET
JSharret@FCHS.COM
212-218-2266

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

October 11, 2017

**VIA E-MAIL**

Re:  *Koninklijke Philips N.V.* matters, Nos. 15-1125, 15-1127,
     15-1130, 15-1131, and 15-1170 (D. Del.)

Microsoft Counsel:

Below please find a summary of the accused functionalities for each asserted patent as well as the operating systems and applications that Philips has accused of providing these accused functionalities. These accused functionalities, and the accused operating systems and applications in which they are found, are all charted in Philips' Amended Infringement Contentions, served September 29, 2017, and have been properly accused in the case since at least Philips' Initial Contentions, served December 9, 2016. For each of these accused functionalities, Microsoft must produce source code for each of the applicable accused operating systems and applications. Source code should be produced so that it is ready for inspection on **Monday, October 30**.

If Microsoft does not agree to produce source code for any accused functionality or for any accused operating system or application, please let us know **immediately** by indicating what source code you are refusing to produce and your reason for refusing to produce it.

**The '913 Patent**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| Keyboards which allow pressing and holding a key to select a "child key" including: the standard keyboard, the standard keyboard in shift mode, the standard keyboard with symbols and numbers, the split keyboard, the split keyboard in shift mode, the split keyboard with symbols and numbers, and all variations on these keyboards, including those based on screen orientation, location and/or size of the keyboard, and keyboard | All editions of Windows 8, Windows RT 8, Windows 8.1, and Windows RT 8.1 |

Microsoft Counsel
October 11, 2017
Page 2

| | |
|---|---|
| modifications based on application (e.g., when entering text in an Internet browser). | |
| Keyboards which allow pressing and holding a key to select a "child key" including: the standard keyboard in shift mode, the standard keyboard with symbols and numbers, the split keyboard, the split keyboard in shift mode, the split keyboard with symbols and numbers, all foreign language keyboards for all preceding modes (e.g., standard, shift, symbols and numbers, split standard, split shift, split symbols and numbers), and all variations on these keyboards, including those based on screen orientation, location and/or size of the keyboard, and keyboard modifications based on application (e.g., when entering text in an Internet browser). | All editions of Windows 10 |
| Keyboards which allow pressing and holding a key to select a "child key" including: the standard keyboard, the standard keyboard in shift mode, the standard keyboard with symbols and numbers, all foreign language keyboards for all preceding modes (e.g., standard, shift, symbols and numbers), and all variations on these keyboards, including those based on screen orientation, location and/or size of the keyboard, and keyboard modifications based on application (e.g., when entering text in an Internet browser). | All editions of Windows Phone 8.1 and Windows 10 Mobile |

**The '387 and '064 Patents**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| Touch scrolling functionality wherein scrolling occurs after a finger moves across and then lifts off of the touchscreen ("inertial panning") and wherein scrolling corresponds to the movement of a finger in contact with the touchscreen ("panning"), including all Microsoft program windows | All editions of Windows 7 |

Microsoft Counsel
October 11, 2017
Page 3

| | |
|---|---|
| (e.g., Internet Explorer, Microsoft Office, notepad, photos viewer), and all variations on these touch scrolling functionalities, including those based on screen orientation, location, and/or size of the scrolling region.<br><br>Touch scrolling functionality wherein touch-selecting an item for a certain duration causes the item to become moveable ( "hold-and-drag"), including all items in all item groupings in Windows Explorer, and all variations on these hold-and-drag functionalities, including those based on screen orientation, location, and/or size of the scrolling region or touch-selected items. | |
| Touch scrolling functionality wherein scrolling occurs after a finger moves across and then lifts off of the touchscreen ("inertial panning") and wherein scrolling corresponds to the movement of a finger in contact with the touchscreen ("panning"), including all menu screens (e.g., Apps screen) all Microsoft program windows (e.g., Internet Explorer, Microsoft Office, notepad, photos viewer), and all variations on these touch scrolling functionalities, including those based on screen orientation, location, and/or size of the scrolling region.<br><br>Touch scrolling functionality wherein touch-selecting an item for a certain duration causes the item to become moveable ("hold-and-drag"), including all tiles in all tile groupings, all items in all item groupings in Windows Explorer, and all variations on these hold-and-drag functionalities, including those based on screen orientation, location, and/or size of the scrolling region or touch-selected items. | All editions of Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1 |
| Touch scrolling functionality wherein scrolling occurs after a finger moves across and then lifts off of the touchscreen | All editions of Windows 10 |

Microsoft Counsel
October 11, 2017
Page 4

| | |
|---|---|
| ("inertial panning") and wherein scrolling corresponds to the movement of a finger in contact with the touchscreen ("panning"), including all menu screens (e.g., Apps screen), all Microsoft program windows (e.g., Internet Explorer, Microsoft Office, notepad, photos viewer), and all variations on these touch scrolling functionalities, including those based on screen orientation, location, and/or size of the scrolling region.<br><br>Touch scrolling functionality wherein touch-selecting an item for a certain duration causes the item to become moveable ("hold-and-drag"), including all tiles in all tile groupings, all items in all item groupings in Windows Explorer, all emails in all email groupings in Outlook, and all variations on these hold-and-drag functionalities, including those based on screen orientation, location, and/or size of the scrolling region or touch-selected items. | |
| Touch scrolling functionality wherein scrolling occurs after a finger moves across and then lifts off of the touchscreen ("inertial panning") and wherein scrolling corresponds to the movement of a finger in contact with the touchscreen ("panning"), including all menu screens (e.g., Apps screen), all Microsoft program windows (e.g., Internet Explorer, Microsoft Office, notepad, photos viewer, email apps, messaging apps, phone call lists, contact lists), and all variations on these touch scrolling functionalities, including those based on screen orientation, location, and/or size of the scrolling region.<br><br>Touch scrolling functionality wherein touch-selecting an item for a certain duration causes the item to become moveable ("hold-and-drag"), including all tiles in all tile groupings, and all variations | All editions of Windows Phone 8.1 and Windows 10 Mobile |

Microsoft Counsel
October 11, 2017
Page 5

| on these hold-and-drag functionalities, including those based on screen orientation, location, and/or size of the scrolling region or touch-selected items. | |
|---|---|

**The '806 Patent**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| Playback of HLS audio and/or video files | All editions of Windows 10, Windows 10 Mobile, and the Xbox One Operating System<br><br>Internet Explorer and Edge Browser |
| Playback of MPEG-DASH audio and/or video files | All editions of Windows 10, Windows 10 Mobile, and the Xbox One Operating System<br><br>Internet Explorer and Edge Browser |

**The '797 Patent**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| All screen rotations that cause screen re-orientation | All editions of Windows Phone 8.1 and Windows 10 Mobile |

**The '695 Patent**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| Playback of FLAC audio files | All editions of Windows 10, Windows 10 Mobile, and the Xbox One Operating System |

**The '819 and '809 Patents**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| All HDCP 2.x instances | All platforms (*e.g.*, all hardware and/or software components and configurations, including PlayReady) that support any version, revision, and/or specification of HDCP 2.x, |
| All WMDRM-ND instances that includes proximity detection | All versions of WMDRM-ND, for all platforms supporting WMDRM-ND (e.g., Windows Phone SDK, Xbox ADK, HTML5 media extensions, |

Microsoft Counsel
October 11, 2017
Page 6

| | |
|---|---|
| | Silverlight SDK), running on all devices (e.g., set top boxes, smart TVs, Blu-ray players, game consoles, laptops, tablets, phones, eReaders, music players), for all software configurations.<br><br>All editions of Windows 7, Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1, Windows 10, Windows 10 Mobile |
| All PlayReady-ND instances that include proximity detection | All versions of PlayReady-ND, for all platforms supporting PlayReady-ND (e.g., PlayReady, PlayReady Device Porting Kit, PlayReady Client SDKs for Android and iOS, PlayReady Client SDK for Windows Store app, Windows Phone SDK, Xbox ADK, HTML5 media extensions, Silverlight SDK), running on all devices (e.g., set top boxes, smart TVs, Blu-ray players, game consoles, laptops, tablets, phones, eReaders, music players), for all software configurations.<br><br>All editions of Windows 7, Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1, Windows 10, Windows 10 Mobile |

**The '564 Patent**

| Accused Functionalities | Accused Operating Systems and Applications |
|---|---|
| Magnifying functionalities including the magnifier in Lens mode ("Lens magnifier"), the magnifier in Full screen mode ("Full screen magnifier"), and a pinch zoom magnification ("pinch zoom magnifier") | All editions of Windows 7 |
| Magnifying functionalities including the magnifier in Lens mode ("Lens magnifier"), the magnifier in Full screen mode ("Full screen magnifier"), a double-tap magnification ("double-tap magnifier"), and a pinch zoom magnification ("pinch zoom magnifier") | All editions of Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1, and Windows 10 |
| Magnifying functionalities including the magnifier accessibility feature ("accessibility magnifier"), and a pinch | All editions of Windows Phone 8.1 and Windows 10 Mobile |

Microsoft Counsel
October 11, 2017
Page 7

| zoom magnification ("pinch zoom magnifier") | |
| --- | --- |

For all source code that Microsoft has produced or will produce that is for a particular operating system, please verify that this source code is applicable to all devices (whether Microsoft's, another Defendant's, or a third party's) that run that operating system.[1]  For example, if source code for FLAC is produced for the Windows 10 operating system, please verify that the produced source code is applicable to all Windows 10 devices, whether Microsoft's (e.g., the Surface Pro 4), another Defendant's (e.g., an Acer, ASUS, Double Power, Visual Land, or YiFang device running Windows 10), or a third party's.

With respect to the source code for the '387 and '064 patents that Microsoft has already produced, as indicated in my July 25 email we have been unable to locate code for the accused functionalities (e.g., rendering scrolling icons/files, sensing the speed, direction, and time duration of a user's touch, ending the scroll, or dragging and dropping icons/files).  In Jared Crop's letter of September 1, Microsoft contends this code is on the Standalone Computers and has been available to Philips since July.  In order to move this issue forward, please identify each source code file that has been produced for the accused functionalities and specify the relevant classes and/or methods that provide the accused functionalities.

With respect to the source code for the '797 patent that Microsoft has already produced, we are confused by the language in Jared Crop's September 1 letter which states that "We previously provided source code for Windows Phone 8.1 and 10 Mobile that relate to the orientation sensing and menu rotation."  Please explain what is meant by "menu rotation."  As shown above and as detailed in our contentions, the accused functionality is broader than the rotation of a menu and extends to any screen rotation that causes a screen image re-orientation.

With respect to Microsoft's previous refusal to provide source code for Windows 8 RT and Windows 8.1 RT, we trust that Microsoft will no longer assert that these operating systems are not properly accused and will produce the relevant source code forthwith.  If this is not the case, please let us know immediately and explain your basis for refusing to provide the code.

Finally, we trust that Microsoft will no longer maintain its position that all "editions" or "SKUs" of an operating system are not properly accused, and will confirm that there are no material differences between editions/SKUs (or produce code for each edition/SKU that Microsoft asserts is materially different).  If this is not the case, let us know immediately and explain your basis for maintaining that all editions/SKUs are not properly accused.

---

[1] In other words, there are no material differences between the source code Microsoft is producing in this litigation with respect to a particular operating system version and the source code that is compiled by Microsoft and provided by Microsoft to the Defendants or other third parties to load on their devices.

Microsoft Counsel
October 11, 2017
Page 8


Best regards,

*/S/ Jonathan M. Sharret*

Jonathan M. Sharret

# SHARRET EXHIBIT 320

**PERKINS**COIE

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

RECEIVED

2018 JAN -3 A II: 14

FITZPATRICK, CELLA, HARPER & SCINTO

Lois S. Thomas
LThomas@perkinscoie.com
D.  +1.206.359.3517
F.

January 2, 2018

*Via UPS*

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800

Re:   *Koninklijke Philips N.V.* matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131
      and 15-1170 (D. Del.)

Dear Mr. Sharret:

Enclosed please find source code requested for printing in the above-referenced matter, under
Bates No. PHILIPS_MSFT_SC00000001 - 00000622.

Very truly yours,

*/s/ Lois S. Thomas*

Lois S. Thomas
Senior IP Paralegal

138050649.1
Perkins Coie LLP



PERKINScoie

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

● +1.206.359.8000
● +1.206.359.9000
PerkinsCoie.com

Lois S. Thomas
LThomas@perkinscoie.com
D. +1.206.359.3517
F.

January 10, 2018

_**Via Hand-Delivery to Jonathan Sharret**_

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800

**Re:** *Koninklijke Philips N.V.* matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131
and 15-1170 (D. Del.)

Dear Mr. Sharret:

Enclosed please find Microsoft source code requested for printing on January 9, 2018 in the
above-referenced matter. This source code is identified by Bates No.
PHILIPS_MSFT_SC00000623 – PHILIPS_MSFT_SC00001076, and has been designated as
"Highly Confidential – Outside Counsel Only – Source Code."

Please acknowledge receipt of this source code by returning a signed copy of this letter to
Christy McCullough, Perkins Coie LLP.

Very truly yours,

Lois S. Thomas
Senior IP Paralegal

Receipt Acknowledgement of Microsoft Source Code (Bates No.
PHILIPS_MSFT_SC00000623-10076.

_____

Jonathan Sharret

Date: _____

138121061.1



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

● +1.206.359.8000
● +1.206.359.9000
PerkinsCoie.com

Lois S. Thomas
LThomas@perkinscoie.com
D. +1.206.359.3517
F.

January 29, 2018

**_Via UPS Air Courier – Signature Required_**

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
jsharret@fchs.com
Telephone: 212-218-2266

**Re:     _Koninklijke Philips N.V._ matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131
and 15-1170 (D. Del.)**

Dear Jonathan:

Enclosed please find the remainder of Microsoft's source code requested for printing on January
23, 2018 in the above-referenced matter.  This source code is identified by Bates No.
PHILIPS_MSFT_SC00001346 – PHILIPS_MSFT_SC00002625, and has been designated as
"Highly Confidential – Outside Counsel Only – Source Code".

Please acknowledge receipt of this source code by signing and returning a copy of the receipt
acknowledgment below to me at my email address listed above.

Very truly yours,

Lois S. Thomas
Senior IP Paralegal

Receipt Acknowledgement of Microsoft Source Code
(Bates No. PHILIPS_MSFT_SC00001346-2625

_____

Jonathan Sharret



1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T +1.206.359.8000
F +1.206.359.9000
PerkinsCoie.com

Lois S. Thomas
LThomas@perkinscoie.com
D. +1.206.359.3517
F.

March 15, 2018

***Via Air Courier – Signature Requested***

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800

**Re:** ***Koninklijke Philips N.V.*** **matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170 (D. Del.)**

Dear Mr. Sharret:

Enclosed please find Microsoft source code requested for printing by Chris Thompson on March 8, 2018 in the above-referenced matter. This source code is identified by Bates Nos. PHILIPS_MSFT_SC00002643 - PHILIPS_MSFT_SC00002979, and has been designated as "Highly Confidential – Outside Counsel Only – Source Code.

Also enclosed please find printed source code for Internet Explorer 4 that will be referenced in Defendants' Amended Invalidity Contentions. The Internet Explorer 4 source code is identified by Bates Nos. PHILIPS_MSFT_SC00002626 - PHILIPS_MSFT_SC00002642; PHILIPS_MSFT_SC00002980 - PHILIPS_MSFT_SC00003020, and has also been designated as "Highly Confidential – Outside Counsel Only – Source Code.

Please note that the complete Internet Explorer 4 source code is available for inspection at the Perkins Coie Seattle office.

Please acknowledge receipt of this source code by emailing a signed copy of this letter to me at LThomas@perkinscoie.com at your earliest convenience.

Very truly yours,

Lois S. Thomas
Senior IP Paralegal

138121061.1

Jonathan Sharret
March 15, 2018
Page 2


Receipt Acknowledgement of Microsoft Source Code (Bates No.
PHILIPS_MSFT_SC00002626-3020.


_____

Jonathan Sharret

Date:    _____



<table>
<tr><td></td><td>1201 Third Avenue<br>Suite 4900<br>Seattle, WA 98101-3099</td><td>+1.206.359.8000<br>+1.206.359.9000<br>PerkinsCoie.com</td></tr>
</table>

July 17, 2018

Lois S. Thomas
LThomas@perkinscoie.com
D.  +1.206.359.3517
F.

**_Via Air Courier - Signature Requested_**

Jonathan Sharret
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800

**Re:**   _Koninklijke Philips N.V. et al.  v. Acer Inc. et al., USDC NDCA; Case No. 4:18-cv-01885_

Dear Mr. Sharret:

Enclosed please find Microsoft source code requested for printing by Chris Thompson on June 26, 2018 and in July 6, 2018 in the above referenced matter.  This source code is identified by Bates Nos. PHILIPS_MSFT_SC00003021-PHILIPS_MSFT_00003114, and has been designated as "Highly Confidential - Outside Counsel Only - Source Code".

Please acknowledge receipt of this source code by emailing a signed copy of this letter to me at LThomas@perkinscoie.com at your earliest convenience.

Very truly yours,

Lois S. Thomas
Senior IP Paralegal

Receipt Acknowledgement of Microsoft Source Code
(Bates Nos. PHILIPS-MSFT_SC00003021-3114)

Jonathan Sharret

Date:  _____

# SHARRET EXHIBIT 321

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | McNamara, Antoine (Perkins Coie) <AMcNamara@perkinscoie.com> |
| **Sent:** | Wednesday, January 03, 2018 1:19 PM |
| **To:** | Sharret, Jonathan; Thomas, Lois (Perkins Coie); TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com |
| **Cc:** | #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie' |
| **Subject:** | Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.) |

Jonathan,

Following up, the tracking information indicates that the source code prints were delivered to your offices this morning at 10:27am ET.

Best,

**Antoine McNamara | Perkins Coie LLP**
**COUNSEL**
D. +1.206.359.3864

---

**From:** "McNamara, Antoine (SEA)"
**Date:** Tuesday, January 2, 2018 at 5:07 PM
**To:** "jsharret@fchs.com" , Lois Thomas , Tiffany Cunningham , Andrew Russell , Christina McCullough , "Campbell, Chad (PHX)" , "Jennison, Judy (SEA)" , John Shaw , Karen Keller , *MSFT - Philips Team , "McKeever, Patrick J. (SDO)" , "Stahnke, Sarah (PAO)"
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver , Benjamin Smyth , "'Scott, Katie'"
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

The source code hardcopy prints were shipped today to your office for overnight delivery by 10:30am tomorrow. However, my understanding is that delivery may not be guaranteed in light of potential weather interruptions on the east coast. I will let you know if and when I learn any more.

Best,

**Antoine McNamara | Perkins Coie LLP**
**COUNSEL**
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com"
**Date:** Tuesday, January 2, 2018 at 3:22 PM
**To:** Lois Thomas , "McNamara, Antoine (SEA)" , Tiffany Cunningham , Andrew Russell , Christina McCullough , "Campbell, Chad (PHX)" , "Jennison, Judy (SEA)" , John Shaw , Karen Keller , *MSFT - Philips Team , "McKeever,

Patrick J. (SDO)" , "Stahnke, Sarah (PAO)"
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver , Benjamin Smyth , "'Scott, Katie'"
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170
(D. Del.)

Antoine,

Please let us know when the requested code was mailed to us and when the tracking information indicates it will arrive
at our offices.

Best regards,
Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Thomas, Lois (Perkins Coie) [mailto:LThomas@perkinscoie.com]
**Sent:** Friday, December 29, 2017 4:29 PM
**To:** Sharret, Jonathan; AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com;
CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com;
kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com;
SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

This is to confirm that the "PRINTME_20171222" folder from the source code review computer is the only folder at this
time that is being printed.

Best,

Lois

**Lois Thomas | Perkins Coie LLP**
**SENIOR IP LITIGATION PARALEGAL**
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3517
F. +1.206.359.9000
M: 206-696-2627
E. LThomas@perkinscoie.com

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Friday, December 29, 2017 11:32 AM
**To:** McNamara, Antoine (SEA); Cunningham, Tiffany P. (CHI); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)


Antoine,

I wanted to confirm that the "PRINTME_20171222" was being printed. My understanding is that someone came by today to pick up the contents of that folder on to a flash drive.

To avoid any misunderstanding, this folder and only this folder should be printed at this time. Any other folder or PDF/XPS files should not be printed at this time.

Best regards and happy new year,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com


**From:** Sharret, Jonathan
**Sent:** Monday, December 25, 2017 10:29 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)


Antoine,

On Friday our reviewers left instructions with the Perkins' employee supervising the review for the printing of source code. To facilitate printing, all files to be printed are in the "PRINTME_20171222" folder on the desktop of the PC further from the door on the desk with two computers. Within that folder will be several levels of subfolders where the lowest-level (leaf) folders contain XPS files. Double clicking these will open them in the Microsoft XPS viewer which can be used to print them in hard copy. Please print the files in each folder in the alphabetical order they are sorted in by default so that the various portions of a given file are printed with contiguous Bates ranges and each OS version for each accused functionality form a continuous range as well. A "readme" file has been provided in this folder, which explains the same.

The total page count is 622:

- DASH/HLS: 479
- Screen Rotation: 122
- HDCP: 21

The page count for DASH/HLS is large because Microsoft's interrogatory responses indicated that Microsoft contends there are differences with respect to DASH/HLS between the various versions of Windows 10, but the interrogatory responses left these alleged differences unspecified which necessitated increased printing.

We will be in touch once we have an estimate for the number of pages needed for the other accused functionalities.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, December 13, 2017 5:49 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Antoine. I'm glad we could resolve this quickly.

We expect our reviewers to be at your offices December 18-22 and December 27-29. Mr. Morgan will be at the review December 18-22, Mr. McCormick on December 18-21, and Dr. Buy on December 19-20 and 27-29. We expect the review will continue thereafter on January 2.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 4:25 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

To confirm what we just agreed over the phone, we will make the source code available:

>    Thursday, December 14 – 8:30am – 7:30 pm
>    Friday, December 15 – 8:30 am – 1:00 pm

Thank you — we appreciate your reviewers' accommodation of these modified hours.

Best,

**Antoine McNamara | Perkins Coie LLP**
**COUNSEL**
D. +1.206.359.3864

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Wednesday, December 13, 2017 at 12:27 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Please explain why the code review room will be closed early on Friday and when you first became aware of this. The 15th is not a holiday and the Protective Order requires the review computers to be available during regular business hours. We flew Dr. Buy out to Seattle specifically so he could be at the review on the 14th and 15th and this would cut the review time on the 15th by more than half.

If the office must be closed early on the 15th, then the hours being take away from our review on that day must be provided on the 14th and/or 15th by making the review computers available before 9 am and/or after 5 pm to make up the difference.

Please let us have your response immediately so we can let our reviewers know. I will be back to you on the rest on your email soon.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 3:20 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please let your reviewers know that our office will close early this Friday (December 15) and the source code review room will need to be closed by 12 noon.

Can you also please let us know your reviewers' anticipated schedules for the weeks before and after Christmas so that we can identify any potential scheduling conflicts over the holidays?

Best,

**Antoine McNamara | Perkins Coie LLP**
**COUNSEL**
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Thursday, December 7, 2017 at 11:14 AM
**To:** Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "cscampbell@perkinscoie.com" <cscampbell@perkinscoie.com>, "JJennison@perkinscoie.com" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, "MSFT-PhilipsTeam@perkinscoie.com" <MSFT-PhilipsTeam@perkinscoie.com>, "PMcKeever@perkinscoie.com" <PMcKeever@perkinscoie.com>, "SStahnke@perkinscoie.com" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Tiffany. Dr. Buy will be at the source code review on Thursday, December 14.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, December 07, 2017 12:51 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

We withdraw our objection to Dr. Buy receiving confidential information subject to the protective order.

Best regards,
Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**
**PARTNER**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, December 04, 2017 4:27 PM
**To:** Cunningham, Tiffany P. (CHI); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Further to my email below, permission has been received to provide more information concerning the Kirkland Ellis 2014-2015 engagement. On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was for Apple and involved an arbitration concerning litigation with HTC (see #11 on Dr. Buy's List of Engagements).

In addition, on a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement with Vedder Price was on behalf of ShowingTime, Inc. (as disclosed already below) and the opposing party was Centralized Showing Service. Again, this involved real estate scheduling software for showings.

Please confirm immediately that you are withdrawing your objection.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Sunday, December 03, 2017 9:09 PM
**To:** TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Counsel,

The Protective Order specifically provides that it may not be possible to disclose the name of a party with which a consultant or expert has been engaged. *See* Protective Order at 12.a ("(iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship)" (emphasis added)). Given this provision, Dr. Buy's willingness to be bound by the Protective Order in these actions, and Dr. Buy's representation that he has no relationship with any party to these actions (or to non-party Google), there is simply no basis for your objection and we ask you to withdraw it immediately.

In order to move things forward more expeditiously, Dr. Buy has provided the following additional information:

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Vedder Price was on behalf of ShowingTime, Inc. As mentioned previously, this engagement related to software for scheduling appointments for real estate viewings. This has no conceivable connection to the current actions and your objection should be withdrawn immediately.

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was follow on work on behalf of a party for which the previous engagement was already disclosed to you (i.e., Dr. Buy was previously involved in another engagement for Kirkland Ellis that involved this party and this previous engagement, and his relationship with the party, is disclosed elsewhere on his List of Engagements). This engagement involved an attempt to settle existing litigation and Dr. Buy's work for the party centered around the Android operating system. As you did not object to his work for this previous engagement, there should be no reason for you to continue to object now since

the same parties are involved and his work was substantially the same. As such, please withdraw your objection immediately.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, November 30, 2017 6:40 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

In your disclosure for Dr. Buy, you do not disclose the names of the parties involved in his work with Vedder Price in 2016-2017 and Kirkland & Ellis in 2014-2015. Please provide the names of these parties, so that we can assess whether there are any potential conflicts. Until we have more information regarding his work during these time periods, we object to Dr. Buy receiving confidential information subject to the protective order in this action. We hope to be able to withdraw this objection once we receive the above supplemental information from you regarding Dr. Buy's past work.

Best regards,
Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**
**PARTNER**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, November 20, 2017 5:26 PM
**To:** arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Microsoft Counsel,

Pursuant to the parties' Protective Order (ordered February 27, 2017), Philips hereby provides written notice under Section 12 for Dr. Ugo Buy. Attached, per Section 12(a), please find:

> (i) The name of the consultant or expert; (ii) The present employer, job title, and business address of the consultant or expert; (iii) a copy of a Certification (attached hereto as Exhibit A) signed by the consultant or expert; and (iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship).

Philips confirms that Dr. Buy has no present or past relationship with any named Party to these Actions.

With respect to Dr. Buy's work on behalf of Vedder Price, LLP, Dr. Buy's client was a company that made software for assisting real-estate agents and home owners set up viewings for properties for sale. The other party was a competitor in the space of software for real-estate support. His involvement in this work is now over. Dr. Buy's understanding is that he is not at liberty to disclose the names of the parties.

Please let us know at your earliest convenience whether you object to Dr. Buy under Section 12(b).

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# SHARRET EXHIBIT 322

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | Sharret, Jonathan |
| **Sent:** | Tuesday, January 09, 2018 9:14 PM |
| **To:** | AMcNamara@perkinscoie.com |
| **Cc:** | TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com; #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie |
| **Subject:** | Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.) |

Antoine, in case it was not clear there were two separate requests made, one by me and one by Jaime. Only Jaime's request of a single page was requested for the deposition tomorrow as a courtesy. As to the rest of your email I think it would be more productive to discuss this by phone (or in person) when you are available.

Sent from my iPhone

On Jan 9, 2018, at 5:54 PM, McNamara, Antoine (Perkins Coie) <AMcNamara@perkinscoie.com> wrote:

> Jonathan,
> Please remember that the protective order gives Microsoft "five (5) business days to review the printed material and provide . . . written notice of any objection" and seven business days overall to serve any requested source code printouts. Philips cannot identify new source code documents in the morning and demand confirmation that "the source code will be printed today."
> Moreover, as we have discussed, the protective order provides a presumptive aggregate total of 750 pages of printed source code. The source code prints that you requested this morning will put Philips well above that limit. As we indicated on our call back in December, Microsoft is willing to consider adjusting that limit, but Philips has still not told us how many total pages it proposes to print nor explained why the presumptive limit explicitly set by the protective order should be adjusted. For example, Philips printed nearly 500 pages of source code purportedly relating to its allegations for the '806 patent but referred to hardly any of that code in last week's deposition.
> Microsoft is willing to accommodate your requests and print and serve the source code identified this morning, but this should not be taken as license for Philips to continue disregarding the source code provisions of the protective order. Given that Philips has now exceeded the printing limit set in the protective order, we expect that Philips will provide us with a formal proposal for modifying that limit, including both a new proposed total page limit and a justification for the modification, before requesting that any additional source code be printed. Moreover, for any future printing requests, Microsoft reserves the right to use the time provided in the protective order for review, processing, and printing, and we expect Philips to time its requests accordingly.
> The requested source code printouts (including the single-page referred to in Jaime e-mail) are in the process of been prepared and we hope to have them completed tonight. If so, we can courier the pages to our Bellevue office in the morning and they should arrive by 11am for service of the production. I will let you know if any issues arise that would interfere with that timing.
> Best,
> **Antoine McNamara | Perkins Coie LLP**
> **COUNSEL**
> D. +1.206.359.3864

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Tuesday, January 9, 2018 at 7:16 AM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham
<TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina
McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)"
<CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John
Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team
<MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)"
<PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth
<bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131
and 15-1170 (D. Del.)
Antoine,
Our reviewers have created additional folders on the review machines containing PDF/XPS
documents of source code to be printed. The page count for these new folders is roughly 500
pages and includes source code for the '913 accused keyboard functionality, '564 accused
magnification functionality, and '695 accused FLAC functionality. Please have whoever is
handling the printing of source code on your end speak with the code reviewers today so they
can identify the folders to be printed and the order in which the files should be printed.
Please confirm the source code will be printed today. If you will be at the deposition today I am
happy to discuss further in person.
Best regards,
Jonathan

---

**From:** Sharret, Jonathan
**Sent:** Monday, December 25, 2017 10:29 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com;
CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com;
jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com;
PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-
1170 (D. Del.)
Antoine,
On Friday our reviewers left instructions with the Perkins' employee supervising the review for the
printing of source code. To facilitate printing, all files to be printed are in the "PRINTME_20171222"
folder on the desktop of the PC further from the door on the desk with two computers. Within that
folder will be several levels of subfolders where the lowest-level (leaf) folders contain XPS files. Double
clicking these will open them in the Microsoft XPS viewer which can be used to print in hard copy.
Please print the files in each folder in the alphabetical order they are sorted by default so that the
various portions of a given file are printed with contiguous Bates ranges and each OS version for each
accused functionality form a continuous range as well. A "readme" file has been provided in this folder,
which explains the same.
The total page count is 622:
  • DASH/HLS: 479
  • Screen Rotation: 122
  • HDCP: 21
The page count for DASH/HLS is large because Microsoft's interrogatory responses indicated that
Microsoft contends there are differences with respect to DASH/HLS between the various versions of

Windows 10, but the interrogatory responses left these alleged differences unspecified which necessitated increased printing.

We will be in touch once we have an estimate for the number of pages needed for the other accused functionalities.

Best regards,
Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2266

F 212-218-2200

jsharret@fchs.com

http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, December 13, 2017 5:49 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Antoine. I'm glad we could resolve this quickly.

We expect our reviewers to be at your offices December 18-22 and December 27-29. Mr. Morgan will be at the review December 18-22, Mr. McCormick on December 18-21, and Dr. Buy on December 19-20 and 27-29. We expect the review will continue thereafter on January 2.

Best regards,
Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2266

F 212-218-2200

jsharret@fchs.com

http://www.fitzpatrickcella.com

Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 4:25 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

To confirm what we just agreed over the phone, we will make the source code available:

Thursday, December 14 – 8:30am – 7:30 pm
Friday, December 15 – 8:30 am – 1:00 pm
Thank you — we appreciate your reviewers' accommodation of these modified hours.
Best,
**Antoine McNamara | Perkins Coie LLP**
**COUNSEL**
D. +1.206.359.3864

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Wednesday, December 13, 2017 at 12:27 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham
<TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina
McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)"
<CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John
Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team
<MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)"
<PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth
<bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131
and 15-1170 (D. Del.)

Antoine,
Please explain why the code review room will be closed early on Friday and when you first became
aware of this. The 15th is not a holiday and the Protective Order requires the review computers to be
available during regular business hours. We flew Dr. Buy out to Seattle specifically so he could be at the
review on the 14th and 15th and this would cut the review time on the 15th by more than half.
If the office must be closed early on the 15th, then the hours being take away from our review on that
day must be provided on the 14th and/or 15th by making the review computers available before 9 am
and/or after 5 pm to make up the difference.
Please let us have your response immediately so we can let our reviewers know. I will be back to you on
the rest on your email soon.
Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 3:20 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com;
CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com;
jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com;
PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie

**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please let your reviewers know that our office will close early this Friday (December 15) and the source code review room will need to be closed by 12 noon.

Can you also please let us know your reviewers' anticipated schedules for the weeks before and after Christmas so that we can identify any potential scheduling conflicts over the holidays?

Best,

**Antoine McNamara | Perkins Coie LLP**

**COUNSEL**

D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Thursday, December 7, 2017 at 11:14 AM
**To:** Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "cscampbell@perkinscoie.com" <cscampbell@perkinscoie.com>, "JJennison@perkinscoie.com" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, "MSFT-PhilipsTeam@perkinscoie.com" <MSFT-PhilipsTeam@perkinscoie.com>, "PMcKeever@perkinscoie.com" <PMcKeever@perkinscoie.com>, "SStahnke@perkinscoie.com" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Tiffany. Dr. Buy will be at the source code review on Thursday, December 14.

Best regards,

Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2266

F 212-218-2200

jsharret@fchs.com

http://www.fitzpatrickcella.com

Bio

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, December 07, 2017 12:51 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

We withdraw our objection to Dr. Buy receiving confidential information subject to the protective order.

Best regards,

Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**
**PARTNER**
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, December 04, 2017 4:27 PM
**To:** Cunningham, Tiffany P. (CHI); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Further to my email below, permission has been received to provide more information concerning the Kirkland Ellis 2014-2015 engagement. On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was for Apple and involved an arbitration concerning litigation with HTC (see #11 on Dr. Buy's List of Engagements).

In addition, on a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement with Vedder Price was on behalf of ShowingTime, Inc. (as disclosed already below) and the opposing party was Centralized Showing Service. Again, this involved real estate scheduling software for showings.

Please confirm immediately that you are withdrawing your objection.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

**From:** Sharret, Jonathan
**Sent:** Sunday, December 03, 2017 9:09 PM
**To:** TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Counsel,

The Protective Order specifically provides that it may not be possible to disclose the name of a party with which a consultant or expert has been engaged. *See* Protective Order at 12.a ("(iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship)" (emphasis added)). Given this provision, Dr. Buy's willingness to be bound by the Protective Order in these actions, and Dr. Buy's representation that he has no relationship with any party to these actions

(or to non-party Google), there is simply no basis for your objection and we ask you to withdraw it immediately.

In order to move things forward more expeditiously, Dr. Buy has provided the following additional information:

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Vedder Price was on behalf of ShowingTime, Inc. As mentioned previously, this engagement related to software for scheduling appointments for real estate viewings. This has no conceivable connection to the current actions and your objection should be withdrawn immediately.

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was follow on work on behalf of a party for which the previous engagement was already disclosed to you (i.e., Dr. Buy was previously involved in another engagement for Kirkland Ellis that involved this party and this previous engagement, and his relationship with the party, is disclosed elsewhere on his List of Engagements). This engagement involved an attempt to settle existing litigation and Dr. Buy's work for the party centered around the Android operating system. As you did not object to his work for this previous engagement, there should be no reason for you to continue to object now since the same parties are involved and his work was substantially the same. As such, please withdraw your objection immediately.

Best regards,

Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2266

F 212-218-2200

jsharret@fchs.com

http://www.fitzpatrickcella.com

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, November 30, 2017 6:40 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

In your disclosure for Dr. Buy, you do not disclose the names of the parties involved in his work with Vedder Price in 2016-2017 and Kirkland & Ellis in 2014-2015. Please provide the names of these parties, so that we can assess whether there are any potential conflicts. Until we have more information regarding his work during these time periods, we object to Dr. Buy receiving confidential information subject to the protective order in this action. We hope to be able to withdraw this objection once we receive the above supplemental information from you regarding Dr. Buy's past work.

Best regards,

Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**

**PARTNER**

131 S. Dearborn Street, Suite 1700

Chicago, IL 60603-5559

D. +1.312.324.8423

F. +1.312.324.9423

E. TCunningham@perkinscoie.com

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, November 20, 2017 5:26 PM
**To:** arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Microsoft Counsel,

Pursuant to the parties' Protective Order (ordered February 27, 2017), Philips hereby provides written notice under Section 12 for Dr. Ugo Buy. Attached, per Section 12(a), please find:

(i) The name of the consultant or expert; (ii) The present employer, job title, and business address of the consultant or expert; (iii) a copy of a Certification (attached hereto as Exhibit A) signed by the consultant or expert; and (iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship).

Philips confirms that Dr. Buy has no present or past relationship with any named Party to these Actions. With respect to Dr. Buy's work on behalf of Vedder Price, LLP, Dr. Buy's client was a company that made software for assisting real-estate agents and home owners set up viewings for properties for sale. The other party was a competitor in the space of software for real-estate support. His involvement in this work is now over. Dr. Buy's understanding is that he is not at liberty to disclose the names of the parties. Please let us know at your earliest convenience whether you object to Dr. Buy under Section 12(b).

Best regards,
Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2266

F 212-218-2200

jsharret@fchs.com

http://www.fitzpatrickcella.com

Bio

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have

received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# SHARRET EXHIBIT 323

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | Cardenas-Navia, Jaime F. |
| **Sent:** | Thursday, January 25, 2018 8:26 PM |
| **To:** | AMcNamara@perkinscoie.com; Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com |
| **Cc:** | #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie' |
| **Subject:** | RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.) |

Antoine,

Thank you for working on the request. I can pick up and sign for the source code tonight at 7pm.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Thursday, January 25, 2018 5:00 PM
**To:** Cardenas-Navia, Jaime F.; Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jaime,

I spoke with Jonathan this afternoon and told him that we would try to accommodate this last-minute request. The documents are still being processed, but they should be ready later tonight.

If you need the source code print-outs tonight and can come to the Perkins Seattle office at 7pm, we may be able to arrange for you to pick up and sign for them at that time. Otherwise, we will bring the print-outs to the deposition tomorrow and you can sign for them there.

Please let me know as soon as possible if you need us to arrange a pick-up this evening, as our office will be closed.

Best,

**Antoine McNamara** | *Perkins Coie LLP*
COUNSEL
D. +1.206.359.3864

---

**From:** "Cardenas-Navia, Jaime F." <JCardenas-Navia@FCHS.COM>
**Date:** Thursday, January 25, 2018 at 9:54 AM
**To:** "jsharret@fchs.com" <JSharret@FCHS.COM>, "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "'Scott, Katie'" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)


Antoine,

We ask that the PlayReady and WMDRM source code be printed and produced in time for tomorrow's deposition of Andrew Jenks. Please let us know if you can accommodate this request. If so, I can come by Perkins' Seattle office today to receive the source code production once it is ready.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, January 24, 2018 5:57 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)


Antoine,

I am available at the time your proposed. I can call your office line then.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, January 24, 2018 8:55 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

As I mentioned to Jaime this morning at the deposition, you were misinformed about the collection of the requested source code – our team had collected the PDFs from the identified folders before your e-mail yesterday and those pages are currently still being processed for review.

Regarding the overall page limits and other issues, I'm available to discuss tomorrow (1/25) at 1pm PT / 4pm ET. Does that work for you?

Best,

**Antoine McNamara** | *Perkins Coie LLP*
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Tuesday, January 23, 2018 at 5:33 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "'Scott, Katie'" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Please let me know where things stand with respect to my email below. I have been told that none of the requested source code has been collected from the review machines for printing as yet. If there is something that we need to discuss to move this forward, as I mentioned, I am available by phone.

3

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Sharret, Jonathan
**Sent:** Monday, January 22, 2018 4:38 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Philips' source code reviewers have prepared additional PDF pages to be printed and produced. The additional pages can be found on the review machines' desktops in folders named "PRINTME_20180122__" where "__" is 01, 02, or 03. The folders' contents should be printed in alphabetical order. This is the same print procedure that was followed last time, I believe. The pages printed include source code for the '387/'064, '797, '564, '806, and '819/'809 functionalities and should total 1,548 pages. Philips is still investigating additional source code given the late production date for Microsoft providing source code for the entire operating systems, but has endeavored to get as much source code ready for printing as possible to provide Microsoft with as complete a picture as possible of Philips' current printing needs. As soon as we know how many additional pages we will need, we will let Microsoft know – however, it will be in line with our existing requests.

Prior to this request, Philips had printed 1,076 pages. The combined page count is below what Philips has printed from other defendants (e.g., the page count for HTC is over 2,700) and is more than reasonable given the number of patents and number of accused functionalities at issue in these actions. If Microsoft disagrees or believes Philips is not printing what is "reasonably necessary" for these actions, please let us know and explain the basis for this assertion.

To address your specific concern with Philips printing approximately 500 pages for the accused '806 functionalities, this was necessitated by Microsoft making the allegation in its response to Philips' Interrogatory No. 6 that "the functionality of the '806 Representative Products running Windows 10 and Xbox One varies across different builds of the respective operating system. There are five Windows 10 update releases that included modifications to HLS and MPEG-DASH support" without explaining exactly how these various builds differ from each other. Microsoft cannot make a bald allegation that functionalities vary across different builds and then fault Philips for printing code from each of those builds to rebut this allegation. That Philips did not choose to spend its entire time with Microsoft's designated DASH/HLS witness asking about source code is a red herring and has no bearing on the source code Philips is entitled to print in these actions.

I am available to get on the phone and discuss this further. Please let me know as soon as possible if this is acceptable as our contentions are due in less than 2 weeks.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Tuesday, January 09, 2018 8:55 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please remember that the protective order gives Microsoft "five (5) business days to review the printed material and provide . . . written notice of any objection" and seven business days overall to serve any requested source code printouts. Philips cannot identify new source code documents in the morning and demand confirmation that "the source code will be printed today."

Moreover, as we have discussed, the protective order provides a presumptive aggregate total of 750 pages of printed source code. The source code prints that you requested this morning will put Philips well above that limit. As we indicated on our call back in December, Microsoft is willing to consider adjusting that limit, but Philips has still not told us how many total pages it proposes to print nor explained why the presumptive limit explicitly set by the protective order should be adjusted. For example, Philips printed nearly 500 pages of source code purportedly relating to its allegations for the '806 patent but referred to hardly any of that code in last week's deposition.

Microsoft is willing to accommodate your requests and print and serve the source code identified this morning, but this should not be taken as license for Philips to continue disregarding the source code provisions of the protective order. Given that Philips has now exceeded the printing limit set in the protective order, we expect that Philips will provide us with a formal proposal for modifying that limit, including both a new proposed total page limit and a justification for the modification, before requesting that any additional source code be printed. Moreover, for any future printing requests, Microsoft reserves the right to use the time provided in the protective order for review, processing, and printing, and we expect Philips to time its requests accordingly.

The requested source code printouts (including the single-page referred to in Jaime e-mail) are in the process of been prepared and we hope to have them completed tonight. If so, we can courier the pages to our Bellevue office in the morning and they should arrive by 11am for service of the production. I will let you know if any issues arise that would interfere with that timing.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

5

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Tuesday, January 9, 2018 at 7:16 AM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Our reviewers have created additional folders on the review machines containing PDF/XPS documents of source code to be printed. The page count for these new folders is roughly 500 pages and includes source code for the '913 accused keyboard functionality, '564 accused magnification functionality, and '695 accused FLAC functionality. Please have whoever is handling the printing of source code on your end speak with the code reviewers today so they can identify the folders to be printed and the order in which the files should be printed.

Please confirm the source code will be printed today. If you will be at the deposition today I am happy to discuss further in person.

Best regards,
Jonathan

---

**From:** Sharret, Jonathan
**Sent:** Monday, December 25, 2017 10:29 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

On Friday our reviewers left instructions with the Perkins' employee supervising the review for the printing of source code. To facilitate printing, all files to be printed are in the "PRINTME_20171222" folder on the desktop of the PC further from the door on the desk with two computers. Within that folder will be several levels of subfolders where the lowest-level (leaf) folders contain XPS files. Double clicking these will open them in the Microsoft XPS viewer which can be used to print them in hard copy. Please print the files in each folder in the alphabetical order they are sorted in by default so that the various portions of a given file are printed with contiguous Bates ranges and each OS version for each accused functionality form a continuous range as well. A "readme" file has been provided in this folder, which explains the same.

The total page count is 622:
- DASH/HLS: 479
- Screen Rotation: 122
- HDCP: 21

The page count for DASH/HLS is large because Microsoft's interrogatory responses indicated that Microsoft contends there are differences with respect to DASH/HLS between the various versions of Windows 10, but the interrogatory responses left these alleged differences unspecified which necessitated increased printing.

We will be in touch once we have an estimate for the number of pages needed for the other accused functionalities.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, December 13, 2017 5:49 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Antoine. I'm glad we could resolve this quickly.

We expect our reviewers to be at your offices December 18-22 and December 27-29. Mr. Morgan will be at the review December 18-22, Mr. McCormick on December 18-21, and Dr. Buy on December 19-20 and 27-29. We expect the review will continue thereafter on January 2.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 4:25 PM

**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

To confirm what we just agreed over the phone, we will make the source code available:

Thursday, December 14 – 8:30am – 7:30 pm
Friday, December 15 – 8:30 am – 1:00 pm

Thank you — we appreciate your reviewers' accommodation of these modified hours.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Wednesday, December 13, 2017 at 12:27 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Please explain why the code review room will be closed early on Friday and when you first became aware of this. The 15th is not a holiday and the Protective Order requires the review computers to be available during regular business hours. We flew Dr. Buy out to Seattle specifically so he could be at the review on the 14th and 15th and this would cut the review time on the 15th by more than half.

If the office must be closed early on the 15th, then the hours being take away from our review on that day must be provided on the 14th and/or 15th by making the review computers available before 9 am and/or after 5 pm to make up the difference.

Please let us have your response immediately so we can let our reviewers know. I will be back to you on the rest on your email soon.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 3:20 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please let your reviewers know that our office will close early this Friday (December 15) and the source code review room will need to be closed by 12 noon.

Can you also please let us know your reviewers' anticipated schedules for the weeks before and after Christmas so that we can identify any potential scheduling conflicts over the holidays?

Best,

**Antoine McNamara** | *Perkins Coie LLP*
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Thursday, December 7, 2017 at 11:14 AM
**To:** Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "cscampbell@perkinscoie.com" <cscampbell@perkinscoie.com>, "JJennison@perkinscoie.com" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, "MSFT-PhilipsTeam@perkinscoie.com" <MSFT-PhilipsTeam@perkinscoie.com>, "PMcKeever@perkinscoie.com" <PMcKeever@perkinscoie.com>, "SStahnke@perkinscoie.com" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Tiffany. Dr. Buy will be at the source code review on Thursday, December 14.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**

9

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, December 07, 2017 12:51 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

We withdraw our objection to Dr. Buy receiving confidential information subject to the protective order.

Best regards,
Tiffany

**Tiffany P. Cunningham** | **Perkins Coie LLP**
PARTNER
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, December 04, 2017 4:27 PM
**To:** Cunningham, Tiffany P. (CHI); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Further to my email below, permission has been received to provide more information concerning the Kirkland Ellis 2014-2015 engagement. On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was for Apple and involved an arbitration concerning litigation with HTC (see #11 on Dr. Buy's List of Engagements).

In addition, on a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement with Vedder Price was on behalf of ShowingTime, Inc. (as disclosed already below) and the opposing party was Centralized Showing Service. Again, this involved real estate scheduling software for showings.

Please confirm immediately that you are withdrawing your objection.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Sunday, December 03, 2017 9:09 PM
**To:** TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Counsel,

The Protective Order specifically provides that it may not be possible to disclose the name of a party with which a consultant or expert has been engaged. *See* Protective Order at 12.a ("(iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship)" (emphasis added)). Given this provision, Dr. Buy's willingness to be bound by the Protective Order in these actions, and Dr. Buy's representation that he has no relationship with any party to these actions (or to non-party Google), there is simply no basis for your objection and we ask you to withdraw it immediately.

In order to move things forward more expeditiously, Dr. Buy has provided the following additional information:

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Vedder Price was on behalf of ShowingTime, Inc. As mentioned previously, this engagement related to software for scheduling appointments for real estate viewings. This has no conceivable connection to the current actions and your objection should be withdrawn immediately.

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was follow on work on behalf of a party for which the previous engagement was already disclosed to you (i.e., Dr. Buy was previously involved in another engagement for Kirkland Ellis that involved this party and this previous engagement, and his relationship with the party, is disclosed elsewhere on his List of Engagements). This engagement involved an attempt to settle existing litigation and Dr. Buy's work for the party centered around the Android operating system. As you did not object to his work for this previous engagement, there should be no reason for you to continue to object now since the same parties are involved and his work was substantially the same. As such, please withdraw your objection immediately.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, November 30, 2017 6:40 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

In your disclosure for Dr. Buy, you do not disclose the names of the parties involved in his work with Vedder Price in 2016-2017 and Kirkland & Ellis in 2014-2015. Please provide the names of these parties, so that we can assess whether there are any potential conflicts. Until we have more information regarding his work during these time periods, we object to Dr. Buy receiving confidential information subject to the protective order in this action. We hope to be able to withdraw this objection once we receive the above supplemental information from you regarding Dr. Buy's past work.

Best regards,
Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**
PARTNER
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, November 20, 2017 5:26 PM
**To:** arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Microsoft Counsel,

Pursuant to the parties' Protective Order (ordered February 27, 2017), Philips hereby provides written notice under Section 12 for Dr. Ugo Buy. Attached, per Section 12(a), please find:

(i) The name of the consultant or expert; (ii) The present employer, job title, and business address of the consultant or expert; (iii) a copy of a Certification (attached hereto as Exhibit A) signed by the consultant or expert; and (iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship).

Philips confirms that Dr. Buy has no present or past relationship with any named Party to these Actions.

With respect to Dr. Buy's work on behalf of Vedder Price, LLP, Dr. Buy's client was a company that made software for assisting real-estate agents and home owners set up viewings for properties for sale. The other party was a competitor in the space of software for real-estate support. His involvement in this work is now over. Dr. Buy's understanding is that he is not at liberty to disclose the names of the parties.

12

Please let us know at your earliest convenience whether you object to Dr. Buy under Section 12(b).

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

# SHARRET EXHIBIT 324

**Cardenas-Navia, Jaime F.**

| | |
|---|---|
| **From:** | Sharret, Jonathan |
| **Sent:** | Monday, January 29, 2018 2:13 PM |
| **To:** | AMcNamara@perkinscoie.com; Cardenas-Navia, Jaime F.; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com |
| **Cc:** | #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie' |
| **Subject:** | RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.) |

Yes – please overnight them to my attention. Thank you, Antoine.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Monday, January 29, 2018 2:00 PM
**To:** Sharret, Jonathan; Cardenas-Navia, Jaime F.; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

We finished processing the rest of the source code print-outs this morning and they will be ready for service shortly. Based on your request, I did obtain special permission to deliver this batch of source code print-outs directly to your reviewers given the circumstances. However, since no reviewers are here today, should we just send the print-outs to your office via overnight delivery?

Please let me know, or feel free to give me a call if that would be easier.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

1

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Monday, January 29, 2018 at 7:32 AM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, "Cardenas-Navia, Jaime F." <JCardenas-Navia@FCHS.COM>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "'Scott, Katie'" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Can you please provide the status of the source code printing? Mr. McCormick is travelling today and will not be in Seattle until tomorrow and Mr. Morgan has had to fly home to deal with a family matter. If you let me know when you expect the print outs to be ready it will help with our ability to coordinate whether the printouts should be sent here or whether Mr. McCormick will be available to receive them.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Thursday, January 25, 2018 8:00 PM
**To:** Cardenas-Navia, Jaime F.; Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jaime,

I spoke with Jonathan this afternoon and told him that we would try to accommodate this last-minute request. The documents are still being processed, but they should be ready later tonight.

If you need the source code print-outs tonight and can come to the Perkins Seattle office at 7pm, we may be able to arrange for you to pick up and sign for them at that time. Otherwise, we will bring the print-outs to the deposition tomorrow and you can sign for them there.

Please let me know as soon as possible if you need us to arrange a pick-up this evening, as our office will be closed.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "Cardenas-Navia, Jaime F." <JCardenas-Navia@FCHS.COM>
**Date:** Thursday, January 25, 2018 at 9:54 AM
**To:** "jsharret@fchs.com" <JSharret@FCHS.COM>, "McNamara, Antoine (SEA)"
<AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell
<arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)"
<CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw
<jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-
PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke,
Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth
<bsmyth@McCarter.com>, "'Scott, Katie'" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170
(D. Del.)

Antoine,

We ask that the PlayReady and WMDRM source code be printed and produced in time for tomorrow's deposition of
Andrew Jenks. Please let us know if you can accommodate this request. If so, I can come by Perkins' Seattle office today
to receive the source code production once it is ready.

Best regards,
Jaime

**Jaime F. Cardenas-Navia**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2306
F 212-218-2200
JCardenas-Navia@FCHS.COM
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, January 24, 2018 5:57 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com;
CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com;
kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

I am available at the time your proposed. I can call your office line then.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, January 24, 2018 8:55 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; 'Silver, Daniel'; 'Smyth, Benjamin'; 'Scott, Katie'
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

As I mentioned to Jaime this morning at the deposition, you were misinformed about the collection of the requested source code – our team had collected the PDFs from the identified folders before your e-mail yesterday and those pages are currently still being processed for review.

Regarding the overall page limits and other issues, I'm available to discuss tomorrow (1/25) at 1pm PT / 4pm ET. Does that work for you?

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Tuesday, January 23, 2018 at 5:33 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "'Scott, Katie'" <kscott@McCarter.com>

**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Please let me know where things stand with respect to my email below. I have been told that none of the requested source code has been collected from the review machines for printing as yet. If there is something that we need to discuss to move this forward, as I mentioned, I am available by phone.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Sharret, Jonathan
**Sent:** Monday, January 22, 2018 4:38 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Philips' source code reviewers have prepared additional PDF pages to be printed and produced. The additional pages can be found on the review machines' desktops in folders named "PRINTME_20180122__" where "__" is 01, 02, or 03. The folders' contents should be printed in alphabetical order. This is the same print procedure that was followed last time, I believe. The pages printed include source code for the '387/'064, '797, '564, '806, and '819/'809 functionalities and should total 1,548 pages. Philips is still investigating additional source code given the late production date for Microsoft providing source code for the entire operating systems, but has endeavored to get as much source code ready for printing as possible to provide Microsoft with as complete a picture as possible of Philips' current printing needs. As soon as we know how many additional pages we will need, we will let Microsoft know – however, it will be in line with our existing requests.

Prior to this request, Philips had printed 1,076 pages. The combined page count is below what Philips has printed from other defendants (e.g., the page count for HTC is over 2,700) and is more than reasonable given the number of patents and number of accused functionalities at issue in these actions. If Microsoft disagrees or believes Philips is not printing what is "reasonably necessary" for these actions, please let us know and explain the basis for this assertion.

To address your specific concern with Philips printing approximately 500 pages for the accused '806 functionalities, this was necessitated by Microsoft making the allegation in its response to Philips' Interrogatory No. 6 that "the functionality of the '806 Representative Products running Windows 10 and Xbox One varies across different builds of the respective operating system. There are five Windows 10 update releases that included modifications to HLS and MPEG-DASH support" without explaining exactly how these various builds differ from each other. Microsoft cannot make a bald

allegation that functionalities vary across different builds and then fault Philips for printing code from each of those builds to rebut this allegation. That Philips did not choose to spend its entire time with Microsoft's designated DASH/HLS witness asking about source code is a red herring and has no bearing on the source code Philips is entitled to print in these actions.

I am available to get on the phone and discuss this further. Please let me know as soon as possible if this is acceptable as our contentions are due in less than 2 weeks.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Tuesday, January 09, 2018 8:55 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please remember that the protective order gives Microsoft "five (5) business days to review the printed material and provide . . . written notice of any objection" and seven business days overall to serve any requested source code printouts. Philips cannot identify new source code documents in the morning and demand confirmation that "the source code will be printed today."

Moreover, as we have discussed, the protective order provides a presumptive aggregate total of 750 pages of printed source code. The source code prints that you requested this morning will put Philips well above that limit. As we indicated on our call back in December, Microsoft is willing to consider adjusting that limit, but Philips has still not told us how many total pages it proposes to print nor explained why the presumptive limit explicitly set by the protective order should be adjusted. For example, Philips printed nearly 500 pages of source code purportedly relating to its allegations for the '806 patent but referred to hardly any of that code in last week's deposition.

Microsoft is willing to accommodate your requests and print and serve the source code identified this morning, but this should not be taken as license for Philips to continue disregarding the source code provisions of the protective order. Given that Philips has now exceeded the printing limit set in the protective order, we expect that Philips will provide us with a formal proposal for modifying that limit, including both a new proposed total page limit and a justification for the modification, before requesting that any additional source code be printed. Moreover, for any future printing requests, Microsoft reserves the right to use the time provided in the protective order for review, processing, and printing, and we expect Philips to time its requests accordingly.

The requested source code printouts (including the single-page referred to in Jaime e-mail) are in the process of been prepared and we hope to have them completed tonight. If so, we can courier the pages to our Bellevue office in the morning and they should arrive by 11am for service of the production. I will let you know if any issues arise that would interfere with that timing.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Tuesday, January 9, 2018 at 7:16 AM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Our reviewers have created additional folders on the review machines containing PDF/XPS documents of source code to be printed. The page count for these new folders is roughly 500 pages and includes source code for the '913 accused keyboard functionality, '564 accused magnification functionality, and '695 accused FLAC functionality. Please have whoever is handling the printing of source code on your end speak with the code reviewers today so they can identify the folders to be printed and the order in which the files should be printed.

Please confirm the source code will be printed today. If you will be at the deposition today I am happy to discuss further in person.

Best regards,
Jonathan

---

**From:** Sharret, Jonathan
**Sent:** Monday, December 25, 2017 10:29 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

On Friday our reviewers left instructions with the Perkins' employee supervising the review for the printing of source code. To facilitate printing, all files to be printed are in the "PRINTME_20171222" folder on the desktop of the PC further from the door on the desk with two computers. Within that folder will be several levels of subfolders where the lowest-level (leaf) folders contain XPS files. Double clicking these will open them in the Microsoft XPS viewer which can be used to print them in hard copy. Please print the files in each folder in the alphabetical order they are sorted in by default so that the various portions of a given file are printed with contiguous Bates ranges and each OS version for each accused functionality form a continuous range as well. A "readme" file has been provided in this folder, which explains the same.

The total page count is 622:
  • DASH/HLS: 479
  • Screen Rotation: 122
  • HDCP: 21

The page count for DASH/HLS is large because Microsoft's interrogatory responses indicated that Microsoft contends there are differences with respect to DASH/HLS between the various versions of Windows 10, but the interrogatory responses left these alleged differences unspecified which necessitated increased printing.

We will be in touch once we have an estimate for the number of pages needed for the other accused functionalities.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, December 13, 2017 5:49 PM
**To:** AMcNamara@perkinscoie.com; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Antoine. I'm glad we could resolve this quickly.

We expect our reviewers to be at your offices December 18-22 and December 27-29. Mr. Morgan will be at the review December 18-22, Mr. McCormick on December 18-21, and Dr. Buy on December 19-20 and 27-29. We expect the review will continue thereafter on January 2.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas

New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 4:25 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

To confirm what we just agreed over the phone, we will make the source code available:

Thursday, December 14 – 8:30am – 7:30 pm
Friday, December 15 – 8:30 am – 1:00 pm

Thank you — we appreciate your reviewers' accommodation of these modified hours.

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Wednesday, December 13, 2017 at 12:27 PM
**To:** "McNamara, Antoine (SEA)" <AMcNamara@perkinscoie.com>, Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "Campbell, Chad (PHX)" <CSCampbell@perkinscoie.com>, "Jennison, Judy (SEA)" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>, "McKeever, Patrick J. (SDO)" <PMcKeever@perkinscoie.com>, "Stahnke, Sarah (PAO)" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Antoine,

Please explain why the code review room will be closed early on Friday and when you first became aware of this. The 15th is not a holiday and the Protective Order requires the review computers to be available during regular business hours. We flew Dr. Buy out to Seattle specifically so he could be at the review on the 14th and 15th and this would cut the review time on the 15th by more than half.

If the office must be closed early on the 15th, then the hours being take away from our review on that day must be provided on the 14th and/or 15th by making the review computers available before 9 am and/or after 5 pm to make up the difference.

Please let us have your response immediately so we can let our reviewers know. I will be back to you on the rest on your email soon.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** McNamara, Antoine (Perkins Coie) [mailto:AMcNamara@perkinscoie.com]
**Sent:** Wednesday, December 13, 2017 3:20 PM
**To:** Sharret, Jonathan; TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Re: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan,

Please let your reviewers know that our office will close early this Friday (December 15) and the source code review room will need to be closed by 12 noon.

Can you also please let us know your reviewers' anticipated schedules for the weeks before and after Christmas so that we can identify any potential scheduling conflicts over the holidays?

Best,

**Antoine McNamara** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3864

---

**From:** "jsharret@fchs.com" <JSharret@FCHS.COM>
**Date:** Thursday, December 7, 2017 at 11:14 AM
**To:** Tiffany Cunningham <TCunningham@perkinscoie.com>, Andrew Russell <arussell@shawkeller.com>, Christina McCullough <CMcCullough@perkinscoie.com>, "cscampbell@perkinscoie.com" <cscampbell@perkinscoie.com>, "JJennison@perkinscoie.com" <JJennison@perkinscoie.com>, John Shaw <jshaw@shawkeller.com>, Karen Keller <kkeller@shawkeller.com>, "MSFT-PhilipsTeam@perkinscoie.com" <MSFT-PhilipsTeam@perkinscoie.com>, "PMcKeever@perkinscoie.com" <PMcKeever@perkinscoie.com>, "SStahnke@perkinscoie.com" <SStahnke@perkinscoie.com>
**Cc:** #Philips <#Philips@fchs.com>, Daniel Silver <DSilver@McCarter.com>, Benjamin Smyth <bsmyth@McCarter.com>, "Scott, Katie" <kscott@McCarter.com>

**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Thank you, Tiffany. Dr. Buy will be at the source code review on Thursday, December 14.

Best regards,
Jonathan

**Jonathan Sharret**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, December 07, 2017 12:51 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

We withdraw our objection to Dr. Buy receiving confidential information subject to the protective order.

Best regards,
Tiffany

**Tiffany P. Cunningham | Perkins Coie LLP**
PARTNER
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, December 04, 2017 4:27 PM
**To:** Cunningham, Tiffany P. (CHI); arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Further to my email below, permission has been received to provide more information concerning the Kirkland Ellis 2014-2015 engagement. On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was for Apple and involved an arbitration concerning litigation with HTC (see #11 on Dr. Buy's List of Engagements).

In addition, on a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement with Vedder Price was on behalf of ShowingTime, Inc. (as disclosed already below) and the opposing party was Centralized Showing Service. Again, this involved real estate scheduling software for showings.

Please confirm immediately that you are withdrawing your objection.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

**From:** Sharret, Jonathan
**Sent:** Sunday, December 03, 2017 9:09 PM
**To:** TCunningham@perkinscoie.com; arussell@shawkeller.com; CMcCullough@perkinscoie.com;
cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-
PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Counsel,

The Protective Order specifically provides that it may not be possible to disclose the name of a party with which a consultant or expert has been engaged. *See* Protective Order at 12.a ("(iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship)" (emphasis added)). Given this provision, Dr. Buy's willingness to be bound by the Protective Order in these actions, and Dr. Buy's representation that he has no relationship with any party to these actions (or to non-party Google), there is simply no basis for your objection and we ask you to withdraw it immediately.

In order to move things forward more expeditiously, Dr. Buy has provided the following additional information:

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Vedder Price was on behalf of ShowingTime, Inc. As mentioned previously, this engagement related to software for scheduling appointments for real estate viewings. This has no conceivable connection to the current actions and your objection should be withdrawn immediately.

On a "Highly Confidential – Outside Counsel Only" basis, Dr. Buy's engagement through Kirkland Ellis in 2014-2015 was follow on work on behalf of a party for which the previous engagement was already disclosed to you (i.e., Dr. Buy was previously involved in another engagement for Kirkland Ellis that involved this party and this previous engagement, and his relationship with the party, is disclosed elsewhere on his List of Engagements). This engagement involved an attempt to settle existing litigation and Dr. Buy's work for the party centered around the Android operating system. As you did not object to his work for this previous engagement, there should be no reason for you to continue to object now since the same parties are involved and his work was substantially the same. As such, please withdraw your objection immediately.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com

---

**From:** Cunningham, Tiffany P. (Perkins Coie) [mailto:TCunningham@perkinscoie.com]
**Sent:** Thursday, November 30, 2017 6:40 PM
**To:** Sharret, Jonathan; arussell@shawkeller.com; CMcCullough@perkinscoie.com; cscampbell@perkinscoie.com; JJennison@perkinscoie.com; jshaw@shawkeller.com; kkeller@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; PMcKeever@perkinscoie.com; SStahnke@perkinscoie.com
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Jonathan:

In your disclosure for Dr. Buy, you do not disclose the names of the parties involved in his work with Vedder Price in 2016-2017 and Kirkland & Ellis in 2014-2015. Please provide the names of these parties, so that we can assess whether there are any potential conflicts. Until we have more information regarding his work during these time periods, we object to Dr. Buy receiving confidential information subject to the protective order in this action. We hope to be able to withdraw this objection once we receive the above supplemental information from you regarding Dr. Buy's past work.

Best regards,
Tiffany

**Tiffany P. Cunningham** | **Perkins Coie LLP**
PARTNER
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8423
F. +1.312.324.9423
E. TCunningham@perkinscoie.com

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Monday, November 20, 2017 5:26 PM
**To:** arussell@shawkeller.com; McCullough, Christina J. (SEA); Campbell, Chad (PHX); Jennison, Judy (SEA); jshaw@shawkeller.com; kkeller@shawkeller.com; *MSFT - Philips Team; McKeever, Patrick J. (SDO); Stahnke, Sarah (PAO)
**Cc:** #Philips; Silver, Daniel; Smyth, Benjamin; Scott, Katie
**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 (D. Del.)

Microsoft Counsel,

Pursuant to the parties' Protective Order (ordered February 27, 2017), Philips hereby provides written notice under Section 12 for Dr. Ugo Buy. Attached, per Section 12(a), please find:

(i) The name of the consultant or expert; (ii) The present employer, job title, and business address of the consultant or expert; (iii) a copy of a Certification (attached hereto as Exhibit A) signed by the consultant or expert; and (iv) a current curriculum vitae containing at least any known present or past relationship between the consultant or expert and any

named Party to these Actions (except where disclosure of such relationship is prohibited by a court order or nondisclosure agreement, in which case, the CV should identify at least the start and end dates of such relationship and as much identifying information as possible about the relationship).

Philips confirms that Dr. Buy has no present or past relationship with any named Party to these Actions.

With respect to Dr. Buy's work on behalf of Vedder Price, LLP, Dr. Buy's client was a company that made software for assisting real-estate agents and home owners set up viewings for properties for sale. The other party was a competitor in the space of software for real-estate support. His involvement in this work is now over. Dr. Buy's understanding is that he is not at liberty to disclose the names of the parties.

Please let us know at your earliest convenience whether you object to Dr. Buy under Section 12(b).


Best regards,
Jonathan


**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.