# **SHARRET EXHIBIT 401**

| | |
|---|---|
| **From:** | Craig Kaufman <ckaufman@tklg-llp.com> |
| **Sent:** | Wednesday, January 24, 2018 1:35 PM |
| **To:** | Sharret, Jonathan |
| **Cc:** | #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; Silver, Daniel |
| **Subject:** | Philips v. Acer |

Jonathan,

I write to provide an update on the production of documents relating to products that were identified in Philips' Third Supplemental Identification of accused products.

1. Source code. We have produced additional source code for certain newly accused products on the source code computer. It is available for inspection at our office in Redwood Shores.
2. With the exception of non-all-in-one desktop computers, we have received, and are in the process of producing, relevant documents for each product that could be located after a reasonable search. We are producing them on a rolling basis as they are processed.
3. With respect to non-all-in-one desktop computers, which were first accused of infringement in the Third Supplemental Identification of accused products, we should have a short call to see if we can short-circuit some of the production issues for these products.


Best regards,

Craig




**Craig R. Kaufman | Partner**
**TechKnowledge Law Group LLP**
100 Marine Parkway · Suite 200 · Redwood Shores, CA 94065
Direct:(650) 517-5225 | Email: ckaufman@tklg-llp.com

CONFIDENTIALITY STATEMENT: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.