# **SHARRET EXHIBIT 402**

| | |
|---|---|
| **From:** | Sharret, Jonathan |
| **Sent:** | Wednesday, January 24, 2018 1:52 PM |
| **To:** | ckaufman@tklg-llp.com |
| **Cc:** | #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; Silver, Daniel |
| **Subject:** | RE: Philips v. Acer |

Craig,

Thank you for your email.

Please provide a list of the products for which Acer has now produced source code and please let us know if this production of source code is complete for each product or is missing code for an accused functionality (e.g., the keyboard and launcher).

With respect to your production of documents excluding the non-all-in-one desktop computers, I don't believe we reached a resolution on my email of December 20, 2017 regarding past sales or the release of new products between now and trial. The last correspondence I have on this issue is from you on this same date indicating that you would consider my email and respond in due course.

I am available to discuss this and document production for non-all-in-one desktop computers. Please let me know when would be convenient for you and we can set up a call.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Craig Kaufman [mailto:ckaufman@tklg-llp.com]
**Sent:** Wednesday, January 24, 2018 1:35 PM
**To:** Sharret, Jonathan
**Cc:** #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; Silver, Daniel
**Subject:** Philips v. Acer

Jonathan,

I write to provide an update on the production of documents relating to products that were identified in Philips' Third Supplemental Identification of accused products.

1

1. Source code. We have produced additional source code for certain newly accused products on the source code computer. It is available for inspection at our office in Redwood Shores.
2. With the exception of non-all-in-one desktop computers, we have received, and are in the process of producing, relevant documents for each product that could be located after a reasonable search. We are producing them on a rolling basis as they are processed.
3. With respect to non-all-in-one desktop computers, which were first accused of infringement in the Third Supplemental Identification of accused products, we should have a short call to see if we can short-circuit some of the production issues for these products.


Best regards,

Craig



Craig R. Kaufman | Partner
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway · Suite 200 · Redwood Shores, CA 94065
Direct:(650) 517-5225 | Email: ckaufman@tklg-llp.com

CONFIDENTIALITY STATEMENT: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.