# **SHARRET EXHIBIT 404**

| | |
|---|---|
| **From:** | Sharret, Jonathan |
| **Sent:** | Tuesday, April 03, 2018 4:05 PM |
| **To:** | ckaufman@tklg-llp.com |
| **Cc:** | #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; 'Silver, Daniel' |
| **Subject:** | RE: Philips v. Acer |

Craig,

Mr. Chris Thompson will arrive to inspect this source code beginning on Monday, April 9.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

---

**From:** Craig Kaufman [mailto:ckaufman@tklg-llp.com]
**Sent:** Wednesday, February 07, 2018 1:55 PM
**To:** Sharret, Jonathan
**Cc:** #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; 'Silver, Daniel'
**Subject:** RE: Philips v. Acer

Jonathan,

The newly produced source code is for the following products: A1-810; A1-811; A1-840; and A1-841. The source code is "complete" to the extent that it is a complete set of the source code that Acer could locate after conducting a reasonable search.

Best regards,
Craig

---

**From:** Sharret, Jonathan [mailto:JSharret@FCHS.COM]
**Sent:** Tuesday, February 06, 2018 9:36 AM
**To:** Craig Kaufman
**Cc:** #Philips Prosecution Bar ; Acer.Philips-TKLGALL ; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; 'Silver, Daniel'
**Subject:** RE: Philips v. Acer

1

Hi Craig,

I write to follow up on my correspondence below. Please provide your response by the end of this week.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
[jsharret@fchs.com](mailto:jsharret@fchs.com)
[http://www.fitzpatrickcella.com](http://www.fitzpatrickcella.com)
[Bio](#)

---

**From:** Sharret, Jonathan
**Sent:** Wednesday, January 24, 2018 1:52 PM
**To:** [ckaufman@tklg-llp.com](mailto:ckaufman@tklg-llp.com)
**Cc:** #Philips Prosecution Bar; [Acer.Philips-TKLGALL@tklg-llp.com](mailto:Acer.Philips-TKLGALL@tklg-llp.com); [viceroy@matters.warrenlex.com](mailto:viceroy@matters.warrenlex.com); [viceroy@wc.com](mailto:viceroy@wc.com); [rsmith@mnat.com](mailto:rsmith@mnat.com); Silver, Daniel
**Subject:** RE: Philips v. Acer

Craig,

Thank you for your email.

Please provide a list of the products for which Acer has now produced source code and please let us know if this production of source code is complete for each product or is missing code for an accused functionality (e.g., the keyboard and launcher).

With respect to your production of documents excluding the non-all-in-one desktop computers, I don't believe we reached a resolution on my email of December 20, 2017 regarding past sales or the release of new products between now and trial. The last correspondence I have on this issue is from you on this same date indicating that you would consider my email and respond in due course.

I am available to discuss this and document production for non-all-in-one desktop computers. Please let me know when would be convenient for you and we can set up a call.

Best regards,
Jonathan

**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266

F 212-218-2200
[jsharret@fchs.com](jsharret@fchs.com)
[http://www.fitzpatrickcella.com](http://www.fitzpatrickcella.com)
[Bio](Bio)

---

**From:** Craig Kaufman [mailto:ckaufman@tklg-llp.com]
**Sent:** Wednesday, January 24, 2018 1:35 PM
**To:** Sharret, Jonathan
**Cc:** #Philips Prosecution Bar; Acer.Philips-TKLGALL@tklg-llp.com; viceroy@matters.warrenlex.com; viceroy@wc.com; rsmith@mnat.com; Silver, Daniel
**Subject:** Philips v. Acer

Jonathan,

I write to provide an update on the production of documents relating to products that were identified in Philips' Third Supplemental Identification of accused products.

1. Source code. We have produced additional source code for certain newly accused products on the source code computer. It is available for inspection at our office in Redwood Shores.
2. With the exception of non-all-in-one desktop computers, we have received, and are in the process of producing, relevant documents for each product that could be located after a reasonable search. We are producing them on a rolling basis as they are processed.
3. With respect to non-all-in-one desktop computers, which were first accused of infringement in the Third Supplemental Identification of accused products, we should have a short call to see if we can short-circuit some of the production issues for these products.


Best regards,

Craig



**Craig R. Kaufman | Partner**
**TechKnowledge Law Group LLP**
100 Marine Parkway · Suite 200 · Redwood Shores, CA 94065
Direct:(650) 517-5225 | Email: [ckaufman@tklg-llp.com](ckaufman@tklg-llp.com)

CONFIDENTIALITY STATEMENT: The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.