# **SHARRET EXHIBIT 501**

**WARREN LEX** LLP

2261 MARKET STREET NO. 606  
SAN FRANCISCO CA 94114  
TEL +1 (415) 895 2940  
FAX +1 (415) 895 2964

March 28, 2018

**By Electronic Mail**

Christopher Gerson
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, New York, 10104-3800
philipsprosecutionbar@fchs.com

Re:     Koninklijke Philips N.V. matters

Dear Mr. Gerson:

I write on behalf of defendants to these actions, formerly nos. 15-1125 through 15-1127, 15-1130, 15-1131 and 15-1170 in the District of Delaware.  As you know, yesterday Judge Sleet issued an order transferring these actions to the Northern District of California.  *E.g.,* Case No. 15-1125, Docket No. 336.  The Delaware clerk's office has already closed these cases and confirmed their electronic transfer to the Northern District.

When cases transfer into this District, the usual custom is to pause all proceedings until the new Court can hold a case management conference.  Here, we have prepared written discovery for service today, and we believe that Mr. Roth has already traveled to his deposition, and if so we do not wish to inconvenience him further.  We therefore suggest that we proceed with Mr. Roth's deposition and today's written discovery, but otherwise agree to pause all proceedings until the Court can hold a case management conference.  Please consult with your California colleagues and let us know your thoughts in response.  Thank you for your continued time and courtesy in this matter.

Very Truly Yours,

Matt Warren