# SHARRET EXHIBIT 103
# (FILED UNDER SEAL)