# **SHARRET EXHIBIT 107**

# **(FILED UNDER SEAL)**