# **SHARRET EXHIBIT 112**

# **(FILED UNDER SEAL)**