# **SHARRET EXHIBITS 113-119**

# **(FILED UNDER SEAL)**