# SHARRET EXHIBIT 204
# (FILED UNDER SEAL)