# SHARRET EXHIBIT 206
# (FILED UNDER SEAL)