# SHARRET EXHIBITS 208 and 209
# (FILED UNDER SEAL)