# SHARRET EXHIBIT 303
# (FILED UNDER SEAL)