# **SHARRET EXHIBITS 304-310**

# **(FILED UNDER SEAL)**