# SHARRET EXHIBITS 313-314
# (FILED UNDER SEAL)