# **APGAR EXHIBIT 7**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>                  **Plaintiffs,**<br><br>     **v.**<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>                  **Defendants.** | Case No.: 15-1170-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>                  **Intervenor-Plaintiff,**<br><br>     **v.**<br><br>**KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>                  **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>                  **Intervenor-**<br>                  **Defendants/Counterclaim**<br>                  **Plaintiffs in Intervention**<br><br>     **v.**<br><br>**MICROSOFT CORPORATION**<br><br>                  **Intervenor-**<br>                  **Plaintiff/Counterclaim**<br>                  **Defendant in**<br>                  **Intervention** | |

**AND**

**MICROSOFT MOBILE OY**

   **Counterclaim Defendant**
   **in Intervention**

**PLAINTIFFS' SECOND AMENDED IDENTIFICATION OF**
**THE ACER DEFENDANTS' ACCUSED PRODUCTS**

Pursuant to the Federal Rules of Civil Procedure, the Local Rules, the parties' Joint Proposed Scheduling Order (D.I. 49) (so ordered September 15, 2016), and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby amend their identification of the accused products of Defendants Acer Inc. and Acer America Corporation (collectively, "Defendants" or "Acer").

This second amended identification of accused products is based upon information reasonably and presently available to Philips.  Discovery is in its early stages, and source code and documentation relating to the accused functionalities have not yet been produced for all of the accused products.  In particular, Acer's production of documents to date, as well as its responses to Philips' discovery requests, lack information and documentation relating to several accused products identified by Philips in both its initial and first amended identifications of accused products, served on June 17 and August 26, 2016, respectively.  Further, this second amended identification of accused products is made without the benefit of the Court's construction of any of the asserted claims of the patents-in-suit.  Therefore, and in accordance with the Federal Rules of Civil Procedure, the Local Rules, the parties' jointly proposed Scheduling Order, and the Delaware Default Standard for Discovery, Including Discovery of

-2-

Electronically Stored Information ("ESI"), Philips expressly reserves the right to modify, amend, retract, and/or supplement the disclosures made herein as additional evidence and information becomes available to Philips or as otherwise appropriate.

Plaintiffs' identification of an accused product for a patent embraces all variations of the accused product that also include the particular patent's accused functionality including, but not limited to, variations relating to the product's color, memory capacity (*e.g.*, amount of RAM), storage capacity (*e.g.*, hard drive capacity), wireless carrier, processor type, screen size and resolution, or accessories.

### Second Amended Identification of Accused Products for U.S. Patent No. RE 44,913

The accused products for U.S. Patent No. RE 44,913 are Acer products that include the functionality described in Appendix A of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 2.1 or higher, or the Windows Operating System version 8 or higher, or the Chrome Operating System), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer Chromebook | CB5-311P |
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-810 |
| | B1-820 |

|  | B1-830 |
|---|---|
|  | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
|  | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
|  | A1-850 |
|  | W1-810 |
|  | W1-811 |
| Acer Iconia Tab A100 |  |
| Acer Iconia Tab A200 |  |
| Acer Iconia Tab A500 |  |
| Acer Iconia Tab A501 |  |
| Acer Liquid E2 |  |
| Acer Liquid Jade Z |  |
| Acer Liquid M220 |  |
| Acer Liquid M330 |  |
| Acer Liquid Z410 |  |
| Acer One 10 |  |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
|  | E5-471PG |
|  | E5-473T |
|  | E5-474T |
|  | E5-474T |
|  | E5-474TG |
|  | E5-511P |
|  | E5-531P |
|  | E5-532T |
|  | E5-571P |
|  | E5-571PG |
|  | E5-573T |
|  | E5-573TG |
|  | E5-574T |
|  | E5-574TG |
| Aspire E1 | E1-410P |
|  | E1-410PG |
|  | E1-430P |
|  | E1-430PG |
|  | E1-432P |
|  | E1-470P |
|  | E1-470PG |
|  | E1-472P |
|  | E1-472PG |
|  | E1-510P |
|  | E1-532P |
|  | E1-532PG |
|  | E1-572P |
|  | E1-572PG |
| Aspire F | F5-571T |
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |

| | |
|---|---|
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-431T |
| | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S13 | S5-371T |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-391 |
| | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-012P |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-016 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire Switch 12s | SW7-272 |
| Aspire U5 | AU5-620 |
| | U5-710 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-572PG |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V 15 | V3-575T |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |
| | EC5-471PG |
| | V3-473P |

ME1 24007781v.1

| | V5-122P |
|---|---|
| | V5-132P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| | V5-472P |
| | V5-472PG |
| | V5-473PG |
| | V5-552P |
| | V5-552PG |
| | V5-561P |
| | V5-561PG |
| | V5-572P |
| | V5-572PG |
| | V5-573P |
| | V5-573PG |
| Aspire V7 | V7-481P |
| | V7-481PG |
| | V7-482P |
| | V7-482PG |
| | V7-581P |
| | V7-581PG |
| | V7-582P |
| | V7-582PG |
| Aspire Z1 | Z1-611 |
| | Z1-621 |
| | Z1-622 |
| | Z1-623 |
| Aspire Z3 | AZ3-710 |
| | AZ3-715 |
| | Z3-105 |
| | Z3-115 |
| | Z3-601 |
| | Z3-610 |
| | Z3-613 |
| | Z3-615 |
| | Z3-700 |
| | Z3-705 |
| | Z3-711 |
| Aspire Z3 Portable | AZ3-7000 |
| Aspire ZC | ZC-106 |
| | ZC-107 |
| | ZC-606 |
| | ZC-610 |
| | ZC-700 |
| DC Chromebase | |
| Switch Alpha 12 | SA-271 |
| | SA5-271P |
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |

| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| | SP113-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Switch V 10 | SW5-017 |
| Acer Chromebase 24 | CA24I |

The accused products for U.S. Patent No. RE 44,913 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**<u>Second Amended Identification of Accused Products for U.S. Patent No. 6,690,387</u>**

The accused products for U.S. Patent No. 6,690,387 are Acer products that include the functionality described in Appendix B of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 2.1 or higher, or the Windows Operating System version 7 or higher, or the Chrome Operating System), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer Chromebook | CB5-311P |
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |

ME1 24007781v.1

| | |
|---|---|
| Acer Iconia One 8 | B1-810 |
| | B1-820 |
| | B1-830 |
| | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
| | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
| | A1-850 |
| | W1-810 |
| | W1-811 |
| Acer Iconia Tab A100 | |
| Acer Iconia Tab A200 | |
| Acer Iconia Tab A500 | |
| Acer Iconia Tab A501 | |
| Acer Liquid E2 | |
| Acer Liquid Jade Z | |
| Acer Liquid M220 | |
| Acer Liquid M330 | |
| Acer Liquid Z410 | |
| Acer One 10 | |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
| | E5-471PG |
| | E5-473T |
| | E5-474T |
| | E5-474T |
| | E5-474TG |
| | E5-511P |
| | E5-531P |
| | E5-532T |
| | E5-571P |
| | E5-571PG |
| | E5-573T |
| | E5-573TG |
| | E5-574T |
| | E5-574TG |
| Aspire E1 | E1-410P |
| | E1-410PG |
| | E1-430P |
| | E1-430PG |
| | E1-432P |
| | E1-470P |
| | E1-470PG |
| | E1-472P |
| | E1-472PG |
| | E1-510P |
| | E1-532P |
| | E1-532PG |
| | E1-572P |
| | E1-572PG |
| Aspire F | F5-571T |

| | |
|---|---|
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-431T |
| | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S13 | S5-371T |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-391 |
| | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-012P |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-016 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire Switch 12s | SW7-272 |
| Aspire U5 | AU5-620 |
| | U5-710 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-572PG |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V 15 | V3-575T |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |

|  | EC5-471PG |
|---|---|
|  | V3-473P |
|  | V5-122P |
|  | V5-132P |
|  | V5-431P |
|  | V5-432PG |
|  | V5-452PG |
|  | V5-471P |
|  | V5-471PG |
|  | V5-472P |
|  | V5-472PG |
|  | V5-473PG |
|  | V5-552P |
|  | V5-552PG |
|  | V5-561P |
|  | V5-561PG |
|  | V5-572P |
|  | V5-572PG |
|  | V5-573P |
|  | V5-573PG |
| Aspire V7 | V7-481P |
|  | V7-481PG |
|  | V7-482P |
|  | V7-482PG |
|  | V7-581P |
|  | V7-581PG |
|  | V7-582P |
|  | V7-582PG |
| Aspire Z1 | Z1-611 |
|  | Z1-621 |
|  | Z1-622 |
|  | Z1-623 |
| Aspire Z3 | AZ3-710 |
|  | AZ3-715 |
|  | Z3-105 |
|  | Z3-115 |
|  | Z3-601 |
|  | Z3-610 |
|  | Z3-613 |
|  | Z3-615 |
|  | Z3-700 |
|  | Z3-705 |
|  | Z3-711 |
| Aspire Z3 Portable | AZ3-7000 |
| Aspire ZC | ZC-106 |
|  | ZC-107 |
|  | ZC-606 |
|  | ZC-610 |
|  | ZC-700 |
| DC Chromebase |  |
| Switch Alpha 12 | SA-271 |
|  | SA5-271P |

| | |
|---|---|
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| | SP113-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Switch V 10 | SW5-017 |
| Acer Chromebase 24 | CA24I |

The accused products for U.S. Patent No. 6,690,387 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

## Second Amended Identification of Accused Products for U.S. Patent No. 7,184,064

The accused products for U.S. Patent No. 7,184,064 are Acer products that include the functionality described in Appendix C of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 2.1 or higher, or the Windows Operating System version 7 or higher, or the Chrome Operating System), including, without limitation, the following:

| **Accused Product** | **Non-Limiting Model Numbers** |
|---|---|
| Acer Chromebook | CB5-311P |
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |

|  | B1-760HD |
|--|--|
|  | B1-770 |
|  | B1-780 |
| Acer Iconia One 8 | B1-810 |
|  | B1-820 |
|  | B1-830 |
|  | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
|  | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
|  | A1-850 |
|  | W1-810 |
|  | W1-811 |
| Acer Iconia Tab A100 |  |
| Acer Iconia Tab A200 |  |
| Acer Iconia Tab A500 |  |
| Acer Iconia Tab A501 |  |
| Acer Liquid E2 |  |
| Acer Liquid Jade Z |  |
| Acer Liquid M220 |  |
| Acer Liquid M330 |  |
| Acer Liquid Z410 |  |
| Acer One 10 |  |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
|  | E5-471PG |
|  | E5-473T |
|  | E5-474T |
|  | E5-474T |
|  | E5-474TG |
|  | E5-511P |
|  | E5-531P |
|  | E5-532T |
|  | E5-571P |
|  | E5-571PG |
|  | E5-573T |
|  | E5-573TG |
|  | E5-574T |
|  | E5-574TG |
| Aspire E1 | E1-410P |
|  | E1-410PG |
|  | E1-430P |
|  | E1-430PG |
|  | E1-432P |
|  | E1-470P |
|  | E1-470PG |
|  | E1-472P |
|  | E1-472PG |
|  | E1-510P |
|  | E1-532P |
|  | E1-532PG |

|  | E1-572P |
|--|---------|
|  | E1-572PG |
| Aspire F | F5-571T |
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
|  | R3-371T |
|  | R7-372T |
| Aspire R14 | R3-431T |
|  | R3-471T |
|  | R3-471TG |
|  | R5-471T |
| Aspire R15 | R5-571T |
|  | R5-571TG |
| Aspire R7 | R7-571 |
|  | R7-571G |
|  | R7-572 |
|  | R7-572G |
| Aspire S13 | S5-371T |
| Aspire S3 | S3-392 |
|  | S3-392G |
| Aspire S7 | S7-391 |
|  | S7-392 |
|  | S7-393 |
|  | S7-393 |
| Aspire Switch 10 | SW5-011 |
|  | SW5-012 |
|  | SW5-012P |
|  | SW5-014 |
|  | SW5-015 |
| Aspire Switch 10E | SW3-013 |
|  | SW3-016 |
|  | SW3-112 |
| Aspire Switch 11 | SW5-111 |
|  | SW5-111P |
|  | SW5-171 |
|  | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire Switch 12s | SW7-272 |
| Aspire U5 | AU5-620 |
|  | U5-710 |
| Aspire V | V3-111P |
|  | V3-112P |
|  | V3-472P |
|  | V3-472PG |
|  | V3-572P |
|  | V3-572PG |
|  | V3-574T |
|  | V3-574TG |
|  | V3-575T |
|  | V3-575TG |
| Aspire V 15 | V3-575T |

-13-

| | |
|---|---|
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |
| | EC5-471PG |
| | V3-473P |
| | V5-122P |
| | V5-132P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| | V5-472P |
| | V5-472PG |
| | V5-473PG |
| | V5-552P |
| | V5-552PG |
| | V5-561P |
| | V5-561PG |
| | V5-572P |
| | V5-572PG |
| | V5-573P |
| | V5-573PG |
| Aspire V7 | V7-481P |
| | V7-481PG |
| | V7-482P |
| | V7-482PG |
| | V7-581P |
| | V7-581PG |
| | V7-582P |
| | V7-582PG |
| Aspire Z1 | Z1-611 |
| | Z1-621 |
| | Z1-622 |
| | Z1-623 |
| Aspire Z3 | AZ3-710 |
| | AZ3-715 |
| | Z3-105 |
| | Z3-115 |
| | Z3-601 |
| | Z3-610 |
| | Z3-613 |
| | Z3-615 |
| | Z3-700 |
| | Z3-705 |
| | Z3-711 |
| Aspire Z3 Portable | AZ3-7000 |
| Aspire ZC | ZC-106 |
| | ZC-107 |
| | ZC-606 |
| | ZC-610 |
| | ZC-700 |

ME1 24007781v.1

| | |
|---|---|
| DC Chromebase | |
| Switch Alpha 12 | SA-271 |
| | SA5-271P |
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| | SP113-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Switch V 10 | SW5-017 |
| Acer Chromebase 24 | CA24I |

The accused products for U.S. Patent No. 7,184,064 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. 7,529,806**

The accused products for U.S. Patent No. 7,529,806 are Acer products that include the functionality described in Appendix D of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 3.0 or higher and/or the YouTube application or Chrome Browser or by being pre-loaded with the Windows Operating System version 8.1 or higher), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |

|  |  |
|---|---|
|  | B1-780 |
| Acer Iconia One 8 | B1-810 |
|  | B1-820 |
|  | B1-830 |
|  | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
|  | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
|  | A1-850 |
|  | W1-810 |
|  | W1-811 |
| Acer Iconia Tab A100 |  |
| Acer Iconia Tab A200 |  |
| Acer Iconia Tab A500 |  |
| Acer Iconia Tab A501 |  |
| Acer Liquid E2 |  |
| Acer Liquid Jade Z |  |
| Acer Liquid M220 |  |
| Acer Liquid M330 |  |
| Acer Liquid Z410 |  |
| Acer One 10 |  |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
|  | E5-471PG |
|  | E5-473T |
|  | E5-474T |
|  | E5-474T |
|  | E5-474TG |
|  | E5-511P |
|  | E5-531P |
|  | E5-532T |
|  | E5-571P |
|  | E5-571PG |
|  | E5-573T |
|  | E5-573TG |
|  | E5-574T |
|  | E5-574TG |
| Aspire E1 | E1-410P |
|  | E1-410PG |
|  | E1-430P |
|  | E1-430PG |
|  | E1-432P |
|  | E1-470P |
|  | E1-470PG |
|  | E1-472P |
|  | E1-472PG |
|  | E1-510P |
|  | E1-532P |
|  | E1-532PG |
|  | E1-572P |
|  | E1-572PG |

| Aspire F | F5-571T |
|---|---|
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-431T |
| | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S13 | S5-371T |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-391 |
| | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-012P |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-016 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire Switch 12s | SW7-272 |
| Aspire U5 | AU5-620 |
| | U5-710 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-572PG |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V 15 | V3-575T |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |

-17-

| | EC5-471P |
|---|---|
| | EC5-471PG |
| | V3-473P |
| | V5-122P |
| | V5-132P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| Aspire V5 | V5-472P |
| | V5-472PG |
| | V5-473PG |
| | V5-552P |
| | V5-552PG |
| | V5-561P |
| | V5-561PG |
| | V5-572P |
| | V5-572PG |
| | V5-573P |
| | V5-573PG |
| | V7-481P |
| | V7-481PG |
| | V7-482P |
| Aspire V7 | V7-482PG |
| | V7-581P |
| | V7-581PG |
| | V7-582P |
| | V7-582PG |
| | Z1-611 |
| Aspire Z1 | Z1-621 |
| | Z1-622 |
| | Z1-623 |
| | AZ3-710 |
| | AZ3-715 |
| | Z3-105 |
| | Z3-115 |
| | Z3-601 |
| Aspire Z3 | Z3-610 |
| | Z3-613 |
| | Z3-615 |
| | Z3-700 |
| | Z3-705 |
| | Z3-711 |
| Aspire Z3 Portable | AZ3-7000 |
| | ZC-106 |
| | ZC-107 |
| Aspire ZC | ZC-606 |
| | ZC-610 |
| | ZC-700 |
| Switch Alpha 12 | SA-271 |
| | SA5-271P |

ME1 24007781v.1

| | |
|---|---|
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| | SP113-31 |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Switch V 10 | SW5-017 |

The accused products for U.S. Patent No. 7,529,806 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. 5,910,797**

The accused products for U.S. Patent No. 5,910,797 are Acer products that include the functionality described in Appendix E of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 3.2 or higher, or the Chrome Operating System), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-810 |
| | B1-820 |
| | B1-830 |

|  | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
|  | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
|  | A1-850 |
| Acer Iconia Tab A100 |  |
| Acer Iconia Tab A200 |  |
| Acer Iconia Tab A500 |  |
| Acer Iconia Tab A501 |  |
| Acer Liquid E2 |  |
| Acer Liquid Jade Z |  |
| Acer Liquid M220 |  |
| Acer Liquid Z410 |  |
| Acer Predator 8 | GT-810 |
| Acer Chromebook R13 | CB5-312T |
| Acer Iconia One 10 | B3-A10 |
|  | B3-A20 |
|  | B3-A30 |

The accused products for U.S. Patent No. 5,910,797 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. 6,522,695**

The accused products for U.S. Patent No. 6,522,695 are Acer products that include the functionality described in Appendix F of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 3.1 or higher, or the Windows Operating System version 10 or higher, or the Chrome Operating System, or otherwise supporting playback of a FLAC audio signal), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
| --- | --- |
| Acer Chromebook | CB5-311P |
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 |  |
| Acer Iconia | A1-830 |

-20-

| | |
|---|---|
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-810 |
| | B1-820 |
| | B1-830 |
| | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
| | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
| | A1-850 |
| | W1-810 |
| | W1-811 |
| Acer Iconia Tab A100 | |
| Acer Iconia Tab A200 | |
| Acer Iconia Tab A500 | |
| Acer Iconia Tab A501 | |
| Acer Liquid E2 | |
| Acer Liquid Jade Z | |
| Acer Liquid M220 | |
| Acer Liquid M330 | |
| Acer Liquid Z410 | |
| Acer One 10 | |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
| | E5-471PG |
| | E5-473T |
| | E5-474T |
| | E5-474T |
| | E5-474TG |
| | E5-511P |
| | E5-531P |
| | E5-532T |
| | E5-571P |
| | E5-571PG |
| | E5-573T |
| | E5-573TG |
| | E5-574T |
| | E5-574TG |
| Aspire F | F5-571T |
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-431T |

| | |
|---|---|
| | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire S13 | S5-371T |
| | S7-392 |
| Aspire S7 | S7-393 |
| | S7-393 |
| | SW5-011 |
| | SW5-012 |
| Aspire Switch 10 | SW5-012P |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-016 |
| | SW5-111 |
| Aspire Switch 11 | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12s | SW7-272 |
| Aspire U5 | AU5-620 |
| | U5-710 |
| | V3-574T |
| Aspire V | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V 15 | V3-575T |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| | Z1-611 |
| Aspire Z1 | Z1-621 |
| | Z1-622 |
| | Z1-623 |
| | AZ3-710 |
| | AZ3-715 |
| | Z3-115 |
| | Z3-601 |
| | Z3-610 |
| Aspire Z3 | Z3-613 |
| | Z3-615 |
| | Z3-700 |
| | Z3-705 |
| | Z3-711 |
| Aspire Z3 Portable | AZ3-7000 |
| | ZC-106 |
| | ZC-107 |
| Aspire ZC | ZC-606 |
| | ZC-610 |
| | ZC-700 |
| DC Chromebase | |

| | |
|---|---|
| Switch Alpha 12 | SA-271 |
| | SA5-271P |
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| | SP113-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Switch V 10 | SW5-017 |
| Acer Chromebase 24 | CA24I |

The accused products for U.S. Patent No. 6,522,695 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. RE 44,006**

The accused products for U.S. Patent No. RE 44,006 are Acer products that include the functionality described in Appendix G of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 5.0 or higher), including, without limitation, the following:

| **Accused Product** | **Non-Limiting Model Numbers** |
|---|---|
| Acer Iconia One 7 | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-820 |
| | B1-830 |
| | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Predator 8 | GT-810 |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |

-23-

The accused products for U.S. Patent No. RE 44,006 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

### Second Amended Identification of Accused Products for U.S. Patent No. 8,543,819

The accused products for U.S. Patent No. 8,543,819 are Acer products that include the functionality described in Appendix H of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by supporting the High-bandwidth Digital Content Protection ("HDCP") revision 2.x), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
| --- | --- |
| Acer Chromebook | CB5-311P |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer One 10 | |
| Aspire E | E5-471P |
| | E5-471PG |
| | E5-473T |
| | E5-474T |
| | E5-474T |
| | E5-474TG |
| | E5-511P |
| | E5-532T |
| | E5-571PG |
| | E5-573TG |
| | E5-574T |
| | E5-574TG |
| Aspire E1 | E1-410P |
| | E1-410PG |
| | E1-430P |
| | E1-430PG |
| | E1-432P |
| | E1-470P |
| | E1-470PG |
| | E1-472P |
| | E1-472PG |
| | E1-510P |
| | E1-532P |
| | E1-532PG |
| | E1-572P |
| | E1-572PG |

| Aspire R11 | R3-131T |
|---|---|
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |
| | EC5-471PG |
| | V3-473P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| | V5-472P |
| | V5-472PG |
| | V5-473PG |

|  | V5-552P |
|---|---|
|  | V5-552PG |
|  | V5-561P |
|  | V5-561PG |
|  | V5-572P |
|  | V5-572PG |
|  | V5-573P |
|  | V5-573PG |
| Aspire V7 | V7-481P |
|  | V7-481PG |
|  | V7-482P |
|  | V7-482PG |
|  | V7-581P |
|  | V7-581PG |
|  | V7-582P |
|  | V7-582PG |
| DC Chromebase |  |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
|  | TMP255-MP |

The accused products for U.S. Patent No. 8,543,819 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. 9,436,809**

The accused products for U.S. Patent No. 9,436,809 are Acer products that include the functionality described in Appendix I of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by supporting the High-bandwidth Digital Content Protection ("HDCP") revision 2.x), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer Chromebook | CB5-311P |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer One 10 |  |

| | |
|---|---|
| Aspire E | E5-471P |
| | E5-471PG |
| | E5-473T |
| | E5-474T |
| | E5-474T |
| | E5-474TG |
| | E5-511P |
| | E5-532T |
| | E5-571PG |
| | E5-573TG |
| | E5-574T |
| | E5-574TG |
| Aspire E1 | E1-410P |
| | E1-410PG |
| | E1-430P |
| | E1-430PG |
| | E1-432P |
| | E1-470P |
| | E1-470PG |
| | E1-472P |
| | E1-472PG |
| | E1-510P |
| | E1-532P |
| | E1-532PG |
| | E1-572P |
| | E1-572PG |
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |

-27-

| | SW5-171 |
| --- | --- |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |
| | EC5-471PG |
| | V3-473P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| | V5-472P |
| | V5-472PG |
| | V5-473PG |
| | V5-552P |
| | V5-552PG |
| | V5-561P |
| | V5-561PG |
| | V5-572P |
| | V5-572PG |
| | V5-573P |
| | V5-573PG |
| Aspire V7 | V7-481P |
| | V7-481PG |
| | V7-482P |
| | V7-482PG |
| | V7-581P |
| | V7-581PG |
| | V7-582P |
| | V7-582PG |
| DC Chromebase | |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
| Acer Chromebook R13 | CB5-312T |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
| | TMP255-MP |

-28-

The accused products for U.S. Patent No. 9,436,809 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

### Second Amended Identification of Accused Products for U.S. Patent No. 6,772,114

The accused products for U.S. Patent No. 6,772,114 are Acer products that include the functionality described in Appendix J of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 2.1 or higher, or the Chrome Operating System, or otherwise supporting playback of an AMR-WB audio file encoded in a 23.85 kbit/s mode), including, without limitation, the following:

| Accused Product | Non-Limiting Model Numbers |
|---|---|
| Acer Chromebook | CB5-311P |
| Acer Chromebook 11 C738T | C738T |
| Acer Chromebook C720 | C720P |
| Acer Chromebook R11 | CB5-132T |
| Acer CloudMobile S500 | |
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-810 |
| | B1-820 |
| | B1-830 |
| | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |
| Acer Iconia Tab 7 | A1-713 |
| | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
| | A1-850 |
| Acer Iconia Tab A100 | |
| Acer Iconia Tab A200 | |
| Acer Iconia Tab A500 | |
| Acer Iconia Tab A501 | |

| | |
|---|---|
| Acer Liquid E2 | |
| Acer Liquid Jade Z | |
| Acer Liquid M220 | |
| Acer Liquid Z410 | |
| Acer Predator 8 | GT-810 |
| DC Chromebase | |
| Acer Chromebook R13 | CB5-312T |
| Acer Iconia One 10 | B3-A10 |
| | B3-A20 |
| | B3-A30 |
| Acer Chromebase 24 | CA24I |

The accused products for U.S. Patent No. 6,772,114 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

**Second Amended Identification of Accused Products for U.S. Patent No. RE 43,564**

The accused products for U.S. Patent No. RE 43,564 are Acer products that include the functionality described in Appendix K of Plaintiffs' First Amended Infringement Contentions against the Acer Defendants, served on Defendants on December 9, 2016, or functionality similar thereto (*e.g.*, by being pre-loaded with the Android Operating System version 4.2 or higher or the Windows Operating System version 7 or higher), including, without limitation, the following:

| **Accused Product** | **Non-Limiting Model Numbers** |
|---|---|
| Acer Iconia | A1-830 |
| | B1-720 |
| | B1-721 |
| Acer Iconia One 7 | B1-730 |
| | B1-730HD |
| | B1-750 |
| | B1-760 |
| | B1-760HD |
| | B1-770 |
| | B1-780 |
| Acer Iconia One 8 | B1-810 |
| | B1-820 |
| | B1-830 |
| | B1-850 |
| Acer Iconia Tab 10 | A3-A30 |

-30-

| | |
|---|---|
| Acer Iconia Tab 7 | A1-713 |
| | A1-713HD |
| Acer Iconia Tab 8 | A1-840FHD |
| | A1-850 |
| | W1-810 |
| | W1-811 |
| Acer Liquid E2 | |
| Acer Liquid Jade Z | |
| Acer Liquid M220 | |
| Acer Liquid M330 | |
| Acer Liquid Z410 | |
| Acer One 10 | |
| Acer Predator 8 | GT-810 |
| Aspire E | E5-471P |
| | E5-471PG |
| | E5-473T |
| | E5-474T |
| | E5-474T |
| | E5-474TG |
| | E5-511P |
| | E5-531P |
| | E5-532T |
| | E5-571P |
| | E5-571PG |
| | E5-573T |
| | E5-573TG |
| | E5-574T |
| | E5-574TG |
| Aspire E1 | E1-410P |
| | E1-410PG |
| | E1-430P |
| | E1-430PG |
| | E1-432P |
| | E1-470P |
| | E1-470PG |
| | E1-472P |
| | E1-472PG |
| | E1-510P |
| | E1-532P |
| | E1-532PG |
| | E1-572P |
| | E1-572PG |
| Aspire F | F5-571T |
| Aspire R11 | R3-131T |
| Aspire R13 | R7-371T |
| | R3-371T |
| | R7-372T |
| Aspire R14 | R3-431T |
| | R3-471T |
| | R3-471TG |
| | R5-471T |
| Aspire R15 | R5-571T |

| | |
|---|---|
| | R5-571TG |
| Aspire R7 | R7-571 |
| | R7-571G |
| | R7-572 |
| | R7-572G |
| Aspire S13 | S5-371T |
| Aspire S3 | S3-392 |
| | S3-392G |
| Aspire S7 | S7-391 |
| | S7-392 |
| | S7-393 |
| | S7-393 |
| Aspire Switch 10 | SW5-011 |
| | SW5-012 |
| | SW5-012P |
| | SW5-014 |
| | SW5-015 |
| Aspire Switch 10E | SW3-013 |
| | SW3-016 |
| | SW3-112 |
| Aspire Switch 11 | SW5-111 |
| | SW5-111P |
| | SW5-171 |
| | SW5-171P |
| Aspire Switch 11v | SW5-173 |
| Aspire Switch 12 | SW5-271 |
| Aspire Switch 12s | SW7-272 |
| Aspire V | V3-111P |
| | V3-112P |
| | V3-472P |
| | V3-472PG |
| | V3-572P |
| | V3-572PG |
| | V3-574T |
| | V3-574TG |
| | V3-575T |
| | V3-575TG |
| Aspire V 15 | V3-575T |
| Aspire V Nitro | VN7-572TG |
| Aspire V13 | V3-372T |
| Aspire V5 | EC5-471P |
| | EC5-471PG |
| | V3-473P |
| | V5-122P |
| | V5-132P |
| | V5-431P |
| | V5-432PG |
| | V5-452PG |
| | V5-471P |
| | V5-471PG |
| | V5-472P |
| | V5-472PG |

-32-

|  | V5-473PG |
|  | V5-552P |
|  | V5-552PG |
|  | V5-561P |
|  | V5-561PG |
|  | V5-572P |
|  | V5-572PG |
|  | V5-573P |
|  | V5-573PG |
| Aspire V7 | V7-481P |
|  | V7-481PG |
|  | V7-482P |
|  | V7-482PG |
|  | V7-581P |
|  | V7-581PG |
|  | V7-582P |
|  | V7-582PG |
| Switch Alpha 12 | SA-271 |
|  | SA5-271P |
| Acer Spin 7 | SP714-51 |
| Acer Spin 5 | SP513-51 |
| Acer Spin 3 | SP315-51 |
| Acer Spin 1 | SP111-31 |
|  | SP113-31 |
| Acer TravelMate P4 | TMP449-M |
| Acer TravelMate P2 | TMP245-MP |
|  | TMP255-MP |
| Acer Iconia One 10 | B3-A10 |
|  | B3-A20 |
|  | B3-A30 |
| Acer Switch V 10 | SW5-017 |

The accused products for U.S. Patent No. RE 43,564 also include software updates that include the above-referenced functionality, which are developed and/or provided by Acer for Acer products.

-33-

Dated: January 9, 2017

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
dapgar@fchs.com

McCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*

-34-

# __APGAR EXHIBIT 8__

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

**RODGER D. SMITH II**
(302) 351-9205
(302) 498-6209 FAX
rsmith@mnat.com

March 28, 2017

The Honorable Gregory M. Sleet                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:    *Koninklijke Philips N.V. v. ASUStek Computer Inc., et al.*, C.A.
>          Nos. 15-1125-GMS, 15-1126-GMS, 15-1127-GMS, 15-1128-
>          GMS, 15-1130-GMS, 15-1131-GMS and 15-1170-GMS

Dear Judge Sleet:

        In anticipation of the conference scheduled for Thursday, March 30 at 2:00 pm
EDT, in the above-referenced related matters, the parties jointly submit this letter agenda,
pursuant to paragraph 5(a) of the Scheduling Order (e.g., D.I. 45 in C.A. No. 15-1125) to apprise
the Court of the following disputed issues:

- Whether Plaintiffs should be required to make available for deposition the four
  testifying experts who submitted declarations regarding claim construction, and
  whether Plaintiffs' failure to do so requires any adjustment to the claim
  construction schedule to allow for depositions and orderly presentation of the
  results to the Court;

- Whether Defendants should be required to provide substantive responses to
  Philips' Interrogatory Nos. 1, 2, and 5 (which relate to information concerning the
  accused products such as specifications and sales data), and 4 and 6 (which relate
  to non-infringement issues) by a date certain;

- With respect to Philips' First Set of Requests for the Production of Documents
  and Things, whether certain Defendants should be required to begin making
  rolling productions by a date certain, and whether all Defendants shall be
  (i) required to produce source code for all accused products; or (ii) precluded
  from relying at trial on any argument that a product advertised as complying with

The Honorable Gregory M. Sleet
March 28, 2017
Page 2

                or including a particular operating system is materially different from the corresponding publicly available version of that operating system.

- Whether Defendants should be required to provide discovery on products that are not separately identified by model number in Philips' second amended identification of accused products, but which run an operating system that Philips has accused of infringement in its infringement contentions.

                Counsel are available at the Court's convenience should Your Honor have any questions in advance of the March 30, 2017 conference.

                              Sincerely,

                              */s/ Rodger D. Smith II*

                              Rodger D. Smith II

RDS/rah

cc:     Clerk of Court (via hand delivery)
          All Counsel of Record (via electronic mail)