# APGAR EXHIBIT 29

| | |
|---|---|
| **From:** | ckaufman@tklg-llp.com |
| **Sent:** | Monday, March 19, 2018 10:37 PM |
| **To:** | Gerson, Christopher |
| **Cc:** | Apgar, Daniel; Lieber, Natalie |
| **Subject:** | Re: Philips v. Acer (Acer Discovery and Sales Data) |

Hi Chris,

That makes sense and should work.
Craig

**From:** Gerson, Christopher
**Sent:** Monday, March 19, 2018 6:52:35 PM
**To:** Craig Kaufman
**Cc:** Apgar, Daniel; Lieber, Natalie
**Subject:** RE: Philips v. Acer (Acer Discovery and Sales Data)
Hi Craig,

Following up on my below email -- I understand from Dan that you will be in our offices this week. Could we please find a time to discuss while you are here? Perhaps during one of the deposition lunch breaks? Please let us know when works.

Thanks,
Chris

**From:** Gerson, Christopher
**Sent:** Thursday, March 08, 2018 4:17 PM
**To:** ckaufman@tklg-llp.com
**Cc:** Apgar, Daniel; Lieber, Natalie
**Subject:** Philips v. Acer (Acer Discovery and Sales Data)
Craig,
I write to follow up on our conversation regarding production of sales data and other information for Acer's accused products.

**Accused Acer Windows Desktops.** Acer's Windows 10 desktops are accused of infringing the '806 and '695 patents. Acer desktops that support HDCP 2.x are accused of infringing the '819 and '809 patents. As we discussed on the phone in late February, we believe that we can substantially limit the discovery we require for the Acer desktop products accused of infringing these patents. Below is a summary of the discovery we seek, which I believe is consistent with the approach we agreed to during our phone call. Please let us know if you agree.
For the '806 and '695 patents, Acer will provide a list of Acer's Windows 10 desktop models and for each model, (1) the version of Windows 10 preinstalled and (2) monthly United States sales data. If Acer agrees that it will not allege that Philips failed to meet its burden of proof on infringement for failure to identify specific hardware included in Acer's Windows 10 desktops (in other words, if Acer agrees not to use this limited discovery as a sword), then Philips will agree to this discovery in place of a production of technical documents related to Acer's Windows 10 desktops accused of infringing the '806 and '695 patents.
For the '819 and '809 patents, Acer will provide a list of Acer Windows desktops sold since September 24, 2013 (the issue date of the '819 patent), and for each model, (1) the version of Windows preinstalled, (2) the

CPU, and (3) monthly United States sales data. We also ask that you (1) supplement your response to Interrogatory No. 18 to address any Acer desktops that are subject to HDCP 2.x testing and whether those desktops passed those tests; and (2) produce any documents Acer has that bear on whether Acer Windows desktops support HDCP 2.x. Again, if Acer agrees that it will not use this limited discovery as a sword, then Philips will agree to this discovery in place of a production of technical documents related to Acer's Windows desktops accused of infringing the '819 and '809 patents.

**Sales Data.** As we discussed during our phone call, Philips needs updated sales information for each product that is accused of infringing at least one patent-in-suit. This sales information should cover sales of all accused Acer smartphones, tablets, 2-in-1s, laptops, all-in-ones, and desktops in the United States dating back to 2009, including at least those products listed in Philips latest accused products list, your May 25, 2017 email, Appendix AD to Philips' latest infringement contentions, and/or the desktops referenced above. As noted during our phone call, because a given Acer model number can be sold with multiple operating system versions, multiple processors, and with or without a touchscreen, the sales information for each model number should reflect the operating system version, the processor, and the touchscreen information associated with each sale. To the extent you have any questions, it may be easier to discuss over the phone. Please let us know if you are available to discuss on Monday. While on the phone, we'd also like to discuss scheduling the remaining Acer 30(b)(6) depositions.

Best,

Chris

**Christopher Gerson**

**FITZPATRICK, CELLA, HARPER & SCINTO**

1290 Avenue of the Americas

New York, NY 10104-3800

T 212-218-2215

F 212-218-2200

CGerson@FCHS.com

http://www.fitzpatrickcella.com

Bio

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

# APGAR EXHIBIT 30



DANIEL APGAR
DApgar@fchs.com
212-218-2209

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

May 23, 2018

<u>**VIA E-MAIL**</u>

Re:     <u>*Koninklijke Philips N.V. et al. v. Acer Inc. et al.*</u>, Case No. 18-cv-01885-HSG

Dear Craig:

I write to follow up on the conversations between Philips and Acer regarding production of sales data and other information for Acer's desktop computers.  During our most recent meet-and-confer on March 22nd, Philips and Acer continued discussing a plan that would substantially limit the discovery Philips requires from Acer for the desktop computers accused of infringement in this action.

For the '806 and '695 patents, Acer agreed to produce a list of all Acer desktop computer model numbers that were installed with the Windows 10 Operating System and sold in the United States dating back to 2009.  Further, for each such model number, Acer agreed to provide both complete sales data reflecting sales of devices installed with the Windows 10 Operating System, as well as aggregate monthly sales information that may be shared with the Philips Aggregate Sales Information Internal Representatives, per the terms of the Protective Order.

For the '819 and '809 patents, Acer agreed to produce a list of all Acer desktop computer model numbers sold in the United States since September 24, 2013 (the issue date of the '819 patent).  For each such model number, Acer agreed to produce information specifying (1) the version of the Windows Operating System preinstalled on the devices sold in the United States, (2) the CPUs included in the devices sold in the United States, and (3) a complete set of sales data.  Further, Acer agreed to produce a set of aggregate monthly sales information, on a model number by model number basis, which may be shared with the Philips Aggregate Sales Information Internal Representatives, per the terms of the Protective Order.

During our meet-and-confer, Acer agreed to provide this information by early-to-mid April.  Accordingly, Philips requests that Acer promptly produce this information to Philips by no later than May 31.  Otherwise, let us know your availability for a meet-and-confer on this issue.

May 23, 2018
Page 2

Best regards,

*/S/ Daniel Apgar*

Daniel Apgar

cc:     All Counsel of Record (via e-mail)

# APGAR EXHIBIT 31



DANIEL APGAR
DApgar@fchs.com
212-218-2209

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

May 23, 2018

**<u>VIA E-MAIL</u>**

Re:    *<u>Koninklijke Philips N.V. et al. v. Acer Inc. et al.</u>*, Case No. 18-cv-01885-HSG

Dear Craig:

I write to follow up on the conversations between Philips and Acer regarding production of sales data and other information for Acer's desktop computers.  During our most recent meet-and-confer on March 22nd, Philips and Acer continued discussing a plan that would substantially limit the discovery Philips requires from Acer for the desktop computers accused of infringement in this action.

For the '806 and '695 patents, Acer agreed to produce a list of all Acer desktop computer model numbers that were installed with the Windows 10 Operating System and sold in the United States dating back to 2009.  Further, for each such model number, Acer agreed to provide both complete sales data reflecting sales of devices installed with the Windows 10 Operating System, as well as aggregate monthly sales information that may be shared with the Philips Aggregate Sales Information Internal Representatives, per the terms of the Protective Order.

For the '819 and '809 patents, Acer agreed to produce a list of all Acer desktop computer model numbers sold in the United States since September 24, 2013 (the issue date of the '819 patent).  For each such model number, Acer agreed to produce information specifying (1) the version of the Windows Operating System preinstalled on the devices sold in the United States, (2) the CPUs included in the devices sold in the United States, and (3) a complete set of sales data.  Further, Acer agreed to produce a set of aggregate monthly sales information, on a model number by model number basis, which may be shared with the Philips Aggregate Sales Information Internal Representatives, per the terms of the Protective Order.

During our meet-and-confer, Acer agreed to provide this information by early-to-mid April.  Accordingly, Philips requests that Acer promptly produce this information to Philips by no later than May 31.  Otherwise, let us know your availability for a meet-and-confer on this issue.

May 23, 2018
Page 2

Best regards,

*/S/ Daniel Apgar*

Daniel Apgar

cc:     All Counsel of Record (via e-mail)

# APGAR EXHIBIT 32



TechKnowledge Law Group LLP

Craig R. Kaufman
Direct: (650) 517 -5225
Email: ckaufman@tklg-llp.com

June 1, 2018

*VIA ELECTRONIC MAIL*

Dan Apgar
Fitzpatrick, Gella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104-3800

RE:   **Koninklijke Philips N.V. et al. v. Acer Inc. et al., Case No. 18-cv-01885-HSG**

Dear Dan,

This responds to your letter dated May 23, 2018 regarding certain Acer desktop computers and related sales data.

We have today produced spreadsheets that include the agreed technical information for the Acer non-all-in-one desktop computers.

With respect to sales data, the parties are discussing scheduling in the California case, and Philips' proposals include the submission of new infringement contentions.  While the parties may disagree regarding whether Philips can add new products to this action, once the parties have reached agreement on the scope of the products that are properly at issue in this case, Acer will provide a comprehensive supplemental production of the sales data.

Best regards,

Craig Kaufman

# APGAR EXHIBIT 33



**DANIEL APGAR**
DApgar@fchs.com
212-218-2209

www.fitzpatrickcella.com

**NEW YORK**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

July 9, 2018

<u>**VIA E-MAIL**</u>

Re:     <u>*Koninklijke Philips N.V. et al. v. Acer Inc. et al.*</u>, Case No. 18-cv-01885-HSG

Dear Craig:

I write in reply to your letter of June 1, 2018, and your email of June 15, 2018, as well as their accompanying document productions.

Regarding your letter of June 1, 2018, Philips requests that Acer provide further context regarding the information that appears in each desktop spreadsheet produced at AI-01096782-85.  For example, what criteria were used to search for the non-all-in-one desktop model numbers listed in each spreadsheet?  From what sources was the information compiled?  Further, why are there four different spreadsheets of model numbers, what is the relationship between the spreadsheets, and how do they differ?

Note, regarding your assertion in your letter of June 1, 2018, that "the parties may disagree regarding whether Philips can add new products to this action," Philips will address that issue separately in the near future.

Regarding your production of sales data on June 15, 2018, Philips requests that Acer provide further context regarding what each spreadsheet produced at AI-01098554-62 entails.  How did Acer determine which model numbers to provide sales information for?  For example, Philips notes that all of the desktop model numbers that appear in the aforementioned desktop spreadsheets do not all appear in the recently produced sales spreadsheets.  Further, does Acer's recent production of sales data serve as a replacement or as a supplement to the sales spreadsheets previously produced by Acer?  Further, why are there nine different spreadsheets of recently produced sales information, what is the relationship between the spreadsheets, and how do they differ?

Also, please let us know when we will be receiving the Aggregate Sales Data correlating to the sales spreadsheets produced at AI-01098554-62 that we can share with the Philips Aggregate Sales Information Internal Representatives, per the terms of the Protective Order.

July 9, 2018
Page 2

Philips requests a response containing the contextual information requested above by Friday, July 13.  Further, if you feel it would be helpful to get on the phone to discuss any of the above, please let us know your availability for a call this week.


Best regards,

*/S/ Daniel Apgar*

Daniel Apgar

cc:      All Counsel of Record (via e-mail)

# APGAR EXHIBIT 34



**TechKnowledge Law Group LLP**

Craig R. Kaufman
Direct: (650) 517-5225
Email: ckaufman@tklg-llp.com

July 27, 2018

*VIA ELECTRONIC MAIL*

Daniel Apgar
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104

RE:     *Philips v. Acer, Inc. et al.*, Case No. 18-cv-01885-HSG

Dear Dan:

I write in response to your letter dated July 9, 2018.

**Desktop data.**

Philips asked for certain data with respect to newly accused desktops, and in an effort to avoid undue burden on our client, we reached a compromise where we provided you the requested information in tabular form, to the extent that Acer possessed it.  Without going into the details of our privileged communications with our client, we requested the information from Acer, received it in spreadsheet format, and produced it to you as we received it.

**Sales data.**

The recently produced sales data does not include the desktop sales data, as the collection of the sales data was underway before we agreed to provide limited discovery of the desktops.  The new spreadsheets are supplements to the sales information previously produced by Acer, and thus do not include the previous data.  To the extent you have questions regarding the content of the spreadsheets, and how they differ, that topic can be addressed in the deposition of Acer's witness who will be testifying about the spreadsheets.  Finally, Aggregate Sales Data corresponding to the newly produced spreadsheets will be provided in due course.

Best regards,

Craig Kaufman

# APGAR EXHIBIT 35

Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com
Julian G. Pymento (*admitted pro hac vice*)
jpymento@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br><br>**PLAINTIFFS' FOURTH AMENDED<br>IDENTIFICATION OF THE ACER<br>DEFENDANTS' ACCUSED<br>PRODUCTS**<br><br>JURY TRIAL DEMANDED |

MICROSOFT CORPORATION,

                    Intervenor-Plaintiff,

       v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                    Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                    Intervenor-
                    Defendants/Counterclaim
                    Plaintiffs in Intervention

       v.

MICROSOFT CORPORATION

                    Intervenor-
                    Plaintiff/Counterclaim
                    Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                    Counterclaim Defendant in
                    Intervention

       Pursuant to the Federal Rules of Civil Procedure, the Local Rules, the Patent Local Rules, and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") (agreed to by the parties in the transferring court), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby amend their identification of the accused products of Defendants Acer Inc. and Acer America Corporation (collectively, "Defendants" or "Acer").

       This fourth amended identification of accused products is based upon information reasonably and presently available to Philips, and based on sale information and discovery responses provided by Acer.  Discovery is still ongoing, and Acer's document production and other discovery responses

remain deficient, as documented in various correspondences between the parties.  Therefore, Philips expressly reserves the right to modify, amend, retract, and/or supplement the disclosures made herein as additional evidence and information becomes available to Philips or as otherwise appropriate.

Plaintiffs' identification of an accused product for a patent embraces all variations of the accused product that also include the particular patent's accused functionality including, but not limited to, variations relating to the product's color, memory capacity (*e.g.*, amount of RAM), storage capacity (*e.g.*, hard drive capacity), wireless carrier, processor type, screen size and resolution, or accessories.

**Fourth Amended Identification of Accused Products for U.S. Patent No. RE 44,913**

The accused products for U.S. Patent No. RE 44,913 are all Acer **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 8, 8.1, or 10**, **Windows Phone 8.1, Windows 10 Mobile,** or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External

Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '913 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 6,690,387**

The accused products for U.S. Patent No. 6,690,387 are all Acer **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, **Windows Phone 8.1, Windows 10 Mobile,** or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '387 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 7,184,064**

The accused products for U.S. Patent No. 7,184,064 are all Acer **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, **Windows Phone 8.1, Windows 10 Mobile,** or the

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

**Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '064 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 7,529,806**

The accused products for U.S. Patent No. 7,529,806 are all Acer devices preloaded with or upgraded to **Android operating system version 3.0 or higher, Windows operating system version 10**, **Windows 10 Mobile,** and/or being preloaded with the **YouTube application, "Google Play Movies & TV application, "Internet" application,** and/or the **Microsoft Edge Browser** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding

additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '806 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 5,910,797**

The accused products for U.S. Patent No. 5,910,797 are all Acer devices including an **accelerometer** and preloaded with or upgraded to **Android operating system version 3.1 or higher, Windows 8.1 Phone, Windows 10 Mobile** or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are

accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '797 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 6,522,695**

The accused products for U.S. Patent No. 6,522,695 are all Acer devices preloaded with or upgraded to **Android operating system version 3.1 or higher, Windows operating system version 10**, **Windows 10 Mobile,** being preloaded with **Microsoft Groove Music, the Chrome operating system**, or otherwise **supporting the playback of a FLAC audio signal** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '695 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. RE 44,006**

The accused products for U.S. Patent No. RE 44,006 are all Acer devices preloaded with or upgraded to **Android operating system version 5.0 or higher** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '006 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 8,543,819**

The accused products for U.S. Patent No. 8,543,819 are all Acer devices preloaded with or upgraded to **Windows operating system versions 7, 8, 8.1, or 10**, and/or by supporting **HDCP 2.x,** **WMDRM-ND** or **PlayReady-ND** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**

identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '819 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 9,436,809**

The accused products for U.S. Patent No. 9,436,809 are all Acer devices preloaded with or upgraded to **Windows operating system versions 7, 8, 8.1, or 10,** and/or by supporting **HDCP 2.x,** **WMDRM-ND** or **PlayReady-ND** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '809 patent.

**<u>Fourth Amended Identification of Accused Products for U.S. Patent No. 6,772,114</u>**

The accused products for U.S. Patent No. 6,772,114 are all Acer devices preloaded with or upgraded to **Android operating system version 2.1 or higher, the Chrome operating system**, or otherwise **supporting the playback of an AMR-WB audio file encoded in a 23.85 kbit/s mode** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '114 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. RE 43,564**

The accused products for U.S. Patent No. RE 43,564 are all Acer **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, **Windows 8.1 Phone, Windows 10 Mobile,** or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the Acer devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by external name, family/model name, part number, project name, and product description.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given Acer model, and has not been able to identify with specificity all model names/numbers associated with a given Acer product family or external name. This information has been requested in Philips' interrogatories since October 19, 2016, and Acer's responses remain deficient. To that end, the devices listed in column A, the "External Name" column, are accused of infringement irrespective of the corresponding family/model name and individual part numbers, and the devices in the column B, the "Family/Model Name" column, are accused of infringement irrespective of the corresponding individual part numbers, project name, and product description (columns C, D, and E, "Part No.," "Project Name," and "Product Description," respectively). In other words, to the extent additional part numbers, project names, and product descriptions exist for a given family/model, or additional family/model names exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given External Name, each of these additional family names, model names, product descriptions, project names, and/or part numbers is likewise accused of infringing the '564 patent.

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

Dated: August 23, 2018

By: ___/s/  Sean M. McCarthy_____

Sean M. McCarthy (*pro hac vice pending*)
smccarthy@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

*Attorneys for Plaintiffs*

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

**PROOF OF SERVICE**

I declare as follows:

I am a resident of the State of New Jersey and over the age of eighteen years, and not a party to the instant action; my business address is 1290 Avenue of the Americas, New York, NY, 10104-3800.

On August 23, 2018, I served the foregoing document described as PLAINTIFFS' FOURTH AMENDED IDENTIFICATION OF THE ACER DEFENDANTS' ACCUSED PRODUCTS on the interested parties in this action as follows by electronic transmission.  I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

> Matt Warren
> Patrick M. Shields
> Erika Warren
> Warren Lex LLP
> 2261 Market Street, No. 606
> San Francisco, California, 94114
> (415) 895-2940
> (415) 895-2964
> viceroy@matters.warrenlex.com
> matt@warrenlex.com
> patrick@warrenlex.com
> erika@warrenlex.com
>
> Bruce R. Genderson
> Kevin Hardy
> Aaron Maurer
> David Krinsky
> Christopher A. Suarez
> Christopher Geyer
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, D.C., 20005
> (202) 434-5000
> (202) 436-5029
> viceroy@wc.com
> bgenderson@wc.com
> khardy@wc.com
> amaurer@wc.com

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
CASE NUMBER 4:18-CV-01886-HSG

1   dkrinsky@wc.com
    kthomason@wc.com
2   csuarez@wc.com
    cgeyer@wc.com
3

4   Kai Tseng
    Hsiang ("James") H. Lin
5   Craig Kaufman
    TechKnowledge Law Group LLP
6   100 Marine Parkway, Suite 200 2828
    Redwood Shores, California, 94065
7   (650) 517-5200
8   Acer.Philips-TKLGALL@tklg-llp.com
    ktseng@tklg-llp.com
9   ckaufman@tklg-llp.com
    jlin@tklg-llp.com
10

11  *Attorneys for Acer, Inc. and Acer America Corporation*

12
        I declare under penalty of perjury under the laws of the State of New York that the above
13
    is true and correct.
14
        Executed on August 23, 2018 at New York, New York.
15
                                                    /s/ Joyce Lee Nadipuram
16                                          _____

17

18

19

20

21

22

23

24

25

26

27

28

**FOURTH AMENDED IDENTIFICATION OF THE ACER ACCUSED PRODUCTS**
FCHS_WS 14597264v1.doc       CASE NUMBER 4:18-CV-01886-HSG