# **APGAR EXHIBIT 39**