# APGAR EXHIBIT 3
# (FILED UNDER SEAL)