# APGAR EXHIBITS 5 and 6
# (FILED UNDER SEAL)