# APGAR EXHIBITS 9-19
# (FILED UNDER SEAL)