# **APGAR EXHIBITS 26-28**

# **(FILED UNDER SEAL)**