# **APGAR EXHIBIT 36**
# **(FILED UNDER SEAL)**