# PICKENS EXHIBIT 17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,** | |
| **Plaintiffs,** | Case No.: 15-1125-GMS |
| **v.** | JURY TRIAL DEMANDED |
| **ASUSTEK COMPUTER INC.,**<br>**ASUS COMPUTER INTERNATIONAL,** | |
| **Defendants.** | |
| **MICROSOFT CORPORATION,** | |
| **Intervenor-Plaintiff,** | |
| **v.** | |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,** | |
| **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,** | |
| **Intervenor-**<br>**Defendants/Counterclaim**<br>**Plaintiffs in Intervention** | |
| **v.** | **v.** |
| **MICROSOFT CORPORATION** | |
| **Intervenor-**<br>**Plaintiff/Counterclaim**<br>**Defendant in**<br>**Intervention** | |

**AND**

**MICROSOFT MOBILE INC.**

     **Counterclaim Defendant
in Intervention**

**PLAINTIFFS' THIRD AMENDED IDENTIFICATION OF
THE ASUS DEFENDANTS' ACCUSED PRODUCTS**

Pursuant to the Federal Rules of Civil Procedure, the Local Rules, the parties' Joint Proposed Order Amending Rule 16 Scheduling Order (*see, e.g.*, Case No.: 15-1125-GMS, D.I. 202) (as adopted-in-part by the Court's July 14, 2017 oral order), and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby amend their identification of the accused products of Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "Defendants" or "ASUS").

This third amended identification of accused products is based upon information reasonably and presently available to Philips. Discovery is still ongoing, and ASUS's document production and other discovery responses remain deficient, as documented in various correspondences between the parties. Therefore, and in accordance with the Federal Rules of Civil Procedure, the Local Rules, the parties' Joint Proposed Order Amending Rule 16 Scheduling Order (*see, e.g.*, Case No.: 15-1125-GMS, D.I. 202) (as adopted-in-part by the Court's July 14, 2017 oral order), and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Philips expressly reserves the right to modify, amend, retract, and/or supplement the disclosures made herein as additional evidence and information becomes available to Philips or as otherwise appropriate.

-2-

Plaintiffs' identification of an accused product for a patent embraces all variations of the accused product that also include the particular patent's accused functionality including, but not limited to, variations relating to the product's color, memory capacity (*e.g.*, amount of RAM), storage capacity (*e.g.*, hard drive capacity), wireless carrier, processor type, screen size and resolution, or accessories.

### Third Amended Identification of Accused Products for U.S. Patent No. RE 44,913

The accused products for U.S. Patent No. RE 44,913 are ASUS products that include the functionality described in Appendices A, L, and T of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 2.1 or higher, or Windows 8, 8.1, or 10, or the Chrome Operating System), including, without limitation, the following:

- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- ET1620IUTT
- ET2020IUTI
- ET2040IUK
- ET2220IUTI
- ET2221AUTR
- ET2221IUTH
- ET2230IUT
- ET2300INTI
- ET2300IUTI
- ET2311IUTH
- ASUS ZenPad 10 (Z301M)
- Transformer Book T100 Chi
- Transformer Book T100HA
- Transformer Book T100TA
- Transformer Book T100TAF
- Transformer Book T100TAM
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- U38N
- Vivo AiO V230IC
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoTab 8 (M81C)
- VivoTab Note 8 (model M80TA)
- VivoTab Smart

- ET2322IUKH
- ET2322IUTH
- ET2324IUT
- ET2325IUK
- ET2411INKI
- ET2701IUTI
- ET2702IGTH
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- N550JX
- PadFone X
- PadFone X mini
- PT2002
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q551
- Q552
- Q553
- ROG G752

- X550CA
- X751MA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX550VE
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX501VW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)

-4-

- T300chi
- TAICHI 21
- Transformer 3 Pro T303UA
- Transformer AiO P1801
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA

- ZenPad Z8 (ZT581KL)
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book Flip TP500LA
- VivoTab (VivoTab RT)

The accused products for U.S. Patent No. RE 44,913 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

**Third Amended Identification of Accused Products for U.S. Patent No. 6,690,387**

The accused products for U.S. Patent No. 6,690,387 are ASUS products that include the functionality described in Appendices B, M, and U of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 2.1 or higher, or Windows 7, 8, 8.1, or 10, or the Chrome Operating System), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- Eee PC T101MT
- EeeTop PC ET2002T
- EeeTop PC ET2010AGT
- ET1611 PUT
- ET1612IUTS
- ET1620IUTT

- Q551
- Q552
- Q553
- ROG G752
- T300chi
- TAICHI 21
- Transformer 3 Pro T303UA
- Transformer AiO P1801
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100 Chi
- Transformer Book T100HA
- Transformer Book T100TA

- ET2013IUTI
- ET2020IUTI
- ET2040IUK
- ET2220IUTI
- ET2221AUTR
- ET2221IUTH
- ET2230IUT
- ET2300INTI
- ET2300IUTI
- ET2311IUTH
- ET2322IUKH
- ET2322IUTH
- ET2324IUT
- ET2325IUK
- ET2410IUTS
- ET2411INKI
- ET2701IUTI
- ET2702IGTH
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- N550JX
- PadFone X
- PadFone X mini
- PT2002
- Q302
- Q303

- Transformer Book T100TAF
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- U38N
- Vivo AiO V230IC
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoTab (VivoTab RT)
- VivoTab 8 (M81C)
- VivoTab Note 8 (model M80TA)
- VivoTab Smart
- X550CA
- X751MA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX550VE
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX501VW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)

- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Transformer Book T100TAM
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)

- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M

The accused products for U.S. Patent No. 6,690,387 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

### Third Amended Identification of Accused Products for U.S. Patent No. 7,184,064

The accused products for U.S. Patent No. 7,184,064 are ASUS products that include the functionality described in Appendices C, N, and V of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 2.1 or higher, or the Windows 7, 8, 8.1, or 10, or the Chrome Operating System), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- Chromebook Flip C100PA

- Q551
- Q552
- Q553
- ROG G752
- T300chi
- TAICHI 21
- Transformer 3 Pro T303UA

- Chromebook Flip C101PA
- Chromebook Flip C302
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- Eee PC T101MT
- EeeTop PC ET2002T
- EeeTop PC ET2010AGT
- ET1611 PUT
- ET1612IUTS
- ET1620IUTT
- ET2013IUTI
- ET2020IUTI
- ET2040IUK
- ET2220IUTI
- ET2221AUTR
- ET2221IUTH
- ET2230IUT
- ET2300INTI
- ET2300IUTI
- ET2311IUTH
- ET2322IUKH
- ET2322IUTH
- ET2324IUT
- ET2325IUK
- ET2410IUTS
- ET2411INKI
- ET2701IUTI
- ET2702IGTH
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C

- Transformer AiO P1801
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100 Chi
- Transformer Book T100HA
- Transformer Book T100TA
- Transformer Book T100TAF
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- U38N
- Vivo AiO V230IC
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoTab (VivoTab RT)
- VivoTab 8 (M81C)
- VivoTab Note 8 (model M80TA)
- VivoTab Smart
- X550CA
- X751MA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX550VE
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX501VW
- Zenfone 2 Deluxe ZE551ML; Zenfone

ME1 25944394v.1

- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- N550JX
- PadFone X
- PadFone X mini
- PT2002
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Transformer Book T100TAM
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)

- 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M

The accused products for U.S. Patent No. 7,184,064 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

### Third Amended Identification of Accused Products for U.S. Patent No. 7,529,806

The accused products for U.S. Patent No. 7,529,806 are ASUS products that include the functionality described in Appendices D and O of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating version 3.0 or higher and/or the YouTube application, Google Play Movies &

TV application, "Internet" application, and/or Chrome Browser and/or Windows 10 and/or Microsoft Edge Browser), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- ASUSPRO P2430UA
- ASUSPRO P2440UA
- ASUSPRO P2440UQ
- ASUSPRO P2530UA
- ASUSPRO P4540UQ
- E402SA
- E403SA
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- ET2040INK
- ET2040IUK
- F555LA
- F555UA
- G11CD
- G11CD Oculus Ready
- G11DF
- G752VS OC Edition
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- K501UX
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C

- VivoBook E403NA
- VivoBook E403SA
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoBook S15 S510UA
- VivoBook S15 S510UQ
- VivoBook W202
- VivoMini UN65H
- VivoMini UN65N
- VivoMini UN65U
- VivoMini VC65R
- VivoMini VC66
- VivoMini VC68V
- VivoPC K31CD
- VivoPC M32CD
- VivoPC X
- VivoStick PC (TS10)
- X751NA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook 3 Deluxe UX490UA
- ZenBook 3 UX390UA
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX501VW
- ZenBook Pro UX550VE
- ZenBook UX303UA
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX330UA
- ZenBook UX430UQ
- ZenBook UX501VW
- ZenBook UX510UW

- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- PadFone X
- PadFone X mini
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q552
- ROG G20CB
- ROG G20CB Oculus Ready
- ROG G20CI
- ROG G701VI
- ROG G701VI (7th Gen Intel Core)
- ROG G701VO
- ROG G752
- ROG G752VL
- ROG G752VM
- ROG G752VS
- ROG G752VS (7th Gen Intel Core)
- ROG G752VS OC Edition (7th Gen Intel Core)
- ROG G752VT
- ROG GL502VM
- ROG GL502VM  (7th Gen Intel Core)
- ROG GL502VS
- ROG GL502VS  (7th Gen Intel Core)
- ROG GL502VT
- ROG GL552VW
- ROG GL553VD
- ROG GL553VE
- ROG GL702VM
- ROG GL702VM (7th Gen Intel Core)
- ROG GL702VS
- ROG GL753VD
- ROG GL753VE
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)
- ROG GX800VH (7th Gen Intel Core)
- ROG STRIX GD30CI
- ROG Strix GL703
- ROG ZEPHYRUS (GX501)
- Transformer 3 Pro T303UA
- Transformer Book Flip TP200SA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100HA
- Transformer Book T101HA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- Vivo AiO V230IC

- ROG GT51CA
- ROG GT51CH
- Vivobook E200HA

- VivoBook 15 X505BA
- VivoBook 15 X510UQ
- VivoBook E12 E203NA

The accused products for U.S. Patent No. 7,529,806 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

### Third Amended Identification of Accused Products for U.S. Patent No. 5,910,797

The accused products for U.S. Patent No. 5,910,797 are ASUS products that include the functionality described in Appendices E and W of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 3.2 or higher, or the Chrome Operating System), including, without limitation, the following:

- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C

- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX

- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- PadFone X
- PadFone X mini

- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T

The accused products for U.S. Patent No. 5,910,797 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

### Third Amended Identification of Accused Products for U.S. Patent No. 6,522,695

The accused products for U.S. Patent No. 6,522,695 are ASUS products that include the functionality described in Appendices F, P, and X of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 3.1 or higher, or Windows 10 and/or Microsoft Groove Music, or the Chrome Operating System, or otherwise supporting playback of a FLAC audio signal), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- ASUSPRO P2430UA
- ASUSPRO P2440UA
- ASUSPRO P2440UQ
- ASUSPRO P2530UA

- VivoBook 15 X505BA
- VivoBook 15 X510UQ
- VivoBook E12 E203NA
- Vivobook E200HA
- VivoBook E403NA
- VivoBook E403SA
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoBook S15 S510UA

-13-

- ASUSPRO P4540UQ
- Chromebit (CS10)
- Chromebook C201PA
- Chromebook C202SA
- Chromebook C300SA
- Chromebook C301SA
- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302
- E402SA
- E403SA
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- ET2040INK
- ET2040IUK
- F555LA
- F555UA
- G11CD
- G11CD Oculus Ready
- G11DF
- G752VS OC Edition
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- K501UX
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- Mini CHROME OS Computer
- PadFone X

- VivoBook S15 S510UQ
- VivoBook W202
- VivoMini UN65H
- VivoMini UN65N
- VivoMini UN65U
- VivoMini VC65R
- VivoMini VC66
- VivoMini VC68V
- VivoPC K31CD
- VivoPC M32CD
- VivoPC X
- VivoStick PC (TS10)
- X751NA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook 3 Deluxe UX490UA
- ZenBook 3 UX390UA
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX501VW
- ZenBook Pro UX550VE
- ZenBook UX303UA
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX330UA
- ZenBook UX430UQ
- ZenBook UX501VW
- ZenBook UX510UW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)

-14-

- PadFone X mini
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q552
- ROG G20CB
- ROG G20CB Oculus Ready
- ROG G20CI
- ROG G701VI
- ROG G701VI (7th Gen Intel Core)
- ROG G701VO
- ROG G752
- ROG G752VL
- ROG G752VM
- ROG G752VS
- ROG G752VS (7th Gen Intel Core)
- ROG G752VS OC Edition (7th Gen Intel Core)
- ROG G752VT
- ROG GL502VM
- ROG GL502VM  (7th Gen Intel Core)
- ROG GL502VS
- ROG GL502VS  (7th Gen Intel Core)
- ROG GL502VT
- ROG GL552VW
- ROG GL553VD
- ROG GL553VE
- ROG GL702VM
- Vivo AiO V230IC
- Transformer Pad TF300T
- Transformer Pad TF701T
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)
- ROG GL702VM (7th Gen Intel Core)
- ROG GL702VS
- ROG GL753VD
- ROG GL753VE
- ROG GT51CA
- ROG GT51CH
- ROG GX800VH (7th Gen Intel Core)
- ROG STRIX GD30CI
- ROG Strix GL703
- ROG ZEPHYRUS (GX501)
- Transformer 3 Pro T303UA
- Transformer Book Flip TP200SA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100HA
- Transformer Book T101HA
- Transformer Mini T102HA
- Transformer Pad TF103C

The accused products for U.S. Patent No. 6,522,695 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

-15-

**Third Amended Identification of Accused Products for U.S. Patent No. RE 44,006**

The accused products for U.S. Patent No. RE 44,006 are ASUS products that include the functionality described in Appendix G of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 5.0 or higher), including, without limitation, the following:

- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)

- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA

The accused products for U.S. Patent No. RE 44,006 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

**Third Amended Identification of Accused Products for U.S. Patent No. 8,543,819**

The accused products for U.S. Patent No. 8,543,819 are ASUS products that include the functionality described in Appendices H, Q, and Y of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, Windows

-16-

7, 8, 8.1, or 10 and/or by supporting the High-bandwidth Digital Content Protection ("HDCP")

revision 2.x, or WMDRM-ND or PlayReady-ND), including, without limitation, the following:

- ASUSPRO P2430UA
- ASUSPRO P2440UA
- ASUSPRO P2440UQ
- ASUSPRO P2530UA
- ASUSPRO P4540UQ
- E402MA
- E402SA
- E403SA
- Eee PC T101MT
- EeeTop PC ET2002
- EeeTop PC ET2002T
- EeeTop PC ET2010AGT
- ET1611 PUT
- ET1612IUTS
- ET1620IUTT
- ET2013IUTI
- ET2020AUKK
- ET2020IUTI
- ET2031IUK
- ET2040INK
- ET2040IUK
- ET2220IUTI
- ET2221AUKR
- ET2221AUTR
- ET2221IUTH
- ET2230IUT
- ET2232IUK
- ET2300INTI
- ET2300IUTI
- ET2311INKH
- ET2311IUKH
- ET2311IUTH
- ET2322INKH
- ET2322IUKH
- ET2322IUTH
- ET2324IUT
- ET2325IUK
- ET2410IUTS
- ET2411INKI
- ROG Strix GL703
- ROG ZEPHYRUS (GX501)
- T300chi
- TAICHI 21
- Transformer 3 Pro T303UA
- Transformer AiO P1801
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100 Chi
- Transformer Book T100HA
- Transformer Book T100TA
- Transformer Book T100TAF
- Transformer Book T100TAM
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF701T
- U38N
- Vivo AiO V230IC
- VivoBook 15 X505BA
- VivoBook 15 X510UQ
- VivoBook E12 E203NA
- Vivobook E200HA
- VivoBook E403NA
- VivoBook E403SA
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoBook S15 S510UA
- VivoBook S15 S510UQ
- VivoBook W202
- VivoMini UN65H
- VivoMini UN65N
- VivoMini UN65U

-17-

- ET2411IUKI
- ET2701INKI
- ET2701INTI
- ET2701IUTI
- ET2702IGTH
- F555LA
- F555UA
- G11CD
- G11CD Oculus Ready
- G11DF
- G752VS OC Edition
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- K501UX
- M32BF
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME572C
- Memo Pad 8 ME181C
- N550JX
- N551JQ
- PadFone X
- PT2002
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q551
- Q552
- Q553
- ROG G20CB
- ROG G20CB Oculus Ready
- ROG G20CI
- ROG G701VI
- ROG G701VI (7th Gen Intel Core)
- ROG G701VO
- ROG G752

- VivoMini VC65R
- VivoMini VC66
- VivoMini VC68V
- VivoPC K31CD
- VivoPC M32CD
- VivoPC X
- VivoStick PC (TS10)
- VivoTab 8 (M81C)
- VivoTab Note 8 (model M80TA)
- VivoTab Smart
- X550CA
- X555LA
- X751MA
- X751NA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook 3 Deluxe UX490UA
- ZenBook 3 UX390UA
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX501JW
- ZenBook Pro UX501VW
- ZenBook Pro UX550VE
- ZenBook UX303UA
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX330UA
- ZenBook UX430UQ
- ZenBook UX501VW
- ZenBook UX510UW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 8.0 Z380M
- ZenPad S 8.0 Z580C

-18-

- ROG G752VL
- ROG G752VM
- ROG G752VS
- ROG G752VS (7th Gen Intel Core)
- ROG G752VS OC Edition (7th Gen Intel Core)
- ROG G752VT
- ROG GL502VM
- ROG GL502VM (7th Gen Intel Core)
- ROG GL502VS
- ROG GL502VS (7th Gen Intel Core)
- ROG GL502VT
- ROG GL552VW

- ZenPad S 8.0 Z580CA
- ROG GL553VD
- ROG GL553VE
- ROG GL702VM
- ROG GL702VM (7th Gen Intel Core)
- ROG GL702VS
- ROG GL753VD
- ROG GL753VE
- ROG GT51CA
- ROG GT51CH
- ROG GX800VH (7th Gen Intel Core)
- ROG STRIX GD30CI

The accused products for U.S. Patent No. 8,543,819 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

**Third Amended Identification of Accused Products for U.S. Patent No. 9,436,809**

The accused products for U.S. Patent No. 9,436,809 are ASUS products that include the functionality described in Appendices I, R, and Z of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, Windows 7, 8, 8.1, or 10 and/or by supporting the High-bandwidth Digital Content Protection ("HDCP") revision 2.x, or WMDRM-ND or PlayReady-ND), including, without limitation, the following:

- ASUSPRO P2430UA
- ASUSPRO P2440UA
- ASUSPRO P2440UQ
- ASUSPRO P2530UA
- ASUSPRO P4540UQ
- E402MA
- E402SA
- E403SA
- Eee PC T101MT

- N550JX
- N551JQ
- PadFone X
- PT2002
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA

-19-

- EeeTop PC ET2002
- EeeTop PC ET2002T
- EeeTop PC ET2010AGT
- ET1611 PUT
- ET1612IUTS
- ET1620IUTT
- ET2013IUTI
- ET2020AUKK
- ET2020IUTI
- ET2031IUK
- ET2040INK
- ET2040IUK
- ET2220IUTI
- ET2221AUKR
- ET2221AUTR
- ET2221IUTH
- ET2230IUT
- ET2232IUK
- ET2300INTI
- ET2300IUTI
- ET2311INKH
- ET2311IUKH
- ET2311IUTH
- ET2322INKH
- ET2322IUKH
- ET2322IUTH
- ET2324IUT
- ET2325IUK
- ET2410IUTS
- ET2411INKI
- ET2411IUKI
- ET2701INKI
- ET2701INTI
- ET2701IUTI
- ET2702IGTH
- F555LA
- F555UA
- G11CD
- G11CD Oculus Ready
- G11DF
- G752VS OC Edition
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support;

- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q551
- Q552
- Q553
- ROG G20CB
- ROG G20CB Oculus Ready
- ROG G20CI
- ROG G701VI
- ROG G701VI (7th Gen Intel Core)
- ROG G701VO
- ROG G752
- ROG G752VL
- ROG G752VM
- ROG G752VS
- ROG G752VS (7th Gen Intel Core)
- ROG G752VS OC Edition (7th Gen Intel Core)
- ROG G752VT
- ROG GL502VM
- ROG GL502VM  (7th Gen Intel Core)
- ROG GL502VS
- ROG GL502VS  (7th Gen Intel Core)
- ROG GL502VT
- ROG GL552VW
- ROG GL553VD
- ROG GL553VE
- ROG GL702VM
- ROG GL702VM (7th Gen Intel Core)
- ROG GL702VS
- ROG GL753VD
- ROG GL753VE
- ROG GT51CA
- ROG GT51CH
- ROG GX800VH (7th Gen Intel Core)
- ROG STRIX GD30CI
- ROG Strix GL703
- ROG ZEPHYRUS (GX501)
- T300chi
- TAICHI 21
- Transformer 3 Pro T303UA

-20-

Google Nexus 7 2 with no cellular network support
- K501UX
- M32BF
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME572C
- Memo Pad 8 ME181C
- VivoTab Note 8 (model M80TA)
- VivoTab Smart
- X550CA
- X555LA
- X751MA
- X751NA
- Zen AiO Pro Z240IC
- Zen AiO Pro Z240IE
- Zen AiO ZN240IC
- Zen AiO ZN241IC
- Zen AiO ZN270IE
- ZenBook 3 Deluxe UX490UA
- ZenBook 3 UX390UA
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX501JW
- ZenBook Pro UX501VW
- ZenBook Pro UX550VE
- ZenBook UX303UA
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX330UA
- ZenBook UX430UQ
- ZenBook UX501VW
- ZenBook UX510UW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 8.0 Z380M
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA

- Transformer AiO P1801
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100 Chi
- Transformer Book T100HA
- Transformer Book T100TA
- Transformer Book T100TAF
- Transformer Book T100TAM
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF701T
- U38N
- Vivo AiO V230IC
- VivoBook 15 X505BA
- VivoBook 15 X510UQ
- VivoBook E12 E203NA
- Vivobook E200HA
- VivoBook E403NA
- VivoBook E403SA
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoBook S15 S510UA
- VivoBook S15 S510UQ
- VivoBook W202
- VivoMini UN65H
- VivoMini UN65N
- VivoMini UN65U
- VivoMini VC65R
- VivoMini VC66
- VivoMini VC68V
- VivoPC K31CD
- VivoPC M32CD
- VivoPC X
- VivoStick PC (TS10)
- VivoTab 8 (M81C)

-21-

The accused products for U.S. Patent No. 9,436,809 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

**Third Amended Identification of Accused Products for U.S. Patent No. 6,772,114**

The accused products for U.S. Patent No. 6,772,114 are ASUS products that include the functionality described in Appendices J and AA of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 2.1 or higher, or the Chrome Operating System, or otherwise supporting playback of an AMR-WB audio file encoded in a 23.85 kbit/s mode), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- Chromebit (CS10)
- Chromebook C201PA
- Chromebook C202SA
- Chromebook C300SA
- Chromebook C301SA
- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302
- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)
- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M
- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C

- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V

- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
- ZenPad Z8 (ZT581KL)
- Memo Pad Smart 10
- Mini CHROME OS Computer
- PadFone X
- PadFone X mini
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E

The accused products for U.S. Patent No. 6,772,114 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

### Third Amended Identification of Accused Products for U.S. Patent No. RE 43,564

The accused products for U.S. Patent No. RE 43,564 are ASUS products that include the functionality described in Appendices K, S, and AB of Plaintiffs' Second Amended Infringement Contentions against the ASUS Defendants, served on Defendants on September 29, 2017, or functionality similar thereto (*e.g.*, by being pre-loaded with, or otherwise upgraded to, the Android Operating System version 2.1 or higher or the Windows 7, 8, 8.1, or 10), including, without limitation, the following:

- ASUS ZenPad 10 (Z301M)
- ASUS ZenPad 10 (Z301MF)
- ASUS ZenPad Z10 (ZT500KL, Verizon exclusive)
- ASUS ZenPad Z8s (ZT582KL, Verizon exclusive)
- Chromebook Flip C100PA
- Chromebook Flip C101PA
- Chromebook Flip C302

- Transformer 3 Pro T303UA
- Transformer Book Flip TP200SA
- Transformer Book Flip TP300LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP500LA
- Transformer Book Flip TP550LD
- Transformer Book Flip TP550LA
- Transformer Book T100 Chi
- Transformer Book T100HA

-23-

- Eee Pad Memo 171
- Eee Pad Slider (SL101)
- Eee PC T101MT
- Google Nexus 7 (2012)
- Google Nexus 7 (2013); Google Nexus 7 2 Cellular with 3G/4G support; Google Nexus 7 2 with no cellular network support
- Memo Pad 10 (ME102A); Memo Pad 10 (ME103K)
- MeMO Pad 7 (ME170C)
- MeMO Pad 7 (ME176C)
- MeMO Pad 7 LTE (Model ME375CL)
- Memo Pad 7 ME176CX
- Memo Pad 7 ME572C
- Memo Pad 8 ME180A
- Memo Pad 8 ME181C
- Memo Pad FHD10 ME302C
- Memo Pad HD7 (Model ME173X)
- MeMO Pad HD8 (ME180A)
- Memo Pad ME172V
- Memo Pad Smart 10
- N550JX
- PadFone X
- PadFone X mini
- Q302
- Q303
- Q304UA
- Q324UA
- Q325UA
- Q503
- Q504UA
- Q524UQ
- Q534UX
- Q551
- Q552
- Q553
- ROG G752
- T300chi
- TAICHI 21
- ZenPad 8.0 Z380C
- ZenPad 8.0 Z380CX
- ZenPad 8.0 Z380M

- Transformer Book T100TA
- Transformer Book T100TAF
- Transformer Book T100TAM
- Transformer Book T101HA
- Transformer Book T200TA
- Transformer Mini T102HA
- Transformer Pad TF103C
- Transformer Pad TF300T
- Transformer Pad TF701T
- U38N
- VivoBook Flip TP201SA
- VivoBook Max X541UA
- VivoBook Pro 15 N580VD
- VivoTab (VivoTab RT)
- VivoTab 8 (M81C)
- VivoTab Note 8 (model M80TA)
- VivoTab Smart
- X550CA
- X751MA
- ZenBook Flip S UX370UA
- ZenBook Flip UX360CA
- ZenBook Flip UX360UA
- ZenBook Pro UX550VE
- ZenBook UX303UA-DH51T
- ZenBook UX303UB
- ZenBook UX305CA
- ZenBook UX31LA
- ZenBook UX501VW
- Zenfone 2 Deluxe ZE551ML; Zenfone 2 Deluxe Special Edition
- Zenfone 2 Laser ZE551KL
- Zenfone 2E
- ZenFone 3 Deluxe (ZS550KL)
- ZenFone 3 Deluxe (ZS570KL)
- ZenFone 3 Laser (ZC551KL)
- ZenFone 3 Max (ZC520TL)
- ZenFone 3 Zoom (ZE553KL)
- ZenFone 4 (ZE554KL)
- ZenFone 4 Max (ZC520KL)
- ZenFone 4 Max (ZC554KL)
- ZenFone 4 Pro (ZS551KL)
- ZenFone AR (V5750KL)
- ZenFone AR (ZS571)

-24-

- ZenPad C 7.0 (Model Z170C)
- ZenPad S 8.0 Z580C
- ZenPad S 8.0 Z580CA
- ZenPad Z10 (ZT500KL)
  ZenPad Z8 (ZT581KL)

- ZenFone V (V520KL)
- Zenfone Zoom ZX551ML
- ZenPad 10 Z300CL
- ZenPad 10 Z300M
- ZenPad 3S 10 (Z500M)

The accused products for U.S. Patent No. RE 43,564 also include software updates that include the above-referenced functionality, which are developed and/or provided by ASUS for ASUS products.

Dated: October 23, 2017

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Christopher M. Gerson
Jaime F. Cardenas-Navia
Robert S. Pickens
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
dapgar@fchs.com
cgerson@fchs.com
jcardenas-navia@fchs.com
rpickens@fchs.com

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

*Attorneys for Plaintiffs*

# **PICKENS EXHIBIT 18**



JONATHAN M. SHARRET
JSharret@FCHS.COM
212-218-2266

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

October 30, 2017

**VIA E-MAIL**

Re:     _Koninklijke Philips N.V._ matter, No. 15-1125-GMS (D. Del.)

ASUS Counsel:

On October 24, Philips served its Third Amended Identification of Accused Products.  In view of the approaching deadline for final infringement contentions, please provide the following discovery for each identified accused product as soon as possible (to the extent such discovery has not already been provided):

1) Each designation by which the product is known to you (as requested in Philips' Interrogatory No. 1)
2) Each operating system version pre-loaded on the product and each update or upgrade that was provided by you to the product (as requested in Philips' Interrogatory No. 1)
3) First and last sales dates for each product (as requested in Philips' Interrogatory No. 1)
4) Whether the product supports HDCP 2.x and, if so, over which interface (as requested in Philips' Interrogatory No. 1)
5) Sales data for each product (as requested in Philips' Interrogatory No. 2)
6) Any source code in your possession, custody or control (as requested in Request for Production Nos. 12 and 13) and an indication of whether you have source code for the product and if not, the entity that does (as requested in Philips' Interrogatory No. 9)

Of course this is not to suggest that relevant discovery concerning these products that is responsive to other Philips' discovery requests should not be provided.  The above list is merely intended to indicate the discovery that is of higher priority to Philips at this time given the case schedule.

Additionally, and also in view of the approaching deadline for final infringement contentions, please identify any other products that run a Relevant Operating System (Windows 7, Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1, Windows 10, Windows Phone 8, Windows 10 Mobile, Android 2.1 or higher, or Chrome OS) and provide the above requested discovery for those products.  As we explained in our March 23, 2017 communication to you, Philips is entitled, at a minimum, to discovery of such products that: (i) are no longer available for sale by you in the United States that run a Relevant Operating System; or (ii) were provided a software update by you or by another on your behalf to a Relevant Operating System.

ASUS Counsel
October 30, 2017
Page 2

Please confirm you will provide this information and let us know by when you will provide it.

Best regards,

*/S/ Jonathan M. Sharret*

Jonathan M. Sharret