# **PICKENS EXHIBIT 26**



**ROBERT S. PICKENS**
RPickens@FCHS.COM
212-218-2333

www.fitzpatrickcella.com

**NEW YORK**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

May 22, 2018

**VIA E-MAIL**

Re:     *Koninklijke Philips N.V. matter* No. 15-1125

Counsel,

I write in response to Michael Lee's letter of February 8, 2018.

We understand that ASUS maintains that Philips is not entitled to discovery relating to a number of products identified in its Third Amended Identification of Accused Products (which ASUS has defined as "Old Products"). For all of the reasons explained in Philips' letters of January 22, 2018 and October 30, 2017 on this subject, Philips disagrees.

Please either confirm that ASUS will now provide the requested discovery for these products, or otherwise let us know a time when you are available to meet and confer on this topic before May 31, 2018.

Absent resolution of this issue, Philips intends to raise this issue with the Court.

Best regards,

*/S/ Robert S. Pickens*

Robert S. Pickens

FCHS_WS 14362540v1.doc