# **PICKENS EXHIBIT 29**

| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) | Robert S. Pickens (*admitted pro hac vice*) |
| msandonato@fchs.com | rpickens@fchs.com |
| John D. Carlin (*admitted pro hac vice*) | Sean M. McCarthy (*admitted pro hac vice*) |
| jcarlin@fchs.com | smccarthy@fchs.com |
| Natalie Lieber (*admitted pro hac vice*) | Jaime F. Cardenas-Navia (*admitted pro hac vice*) |
| nlieber@fchs.com | jcardenas-navia@fchs.com |
| Christopher M. Gerson (*admitted pro hac vice*) | Joyce L. Nadipuram (*admitted pro hac vice*) |
| cgerson@fchs.com | jnadipuram@fchs.com |
| Jonathan M. Sharret (*admitted pro hac vice*) | Caitlyn N. Bingaman (*admitted pro hac vice*) |
| jsharret@fchs.com | cbingaman@fchs.com |
| Daniel A. Apgar (*admitted pro hac vice*) | Julian G. Pymento (*admitted pro hac vice*) |
| dapgar@fchs.com | jpymento@fchs.com |

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>          Defendants. | Case No. 4:18-cv-01886-HSG<br><br>**PLAINTIFFS' FOURTH AMENDED IDENTIFICATION OF THE ASUS DEFENDANTS' ACCUSED PRODUCTS**<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| 1 | MICROSOFT CORPORATION, |
| 2 | Intervenor-Plaintiff, |
| 3 | v. |
| 4 | KONINKLIJKE PHILIPS N.V., |
| 5 | U.S. PHILIPS CORPORATION, |
| 6 | Intervenor-Defendants. |
| 7 | KONINKLIJKE PHILIPS N.V., |
| 8 | U.S. PHILIPS CORPORATION, |
| 9 | Intervenor-Defendants/Counterclaim Plaintiffs in Intervention |
| 10 | |
| 11 | v. |
| 12 | MICROSOFT CORPORATION |
| 13 | Intervenor-Plaintiff/Counterclaim Defendant in Intervention |
| 14 | |
| 15 | AND |
| 16 | MICROSOFT MOBILE INC. |
| 17 | Counterclaim Defendant in Intervention |
| 18 | |

Pursuant to the Federal Rules of Civil Procedure, the Local Rules, the Patent Local Rules, and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") (agreed to by the parties in the transferring court), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby amend their identification of the accused products of Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "Defendants" or "ASUS").

This fourth amended identification of accused products is based upon information reasonably and presently available to Philips, and based on sale information and identification of products sold within the United States provided by ASUS. Discovery is still ongoing, and ASUS's document

production and other discovery responses remain deficient, as documented in various correspondences between the parties. Therefore, Philips expressly reserves the right to modify, amend, retract, and/or supplement the disclosures made herein as additional evidence and information becomes available to Philips or as otherwise appropriate.

Plaintiffs' identification of an accused product for a patent embraces all variations of the accused product that also include the particular patent's accused functionality including, but not limited to, variations relating to the product's color, memory capacity (*e.g.*, amount of RAM), storage capacity (*e.g.*, hard drive capacity), wireless carrier, processor type, screen size and resolution, or accessories.

**Fourth Amended Identification of Accused Products for U.S. Patent No. RE 44,913**

The accused products for U.S. Patent No. RE 44,913 are all ASUS **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 8, 8.1, or 10**, or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part

numbers is likewise accused of infringing the '913 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 6,690,387**

The accused products for U.S. Patent No. 6,690,387 are all ASUS **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '387 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 7,184,064**

The accused products for U.S. Patent No. 7,184,064 are all ASUS **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name,

1  model, item description, and part number.  However, Philips notes that at this time, it has not been
2  able to identify with specificity all the variations regarding additional item descriptions and part
3  numbers for a given ASUS model, and has not been able to identify with specificity all model
4  names/numbers associated with a given ASUS product family. This information has been requested
5  in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that
6  end, the devices listed in column A, the "Family/External Name" column, are accused of
7  infringement irrespective of the corresponding model name, and the devices in the column B, the
8  "Model" column, are accused of infringement irrespective of the corresponding individual item
9  description and/or part numbers (columns C and D, "Item Description" and "Part Number,"
10 respectively). In other words, to the extent additional item descriptions and part numbers exist for a
11 given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes,
12 etc.) for a given Family/External Name, each of these additional model numbers, item descriptions,
13 and/or part numbers is likewise accused of infringing the '064 patent.

14 **Fourth Amended Identification of Accused Products for U.S. Patent No. 7,529,806**

15       The accused products for U.S. Patent No. 7,529,806 are all ASUS devices preloaded with or
16 upgraded to **Android operating system version 3.0 or higher, Windows operating system**
17 **version 10**, and/or being preloaded with the **YouTube application, "Google Play Movies & TV**
18 **application, "Internet" application,** and/or the **Microsoft Edge Browser** sold in the United States,
19 including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A,
20 Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware
21 in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item
22 description, and part number.  However, Philips notes that at this time, it has not been able to
23 identify with specificity all the variations regarding additional item descriptions and part numbers for
24 a given ASUS model, and has not been able to identify with specificity all model names/numbers
25 associated with a given ASUS product family. This information has been requested in Philips'
26 interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the
27 devices listed in column A, the "Family/External Name" column, are accused of infringement
28 irrespective of the corresponding model name, and the devices in the column B, the "Model"

column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '806 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 5,910,797**

The accused products for U.S. Patent No. 5,910,797 are all ASUS devices including an **accelerometer** and preloaded with or upgraded to **Android operating system version 3.1 or higher** or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '797 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 6,522,695**

The accused products for U.S. Patent No. 6,522,695 are all ASUS devices preloaded with or

upgraded to **Android operating system version 3.1 or higher, Windows operating system version 10**, being preloaded with **Microsoft Groove Music, the Chrome operating system**, or otherwise **supporting the playback of a FLAC audio signal** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '695 patent.

**<u>Fourth Amended Identification of Accused Products for U.S. Patent No. RE 44,006</u>**

The accused products for U.S. Patent No. RE 44,006 are all ASUS devices preloaded with or upgraded to **Android operating system version 5.0 or higher** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number.  However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers

associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '006 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 8,543,819**

The accused products for U.S. Patent No. 8,543,819 are all ASUS devices preloaded with or upgraded to **Windows operating system versions 7, 8, 8.1, or 10**, and/or by supporting **HDCP 2.x**, **WMDRM-ND** or **PlayReady-ND** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto.  In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these

1  additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing
2  the '819 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 9,436,809**

The accused products for U.S. Patent No. 9,436,809 are all ASUS devices preloaded with or upgraded to **Windows operating system versions 7, 8, 8.1, or 10**, and/or by supporting **HDCP 2.x**, **WMDRM-ND** or **PlayReady-ND** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '809 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. 6,772,114**

The accused products for U.S. Patent No. 6,772,114 are all ASUS devices preloaded with or upgraded to **Android operating system version 2.1 or higher, the Chrome operating system**, or otherwise **supporting the playback of an AMR-WB audio file encoded in a 23.85 kbit/s mode** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS

devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the "Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '114 patent.

**Fourth Amended Identification of Accused Products for U.S. Patent No. RE 43,564**

The accused products for U.S. Patent No. RE 43,564 are all ASUS **touchscreen devices** preloaded with or upgraded to **Android operating system version 2.1 or higher, Windows operating system versions 7, 8, 8.1, or 10**, or the **Chrome operating system** sold in the United States, including without limitation, the devices identified in Appendix A attached hereto. In Appendix A, Philips has endeavored to identify, as specifically as possible, the ASUS devices of which it is aware in accordance with Patent Local Rule 3-1(b), including by family, external name, model, item description, and part number. However, Philips notes that at this time, it has not been able to identify with specificity all the variations regarding additional item descriptions and part numbers for a given ASUS model, and has not been able to identify with specificity all model names/numbers associated with a given ASUS product family. This information has been requested in Philips' interrogatories since October 19, 2016, and ASUS's responses remain deficient. To that end, the devices listed in column A, the "Family/External Name" column, are accused of infringement irrespective of the corresponding model name, and the devices in the column B, the

"Model" column, are accused of infringement irrespective of the corresponding individual item description and/or part numbers (columns C and D, "Item Description" and "Part Number," respectively). In other words, to the extent additional item descriptions and part numbers exist for a given model, or additional model names/numbers exist (*e.g.*, additional/different prefixes, suffixes, etc.) for a given Family/External Name, each of these additional model numbers, item descriptions, and/or part numbers is likewise accused of infringing the '564 patent.

Dated: August 24, 2018

By:    /s/  Sean M. McCarthy

Sean M. McCarthy (*pro hac vice pending*)
smccarthy@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

*Attorneys for Plaintiffs*

**PROOF OF SERVICE**

I declare as follows:

I am a resident of the State of New Jersey and over the age of eighteen years, and not a party to the instant action; my business address is 1290 Avenue of the Americas, New York, NY, 10104-3800.

On August 24, 2018, I served the foregoing document described as PLAINTIFFS' FOURTH AMENDED IDENTIFICATION OF THE ASUS DEFENDANTS' ACCUSED PRODUCTS on the interested parties in this action as follows by electronic transmission. I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Kyle E. Thomason
Christopher A. Suarez
Christopher S. Geyer
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.,
Washington, D.C., 20005
viceroy@wc.com

Matthew S. Warren
Patrick M. Shields
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
viceroy@matters.warrenlex.com

Michael J. Newton
Derek S. Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
Asus-Philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on August 24, 2018 at New York, New York.

/s/ Joyce Lee Nadipuram