# **PICKENS EXHIBITS 19 and 20**

# **(FILED UNDER SEAL)**