# **PICKENS EXHIBIT 21**

# **(FILED UNDER SEAL)**