# PICKENS EXHIBITS 23-25
# (FILED UNDER SEAL)