# **PICKENS EXHIBITS 27-28**
# **(FILED UNDER SEAL)**