# PICKENS EXHIBITS 30-31
# (FILED UNDER SEAL)