| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) <br> msandonato@fchs.com <br> John D. Carlin (admitted *pro hac vice*) <br> jcarlin@fchs.com <br> Natalie Lieber (admitted *pro hac vice*) <br> nlieber@fchs.com <br> Christopher M. Gerson (admitted *pro hac vice*) <br> cgerson@fchs.com <br> Jonathan M. Sharret (admitted *pro hac vice*) <br> jsharret@fchs.com <br> Daniel A. Apgar (admitted *pro hac vice*) <br> dapgar@fchs.com | Robert S. Pickens (admitted *pro hac vice*) <br> rpickens@fchs.com <br> Sean M. McCarthy (admitted *pro hac vice*) <br> smccarthy@fchs.com <br> Jaime F. Cardenas-Navia (admitted *pro hac vice*) <br> jcardenas-navia@fchs.com <br> Joyce L. Nadipuram (admitted *pro hac vice*) <br> jnadipuram@fchs.com <br> Caitlyn N. Bingaman (admitted *pro hac vice*) <br> cbingaman@fchs.com |

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG <br><br> **AMENDED NOTICE OF MOTION FOR PHILIPS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** <br><br> Date: February 14, 2019 <br> Time: 2:00 p.m <br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Courtroom: 2 |

In the above-captioned matters, as a result of clerical error, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") previously noticed the hearing date for Philips' Motion for Leave to Amend its Infringement Contentions for February 14, 2018 at 2:00 p.m.  The hearing should have been noticed for February 14, 2019 at 2:00 p.m.

**AMENDED NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE  THAT pursuant to Patent L.R. ("Pat. L.R.") 3-6, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips" or "Plaintiffs") hereby moves for leave to amend its infringement contentions ("ICs") against HTC, Microsoft, ASUS, Acer, and YiFang (collectively, "Defendants"), as set forth in Exhibits 1-4 attached to the supporting declaration of Jonathan Sharret re: Source Code.  This motion is to be heard on February 14, 2019 at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr. in Courtroom 2 of the United States District Court for the Northern District of California, Oakland, California.

Dated: November 5, 2018

Respectfully submitted,

HOLLAND LAW LLP

/s/  Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*