
1   Michael P. Sandonato (*admitted pro hac vice*)   Robert S. Pickens (*admitted pro hac vice*)
    msandonato@fchs.com                              rpickens@fchs.com
2   John D. Carlin (*admitted pro hac vice*)         Sean M. McCarthy (*admitted pro hac vice*)
    jcarlin@fchs.com                                 smccarthy@fchs.com
3   Natalie Lieber (*admitted pro hac vice*)         Jaime F. Cardenas-Navia (*admitted pro hac vice*)
    nlieber@fchs.com                                 jcardenas-navia@fchs.com
4   Christopher M. Gerson (*admitted pro hac vice*)  Joyce L. Nadipuram (*admitted pro hac vice*)
    cgerson@fchs.com                                 jnadipuram@fchs.com
5   Jonathan M. Sharret (*admitted pro hac vice*)    Caitlyn N. Bingaman (*admitted pro hac vice*)
    jsharret@fchs.com                                cbingaman@fchs.com
6   Daniel A. Apgar (*admitted pro hac vice*)
    dapgar@fchs.com
7
    FITZPATRICK CELLA HARPER & SCINTO
8   1290 Avenue of the Americas
    New York, New York 10104-3800
9   Tel: (212) 218-2100
    Fax: (212) 218-2200
10
    Chris Holland (SBN 164053)
11  cholland@hollandlawllp.com
    Lori L. Holland (SBN 202309)
12  lholland@hollandlawllp.com

13  HOLLAND LAW LLP
    220 Montgomery Street, Suite 800
14  San Francisco, CA  94104
    Tel: (415) 200-4980
15  Fax: (415) 200-4989

16  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF JONATHAN M. SHARRET RE: SOURCE CODE IN SUPPORT OF PHILIPS' MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS**<br><br>JURY TRIAL DEMANDED |

# **SHARRET DECLARATION**

# **(FILED UNDER SEAL)**