Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Judith Jennison, Bar No. 165929
JJennison@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No.: 4:18-cv-01885-HSG<br><br>**DECLARATION OF PATRICK J. MCKEEVER REGARDING [538] PHILIPS' CORRECTED ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' MOTION TO AMEND ITS INFRINGEMENT CONTENTIONS** |

I, Patrick J. McKeever, hereby declare as follows:

1. I am an attorney at Perkins Coie LLP, counsel for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1) to address confidential Microsoft materials and information filed under seal by Philips in connection with its Motion for Leave to Amend its Infringement Contentions. *See* Dkt. No. 542 (corrected motion), Dkt. No. 538 (administrative motion to file under seal).

3. The unredacted version of Philips' Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 538-4) contains at lines 13-17 of page 23 information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains Microsoft confidential business information about its software products. This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential business information concerning its software products.

4. The Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 538-37) at paragraphs 61-97 contains information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it discusses Microsoft confidential source code. This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential source code.

5. Exhibit 1 to the declaration of Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend Its Infringement Contentions (Dkt No. 538-38) contains source code appendices at pages 666 - 848 of the PDF. These pages include

information designated by Microsoft as "Highly Confidential – Source Code" pursuant to the Protective Order entered in this case because they contain detailed discussion of Microsoft confidential source code. The claim charts in the exhibit also contain discussion of the purported operation of Microsoft's software products, including discussion of confidential Microsoft source code and other confidential Microsoft technical information. This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential source code and technical information.

6. Exhibits 303, 304-310, 313, and 314 (Dkt. Nos. 538-50, 538-51, and 538-52) to the Declaration of Jonathan M. Sharret Re: Source Code in Support of Philips' Motion for Leave to Amend Its Infringement Contentions contain information designated by Microsoft as "Highly Confidential – Source Code" pursuant to the Protective Order entered in this case because they contain discussion of Microsoft confidential source code. This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential source code.

7. Paragraph 56 on page 14 of the Declaration of Jaime F. Cardenas-Navia in Support of Philips' Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 538-25) contains information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains Microsoft confidential business information about its software products. This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential business information concerning its software products.

8. Exhibits 7, 8, 11, and 13-17 (Dkt. No. 538-27) to the Declaration of Jaime F. Cardenas-Navia in support of Philips' Motion for Leave to Amend Its Infringement Contentions contain information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains Microsoft confidential

business information about its software products.  Exhibit 13 additionally includes a portion titled "SOURCE CODE APPENDIX A" (*see* pgs. 316 - 319 of Dkt. No. 328-27) which contains a detailed discussion of Microsoft confidential source code.  This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential business information concerning its software products.

9. Exhibits 19 and 21-24 (Dkt. No. 538-28) to the Declaration of Jaime F. Cardenas-Navia in support of Philips' Motion for Leave to Amend Its Infringement Contentions contain information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains Microsoft confidential business information about its software products.  This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential business information concerning its software products.

10. Exhibit 30 (Dkt. No. 538-30) to the Declaration of Jaime F. Cardenas-Navia in support of Philips' Motion for Leave to Amend Its Infringement Contentions contain information designated by Microsoft as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because it contains Microsoft confidential business information about its software products.  This information is not available to the public, and given the highly competitive nature of the computer industry, Microsoft would be harmed by the public disclosure of this proprietary information because it would give Microsoft's competitors a window into Microsoft's confidential business information concerning its software products.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed in San Diego, California, this 5th day of November 2018.

Dated:  November 5, 2018

*/s/ Patrick J. McKeever*
Patrick J. McKeever