# ATTACHMENT 1

# <u>PICKENS EXHIBIT 16</u>
# <u>(Unredacted Version of Document</u>
# <u>Sought to Be Sealed)</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　**v.**<br><br>**ASUSTEK COMPUTER INC.,**<br>**ASUS COMPUTER INTERNATIONAL,**<br><br>　　　　**Defendants.** | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED<br><br><u>**HIGHLY CONFIDENTIAL –**</u><br><u>**OUTSIDE COUNSEL ONLY**</u> |

**MICROSOFT CORPORATION,**

　　　　　　**Intervenor-Plaintiff,**

　　**v.**

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

　　　　　　**Intervenor-Defendants.**

**KONINKLIJKE PHILIPS N.V.,**
**U.S. PHILIPS CORPORATION,**

　　　　　**Intervenor-**
　　　　　**Defendants/Counterclaim**
　　　　　**Plaintiffs in Intervention**

　　**v.**

**MICROSOFT CORPORATION**

　　　　　**Intervenor-**
　　　　　**Plaintiff/Counterclaim**
　　　　　**Defendant in Intervention**

**AND**

**MICROSOFT MOBILE INC.**

**Counterclaim Defendant
in Intervention**

### PLAINTIFFS' SECOND AMENDED INFRINGEMENT CONTENTIONS AGAINST THE ASUS DEFENDANTS

Pursuant to the parties' Joint Proposed Order Amending Rule 16 Scheduling Order (D.I. 154) (as adopted-in-part by the Court's July 14, 2017 oral order) and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Paragraph 4(c), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby provide their Second Amended Infringement Contentions ("Contentions") against Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "Defendants" or "ASUS").

These Contentions are based upon information reasonably and presently available to Philips. These Contentions are supplemental and not final. These Contentions are made without the benefit of Defendants' supplemental non-infringement contentions, which are not due until November 3, 2017, and as such Philips is not yet fully aware of Defendants' contentions regarding which limitations of the asserted claims, if any, are allegedly not met by the manufacture, use, sale, offer for sale, or importing of the accused products. These contentions are provided without the benefit of a complete production of Defendants' source code. As has been explained in detail in Philips' correspondence with Defendants, pervasive deficiencies in Defendants' source code production to date have prevented Philips from including a fulsome analysis of Defendants' source code in these contentions. Philips has nonetheless endeavored to include an analysis of Defendants' produced source code, and Philips will work in good faith

2

with Defendants to resolve the remaining deficiencies and to thereafter timely supplement these contentions.

Defendants have informed Philips that they do not have the source code for their accused Windows products.  Microsoft is in the process of producing source code and other information for the versions of Windows run by those products.  Therefore, Philips incorporates by reference herein its Amended Infringement Contentions to Microsoft ("Microsoft Contentions").  The Microsoft Contentions include "Highly Confidential – Source Code" information.  Philips has asked Microsoft for permission to share its "Highly Confidential – Source Code" information with Defendants, but has yet to receive that permission.  Once Philips receives that permission (or receives an appropriately redacted version of the Microsoft Contentions from Microsoft), Philips will provide Defendants with the Microsoft Contentions.

Moreover, fact discovery is still ongoing and depositions of technical witnesses have yet to occur.  Therefore, and in accordance with the Federal Rules of Civil Procedure, the Local Rules, the parties' jointly proposed Scheduling Order, and the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Philips expressly reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused products) as additional evidence and information becomes available to Philips, as Philips' understanding of this information changes, or as otherwise appropriate.

1) ASUS's infringement of U.S. Patent No. RE44,913 ("the '913 Patent"):

   a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '913 Patent in violation of 35

Highly Confidential - Outside Counsel Only

U.S.C. § 271(a) by:

    i. Using in the United States, without authority, the '913 Accused Products to practice, either literally or under the doctrine of equivalents, each step of the method of claims 1, 9, and 12 of the '913 Patent.

    ii. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '913 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 3, 4, 5, 8, 13, and 16 of the '913 Patent.

b. ASUS's customers and other end users directly infringe the '913 Patent by using the accused functionality of the '913 Accused Products to practice each step of the method of claims 1, 9, and 12 of the '913 Patent, as explained in the attached appendices to these Contentions.  ASUS has had knowledge of the '913 Patent since at least May 21, 2013 when they were provided with actual notice of the patent, upon viewing a presentation related to infringement of the '913 Patent made by Philips on January 29, 2015 and through other similar communications, meetings, and presentations, and by service of the complaints and infringement contentions in this action.  As such, ASUS has had knowledge that use of the '913 Accused Products to perform the accused functionality directly infringes the '913 Patent.   ASUS indirectly infringes and continues to indirectly infringe the aforementioned method claims of the '913 Patent in violation of 35 U.S.C. § 271(b) and (c) by:

    i. Acting with the specific intent to actively induce infringement as, with

4

knowledge of the '913 Patent and knowledge that use of the accused functionality directly infringes the '913 Patent, ASUS has offered for sale, sold and/or imported to others, including customers and other end users, the '913 Accused Products and/or software updates that include this functionality, and has provided to others instructions, user manuals, advertising, and/or marketing materials encouraging them to use this functionality and directly infringe the aforementioned method claims of the '913 Patent. *See, e.g.*, the attached appendices.

ii.   Contributorily infringing as ASUS has offered for sale, sold, and/or imported, for use by others including customers and other end users, the '913 Accused Products and/or software updates that include the accused functionality.   The '913 Accused Products and the software updates constitute a material part of the invention and ASUS has knowledge of the '913 Patent and knowledge that use of this functionality necessarily directly infringes the '913 Patent and has no use other than infringing the '913 Patent.   ASUS thus knows that the '913 Accused Products and the software updates are especially made and/or especially adapted for use in infringing the '913 Patent, at least because they include software code that was designed to practice this infringing functionality when executed. Moreover, the '913 Accused Products and the software updates are not staple articles of commerce suitable for substantial non-infringing use, at least because the included software code that practices this functionality has no use apart from infringing the '913 Patent, is distinct and separate

Highly Confidential - Outside Counsel Only

from the rest of the software code in the operating system, and when executed, only practices, and can only be used to practice, the aforementioned method claims of the '913 Patent.

2) ASUS's infringement of U.S. Patent No. 6,690,387 ("the '387 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '387 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Using in the United States, without authority, the '387 Accused Products to practice, either literally or under the doctrine of equivalents, each step of the method of claims 9, 11, and 12 of the '387 Patent.

    b. ASUS's customers and other end users directly infringe the '387 Patent by using the accused functionality of the '387 Accused Products to practice each step of the method of claims 9, 11, and 12 of the '387 Patent, as explained in the attached appendices to these Contentions.  ASUS has had knowledge of the '387 Patent since at least May 21, 2013 when they were provided with actual notice of the patent, through other communications, meetings, and presentations, and by service of the complaints and infringement contentions in this action.  As such, ASUS has had knowledge that use of the '387 Accused Products to perform the accused functionality directly infringes the '387 Patent.  ASUS indirectly infringes and continues to indirectly infringe the aforementioned method claims of the '387 Patent in violation of 35 U.S.C. § 271(b) and (c) by:

        i. Acting with the specific intent to actively induce infringement as, with knowledge of the '387 Patent and knowledge that use of the accused

6

functionality directly infringes the '387 Patent, ASUS has offered for sale, sold and/or imported to others, including customers and other end users, the '387 Accused Products and/or software updates that include this functionality, and has provided to others instructions, user manuals, advertising, and/or marketing materials encouraging them to use this functionality and directly infringe the aforementioned method claims of the '387 Patent. *See, e.g.*, the attached appendices.

ii. Contributorily infringing as ASUS has offered for sale, sold, and/or imported, for use by others including customers and other end users, the '387 Accused Products and/or software updates that include the accused functionality. The '387 Accused Products and the software updates constitute a material part of the invention and ASUS has knowledge of the '387 Patent and knowledge that use of this functionality necessarily directly infringes the '387 Patent and has no use other than infringing the '387 Patent. ASUS thus knows that the '387 Accused Products and the software updates are especially made and/or especially adapted for use in infringing the '387 Patent, at least because they include software code that was designed to practice this infringing functionality when executed. Moreover, the '387 Accused Products and the software updates are not staple articles of commerce suitable for substantial non-infringing use, at least because the included software code that practices this functionality has no use apart from infringing the '387 Patent, is distinct and separate from the rest of the software code in the operating system, and when

Highly Confidential - Outside Counsel Only

executed, only practices, and can only be used to practice, the aforementioned method claims of the '387 Patent.

3) ASUS's infringement of U.S. Patent No. 7,184,064 ("the '064 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '064 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '064 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 1, 2, 3, 5, 6, and 8 of the '064 Patent.

4) ASUS's infringement of U.S. Patent No. 7,529,806 ("the '806 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '806 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Using in the United States, without authority, the '806 Accused Products to practice, either literally or under the doctrine of equivalents, each step of the method of claims 1, 4, 5, 6, and 7 of the '806 Patent.

        ii. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '806 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 12, 13, and 15 of the '806 Patent.

Highly Confidential - Outside Counsel Only

b. ASUS's customers and other end users directly infringe the '806 Patent by using the accused functionality of the '806 Accused Products to practice each step of the method of claims 1, 4, 5, 6, and 7 of the '806 Patent, as explained in the attached appendices to these Contentions.  ASUS has had knowledge of the '806 Patent since at least November 21, 2013 when they were provided with actual notice of the patent, through communications, meetings, and presentations, and by service of the complaints and infringement contentions in this action.  As such, ASUS has had knowledge that use of the '806 Accused Products to perform the accused functionality directly infringes the '806 Patent.   ASUS indirectly infringes and continues to indirectly infringe the aforementioned method claims of the '806 Patent in violation of 35 U.S.C. § 271(b) and (c) by:

   i. Acting with the specific intent to actively induce infringement as, with knowledge of the '806 Patent and knowledge that use of the accused functionality directly infringes the '806 Patent, ASUS has offered for sale, sold and/or imported to others, including customers and other end users, the '806 Accused Products and/or software updates that include this functionality, and has provided to others instructions, user manuals, advertising, and/or marketing materials encouraging them to use this functionality and directly infringe the aforementioned method claims of the '806 Patent.  *See, e.g.*, the attached appendices.

   ii. Contributorily infringing as ASUS has offered for sale, sold, and/or imported, for use by others including customers and other end users, the '806 Accused Products and/or software updates that include the accused

Highly Confidential - Outside Counsel Only

functionality.   The '806 Accused Products and the software updates constitute a material part of the invention and ASUS has knowledge of the '806 Patent and knowledge that use of this functionality necessarily directly infringes the '806 Patent and has no use other than infringing the '806 Patent.   ASUS thus knows that the '806 Accused Products and the software updates are especially made and/or especially adapted for use in infringing the '806 Patent, at least because they include software code that was designed to practice this infringing functionality when executed. Moreover, the '806 Accused Products and the software updates are not staple articles of commerce suitable for substantial non-infringing use, at least because the included software code that practices this functionality has no use apart from infringing the '806 Patent, is distinct and separate from the rest of the software code in the operating system, and when executed, only practices, and can only be used to practice, the aforementioned method claims of the '806 Patent.

5) ASUS's infringement of U.S. Patent No. 5,910,797 ("the '797 Patent"):

   a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '797 Patent in violation of 35 U.S.C. § 271(a) by:

      i. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '797 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 1 and 6 of the '797 Patent.

Highly Confidential - Outside Counsel Only

6) ASUS's infringement of U.S. Patent No. 6,522,695 ("the '695 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '695 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '695 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 14, 15, and 17 of the '695 Patent.

7) ASUS's infringement of U.S. Patent No. RE44,006 ("the '006 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '006 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '006 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claim 1 of the '006 Patent.

8) ASUS's infringement of U.S. Patent No. 8,543,819 ("the '819 Patent"):

    a. As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '819 Patent in violation of 35 U.S.C. § 271(a) by:

        i. Using in the United States, without authority, the '819 Accused Products to practice, either literally or under the doctrine of equivalents, each step

Highly Confidential - Outside Counsel Only

of the method of claims 1, 6, 8, and 9 of the '819 Patent.

    ii.  Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '819 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 10 and 11 of the '819 Patent.

b.  ASUS's customers and other end users directly infringe the '819 Patent by using the accused functionality of the '819 Accused Products to practice each step of the method of claims 1, 6, 8, and 9 of the '819 Patent, as explained in the attached appendices to these Contentions.  ASUS has had knowledge of the '819 Patent since at least November 19, 2015 when they were provided with actual notice of the patent and by service of the complaints and infringement contentions in this action.  As such, ASUS has had knowledge that use of the '819 Accused Products to perform the accused functionality directly infringes the '819 Patent.  ASUS indirectly infringes and continues to indirectly infringe the aforementioned method claims of the '819 Patent in violation of 35 U.S.C. § 271(b) and (c) by:

    i.  Acting with the specific intent to actively induce infringement as, with knowledge of the '819 Patent and knowledge that use of the accused functionality directly infringes the '819 Patent, ASUS has offered for sale, sold and/or imported to others, including customers and other end users, the '819 Accused Products and/or software updates that include this functionality, and has provided to others instructions, user manuals, advertising, and/or marketing materials encouraging them to use this

Highly Confidential - Outside Counsel Only

functionality and directly infringe the aforementioned method claims of the '819 Patent. *See, e.g.*, the attached appendices.

    ii.  Contributorily infringing as ASUS has offered for sale, sold, and/or imported, for use by others including customers and other end users, the '819 Accused Products and/or software updates that include the accused functionality.   The '819 Accused Products and the software updates constitute a material part of the invention and ASUS has knowledge of the '819 Patent and knowledge that use of this functionality necessarily directly infringes the '819 Patent and has no use other than infringing the '819 Patent.   ASUS thus knows that the '819 Accused Products and the software updates are especially made and/or especially adapted for use in infringing the '819 Patent, at least because they include software code that was designed to practice this infringing functionality when executed. Moreover, the '819 Accused Products and the software updates are not staple articles of commerce suitable for substantial non-infringing use, at least because the included software code that practices this functionality has no use apart from infringing the '819 Patent, is distinct and separate from the rest of the software code in the operating system, and when executed, only practices, and can only be used to practice, the aforementioned method claims of the '819 Patent.

9) ASUS's infringement of U.S. Patent No. 9,436,809 ("the '809 Patent"):

    a.  As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '809 Patent in violation of 35

13

U.S.C. § 271(a) by:

    i.  Using in the United States, without authority, the '809 Accused Products to practice, either literally or under the doctrine of equivalents, each step of the method of claims 34, 35, 36, 37, 41, 43, 46, 55, 56, 58, 59, and 60 of the '809 Patent.

    ii.  Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '809 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 1, 2, 3, 4, 6, 9, 11, 14, 49, 50, 52, 53, and 54 of the '809 Patent.

b.  ASUS's customers and other end users directly infringe the '809 Patent by using the accused functionality of the '809 Accused Products to practice each step of the method of claims 34, 35, 36, 37, 41, 43, 46, 55, 56, 58, 59, and 60 of the '809 Patent, as explained in the attached appendices to these Contentions.  ASUS has had knowledge of the '809 patent since at least November 1, 2016 when they were provided with actual notice of the patent and by service of the complaints and infringement contentions in this action.  ASUS indirectly infringes and continues to indirectly infringe the aforementioned method claims of the '809 Patent in violation of 35 U.S.C. § 271(b) and (c) by:

    i.  Acting with the specific intent to actively induce infringement as, with knowledge of the '809 Patent and knowledge that use of the accused functionality directly infringes the '809 Patent, ASUS has offered for sale, sold and/or imported to others, including customers and other end users,

14

Highly Confidential - Outside Counsel Only

the '809 Accused Products and/or software updates that include this functionality, and has provided to others instructions, user manuals, advertising, and/or marketing materials encouraging them to use this functionality and directly infringe the aforementioned method claims of the '809 Patent. *See, e.g.*, the attached appendices.

ii. Contributorily infringing as ASUS has offered for sale, sold, and/or imported, for use by others including customers and other end users, the '809 Accused Products and/or software updates that include the accused functionality. The '809 Accused Products and the software updates constitute a material part of the invention and ASUS has knowledge of the '809 Patent and knowledge that use of this functionality necessarily directly infringes the '809 Patent and has no use other than infringing the '809 Patent. ASUS thus knows that the '809 Accused Products and the software updates are especially made and/or especially adapted for use in infringing the '809 Patent, at least because they include software code that was designed to practice this infringing functionality when executed. Moreover, the '809 Accused Products and the software updates are not staple articles of commerce suitable for substantial non-infringing use, at least because the included software code that practices this functionality has no use apart from infringing the '809 Patent, is distinct and separate from the rest of the software code in the operating system, and when executed, only practices, and can only be used to practice, the aforementioned method claims of the '809 Patent.

15

10) ASUS's infringement of U.S. Patent No. 6,772,114 ("the '114 Patent"):

    a.  As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '114 Patent in violation of 35 U.S.C. § 271(a) by:

        i.  Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '114 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claim 20 of the '114 Patent.

11) ASUS's infringement of U.S. Patent No. RE43,564 ("the '564 Patent"):

    a.  As explained in the attached appendices to these Contentions, ASUS directly infringes and continues to directly infringe the '564 Patent in violation of 35 U.S.C. § 271(a) by:

        i.  Making, having made, using, selling and/or offering to sell within the United States, and/or importing into the United States, without authority, the '564 Accused Products that embody, either literally or under the doctrine of equivalents, each element of claims 1, 2, 3, 4, 5, and 7 of the '564 Patent.

Highly Confidential - Outside Counsel Only

Dated: September 29, 2017          MCCARTER & ENGLISH, LLP

                                   */s/ Jonathan M. Sharret*
Of Counsel:                        Michael P. Kelly (#2295)
                                   Daniel M. Silver (#4758)
Michael P. Sandonato               Benjamin A. Smyth (#5528)
John D. Carlin                     Renaissance Centre
Christopher M. Gerson              405 N. King Street, 8th Floor
Jonathan M. Sharret               Wilmington, Delaware 19801
Daniel A. Apgar                    (302) 984-6300
Robert S. Pickens                  mkelly@mccarter.com
Sean M. McCarthy                   dsilver@mccarter.com
Jaime F. Cardenas-Navia            bsmyth@mccarter.com
Joyce L. Nadipuram
FITZPATRICK, CELLA,               *Attorneys for Plaintiffs*
HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-
3800
Tel: (212) 218-2100
Fax: (212) 218-2200
msandonato@fchs.com
jcarlin@fchs.com
cgerson@fchs.com
jsharret@fchs.com
dapgar@fchs.com
rpickens@fchs.com
smccarthy@fchs.com
jcardenas-navia@fchs.com
jnadipuram@fchs.com

Highly Confidential - Outside Counsel Only

# APPENDIX A

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

<table>
<tr><td colspan="2" align="center"><strong>U.S. Patent No. RE44,913</strong></td></tr>
<tr><td align="center"><strong>Claim 1</strong></td><td align="center"><strong>Contention</strong></td></tr>
<tr>
<td>[1a] A method for inputting a character to a device,</td>
<td>

<u>**'913 Android Accused Products:**</u>

The '913 Android Accused Products are ASUS products[1] that run the Android Operating System and were preloaded with, or otherwise upgraded to, Android 2.1 or higher.  *See, e.g.,* Appendix AC.

Presence of each claim element in the '913 Android Accused Products is illustrated by the analysis of relevant source code in the attached ASUS Source Code Appendix A to these Contentions ("ASUS Source Code Appendix A").

The '913 Android Accused Products include:

<u>'913 Android Honeycomb Accused Products</u>: ASUS products which were preloaded with, or otherwise upgraded to, Android 3.0 through Android 3.2.

Unless otherwise specified, Philips' investigation to date has not revealed any relevant material differences between these products and the other '913 Android Accused Products discussed herein.  *See, e.g.*, ASUS Source Code Appendix A.

<u>'913 Android Ice Cream Sandwich Accused Products</u>: ASUS products

</td>
</tr>
</table>

---

[1] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by ASUS on or after the earliest date for which Philips is entitled to recover damages.

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | which were preloaded with, or otherwise upgraded to, Android 4.0. |
| | Unless otherwise specified, Philips' investigation to date has not revealed any relevant material differences between these products and the other '913 Android Accused Products discussed herein. *See, e.g.*, ASUS Source Code Appendix A. |
| | '913 Android Jelly Bean Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3. |
| | Contentions for these products are described with respect to the ASUS Nexus 7 (2012 and 2013 versions), which are representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '913 Android Jelly Bean Accused Products has not revealed any material differences between the Nexus 7 (2012 and 2013 versions) and the other Android Jelly Bean Accused Products. *See, e.g.*, ASUS Source Code Appendix A. |
| | '913 Android KitKat Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 4.4. |
| | Contentions for these products are described with respect to the ASUS PadFone X, which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.4. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '913 Android KitKat Accused Products has not revealed any material differences between the PadFone X and the other Android KitKat Accused Products. *See, e.g.*, ASUS Source Code Appendix A. |
| | '913 Android Lollipop Accused Products: ASUS products which were |

2

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | preloaded with, or otherwise upgraded to, Android 5.0 through Android 5.1.

Contentions for these products are described with respect to the ASUS Zenfone 2E, which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 5.1. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '913 Android Lollipop Accused Products has not revealed any material differences between the ASUS Zenfone 2E and the other Android Lollipop Accused Products. *See, e.g.*, ASUS Source Code Appendix A.


'913 Android Marshmallow Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 6.0.

Contentions for these products are described with respect to the ASUS ZenPad 8.0 Z380M, which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 6.0. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '913 Android Marshmallow Accused Products has not revealed any material differences between the ASUS ZenPad 8.0 Z380M and the other Android Marshmallow Accused Products. *See, e.g.*, ASUS Source Code Appendix A.


The "'913 Android Representative Products" are thus: Transformer TF300, Nexus 7 (2012 and 2013 versions), PadFone X, Zenfone 2E, and ZenPad 8.0 Z380M. Device information for the representative products may be found in Appendix AC.


Presence of each claim element in the '913 Android Accused Products is further illustrated by the below screen shots taken of the ASUS ZenPad 8.0 Z380CX and in the following videos: PHILIPS-V00030001 |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | through PHILIPS-V00030016 ("'913 Android Videos").<br><br>* * *<br><br>As explained further below, each of the '913 Android Accused Products performs a method for inputting a character to the device. Each '913 Android Accused Product includes at least one virtual keyboard that allows inputting a character to the '913 Android Accused Products. |
| [1b] the device including a keypad,<br><br>the keypad including a plurality of keys, | The Court construed the term "keypad" "in accordance with its plain and ordinary meaning." *See* Order Construing the Terms of U.S. Patent Nos. RE44,913, 6,690,387, 7,184,064, 7,529,806, 5,910,797, 6,522,695, 8,543,819, 9,436,809, 6,772,114, RE43,564 (D.I. 241) ("Markman Order") at 3.<br><br>**<u>'913 Android Accused Products:</u>**<br>Each '913 Android Accused Product includes at least one virtual keyboard with a plurality of keys. *See, e.g.,* ASUS Source Code Appendix A at 1b; *See also* the '913 Android Videos.<br><br>Presence of this claim element in the '913 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 Z380CX. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**



| | |
|---|---|
| [1c] at least one of the keys has a primary character, a plurality of secondary characters and an associated display area, | The Court construed the term "display area" to mean "region of an electronic screen." *See* Markman Order at 3.<br><br>**'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes at least one virtual keyboard with a plurality of keys.  At least one of the keys has a |

Highly Confidential - Outside Counsel Only

Second Amended Infringement Contentions: U.S. Patent No. RE44,913

| | |
|---|---|
| | primary character, a plurality of secondary characters, and an associated display area. *See, e.g.,* ASUS Source Code Appendix A at 1c.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard that includes a key whose primary character is 'a'. This key is referred to herein as the "'a' key." *See infra* at 1d.<br><br>The 'a' key has a plurality of secondary characters.  As explained further below, the 'a' key has secondary characters such as à, á, â, ä, æ, ã, å, and/or ā. *See infra* at 1g.<br><br>The 'a' key has an associated display area.  As explained further below, the 'a' key has a region of the electronic screen associated with it in which the 'a' key's primary character is displayed.  *See infra* at 1d. |
| [1d] the keypad in a default state displaying the primary character associated with the at least one key in the associated display area, the method comprising acts of: | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes at least one virtual keyboard such that when the virtual keyboard is in a default state in which none of its keys are being pressed, the primary character that is associated with the at least one key is displayed in the key's associated display area. *See, e.g.,* ASUS Source Code Appendix A at 1d.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where, in the default state, the primary character 'a' that is associated with the 'a' key is displayed in the 'a' key's associated display area. *See, e.g.*, the '913 Android Videos. |

6

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

Presence of this claim element in the '913 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 Z380CX, in which the device's keypad is in a default state and the 'a' key's primary character ('a') is displayed in the 'a' key's associated display area (outlined in red).  *See also* the '913 Android Videos.



7

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| [1e] in the default state,<br><br>returning the primary character as an input character in response to selection of the at least one key for a period shorter than a predetermined time period; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes at least one virtual keyboard such that when the virtual keyboard is in the default state, when the at least one key is selected by being pressed and then released (for less than a predetermined time period), the primary character for the key is returned as an input character.  *See, e.g.,* ASUS Source Code Appendix A at 1e.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where, in the default state, when the 'a' key is selected by being pressed and then released (e.g., selected without a long press), the primary character 'a' is returned as an input character (*e.g.*, 'a' is entered into a text field).  *See, e.g.*, the '913 Android Videos.<br><br>Presence of this claim element in the '913 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 Z380CX. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | <br><br>*See also* the '913 Android Videos. |
| [1f] switching to a second state after detecting a first key selection of the at least one key for a period longer than the predetermined time period; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product switches to a second state after detecting a first key selection in which the at least one key is pressed and held (for longer than a predetermined time period).  *See, e.g.,* ASUS Source Code Appendix A at 1f. |

9

Second Amended Infringement Contentions: U.S. Patent No. RE44,913

| | |
|---|---|
| | As one example, each of the '913 Android Accused Products has a virtual keyboard where the default state is switched to a second state after detecting a first key selection in which the 'a' key is being pressed and held (e.g., selected with a long press).<br><br>The second state is described further below.  *See infra* at 1g, 1h, and 1i. |
| [1g] in the second state<br><br>displaying each of the secondary characters associated with the first selected key in a respective display area; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product, when in the second state, displays each of the secondary characters associated with the first selected key in a respective display area.  *See, e.g.,* ASUS Source Code Appendix A at 1g.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where, in the second state, each of the secondary characters associated with the first selected 'a' key (*e.g.*, ã, å, ā, ą, ă, a, à, á, â, ä, and  æ) is displayed in a respective display area. *See, e.g.*, the '913 Android Videos. *See, e.g.*, the '913 Android Videos.<br><br>Presence of this claim element in the '913 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 Z380CX in which each of the secondary characters associated with the first selected 'a' key (ã, å, ā, ą, ă, a, à, á, â, ä, and  æ) is displayed in a respective display area (outlined in blue).  *See also* the '913 Android Videos. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**



| | |
|---|---|
| [1h] detecting a second key selection; | **'913 Android Accused Products:** |
| selecting for the input character the secondary character associated with the second key selection; and | Each '913 Android Accused Product includes at least one virtual keyboard such that when the virtual keyboard is in the second state, a second key selection is detected and the secondary character associated with the second key selection is selected as an input character. *See, e.g.,* |

11

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | ASUS Source Code Appendix A at 1h.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where, in the second state, a second key selection (*e.g.*, by sliding from the key associated with the primary character, the 'a' key, to the key associated with the secondary character, the 'á' key, and releasing) is detected.  The secondary character associated with this second key selection, the 'á' character, is then selected as the input character (*e.g.*, 'á' is entered into a text field).  *See, e.g.*, the '913 Android Videos.<br><br>Presence of this claim element in the '913 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 Z380CX. |

12

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | <br><br>*See also* the '913 Android Videos. |
| [1i] returning the keypad to the default state. | **<u>'913 Android Accused Products:</u>**<br><br>Each '913 Android Accused Product, from the second state, returns the virtual keyboard to the default state. *See, e.g.,* ASUS Source Code Appendix A at 1i.<br><br>As one example, each of the '913 Android Accused Products has a |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

|  | virtual keyboard where, after the 'á' key is selected, the virtual keyboard is returned to the default state. |
|---|---|

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
|---|---|
| **Claim 3** | **Contention** |
| [3a] A computer program product stored on a computer readable non-transitory medium that when run on a device for receiving character input | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product is a device for receiving character input.  Each '913 Android Accused Product has a computer program (*e.g.*, Android operating system) stored in its memory that runs on the device to perform the functionality described below.  *See, e.g.,* Appendix AC.<br><br>*See supra* at 1a. |
| [3b] including a keypad,<br><br>the keypad including a plurality of keys, | **'913 Android Accused Products:**<br>*See supra* at 1b. |
| [3c] at least one of the keys having a primary character, a plurality of secondary characters and an associated display area, | **'913 Android Accused Products:**<br>*See supra* at 1c. |
| [3d] the keypad in a default state displaying the primary character associated with the at least one key in the associated display area, performs acts of: | **'913 Android Accused Products:**<br>*See supra* at 1d. |
| [3e] in the default state,<br><br>returning the primary character as an input character in | **'913 Android Accused Products:**<br>*See supra* at 1e. |

15

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| response to selection of the at least one key for a period shorter than a predetermined time period; | |
| [3f] switching to a second state after detecting a first key selection of the at least one key for a period longer than the predetermined time period; | **'913 Android Accused Products:**<br>*See supra* at 1f. |
| [3g] in the second state,<br><br>displaying each of the secondary characters associated with the first selected key in a respective display area; | **'913 Android Accused Products:**<br>*See supra* at 1g. |
| [3h] detecting a second key selection;<br><br>selecting for the input character the secondary character associated with the second key selection; and | **'913 Android Accused Products:**<br>*See supra* at 1h. |
| [3i] returning the keypad to the default state. | **'913 Android Accused Products:**<br>*See supra* at 1i. |

16

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
|---|---|
| **Claim 4** | **Contention** |
| [4a] A device for receiving character input, comprising: | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product is a device for receiving character input, which has the following elements as described below.<br><br>*See supra* at 1a. |
| [4b] a keypad having a plurality of keys, | **'913 Android Accused Products:**<br>*See supra* at 1b. |
| [4c] at least one of which keys has a primary character, a plurality of secondary characters and an associated display area: | **'913 Android Accused Products:**<br>*See supra* at 1c. |
| [4d] means for displaying in a default state the primary character associated with the at least one key in the associated display area; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor.  *See, e.g.,* Appendix AC.  The touchscreen and microprocessor running a computer program stored on a readable memory device display in a default state the primary character associated with the at least one key in the associated display area.<br><br>*See supra* at 1d. |

17

Second Amended Infringement Contentions: U.S. Patent No. RE44,913

| | |
|---|---|
| [4e] in the default state,<br><br>means for returning the primary character as an input character in response to selection of the at least one key for a period shorter than a predetermined time period; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device, in the default state, return the primary character as an input character in response to selection of the at least one key for a period shorter than a predetermined time period.<br><br>*See supra* at 1e. |
| [4f] means for switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period; | The Court construed the term "means for switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period" pursuant to 35 U.S.C § 112, ¶ 6.<br><br>The claimed function is: "switching to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period."<br><br>The corresponding structure is: "a touchscreen and either: (1) a microprocessor in conjunction with a computer readable storage medium running a computer program to perform the function, such as the algorithm disclosed at 4:45-6:6, Figures 4, 5; or (2) dedicated logic circuits, PICmicro chips, or application specific integrated circuits (ASIC) that work with or without such a computer program to perform the function, such as the algorithm disclosed at 4:45-6:6, Figures 4, 5." *See* Markman Order at 4. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device switch to a second state responsive to a first key selection of the at least one key for a period longer than the predetermined time period.<br><br>*See supra* at 1f. |
| [4g] in the second state,<br><br>means displaying each of the secondary characters associated with the selected key in a respective display area; | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device, in the second state, display each of the secondary characters associated with the selected key in a respective display area.<br><br>*See supra* at 1g. |
| [4h] means responsive to a second key selection for selecting as the input character the secondary character associated with the second key selection; and | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device select as the input character the secondary character associated with the second key selection.<br><br>*See supra* at 1h. |

19

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| | |
|---|---|
| [4i] means for returning the keypad to the default state. | The Court construed the term "means for returning -the keypad to the default state" pursuant to 35 U.S.C. § 112, ¶ 6.<br><br>The claimed function is: "returning the keypad to the default state."<br><br>The corresponding structure is: "a touch screen and either: (1) a microprocessor in conjunction with a computer readable storage medium running a computer program to perform the function, such as the algorithm disclosed at 4:45-5:14, 5:48-67, Figure 5; or (2) dedicated logic circuits, PICmicro chips, or application specific integrated circuits (ASIC) that work with or without such a computer program to perform the function, such as the algorithm disclosed at 4:45-5:15, 5:47-67, Figure 5." *See* Markman Order at 4-5.<br><br>**'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. *See, e.g.,* Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device, in the second state, return the keypad to the default state.<br><br>*See supra* at 1i. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
|---|---|
| **Claim 5** | **Contention** |
| [5] The device as claimed in claim 4, further comprising a touchscreen on which the keypad is displayed and wherein the display area associated with the at least one key comprises a respective portion of the touchscreen. | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen on which the virtual keyboard is displayed. *See, e.g.,* Appendix AC. The display area associated with the at least one key comprises a respective portion of the touchscreen.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where, the display area associated with the 'a' key comprises a respective portion of the touchscreen.<br><br>*See supra* at 1d; *see also supra* at 4a-4i. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

<table>
<tr>
<td colspan="2" align="center"><b>U.S. Patent No. RE44,913</b></td>
</tr>
<tr>
<td align="center"><b>Claim 8</b></td>
<td align="center"><b>Contention</b></td>
</tr>
<tr>
<td>[8] The device as claimed in claim 4, wherein the means for switching to a second state comprises a means for detecting a sliding across the keypad from the first key selection to the second key selection.</td>
<td><b><u>'913 Android Accused Products:</u></b><br><br>Each '913 Android Accused Product includes a touchscreen and a microprocessor. <i>See, e.g.,</i> Appendix AC. The touchscreen and microprocessor running a computer program stored on a readable memory device detect a sliding across the keypad from the first selection (the key associated with the primary character) to the second key selection (the key associated with the secondary character).<br><br><i>See supra</i> at 1h; <i>see also supra</i> at 4a-4i.</td>
</tr>
</table>

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
| --- | --- |
| **Claim 9** | **Contention** |
| [9] The method as claimed in claim 1, the device further including a touchscreen, the method comprising an act of displaying the keypad and the at least one key on the touchscreen. | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen on which the virtual keyboard is displayed. *See, e.g.,* Appendix AC. The at least one key is displayed on the touchscreen.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where the 'a' key is displayed on the touchscreen.<br><br>*See supra* at 1d; *see also supra* at 1a-1i. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
|---|---|
| **Claim 12** | **Contention** |
| [12] The method according to claim 1, wherein the act of detecting the second key selection comprises an act of detecting a sliding across the keypad from the first key selection to the second key selection. | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product detects the second key selection by detecting a sliding across the virtual keyboard from the first selection (the key associated with the primary character) to the second key selection (the key associated with the secondary character).<br><br>*See supra* at 1h; *see also supra* at 1a-1i. |

24

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

| U.S. Patent No. RE44,913 | |
|---|---|
| **Claim 13** | **Contention** |
| [13] The computer program product as claimed in claim 3, the device further including a touchscreen, the method comprising an act of displaying the keypad and the at least one key on the touchscreen. | **'913 Android Accused Products:**<br><br>Each '913 Android Accused Product includes a touchscreen on which the virtual keyboard is displayed. *See, e.g.,* Appendix AC. The at least one key is displayed on the touchscreen.<br><br>As one example, each of the '913 Android Accused Products has a virtual keyboard where the 'a' key is displayed on the touchscreen.<br><br>*See supra* at 1d; *see also supra* at 3a-3i. |

Highly Confidential - Outside Counsel Only

**Second Amended Infringement Contentions: U.S. Patent No. RE44,913**

<table>
<tr><td colspan="2" align="center"><strong>U.S. Patent No. RE44,913</strong></td></tr>
<tr><td align="center"><strong>Claim 16</strong></td><td align="center"><strong>Contention</strong></td></tr>
<tr>
<td>[16] The computer program product as claimed in claim 3, wherein the act of detecting the second key selection comprises an act of detecting a sliding across the keypad from the first key selection to the second key selection.</td>
<td>

**'913 Android Accused Products:**

Each '913 Android Accused Product detects the second key selection by detecting a sliding across the virtual keyboard from the first selection (the key associated with the primary character) to the second key selection (the key associated with the secondary character).

*See supra* at 1h; *see also supra* at 3a-3i.

</td>
</tr>
</table>

26

# APPENDIX AC

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| Product name | Device Type | Preloaded OS | Touchscreen | Processor | Memory | Grav. Sensor | Wireless Modem | HDCP Chipset | CITE | HDCP 2.X | Exemplary Notice Support |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zen AiO Pro Z240IC | All-in-one PC | Windows 10 | | | | | | | | | ASUSPH_00025678; ASUSPH_00025678; ASUSPH_00047722 |
| Zen AiO ZN240IC | All-in-one PC | Windows 10 | | | | | | | | | ASUSPH_00025680; ASUSPH_00025680; ASUSPH_00047722 |
| X550CA | Touchscreen Laptop | Windows 8 Pro, 8 | | | | | | | | | ASUSPH_00025676; ASUSPH_00025676; ASUSPH_00047722 |
| X751MA | Touchscreen Laptop | Windows 8.1 | | | | | | | | | ASUSPH_00014954; ASUSPH_00014954; ASUSPH_00047722 |
| Asus Q303 | 2-in-1 PC | Windows 10 | | | | | | | | | ASUSPH_00025639; ASUSPH_00033799; ASUSPH_00025639; ASUSPH_00047722 |
| Asus Q503 | 2-in-1 PC | Windows 10 | | | | | | | | | ASUSPH_00025641; ASUSPH_00033799; ASUSPH_00025641; ASUSPH_00047722 |
| Asus Q551 | 2-in-1 PC | Windows 8.1 (upgrade to 10) | | | | | | | | | ASUSPH_00025643; ASUSPH_00033799; ASUSPH_00025643; ASUSPH_00047722 |
| Asus Q553 | Touchscreen Laptop | Windows 8.1 | | | | | | | | | ASUSPH_00025645; ASUSPH_00033799; ASUSPH_00025645; ASUSPH_00047722 |
| Asus Zenfone 2E | Smartphone | Android 5.0 | | | | | | | | | ASUSPH_00025660; ASUSPH_00033802; ASUSPH_00025660; ASUSPH_00047722 |
| Asus T300chi | 2-in-1 PC | Windows 8.1 | | | | | | | | | ASUSPH_00014918; ASUSPH_00012514; ASUSPH_00014918; ASUSPH_00047722 |
| Asus Transformer Book Flip TP200SA | 2-in-1 PC | Windows 10 | | | | | | | | | ASUSPH_00022100; ASUSPH_00033795; ASUSPH_00022100; ASUSPH_00047722 |
| Asus Transformer Book T100 Chi | 2-in-1 PC | Windows 8.1 | | | | | | | | | ASUSPH_00014901; ASUSPH_00033799; ASUSPH_00014902; ASUSPH_00047722 |
| Asus Transformer Book T100TAM | 2-in-1 PC | Windows 8.1 Pro, 8.1, # | | | | | | | | | ASUSPH_00014911; ASUSPH_00012514; ASUSPH_00014912; ASUSPH_00047722 |
| Asus Transformer Book T200TA | 2-in-1 PC | Windows 8.1 | | | | | | | | | ASUSPH_00014915; ASUSPH_00012514; ASUSPH_00014915-16; ASUSPH_00047722 |
| Asus PadFone X | Smartphone | Android 4.4 | | | | | | | | | ASUSPH_00014898; ASUSPH_00033801; ASUSPH_00014899; ASUSPH_00047722 |
| Asus Memo Pad ME172V | Tablet | Android 4.1 | | | | | | | | | ASUSPH_00033796; PHILIPS00032508-09; ASUSPH_00033796; PHILIPS00032508-09; ASUSPH_00047722 |
| Asus Memo Pad 10 (ME102A); Asus Memo Pad 10 (ME103K) | Tablet | Android 4.2; 4.4 | | | | | | | | | ASUSPH_00014842; ASUSPH_00014843; ASUSPH_0033796; ASUSPH_00014842; ASUSPH_00047722 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | |
|---|---|---|---|
| ASUS MeMO Pad 7 (ME170C) | Tablet | Android 4.3 | ASUSPH_00014845; ASUSPH_00014846; ASUSPH_0033796; ASUSPH_00014845; ASUSPH_00047722 |
| Asus MeMO Pad 7 LTE (Model ME375CL) | Tablet | Android 4.4 | ASUSPH_00014869; ASUSPH_00014870; ASUSPH_0033796; ASUSPH_00014870; ASUSPH_00047722 |
| Asus Memo Pad 7 ME176CX | Tablet | Android 4.4 | ASUSPH_00014856; ASUSPH_00014857; ASUSPH_0033796; ASUSPH_00014856; ASUSPH_00047722 |
| Asus Memo Pad 7 ME572C | Tablet | Android 4.4 | ASUSPH_00014873; ASUSPH_00014874; ASUSPH_0033796; ASUSPH_00014873; ASUSPH_00047722 |
| Asus Memo Pad 8 ME180A | Tablet | Android 4.2 | ASUSPH_00014860; ASUSPH_00014861; ASUSPH_0033796; ASUSPH_00014860; ASUSPH_00047722 |
| Asus Memo Pad 8 ME181C | Tablet | Android 4.4 | ASUSPH_00014863; ASUSPH_00014864; ASUSPH_0033796; ASUSPH_00014863; ASUSPH_00047722 |
| Asus Memo Pad FHD10 ME302C | Tablet | Android 4.2 | ASUSPH_00014866 ; ASUSPH_00014867; ASUSPH_0033796; ASUSPH_00014866 ; ASUSPH_00047722 |
| Asus Memo Pad HD7 (Model ME173X) | Tablet | Android 4.2 | ASUSPH_00014848; ASUSPH_00014849; ASUSPH_0033796; ASUSPH_00014848; ASUSPH_00047722 |
| Asus Memo Pad Smart 10 | Tablet | Android 4.1 | ASUSPH_00014881; ASUSPH_00014882; ASUSPH_0033796; ASUSPH_00014881; ASUSPH_00047722 |
| Asus Transformer AiO P1801 | All-in-one PC | Windows 8 | ASUSPH_00014891; ASUSPH_00014893; ASUSPH_00014892; ASUSPH_00047722 |
| Asus Transformer Pad TF103C | Tablet | Android 4.4 | ASUSPH_00014921; ASUSPH_00014922; ASUSPH_0033796; ASUSPH_00014921; ASUSPH_00047722 |
| Asus Transformer Pad TF300T | Tablet | Android 4.0; 4.2 | ASUSPH_0014925; ASUSPH_0014926; ASUSPH_0033796; ASUSPH_0014925; ASUSPH_00047722 |
| Asus VivoTab (VivoTab RT) | Tablet | Windows RT | ASUSPH_00014947; ASUSPH_00014948; ASUSPH_00014947; ASUSPH_00047722 |
| Asus VivoTab 8 | Tablet | Windows 8.1 | ASUSPH_00014838; ASUSPH_00014839; ASUSPH_0033796; ASUSPH_00014838; ASUSPH_00047722 |
| Asus VivoTab Note 8 (model M80TA) | Tablet | Windows 8.1 | ASUSPH_00014835; ASUSPH_00014836; ASUSPH_0033798; ASUSPH_00014835; ASUSPH_00047722 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| Asus VivoTab Smart | Tablet | Windows 8 | | ASUSPH_00014951; ASUSPH_00014952; ASUSPH_0033796; ASUSPH_00014951; ASUSPH_00047722 |
| Asus Zenfone 2 Deluxe ZE551ML; Asus Zenfone 2 Deluxe Special Edition | Smartphone | Android 5.0 | | ASUSPH_00025653; ASUSPH_00025654; ASUSPH_00033802; ASUSPH_00025653; ASUSPH_00047722 |
| Asus Zenfone 2 Laser ZE551KL | Smartphone | Android 5.0 | | ASUSPH_00025655; ASUSPH_00025656; ASUSPH_00033802; ASUSPH_00025655; ASUSPH_00047722 |
| Asus ZenPad 10 Z300CL | Tablet | Android 5.0 | | ASUSPH_00025668; ASUSPH_00025668; ASUSPH_00007550; ASUSPH_00025668; ASUSPH_00047722 |
| Asus ZenPad 10 Z300M | Tablet | Android 6.0 | | ASUSPH_00025670; ASUSPH_00025670; ASUSPH_00007550; ASUSPH_00025670; ASUSPH_00047722 |
| Asus ZenPad 8.0 Z380C | Tablet | Android 5.0 | | ASUSPH_00025664; ASUSPH_00025664; ASUSPH_00033803; ASUSPH_00025664; ASUSPH_00047722 |
| Asus ZenPad 8.0 Z380CX | Tablet | Android 5.0 | | ASUSPH_00022104; ASUSPH_00022104; ASUSPH_00033803; ASUSPH_00022104; ASUSPH_00047722 |
| Asus ZenPad 8.0 Z380M | Tablet | Android 6.0 | | ASUSPH_00025666; ASUSPH_00025666; ASUSPH_00033803; ASUSPH_00025666; ASUSPH_00047722 |
| Asus ZenPad C 7.0 (Model Z170C) | Tablet | Android 5.0 | | ASUSPH_00022102; ASUSPH_00022102; ASUSPH_00033803; ASUSPH_00022102; ASUSPH_00047722 |
| Asus ZenPad S 8.0 Z580C | Tablet | Android 5.0 | | ASUSPH_00025553; ASUSPH_00025553; ASUSPH_00033803; ASUSPH_00025553; ASUSPH_00047722 |
| Asus ZenPad S 8.0 Z580CA | Tablet | Android 5.0 | | ASUSPH_00022106; ASUSPH_00022106; ASUSPH_00033803; ASUSPH_00022106; ASUSPH_00047722 |
| Asus Transformer Pad TF701T | Tablet | Android 4.2 | | ASUSPH_00014929; ASUSPH_00014929; ASUSPH_00033803; ASUSPH_00014929; ASUSPH_00047722 |
| Asus Eee Pad Slider (SL101) | Tablet | Android 3.2 | | ASUSPH_0003455; ASUSPH_0003455; ASUSPH_00012483; ASUSPH_0003455; ASUSPH_00047722 |
| Asus Zenfone Zoom ZX551ML | Smartphone | Android 5.0 | | ASUSPH_00025661; ASUSPH_00033802; ASUSPH_00025661; ASUSPH_00047722 |
| Asus PadFone X mini | Smartphone | Android 4.4 | | ASUSPH_00014895; ASUSPH_00033801; ASUSPH_00014896; ASUSPH_00047722 |

| ASUS Chromebook Flip C100PA | 2-in-1 PC | Chrome OS | | ASUSPH_00033957; ASUSPH_00012531; ASUSPH_00033957; ASUSPH_00047722 |
|---|---|---|---|---|
| Asus Q302 | 2-in-1 PC | Windows 10 | | ASUSPH_00025637; ASUSPH_00033799; ASUSPH_00025637; ASUSPH_00047722 |
| Asus Transformer Book Flip TP300LA | 2-in-1 PC | Windows 8.1 | | ASUSPH_00014933; ASUSPH_00033799; ASUSPH_00014933-34; ASUSPH_00047722 |
| ASUS Eee Pad Memo 171 | Tablet | Android 3.2 | | ASUSPH_00025635; ASUSPH_00025635; ASUSPH_0033796; ASUSPH_00025635; ASUSPH_00047722 |
| Asus Google Nexus 7 (2012) | Tablet | Android 4.1 | | ASUSPH_00014884; ASUSPH_00033796; ASUSPH_00034778; ASUSPH_00047722 |
| Asus Google Nexus 7 (2013); Asus Google Nexus 7 2 Cellular with 3G/4G support; Asus Google Nexus 7 2 with no cellular network support | Tablet | Android 4.3 | | ASUSPH_00014888; ASUSPH_00033796; ASUSPH_00034774; ASUSPH_00047722 |
| Asus Q552 | 2-in-1 PC | Windows 10 | | ASUSPH_00022098; ASUSPH_00033799; ASUSPH_00022098; ASUSPH_00047722 |
| Asus Transformer Book Flip TP500LA | 2-in-1 PC | Windows 8.1, # | | ASUSPH_00014936; ASUSPH_00033799; ASUSPH_00014937; ASUSPH_00047722 |
| Asus Transformer Book Flip TP550LA | 2-in-1 PC | Windows 10 | | ASUSPH_00025647; ASUSPH_00033799; ASUSPH_00025647; ASUSPH_00047722 |
| Asus Transformer Book T100HA | 2-in-1 PC | Windows 10 | | ASUSPH_00025649; ASUSPH_00033799; ASUSPH_00025649; ASUSPH_00047722 |
| Asus Transformer Book T100TA | 2-in-1 PC | Windows 8.1 | | ASUSPH_00033800; ASUSPH_00033799; ASUSPH_00014905; ASUSPH_00047722 |
| Asus Transformer Book T100TAF | 2-in-1 PC | Windows 8.1 | | ASUSPH_00014908; ASUSPH_00033799; ASUSPH_00014909; ASUSPH_00047722 |
| ASUS ZenBook UX31LA | 2-in-1 PC | Windows 8.0 Pro, 8.0, 8.1 Pro, 8.1 | | ASUSPH_00025651; NA; ASUSPH_00025651; ASUSPH_00047722 |
| Eee PC T101MT | 2-in-1 PC | Windows 7 Home Premium, 7 Home Basic, 7 Starter | | ASUSPH_00025507; NA; ASUSPH_00025507; ASUSPH_00047722 |
| EeeTop PC ET2002 | All-in-one PC | Windows Vista Home Premium (Win 7 Upgradable) | | ASUSPH_00034146; ASUSPH_00034146; ASUSPH_00047722 |
| EeeTop PC ET2002T | All-in-one PC | Windows Vista Home Premium (Win 7 Upgradable), XP Professional is available | | ASUSPH_00025509; ASUSPH_00025509; ASUSPH_00047722 |
| EeeTop PC ET2010AGT | All-in-one PC | Windows 7 Home Premium | | ASUSPH_00025511; ASUSPH_00025511; ASUSPH_00047722 |
| ET1611 PUT | All-in-one PC | Windows 7 Home Premium | | ASUSPH_00025513; ASUSPH_00025513; ASUSPH_00047722 |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| ET1612IUTS | All-in-one PC | Windows 7 Professional, 7Home Premium | | ASUSPH_00025515; ASUSPH_00025515; ASUSPH_00047722 |
| ET1620IUTT | All-in-one PC | Windows 8.1 Pro, 8.1 | | ASUSPH_00025517; ASUSPH_00025517; ASUSPH_00047722 |
| ET2013IUTI | All-in-one PC | Windows 7 Professional, 7 Home Premium | | PHILIPS00033794-95; PHILIPS00033794-95; ASUSPH_00047722 |
| ET2020AUKK | All-in-one PC | Windows 8 Pro, 8 | | ASUSPH_00025519; ASUSPH_00025519; ASUSPH_00047722 |
| ET2020IUTI | All-in-one PC | Windows 8, 7 Professional, 7 Premium | | ASUSPH_00025521; ASUSPH_00025521; ASUSPH_00047722 |
| ET2031IUK | All-in-one PC | Windows 8.1, # | | PHILIPS00033796-97; PHILIPS00033796-97; ASUSPH_00047722 |
| ET2040INK | All-in-one PC | Windows 10 | | ASUSPH_00025523; ASUSPH_00025523; ASUSPH_00047722 |
| ET2040IUK | All-in-one PC | Windows 10 | | ASUSPH_00025525; ASUSPH_00025525; ASUSPH_00047722 |
| ET2220IUTI | All-in-one PC | Windows 8 Pro, 8 | | PHILIPS00033798-99; PHILIPS00033798-99; ASUSPH_00047722 |
| ET2221AUKR | All-in-one PC | Windows 8.1 Pro, 8.1 (free upgrade to Windows 10 available) | | ASUSPH_00025527; ASUSPH_00025527; ASUSPH_00047722 |
| ET2221AUTR | All-in-one PC | Windows 8, 8 Professional, 8.1 | | ASUSPH_00034190; ASUSPH_00034190; ASUSPH_00047722 |
| ET2221IUTH | All-in-one PC | Windows 8 | | ASUSPH_00014810; ASUSPH_00014813; ASUSPH_00047722 |
| ET2230IUT | All-in-one PC | Windows 8.1 Pro, 8.1 | | ASUSPH_00025529; ASUSPH_00025529; ASUSPH_00047722 |
| ET2232IUK | All-in-one PC | Windows 8, # | | ASUSPH_00025531; ASUSPH_00025531; ASUSPH_00047722 |
| ET2300INTI | All-in-one PC | Windows 8 Pro 8, # | | ASUSPH_00025533; ASUSPH_00025533; ASUSPH_00047722 |
| ET2300IUTI | All-in-one PC | Windows 8 Pro, 8 | | ASUSPH_00025535; ASUSPH_00025535; ASUSPH_00047722 |
| ET2311INKH | All-in-one PC | Windows 8 Pro, 8 | | ASUSPH_00014814; ASUSPH_00014815; ASUSPH_00047722 |
| ET2311IUKH | All-in-one PC | Windows 8 | | ASUSPH_00025672; ASUSPH_00025672; ASUSPH_00047722 |
| ET2311IUTH | All-in-one PC | Windows 8.1, 8 Pro, 8, 8 downgrade (supports Windows 7) | | ASUSPH_00034204; ASUSPH_00034204; ASUSPH_00047722 |
| ET2322INKH | All-in-one PC | Windows 8 Pro, 8 | | PHILIPS00033800-01; PHILIPS00033800-01; ASUSPH_00047722 |
| ET2322IUKH | All-in-one PC | Windows 8, # | | ASUSPH_00025537; ASUSPH_00025537; ASUSPH_00047722 |
| ET2322IUTH | All-in-one PC | Windows 8 | | ASUSPH_00014819; ASUSPH_00014819; ASUSPH_00047722 |
| ET2324IUT | All-in-one PC | Windows 8.1 | | ASUSPH_00025539; ASUSPH_00025539; ASUSPH_00047722 |

† To date, ASUS has not provided certain requested discovery with respect to this product, including but not limited to the information requested in Philips' Interrogatory No. 1. Philips reserves its right to supplement this table after the missing discovery has been provided.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | |
|---|---|---|---|
| ET2325IUK | All-in-one PC | Windows 8.1 | ASUSPH_00025541; ASUSPH_00025541; ASUSPH_00047722 |
| ET2410IUTS | All-in-one PC | Windows 7 Home Premium | ASUSPH_00025543; ASUSPH_00025543; ASUSPH_00047722 |
| ET2411INKI | All-in-one PC | Windows 8 | ASUSPH_00025545; ASUSPH_00025545; ASUSPH_00047722 |
| ET2411IUKI | All-in-one PC | Windows 8 | ASUSPH_00014822; ASUSPH_00014823; ASUSPH_00047722 |
| ET2701INKI | All-in-one PC | Windows 8 Pro, 8, # | ASUSPH_00025547; ASUSPH_00025547; ASUSPH_00047722 |
| ET2701INTI | All-in-one PC | Windows 8, # | ASUSPH_00014826; ASUSPH_00014827; ASUSPH_00047722 |
| ET2701IUTI | All-in-one PC | Windows 8 | ASUSPH_00025549; ASUSPH_00025549; ASUSPH_00047722 |
| ET2702IGTH | All-in-one PC | Windows 8 | ASUSPH_00014830; ASUSPH_00014831; ASUSPH_00047722 |
| PT2002 | All-in-one PC | Windows 8.1 | ASUSPH_00025551; ASUSPH_00033789; ASUSPH_00025551; ASUSPH_00047722 |
| U38N | Touchscreen Laptop | Windows 8 Pro, 8 | ASUSPH_00014943; ASUSPH_00014944; ASUSPH_00047722 |
| Vivo AiO V230IC | All-in-one PC | Windows 10 | ASUSPH_00025674; ASUSPH_00025674; ASUSPH_00047722 |
| ASUS Chromebook Flip C302 | 2-in-1 PC | Chrome OS | |
| ASUS MeMO Pad 7 (ME176C) | Tablet | Android 4.4 | |
| ASUS MeMO Pad HD8 (ME180A) | Tablet | Android 4.2 | |
| ASUS ROG G752 | Touchscreen Laptop | Windows 10 Home, Windows 10 Pro | |
| ASUS Transformer 3 Pro T303UA | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | |
| ASUS Transformer Book Flip TP500LA | 2-in-1 PC | Windows 8.1 | |
| ASUS Transformer Book Flip TP550 | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | |
| ASUS Transformer Book T101HA | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | |
| ASUS Transformer Mini T102HA | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | |
| ASUS VivoBook Flip TP201SA | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | |

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

| | | | | |
|---|---|---|---|---|
| ASUS ZenBook Flip UX360CA | 2-in-1 PC | Windows 10 Home, Windows 10 Pro | | |
| ASUS ZenBook UX303UA-DH51T | Touchscreen Laptop | Windows 10 Home, Windows 10 Pro | | |
| ASUS ZenBook UX303UB | Touchscreen Laptop | Windows 10 Home, Windows 10 Pro | | |
| ASUS ZenBook UX305CA | Touchscreen Laptop | Windows 10 Home, Windows 10 Pro | | |
| ASUS ZenBook UX501VW | Touchscreen Laptop | Windows 10 home, Windows 10 Pro | | |
| ASUS ZenFone 3 Deluxe (ZS550KL) | Smartphone | Android 6.0 with ASUS ZenUI 3.0 | | |
| ASUS ZenFone 3 Deluxe (ZS70KL) | Smartphone | Android 6.0 with ASUS ZenUI 3.0 | | |
| ASUS ZenFone 3 Laser (ZC551) | Smartphone | Android 6.0 with ASUS ZenUI 3.0 | | |
| ASUS ZenFone 3 Max (ZC520TL) | Smartphone | Android 6.0 | | |
| ASUS ZenFone 3 Zoom (ZE553) | Smartphone | Android 7.0 with ASUS ZenUI 3.0 | | |
| ASUS ZenFone AR (ZS571) | Smartphone | Android 7.0 with ASUS ZenUI 3.0 | | |
| ASUS ZenPad 3S 10 (Z500M) | Tablet | Android 6.0 | | |
| ASUS ZenPad Z10 (ZT500KL) | Tablet | Android 6.0 | | |
| ASUS ZenPad Z8 (ZT581KL) | Tablet | Android 6.0 | | |
| Q304UA | Touchscreen Laptop | Windows 10 Home | | |
| Q324UA | 2-in-1 PC | Windows 10 Home | | |
| Q504UA | Touchscreen Laptop | Windows 10 Home | | |
| Q524UQ | Touchscreen Laptop | Windows 10 Home | | |
| Q534UX | Touchscreen Laptop | Windows 10 Home | | |
| TAICHI 21 | 2-in-1 PC | Windows 8 Pro, Windows 8 | | |