Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000
(602) 648-7000

Judith Jennison, Bar No. 165929
JJennison@perkinscoie.com
Christina McCullough, Bar No. 245944
CMcCullough@perkinscoie.com
Theresa H. Nguyen, Bar No. 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000
(206) 359-9000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700
(858) 720-5799

Tiffany P. Cunningham
TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
(312) 324-8400
(312)324-9400

Sarah E. Stahnke, Bar No. 264838
SStahnke@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
(650) 838-4350

*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No.: 4:18-cv-01885-HSG<br><br>**NOTICE OF APPEARANCE OF THERESA H. NGUYEN**<br><br>JURY TRIAL DEMANDED |

142044026.1

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Theresa H. Nguyen, an attorney with the firm Perkins Coie, LLP, and admitted to practice before this Court, hereby appears as counsel of record for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc. in this action (collectively "Microsoft"). Microsoft hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in this above-captioned matter be directed or served upon counsel at the address set forth below:

>   Theresa H. Nguyen
>   Perkins Coie, LLP
>   1201 Third Avenue, 49th Floor
>   Seattle, WA  98101
>   Telephone: (206) 359-8000
>   Facsimile: (206) 359-9000

Dated:  November 7, 2018                    Respectfully submitted,

                                            By */s/Theresa H. Nguyen*
                                                Theresa H. Nguyen

                                            PERKINS COIE LLP

                                            *Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*