Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KONINKLIJKE PHILIPS N.V., et al.

Plaintiff(s),

v.

HTC CORPORATION, et al.

Defendant(s).

Case No: 4:18-cv-01885

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan J. McBrayer, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HTC Corporation and HTC America, Inc. in the above-entitled action. My local co-counsel in this case is John P. Schnurer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP 1201 3rd Ave., 49th Flr., Seattle, WA 98101 | Perkins Coie LLP 11988 El Camino Real, Ste. 350, San Diego, CA |
| MY TELEPHONE # OF RECORD: (206) 359-3073 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (858) 720-5705 |
| MY EMAIL ADDRESS OF RECORD: RMcBrayer@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: JSchnurer@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 28338.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/07/18

Ryan J. McBrayer
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan J. McBrayer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE