# EXHIBIT H

# MCCARTHY EXHIBIT 41
# (Unredacted Version of Document Sought to Be Sealed)



SEAN M. MCCARTHY
SMcCarthy@FCHS.COM
212-218-2332

www.fitzpatrickcella.com

NEW YORK
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

January 16, 2018

**REFERS TO HTC'S HIGHLY
CONFIDENTIAL INFORMATION**

<u>VIA E-MAIL</u>

Ryan B. Hawkins, Esq.                    Ryan J. McBrayer, Esq.
Kevin J. Patariu, Esq.                    Jonathan Putman, Esq.
John P. Schnurer, Esq.                   PERKINS COIE LLP
PERKINS COIE LLP                         1201 Third Avenue, Suite 4900
11988 El Camino Real, Suite 350          Seattle, Washington 98101-3099
San Diego, California 92130-2594

Re:   *Koninklijke Philips N.V. et al. v. HTC Corp. et al.* (Case No. 15-1126-GMS)

Dear HTC Counsel:

I write in regards to HTC Corp.'s and HTC America, Inc.'s (collectively, "HTC") deficient discovery responses and certain outstanding disputes between the Parties.

## I.   HTC's Refusal to Provide Any Discovery on Certain Accused Products

Plaintiffs have accused **HTC's Android devices preloaded with, or updated to, Android Operating System version 2.1 or higher** of infringing at least one claim of one or more of U.S. Patent Nos. RE44,913 (the "'913 patent"); 6,690,387 (the "'387 patent"); 7,184,064 (the "'064 patent"); 7,529,806 (the "'806 patent"); 5,910,797 (the "'797 patent"); 6,522,695 (the "'695 patent"); RE44,006 (the "'006 patent"); 8,543,819 (the "'819 patent"); 9,436,809 (the "'809 patent"); 6,772,114 (the "'114 patent"); and RE43,564 (the "'564 patent") (collectively, the "Asserted Patents").

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████  █████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

January 16, 2018
Page 2

██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████.

██████████████████████████████████████████████████
████████ ██████████████████████ █████ ██████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████ █ ████████████████████
██████████████████████████████████████████████████
████████████████████████

Please immediately identify any HTC Android Device sold within the United States since 2010 that was preloaded with, or capable of being updated to, Android 2.1 or higher, and provide the requested discovery for each of these devices.  To the extent HTC continues to refuse to provide such discovery, Plaintiffs' will seek a discovery conference with the Court to compel HTC to provide such discovery.

## II.   Representative Products

Plaintiffs provided their Second Amended Infringement Contentions against the HTC Defendants on September 29, 2017 which, *inter alia*, set forth specific Representative Products and the products for which they represent.  Plaintiffs have also served certain interrogatories requesting HTC to explain why, to the extent it disagrees with Plaintiffs' Representative Product

---



-43.

January 16, 2018
Page 3

contentions, the identified Representative Product is different from the other products identified as being represented by that product, and to provide the factual basis for such allegation.



.:

- Wei Tr. at 35:23 – 37:12; 37:22 – 38:17; 54:15 – 55:12; 56:1-22; 73:4-9; 74:1-5; 89:4-16; 95:12 – 97:15; 101:10 – 102:6; 108:19 – 109:16; 110:13 – 111:1; 112:9 – 113:5; 114:24 – 115:6; 126:15 – 127:8; 182:13 – 183:15; 185:2 – 186:2; and 186:23 – 187:4.

- S. Huang Tr. at 30:4-22; 33:5-10; 34:2-35:3; 43:7-17; 49:14 – 50:2; 83:25 – 84:16; 86:19 – 87:4; 90:16-20; 91:16 – 92:24; 93:18 – 95:2; 118:22 – 119:3; 126:8-17; 130:1-24; 132:11-24; 133:2 – 134:11; 135:18 – 136:4; 138:7 – 138:22; 139:21-25; 141:7-11; 141:23 – 142:2; and 200:22 – 201:14.

- Wang Tr. at 26:2-9; 35:23 – 36:14; 40:8 – 41:16; 48:17-20; 49:4 – 50:2; 50:19 – 52:21; 53:12 – 54:18; 83:10-15; 85:5-23; 102:21 – 103:10; 105:4-15; 112:4-16; and 144:1-15.

- P. Huang Tr. at 35:24 – 36:3; 38:2-4; 40:8-10; 42:1-7; 46:22 – 47:1; 51:10 – 52:12; 106:15-19; 107:22 – 109:10; 116:19 – 117:22; 118:12 – 119:12; and 122:1-14.

- Cheng Tr. at 83:12 – 84:19; and 96:18-25.

Despite the Court's oral order instructing Defendants to provide meaningful non-infringement contentions and respond to these interrogatories, HTC has failed to do so.  *See, e.g.,* Discovery Conf. Tr. at p. 50, l. 17 – p. 51, l. 23; p. 56, l. 2 – p. 57, l. 17.

To the extent HTC will continue to dispute whether certain identified Accused Products are representative of other products, HTC should immediately supplement its responses to Interrogatory Nos. 4, 6-8, and 15, and after doing so, designate witnesses on Topics 14-24 to discuss such differences, at HTC's cost.

January 16, 2018
Page 4

### III. <u>Additional Deficiencies in HTC's Responses to Philips' Interrogatories</u>

     A.     <u>Response to Interrogatory No. 1</u>

Please immediately supplement your response to Interrogatory No. 1 to identify each Operating System version ever offered as an update or upgrade to each of the Relevant Products, as well as the date each such Operating System version became available for that Relevant Product.

January 16, 2018
Page 5

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████

Accordingly, HTC's response to Interrogatory No. 1 pursuant to Fed. R. Civ. P. 33(d) on this HDCP issue is improper, and HTC should supplement its response with a narrative response identifying (1) the interface in that Relevant Product that supports HDCP 2.x and (2) the HDCP specification supported by that interface.

B.     Response to Interrogatory No. 2

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████ █████████████████
████████████████████████████████████████████████████
███████████████████.

Please supplement your response to Interrogatory No. 2 to include the requested information for each Relevant Product, including the specific products identified above.

C.     Response to Interrogatory No. 3

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████████████

████████████████████████████████████████████████████
██████████████████████████ ██████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

Please immediately supplement your response to Interrogatory No. 3 to identify the individual(s) most knowledgeable about the topics requested by this interrogatory.

D.     Response to Interrogatory No. 9

██████████████████████████████████████████████ ███████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████ ██████████

January 16, 2018
Page 6



**IV.  HTC's Deficient Document Production**

HTC has not produced all relevant documents in response to Plaintiffs' Requests For Production, including but not limited to:

January 16, 2018
Page 7

9) ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████

██ ████████████████████████████████████████
   ████████████████████ ███████████████ ████
   ████████████████████████████

██ ████████████████████████████████████████
   ██████ ███████████████████████████████████
   ███████████████

██ ████████████████████████████████████████
   ████████████████████████████████████████
   █████████████████

13) ████████████████████████████████████████
    █████████████████████████ ███████████████
    ████████ ███████████████████████████████
    █████████████████████████████
    ███

██ ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████

† ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
███ ██ ███ ██ ████ ███ ██ ████ ████ ███ ██ ███
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████
█ ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
█████████████

January 16, 2018
Page 8



Please supplement your production accordingly, and by no later than **January 24, 2018**.

\*      \*      \*

January 16, 2018
Page 9

We would like to meet and confer on these issues on **January 19, 2018 at 2pm ET**, to determine whether and on what subjects we need to request seek a discovery conference with the Court.

Best regards,

Sean M. McCarthy