Michael P. Sandonato (*admitted pro hac vice*)
MSandonato@Venable.com
John D. Carlin (*admitted pro hac vice*)
JCarlin@Venable.com
Natalie Lieber (*admitted pro hac vice*)
NDLieber@Venable.com
Christopher M. Gerson (*admitted pro hac vice*)
CGerson@Venable.com
Jonathan M. Sharret (*admitted pro hac vice*)
JSharret@Venable.com
Daniel A. Apgar (*admitted pro hac vice*)
DApgar@Venable.com

Robert S. Pickens (*admitted pro hac vice*)
RSPickens@Venable.com
Sean M. McCarthy (*admitted pro hac vice*)
SMcCarthy@Venable.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
JFCardenas-Navia@Venable.com
Joyce L. Nadipuram (*admitted pro hac vice*)
JNadipuram@Venable.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
CNBingaman@Venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING ADDENDUM TO PROTECTIVE ORDER** |
|---|---|

1  In response to the January 23, 2018 subpoena ("Subpoena") from Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Plaintiffs"), non-party Intel Corporation ("Intel") has made available certain source code for inspection and review.  Intel has requested certain additional protections for the source code that it has made available in response to the Subpoena that parties to the above-referenced actions (individually "Action," and collectively "Actions") may review.  Plaintiffs and the defendants in the Actions, Acer America Corporation, Acer Inc., ASUSTeK Computer Inc., ASUS Computer International, HTC America, Inc., HTC Corporation, Visual Land Inc., Yifang USA Inc. (collectively "Defendants"), have Protective Orders (Dkt. No. 132 in Case No. 18-1885, Dkt. No. 115 in Case No. 18-1886, Dkt. No. 95 in Case No. 18-1887, Dkt. No. 115 in Case No. 18-1888, Dkt. No. 111 in Case No. 18-1890) in place (collectively the "Original Protective Orders").  Further, Plaintiffs and the defendants in the 18-1886 Action have agreed to an addendum to the Protective Order entered in that Action; that addendum was entered on June 7, 2017 (Dkt. No. 180 in Case No. 18-1886) ("Intel Addendum to the Original Protective Order").

The Parties hereby stipulate that each of the Original Protective Orders in Case Nos. 18-1885, 18-1887, 18-1888, and 18-1890 and the Intel Addendum to the Protective Order in Case No. 18-1886 shall be amended as follows:

25. Materials designated "INTEL CONFIDENTIAL SOURCE CODE" ("Intel's Source Code") are subject to the provisions in the Original Protective Orders governing material designated as "Highly Confidential - Source Code."  Intel's Source Code shall also be governed by the following provisions.  In the event that any of the following provisions conflicts with any provision in the Original Protective Orders, the provisions of this addendum shall prevail:

(1) Material designated "INTEL CONFIDENTIAL SOURCE CODE" may only be transported by the Receiving Party by a person authorized under Paragraph 8.a to another person authorized under Paragraphs 8.a and 8.d by hand delivery. Such

"INTEL CONFIDENTIAL SOURCE CODE" materials may not be transported or transmitted electronically over a network of any kind, including a LAN, an intranet, or the Internet absent written consent by Intel.

(2)  Intel will be provided reasonable advance written notice by a party prior to disclosure of any "INTEL CONFIDENTIAL SOURCE CODE" material by that party during any hearing or trial, or in any expert report, briefing, or pleading filed with the Court.

(3)  If any party intends to use "INTEL CONFIDENTIAL SOURCE CODE" material at trial, that party shall provide Intel reasonable advance written notice of any pre-trial meet and confer under Paragraph 17 to determine the handling of confidentiality procedures for trial for any such "INTEL CONFIDENTIAL SOURCE CODE" material. Intel, at its option, may participate in such pre-trial meet and confers.

Dated: November 15, 2018

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael Sandonato
Michael Sandonato (admitted pro hac vice)
John Carlin (admitted pro hac vice)
Christopher Gerson (admitted pro hac vice)
Natalie Lieber (admitted pro hac vice)
Jonathan M. Sharret (admitted pro hac vice)
Daniel Apgar (admitted pro hac vice)
Jaime Cardenas-Navia (admitted pro hac vice)
Sean M. McCarthy (admitted pro hac vice)
Robert Pickens (admitted pro hac vice)
Caitlyn Bingaman (admitted pro hac vice)
Joyce Nadipuram (admitted pro hac vice)
VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Kevin Hardy (*pro hac vice* pending) | /s/Aaron Maurer |
| Aaron Maurer (*pro hac vice* pending) | Matthew S. Warren (Cal. Bar No. 230565) |
| David Krinsky (*pro hac vice* pending) | Patrick M. Shields (Cal. Bar No. 204739) |
| Christopher Geyer (Cal. Bar No. 288527) | Erika H. Warren (Cal. Bar No. 230565) |
| Christopher A. Suarez (*pro hac vice* pending) | Amy M. Bailey (Cal. Bar No. 313151) |
| Kyle Thomason (*pro hac vice* pending) | WARREN LEX LLP |
| WILLIAMS & CONNOLLY LLP | 2261 Market Street, No. 606 |
| 725 Twelfth Street, N.W. | San Francisco, California, 94110 |
| Washington, District of Columbia, 20005 | +1 (415) 895-2940 |
| +1 (202) 434-5000 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5029 facsimile | 18-1885@cases.warrenlex.com |
| viceroy@wc.com | 18-1886@cases.warrenlex.com |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

| | |
|---|---|
| | Michael J. Newton |
| | (Cal Bar No. 156225) |
| Kai Tseng (Cal. Bar No. 193756) | Sang (Michael) Lee (*pro hac vice*) |
| Hsiang ("James") H. Lin (Cal. Bar No. 241472) | ALSTON & BIRD LLP |
| Craig Kaufman (Cal. Bar No. 159458) | 2828 North Harwood Street, Suite 1800 |
| TECHKNOWLEDGE LAW GROUP LLP | Dallas, Texas, 75201 |
| 100 Marine Parkway, Suite 200 | +1 (214) 922-3400 |
| Redwood Shores, California, 94065 | +1 (214) 922-3899 facsimile |
| +1 (650) 517-5200 | asus-philips@alston.com |
| +1 (650) 226-3133 facsimile | |
| acer.philips-tklgall@tklg-llp.com | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

/s/ John Schnurer
John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
Vinay Sathe (Cal. Bar No. 256146)
PERKINS COIE LLP

11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/ Christina McCullough
Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com
Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000

5
STIPULATION AND [PROPOSED] ORDER APPROVING
ADDENDUM TO PROTECTIVE ORDER
CASE NUMBER 4:18-CV-01885-HSG

Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

/s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

Michael Song (Cal. Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Ave. 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute on their behalf this Stipulation and [Proposed] Order Approving Addendum to Protective Order.

Dated:  November 15, 2018        /s/ Chris Holland
                                 Chris Holland

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                          Hon. Haywood S. Gilliam, Jr.
                          United States District Judge