# EXHIBIT 1

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED



Amy Bailey <amy@warrenlex.com>

## Google Source Code Production (Philips Matters)

**Sharret, Jonathan** <JSharret@fchs.com>                                    Thu, Mar 22, 2018 at 3:43 PM
To: "bgenderson@wc.com" <bgenderson@wc.com>, "brian@warrenlex.com" <brian@warrenlex.com>, "erika@warrenlex.com" <erika@warrenlex.com>, "fitch@warrenlex.com" <fitch@warrenlex.com>, "matt@warrenlex.com" <matt@warrenlex.com>, "patrick@warrenlex.com" <patrick@warrenlex.com>, "viceroy@matters.warrenlex.com" <viceroy@matters.warrenlex.com>, "viceroy@wc.com" <viceroy@wc.com>
Cc: #Philips Prosecution Bar <PhilipsProsecutionBar@fchs.com>, Daniel Silver <DSilver@mccarter.com>, Benjamin Smyth <bsmyth@mccarter.com>, Katie Ford <kford@mccarter.com>

Google Counsel,

I write in reference to your letter of February 15, 2018 and the source code that has been produced that is referenced in that letter.

As an initial matter, your February 15, 2018 letter states that "Also on October 19, 2017, we produced source code for Chrome Browser releases R36 through R60." Philips disagrees. Your October 17, 2017 letter (attached) indicates that <u>only</u> Chrome OS code was being produced. Accordingly, as Google did not provide any notice that Chrome Browser code was being produced, any Chrome Browser code that has been produced can only be deemed to have been made available to Philips as of February 15, 2018.

We have identified several deficiencies with the source code production which are listed below and should be rectified as soon as possible:

·   The February 15, 2018 letter states with reference to the Nexus 7 and Nexus 9 that the produced source code builds "include, among many other things, the versions of the … Google Now Launcher shipped with them." We have been unable to locate any launcher code for these Nexus devices. Please produce the code immediately or identify the file path for the relevant launchers. Further, Philips's July 2017 subpoena is not only to the Google Now Launcher on the Nexus devices, but to the "Google GMS Launcher (Google Now Launcher), which was pre-loaded on … Defendants' Accused Products" (see Document Request No. 5). Please rectify this immediately.

·   The February 15, 2018 letter states "Additionally, we produce source code for all released versions of Google Keyboard." The first version produced to us is labeled as version 5.1. Reference to earlier versions can be found online (see, e.g., https://google-keyboard.en.uptodown.com/android/old). Please produce all requested code immediately (see Document Request No. 4 of the July 2017 subpoena).

·   For the produced YouTube code, the ████████████████████████████████████████████ ████████  Please produce these immediately.

·   For YouTube version 5.10.3.5, this version's production does not contain the code that should be in the ████████████████████████████  Please rectify this immediately.

·   The JWR66Y and KOT49H builds of Android appear to be missing several top-level folders of source code, all beginning with letters towards the end of the alphabet. It appears these directories were not copied/mirrored properly when collected. Please rectify this immediately.

Additionally:

·   For the Google Play Movies code that been produced, please identify the codename and version number of each version that has been produced (the code names appear to include ████████████████████████████████████ ██████████████████████████████

·   For the produced Nexus 7 and Nexus 9 source code, please provide the release date and/or version of each release that has been produced.


Best regards,

Jonathan


**Jonathan Sharret**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2266
F 212-218-2200
jsharret@fchs.com
http://www.fitzpatrickcella.com
Bio

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.


**1.pdf**
253K