John P. Schnurer (CA Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Road, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Ryan J. McBrayer (*pro hac vice*)
Jonathan R. Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants
HTC CORP.
HTC AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG<br><br>JURY TRIAL DEMANDED<br><br>**PROOF OF SERVICE** |

I, Ryan McBrayer, declare as follows:

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the instant action. My business address is 1201 Third Avenue, Suite 4900, Seattle, WA 98101.

On November 21, 2018, I caused the document described as Declaration of Ryan McBrayer in Support of Defendants' Administrative Motion to File Under Seal Defendants' Response in Opposition to Philips' (Dkt. 558-1) and the under-seal documents discussed therein, to be transmitted by electronic mail to the individuals set forth below:

| | | |
|---|---|---|
| 1 | Michael P. Sandonato (*admitted pro hac vice*) | Robert S. Pickens (*admitted pro hac vice*) |
| 2 | MSandonato@Venable.com | RSPickens@Venable.com |
|   | John D. Carlin (*admitted pro hac vice*) | Sean M. McCarthy (*admitted pro hac vice*) |
| 3 | JCarlin@Venable.com | SMcCarthy@Venable.com |
|   | Natalie Lieber (*admitted pro hac vice*) | Jaime F. Cardenas-Navia (*admitted pro hac vice*) |
| 4 | NDLieber@Venable.com | |
|   | Christopher M. Gerson (*admitted pro hac vice*) | JFCardenas-Navia@Venable.com |
| 5 | CGerson@Venable.com | Joyce L. Nadipuram (*admitted pro hac vice*) |
|   | Jonathan M. Sharret (*admitted pro hac vice*) | JNadipuram@Venable.com |
| 6 | JSharret@Venable.com | Caitlyn N. Bingaman (*admitted pro hac vice*) |
| 7 | Daniel A. Apgar (*admitted pro hac vice*) | CNBingaman@Venable.com |
|   | DApgar@Venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

| | |
|---|---|
| Kai Tseng (Cal. Bar No. 193756) | Michael J. Newton |
| Hsiang ("James") H. Lin (Cal. Bar No. 241472) | ALSTON & BIRD LLP |
| Craig Kaufman (Cal. Bar No. 159458) | 2828 North Harwood Street, #1800 |
| TECHKNOWLEDGE LAW GROUP LLP | Dallas, Texas, 75201 |
| 100 Marine Parkway, Suite 200 | +1 (214) 922-3400 |
| Redwood Shores, California, 94065 | +1 (214) 922-3899 facsimile |
| +1 (650) 517-5200 | asus-philips@alston.com |
| +1 (650) 226-3133 facsimile | |
| acer.philips-tklgall@tklg-llp.com | |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer*
*Attorneys for Defendants Acer, Inc. and International*
*Acer America Corporation*

DECLARATION OF RYAN MCBRAYER            -2-            CASE NO. 4:18-CV-01885-HSG
ISO ADMINISTRATIVE MOTION

| | | |
|---|---|---|
|1| Kevin Hardy (*pro hac vice* pending) | Matthew S. Warren (Cal. Bar No. 230565) |
|2| Aaron Maurer (*pro hac vice* pending) | Patrick M. Shields (Cal. Bar No. 204739) |
| | David Krinsky (*pro hac vice* pending) | Erika H. Warren (Cal. Bar No. 230565) |
|3| Christopher Geyer (Cal. Bar No. 288527) | Amy M. Bailey (Cal. Bar No. 313151) |
| | Christopher A. Suarez (*pro hac vice* pending) | WARREN LEX LLP |
|4| Kyle Thomason (*pro hac vice* pending) | 2261 Market Street, No. 606 |
| | WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
|5| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
|6| Washington, District of Columbia, 20005 | +1 (415) 895-2964 facsimile |
| | +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
|7| +1 (202) 434-5029 facsimile | 18-1886@cases.warrenlex.com |
| | viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com

Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
+1 (312) 324-8400
+ (312) 324-9400 facsimile

msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc*

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  November 26, 2018.

                                                   */s/ Ryan J. McBrayer*
                                                   Ryan J. McBrayer