| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) | Robert S. Pickens (*admitted pro hac vice*) |
| MSandonato@Venable.com | RSPickens@Venable.com |
| John D. Carlin (*admitted pro hac vice*) | Sean M. McCarthy (*admitted pro hac vice*) |
| JCarlin@Venable.com | SMcCarthy@Venable.com |
| Natalie Lieber (*admitted pro hac vice*) | Jaime F. Cardenas-Navia (*admitted pro hac vice*) |
| NDLieber@Venable.com | JFCardenas-Navia@Venable.com |
| Christopher M. Gerson (*admitted pro hac vice*) | Joyce L. Nadipuram (*admitted pro hac vice*) |
| CGerson@Venable.com | JNadipuram@Venable.com |
| Jonathan M. Sharret (*admitted pro hac vice*) | Caitlyn N. Bingaman (*admitted pro hac vice*) |
| JSharret@Venable.com | CNBingaman@Venable.com |
| Daniel A. Apgar (*admitted pro hac vice*) | |
| DApgar@Venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF ROBERT S. PICKENS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 558)** |

**DECLARATION**

I, Robert S. Pickens, declare as follows:

1. I am an associate at Venable LLP, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. I submit this declaration under Civil Local Rules 79-5(d)(1)(A) and 79-5(e)(1) in support of Defendants' Administrative Motion to Seal (Dkt. No. 558) ("Administrative Motion") regarding confidential information of Philips contained within Exhibit B to the Declaration of Patrick McKeever (Dkt. No. 558-6) ("Exhibit B") in Support of Defendants' Response in Opposition to Philips' Motion for Leave to Amend its Infringement Contentions (Dkt. No. 559).

3. Exhibit B is an unredacted copy of Philips' Responses to Microsoft's Third Set of Interrogatories (Nos. 8-15), which Philips designated as "Highly Confidential – Outside Counsel Only" under the protective order governing this action (Dkt. No. 132). Select portions of that document contain proprietary information that is confidential to Philips, and Philips would suffer harm if the Court denies this portion of the Administrative Motion. Philips accordingly requests that the Court seal those portions of Exhibit B that contain discussion and excerpts of Philips' confidential business information. Specifically, Exhibit B contains sealable confidential business information of Philips regarding technology licensing, license agreements, licensing strategies, Philips' products and technologies, marketplace analyses and strategies, patent portfolio analyses, patent valuations, analyses of patent scope with respect to various standards and standards setting organizations, and financial and revenue information. Attached hereto as Exhibit 1 is a public version of Exhibit B, with Philips' confidential information redacted.

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 26, 2018 in New York, New York.

       /s/ Robert S. Pickens
       Robert S. Pickens