Michael P. Sandonato (*admitted pro hac vice*)
msandonato@fchs.com
John D. Carlin (*admitted pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (*admitted pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (*admitted pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (*admitted pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (*admitted pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (*admitted pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (*admitted pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (*admitted pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
cbingaman@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PHILIPS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; ORDER** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby respectfully request that an order be granted to remove Docket Nos. 533 and 538-5 from the ECF docket for this matter on the grounds that they were incorrectly filed publicly and not under seal.

The documents e-filed on November 1, 2018 as ECF Docket No. 533 (Declaration of Sean M. McCarthy in Support of 529 MOTION for Leave to File Philips' Amended Infringement Contentions) and Docket No. 538-5 (Redacted Version of McCarthy Declaration in Support of Philips' Motion for Leave to Amend its Infringement Contentions) inadvertently omitted certain redactions of confidential information that that was intended to be, and should have been, redacted at the time of filing.

Philips moved to seal the confidential portions of this document as stated in Philips' Administrative Motion to File Documents Under Seal (ECF Docket No. 538), and filed a sealed, unredacted version of the document in connection with that motion. Philips promptly notified the Court's Civil Case Docketing & Docket Correction, as well as the ECF Help Desk, of this filing error and understands that public access to the inadvertently filed documents has been temporarily blocked.

Philips respectfully moves the Court to remove the incorrectly filed documents permanently from the Court's public docket and ECF. Philips will file a corrected version of the documents shortly.

Dated: December 5, 2018

Respectfully submitted,

HOLLAND LAW LLP

/s/ Chris Holland
Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com

lholland@hollandlawllp.com

Michael Sandonato (admitted pro hac vice)
John Carlin (admitted pro hac vice)
Christopher Gerson (admitted pro hac vice)
Natalie Lieber (admitted pro hac vice)
Jonathan M. Sharret (admitted pro hac vice)
Daniel Apgar (admitted pro hac vice)
Jaime Cardenas-Navia (admitted pro hac vice)
Sean M. McCarthy (admitted pro hac vice)
Robert Pickens (admitted pro hac vice)
Caitlyn Bingaman (admitted pro hac vice)
Joyce Nadipuram (admitted pro hac vice)
Julian Pymento (admitted pro hac vice)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@fchs.com

*Attorneys for Plaintiffs Koninklijke Philips
N.V. and U.S. Philips Corporation*

**ORDER**

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation's Motion to Remove Incorrectly Filed Document, Docket Nos. 533 and 538-5 ("the Motion"). Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that Docket Nos. 533 and 538-5 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: December 5, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE