UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACER INC., et al.,<br><br>　　　　　Defendants. | Case No.  18-cv-01885-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 572 |

The parties submitted proposed schedules on December 14, 2019.  *See* Dkt. No. 572. Having considered the parties' proposed schedules, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Close of Fact Discovery | January 4, 2019 |
| Opening Expert Reports | March 14, 2019 |
| Rebuttal Expert Reports | May 16, 2019 |
| Close of Expert Discovery | June 28, 2019 |
| Dispositive and Daubert Motions | July 25, 2019 |
| Oppositions to Dispositive and Daubert Motions | August 22, 2019 |
| Reply Briefs in Support of Dispositive and Daubert Motions | September 12, 2019 |
| Dispositive and Daubert Motion Hearing | October 10, 2019 at 2:00 p.m. |
| **Microsoft Case Only** (Case No. 18-1889): Last Day to Meet and Confer re: settlement, joint pretrial filings, and narrowing issues for trial | January 7, 2020 |
| **Microsoft Case Only** (Case No. 18-1889): Exhibit Sets Exchange (Each party serves every other party one set of proposed exhibits, charts, schedules, summaries, diagrams, and other documents to be used in case-in-chief (not including | January 7, 2020 |

| | |
|---|---|
| demonstratives)) | |
| **Microsoft Case Only** (Case No. 18-1889): Witness List Exchange (names and brief description of subject matter of testimony – casein-chief only) Deposition/Interrogatory/RFA Designation Exchange (case-in-chief only) | January 7, 2020 |
| **Microsoft Case Only** (Case No. 18-1889): Motions in Limine | January 14, 2020 |
| **Microsoft Case Only** (Case No. 18-1889): File Joint Pretrial Statement, Jury Instructions, voir dire questions, verdict forms, statement of case, trial briefs, and oppositions to Motion in Limine | January 21, 2020 |
| **Microsoft Case Only** (Case No. 18-1889): Final Pretrial Conference | February 11, 2020 at 3:00 p.m. |
| **Microsoft Case Only** (Case No. 18-1889): 20 day Jury Trial | February 24, 2020 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

The Court additionally reviewed the parties' letter briefs regarding case narrowing. Dkt. Nos. 516, 517. The Court does not order any case narrowing at this time.

**IT IS SO ORDERED.**

Dated: 12/18/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge