Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jfcardenas-navia@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jlnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF THIRD-PARTY CONFIDENTIAL INFORMATION** |

# **STIPULATION**

The parties in the above-captioned cases ("the Parties") hereby stipulate and agree as follows:

WHEREAS, on February 23, 2017, the U.S. District Court for the District of Delaware entered the Stipulated Protective Order ("the Protective Order," attached as Exhibit A) in the above-captioned cases ("the Philips Cases") before those cases were transferred to this District on March 27, 2018;

WHEREAS Philips has represented to Defendants that it possesses non-privileged documents that are responsive to the Defendants' document requests, but that are subject to confidentiality obligations to third parties that have not yet been resolved; and Microsoft has represented to Philips that it possesses non-privileged documents that are responsive to Philips' document requests, but that are subject to confidentiality obligations to third parties that have not yet been resolved;

WHEREAS, the Parties wish: to establish a protocol in the Philips Cases regarding the production of third-party confidential information and/or documents ("Third-Party Confidential Information") under the producing party's possession, custody, or control or otherwise subject to discovery, but not otherwise subject to objection other than on the basis of third-party confidentiality;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that the following protocol shall govern the production of Third-Party Confidential Information by a party ("the Producing Party") in the Philips Cases:

1. For Third-Party Confidential Information currently in the Producing Party's possession, custody, or control that is within the valid scope of a discovery request and that the Producing Party does not otherwise object to producing on a basis or bases other than third-party confidentiality, the Producing Party shall within fourteen (14) days of the Court's entry of this stipulation notify the relevant third-party in writing that it intends to produce the Third-Party Confidential Information to one or more parties, as applicable, in the Philips Cases under the Protective Order unless the third-party moves this Court within fourteen (14) days ("the Fourteen-Day Period") of the notice for a protective order or other relief regarding production of the Third-Party

Confidential Information, and the Producing Party shall provide the third-party with a copy of the Protective Order;

2. For any other Third-Party Confidential Information that is within the valid scope of a discovery request and that the Producing Party does not otherwise object to producing on a basis or bases other than third-party confidentiality, the Producing Party shall before the close of fact discovery, and to the extent required by the Federal Rules of Civil Procedure or any other relevant rules in force, at appropriate times after the close of fact discovery, notify the relevant third-party regarding production of that Third-Party Confidential Information according to the protocol set forth in Paragraph 1 above. The notification must occur within fourteen (14) days of receipt or collection of such Third-Party Confidential Information by the Producing Party's outside counsel. The parties will make good faith efforts to collect all such Third-Party Confidential Information that is in their respective client's possession before the close of fact discovery.

3. If the third-party does not move the Court for a protective order or other relief within the Fourteen-Day Period, the Producing Party shall, within seven (7) days thereafter, produce the Third-Party Confidential Information to the one or more parties pursuant to the terms and conditions of the Protective Order and bearing the "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" designation set forth in the Protective Order;

4. If the third party does move the Court for a protective order or other relief, the Producing Party shall await the Court's ruling on that motion, and shall proceed according to that ruling; and

5. Any party wishing to object, oppose, and/or otherwise respond to that third-party motion shall do so in accordance with the Civil Local Rules of this Court, unless ordered otherwise.

Dated: December 10, 2018

VENABLE LLP

/s/ Michael P. Sandonato
Michael P. Sandonato (*admitted pro hac vice*)
John D. Carlin (*admitted pro hac vice*)
Natalie Lieber (*admitted pro hac vice*)
Christopher M. Gerson (*admitted pro hac vice*)
Jonathan M. Sharret (*admitted pro hac vice*)
Daniel A. Apgar (*admitted pro hac vice*)
Robert S. Pickens (*admitted pro hac vice*)
Sean M. McCarthy (*admitted pro hac vice*)
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
Joyce L. Nadipuram (*admitted pro hac vice*)
Caitlyn N. Bingaman (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100
msandonato@venable.com
jcarlin@venable.com
nlieber@venable.com
cgerson@venable.com
jsharret@venable.com
dapgar@venable.com
rspickens@venable.com
smccarthy@venable.com
jfcardenas-navia@venable.com
jlnadipuram@venable.com
cnbingaman@venable.com

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
Ethan Jacobs (SBN 291838)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

Dated: December 10, 2018

WARREN LEX LLP

/s/ Matt Warren
Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
2261 Market Street, No. 606
San Francisco, CA 94114
matt@warrenlex.com
patrick@warrenlex.com
brian@warrenlex.com
erika@warrenlex.com
fitch@warrentlex.com

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Kyle Thomason
Christopher A. Suarez
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Craig Kaufman
Kai Tseng
Hsiang (James) Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants ASUSteK Computer Inc. and ASUS Computer International*

5
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRODUCTION OF THIRD-PARTY
CONFIDENTIAL INFORMATION
CASE NO. 4:18-CV-01885-HSG

Dated: December 10, 2018

LUCIAN C. CHEN, ESQ. PLLC

/s/ Lucian C. Chen
Lucian C. Chen
Wing K. Chiu
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007
lucianchen@lcclegal.com
wingchiu@lcclegal.com

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

Dated: December 10, 2018

PERKINS COIE LLP

/s/ John Schnurer
John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700
JSchnurer@perkinscoie.com
KPatariu@perkinscoie.com
RHawkins@perkinscoie.com
VSathe@perkinscoie.com

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Stevan Stark, Jr.
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
RMcBrayer@perkinscoie.com
JPutman@perkinscoie.com
AMcNamara@perkinscoie.com
SStark@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

Dated: December 10, 2018

PERKINS COIE LLP

/s/ Chad S. Campbell
Chad S. Campbell
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000
CSCampbell@perkinscoie.com

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California 92130-2594
(858) 720-5700

Tiffany P. Cunningham
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603-5559
(312) 324-8400

Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
(650) 838-4300

*Attorneys for Microsoft Corporation*

# CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute on their behalf this Stipulation and [Proposed] Order Regarding Production of Third-Party Confidential Information.

Dated:  December 10, 2018      /s/ Chris Holland
                               Chris Holland

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/20/2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE