1  WARREN LEX LLP
2  Matthew S. Warren (Bar No. 230565)
   Patrick M. Shields (Bar No. 204739)
3  Patrick A. Fitch (Bar No. 321493)
   Erika H. Warren (Bar No. 295570)
4  Amy M. Bailey (Bar No. 313151)
   2261 Market Street, No. 606
5  San Francisco, California, 94114
   +1 (415) 895-2940
6  +1 (415) 895-2964 facsimile
7
   *Attorneys for Defendants ASUSTeK Computer Inc.,*
8  *and ASUS Computer International*

                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
| | JURY TRIAL DEMANDED |
| | **NOTICE OF APPEARANCE** |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

Case No. 4:18-cv-01885-HSG
NOTICE OF APPEARANCE

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Patrick A. Fitch, an attorney with the firm Warren Lex LLP, and admitted to practice before this Court, hereby appears as counsel of record for ASUSTeK Computer Inc. and ASUS Computer International in this action.

Date:   December 27, 2018              Respectfully submitted,

                                       _____
                                       Patrick A. Fitch
                                       Warren Lex LLP