John P. Schnurer (CA Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Road, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Ryan J. McBrayer (*pro hac vice*)
Jonathan R. Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants
HTC CORP.
HTC AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG<br><br>JURY TRIAL DEMANDED<br><br>**DECLARATION OF RYAN J. MCBRAYER IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL** |

1. I am an attorney with the law firm of Perkins Coie LLP, counsel for Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC"). I make this declaration in support of HTC's Administrative Motion to Seal. I have personal knowledge of the facts set forth herein and if called upon, I could and would testify to the following facts.

2. I submit this declaration under Civil Local Rules 7-11 and 79-5 in support of HTC's Administrative Motion to File Under Seal the following materials:

| Document | Designating Party |
|---|---|
| Indicated portions of Defendants' Motion for Issuance of Letter Rogatory | Plaintiff Philips |
| Indicated portions of the Declaration of Ryan McBrayer | Plaintiff Philips |
| Exhibit 1 to the Declaration of Ryan McBrayer | Plaintiff Philips |
| Exhibit 2 to the Declaration of Ryan McBrayer | Plaintiff Philips |
| Exhibit 3 to the Declaration of Ryan McBrayer | Plaintiff Philips |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  December 28, 2019.

*/s/ Ryan J. McBrayer*
Ryan J. McBrayer