1  John Schnurer (Cal. Bar No. 185725)
   PERKINS COIE LLP
2  11988 El Camino Real, Suite 350
   San Diego, California, 92130
3  +1 (858) 720-5700
4  +1 (858) 720-5799 facsimile
   htc-philipsperkinsservice@perkinscoie.com
5
6  Ryan McBrayer (*pro hac vice*)
   Jonathan Putman (*pro hac vice*)
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, Washington, 98101
   +1 (206) 359-8000
9  +1 (206) 359-9000 facsimile
   htc-philipsperkinsservice@perkinscoie.com
10
11 *Attorneys for Defendants HTC Corp. and
   HTC America, Inc.*

12
13                    **UNITED STATES DISTRICT COURT**
14                    **NORTHERN DISTRICT OF CALIFORNIA**
15                    **OAKLAND DIVISION**
16

| | |
|---|---|
| 17  IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG (EDL) |
| 18 | JURY TRIAL DEMANDED |
| 19 | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTER ROGATORY** |
| 20 | |
| 21 | ~~Judge: Hon. Haywood S. Gilliam, Jr.~~ |
| 22 | ~~Court: Courtroom 2~~ |

23
24
25
26
27
28

1      Having considered Defendants' Motion for Issuance of Letter Rogatory, and being fully advised, the Court finds and orders as follows:

1. The Motion is Granted. The Court approves the letter of request, attached as Exhibit 1 to the Motion, and will sign said request;

2. The Clerk of Court shall authenticate the Court's signature under the seal of this Court;

3. The Clerk of Court shall return Exhibit 1 with the authentication of the Court's signature under seal of this Court to counsel for Defendants who will ensure that the appropriate steps are taken to translate and transmit the letter to the appropriate Central Authority, and

4. The Court orders that Defendants may pursue this letter rogatory discovery after the close of discovery on January 4, 2019.

IT IS SO ORDERED.

Date: January 3, 2019

*Elizabeth D. Laporte*

~~Honorable Haywood S. Gilliam~~
~~United States District Court Judge~~
Hon. Elizabeth D. Laporte
United States Magistrate Judge