Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corp.,
ASUSTeK Computer Inc., and ASUS Computer International*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> ~~PROPOSED~~ **ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF SEEKING IMMEDIATE DECISION WITHOUT HEARING ON MOTION FOR ISSUANCE OF LETTER ROGATORY** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Having considered the Unopposed Motion for Administrative Relief Seeking Immediate Decision Without Hearing on Motion for Issuance of Letter Rogatory (Docket No. 578), the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Date: __January 3, 2019__

_[signature: Elizabeth D. Laporte]_

~~HON. HAYWOOD S. GILLIAM, JR.~~
~~United States District Judge~~
Hon. Elizabeth D. Laporte
United States Magistrate Judge

– 1 –   Case No. 4:18-cv-01885-HSG-EDL
PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF