[All counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF DEFENDANTS' MOTION UNDER CIV. L.R. 6-3 TO EXTEND FACT DISCOVERY FOR A LIMITED PURPOSE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

    Under Civil L.R. 7-11 and 79-5, Defendants Acer, Inc. and Acer America Corporation ("Acer"), ASUSTeK Computer Inc. and ASUS Computer International ("ASUS"), HTC Corp. and HTC America, Inc. ("HTC"), YiFang USA, Inc. d/b/a E-Fun, Inc. ("YiFang"), and Intervenor-Plaintiffs and Counterclaim Defendants-in-Intervention Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively, "Defendants") hereby bring this Administrative Motion to File Under Seal the confidential, unredacted version of Defendants' Motion Under Civ. L.R. 6-3 to Extend Fact Discovery for a Limited Purpose (the "Motion"), and supporting exhibits 2, 4-14, 16, and 19 to the concurrently filed supporting Declaration of Patrick A. Fitch.

    These documents discuss and refer to material that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") have designated as confidential. As required by Civil L.R. 79-5, Defendants have electronically filed and served on all parties to these actions an unredacted version of these documents.

    Under Civil L.R. 7-11, and as explained further in the accompanying Declaration of Patrick A. Fitch, Defendants twice asked Philips whether it opposed this Administrative Motion and, in light of the urgency, asked for a response by January 4, 2019. Philips declined to provide a position.

Date:   January 5, 2019

Respectfully submitted,

_____
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| Kai Tseng (Bar No. 193756) | Michael J. Newton (Bar No. 156225) |
| Hsiang ("James") H. Lin (Bar No. 241472) | Sang (Michael) Lee  (*pro hac vice*) |
| Craig Kaufman (Bar No. 159458) | ALSTON & BIRD LLP |
| TECHKNOWLEDGE LAW GROUP LLP | 2200 Ross Avenue, Suite 2300 |
| 100 Marine Parkway, Suite 200 | Dallas, Texas, 75201 |
| Redwood Shores, California, 94065 | +1 (214) 922-3400 |
| +1 (650) 517-5200 | +1 (214) 922-3899 facsimile |
| +1 (650) 226-3133 facsimile | asus-philips@alston.com |
| acer.philips-tklgall@tklg-llp.com | |
| | *Attorneys for Defendants ASUSTeK Computer* |
| *Attorneys for Defendants Acer, Inc.* | *Inc. and ASUS Computer International* |
| *and Acer America Corporation* | |

   /s Ryan McBrayer

| | |
|---|---|
| John Schnurer (Bar No. 185725) | Ryan McBrayer (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman (*pro hac vice*) |
| Ryan Hawkins (Bar No. 256146) | Antoine McNamara (Bar No. 261980) |
| Louise Lu (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| Vinay Sathe (Bar No. 256146) | PERKINS COIE LLP |
| PERKINS COIE LLP | 1201 Third Avenue, Suite 4900 |
| 11988 El Camino Real, Suite 350 | Seattle, Washington, 98101 |
| San Diego, California, 92130 | +1 (206) 359-8000 |
| +1 (858) 720-5700 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5799 facsimile | |
| htc-philipsperkinsservice@perkinscoie.com | |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

   /s Patrick McKeever

| | |
|---|---|
| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| PERKINS COIE LLP | 131 South Dearborn, Suite 1700 |
| 1201 Third Avenue, Suite 4900 | Chicago, Illinois, 60603 |
| Seattle, Washington, 98101 | +1 (312) 324-8400 |
| +1 (206) 359-8000 | +1 (312) 324-9400 facsimile |
| +1 (206) 359-9000 facsimile | msft-philipsteam@perkinscoie.com |
| | |
| Chad Campbell (Bar No. 258723) | Patrick McKeever |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 2901 North Central Avenue, Suite 2000 | 11452 El Camino Real, Suite 300 |
| Phoenix, Arizona, 85012 | San Diego, California, 92130-2080 |
| +1 (602) 351-8000 | +1 (858) 720-5722 |
| +1 (602) 648-7000 facsimile | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

_/s/ Lucian Chen_
_____

Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
+1 (212) 710-3007
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com

Michael Song (Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

## ATTESTATION UNDER CIVIL L.R. 5-1(i)(3)

The signing counsel above have authorized me to execute this document on their behalf, and I have on file holographic signatures corresponding to any conformed signatures.

Date:  January 5, 2019

_____
Patrick A. Fitch