[All counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE KONINKLIJKE PHILIPS PATENT LITIGATION

Case No. 4:18-cv-1885-HSG

JURY TRIAL DEMANDED

**STIPULATED REQUEST FOR ORDER EXTENDING FACT DISCOVERY DEADLINE TO TAKE DEPOSITIONS AND PROPOSED ORDER**

Judge: Hon. Haywood S. Gilliam, Jr.

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips"), and Defendants Acer Inc. and Acer America Corporation ("Acer"), ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), YiFang USA, Inc. d/b/a/ E-Fun, Inc. ("YiFang"), HTC Corporation and HTC America, Inc. ("HTC"), and Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively "Defendants"), respectfully file this stipulated request to extend the fact discovery deadline in this action, currently January 4, 2019, to take certain depositions.

WHEREAS, fact discovery in these actions closes on January 4, 2019;

WHEREAS, Philips designated Brian Wieghaus, Philips' Senior Director of Intellectual Property Licensing, to testify on twenty-five topics under Fed. R. Civ. P. 30(b)(6);

WHEREAS, Philips and Defendants have agreed to take Mr. Wieghaus' deposition pursuant to Fed. R. Civ. P. 30(b)(1) and 30(b)(6) for two days;

WHEREAS, in light of the importance of Mr. Wieghaus' testimony, attendance by various Defendants' counsel requires significant coordination;

WHEREAS, in order to accommodate Mr. Wieghaus' prior commitments as well as the parties' conflicting schedules, the parties were able to agree that Mr. Wieghaus' deposition could occur on January 10 and 11, 2019, but could not agree on any earlier dates;

WHEREAS, Defendants requested the deposition of K.P. Lee, Philips offered Mr. Lee for deposition on December 11, 2018, and Defendants agreed to that date;

WHEREAS, due to a death in his family, Mr. Lee became unavailable for deposition in December 2018, Philips offered January 23, 2018, as an alternative date, and Defendants have agreed to the January 23, 2018 date;

WHEREAS, Philips requested the deposition of Acer witnesses Sanjeev Kumar and Michelle Leavitt prior to the close of fact discovery;

WHEREAS, Acer was unable to produce Mr. Kumar or Ms. Leavitt for deposition prior to the close of fact discovery;

WHEREAS, Philips and Acer met and conferred on December 20, 2018, and Acer agreed to propose deposition dates for Mr. Kumar and Ms. Leavitt;

WHEREAS, on December 21, 2018, Acer proposed that Mr. Kumar testify on January 10, 2019, and Philips has agreed to that date;

WHEREAS, on December 21, 2018, Acer proposed that Ms. Leavitt testify on February 7, 2019, and Philips has agreed to that date;

WHEREAS, Philips has designated Spencer Ramsey as a witness under several topics pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, Philips and Defendants attempted to negotiate an agreement whereby Defendants would forgo taking the deposition of Mr. Ramsey, but those negotiations failed;

WHEREAS, without an agreement, Defendants intend to take the deposition of Mr. Ramsey pursuant to Fed. R. Civ. P. 30(b)(1) and 30(b)(6);

WHEREAS, Defendants requested additional deposition dates for Mr. Ramsey on December 31, 2018, and Philips has yet to provide any such dates;

WHEREAS, Philips filed a Notice of Service of Subpoena and Notice of Deposition to Non-Party Intel Corp. ("Intel") on January 23, 2018 (1:15-cv-1125-GMS, D.I. 284) and served a Notice of Subpoena to Third Party Intel Corp. on August 13, 2018, each requesting the deposition of one or more Intel witnesses;

WHEREAS, Intel has agreed that one or more witnesses will testify in response to Philips' subpoenas after the close of fact discovery on January 4, 2019, that to the best of Intel's current knowledge the witness(es) will be available by the end of February 2019 but is unable to provide an exact date at this time as the witness(es) are unavailable due to previously scheduled travel, and Philips has agreed to take the deposition(s) at a time and place agreeable to both Intel and Defendants;

WHEREAS, Philips and ASUS timely served separate Notices of Subpoena to Third Party Digital Content Protection LLP ("DCP"), requesting the deposition of one or more DCP witnesses;

WHEREAS, DCP has agreed that one or more witnesses will testify in response to the subpoenas after the close of fact discovery on January 4, 2019, that to the best of DCP's current knowledge the witness(es) will be available by the end of February 2019 but is unable to provide an exact date at this time as the witness(es) are unavailable due to previously scheduled travel, and the parties have agreed to take the deposition(s) at a time and place agreeable to DCP, Philips, and Defendants;

WHEREAS, under Civ. L.R. 6-2(a)(3), the parties confirm that this requested extension of the fact discovery deadline will not impact any other deadlines in these cases;

WHEREAS, under Civ. L.R. 6-2(a)(2), the parties report that the parties have made and the Court has approved two previous stipulations seeking to modify the schedule in these cases, both granting Philips' unopposed request for an additional week of time to file reply briefs supporting its motion to partially consolidate these matters (Docket Nos. 464, 465);

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civ. L.R. 6-2(a)(2) calls for them;

NOW, THEREFORE, the parties hereby stipulate to and respectfully request that the Court extend the fact discovery deadline solely for purposes of the deposition of Mr. Wieghaus on January 10 and 11, 2019, the deposition of Sanjeev Kumar on January 10, 2019, the deposition of K.P. Lee on January 23, 2018, the deposition of Michelle Leavitt on February 7, 2019, the deposition of Spencer Ramsey by the end of February 2019, the deposition of one or more Intel witnesses by the end of February 2019, and the deposition of one or more DCP witnesses by the end of February 2019.

IT IS SO STIPULATED.

Date: January 4, 2019

Respectfully submitted,

Chris Holland (Bar No. 164053)
Lori L. Holland (Bar No. 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, California, 94104
+1 (415) 200-4980
+1 (415) 200-4989 facsimile
cholland@hollandlawllp.com

/s/ Michael P. Sandonato
Michael Sandonato (*pro hac vice*)
John Carlin (*pro hac vice*)
Christopher Gerson (*pro hac vice*)
Natalie Lieber (*pro hac vice*)
Jonathan M. Sharret (*pro hac vice*)
Daniel Apgar (*pro hac vice*)
Jaime Cardenas-Navia (*pro hac vice*)
Sean M. McCarthy (*pro hac vice*)
Robert Pickens (*pro hac vice*)
Caitlyn Bingaman (*pro hac vice*)
Joyce Nadipuram (*pro hac vice*)
VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100

+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

Bruce Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron Maurer (*pro hac vice*)
David Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

/s/ Ryan McBrayer

John Schnurer (Bar No. 185725)
Kevin Patariu (Bar No. 256755)
Ryan Hawkins (Bar No. 256146)
Louise Lu (Bar No. 256146)
Vinay Sathe (Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice*)
Jonathan Putman (*pro hac vice*)
Antoine McNamara (Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

STIPULATED REQUEST FOR ORDER EXTENDING FACT DISCOVERY DEADLINE TO TAKE DEPOSITIONS

/s/ Christina McCullough

| | |
|---|---|
| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| PERKINS COIE LLP | 131 South Dearborn, Suite 1700 |
| 1201 Third Avenue, Suite 4900 | Chicago, Illinois, 60603 |
| Seattle, Washington, 98101 | +1 (312) 324-8400 |
| +1 (206) 359-8000 | +1 (312) 324-9400 facsimile |
| +1 (206) 359-9000 facsimile | msft-philipsteam@perkinscoie.com |
| | |
| Chad Campbell (Bar No. 258723) | Patrick McKeever |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 2901 North Central Avenue, Suite 2000 | 11452 El Camino Real, Suite 300 |
| Phoenix, Arizona, 85012 | San Diego, California, 92130-2080 |
| +1 (602) 351-8000 | +1 (858) 720-5722 |
| +1 (602) 648-7000 facsimile | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiffs/Counterclaim Defendants Microsoft Corp. and Microsoft Mobile, Inc.*

/s/ Lucian C. Chen

| | |
|---|---|
| Lucian C. Chen (*pro hac vice*) | Michael Song (Bar No. 243675) |
| Wing K. Chiu (*pro hac vice*) | LTL ATTORNEYS LLP |
| LUCIAN C. CHEN, ESQ. PLLC | 300 South Grand Avenue, 14th Floor |
| One Grand Central Place | Los Angeles, California, 90071 |
| 60 East 42nd Street, Suite 4600 | +1 (213) 612-8900 |
| New York, New York, 10165 | +1 (213) 612-3773 facsimile |
| +1 (212) 710-3007 | michael.song@ltlattorneys.com |
| +1 (212) 501-2004 facsimile | |
| lucianchen@lcclegal.com | |

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: January 10, 2019      /s/ Chris Holland

                                                Chris Holland

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 10, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATED REQUEST FOR ORDER EXTENDING FACT DISCOVERY DEADLINE TO TAKE DEPOSITIONS