[All counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**STIPULATED REQUEST FOR ORDER REGARDING DISCOVERY INTO DOCUMENTS PRODUCED BY PHILIPS IN DECEMBER 2018 AND RELATED SUBJECT MATTER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips"), and Defendants Acer Inc. and Acer America Corporation ("Acer"), ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), YiFang USA, Inc. d/b/a/ E-Fun, Inc. ("YiFang"), HTC Corporation and HTC America, Inc. ("HTC"), and Intervenor-Plaintiffs and Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively "Defendants"), respectfully file this stipulated request to extend the fact discovery deadline in this action, currently January 4, 2019, for the limited purpose of taking the discovery described below.

WHEREAS, Philips produced documents on December 14 and 19, 2018, relating to a confidential agreement executed by Philips and another party;

WHEREAS, Defendants sought further discovery regarding the subject matter of these documents, specifically including the following requests:

- Three requests for production (Acer/ASUS nos. 101-103, HTC nos. 38-40);
- One interrogatory (Acer/ASUS no. 8, HTC no. 16);
- One request for admission (Acer/ASUS no. 47, HTC no. 49); and
- Three Rule 30(b)(6) deposition topics (Acer/ASUS nos. 120-122, HTC nos. 121-123);

WHEREAS, Philips has agreed to respond to these requests, subject to its objections, including designating witnesses for the deposition topics, by January 21, 2019;

WHEREAS, Philips has conducted an investigation and on that basis believes that documents responsive to these requests are subject to European privacy laws which may delay collection and production of the documents;

WHEREAS, Defendants take no view on this point at this time;

WHEREAS, Philips has agreed to produce documents, subject to its objections, on a rolling basis, and to complete its responsive document production by February 4, 2019;

WHEREAS, Acer, ASUS, and Microsoft have asked Philips to further supplement their existing discovery under Rule 26(e) in light of this issue, specifically including the following requests:

- Nine requests for production (Defendants' common nos. 7-12, Acer/ASUS' nos. 24, 25, Microsoft's nos. 1, 30); and
- One common interrogatory (Defendants' common no. 2);

WHEREAS, Philips has agreed to supplement its document production in response to these requests, subject to its objections, on a rolling basis, and to complete its supplementation by February 4, 2019;

WHEREAS, under Judge Laporte's Order regarding Discovery Procedures, Docket No. 391, Philips' privilege log (if any) regarding this matter would be due on February 4, 2019;

WHEREAS, but due to possible delay in collecting documents as a result of European privacy laws, Philips requests an extension of the deadline for Philips' privilege log until February 11, 2019;

WHEREAS, Defendants do not oppose this requested extension;

WHEREAS, fact discovery in these actions closed on January 4, except as extended by the Court;

WHEREAS, the parties agree that the Court should extend the fact discovery deadline regarding this matter until February 22, 2019;

WHEREAS, Defendants previously sought an extension of fact discovery, Docket No. 588, but will hereby withdraw that motion in favor of this stipulation, without prejudice to re-filing it should the Court deny this stipulation;

WHEREAS, under Civ. L.R. 6-2(a)(3), the parties confirm that this requested extension of the fact discovery deadline will not impact any other deadlines in these cases;

WHEREAS, under Civ. L.R. 6-2(a)(2), the parties report that the parties have made and the Court has approved three previous stipulations seeking to modify the schedule in these cases, two granting Philips' unopposed request for an additional week of time to file reply briefs supporting its motion to partially consolidate these matters, and one granting Defendants' unopposed motion for a letter rogatory, Docket Nos. 464, 465, 582;

WHEREAS, under Civ L.R. 6-2(a)(2), the parties report that the parties have sought and the Court has yet to approve one previous stipulation seeking to modify the schedule in these cases to extend fact discovery for the depositions of certain individuals and entities, Docket No. 586;

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civ. L.R. 6-2(a)(2) calls for them;

NOW, THEREFORE, the parties hereby stipulate to the following deadlines, and request entry of them by the Court:

1. Philips shall respond to Defendants' additional discovery requests, subject to its objections, including designating witnesses for the deposition topics, by January 21, 2019;

2. Philips shall provide its document production in response to Defendants' additional discovery requests, subject to its objections, on a rolling basis, and shall complete this production by February 4, 2019;

3. Philips shall supplement under Rule 26(e) in response to Defendants' existing discovery requests related to this subject matter, subject to its objections, on a rolling basis, and shall complete this supplementation by February 4, 2019;

4. Philips shall log any responsive documents or information it withholds regarding this matter by February 11, 2019;

5. Fact discovery regarding this matter shall close on February 22, 2019; and

6. Defendants' Motion Under Civ. L.R. 6-3 to Extend Discovery for a Limited Purpose, Docket No. 588, and related Motion for Administrative Relief Seeking Immediate Decision, Docket No. 589, are denied as moot.

IT IS SO STIPULATED.

Date: January 9, 2019

Respectfully submitted,

/s/ Michael Sandonato

| | |
|---|---|
| Chris Holland (Bar No. 164053) | Michael Sandonato (*pro hac vice*) |
| Lori L. Holland (Bar No. 202309) | John Carlin (*pro hac vice*) |
| HOLLAND LAW LLP | Christopher Gerson (*pro hac vice*) |
| 220 Montgomery Street, Suite 800 | Natalie Lieber (*pro hac vice*) |
| San Francisco, California, 94104 | Jonathan M. Sharret (*pro hac vice*) |
| +1 (415) 200-4980 | Daniel Apgar (*pro hac vice*) |
| +1 (415) 200-4989 facsimile | Jaime Cardenas-Navia (*pro hac vice*) |
| cholland@hollandlawllp.com | Sean M. McCarthy (*pro hac vice*) |
| | Robert Pickens (*pro hac vice*) |
| | Caitlyn Bingaman (*pro hac vice*) |
| | Joyce Nadipuram (*pro hac vice*) |
| | VENABLE LLP |
| | 1290 Avenue of the Americas |
| | New York, New York, 10104 |
| | +1 (212) 218-2100 |
| | +1 (212) 218-2200 facsimile |
| | philipsprosecutionbar@venable.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | _____ |
| Kevin Hardy *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Aaron Maurer *(pro hac vice)* | Patrick M. Shields (Bar No. 204739) |
| David Krinsky *(pro hac vice)* | Patrick A. Fitch (Bar No. 321493) |
| Andrew Trask *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Kyle Thomason *(pro hac vice)* | Amy M. Bailey (Bar No. 313151) |
| Christopher A. Suarez *(pro hac vice)* | WARREN LEX LLP |
| WILLIAMS & CONNOLLY LLP | 2261 Market Street, No. 606 |
| 725 Twelfth Street, N.W. | San Francisco, California, 94110 |
| Washington, D.C., 20005 | +1 (415) 895-2940 |
| +1 (202) 434-5000 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5029 facsimile | 18-1885@cases.warrenlex.com |
| viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| Kai Tseng (Bar No. 193756) | Michael J. Newton (Bar No. 156225) |
| Hsiang ("James") H. Lin (Bar No. 241472) | Sang (Michael) Lee *(pro hac vice)* |
| Craig Kaufman (Bar No. 159458) | ALSTON & BIRD LLP |
| TECHKNOWLEDGE LAW GROUP LLP | 2200 Ross Avenue, Suite 2300 |
| 100 Marine Parkway, Suite 200 | Dallas, Texas, 75201 |
| Redwood Shores, California, 94065 | +1 (214) 922-3400 |
| +1 (650) 517-5200 | +1 (214) 922-3899 facsimile |
| +1 (650) 226-3133 facsimile | asus-philips@alston.com |
| acer.philips-tklgall@tklg-llp.com | |
| | *Attorneys for Defendants ASUSTeK Computer* |
| *Attorneys for Defendants Acer, Inc.* | *Inc. and ASUS Computer International* |
| *and Acer America Corporation* | |

\_\_\_\_/s/ John Schnurer

| | |
|---|---|
| John Schnurer (Bar No. 185725) | Ryan McBrayer *(pro hac vice)* |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman *(pro hac vice)* |
| Ryan Hawkins (Bar No. 256146) | Antoine McNamara (Bar No. 261980) |
| Louise Lu (Bar No. 256146) | Stevan Stark *(pro hac vice* to be filed) |
| Vinay Sathe (Bar No. 256146) | PERKINS COIE LLP |
| PERKINS COIE LLP | 1201 Third Avenue, Suite 4900 |
| 11988 El Camino Real, Suite 350 | Seattle, Washington, 98101 |
| San Diego, California, 92130 | +1 (206) 359-8000 |
| +1 (858) 720-5700 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5799 facsimile | |
| htc-philipsperkinsservice@perkinscoie.com | |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/ Christina McCullough

| | |
|---|---|
| Judith Jennison (Bar No. 165929)<br>Christina McCullough (Bar No. 245944)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington, 98101<br>+1 (206) 359-8000<br>+1 (206) 359-9000 facsimile | Tiffany P. Cunningham (*pro hac vice*)<br>PERKINS COIE LLP<br>131 South Dearborn, Suite 1700<br>Chicago, Illinois, 60603<br>+1 (312) 324-8400<br>+1 (312) 324-9400 facsimile<br>msft-philipsteam@perkinscoie.com |
| Chad Campbell (Bar No. 258723)<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona, 85012<br>+1 (602) 351-8000<br>+1 (602) 648-7000 facsimile | Patrick McKeever<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, California, 92130-2080<br>+1 (858) 720-5722<br>+1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*


/s/ Lucian C. Chen

| | |
|---|---|
| Lucian C. Chen (*pro hac vice*)<br>Wing K. Chiu (*pro hac vice*)<br>LUCIAN C. CHEN, ESQ. PLLC<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, New York, 10165<br>+1 (212) 710-3007<br>+1 (212) 501-2004 facsimile<br>lucianchen@lcclegal.com | Michael Song (Bar No. 243675)<br>LTL ATTORNEYS LLP<br>300 South Grand Avenue, 14th Floor<br>Los Angeles, California, 90071<br>+1 (213) 612-8900<br>+1 (213) 612-3773 facsimile<br>michael.song@ltlattorneys.com |

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____1/9/2019_____

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge