1

WARREN LEX LLP
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

WILLIAMS & CONNOLLY LLP
Bruce Genderson (*Pro Hac Vice*)
Kevin Hardy (*Pro Hac Vice*)
Aaron Maurer (*Pro Hac Vice*)
David M. Krinsky (*Pro Hac Vice*)
Andrew V. Trask (*Pro Hac Vice*)
Christopher A. Suarez (*Pro Hac Vice*)
Kyle E. Thomason (*Pro Hac Vice*)
725 12th Street, NW
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

2

3

4

5

6

7

8

9    *Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer
International*

10

11              **IN THE UNITED STATES DISTRICT COURT**

12           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                        **OAKLAND DIVISION**

14

15   IN RE KONINKLIJKE PHILIPS PATENT      )    Case No. 4:18-cv-1885-HSG-EDL
     LITIGATION                            )
16                                         )    JURY TRIAL DEMANDED
                                           )
17                                         )    **DECLARATION OF AMY M. BAILEY**
                                           )    **REGARDING JOINT DISCOVERY**
18                                         )    **LETTER BRIEF**
                                           )
19                                         )
                                           )    Judge Elizabeth D. Laporte
20                                         )

21

22

23

24

25

26

27

28

I, Amy M. Bailey, declare under 28 U.S.C. § 1746:

1.      I am an attorney licensed to practice in the State of California and admitted to practice in this District, and an associate at the law firm of Warren Lex LLP, counsel for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration in support of the joint Discovery Letter Brief submitted by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") and Defendants Acer, Inc. and Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International (collectively, "Defendants").

3.      Attached as Exhibit 1 is a true and correct copy of an email from Robert Pickens on August 1, 2017.

4.      Attached as Exhibit 2 is a true and correct copy of an email from Matthew Warren on August 3, 2017.

5.      Attached as Exhibit 3 is a true and correct copy of a letter from me on December 12, 2018.

6.      Attached as Exhibit 4 is a true and correct copy of an email from Robert Pickens on December 18, 2018.

7.      Attached as Exhibit 5 is a true and correct copy of a letter from me on December 18, 2018.

8.      Attached as Exhibit 6 is a true and correct copy of a letter from Robert Pickens on January 3, 2019.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on January 11, 2019.

Respectfully submitted,

Amy M. Bailey

DECLARATION OF AMY M. BAILEY REGARDING JOINT DISCOVERY LETTER BRIEF