# Exhibit 1



# Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170

**Pickens, Robert S.** <RPickens@fchs.com>     Tue, Aug 1, 2017 at 4:02 PM
To: "rhawkins@perkinscoie.com" <rhawkins@perkinscoie.com>, "viceroy@matters.warrenlex.com" <viceroy@matters.warrenlex.com>, "Acer.Philips-TKLGALL@tklg-llp.com" <Acer.Philips-TKLGALL@tklg-llp.com>, "patrick@warrenlex.com" <patrick@warrenlex.com>, "matt@warrenlex.com" <matt@warrenlex.com>, "brian@warrenlex.com" <brian@warrenlex.com>, "erika@warrenlex.com" <erika@warrenlex.com>, "ckaufman@tklg-llp.com" <ckaufman@tklg-llp.com>, "jlin@tklg-llp.com" <jlin@tklg-llp.com>, "rdsefiling@mnat.com" <rdsefiling@mnat.com>, "Asus-Philips@alston.com" <Asus-Philips@alston.com>, "15-1125@cases.warrenlex.com" <15-1125@cases.warrenlex.com>, "rsmith@mnat.com" <rsmith@mnat.com>, "derek.neilson@alston.com" <derek.neilson@alston.com>, "mike.newton@alston.com" <mike.newton@alston.com>, "patrick.flinn@alston.com" <patrick.flinn@alston.com>, "Ross.barton@alston.com" <Ross.barton@alston.com>, "michael.lee@alston.com" <michael.lee@alston.com>, "xavier.brandwajn@alston.com" <xavier.brandwajn@alston.com>, "HTC-PhilipsPerkinsService@perkinscoie.com" <HTC-PhilipsPerkinsService@perkinscoie.com>, "jschnurer@perkinscoie.com" <jschnurer@perkinscoie.com>, "JPutman@perkinscoie.com" <JPutman@perkinscoie.com>, "RMcBrayer@perkinscoie.com" <RMcBrayer@perkinscoie.com>, "LLu@perkinscoie.com" <LLu@perkinscoie.com>, "SStark@perkinscoie.com" <SStark@perkinscoie.com>, "vsathe@perkinscoie.com" <vsathe@perkinscoie.com>, "TylerPeterson@perkinscoie.com" <TylerPeterson@perkinscoie.com>, "KPatariu@perkinscoie.com" <KPatariu@perkinscoie.com>, "AMcNamara@perkinscoie.com" <AMcNamara@perkinscoie.com>, "arussell@shawkeller.com" <arussell@shawkeller.com>, "jshaw@shawkeller.com" <jshaw@shawkeller.com>, "kkeller@shawkeller.com" <kkeller@shawkeller.com>, "nhoeschen@shawkeller.com" <nhoeschen@shawkeller.com>, "MSFT-PhilipsTeam@perkinscoie.com" <MSFT-PhilipsTeam@perkinscoie.com>, "MCunningham@perkinscoie.com" <MCunningham@perkinscoie.com>, "CMcCullough@perkinscoie.com" <CMcCullough@perkinscoie.com>, "JJennison@perkinscoie.com" <JJennison@perkinscoie.com>, "SCampbell@perkinscoie.com" <SCampbell@perkinscoie.com>, "JCrop@perkinscoie.com" <JCrop@perkinscoie.com>, "ryan.harrison@lockelord.com" <ryan.harrison@lockelord.com>, "kjacobs@mnat.com" <kjacobs@mnat.com>, "mhaag@mnat.com" <mhaag@mnat.com>, "dblatt@whe-law.com" <dblatt@whe-law.com>, "kpascale@ycst.com" <kpascale@ycst.com>, "RVrana@ycst.com" <RVrana@ycst.com>, "SWilson@ycst.com" <SWilson@ycst.com>, "apoff@ycst.com" <apoff@ycst.com>, "agaza@ycst.com" <agaza@ycst.com>, "wingchiu@lcclegal.com" <wingchiu@lcclegal.com>, "lucianchen@lcclegal.com" <lucianchen@lcclegal.com>, "dfry@shawkeller.com" <dfry@shawkeller.com>
Cc: #Philips <#Philips@fchs.com>, "DSilver@McCarter.com" <DSilver@mccarter.com>, "bsmyth@McCarter.com" <bsmyth@mccarter.com>, "kford@mccarter.com" <kford@mccarter.com>

Counsel,

As the Parties discussed on Friday, the Delaware Default Standard for Discovery has been stipulated to and ordered in these matters (*see* DI 58 and 59 in 15-1170), and section 1(d)(i) of that Standard requires that the parties reach an agreement concerning "whether categories of information may be excluded from any logging requirements and whether alternatives to document-by-document logs can be exchanged." In view of the limited logs favored in Delaware under this standard, Philips proposes that the parties forego the exchange of privilege logs in these litigations.

Please let us know by Thursday (August 3rd) whether Defendants will agree to this proposal.

Best regards,

**Robert S. Pickens**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas

New York, NY 10104-3800
T 212-218-2333
F 212-218-2200
RPickens@FCHS.COM
http://www.fitzpatrickcella.com
Bio