# Exhibit 2



## Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170 (D. Del.)

**Matt Warren** <matt@warrenlex.com>                                                     Thu, Aug 3, 2017 at 8:20 PM
To: Fitzpatrick Cella Team <philipsprosecutionbar@fchs.com>, Michael Kelly <mkelly@mccarter.com>, Daniel Silver <dsilver@mccarter.com>, Benjamin Smyth <bsmyth@mccarter.com>, Katie Scott <kscott@mccarter.com>
Cc: Warren Lex Team <15-1170@cases.warrenlex.com>, Perkins Coie HTC Team <htc-philipsperkinsservice@perkinscoie.com>, Perkins Coie Microsoft Team <msft-philipsteam@perkinscoie.com>, Steven Balick <sbalick@ashby-geddes.com>, Andrew Mayo <amayo@ashby-geddes.com>, Alston and Bird Team <asus-philips@alston.com>, TechKnowledge Team <acer.philips-tklgall@tklg-llp.com>, Rodger Smith <rsmith@mnat.com>, Williams and Connolly Acer and ASUS Team <viceroy@wc.com>, Bryan Harrison <bryan.harrison@lockelord.com>, Karen Jacobs <kjacobs@mnat.com>, Mirco Haag <mhaag@mnat.com>, Robyn Sinclair <rsinclair@mnat.com>, Drew Blatt <dblatt@whe-law.com>, Karen Pascale <kpascale@ycst.com>, Adam Poff <apoff@ycst.com>, Anne Shea Gaza <agaza@ycst.com>, Samantha Wilson <swilson@ycst.com>, Lucian Chen <lucianchen@lcclegal.com>, Wing Chiu <wingchiu@lcclegal.com>, Karen Keller <kkeller@shawkeller.com>, John Shaw <jshaw@shawkeller.com>, Andrew Russell <arussell@shawkeller.com>

Robert and Philips counsel—I write in response to your proposal that "the parties forego the exchange of privilege logs in these litigations."  We decline.  A privilege log is necessary to preserve an assertion of privilege, and we believe all parties should provide the logs required by the Federal Rules.

Separately, you have proposed moving the date for the parties to exchange their logs to Friday, August 25, 2017.  With the exception of Visual Land, that is fine with us.  Visual Land has told us that they are on a separate schedule about which you already know, so we can leave them out of this.

Please draw up the stipulation extending the date.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren


--
Matt Warren      matt@warrenlex.com      +1 (415) 895-2928

Thank you,

Erika

--

Erika Warren     erika@warrenlex.com     +1 (415) 895-2927

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************