# Exhibit 3

**WARREN LEX** LLP

2261 MARKET STREET NO. 606
SAN FRANCISCO CA 94114

TEL +1 (415) 895 2940
FAX +1 (415) 895 2964

December 12, 2018

**By Electronic Mail**

Joyce Nadipuram
Venable LLP
1290 Avenue of the Americas
New York, New York 10104
philipsprosecutionbar@venable.com

Re:   In re Koninklijke Philips Patent Litigation, No. 18-1885 (N.D. California)

Dear Ms. Nadipuram:

I write in response to your service of Philips' voluminous privilege log on Friday, December 7. We have obviously only just begun our review, but have immediately noticed several deficiencies Philips must repair immediately to bring its log in compliance with the requirements of the Court.

First, the log appears to repeat many entries from Philips' previous privilege log, served on August 25, 2017, without noting which entries are new, thus making it unduly burdensome to review. Philips must identify which entries on this log did not appear in its prior log, or serve a supplemental log limited to the documents that were not previously logged.

Second, when Philips serves its new log, its format must comply with this Court's Local Rules and Magistrate Judge Laporte's Discovery Order, Docket No. 391. Lest there be any confusion, Defendants are not asking Philips to revise its prior privilege log, served under the Delaware Local Rules, but now that we are in the Northern District of California, Defendants do expect that any new logs or log entries will meet this Court's requirements. If Philips disagrees that it is required to comply with this Court's Local Rules and/or Magistrate Judge Laporte's Discovery Order, please explain why. Otherwise, we look forward to receiving a revised log.

Given the impending close of discovery and upcoming depositions, please provide a log compliant with the applicable rules no later than Tuesday, December 18, 2018.

Thank you for your time and courtesy in this matter.

Best,

*/s/ Amy M. Bailey*
Amy M. Bailey