# Exhibit 4



## In re Koninklijke Philips Patent Litigation, No. 18-1885 (N.D. California)

**'Pickens, Robert S.' via 15-1125** <15-1125@cases.warrenlex.com>   Tue, Dec 18, 2018 at 2:45 PM
Reply-To: "Pickens, Robert S." <RSPickens@venable.com>
To: "Erika (warrenlex)" <erika@warrenlex.com>, Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>, Christopher Holland <cholland@hollandlawllp.com>, Lori Holland <lholland@hollandlawllp.com>, Ethan Jacobs <ejacobs@hollandlawllp.com>
Cc: Asus-Philips <Asus-Philips@alston.com>, Roy Vice <viceroy@wc.com>, 15-1125 <15-1125@cases.warrenlex.com>

Amy,

I write in response to your December 12, 2018 letter regarding Philips' privilege log served on December 7, 2018.

First, the December 7, 2018 privilege log is a supplement to Philips' prior privilege log and therefore does not contain duplicative entries to the best of our knowledge.

Second, we understand Philips' December 7, 2018 privilege log to be in compliance with all applicable rules and requirements.   If you contend otherwise, please provide the basis for your contention with particularity.

Best,


**Robert S. Pickens, Esq.** | **Venable LLP**
**t** 212.218.2333 | **f** 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** Erika Warren [mailto:erika@warrenlex.com]
**Sent:** Thursday, December 13, 2018 1:48 AM
**To:** Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>
**Cc:** Asus-Philips <Asus-Philips@alston.com>; Roy Vice <viceroy@wc.com>; 15-1125 <15-1125@cases.warrenlex.com>
**Subject:** In re Koninklijke Philips Patent Litigation, No. 18-1885 (N.D. California)

Joyce,

Please find attached a letter from Amy Bailey.  Please let me know if you do not receive this attachment in good order.

Thank you,

Erika

--

Erika Warren     erika@warrenlex.com     +1 (415) 895-2927

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************