Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jfcardenas-navia@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG-EDL<br><br>**DECLARATION OF ROBERT S. PICKENS REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>JURY TRIAL DEMANDED |

I, Robert S. Pickens, hereby state and declare as follows:

1. I am an associate at Venable LLP and an attorney representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matter. I have personal knowledge of the facts stated herein.

2. I submit this declaration in support of the Joint Discovery Letter Brief submitted by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") and Defendants Acer, Inc. and Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International.

3. Attached as Exhibit 1 hereto is a true and correct copy of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information that was retrieved from the District of Delaware website on January 11, 2019.

4. Attached as Exhibit 2 hereto is a true and correct copy of an email chain containing emails from me on July 25, 2017, July 27, 2017, August 1, 2017, and August 3, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 11, 2019 in New York, New York.

Robert S. Pickens (admitted *pro hac vice*)

---

1

DECLARATION OF ROBERT S. PICKENS REGARDING JOINT DISCOVERY LETTER BRIEF
CASE NUMBER 4:18-CV-01885-HSG-EDL