# Exhibit 2

Declaration of Robert S. Pickens

| | |
|---|---|
| **From:** | Pickens, Robert S. |
| **Sent:** | Thursday, August 03, 2017 1:36 PM |
| **To:** | rhawkins@perkinscoie.com; viceroy@matters.warrenlex.com; Acer.Philips-TKLGALL@tklg-llp.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; ckaufman@tklg-llp.com; jlin@tklg-llp.com; rdsefiling@mnat.com; Asus-Philips@alston.com; 15-1125@cases.warrenlex.com; rsmith@mnat.com; rdsefiling@mnat.com; derek.neilson@alston.com; mike.newton@alston.com; patrick.flinn@alston.com; Ross.barton@alston.com; michael.lee@alston.com; xavier.brandwajn@alston.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; HTC-PhilipsPerkinsService@perkinscoie.com; jschnurer@perkinscoie.com; JPutman@perkinscoie.com; RMcBrayer@perkinscoie.com; LLu@perkinscoie.com; SStark@perkinscoie.com; vsathe@perkinscoie.com; TylerPeterson@perkinscoie.com; KPatariu@perkinscoie.com; KPatariu@perkinscoie.com; AMcNamara@perkinscoie.com; arussell@shawkeller.com; jshaw@shawkeller.com; kkeller@shawkeller.com; nhoeschen@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; MCunningham@perkinscoie.com; CMcCullough@perkinscoie.com; JJennison@perkinscoie.com; SCampbell@perkinscoie.com; JCrop@perkinscoie.com; kkeller@shawkeller.com; jshaw@shawkeller.com; arussell@shawkeller.com; Bryan.harrison@lockelord.com; kjacobs@mnat.com; mhaag@mnat.com; dblatt@whe-law.com; kpascale@ycst.com; RVrana@ycst.com; SWilson@ycst.com; apoff@ycst.com; agaza@ycst.com; wingchiu@lcclegal.com; lucianchen@lcclegal.com; jshaw@shawkeller.com; dfry@shawkeller.com |
| **Cc:** | #Philips; 'DSilver@McCarter.com'; 'bsmyth@McCarter.com'; 'kford@mccarter.com' |
| **Subject:** | RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170 |

Counsel,

We have not heard from you regarding my email below. Please let us know whether the Defendants will agree to Philips' proposal before the close of business today.

In the absence of an agreement, please let us know whether the Defendants will stipulate to extending tomorrow's deadline to exchange privilege logs until August 25, 2017.

Best regards,

**Robert S. Pickens**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2333
F 212-218-2200
RPickens@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Pickens, Robert S.
**Sent:** Tuesday, August 01, 2017 7:03 PM
**To:** rhawkins@perkinscoie.com; viceroy@matters.warrenlex.com; Acer.Philips-TKLGALL@tklg-llp.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; ckaufman@tklg-llp.com; jlin@tklg-llp.com; rdsefiling@mnat.com; Asus-Philips@alston.com; 15-1125@cases.warrenlex.com; rsmith@mnat.com; rdsefiling@mnat.com; derek.neilson@alston.com; mike.newton@alston.com; patrick.flinn@alston.com; Ross.barton@alston.com; michael.lee@alston.com; xavier.brandwajn@alston.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; HTC-PhilipsPerkinsService@perkinscoie.com; jschnurer@perkinscoie.com; JPutman@perkinscoie.com; RMcBrayer@perkinscoie.com; LLu@perkinscoie.com;

SStark@perkinscoie.com; vsathe@perkinscoie.com; TylerPeterson@perkinscoie.com; KPatariu@perkinscoie.com; KPatariu@perkinscoie.com; AMcNamara@perkinscoie.com; arussell@shawkeller.com; jshaw@shawkeller.com; kkeller@shawkeller.com; nhoeschen@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; MCunningham@perkinscoie.com; CMcCullough@perkinscoie.com; JJennison@perkinscoie.com; SCampbell@perkinscoie.com; JCrop@perkinscoie.com; kkeller@shawkeller.com; jshaw@shawkeller.com; arussell@shawkeller.com; ryan.harrison@lockelord.com; kjacobs@mnat.com; mhaag@mnat.com; dblatt@whe-law.com; kpascale@ycst.com; RVrana@ycst.com; SWilson@ycst.com; apoff@ycst.com; agaza@ycst.com; wingchiu@lcclegal.com; lucianchen@lcclegal.com; jshaw@shawkeller.com; dfry@shawkeller.com
**Cc:** #Philips; DSilver@McCarter.com; bsmyth@McCarter.com; kford@mccarter.com
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170

Counsel,

As the Parties discussed on Friday, the Delaware Default Standard for Discovery has been stipulated to and ordered in these matters (*see* DI 58 and 59 in 15-1170), and section 1(d)(i) of that Standard requires that the parties reach an agreement concerning "whether categories of information may be excluded from any logging requirements and whether alternatives to document-by-document logs can be exchanged." In view of the limited logs favored in Delaware under this standard, Philips proposes that the parties forego the exchange of privilege logs in these litigations.

Please let us know by Thursday (August 3rd) whether Defendants will agree to this proposal.

Best regards,

**Robert S. Pickens**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2333
F 212-218-2200
RPickens@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Hawkins, Ryan B. (Perkins Coie) [mailto:RHawkins@perkinscoie.com]
**Sent:** Friday, July 28, 2017 2:43 PM
**To:** Pickens, Robert S.; viceroy@matters.warrenlex.com; Acer.Philips-TKLGALL@tklg-llp.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; ckaufman@tklg-llp.com; jlin@tklg-llp.com; rdsefiling@mnat.com; Asus-Philips@alston.com; 15-1125@cases.warrenlex.com; rsmith@mnat.com; rdsefiling@mnat.com; derek.neilson@alston.com; mike.newton@alston.com; patrick.flinn@alston.com; Ross.barton@alston.com; michael.lee@alston.com; xavier.brandwajn@alston.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; HTC-PhilipsPerkinsService@perkinscoie.com; jschnurer@perkinscoie.com; JPutman@perkinscoie.com; RMcBrayer@perkinscoie.com; LLu@perkinscoie.com; SStark@perkinscoie.com; vsathe@perkinscoie.com; TylerPeterson@perkinscoie.com; KPatariu@perkinscoie.com; KPatariu@perkinscoie.com; AMcNamara@perkinscoie.com; arussell@shawkeller.com; jshaw@shawkeller.com; kkeller@shawkeller.com; nhoeschen@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; MCunningham@perkinscoie.com; CMcCullough@perkinscoie.com; JJennison@perkinscoie.com; SCampbell@perkinscoie.com; JCrop@perkinscoie.com; kkeller@shawkeller.com; jshaw@shawkeller.com; arussell@shawkeller.com; ryan.harrison@lockelord.com; kjacobs@mnat.com; mhaag@mnat.com; dblatt@whe-law.com; kpascale@ycst.com; RVrana@ycst.com; SWilson@ycst.com; apoff@ycst.com; agaza@ycst.com; wingchiu@lcclegal.com; lucianchen@lcclegal.com; jshaw@shawkeller.com; dfry@shawkeller.com
**Cc:** #Philips; DSilver@McCarter.com; bsmyth@McCarter.com; kford@mccarter.com
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170

Robert-

Thank you for your patience. We are available today at 1:00pm PT. We can use the following dial-in.

Dial In: 888-857-7291
Passcode: 858-720-5709

**Ryan Hawkins | Perkins Coie LLP**
COUNSEL
11988 El Camino Real Suite 350
San Diego, CA 92130-2594
D. +1.858.720.5709
F. +1.858.720.5809
E. RHawkins@perkinscoie.com

---

**From:** Pickens, Robert S. [mailto:RPickens@FCHS.COM]
**Sent:** Thursday, July 27, 2017 8:17 AM
**To:** viceroy@matters.warrenlex.com; Acer.Philips-TKLGALL@tklg-llp.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; ckaufman@tklg-llp.com; jlin@tklg-llp.com; rdsefiling@mnat.com; Asus-Philips@alston.com; 15-1125@cases.warrenlex.com; rsmith@mnat.com; rdsefiling@mnat.com; derek.neilson@alston.com; mike.newton@alston.com; patrick.flinn@alston.com; Ross.barton@alston.com; michael.lee@alston.com; xavier.brandwajn@alston.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; *HTC-Philips Perkins Service; Schnurer, John P. (SDO); Putman, Jonathan R. (Jon) (SEA); McBrayer, Ryan J. (SEA); Lu, Yun (Louise) (SDO); Hawkins, Ryan B. (SDO); Stark, Stevan R. (SEA); Sathe, Vinay (SDO); Peterson, Tyler C. (SEA); Patariu, Kevin (SDO); Patariu, Kevin (SDO); McNamara, Antoine (SEA); arussell@shawkeller.com; jshaw@shawkeller.com; kkeller@shawkeller.com; nhoeschen@shawkeller.com; *MSFT - Philips Team; Cunningham, Michelle (SDO); McCullough, Christina J. (SEA); Jennison, Judy (SEA); SCampbell@perkinscoie.com; Crop, Jared (PHX); kkeller@shawkeller.com; jshaw@shawkeller.com; arussell@shawkeller.com; ryan.harrison@lockelord.com; kjacobs@mnat.com; mhaag@mnat.com; dblatt@whe-law.com; kpascale@ycst.com; RVrana@ycst.com; SWilson@ycst.com; apoff@ycst.com; agaza@ycst.com; wingchiu@lcclegal.com; lucianchen@lcclegal.com; jshaw@shawkeller.com; dfry@shawkeller.com
**Cc:** #Philips; DSilver@McCarter.com; bsmyth@McCarter.com; kford@mccarter.com
**Subject:** RE: Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170

Counsel,

We have not heard from any Defendant regarding my email below.

By close of business, please let us know when you are available to meet and confer on this issue, or otherwise please let us know Defendants' positions on this issue.

Best regards,

**Robert S. Pickens**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2333
F 212-218-2200
RPickens@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

**From:** Pickens, Robert S.
**Sent:** Tuesday, July 25, 2017 1:50 PM
**To:** viceroy@matters.warrenlex.com; Acer.Philips-TKLGALL@tklg-llp.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; ckaufman@tklg-llp.com; jlin@tklg-llp.com; rdsefiling@mnat.com; Asus-Philips@alston.com; 15-1125@cases.warrenlex.com; rsmith@mnat.com; rdsefiling@mnat.com; derek.neilson@alston.com; mike.newton@alston.com; patrick.flinn@alston.com; Ross.barton@alston.com; michael.lee@alston.com; xavier.brandwajn@alston.com; patrick@warrenlex.com; matt@warrenlex.com; brian@warrenlex.com; erika@warrenlex.com; HTC-PhilipsPerkinsService@perkinscoie.com; jschnurer@perkinscoie.com; JPutman@perkinscoie.com; RMcBrayer@perkinscoie.com; LLu@perkinscoie.com; rhawkins@perkinscoie.com; SStark@perkinscoie.com; vsathe@perkinscoie.com; TylerPeterson@perkinscoie.com; KPatariu@perkinscoie.com; KPatariu@perkinscoie.com; AMcNamara@perkinscoie.com; arussell@shawkeller.com; jshaw@shawkeller.com; kkeller@shawkeller.com; nhoeschen@shawkeller.com; MSFT-PhilipsTeam@perkinscoie.com; MCunningham@perkinscoie.com; CMcCullough@perkinscoie.com; JJennison@perkinscoie.com;

SCampbell@perkinscoie.com; JCrop@perkinscoie.com; kkeller@shawkeller.com; jshaw@shawkeller.com; arussell@shawkeller.com; ryan.harrison@lockelord.com; kjacobs@mnat.com; mhaag@mnat.com; dblatt@whe-law.com; kpascale@ycst.com; RVrana@ycst.com; SWilson@ycst.com; apoff@ycst.com; agaza@ycst.com; wingchiu@lcclegal.com; lucianchen@lcclegal.com; jshaw@shawkeller.com; dfry@shawkeller.com

**Cc:** #Philips; DSilver@McCarter.com; bsmyth@McCarter.com; kford@mccarter.com

**Subject:** Koninklijke Philips N.V. matters, Nos. 15-1125 through 15-1128, 15-1130, 15-1131 and 15-1170

Counsel,

Pursuant to the updated scheduling order in these matters, the parties are to exchange privilege logs next Friday, August 4, 2017. Under Section 1(d)(i) of the Delaware Default Standard for Discovery, "[t]he parties are to confer on the nature and scope of privilege logs for the case, including whether categories of information may be excluded from any logging requirements and whether alternatives to document-by-document logs can be exchanged."

Given the rapidly approaching deadline for the exchange of privilege logs, please let us know Defendants' availability to meet and confer this week on the nature and scope of the privilege logs to be exchanged.

Counsel for Philips is available any time on Wednesday or Thursday of this week.

Best regards,

**Robert S. Pickens**
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2333
F 212-218-2200
RPickens@FCHS.COM
http://www.fitzpatrickcella.com
Bio

---

This email message and any attachments are intended for the use of the addressee(s) indicated above. Information that is privileged or otherwise confidential may be contained therein. If you are not the intended recipient(s), you are hereby notified that any dissemination, review or use of this message, documents or information contained therein is strictly prohibited. If you have received this message in error, please immediately delete it and notify us by telephone at (212) 218-2100. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.