WARREN LEX LLP
Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

WILLIAMS & CONNOLLY LLP
Bruce Genderson (*Pro Hac Vice*)
Kevin Hardy (*Pro Hac Vice*)
Aaron Maurer (*Pro Hac Vice*)
David M. Krinsky (*Pro Hac Vice*)
Andrew V. Trask (*Pro Hac Vice*)
Christopher A. Suarez (*Pro Hac Vice*)
Kyle E. Thomason (*Pro Hac Vice*)
725 12th Street, NW
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile

*Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
|  | JURY TRIAL DEMANDED |
|  | **DECLARATION OF AMY M. BAILEY REGARDING JOINT DISCOVERY LETTER BRIEF** |
|  | Judge Elizabeth D. Laporte |

I, Amy M. Bailey, declare under 28 U.S.C. § 1746:

1.    I am an attorney licensed to practice in the State of California and admitted to practice in this District, and an associate at the law firm of Warren Lex LLP, counsel for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this declaration in support of the joint discovery letter brief submitted by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") and Defendants Acer, Inc. and Acer America Corporation ("Acer"), ASUSTeK Computer Inc. and ASUS Computer International ("ASUS"), HTC Corp. and HTC America, Inc. ("HTC"), YiFang USA, Inc. d/b/a E-Fun, Inc. ("YiFang"), and Intervenor-Plaintiffs and Counterclaim Defendants-in-Intervention Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively, "Defendants").

3.    On July 28, 2017, the parties deposed third-party witness Denis Boyle.  Mr. Boyle's deposition lasted for 1 hour and 59 minutes.  Philips questioned Mr. Boyle for 21 minutes, and the Defendants questioned him for 1 hour and 38 minutes.  Thus, at the end of Mr. Boyle's deposition, Philips had questioned third-party witnesses for a total of 21 minutes, and Defendants had questioned third-party witnesses for a total of 1 hour and 38 minutes.

4.    On August 8, 2017, the parties deposed third-party witness Dale Curtis.  Mr. Curtis' deposition lasted 2 hours and 55 minutes.  Philips questioned Mr. Curtis for 2 hours and 54 minutes, the Defendants questioned him for 0 minutes, and nonparty Google questioned him for 1 minute.  Thus, at the end of Mr. Curtis' deposition, Philips had questioned third-party witnesses for a total of 3 hours and 15 minutes, Defendants had questioned third-party witnesses for a total of 1 hour and 38 minutes, and Google had questioned third-party witnesses for a total of 1 minute.

5.    On August 9, 2017, the parties deposed third-party witness Dmitry Dolinsky.  Mr. Dolinsky's deposition lasted 1 hour and 36 minutes.  Philips questioned Mr. Dolinsky for 1 hour and 36 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Dolinsky's deposition, Philips had questioned third-party witnesses for a total of 4 hours and 51 minutes, and Defendants had questioned third-party witnesses for a total of 1 hour and 38 minutes.

6.      On August 17, 2017, the parties deposed third-party witness Kevin Ellis.  Mr. Ellis'
deposition lasted 5 hours and 37 minutes.  Philips questioned Mr. Ellis for 5 hours and 37 minutes, and the
Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Ellis' deposition, Philips had
questioned third-party witnesses for a total of 10 hours and 28 minutes, and Defendants had
questioned third-party witnesses for a total of 1 hour and 38 minutes.

7.      On September 12, 2017, the parties deposed third-party witness Sung M. Choi.  Mr. Choi's
deposition lasted 1 hour and 37 minutes.  Philips questioned Mr. Choi for 0 minutes, and the Defendants
questioned him for 1 hour and 37 minutes.  Thus, at the end of Mr. Choi's deposition, Philips had
questioned third-party witnesses for a total of 10 hours and 28 minutes, and Defendants had questioned
third-party witnesses for a total of 3 hours and 15 minutes.

8.      On October 26, 2017, the parties deposed third-party witness Andrew Mulazzi.  Mr.
Mulazzi's deposition lasted 2 hours and 3 minutes.  Philips questioned Mr. Mulazzi for 36 minutes, and
the Defendants questioned him for 1 hour and 27 minutes.  Thus, at the end of Mr. Mulazzi's deposition,
Philips had questioned third-party witnesses for a total of 11 hours and 4 minutes, and Defendants had
questioned third-party witnesses for a total of 4 hours and 42 minutes.

9.      On December 4, 2017, the parties deposed third-party witness Koshiro Hashimoto.  Mr.
Hashimoto's deposition lasted 2 hours and 2 minutes.  Philips questioned Mr. Hashimoto for 6 minutes,
and the Defendants questioned him for 1 hour and 56 minutes.  Thus, at the end of Mr. Hashimoto's
deposition, Philips had questioned third-party witnesses for a total of 11 hours and 10 minutes, and
Defendants had questioned third-party witnesses for a total of 6 hours and 38 minutes.

10.     On March 8, 2018, the parties deposed third-party witness Redwan Salami.  Mr. Salami's
deposition was not recorded on video or audio, but the court reporter transcribed deposition testimony
totalling 126 pages.  Christopher Suarez, who attended the deposition on behalf of Acer and ASUS,
estimated that it took 3 hours and 30 minutes in total, or about 1 minute and 40 seconds per page.  Still, we
have calculated times for this deposition using a conservative estimate of 1 minute per page, for a total
time of 2 hours and 6 minutes.  Under this conservative estimate, Philips questioned the witness for at
least 18 minutes, and the Defendants questioned him for at least 1 hour and 48 minutes.  Thus, at the end

DECLARATION OF AMY M. BAILEY REGARDING JOINT DISCOVERY LETTER BRIEF

of Mr. Salami's deposition, Philips had questioned third-party witnesses for a total of 11 hours and 28 minutes, and Defendants had questioned third-party witnesses for a total of 8 hours and 26 minutes.

11.     On August 24, 2018, the parties deposed third-party witness Richard Byers.  Mr. Byers' deposition lasted 5 hours and 33 minutes.  Philips questioned Mr. Byers for 5 hours and 33 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Byer's deposition, Philips had questioned third-party witnesses for a total of 17 hours and 1 minute, and Defendants had questioned third-party witnesses for a total of 8 hours and 26 minutes.

12.     On August 28, 2018, the parties deposed third-party witness Olawale Ogunwale.  Mr. Ogunwale's deposition lasted 2 hours and 9 minutes.  Philips questioned Mr. Ogunwale for 2 hours and 9 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Ogunwale's deposition, Philips had questioned third-party witnesses for a total of 19 hours and 10 minutes, and Defendants had questioned third-party witnesses for a total of 8 hours and 26 minutes.

13.     On August 30, 2018, the parties deposed third-party witness Zachary Kuznia.  Mr. Kuznia deposition lasted 1 hour and 43 minutes.  Philips questioned Mr. Kuznia for 1 hour and 43 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Kuznia's deposition, Philips had questioned third-party witnesses for a total of 20 hours and 53 minutes, and Defendants had questioned third-party witnesses for a total of 8 hours and 26 minutes.

14.     On August 30, 2018, the parties deposed third-party witness Oliver Woodman.  Mr. Woodman's deposition lasted 5 hours and 29 minutes.  Philips questioned Mr. Woodman for 5 hours and 29 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Woodman's deposition, Philips had questioned third-party witnesses for a total of 26 hours and 22 minutes, and Defendants had questioned third-party witnesses for a total of 8 hours and 26 minutes.

15.     On November 5, 2018, the parties deposed third-party witness Jeffrey Johnson.  Mr. Johnson's deposition lasted 4 hours and 49 minutes.  Philips questioned Mr. Johnson for 1 hour and 23 minutes, and the Defendants questioned him for 3 hours and 26 minutes.  Thus, at the end of Mr. Johnson's deposition, Philips had questioned third-party witnesses for a total of 27 hours and 45 minutes, and Defendants had questioned third-party witnesses for a total of 11 hours and 52 minutes.

16.     On November 6, 2018, the parties deposed third-party witness David Kurlander.  Mr. Kurlander's deposition lasted 4 hours and 8 minutes.  Philips questioned Mr. Kurlander for 1 hour and 9 minutes, and the Defendants questioned him for 2 hours and 59 minutes.  Thus, at the end of Mr. Kurlander's deposition, Philips had questioned third-party witnesses for a total of 28 hours and 54 minutes, and Defendants had questioned third-party witnesses for a total of 14 hours and 51 minutes.

17.     On November 28, 2018, the parties deposed third-party witness Matt Doucleff.  Mr. Doucleff's deposition lasted 3 hours.  Philips questioned Mr. Doucleff for 3 hours, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Doucleff's deposition, Philips had questioned third-party witnesses for a total of 31 hours and 54 minutes, and Defendants had questioned third-party witnesses for a total of 14 hours and 51 minutes.

18.     On November 29, 2018, the parties deposed third-party witness James Maccoun.  Mr. Maccoun's deposition lasted 1 hour and 12 minutes.  Philips questioned Mr. Maccoun for 1 hour and 12 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Maccoun's deposition, Philips had questioned third-party witnesses for a total of 33 hours and 06 minutes, and Defendants had questioned third-party witnesses for a total of 14 hours and 51minutes.

19.     On December 5, 2018, the parties deposed third-party witness James Gosling.  Mr. Gosling's deposition lasted 7 hours and 1 minute.  Philips questioned Mr. Gosling for 2 hours and 15 minutes, and the Defendants questioned him for 4 hours and 46 minutes.  Thus, at the end of Mr. Gosling's deposition, Philips had questioned third-party witnesses for a total of 35 hours and 21 minutes, and Defendants had questioned third-party witnesses for a total of 19 hours and 37 minutes.

20.     On December 5, 2018, the parties deposed third-party witness Svetoslov Ganov.  Mr. Ganov's deposition lasted 2 hours and 5 minutes.  Philips questioned Mr. Ganov for 2 hours and 5 minutes, and the Defendants questioned him for 0 minutes.  Thus, at the end of Mr. Ganov's deposition, Philips had questioned third-party witnesses for a total of 37 hours and 26 minutes, and Defendants had questioned third-party witnesses for a total of 19 hours and 37 minutes.

21.     On December 7, 2018, the parties deposed third-party witness Charles Clanton.  Mr. Clanton's deposition lasted 5 hours and 4 minutes.  Philips questioned Mr. Clanton for 1 hour and 17 minutes, and the Defendants questioned him for 3 hours and 47 minutes.  Thus, at the end of Mr. Clanton's

deposition, Philips had questioned third-party witnesses for a total of 38 hours and 43 minutes, and Defendants had questioned third-party witnesses for a total of 23 hours and 24 minutes.

22.     On December 11, 2018, the parties deposed third-party witness Panu Korhonen.  Mr. Korhonen's deposition lasted 2 hours and 2 minutes.  Philips questioned Mr. Korhonen for 1 hour and 11 minutes, and the Defendants questioned him for 51 minutes.  Thus, at the end of Mr. Korhonen's deposition, Philips had questioned third-party witnesses for a total of 39 hours and 54 minutes, and Defendants had questioned third-party witnesses for a total of 24 hours and 15 minutes.

23.     On December 12, 2018, the parties deposed third-party witness William Ballard.  Mr. Ballard's deposition lasted 1 hour and 35 minutes.  Philips questioned Mr. Ballard for 8 minutes, and the Defendants questioned him for 1 hour and 27 minutes.  Thus, at the end of Mr. Ballard's deposition, Philips had questioned third-party witnesses for a total of 40 hours and 2 minutes, and Defendants had questioned third-party witnesses for a total of 25 hours and 42 minutes.

24.     On December 17, 2018, the parties deposed third-party witness Unsuk Jung.  Mr. Jung's deposition lasted 2 hours and 16 minutes.  Philips questioned Mr. Jung for 2 hours and 15 minutes, and the Defendants questioned him for 0 minutes, and nonparty Google questioned him for 1 minute.  Thus, at the end of Mr. Jung's deposition, Philips had questioned third-party witnesses for a total of 42 hours and 17 minutes, and Defendants had questioned third-party witnesses for a total of 25 hours and 42 minutes, and Google had questioned third-party witnesses for a total of 2 minutes.

25.     On December 18, 2018, the parties deposed third-party witness Sjoerd Mullender.  Mr. Mullender's deposition lasted 5 hours and 59 minutes.  Philips questioned Mr. Mullender for 1 hour and 29 minutes, and the Defendants questioned him for 4 hours and 30 minutes.  Thus, at the end of Mr. Mullender's deposition, Philips had questioned third-party witnesses for a total of 43 hours and 46, and Defendants had questioned third-party witnesses for a total of 30 hours and 12 minutes.

26.     On December 21, 2018, the parties deposed third-party witness Jack Jansen.  Mr. Jansen's deposition lasted 3 hours and 9 minutes.  Philips questioned Mr. Jansen for 56 minutes, and the Defendants questioned him for 2 hours and 13 minutes.  Thus, at the end of Mr. Jansen's deposition, Philips had questioned third-party witnesses for a total of 44 hours and 42 minutes, and Defendants had questioned third-party witnesses for a total of 32 hours and 25 minutes.

27.     On January 4, 2019, the parties deposed third-party witness Robert Carr.  At this time, the court reporting agency has provided a rough draft transcript, with no timestamps and no video recording. As a result, we calculated the parties' use of time from the videographer's oral notations when the parties went on and off the record; those notations are usually reasonably close, but can vary from the timestamps by up to ten minutes over the course of a deposition.  Using those times, Mr. Carr's deposition lasted 3 hours and 13 minutes.  Philips questioned Mr. Carr for 1 hour and 39 minutes, and the Defendants questioned him for 1 hour and 37 minutes.  Thus, at the end of Mr. Carr's deposition, Philips had questioned third-party witnesses for a total of 46 hours and 21 minutes, and Defendants had questioned third-party witnesses for a total of 34 hours and 2 minutes.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on January 11, 2019.

Respectfully submitted,

Amy M. Bailey

DECLARATION OF AMY M. BAILEY REGARDING JOINT DISCOVERY LETTER BRIEF