UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Koninklijke Philips N.V. et al.<br><br>Plaintiff(s)<br>v.<br><br>Acer Inc. et al.<br><br>Defendant(s) | CASE No C 4:18-cv-01885-HSG<br><br>SECOND AMENDED STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. Plaintiffs Koninklijke Philips N.V., U.S. Philips Corp., Acer Inc., Acer America Corp., Microsoft Corp. and Microsoft Mobile Inc. agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation (Provider to be determined)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: At a date to be determined

Date: June 19, 2018 /s/ Jonathan Sharret
Attorney for Koninklijke Philips N.V. and U.S. Philips Corp.

Date: June 19, 2018 /s/ Craig Kaufman
Attorney for Acer Inc. and Acer America Corp.

Date: June 19, 2018 /s/ Christy McCullough
Attorney for Microsoft Corp. and Microsoft Mobile Inc.

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 1/17/2019

*Haywood S. Gilliam Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Form ADR-Stip rev. 1-2017*