| | |
|---|---|
| Michael P. Sandonato (*admitted pro hac vice*) MSandonato@Venable.com | Robert S. Pickens (*admitted pro hac vice*) RSPickens@Venable.com |
| John D. Carlin (*admitted pro hac vice*) JCarlin@Venable.com | Sean M. McCarthy (*admitted pro hac vice*) SMcCarthy@Venable.com |
| Natalie Lieber (*admitted pro hac vice*) NDLieber@Venable.com | Jaime F. Cardenas-Navia (*admitted pro hac vice*) JFCardenas-Navia@Venable.com |
| Christopher M. Gerson (*admitted pro hac vice*) CGerson@Venable.com | Joyce L. Nadipuram (*admitted pro hac vice*) JNadipuram@Venable.com |
| Jonathan M. Sharret (*admitted pro hac vice*) JSharret@Venable.com | Caitlyn N. Bingaman (*admitted pro hac vice*) CNBingaman@Venable.com |
| Daniel A. Apgar (*admitted pro hac vice*) DApgar@Venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") together with Defendants Acer Inc. and Acer America Corporation, ASUSTek Computer, Inc. and ASUS Computer International, YiFang USA, Inc. d/b/a/ E-Fun, Inc., HTC Corporation, and Microsoft Corporation and Microsoft Mobile, Inc. (collectively, "Defendants"), through counsel, hereby respectfully file this stipulated request to extend Philips' opposition to Defendants' Motion for Leave, currently due on January 18, 2019, and Defendants' reply in support of their Motion for Leave, currently due on January 25, 2019:

WHEREAS, on January 4, 2019, Defendants filed a Motion for Leave to Amend Invalidity Contentions (Dkt. No. 584) ("Motion for Leave");

WHEREAS, pursuant to Civil Local Rule 7-3, Philips' opposition to Defendants' Motion for Leave is currently due on January 18, 2019, and Defendants' reply in support of their Motion for Leave is currently due on January 25, 2019;

WHEREAS, in view of ongoing depositions and related discovery activity, Philips has requested a one-week extension of time to January 25, 2019 for Philips to file its opposition to allow Philips adequate time to fully and completely respond to the Motion for Leave;

WHEREAS, Defendants have consented to Philips' requested extension;

WHEREAS, the parties have further agreed to extend the deadline for Defendants' reply in support of their Motion for Leave to February 8, 2019;

WHEREAS, the hearing regarding this motion is currently scheduled for April 11, 2019 at 2:00 p.m.;

WHEREAS, the extensions of time for Philips' opposition and Defendants' reply are not expected to alter the date for the currently scheduled hearing;

WHEREAS, under Civ. L.R. 6-2(a)(3), the parties confirm that this requested extension of the fact discovery deadline will not impact any other deadlines in these cases;

WHEREAS, under Civ. L.R. 6-2(a)(2), the parties report that the parties have made and the

Court has approved five previous stipulations seeking to modify the schedule in these cases: (a-b) two granting Philips' unopposed requests for an additional week of time to file reply briefs supporting its motion to partially consolidate these matters; (c) one granting Defendants' unopposed motion for a letter rogatory: (d) one granting Defendants' request for discovery into documents produced by Philips; and (e) one granting the parties' joint request to extend fact discovery for the depositions of certain individuals and entities Nos. 464, 465, 582, 593, 594;

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civ. L.R. 6-2(a)(2) calls for them;

NOW, THEREFORE, Philips and Defendants, through counsel, hereby stipulate to and respectfully request that the Court extend Philips' opposition to Defendants' Motion for Leave to January 25, 2019 and Defendants' reply in support of their Motion for Leave to February 8, 2019.

| | | |
|---|---|---|
| 1 | Dated: January 22, 2019 | |
| 2 | | Respectfully submitted, |
| 3 | Chris Holland (SBN 164053) | /s/ Michael Sandonato |
| | Lori L. Holland (SBN 202309) | Michael Sandonato (admitted *pro hac vice*) |
| 4 | HOLLAND LAW LLP | John Carlin (admitted *pro hac vice*) |
| | 220 Montgomery Street, Suite 800 | Christopher Gerson (admitted *pro hac vice*) |
| 5 | San Francisco, CA 94104 | Natalie Lieber (admitted *pro hac vice*) |
| | Telephone: (415) 200-4980 | Jonathan M. Sharret (admitted *pro hac vice*) |
| 6 | Fax: (415) 200-4989 | Daniel Apgar (admitted *pro hac vice*) |
| | cholland@hollandlawllp.com | Jaime Cardenas-Navia (admitted *pro hac vice*) |
| 7 | lholland@hollandlawllp.com | Sean M. McCarthy (admitted *pro hac vice*) |
| | | Robert Pickens (admitted *pro hac vice*) |
| 8 | | Joyce Nadipuram (admitted *pro hac vice*) |
| | | Caitlyn Bingaman (admitted *pro hac vice*) |
| 9 | | |
| 10 | | VENABLE LLP |
| | | 1290 Avenue of the Americas |
| 11 | | New York, New York, 10104 |
| | | +1 (212) 218-2100 |
| 12 | | +1 (212) 218-2200 facsimile |
| | | philipsprosecutionbar@venable.com |
| 13 | | |
| | | *Attorneys for Plaintiffs Koninklijke Philips* |
| 14 | | *N.V. and U.S. Philips Corporation* |

4

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS
CASE NUMBER 4:18-CV-01885-HSG

Kevin Hardy (*pro hac vice* pending)
Aaron Maurer (*pro hac vice* pending)
David Krinsky (*pro hac vice* pending)
Christopher Geyer (Cal. Bar No. 288527)
Christopher A. Suarez (*pro hac vice* pending)
Kyle Thomason (*pro hac vice* pending)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Cal. Bar No. 230565)
Patrick M. Shields (Cal. Bar No. 204739)
Erika H. Warren (Cal. Bar No. 230565)
Amy M. Bailey (Cal. Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com
18-1886@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Kai Tseng (Cal. Bar No. 193756)
Hsiang ("James") H. Lin (Cal. Bar No. 241472)
Craig Kaufman (Cal. Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

Michael J. Newton (SBN 156225)
Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

/s/ John Schnurer
John Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
Ryan Hawkins (Cal. Bar No. 256146)
Louise Lu (Cal. Bar No. 256146)
Vinay Sathe (Cal. Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
Antoine McNamara (Cal. Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

  /s/ Patrick J. McKeever
Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com
Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 268763)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc.*


 /s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

Michael Song (Cal. Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Ave. 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

### **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated:  January 22, 2019             /s/ Chris Holland
                                      Chris Holland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 22, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge