Michael P. Sandonato (*admitted pro hac vice*)
MSandonato@Venable.com
John D. Carlin (*admitted pro hac vice*)
JCarlin@Venable.com
Natalie Lieber (*admitted pro hac vice*)
NDLieber@Venable.com
Christopher M. Gerson (*admitted pro hac vice*)
CGerson@Venable.com
Jonathan M. Sharret (*admitted pro hac vice*)
JSharret@Venable.com
Daniel A. Apgar (*admitted pro hac vice*)
DApgar@Venable.com

Robert S. Pickens (*admitted pro hac vice*)
RSPickens@Venable.com
Sean M. McCarthy (*admitted pro hac vice*)
SMcCarthy@Venable.com
Jaime F. Cardenas-Navia (*admitted pro hac vice*)
JFCardenas-Navia@Venable.com
Joyce L. Nadipuram (*admitted pro hac vice*)
JNadipuram@Venable.com
Caitlyn N. Bingaman (*admitted pro hac vice*)
CNBingaman@Venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Jaime F. Cardenas-Navia, declare as follows:

I am over the age of eighteen years and not a party to the instant action; my business address is Venable LLP, 1290 Avenue of the Americas, 20th Floor, New York, NY 10104-3800. On January 25, 2019, I caused the document described as the DECLARATION OF JAIME F. CARDENAS-NAVIA IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS to be transmitted by electronic mail to the individuals set forth below:

| | |
|---|---|
| Kevin Hardy (*pro hac vice* pending) | Matthew S. Warren (Cal. Bar No. 230565) |
| Aaron Maurer (*pro hac vice* pending) | Patrick M. Shields (Cal. Bar No. 204739) |
| David Krinsky (*pro hac vice* pending) | Erika H. Warren (Cal. Bar No. 230565) |
| Christopher Geyer (Cal. Bar No. 288527) | Amy M. Bailey (Cal. Bar No. 313151) |
| Christopher A. Suarez (*pro hac vice* pending) | WARREN LEX LLP |
| Kyle Thomason (*pro hac vice* pending) | 2261 Market Street, No. 606 |
| WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| Washington, District of Columbia, 20005 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5029 facsimile | 18-1886@cases.warrenlex.com |
| viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

| | |
|---|---|
| | Michael J. Newton (SBN 156225) |
| Kai Tseng (Cal. Bar No. 193756) | Sang (Michael) Lee (*pro hac vice*) |
| Hsiang ("James") H. Lin (Cal. Bar No. 241472) | ALSTON & BIRD LLP |
| Craig Kaufman (Cal. Bar No. 159458) | 2828 North Harwood Street, Suite 1800 |
| TECHKNOWLEDGE LAW GROUP LLP | Dallas, Texas, 75201 |
| 100 Marine Parkway, Suite 200 | +1 (214) 922-3400 |
| Redwood Shores, California, 94065 | +1 (214) 922-3899 facsimile |
| +1 (650) 517-5200 | asus-philips@alston.com |
| +1 (650) 226-3133 facsimile | |
| acer.philips-tklgall@tklg-llp.com | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

| | |
|---|---|
| 1 | John Schnurer (Cal. Bar No. 185725) |
| | Kevin Patariu (Cal. Bar No. 256755) |
| 2 | Ryan Hawkins (Cal. Bar No. 256146) |
| | Louise Lu (Cal. Bar No. 256146) |
| 3 | Vinay Sathe (Cal. Bar No. 256146) |
| | PERKINS COIE LLP |
| 4 | 11988 El Camino Real, Suite 350 |
| 5 | San Diego, California, 92130 |
| | +1 (858) 720-5700 |
| 6 | +1 (858) 720-5799 facsimile |
| | htc-philipsperkinsservice@perkinscoie.com |
| 7 | |
| 8 | Ryan McBrayer (*pro hac vice* to be filed) |
| | Jonathan Putman (*pro hac vice* to be filed) |
| 9 | Antoine McNamara (Cal. Bar No. 261980) |
| | Stevan Stark (*pro hac vice* to be filed) |
| 10 | PERKINS COIE LLP |
| 11 | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington, 98101 |
| 12 | +1 (206) 359-8000 |
| | +1 (206) 359-9000 facsimile |
| 13 | htc-philipsperkinsservice@perkinscoie.com |
| 14 | *Attorneys for Defendants HTC Corp. and HTC America, Inc.* |
| 15 | |
| 16 | Judith Jennison (Cal. Bar No. 165929) |
| | Christina McCullough (Cal. Bar No. 245944) |
| 17 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 18 | Seattle, Washington, 98101 |
| | +1 (206) 359-8000 |
| 19 | +1 (206) 359-9000 facsimile |
| | msft-philipsteam@perkinscoie.com |
| 20 | Sarah Stahnke (Cal. Bar No. 264838) |
| 21 | Patrick J. McKeever (Cal. Bar No. 268763) |
| | PERKINS COIE LLP |
| 22 | 11988 El Camino Real, Suite 350 |
| | San Diego, California, 92130 |
| 23 | +1 (858) 720-5700 |
| | +1 (858) 720-5799 facsimile |
| 24 | msft-philipsteam@perkinscoie.com |
| 25 | |
| | Chad Campbell (Cal. Bar No. 258723) |
| 26 | PERKINS COIE LLP |
| | 2901 North Central Avenue, Suite 2000 |
| 27 | Phoenix, Arizona, 85012 |
| 28 | +1 (602) 351-8000 |

+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc.*

Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

Michael Song (Cal. Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Ave. 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

I declare under the penalty of perjury that the above is true and correct.

Executed on January 25, 2019 in New York, New York.

                                                */s/ Jaime F. Cardenas-Navia*
                                                  Jaime F. Cardenas-Navia