**WARREN LEX** LLP          2261 MARKET STREET NO. 606           TEL  +1 (415) 895 2940
                            SAN FRANCISCO CA 94114                FAX  +1 (415) 895 2964

January 30, 2019

**By Electronic Case Filing**

The Honorable Elizabeth D. Laporte
United States District Court for the Northern District of California
Phillip Burton Federal Building and United States Courthouse, 15th Floor, Courtroom E
450 Golden Gate Avenue
San Francisco, California, 94102

Re:     In re Koninklijke Philips Patent Litigation, No. 18-1885 (N.D. California)

Dear Judge Laporte:

Under the Court's Order, Docket No. 605, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") and Defendants Acer Inc., Acer America Corporation, ASUSTek Computer, Inc., and ASUS Computer International ("Defendants") respectfully provide the Court with an update regarding their discussions concerning Acer and ASUS' request for production of documents regarding Philips' commercial relationships with its licensees.

On Wednesday, January 23, Defendants wrote Philips to request further information and to suggest a meet-and-confer call on Monday, January 28. Ex. 1. On Thursday, January 24, Philips responded that it expected to provide an additional disclosure the following day. Ex. 2. On Friday, January 25, Philips provided that disclosure. Ex. 3. On Tuesday, January 29, Defendants wrote Philips to follow up on their January 23 letter and to seek a time for the parties to meet and confer. Ex. 4. Later that day, Philips proposed a call today, Wednesday, January 30. Ex. 5. The parties agreed to meet and confer at noon today. Before that call, Philips provided additional information regarding its progress to date. Ex. 6.

As agreed, Philips and Defendants met and conferred at noon today, and followed up with an exchange of emails. During that call, the parties discussed the information in Philips' letter of this morning, as well as other potential avenues of search in response to Defendants' requests. During the meet and confer process, Philips indicated that it intended to provide information to Acer and ASUS that would resolve the concerns that Defendants expressed in their letters of January 23 and 29. Philips could not commit to a firm date, but indicated that was moving as quickly as possible to do so, and hoped to do so by the end of this week.

During this meet-and-confer process, Defendants suggested that the parties agree to provide the Court with a further update by Wednesday, February 6. Philips responded that, in its view, the parties are more likely to reach a final resolution on this issue by the end of next week, as

Judge Elizabeth D. Laporte
January 30, 2019
Page 2

opposed to by next Wednesday, and requested that the parties thus agree to provide the Court with a substantive update by Friday, February 8. Defendants acceded to Philips' request.

Respectfully submitted,

Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
Christopher A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corp.,
ASUSTeK Computer Inc., and ASUS Computer International*

Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer, Inc.
Acer America Corporation*

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK and
Computer Inc. and ASUS Computer
International*

Judge Elizabeth D. Laporte
January 30, 2019
Page 3

                                                  */s/*

| | |
|---|---|
| Chris Holland (Bar No. 164053) | Michael Sandonato (*pro hac vice*) |
| Lori L. Holland (Bar No. 202309) | John Carlin (*pro hac vice*) |
| HOLLAND LAW LLP | Christopher Gerson (*pro hac vice*) |
| 220 Montgomery Street, Suite 800 | Natalie Lieber (*pro hac vice*) |
| San Francisco, California, 94104 | Jonathan M. Sharret (*pro hac vice*) |
| +1 (415) 200-4980 | Daniel Apgar (*pro hac vice*) |
| +1 (415) 200-4989 facsimile | Jaime Cardenas-Navia (*pro hac vice*) |
| cholland@hollandlawllp.com | Sean M. McCarthy (*pro hac vice*) |
| | Robert Pickens (*pro hac vice*) |
| | Caitlyn Bingaman (*pro hac vice*) |
| | Joyce Nadipuram (*pro hac vice*) |
| | VENABLE LLP |
| | 1290 Avenue of the Americas |
| | New York, New York, 10104 |
| | +1 (212) 218-2100 |
| | +1 (212) 218-2200 facsimile |
| | philipsprosecutionbar@venable.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*