# Exhibit 3

Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jfcardenas-navia@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG (EDL)<br><br>**PHILIPS' SUPPLEMENTAL DISCLOSURE UNDER THE PATENT LOCAL RULES**<br><br>JURY TRIAL DEMANDED |

**PHILIPS' SUPPLEMENTAL DISCLOSURE UNDER THE PATENT LOCAL RULES**

Pursuant to the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California ("Patent L.R.") and the Court's Order Granting the Stipulation Regarding Production of Third-Party Confidential Information, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips" or "Plaintiffs") hereby provide these Supplemental Disclosures to Defendants Acer Inc. and Acer America Corp., ASUSTeK Computer Inc. and ASUS Computer International, HTC Corp. and HTC America, Inc., Microsoft Corp. and Microsoft Mobile, and YiFang USA, Inc. D/B/A E-FUN, INC. (collectively, "Defendants").

As previously noted in Philips' Disclosures under Patent L.R. 3-2 served October 25, 2018, certain agreements, including agreements that may have relevance to a comparable license analysis and/or that may be used to support Philips' damages case, are subject to claims of third-party confidentiality, and therefore could not be produced absent consent of the relevant third-parties or an order of the Court. The parties to this action agreed to a protocol for the production of third-party confidential information, and the Court granted that stipulation on December 20, 2018. In accordance with that stipulation, Philips began its production of documents subject to the third-party confidentiality stipulation on January 24, 2019. In addition, certain agreements that may have relevance to a comparable license analysis and/or that may be used to support Philips' damages case, were executed after the service of Philips' Patent L.R. 3-2 disclosures, and were produced in these matters in December 2018. The parties agreed to extend fact discovery regarding the subject matter of these documents, and the Court granted that stipulation on January 10, 2019. Accordingly, supplementation of Philips' prior Patent L.R. 3-2 disclosures is necessary to identify agreements that had not existed or could not be produced due to unresolved third-party confidentiality obligations at the time of Philips' prior disclosures.

In accordance with the Federal Rules of Civil Procedure and the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Philips expressly reserves the right to modify, amend, retract, and/or supplement these Disclosures as additional evidence and information becomes available to Philips, as Philips' understanding of this

information changes, or as otherwise appropriate.

I.  **Document Production (Patent L.R. 3-2)**

In compliance with Patent L.R. 3-2 Philips hereby identifies: (1) documents that were previously identified under Patent L.R. 3-2(g) and 3-2(h); and (2) documents that were produced subsequent to Philips' prior Patent L.R. 3-2 disclosures (due to third-party confidentiality obligations and/or because the documents did not exist at the time of Philips' prior disclosures, as described above), and that are being identified under Patent L.R. 3-2(g) and 3-2(h) herein.  However, Philips reserves all rights to contest that any of the following identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-2.

1. Patent L.R. 3-2(g):
   - Without admitting or denying the relevance of any listed document in particular, the following agreements may have relevance to a comparable license analysis:
     PHILIPS00014860-995; PHILIPS00020859-76; PHILIPS00064150-260; PHILIPS00080397-488; PHILIPS00097021-85; PHILIPS00098065-98; PHILIPS00098099-202; PHILIPS00212965-996; PHILIPS00213043-213093; PHILIPS00022962-23022; PHILIPS00213013-213042; PHILIPS00231052-231109; PHILIPS00231188-231249; PHILIPS00231324-231361; PHILIPS00231362-231365; PHILIPS00231718-231721; PHILIPS00231366-231457; PHILIPS00231764-231811; PHILIPS00231761-231763; PHILIPS00231505-231508; PHILIPS00221492-221497; PHILIPS00214723-21477; PHILIPS00237350-237398.
   - Philips additionally reserves the right to identify and rely on any agreement that any defendant has produced or will produce as an agreement that may have relevance to a comparable license analysis.

2. Patent L.R. 3-2(h):
   - Without admitting or denying the relevance of any listed document in particular, the following agreements may be used to support Philips' damages case, including:

PHILIPS00025350-436; PHILIPS00042768-94; PHILIPS00064134-49; PHILIPS00064327-82; PHILIPS00083121-52; PHILIPS00096991-7020; PHILIPS00014860-995; PHILIPS00020859-76; PHILIPS00064150-260; PHILIPS00080397-488; PHILIPS00097021-85; PHILIPS00098065-98; PHILIPS00098099-202; PHILIPS00210855-71;; PHILIPS00211600-211659; PHILIPS00212632-93; PHILIPS00212965-996; PHILIPS00213043-213093; PHILIPS00022962-23022; PHILIPS00213013-213042; PHILIPS00231052-231109; PHILIPS00231188-231249; PHILIPS00231324-231361; PHILIPS00231362-231365; PHILIPS00231718-231721; PHILIPS00231366-231457; PHILIPS00231764-231811; PHILIPS00231761-231763; PHILIPS00231505-231508; PHILIPS00221492-221497; PHILIPS00214723-214771; PHILIPS00237350-237398; PHILIPS00231572-231602; PHILIPS00230936-230955; PHILIPS00230956-230989; PHILIPS00231603-231634; PHILIPS00230990-231051; PHILIPS00231110-231140; PHILIPS00231141-231142; PHILIPS00231143-231150; PHILIPS00231151-231159; PHILIPS00231160-231187; PHILIPS00231639-231654; PHILIPS00231635-231638; PHILIPS00231261-231272; PHILIPS00231250-231260; PHILIPS00231273-231304; PHILIPS00231655-231685; PHILIPS00231686-231717; PHILIPS00231722-231734; PHILIPS00231735-231746; PHILIPS00231747-231760; PHILIPS00231458-231480; PHILIPS00231812-231824; PHILIPS00231481-231504; PHILIPS00231509-231538.

- Philips additionally reserves the right to identify and rely on any agreement that any defendant has produced or will produce to support Philips' damages case.

Dated: January 25, 2019

By: /s/ Natalie Lieber

Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

*Attorney for Plaintiffs*

**PROOF OF SERVICE**

I declare as follows:

I am a resident of the State of New Jersey and over the age of eighteen years, and not a party to the instant action; my business address is 1290 Avenue of the Americas, New York, NY, 10104-3800.

On January 25, 2019, I served the foregoing document described as PHILIPS' SUPPLEMENTAL DISCLOSURE UNDER THE PATENT LOCAL RULES on the interested parties in this action by electronic transmission.  I caused the document(s) listed above to be transmitted by electronic mail to the individuals on the service list as set forth below.

Matt Warren
Patrick M. Shields
Erika Warren
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964
viceroy@matters.warrenlex.com
matt@warrenlex.com
patrick@warrenlex.com
erika@warrenlex.com

Bruce R. Genderson
Kevin Hardy
Aaron Maurer
David Krinsky
Christopher A. Suarez
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
(202) 434-5000
(202) 436-5029
viceroy@wc.com
bgenderson@wc.com
khardy@wc.com
amaurer@wc.com
dkrinsky@wc.com
kthomason@wc.com
csuarez@wc.com

*Attorneys for Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200 2828
Redwood Shores, California, 94065
(650) 517-5200
Acer.Philips-TKLGALL@tklg-llp.com
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jlin@tklg-llp.com

*Attorneys for Acer, Inc. and Acer America Corporation*

Derek S. Neilson
Sang (Michael) Lee
Alston & Bird LLP
North Harwood Street, Suite 1800
Dallas, Texas, 75201
(214) 922-3400
(214) 922-3899
Asus-Philips@alston.com
Mike.newton@alston.com
Derek.neilson@alston.com
Michael.lee@alston.com

*Attorneys for ASUSTeK Computer Inc. and ASUS Computer International*

John Schnurer (CA Bar No. 185725)
Kevin Patariu (CA Bar No. 256755)
Ryan Hawkins (CA Bar No. 256755)
Louise Lu (CA Bar No. 253114)
Vinay Sathe (CA Bar No. 263064)
PERKINS COIE LLP
11988 El Camino Road, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799
jschnurer@perkinscoie.com
KPatariu@perkinscoie.com
rhawkins@perkinscoie.com
LLu@perkinscoie.com
vsathe@perkinscoie.com

Ryan McBrayer (pro hac vice to be filed)
Jonathan Putman (pro hac vice to be filed)
Stevan Stark (pro hac vice to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
RMcBrayer@perkinscoie.com
JPutman@perkinscoie.com
SStark@perkinscoie.com
HTC-PhilipsPerkinsService@perkinscoie.com

*Attorneys for HTC Corp. and HTC America, Inc.*

Chad S. Campbell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
(602) 351-8000
(602) 648-7000
CCampbell@perkinscoie.com

Judith Jennison, Bar No. 165929
Christina McCullough, Bar No. 245944
Theresa H. Nguyen, Bar No. 284581
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000
(206) 359-9000
JJennison@perkinscoie.com
CMcCullough@perkinscoie.com
RNguyen@perkinscoie.com

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700
(858) 720-5799
PMcKeever@perkinscoie.com

Tiffany P. Cunningham
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700 Chicago, IL 60603
(312) 324-8400

(312)324-9400
TCunningham@perkinscoie.com
Sarah E. Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300
(650) 838-4350
SStahnke@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/ Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

Lucian C. Chen
Wing K. Chiu
Lucian C. Chen, Esq. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
lucianchen@lcclegal.com
wingchiu@lcclegal.com

Michael J. Song
LTL ATTORNEYS LLP
300 South Grand Ave., 14th Floor
Los Angeles, California 90071
michael.song@ltlattorneys.com

*Attorneys for YiFang USA, Inc. D/B/A EFun, Inc.*

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on January 25, 2019 at New York, New York.


                                  /s/ Joyce L. Nadipuram