Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie D. Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL |
| | **PHILIPS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 614-6; [PROPOSED] ORDER** |

1

PHILIPS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 614-6;
[PROPOSED] ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") hereby respectfully requests that an order be granted to remove Docket No. 614-6 from the ECF docket for this matter on the ground that it discloses confidential information of Philips that should have been redacted at the time of filing.

By way of background, Philips originally sent the document filed as Docket No. 614-6 to Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc., and ASUS Computer International (collectively, "Acer/ASUS") without a confidentiality designation under the Protective Order in this case.  That document was subsequently filed as Exhibit 6 to Philips' and Acer/ASUS's January 30, 2019 Joint Letter to Magistrate Judge Laporte (Docket No. 614) ("Joint Letter").

After the Joint Letter was filed, it came to counsel for Philips' attention that a portion Exhibit 6 to the Joint Letter discloses Philips' confidential information, and therefore that portion should have been sent to Acer/ASUS with the "Highly Confidential – Outside Counsel Only" designation under the Protective Order in this action.  That omission was inadvertent, and that portion of Exhibit 6 has since been resent to Acer/ASUS with the "Highly Confidential – Outside Counsel Only" designation.

Now that the designation has been corrected, Philips will also be filing a corrected version of the entire Joint Letter with redacted and unredacted versions of Exhibit 6, along with an Administrative Motion to File Under Seal the unredacted version of Exhibit 6.

For these reasons, Philips respectfully moves the Court to remove Docket No. 614-6 permanently from the Court's public docket and ECF.

1

Dated: February 12, 2019                           Respectfully submitted,

2

Chris Holland (SBN 164053)                    /s/ Robert S. Pickens
Lori L. Holland (SBN 202309)                  Michael P. Sandonato (admitted *pro hac vice*)

3

HOLLAND LAW LLP                               John S. Carlin (admitted *pro hac vice*)
220 Montgomery Street, Suite 800              Christopher S. Gerson (admitted *pro hac vice*)

4

San Francisco, CA 94104                       Natalie D. Lieber (admitted *pro hac vice*)
Telephone: (415) 200-4980                     Jonathan M. Sharret (admitted *pro hac vice*)

5

Fax: (415) 200-4989                           Daniel A. Apgar (admitted *pro hac vice*)
cholland@hollandlawllp.com                    Sean M. McCarthy (admitted *pro hac vice*)

6

lholland@hollandlawllp.com                    Robert S. Pickens (admitted *pro hac vice*)
                                              Joyce L. Nadipuram (admitted *pro hac vice*)

7

                                              Caitlyn N. Bingaman (admitted *pro hac vice*)

8

                                              VENABLE LLP

9

                                              1290 Avenue of the Americas
                                              New York, New York, 10104

10

                                              +1 (212) 218-2100
                                              +1 (212) 218-2200 facsimile

11

                                              philipsprosecutionbar@venable.com

12

                                              *Attorneys for Plaintiffs Koninklijke Philips*
                                              *N.V. and U.S. Philips Corporation*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILIPS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 614-6;
[PROPOSED] ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

## [PROPOSED] ORDER

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation's Motion to Remove Incorrectly Filed Document, Docket No. 614-6 ("the Motion"). Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that Docket No. 614-6 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

PHILIPS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, DOCKET NO. 614-6;
[PROPOSED] ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL