# Exhibit 6
## (Redacted Version of Document Sought to Be Sealed)

**VENABLE | Fitzpatrick**

VENABLE LLP | 1290 AVENUE OF THE AMERICAS
20TH FLOOR | NEW YORK, NY 10104
T +1 212.218.2100  F +1 212.218.2200  Venable.com

January 30, 2019

Erika Warren
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, CA 94114
erika@warrenlex.com

Robert Pickens

T 212.218.2333
F 212.218.2200
rspickens@venable.com

Re:   *In re Koninklijke Philips Patent Litigation*, No. 18-1885 (N.D. California)

Dear Erika,

I write in response to your letters of January 23, 2019 and January 29, 2019, regarding Acer and ASUS's request for production of documents regarding Philips' "commercial relationships with its licensees."

As I relayed in my email of yesterday, Philips has been diligently investigating this matter since the January 23, 2019 hearing before Magistrate Judge Laporte, and Philips' investigation is ongoing at this time. However, in order to enable the parties to further meet and confer regarding this matter, Philips can now provide the following updates and information:

1. With regard to the two databases discussed during the January 23, 2019 hearing, and in response to your request for clarification, Philips can provide the following information regarding the agreements contained in each database:

    a. For Philips' IP&S Vault database – it is the practice of Philips' Intellectual Property & Standards group to maintain copies of all executed intellectual property-related agreements between Philips and third-parties within this database.

    b. For Philips' Legal Contracts SharePoint database – prior to 2016, it was the practice of Philips' legal department to maintain any key contracts between Philips and third-parties within this database, even if they were also maintained separately elsewhere. In 2016, it became Philips' policy to avoid duplicative filing of executed agreements going forward, and only a select set of contracts are now expected to be filed in the Legal Contracts SharePoint database (to the extent that they are also maintained elsewhere), including agreements related to mergers and acquisitions, alliances, treasury matters, major litigation settlements, and large scale projects.

# VENABLE | Fitzpatrick

Page 2
January 30, 2019

2. Your January 29, 2019 letter requests that Philips provide "a list of the licenses on which Philips asserts it can and will rely at trial, including for each the Bates range of the license as produced, the date of the agreement, and the licensee or licensees." While Philips' January 25, 2019 disclosure was sufficient for the purposes of this discussion, Philips has attached hereto as Exhibit 1 a document that provides further information included in your request.

3. During the January 23, 2019 hearing, Magistrate Judge Laporte indicated that one issue of interest to her was "starting with those 50 [*i.e.*, the agreements identified or to be identified as falling within Patent L.R. 3-2(g) and (h)], are they in there [*i.e.*, either the IP&S Vault database or the Legal Contracts SharePoint database] or aren't they? What percent of them are in there?" (January 23, 2019 Hrg. Tr. At 16:20-22.) Philips can confirm that each of the relevant agreements is contained in the IP&S Vault database. Further, all of those agreements that predate 2016 are also in the Legal Contracts SharePoint database.

4. As was discussed during the January 23, 2019 hearing, Philips is now conducting a reasonable search to determine (for each of the agreements identified in Exhibit 1) whether the IP&S Vault database or the Legal Contracts SharePoint database contain any other agreements between Philips and the same counterparty dated within the surrounding six month window. This is not a simple and straightforward process, but we working through it as quickly as possible.

In accordance with our discussions at the January 23, 2019 hearing, we would propose that the parties write to Judge Laporte today to advise her that the parties' discussions are ongoing and that we will provide a further update next week.

Best regards,

*/s/Robert S. Pickens*

Robert S. Pickens

Enclosures

| Item No. | Full Name of Counterparty(s) | Bates Range | Date Executed |
|---|---|---|---|
| 1 | | PHILIPS00231188-PHILIPS00231249 | |
| 2 | | PHILIPS00231572-PHILIPS00231602 | |
| 3 | | PHILIPS00230936-PHILIPS00230955 | |
| 4 | | PHILIPS00230956-PHILIPS00230989 | |
| 5 | | PHILIPS00231603-PHILIPS00231634 | |
| 6 | | PHILIPS00014990-PHILIPS00014995 | |
| 7 | | PHILIPS00014943-PHILIPS00014989 | |
| 8 | | PHILIPS00096991-PHILIPS00097020 | |
| 9 | | PHILIPS00064150-PHILIPS00064209 | |
| 10 | | PHILIPS00231052-PHILIPS00231109 | |
| 11 | | PHILIPS00064210-PHILIPS00064260 | |
| 12 | | PHILIPS00231110-PHILIPS00231140 | |
| 13 | | PHILIPS00020859-PHILIPS00020876 | |
| 14 | | PHILIPS00231143-PHILIPS00231150 | |
| 15 | | PHILIPS00014860-PHILIPS00014877 | |
| 16 | | PHILIPS00083121-PHILIPS00083152 | |
| 17 | | PHILIPS00210855-PHILIPS00210871 | |
| 18 | | PHILIPS00231151-PHILIPS00231159 | |
| 19 | | PHILIPS00231160-PHILIPS00231187 | |
| 20 | | PHILIPS00212632-PHILIPS00212693 | |
| 21 | | PHILIPS00231639-PHILIPS00231654 | |
| 22 | | PHILIPS00231635-PHILIPS00231638 | |
| 23 | | PHILIPS00231250-PHILIPS00231260 | |
| 24 | | PHILIPS00231261-PHILIPS00231272 | |
| 25 | | PHILIPS00231273-PHILIPS00231304 | |
| 26 | | PHILIPS00231722-PHILIPS00231734 | |
| 27 | | PHILIPS00231735-PHILIPS00231746 | |
| 28 | | PHILIPS00231747-PHILIPS00231760 | |
| 29 | | PHILIPS00231655-PHILIPS00231685 | |
| 30 | | PHILIPS00025350-PHILIPS00025436 | |
| 31 | | PHILIPS00014912-PHILIPS00014915 | |
| 32 | | PHILIPS00014878-PHILIPS00014911 | |
| 33 | | PHILIPS00231324-PHILIPS00231361 | |
| 34 | | PHILIPS00098065-PHILIPS00098098 | |
| 35 | | PHILIPS00098099-PHILIPS00098202 | |
| 36 | | PHILIPS00231362-PHILIPS00231365 | |
| 37 | | PHILIPS00231686-PHILIPS00231717 | |
| 38 | | PHILIPS00231718-PHILIPS00231721 | |
| 39 | | PHILIPS00230990-PHILIPS00231051 | |
| 40 | | PHILIPS00231141-PHILIPS00231142 | |
| 41 | | PHILIPS00214723-PHILIPS00214771 | |
| 42 | | PHILIPS00221492-PHILIPS00221497 | |
| 43 | | PHILIPS00064327-PHILIPS00064382 | |
| 44 | | PHILIPS00212965-PHILIPS00212996 | |
| 45 | | PHILIPS00042768-PHILIPS00042784 | |
| 46 | | PHILIPS00042785-PHILIPS00042791 | |
| 47 | | PHILIPS00042792 | |
| 48 | | PHILIPS00042793-PHILIPS00042794 | |
| 49 | | PHILIPS00231366-PHILIPS00231457 | |

| Item No. | Full Name of Counterparty(s) | Bates Range | Date Executed |
|---|---|---|---|
| 50 | ██████ | PHILIPS00014916-PHILIPS00014942 | ██████ |
| 51 | ██████ | PHILIPS00211600-PHILIPS00211659 | ██████ |
| 52 | ██████ | PHILIPS00231458-PHILIPS00231480 | ██████ |
| 53 | ██████ | PHILIPS00231761-PHILIPS00231763 | ██████ |
| 54 | ██████ | PHILIPS00231764-PHILIPS00231811 | ██████ |
| 55 | ██████ | PHILIPS00237350-PHILIPS00237398 | ██████ |
| 56 | ██████ | PHILIPS00231812-PHILIPS00231824 | ██████ |
| 57 | ██████ | PHILIPS00231481-PHILIPS00231504 | ██████ |
| 58 | ██████ | PHILIPS00097021-PHILIPS00097085 | ██████ |
| 59 | ██████ | PHILIPS00231505-PHILIPS00231508 | ██████ |
| 60 | ██████ | PHILIPS00231509-PHILIPS00231538 | ██████ |
| 61 | ██████ | PHILIPS00213013-PHILIPS00213042 | ██████ |
| 62 | ██████ | PHILIPS00064134-PHILIPS00064149 | ██████ |