| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Natalie D. Lieber (admitted *pro hac vice*) ndlieber@venable.com | Joyce L. Nadipuram (admitted *pro hac vice*) jnadipuram@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**JOINT STATEMENT REQUESTING STIPULATED MODIFICATION OF DEADLINES RELATING TO EXPERT DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS; ORDER** |

Pursuant to Paragraph 12 of the Standing Order for Civil Cases Before District Judge Haywood S. Gilliam, Jr., Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation, ASUSTek Computer Inc. and ASUS Computer International, Inc., HTC Corporation and HTC America, Inc., YiFang USA Inc. d/b/a/ E-Fun, Inc., and Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Defendants") hereby stipulate and respectfully request that the Court modify the deadlines set forth in the Court's December 18, 2018 Scheduling Order (Dkt. No. 573) regarding expert discovery and dispositive and *Daubert* motions, as indicated below, in view of the Court's recent February 15, 2019 Order Granting in Part and Denying in Part Philips' Motion for Leave to Amend Infringement Contentions ("Motion to Amend") (Dkt. No. 627). The parties do not seek modification of any other deadlines or the dates of the pretrial conference and trial.

As the Court knows, Philips filed its Motion to Amend on October 31, 2018 and noticed the hearing on that motion for February 14, 2019, which was the Court's next available hearing date (Dkt. Nos. 529, 542). The Court subsequently took that hearing off calendar and issued its February 15, 2019 Order (Dkt. No. 627), which resolved the parties' dispute regarding what products are properly accused in this case. Specifically, the Court found that all products identified in Philips' February 2, 2018 infringement contentions are properly accused, along with recently released products. *Id*. at 4-5.

Prior to the Court's decision, Defendants took the position that those products were not properly in the case and, accordingly, did not did not provide discovery regarding those products. Now that those products are at issue, Defendants have agreed to supplement their document production and update their discovery responses accordingly. However, even if Defendants were to provide that discovery immediately, Philips will not have sufficient time to incorporate that discovery into its opening expert reports, which are currently due on March 14, 2019.

Therefore, the parties have agreed on and propose the following modest modifications to the deadlines relating to expert discovery and dispositive and *Daubert* motions, subject to Court approval:

| Event | Current Schedule | Proposed Revised Dates |
|---|---|---|
| Opening Expert Reports | March 14, 2019 | April 18, 2019 |
| Rebuttal Expert Reports | May 16, 2019 | June 20, 2019 |
| Close of Expert Discovery | June 28, 2019 | August 2, 2019 |
| Dispositive and *Daubert* Motions | July 25, 2019 | August 29, 2019 |
| Oppositions to Dispositive and *Daubert* motions | August 22, 2019 | September 26, 2019 |
| Reply Briefs in Support of Dispositive and *Daubert* Motions | September 12, 2019 | October 17, 2019 |
| Dispositive and *Daubert* Motions Hearing | October 10, 2019 | November 14, 2019 |

The parties have significant good cause for these limited schedule changes because, as explained above, such changes are made necessary by the Court's recent decision clarifying the products at issue and the additional discovery needed regarding those products. Those factors were not present at the time of the original Scheduling Order and thus could not have been taken into account when the existing schedule was proposed and entered. Consequently, the parties stipulate and respectfully request that the Court modify the Scheduling Order as indicated.

Moreover, the parties have agreed to work in good faith to provide the following discovery sufficiently in advance of the proposed revised date for Opening Expert Reports:

1. Except as otherwise agreed by the parties, Defendants shall provide the following discovery for all accused products: sales data, core technical documents (*e.g.,* user manuals, product specifications, feature sheets, and application data sheets), source code, and product lists that match internal product code names/numbers to commercial model names/numbers;

2. Defendants shall update their responses to Interrogatory Nos. 1 and 2 for all accused products; HTC Corporation and HTC America, Inc. shall update their responses to Interrogatory Nos. 18-19; Acer Inc. and Acer America Corporation shall update their responses to Interrogatory Nos. 18-20; and ASUSTek Computer Inc. and ASUS Computer International, Inc. shall update their responses to Interrogatory Nos. 18-20.

3. By March 27, 2019, Defendants shall update their responses to Interrogatory No. 4 to address the post-February 2, 2018 amendments to Philips' infringement contentions allowed by the Court.

Therefore, IT IS HEREBY STIPULATED AND AGREED by and between the parties, and subject to Court approval, that the Court's December 18, 2018 Scheduling Order shall be modified as indicated herein and the discovery schedule set forth above shall apply.

Dated: March 1, 2019                    Respectfully submitted,

Chris Holland (SBN 164053)              /s/ Michael P. Sandonato
Lori L. Holland (SBN 202309)            Michael P. Sandonato (admitted *pro hac vice*)
HOLLAND LAW LLP                         John S. Carlin (admitted *pro hac vice*)
220 Montgomery Street, Suite 800        Christopher S. Gerson (admitted *pro hac vice*)
San Francisco, CA 94104                 Natalie D. Lieber (admitted *pro hac vice*)
Telephone: (415) 200-4980               Jonathan M. Sharret (admitted *pro hac vice*)
Fax: (415) 200-4989                     Daniel A. Apgar (admitted *pro hac vice*)
cholland@hollandlawllp.com              Sean M. McCarthy (admitted *pro hac vice*)
lholland@hollandlawllp.com              Robert S. Pickens (admitted *pro hac vice*)
                                        Joyce L. Nadipuram (admitted *pro hac vice*)
                                        Caitlyn N. Bingaman (admitted *pro hac vice*)

                                        VENABLE LLP
                                        1290 Avenue of the Americas
                                        New York, New York, 10104
                                        +1 (212) 218-2100
                                        +1 (212) 218-2200 facsimile
                                        philipsprosecutionbar@venable.com

                                        *Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

3
JOINT STATEMENT REQUESTING STIPULATED MODIFICATION OF DEADLINES
RELATING TO EXPERT DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS;
ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

/s/ Kevin Hardy

| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy (*pro hac vice*) | Patrick M. Shields (Bar No. 204739) |
| Aaron Maurer (*pro hac vice*) | Patrick A. Fitch (Bar No. 321493) |
| David Krinsky (*pro hac vice*) | Erika H. Warren (Bar No. 295570) |
| Andrew Trask (*pro hac vice*) | Amy M. Bailey (Bar No. 313151) |
| Kyle Thomason (*pro hac vice*) | WARREN LEX LLP |
| Christopher A. Suarez (*pro hac vice*) | 2261 Market Street, No. 606 |
| WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| Washington, D.C., 20005 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| Kai Tseng (Bar No. 193756) | Michael J. Newton (Bar No. 156225) |
| Hsiang ("James") H. Lin (Bar No. 241472) | Sang (Michael) Lee (*pro hac vice*) |
| Craig Kaufman (Bar No. 159458) | ALSTON & BIRD LLP |
| TECHKNOWLEDGE LAW GROUP LLP | 2200 Ross Avenue, Suite 2300 |
| 100 Marine Parkway, Suite 200 | Dallas, Texas, 75201 |
| Redwood Shores, California, 94065 | +1 (214) 922-3400 |
| +1 (650) 517-5200 | +1 (214) 922-3899 facsimile |
| +1 (650) 226-3133 facsimile | asus-philips@alston.com |
| acer.philips-tklgall@tklg-llp.com | |
| | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |
| *Attorneys for Defendants Acer, Inc. and Acer America Corporation* | |

4
JOINT STATEMENT REQUESTING STIPULATED MODIFICATION OF DEADLINES
RELATING TO EXPERT DISCOVERY AND DISPOSITIVE AND *DAUBERT* MOTIONS;
ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

| | /s/ Ryan McBrayer |
|---|---|
| John Schnurer (Bar No. 185725) | Ryan McBrayer (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman (*pro hac vice*) |
| Ryan Hawkins (Bar No. 256146) | Antoine McNamara (Bar No. 261980) |
| Louise Lu (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| Vinay Sathe (Bar No. 256146) | PERKINS COIE LLP |
| PERKINS COIE LLP | 1201 Third Avenue, Suite 4900 |
| 11988 El Camino Real, Suite 350 | Seattle, Washington, 98101 |
| San Diego, California, 92130 | +1 (206) 359-8000 |
| +1 (858) 720-5700 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5799 facsimile | |
| htc-philipsperkinsservice@perkinscoie.com | |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

 /s/ Christina McCullough

| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
|---|---|
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| PERKINS COIE LLP | 131 South Dearborn, Suite 1700 |
| 1201 Third Avenue, Suite 4900 | Chicago, Illinois, 60603 |
| Seattle, Washington, 98101 | +1 (312) 324-8400 |
| +1 (206) 359-8000 | +1 (312) 324-9400 facsimile |
| +1 (206) 359-9000 facsimile | msft-philipsteam@perkinscoie.com |
| | |
| Chad Campbell (Bar No. 258723) | Patrick McKeever |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 2901 North Central Avenue, Suite 2000 | 11452 El Camino Real, Suite 300 |
| Phoenix, Arizona, 85012 | San Diego, California, 92130-2080 |
| +1 (602) 351-8000 | +1 (858) 720-5722 |
| +1 (602) 648-7000 facsimile | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

 /s/ Lucian C. Chen

| Lucian C. Chen (*pro hac vice*) | Michael Song (Bar No. 243675) |
|---|---|
| Wing K. Chiu (*pro hac vice*) | LTL ATTORNEYS LLP |
| LUCIAN C. CHEN, ESQ. PLLC | 300 South Grand Avenue, 14th Floor |
| One Grand Central Place | Los Angeles, California, 90071 |
| 60 East 42nd Street, Suite 4600 | +1 (213) 612-8900 |
| New York, New York, 10165 | +1 (213) 612-3773 facsimile |
| +1 (212) 710-3007 | michael.song@ltlattorneys.com |
| +1 (212) 501-2004 facsimile | |
| lucianchen@lcclegal.com | |

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: March 1, 2019                  /s/ Chris Holland

                                                       Chris Holland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/1/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge