Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re KONINKLIJKE PHILIPS N.V. )
                                      )
                   Plaintiff(s), )
    v. )
                                  )
                   Defendant(s). )

Case No: 4:18-cv-01885

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Elizabeth Banzhoff, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HTC Corporation and HTC America, Inc. in the above-entitled action. My local co-counsel in this case is John P. Schnurer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP<br>1900 16th St., Suite 1400, Denver CO 80202 | Perkins Coie LLP<br>11988 El Camino Real, Ste. 350, San Diego, CA |
| MY TELEPHONE # OF RECORD:<br>(303) 291-2397 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(858) 720-5705 |
| MY EMAIL ADDRESS OF RECORD:<br>EBanzhoff@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>JSchnurer@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 44534.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/23/19
                                          /s/ Elizabeth Banzhoff
                                                     APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ Elizabeth Banzhoff is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2019
                                         *Haywood S. Gill Jr.*
                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT



## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Elizabeth M. Banzhoff**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **29th** day of **May** A. D. **2012** and that at the date hereof the said **Elizabeth M. Banzhoff** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **23rd** day of **January** A. D. **2019**

**Cheryl Stevens**
Clerk

By _(signature)_
Deputy Clerk



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle  850/561-5600
Executive Director  www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0067963
Elizabeth Manno Banzhoff
Perkins Coie LLP
1900 16th St Ste 1400
Denver, CO 80202-5255

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 22, 2009**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 22nd day of **January**, **2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-33066

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar,

do hereby certify that

Ms. Elizabeth Marie Banzhoff (Bar # 41406)

was licensed to practice law by the State of North Carolina on August 27, 2010.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 24th day of January, 2019.

*Alice Neece Mine*

Alice Neece Mine
Secretary of the North Carolina State Bar