John Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice*)
Jonathan Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG |
| | JURY TRIAL DEMANDED |
| | **ORDER GRANTING HTC'S MOTION TO APPEAR TELEPHONICALLY** |
| | Judge: Hon. Haywood S. Gilliam, Jr.<br>Court: Courtroom 2 |

1  Having considered HTC's Motion to Appear Telephonically, the Motion is hereby
2  GRANTED. HTC shall be permitted to attend the hearing scheduled in this matter on April 11,
3  2019 at 2:00 p.m. by telephone. Counsel shall contact CourtCall at (866) 582-6878 to make
4  arrangements for the telephonic appearance.
5  IT IS SO ORDERED.

Date:  April 11, 2019

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge