| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Natalie D. Lieber (admitted *pro hac vice*) ndlieber@venable.com | Joyce L. Nadipuram (admitted *pro hac vice*) jnadipuram@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATED REQUEST BY PHILIPS AND ACER TO EXTEND DEADLINE FOR OPENING EXPERT REPORTS; ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") and Defendants Acer Inc. and Acer America Corporation (collectively, "Acer"), through counsel, hereby respectfully file this stipulated request to extend the current April 18, 2019 deadline for each of Philips and Acer to serve their respective opening expert reports solely as it pertains to the disputes between Philips and Acer by two weeks, *i.e.*, to May 2, 2019.

WHEREAS, the current deadline for serving opening expert reports in these consolidated cases is April 18, 2019 (*see* Docket No. 631).

WHEREAS, Philips and Acer have been involved in extensive settlement negotiations for the past several weeks.

WHEREAS, Philips and Acer are actively working in good faith toward a settlement of their portion of this dispute, but require time to finalize the terms of that potential settlement, and then memorialize those terms in a formal written agreement.

WHEREAS, Philips and Acer are each large international companies -- one based in the Netherlands the other based in the Republic of China, Taiwan -- with multiple levels of approvals required for settlement language and/or changes to such settlement language.

WHEREAS, Philips and Acer both desire to invest their time, effort, and legal resources into completion of such a written settlement agreement, rather than in continuing this litigation through the preparation of opening expert reports.

WHEREAS, neither Philips nor Acer desire or request that this submission impact the opening expert report deadline or any other deadline in these consolidated cases that pertain to any other parties besides Philips and Acer.

WHEREAS, accordingly, under Civil Local Rule 6-2(a)(3), Philips and Acer confirm that this requested extension of the deadline for opening expert reports solely as to the Philips/Acer disputes is not intended to impact: (a) any other deadlines as they pertain to Philips or Acer; or (b) the opening expert reports deadline or any other deadline in these consolidated cases as they pertain to any other parties besides Philips and Acer.

WHEREAS, under Civil Local Rule 6-2(a)(2), the parties report that the parties have made and the Court has approved seven previous stipulations seeking to modify the schedule in these consolidated cases: (a-b) two granting Philips' unopposed requests for an additional week of time to file reply briefs supporting its motion to partially consolidate these matters; (c) one granting Defendants' unopposed motion for a letter rogatory; (d) one granting Defendants' request for discovery into documents produced by Philips; (e) one granting the parties' stipulated request to extend fact discovery for the depositions of certain individuals and entities; (f) one granting the parties' stipulated request to extend the briefing schedule regarding Defendants' motion to amend their invalidity contentions; and (g) one granting the parties' stipulated request to extend the deadlines relating to expert discovery and dispositive and *Daubert* motions (*see* Docket Nos. 464, 465, 582, 593, 594; 601; and 631).

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civil Local Rule 6-2(a)(2) calls for them.

NOW, THEREFORE, Philips and Acer, through counsel, hereby stipulate to and respectfully request that the Court extend the current April 18, 2019 deadline for each of Philips and Acer to serve their respective opening expert reports solely as it pertains to the disputes between Philips and Acer to May 2, 2019.

| | |
|---|---|
| Dated: April 12, 2019 | Respectfully submitted, |
| Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com | /s/ Michael Sandonato<br>Michael Sandonato (admitted *pro hac vice*)<br>John Carlin (admitted *pro hac vice*)<br>Christopher Gerson (admitted *pro hac vice*)<br>Natalie Lieber (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Daniel Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*)<br>Robert Pickens (admitted *pro hac vice*)<br>Joyce Nadipuram (admitted *pro hac vice*)<br>Caitlyn Bingaman (admitted *pro hac vice*)<br><br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com<br><br>*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |

| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy (*pro hac vice*) | Patrick M. Shields (Bar No. 204739) |
| Aaron Maurer (*pro hac vice*) | Patrick A. Fitch (Bar No. 321493) |
| David Krinsky (*pro hac vice*) | Erika H. Warren (Bar No. 295570) |
| Andrew Trask (*pro hac vice*) | Amy M. Bailey (Bar No. 313151) |
| Kyle Thomason (*pro hac vice*) | WARREN LEX LLP |
| Christopher A. Suarez (*pro hac vice*) | 2261 Market Street, No. 606 |
| WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| Washington, D.C., 20005 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | |

/s/ Craig Kaufman
Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

---

4
STIPULATED REQUEST BY PHILIPS AND ACER TO EXTEND DEADLINE FOR OPENING
EXPERT REPORTS; ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: April 12, 2019         /s/ Chris Holland

                                                    Chris Holland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 12, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge