Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie D. Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATED REQUEST BY PHILIPS AND YIFANG TO EXTEND DEADLINE FOR OPENING EXPERT REPORTS; ORDER** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. |
| 2 | Philips Corp. ("Philips") and Defendant YiFang USA, Inc. d/b/a E-Fun, Inc. ("YiFang"), through |
| 3 | counsel, hereby respectfully file this stipulated request to extend the current April 18, 2019 deadline |
| 4 | for each of Philips and YiFang to serve their respective opening expert reports solely as it pertains to |
| 5 | the disputes between Philips and YiFang by two weeks, *i.e.*, to May 2, 2019. |
| 6 | WHEREAS, the current deadline for serving opening expert reports in these consolidated |
| 7 | cases is April 18, 2019 (*see* Docket No. 631). |
| 8 | WHEREAS, Philips and YiFang have been involved in extensive settlement negotiations for |
| 9 | the past several weeks. |
| 10 | WHEREAS, Philips and YiFang are actively working in good faith toward a settlement of |
| 11 | their portion of this dispute, but require time to finalize the terms of that potential settlement, and |
| 12 | then memorialize those terms in a formal written agreement. |
| 13 | WHEREAS, Philips and YiFang are each international companies -- one based in the |
| 14 | Netherlands the other based in China -- with multiple levels of approvals required for settlement |
| 15 | language and/or changes to such settlement language. |
| 16 | WHEREAS, Philips and YiFang both desire to invest their time, effort, and legal resources |
| 17 | into completion of such a written settlement agreement, rather than in continuing this litigation |
| 18 | through the preparation of opening expert reports. |
| 19 | WHEREAS, neither Philips nor YiFang desire or request that this submission impact the |
| 20 | opening expert report deadline or any other deadline in these consolidated cases that pertain to any |
| 21 | other parties besides Philips and YiFang. |
| 22 | WHEREAS, accordingly, under Civil Local Rule 6-2(a)(3), Philips and YiFang confirm that |
| 23 | this requested extension of the deadline for opening expert reports solely as to the Philips/YiFang |
| 24 | disputes is not intended to impact: (a) any other deadlines as they pertain to Philips or YiFang; or (b) |
| 25 | the opening expert reports deadline or any other deadline in these consolidated cases as they pertain |
| 26 | to any other parties besides Philips and YiFang. |
| 27 | |
| 28 | |


1
STIPULATED REQUEST BY PHILIPS AND YIFANG TO EXTEND DEADLINE FOR
OPENING EXPERT REPORTS; ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

1   WHEREAS, under Civil Local Rule 6-2(a)(2), the parties report that the parties have made
2   and the Court has approved seven previous stipulations seeking to modify the schedule in these
3   consolidated cases: (a-b) two granting Philips' unopposed requests for an additional week of time to
4   file reply briefs supporting its motion to partially consolidate these matters; (c) one granting
5   Defendants' unopposed motion for a letter rogatory; (d) one granting Defendants' request for
6   discovery into documents produced by Philips; (e) one granting the parties' stipulated request to
7   extend fact discovery for the depositions of certain individuals and entities; (f) one granting the
8   parties' stipulated request to extend the briefing schedule regarding Defendants' motion to amend
9   their invalidity contentions; and (g) one granting the parties' stipulated request to extend the
10  deadlines relating to expert discovery and dispositive and *Daubert* motions (*see* Docket Nos. 464,
11  465, 582, 593, 594; 601; and 631).

12  WHEREAS, on April 10, 2019, Philips and Defendants Acer Inc. and Acer America
13  Corporation filed a similar Stipulated Request to Extend Deadline for Opening Expert Reports that is
14  currently pending (Docket No. 635).

15  WHEREAS, the parties also sought additional extensions of time from the District of
16  Delaware before transfer of these actions to this Court, but have not reported those here because they
17  do not believe Civil Local Rule 6-2(a)(2) calls for them.

18  NOW, THEREFORE, Philips and YiFang, through counsel, hereby stipulate to and
19  respectfully request that the Court extend the current April 18, 2019 deadline for each of Philips and
20  YiFang to serve their respective opening expert reports solely as it pertains to the disputes between
21  Philips and YiFang to May 2, 2019.

2
STIPULATED REQUEST BY PHILIPS AND YIFANG TO EXTEND DEADLINE FOR
OPENING EXPERT REPORTS; ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

| | |
|---|---|
| Dated: April 12, 2019 | Respectfully submitted, |
| Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com | /s/ Michael Sandonato<br>Michael Sandonato (admitted *pro hac vice*)<br>John Carlin (admitted *pro hac vice*)<br>Christopher Gerson (admitted *pro hac vice*)<br>Natalie Lieber (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Daniel Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*)<br>Robert Pickens (admitted *pro hac vice*)<br>Joyce Nadipuram (admitted *pro hac vice*)<br>Caitlyn Bingaman (admitted *pro hac vice*)<br><br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com<br><br>*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |

| | | |
|---|---|---|
| 1 | /s/ Lucian C. Chen | |
| 2 | Lucian C. Chen (*pro hac vice*) | Michael Song (Bar No. 243675) |
|   | Wing K. Chiu (*pro hac vice*) | LTL ATTORNEYS LLP |
| 3 | LUCIAN C. CHEN, ESQ. PLLC | 300 South Grand Avenue, 14th Floor |
|   | One Grand Central Place | Los Angeles, California, 90071 |
| 4 | 60 East 42nd Street, Suite 4600 | +1 (213) 612-8900 |
|   | New York, New York, 10165 | +1 (213) 612-3773 facsimile |
| 5 | +1 (212) 710-3007 | michael.song@ltlattorneys.com |
| 6 | +1 (212) 501-2004 facsimile | |
|   | lucianchen@lcclegal.com | |

*Attorneys for Defendant YiFang USA, Inc. d/b/a E-Fun, Inc.*

---

4

STIPULATED REQUEST BY PHILIPS AND YIFANG TO EXTEND DEADLINE FOR
OPENING EXPERT REPORTS; ORDER
CASE NUMBER 4:18-CV-01885-HSG-EDL

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the party listed above to execute this document on their behalf.

Dated: April 12, 2019 /s/ Chris Holland
Chris Holland

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 12, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge