[All counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **CORRECTED STIPULATED REQUEST BY PHILIPS, ASUS, HTC AND MICROSOFT TO EXTEND DEADLINE FOR OPENING EXPERT REPORTS; AND [PROPOSED] ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") and Defendants ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), HTC Corporation and HTC America, Inc. ("HTC"), and Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively, the "Stipulating Parties"), through counsel, hereby respectfully file this stipulated joint request to extend the current April 18, 2019 deadline for each of the parties named above to serve their respective opening expert reports pertaining to the disputes between these parties by one week, i.e., to April 25, 2019.

WHEREAS, the current deadline for serving opening expert reports in these consolidated cases is April 18, 2019 (see Docket No. 631).

WHEREAS, the scope of the case has recently changed and the Stipulating Parties seek additional time to conform their expert reports to account for those changes;

WHEREAS, accordingly, under Civil Local Rule 6-2(a)(3), the Stipulating Parties confirm that this requested extension of the deadline for opening expert reports solely as to the Stipulating Parties is not intended to impact: (a) any other deadlines as they pertain to the Stipulating Parties; or (b) the opening expert reports deadline or any other deadline in these consolidated cases as they pertain to any other parties besides Stipulating Parties;

WHEREAS, under Civil Local Rule 6-2(a)(2), the Stipulating Parties report that the parties have made and the Court has approved eight previous stipulations seeking to modify the schedule in these consolidated cases: (a-b) two granting Philips' unopposed requests for an additional week of time to file reply briefs supporting its motion to partially consolidate these matters; (c) one granting Defendants' unopposed motion for a letter rogatory; (d) one granting Defendants' request for discovery into documents produced by Philips; (e) one granting the parties' stipulated request to extend fact discovery for the depositions of certain individuals and entities; (f) one granting the parties' stipulated request to extend the briefing schedule regarding Defendants' motion to amend their invalidity contentions; (g) one granting the parties' stipulated request to extend the deadlines relating to expert discovery and dispositive and Daubert motions; and (h) two granting an extension of two weeks to each of the Acer and Yifang defendants, and Philips as concerns Acer and Yifang, to serve expert reports (see Docket Nos. 464, 465, 582, 593, 594; 601; 631; 640; and 641);

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civil Local Rule 6-2(a)(2) calls for them.

NOW, THEREFORE, the Stipulating Parties, through counsel, hereby stipulate to and respectfully request that the Court extend the current April 18, 2019, deadline for each of the Stipulating Parties to serve their respective opening expert reports solely as it pertains to the disputes between Philips and the Stipulating Parties to April 25, 2019.

Date: April 17, 2019

Respectfully submitted,

*/s/ Sean McCarthy*

| | |
|---|---|
| Chris Holland (Bar No. 164053) | Michael Sandonato (*pro hac vice*) |
| Lori L. Holland (Bar No. 202309) | John Carlin (*pro hac vice*) |
| Ethan Jacobs (Bar No. 291838) | Christopher Gerson (*pro hac vice*) |
| HOLLAND LAW LLP | Natalie Lieber (*pro hac vice*) |
| 220 Montgomery Street, Suite 800 | Christopher Gerson (*pro hac vice*) |
| San Francisco, California, 94104 | Jonathan M. Sharret (*pro hac vice*) |
| +1 (415) 200-4980 | Daniel Apgar (*pro hac vice*) |
| cholland@hollandlawllp.com | Robert Pickens (*pro hac vice*) |
| lholland@hollandlawllp.com | Sean M. McCarthy (*pro hac vice*) |
| ejacobs@hollandlawllp.com | Joyce Nadipuram (*pro hac vice*) |
| | Caitlyn Bingaman (*pro hac vice*) |
| | Julian Pymento (*pro hac vice*) |
| | VENABLE LLP |
| | 1290 Avenue of the Americas |
| | New York, New York, 10104 |
| | +1 (212) 218-2100 |
| | philipsprosecutionbar@venable.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

– 2 –  Case No. 18-cv-1885-HSG-EDL
CORRECTED STIPULATED REQUEST BY PHILIPS, ASUS, HTC, AND MICROSOFT TO EXTEND OPENING EXPERT REPORTS

| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | *(signature: Amy M. Bailey)* |
| Kevin Hardy *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Aaron Maurer *(pro hac vice)* | Patrick M. Shields (Bar No. 204739) |
| David Krinsky *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Andrew Trask *(pro hac vice)* | Amy M. Bailey (Bar No. 313151) |
| Kyle Thomason *(pro hac vice)* | WARREN LEX LLP |
| Christopher A. Suarez *(pro hac vice)* | San Francisco, California, 94110 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2940 |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | |
| viceroy@wc.com | |

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

| | |
|---|---|
| | */s/ Ryan McBrayer* |
| John Schnurer (Bar No. 185725) | |
| Kevin Patariu (Bar No. 256755) | Ryan McBrayer *(pro hac vice)* |
| Ryan Hawkins (Bar No. 256146) | Jonathan Putman *(pro hac vice)* |
| Louise Lu (Bar No. 256146) | Antoine McNamara (Bar No. 261980) |
| Vinay Sathe (Bar No. 256146) | PERKINS COIE LLP |
| PERKINS COIE LLP | 1201 Third Avenue, Suite 4900 |
| 11988 El Camino Real, Suite 350 | Seattle, Washington, 98101 |
| San Diego, California, 92130 | +1 (206) 359-8000 |
| +1 (858) 720-5700 | |
| htc-philipsperkinsservice@perkinscoie.com | Elizabeth Banzhoff *(pro hac vice)* |
| | PERKINS COIE LLP |
| | 1900 16th Street, Suite 1400 Denver, Colorado, 80202 |
| | + 1 (303) 291-2397 |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

Judith Jennison (Bar No. 165929)
Christina McCullough (Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900 Seattle, Washington, 98101
+1 (206) 359-8000

Chad Campbell (Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000

Sarah Stahnke
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California, 94304
+1 (650) 838-4489
msft-philipsteam@perkinscoie.com

*/s/ Patrick McKeever*

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois, 60603
+1 (312) 324-8400

Patrick McKeever (Bar No. 268763)
PERKINS COIE LLP
11452 El Camino Real, Suite 300 San Diego, California, 92130-2080
+1 (858) 720-5722

*Attorneys for Intervenor-Plaintiffs/Counterclaim Defendants Microsoft Corp. and Microsoft Mobile, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 4/17/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge