Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jlnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**JOINT MOTION OF PHILIPS AND YIFANG FOR STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT; ORDER** |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc. ("YiFang") hereby respectfully and jointly move to stay this action for thirty (30) calendar days solely as it pertains to the disputes between Philips and YiFang, in order to allow for completion of a formal settlement agreement between those parties.

It is well-settled that a district court has discretionary power to stay proceedings in its own court. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). Here, the parties believe that a stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources.

Specifically, as Philips and YiFang explained in their previously-filed Stipulated Request to Extend Deadline for Opening Expert Reports (Dkt. No. 636), which the Court granted on April 12, 2019 (Dkt. No. 641), Philips and YiFang have been involved in extensive settlement negotiations for the past several weeks and believe in good faith that they have reached a settlement on the primary terms in dispute. The parties have been diligently working toward memorializing those terms and other details and believe that a 30-day stay of this action will allow the parties to focus their time, effort, and legal resources into completion of such a written settlement agreement, rather than in continuing litigation (including, but not limited to, the upcoming expert report and other pretrial deadlines in these consolidated cases).

NOW, THEREFORE, Philips and YiFang hereby stipulate and respectfully request that the Court issue an order that all remaining deadlines in these consolidated cases be stayed solely as they pertain to the disputes between Philips and YiFang for a period of thirty (30) calendar days from the date of entry of the Court's Order below. Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue prior to that time, counsel will meet and confer and approach the Court jointly for further guidance at that time, if needed.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2019 | Respectfully submitted, |
| 2 | Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309) | /s/ Michael P. Sandonato<br>Michael P. Sandonato (admitted *pro hac vice*) |
| 3 | HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800 | John S. Carlin (admitted *pro hac vice*)<br>Christopher S. Gerson (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 200-4980 | Natalie D. Lieber (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*) |
| 5 | Fax: (415) 200-4989<br>cholland@hollandlawllp.com | Daniel A. Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*) |
| 6 | lholland@hollandlawllp.com | Robert S. Pickens (admitted *pro hac vice*)<br>Joyce L. Nadipuram (admitted *pro hac vice*) |
| 7 | | Caitlyn N. Bingaman (admitted *pro hac vice*) |
| 8 | | VENABLE LLP<br>1290 Avenue of the Americas |
| 9 | | New York, New York, 10104<br>+1 (212) 218-2100 |
| 10 | | +1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |
| 13 | | |
| 14 | | |
| 15 | /s/ Lucian C. Chen<br>Lucian C. Chen (*pro hac vice*) | Michael Song (Bar No. 243675) |
| 16 | Wing K. Chiu (*pro hac vice*)<br>LUCIAN C. CHEN, ESQ. PLLC | LTL ATTORNEYS LLP<br>300 South Grand Avenue, 14th Floor |
| 17 | One Grand Central Place<br>60 East 42nd Street, Suite 4600 | Los Angeles, California, 90071<br>+1 (213) 612-8900 |
| 18 | New York, New York, 10165<br>+1 (212) 710-3007 | +1 (213) 612-3773 facsimile<br>michael.song@ltlattorneys.com |
| 19 | +1 (212) 501-2004 facsimile<br>lucianchen@lcclegal.com | |
| 20 | | |
| 21 | *Attorneys for Defendant YiFang USA, Inc. d/b/a E-Fun, Inc.* | |

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the party listed above to execute this document on its behalf.

Dated: May 1, 2019  /s/ Chris Holland
                    Chris Holland

# ORDER

Having reviewed Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc.'s ("YiFang") Joint Motion for Stay Pending Completion of Settlement Agreement ("Motion for Stay"), and good cause being shown,

IT IS HEREBY ORDERED THAT:

The Motion for Stay is GRANTED. All remaining deadlines solely as they pertain to the disputes between Philips and YiFang are stayed for a period of thirty (30) calendar days from the date of entry of this Order.

**IT IS SO ORDERED.**

DATED: May 1, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge