| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) <br> msandonato@venable.com <br> John D. Carlin (admitted *pro hac vice*) <br> jcarlin@venable.com <br> Natalie Lieber (admitted *pro hac vice*) <br> ndlieber@venable.com <br> Christopher M. Gerson (admitted *pro hac vice*) <br> cgerson@venable.com <br> Jonathan M. Sharret (admitted *pro hac vice*) <br> jsharret@venable.com <br> Daniel A. Apgar (admitted *pro hac vice*) <br> dapgar@venable.com | Robert S. Pickens (admitted *pro hac vice*) <br> rspickens@venable.com <br> Sean M. McCarthy (admitted *pro hac vice*) <br> smccarthy@venable.com <br> Joyce L. Nadipuram (admitted *pro hac vice*) <br> jlnadipuram@venable.com <br> Caitlyn N. Bingaman (admitted *pro hac vice*) <br> cnbingaman@venable.com |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL <br><br> **JOINT MOTION OF PHILIPS AND ACER FOR STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT;  ORDER** |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation (collectively, "Acer") hereby respectfully and jointly move to stay this action for sixty (60) calendar days solely as it pertains to the disputes between Philips and Acer, in order to allow for completion of a formal settlement agreement between those parties.

It is well-settled that a district court has discretionary power to stay proceedings in its own court. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). Here, the parties believe that a stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources.

Specifically, as Philips and Acer explained in their previously-filed Stipulated Request to Extend Deadline for Opening Expert Reports (Dkt. No. 635), which the Court granted on April 12, 2019 (Dkt. No. 640), Philips and Acer have been involved in extensive settlement negotiations for the past several weeks and believe in good faith that they have reached a settlement on the primary terms in dispute. The parties have been diligently working toward memorializing those terms and other details and believe that a 60-day stay of this action will allow the parties to focus their time, effort, and legal resources into completion of such a written settlement agreement, rather than in continuing litigation (including, but not limited to, the upcoming expert report and other pretrial deadlines in these consolidated cases).

NOW, THEREFORE, Philips and Acer hereby stipulate and respectfully request that the Court issue an order that all remaining deadlines in these consolidated cases be stayed solely as they pertain to the disputes between Philips and Acer for a period of sixty (60) calendar days from the date of entry of the Court's Order below. Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue prior to that time, counsel will meet and confer and approach the Court jointly for further guidance at that time, if needed.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2019 | Respectfully submitted, |
| 2 | Chris Holland (SBN 164053) | /s/ Michael P. Sandonato |
| | Lori L. Holland (SBN 202309) | Michael P. Sandonato (admitted *pro hac vice*) |
| 3 | HOLLAND LAW LLP | John S. Carlin (admitted *pro hac vice*) |
| | 220 Montgomery Street, Suite 800 | Christopher S. Gerson (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104 | Natalie D. Lieber (admitted *pro hac vice*) |
| | Telephone: (415) 200-4980 | Jonathan M. Sharret (admitted *pro hac vice*) |
| 5 | Fax: (415) 200-4989 | Daniel A. Apgar (admitted *pro hac vice*) |
| | cholland@hollandlawllp.com | Sean M. McCarthy (admitted *pro hac vice*) |
| 6 | lholland@hollandlawllp.com | Robert S. Pickens (admitted *pro hac vice*) |
| | | Joyce L. Nadipuram (admitted *pro hac vice*) |
| | | Caitlyn N. Bingaman (admitted *pro hac vice*) |

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy (*pro hac vice*) | Patrick M. Shields (Bar No. 204739) |
| Aaron Maurer (*pro hac vice*) | Patrick A. Fitch (Bar No. 321493) |
| David Krinsky (*pro hac vice*) | Erika H. Warren (Bar No. 295570) |
| Andrew Trask (*pro hac vice*) | Amy M. Bailey (Bar No. 313151) |
| Kyle Thomason (*pro hac vice*) | WARREN LEX LLP |
| Christopher A. Suarez (*pro hac vice*) | 2261 Market Street, No. 606 |
| WILLIAMS & CONNOLLY LLP | San Francisco, California, 94110 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2940 |
| Washington, D.C., 20005 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5000 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | |

/s/ Craig Kaufman
Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: May 1, 2019 /s/ Chris Holland
Chris Holland

# **ORDER**

Having reviewed Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation's (collectively, "Acer") Joint Motion for Stay Pending Completion of Settlement Agreement ("Motion for Stay"), and good cause being shown,

IT IS HEREBY ORDERED THAT:

The Motion for Stay is GRANTED. All remaining deadlines solely as they pertain to the disputes between Philips and Acer are stayed for a period of sixty (60) calendar days from the date of entry of this Order.

**IT IS SO ORDERED.**

DATED: May 1, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge