| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Natalie Lieber (admitted *pro hac vice*) ndlieber@venable.com | Joyce L. Nadipuram (admitted *pro hac vice*) jnadipuram@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATION REGARDING CERTAIN ASSERTED PATENTS; ORDER** |

**STIPULATION**

The parties in the above-captioned action ("the Parties") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") have asserted various patents in this action against Defendants Acer Inc. and Acer America Corporation (collectively, "Acer"), ASUSTek Computer Inc. and ASUS Computer International, Inc. (collectively, "ASUS"), HTC Corporation and HTC America, Inc. (collectively, "HTC"), and YiFang USA Inc. d/b/a/ E-Fun, Inc. ("YiFang"), and Intervenor/Counterclaim-Defendant Microsoft Corporation and Counterclaim-Defendant Microsoft Mobile Inc. (collectively, "Microsoft"); and

WHEREAS, to simplify the issues and help narrow this case for trial, and in exchange for the Defendants and Microsoft having agreed to narrow the scope of their invalidity defenses, Philips has agreed to dismiss certain infringement claims against certain parties; and

WHEREAS, specifically, Philips has agreed to the following:

(1) To dismiss, without prejudice, its infringement claims under U.S. Patent No. 5,910,797 against Microsoft;[1]

(2) To dismiss, without prejudice, its infringement claims under U.S. Patent No. 6,522,695 against Acer, ASUS, HTC, YiFang, and Microsoft;

(3) To dismiss, without prejudice, its infringement claims under U.S. Patent No. 6,690,387 against Acer, ASUS, HTC, YiFang, and Microsoft;

(4) To dismiss, without prejudice, its infringement claims under U.S. Patent No. 6,772,114 against Acer, ASUS, HTC, and YiFang;

(5) To dismiss, without prejudice, its infringement claims under U.S. Patent No. 8,543,819 against Acer, ASUS, HTC, and Microsoft; and

---

[1] To be clear, Philips maintains its infringement claims under U.S. Patent No. 5,910,797 against Acer, ASUS, HTC, and YiFang.

(6) To dismiss, with prejudice, its infringement claims under U.S. Patent No. RE44,006 against Acer, ASUS, HTC, and YiFang; and

WHEREAS, additionally, Microsoft has agreed to dismiss, without prejudice, its claims for declaratory judgment of non-infringement regarding U.S. Patent Nos. 6,522,695 and 6,690,387; and

WHEREAS, additionally, with respect to defenses raised under 35 U.S.C. §§ 102-103, each of Acer, ASUS, HTC, YiFang, and Microsoft has agreed to rely on no more than 7 invalidity grounds for each asserted claim in its expert reports.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that:

(1) Philips' infringement claims under U.S. Patent No. 5,910,797 against Microsoft are dismissed, without prejudice;

(2) Philips' infringement claims under U.S. Patent No. 6,522,695 against Acer, ASUS, HTC, YiFang, and Microsoft are dismissed, without prejudice;

(3) Philips' infringement claims under U.S. Patent No. 6,690,387 against Acer, ASUS, HTC, YiFang, and Microsoft are dismissed, without prejudice;

(4) Philips' infringement claims under U.S. Patent No. 6,772,114 against Acer, ASUS, HTC, and YiFang are dismissed, without prejudice;

(5) Philips' infringement claims under U.S. Patent No. 8,543,819 against Acer, ASUS, HTC, and Microsoft are dismissed, without prejudice;

(6) Philips' infringement claims under U.S. Patent No. RE44,006 against Acer, ASUS, HTC, and YiFang are dismissed, with prejudice;

(7) Microsoft's claims for declaratory judgment of non-infringement regarding U.S. Patent Nos. 6,522,695 and 6,690,387 are dismissed, without prejudice; and

(8) With respect to defenses raised under 35 U.S.C. §§ 102-103, each of Acer, ASUS, HTC, YiFang, and Microsoft shall rely on no more than 7 invalidity grounds for each asserted claim in its expert reports.

| | | |
|---|---|---|
| 1 | Dated: May 1, 2019 | Respectfully submitted, |
| 2 | Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309) | /s/ Michael P. Sandonato<br>Michael P. Sandonato (admitted *pro hac vice*) |
| 3 | HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800 | John D. Carlin (admitted *pro hac vice*)<br>Christopher S. Gerson (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 200-4980 | Natalie D. Lieber (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*) |
| 5 | Fax: (415) 200-4989<br>cholland@hollandlawllp.com | Daniel A. Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*) |
| 6 | lholland@hollandlawllp.com | Robert S. Pickens (admitted *pro hac vice*)<br>Joyce L. Nadipuram (admitted *pro hac vice*) |
| 7 | | Caitlyn N. Bingaman (admitted *pro hac vice*) |
| 8 | | VENABLE LLP<br>1290 Avenue of the Americas |
| 9 | | New York, New York, 10104<br>+1 (212) 218-2100 |
| 10 | | +1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |

| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | /s/ Matthew S. Warren |
| Kevin Hardy (*pro hac vice*) | Matthew S. Warren (Bar No. 230565) |
| Aaron Maurer (*pro hac vice*) | Patrick M. Shields (Bar No. 204739) |
| David Krinsky (*pro hac vice*) | Patrick A. Fitch (Bar No. 321493) |
| Andrew Trask (*pro hac vice*) | Erika H. Warren (Bar No. 295570) |
| Kyle Thomason (*pro hac vice*) | Amy M. Bailey (Bar No. 313151) |
| Christopher A. Suarez (*pro hac vice*) | WARREN LEX LLP |
| WILLIAMS & CONNOLLY LLP | 2261 Market Street, No. 606 |
| 725 Twelfth Street, N.W. | San Francisco, California, 94110 |
| Washington, D.C., 20005 | +1 (415) 895-2940 |
| +1 (202) 434-5000 | +1 (415) 895-2964 facsimile |
| +1 (202) 434-5029 facsimile | 18-1885@cases.warrenlex.com |
| viceroy@wc.com | |

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| Kai Tseng (Bar No. 193756) | Michael J. Newton (Bar No. 156225) |
| Hsiang ("James") H. Lin (Bar No. 241472) | Sang (Michael) Lee (*pro hac vice*) |
| Craig Kaufman (Bar No. 159458) | ALSTON & BIRD LLP |
| TECHKNOWLEDGE LAW GROUP LLP | 2200 Ross Avenue, Suite 2300 |
| 100 Marine Parkway, Suite 200 | Dallas, Texas, 75201 |
| Redwood Shores, California, 94065 | +1 (214) 922-3400 |
| +1 (650) 517-5200 | +1 (214) 922-3899 facsimile |
| +1 (650) 226-3133 facsimile | asus-philips@alston.com |
| acer.philips-tklgall@tklg-llp.com | |
| | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |
| *Attorneys for Defendants Acer, Inc. and Acer America Corporation* | |

| | |
|---|---|
| John Schnurer (Bar No. 185725) | /s/ Ryan McBrayer |
| Kevin Patariu (Bar No. 256755) | Ryan McBrayer (*pro hac vice*) |
| Ryan Hawkins (Bar No. 256146) | Jonathan Putman (*pro hac vice*) |
| Louise Lu (Bar No. 256146) | Antoine McNamara (Bar No. 261980) |
| Vinay Sathe (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 11988 El Camino Real, Suite 350 | 1201 Third Avenue, Suite 4900 |
| San Diego, California, 92130 | Seattle, Washington, 98101 |
| +1 (858) 720-5700 | +1 (206) 359-8000 |
| +1 (858) 720-5799 facsimile | +1 (206) 359-9000 facsimile |
| htc-philipsperkinsservice@perkinscoie.com | |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

| | |
|---|---|
| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| PERKINS COIE LLP | 131 South Dearborn, Suite 1700 |
| 1201 Third Avenue, Suite 4900 | Chicago, Illinois, 60603 |
| Seattle, Washington, 98101 | +1 (312) 324-8400 |
| +1 (206) 359-8000 | +1 (312) 324-9400 facsimile |
| +1 (206) 359-9000 facsimile | msft-philipsteam@perkinscoie.com |
| | /s/ Patrick McKeever |
| Chad Campbell (Bar No. 258723) | Patrick McKeever |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 2901 North Central Avenue, Suite 2000 | 11452 El Camino Real, Suite 300 |
| Phoenix, Arizona, 85012 | San Diego, California, 92130-2080 |
| +1 (602) 351-8000 | +1 (858) 720-5722 |
| +1 (602) 648-7000 facsimile | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

| | |
|---|---|
| /s/ Lucian C. Chen | |
| Lucian C. Chen (*pro hac vice*) | Michael Song (Bar No. 243675) |
| Wing K. Chiu (*pro hac vice*) | LTL ATTORNEYS LLP |
| LUCIAN C. CHEN, ESQ. PLLC | 300 South Grand Avenue, 14th Floor |
| One Grand Central Place | Los Angeles, California, 90071 |
| 60 East 42nd Street, Suite 4600 | +1 (213) 612-8900 |
| New York, New York, 10165 | +1 (213) 612-3773 facsimile |
| +1 (212) 710-3007 | michael.song@ltlattorneys.com |
| +1 (212) 501-2004 facsimile | |
| lucianchen@lcclegal.com | |

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: May 1, 2019                                    /s/ Chris Holland
                                                              Chris Holland

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: May 2, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge