Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**JOINT STATEMENT REGARDING A SUMMARY CHART OF REMAINING PATENTS-IN-SUIT AND ASSERTED CLAIMS** |

1

2

## **JOINT STATEMENT**

3

4       Pursuant to the Court's May 2, 2019 Order (Dkt. No. 651), Plaintiffs Koninklijke Philips

5   N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer

6   America Corporation (collectively, "Acer"), ASUSTek Computer Inc. and ASUS Computer

7   International, Inc. (collectively, "ASUS"), HTC Corporation and HTC America, Inc. (collectively,

8   "HTC"), and YiFang USA Inc. d/b/a E-Fun, Inc. ("YiFang"), and Intervenor/Counterclaim-

9   Defendant Microsoft Corporation and Counterclaim-Defendant Microsoft Mobile Inc. (collectively,

    "Microsoft"); hereby respectfully submit this Joint Statement and the attached Exhibit A.

10      In accordance with that Order, Exhibit A hereto provides a summary chart detailing the

11  asserted claims which are left at issue for each of the remaining patents-in-suit, following the entry

12  of the Court's Order granting the parties' stipulation to dismiss certain of the asserted patents.  *See*

13  Dkt. Nos. 650, 651.  It also identifies which of those claims are asserted against each of Acer, Asus,

14  HTC, YiFang, and Microsoft.

15

16  Dated: May 6, 2019                              Respectfully submitted,

17                                                   /s/ Michael P. Sandonato
    Chris Holland (SBN 164053)                     _____
    Lori L. Holland (SBN 202309)                   Michael P. Sandonato (admitted *pro hac vice*)
18  HOLLAND LAW LLP                                 John D. Carlin (admitted *pro hac vice*)
    220 Montgomery Street, Suite 800               Christopher S. Gerson (admitted *pro hac vice*)
19  San Francisco, CA 94104                        Natalie D. Lieber (admitted *pro hac vice*)
    Telephone: (415) 200-4980                      Jonathan M. Sharret (admitted *pro hac vice*)
20  Fax: (415) 200-4989                            Daniel A. Apgar (admitted *pro hac vice*)
    cholland@hollandlawllp.com                     Sean M. McCarthy (admitted *pro hac vice*)
21  lholland@hollandlawllp.com                     Robert S. Pickens (admitted *pro hac vice*)
                                                   Joyce L. Nadipuram (admitted *pro hac vice*)
22                                                 Caitlyn N. Bingaman (admitted *pro hac vice*)

23                                                 VENABLE LLP
                                                   1290 Avenue of the Americas
24                                                 New York, New York, 10104
                                                   +1 (212) 218-2100
25                                                 +1 (212) 218-2200 facsimile
                                                   philipsprosecutionbar@venable.com
26

27                                                 *Attorneys for Plaintiffs Koninklijke Philips*
                                                   *N.V. and U.S. Philips Corporation*

28

1

/s/ Matthew S. Warren
_____

2

Bruce Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron Maurer (*pro hac vice*)
David Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants Acer, Inc., Acer America Corp., ASUSTeK Computer Inc., and ASUS Computer International*

Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

*Attorneys for Defendants Acer, Inc. and Acer America Corporation*

/s/ Jonathan Putman

John Schnurer (Bar No. 185725)
Kevin Patariu (Bar No. 256755)
Ryan Hawkins (Bar No. 256146)
Louise Lu (Bar No. 256146)
Vinay Sathe (Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice*)
Jonathan Putman (*pro hac vice*)
Antoine McNamara (Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

Judith Jennison (Bar No. 165929)
Christina McCullough (Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois, 60603
+1 (312) 324-8400
+1 (312) 324-9400 facsimile
msft-philipsteam@perkinscoie.com

/s/ Patrick McKeever

Chad Campbell (Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile

Patrick McKeever
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California, 92130-2080
+1 (858) 720-5722
+1 (858) 720-5822 facsimile

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

/s/ Lucian C. Chen

Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
+1 (212) 710-3007
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com

Michael Song (Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

JOINT STATEMENT REGARDING REMAINING PATENTS-IN-SUIT AND ASSERTED CLAIMS
CASE NO. 4:18-CV-01885-HSG-EDL

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated:  May 6, 2019

/s/ Chris Holland

Chris Holland

JOINT STATEMENT REGARDING REMAINING PATENTS-IN-SUIT AND ASSERTED CLAIMS
CASE NO. 4:18-CV-01885-HSG-EDL