# Exhibit A

|  | 5,910,797 | 7,184,064 | 7,529,806 | 9,436,809 | RE43,564 | RE44,913 |
|---|---|---|---|---|---|---|
| **Acer** | 1, 6 | 1, 2, 3, 8 | 1, 12 | 1, 9, 49, 50, 53 | 1, 2, 7 | 1, 3, 4, 12, 16 |
| **ASUS** | 1, 6 | 1, 2, 3, 8 | 1, 12 | 1, 9, 49, 50, 53 | 1, 2, 7 | 1, 3, 4, 12, 16 |
| **HTC** | 1, 6 | 1, 2, 3, 8 | 1, 12 | 1, 9, 49, 50, 53 | 1, 2, 7 | 1, 3, 4, 12, 16 |
| **Microsoft** | N/A | 1, 2, 3, 8 | 1, 12 | 1, 9, 49, 50, 53 | 1, 2, 7 | 1, 3, 4, 12, 16 |
| **YiFang** | 1, 6 | 1, 2, 3, 8 | 1, 12 | N/A | 1, 2, 7 | 1, 3, 4, 12, 16 |