Bruce Genderson (pro hac vice)
Kevin Hardy (pro hac vice)
Aaron Maurer (pro hac vice)
David Krinsky (pro hac vice)
Andrew Trask (pro hac vice)
Kyle Thomason (pro hac vice)
Christopher A. Suarez (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
San Francisco, California, 94110
+1 (415) 895-2940
18-1885@cases.warrenlex.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee (pro hac vice)
Derek Neilson (pro hac vice)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
asus-philips@alston.com

Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**ASUS DEFENDANTS' RESPONSE TO MICROSOFT'S MOTION TO STAY CLAIMS INVOLVING THE '064 PATENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Defendants ASUSTek Computer, Inc. and ASUS Computer International (collectively "ASUS"), submit this response to Microsoft's Motion to Stay Claims Involving the '064 Patent, Docket No. 656. ASUS takes no position on the motion by Intervenor-Plaintiffs and Counterclaim Defendants-in-Intervention Microsoft Corporation and Microsoft Mobile, Inc. (collectively, "Microsoft"), because the stay being sought by Microsoft relates to claims by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips") against Microsoft, but not to Philips' claims against ASUS.

Date:  May 22, 2019

Respectfully submitted,

_____

| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Patrick M. Shields (Bar No. 204739) |
| Aaron Maurer *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| David Krinsky *(pro hac vice)* | Amy M. Bailey (Bar No. 313151) |
| Andrew Trask *(pro hac vice)* | WARREN LEX LLP |
| Kyle Thomason *(pro hac vice)* | San Francisco, California, 94110 |
| Christopher A. Suarez *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | 18-1885@cases.warrenlex.com |
| 725 Twelfth Street, N.W. | |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | |
| viceroy@wc.com | |

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee  *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*