# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No.: 4:18-cv-01885-HSG<br><br>**ORDER GRANTING ADMINIS-TRATIVE MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STAY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1     Having considered all of the papers filed in connection with Microsoft's Administrative

2 Motion to Shorten Time for Hearing on the Motion to Stay Claims Involving the '064 Patent

3 (Dkt. No. 656), the Court HEREBY ORDERS:

4     Microsoft's Administrative Motion to Stay is GRANTED. The hearing on the Motion to

5 Stay Claims Involving the '064 Patent is hereby rescheduled for August 1, 2019 at 2:00 p.m.

7     IT IS SO ORDERED.

11 Dated: June 3, 2019

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge

ORDER RE ADMIN MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO STAY     -1-     CASE NO.: 4:18-CV-01885-HSG