| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) <br> msandonato@venable.com <br> John D. Carlin (admitted *pro hac vice*) <br> jcarlin@venable.com <br> Natalie Lieber (admitted *pro hac vice*) <br> ndlieber@venable.com <br> Christopher M. Gerson (admitted *pro hac vice*) <br> cgerson@venable.com <br> Jonathan M. Sharret (admitted *pro hac vice*) <br> jsharret@venable.com <br> Daniel A. Apgar (admitted *pro hac vice*) <br> dapgar@venable.com | Robert S. Pickens (admitted *pro hac vice*) <br> rspickens@venable.com <br> Sean M. McCarthy (admitted *pro hac vice*) <br> smccarthy@venable.com <br> Joyce L. Nadipuram (admitted *pro hac vice*) <br> jlnadipuram@venable.com <br> Caitlyn N. Bingaman (admitted *pro hac vice*) <br> cnbingaman@venable.com |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG <br><br> **JOINT MOTION OF PHILIPS AND YIFANG FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT; ORDER** |

On April 30, 2019, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc. ("YiFang") jointly moved the Court to stay this action for thirty (30) calendar days solely as it pertains to the disputes between Philips and YiFang, in order to allow for completion of a formal settlement agreement between those parties. Dkt. 645. The Court granted that motion on May 1, 2019, thereby staying the Philips/YiFang matter through May 31, 2019. Dkt. 647.

The parties have since made significant progress toward finalizing a written settlement agreement, including exchanging a draft settlement agreement and diligently working toward finalizing the specific terms of that agreement. The parties believe that an additional 60-day stay of this action will allow the parties to focus their time, effort, and legal resources into completion of a settlement agreement, rather than in continuing litigation.

It is well-settled that a district court has discretionary power to stay proceedings in its own court. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). In this case, the parties believe that a further stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources.

NOW, THEREFORE, Philips and YiFang hereby stipulate and respectfully request that the Court issue an order that all remaining deadlines in these consolidated cases be stayed solely as they pertain to the disputes between Philips and YiFang for a period of sixty (60) calendar days from the date of entry of the Court's Order below. Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue prior to that time, counsel will meet and confer and approach the Court jointly for guidance and/or a further Case Management Conference at that time, if needed.

Dated: June 3, 2019

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Respectfully submitted,

/s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John S. Carlin (admitted *pro hac vice*)
Christopher S. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Joyce L. Nadipuram (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

/s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
+1 (212) 710-3007
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com

Michael Song (Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for Defendant YiFang USA, Inc. d/b/a E-Fun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the party listed above to execute this document on its behalf.

Dated: June 3, 2019            /s/ Chris Holland
                               Chris Holland

# **ORDER**

Having reviewed Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc.'s ("YiFang") Joint Motion for Further Stay Pending Completion of Settlement Agreement ("Motion for Stay"), and good cause being shown,

IT IS HEREBY ORDERED THAT:

The Motion for Stay is GRANTED. All remaining deadlines solely as they pertain to the disputes between Philips and YiFang are stayed for a period of sixty (60) calendar days from the date of entry of this Order.

**IT IS SO ORDERED.**

DATED: June 3, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge