Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jlnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>**(CIVIL L.R. 11-3)** |

| | |
|---|---|
| 1 | I, Jason M. Dorsky, am an attorney in the law firm Venable LLP, 600 Massachusetts Avenue, |
| 2 | NW, Washington, DC, 20001, Tel: (202) 344-4000, Fax: (202) 344-8300, email: |
| 3 | jmdorsky@Venable.com. I am an active member in good standing of the bar of the District of |
| 4 | Columbia, bar number 1019843, and hereby respectfully apply for admission to practice *pro hac vice* |
| 5 | in the Northern District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. |
| 6 | Philips Corporation in the above-entitled action. Attached is a true and correct copy of a certificate |
| 7 | of good standing or equivalent official document from said bar dated no more than one year prior to |
| 8 | the date of this application. |
| 9 | My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a |
| 10 | member of the bar of this Court in good standing (bar number 164053) and who maintains an office |
| 11 | within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California, |
| 12 | 94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com. |
| 13 | I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to |
| 14 | become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court. |
| 15 | I declare under penalty of perjury that the foregoing is true and correct. |

Dated: June 19, 2019

/s/
Jason M. Dorsky

# [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. Pursuant to Civil L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

IT IS SO ORDERED.

Dated: 6/20/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Jason Michael Dorsky*

was duly qualified and admitted on **April 7, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 9, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.