| | |
|---|---|
| John P. Schnurer (CA Bar No. 185725)<br>PERKINS COIE LLP<br>11988 El Camino Road, Suite 350<br>San Diego, CA 92130<br>Telephone: (858) 720-5700<br>Facsimile: (858) 720-5799<br><br>Ryan J. McBrayer (*pro hac vice*)<br>Jonathan R. Putman (*pro hac vice*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br><br>Attorneys for Defendants<br>HTC CORP.<br>HTC AMERICA, INC. | Judith B. Jennison (CA Bar No. 165929)<br>Christina J. McCullough (CA Bar No. 245944)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington, 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br><br>Chad S. Campbell (CA Bar No. 258723)<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona, 85012<br>Telephone: (602) 351-8000<br>Facsimile: (602) 648-7000<br><br>Tiffany P. Cunningham (*pro hac vice*)<br>PERKINS COIE LLP<br>131 South Dearborn, Suite 1700<br>Chicago, Illinois 60603<br>Telephone: (312) 324-8400<br>Facsimile:  (312) 324-9400<br><br>Attorneys for Intervenor-Plaintiff/Counterclaim Defendants<br>MICROSOFT CORPORATION<br>MICROSOFT MOBILE INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**UNOPPOSED DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENA AFTER DISCOVERY DEADLINE** |

Under Civil L.R. 7-11 and 79-5, Defendants HTC Corporation and HTC America, Inc. and Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Defendants") hereby bring this Unopposed Administrative Motion to File Under Seal the confidential, unredacted version of Defendants' Reply in Support of Motion for Leave to Serve Subpoena After the Discovery Deadline ("Defendants' Reply"), supporting Declaration of Jonathan R. Putman, and supporting Exhibit 3.

These materials discuss and refer to material that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") have designated as confidential under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017). As required by Civil L.R. 79-5, Defendants have electronically filed and served on all parties to these actions an unredacted version of these documents.

As set forth in the accompanying declaration of Jonathan R. Putman, Defendants conferred with counsel for Philips before this filing. Counsel for Philips confirmed that they do not oppose this Administrative Motion.

Respectfully submitted June 21, 2019.

  /s/ Jonathan R. Putman
Ryan J. McBrayer (*pro hac vice*)
Jonathan R. Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
Tel: (206) 359-8000/Fax: (206) 359-9000
htc-philipsperkinsservice@perkinscoie.com

John P. Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
Tel: (858) 720-5700/Fax: (858) 720-5799
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

  /s/ Tiffany P. Cunningham
Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Tel: (312) 324-8400/Fax: (312) 324-9400
msft-philipsteam@perkinscoie.com

Judith B. Jennison (CA Bar No. 165929)
Christina J. McCullough (CA Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
Tel: (206) 359-8000/Fax: (206) 359-9000

Chad S. Campbell (CA Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012

Tel: (602) 351-8000/Fax: (602) 648-7000

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile Inc.*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have received concurrence in the filing of this document from every other signatory to this document, and that I maintain records to support this concurrence.

DATED: June 21, 2019.    /s/ *Jonathan R. Putman*
Jonathan R. Putman