1  John P. Schnurer (CA Bar No. 185725)
   PERKINS COIE LLP
2  11988 El Camino Road, Suite 350
   San Diego, CA 92130
3  Telephone: (858) 720-5700
   Facsimile: (858) 720-5799
4
   Ryan J. McBrayer (*pro hac vice*)
5  Jonathan R. Putman (*pro hac vice*)
   PERKINS COIE LLP
6  1201 Third Avenue, Suite 4900
   Seattle, WA 98101
7  Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
8
   Attorneys for Defendants
9  HTC CORP.
   HTC AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**DECLARATION OF JONATHAN R. PUTMAN REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENA** |

I, Jonathan R. Putman, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am a member of the State Bar of the State of Washington, an attorney at Perkins Coie LLP, and counsel (*pro hac vice*) for Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") in the above-referenced action.

2. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Defendant's Reply in Support of Motion for Leave to Serve Subpoena After Discovery Deadline.

3. As required by Civil L.R. 79-5, Defendants HTC and Microsoft Corporation submit this Administrative Motion to File Under Seal the confidential, unredacted version of Defendants' Reply in Support of Defendant's Motion for Leave to Serve Subpoena After Discovery Deadline and supporting Declaration of Jonathan R. Putman and Exhibit 3, which all refer to material that Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") have designated as confidential in these proceedings.

4. The Declaration and Exhibit 3 describe documents and/or information Philips produced in this action that Philips designated "Highly Confidential — Outside Counsel Only" under the parties' Stipulated Protective Order (Dkt. No. 95 in 4:18-CV-01887, so ordered February 27, 2017). Defendants' Reply also refers to and discusses those materials.

5. On June 20, 2019, through electronic correspondence, I informed counsel for Philips that Defendants intended to file the Declaration and Exhibit as an attachment to Defendants' Motion and refer to its contents in the Motion. Philips stated they do not oppose the Motion.

6. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 21, 2019 in Seattle, Washington.

                */s/ Jonathan R. Putman*_____
                Jonathan Putman