John P. Schnurer (CA Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Road, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Ryan J. McBrayer (*pro hac vice*)
Jonathan R. Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendants
HTC CORP.
HTC AMERICA, INC.

Judith Jennison (CA Bar No. 165929)
Christina McCullough (CA Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad Campbell (CA Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

Attorneys for Intervenor-
Plaintiffs/Counterclaim Defendants
MICROSOFT CORPORATION
MICROSOFT MOBILE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**HTC'S AND MICROSOFT'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENA AFTER DISCOVERY DEADLINE**<br><br>Hearing Date: Vacated (D.I. 669)<br><br>Hearing Time: 2:00 p.m. |