Bruce R. Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron P. Maurer (*pro hac vice*)
David M. Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle E.Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
bgenderson@wc.com
khardy@wc.com
amaurer@wc.com
dkrinsky@wc.com
atrask@wc.com
kthomason@wc.com
csuarez@wc.com

Matthew S. Warren (SBN 230565)
Patrick M. Shields (SBN 204739)
Erika H. Warren (SBN 295570)
Amy M. Bailey (SBN 313151)
**WARREN LEX LLP**
2261 Market Street, No. 606
San Francisco, CA  94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964
18-1885@cases.warrenlex.com

Kaiwen Tseng (SBN 193756)
Craig R. Kaufman (SBN 159458)
Hsiang ("James") H. Lin (SBN 241472)
**TECHKNOWLEDGE LAW GROUP LLP**
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jlin@tklg-llp.com

Attorneys for Defendants
ACER INC. AND ACER AMERICA
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF CRAIG KAUFMAN REGARDING [679] DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENA AFTER DISCOVERY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom: 2 |

I, Craig Kaufman, hereby declare as follows:

1. I am a Partner at TechKnowledge Law Group, outside counsel for Defendants Acer Inc. and Acer America Corporation (together, "Acer") in the above referenced action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. This declaration is being filed pursuant to L.R. 79-5(d)(1)(A) and 79-5(e)(1).

3. HTC's and Microsoft's Reply in Support of Motion for Leave to Serve Subpoena After Discovery Deadline ("Reply") (Dkt No. 679-2) and the Declaration of Jonathan R. Putman in Support of Defendants' Motion for Leave to Serve Subpoena ("Putman Reply Declaration") (Dkt No. 679-4) contain information designated by Acer as "Highly Confidential – Outside Counsel Eyes Only" pursuant to the Protective Order entered in this case because they contain references to Acer's confidential business information. This information is not available to the public, and given the highly competitive nature of the computer industry, Acer would be harmed by the public disclosure of this proprietary information because it would give Acer's competitors a window into Acer's confidential business information.

4. Specifically, it is my understanding HTC's and Microsoft's Reply Brief includes proprietary information that is confidential to Philips, and which has been designated as HIGHLY

CONFIDENTIAL - OUTSIDE COUNSEL ONLY by Philips under the Protective Order in this litigation (Dkt. No. 132, so ordered February 27, 2017). This same material has also been designated as HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY under the Protective Order by Acer, and is also "sensitive, proprietary, and/or confidential information" of Acer, as is required under the Protective Order. Specifically, all the redacted portions of HTC's and Microsoft's Reply Brief comprise material designated as confidential by Philips and Acer regarding the parties' confidential settlement discussions, details regarding the status of those discussions, and terms of the settlement agreement between the parties.

5. Acer also requests that the Court seal those portions of HTC's and Microsoft's Reply Brief that discuss material designated as confidential by Philips and/or Acer. A proposed public version of this Reply Brief, with confidential information redacted, was filed at Dkt. 682-1.

6. It is my understanding the Putman Reply Declaration and Exhibit 3 thereto also includes proprietary information that is confidential to Philips, and which has been designated as HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY by Philips under the Protective Order. This same material has also been designated as HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY under the Protective Order by Acer, and it is also "sensitive, proprietary, and/or confidential information" of Acer, as is required under the Protective Order. In particular, it is my understanding that paragraph 3 of the Putman Reply Declaration, and exhibit 3 thereto, includes material designated as confidential by Philips and/or Acer regarding the parties' confidential settlement discussions, details regarding the status of those discussions, and terms of the settlement agreement between the parties. Acer accordingly requests that the Court seal those portions of Putman Reply Declaration and Exhibit 3 that discuss material designated as confidential by Philips and Acer. A proposed public version of the Putman Reply Declaration and Exhibit 3, with designated confidential information redacted, were filed at Dkts. 682-2 and 682-3.

I declare penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

//

//

Executed in Redwood Shores, California, this 25th day of June 2019.

*/s/ Craig Kaufman*
Craig Kaufman

13325-2116\00011661.000