Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |

## INTRODUCTION

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation (collectively, "Acer") have entered into a confidential settlement agreement resolving all claims between them in this action ("the Philips/Acer Claims").

Therefore, Philips and Acer jointly file this motion under Civil L.R. 7-12 asking the Court to enter the parties' Stipulation of Dismissal filed herewith, which dismisses the Philips/Acer Claims pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Rule 41(a)(2)") under the terms set forth in that Stipulation of Dismissal.

Of note, lead counsel for Philips has met and conferred with counsel for the remaining parties to this action, namely, Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft"), HTC Corp. and HTC America, Inc. (collectively, "HTC"), ASUS Computer International and ASUSTeK Computer, Inc. (collectively, "ASUS"), and YiFang USA Inc. d/b/a E-Fun, Inc. ("YiFang"), regarding this motion, and none of the remaining parties to this action oppose this motion.

## BRIEF PROCEDURAL BACKGROUND

Philips initially filed this patent infringement action in the District of Delaware (1:15-cv-1170-GMS), asserting, among other things, that certain of Acer's smartphones, tablet computers, laptops, All-in-One PCs, 2-in-1 PCs, and Chromebooks include hardware and/or software containing functionality covered by one more claims of the patents-in-suit.  Related actions were contemporaneously filed by Philips against HTC, ASUS, and YiFang (the "Related Actions").

Subsequently, Microsoft filed a Complaint in Intervention as the supplier of the operating system incorporated into some of Acer's accused products.  In their collective pleadings, Microsoft asserts against Philips counterclaims of non-infringement under the Declaratory Judgments Act, 28 U.S.C. §§ 2201(a) and 2202, and Philips asserts against Microsoft claims of direct and indirect infringement.  Dkt. Nos. 74, 86, 93, 154.

On March 27, 2018, this action and the Related Actions were transferred to this Court from the District of Delaware, and all of these cases were consolidated under the above-captioned case.

As indicated, with the present motion, Philips and Acer jointly move the Court to dismiss all of the Philips/Acer Claims under the terms of the parties' Stipulation of Dismissal in view of their confidential settlement agreement.  However, this motion does not seek any relief with respect to the pending claims between Philips and any of Microsoft, HTC, ASUS, or YiFang.

## DISCUSSION

Under Rule 41(a)(2), after an opposing party has served an answer or motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Moreover, a "plaintiff may invoke Rule 41(a) to dismiss fewer than all of the parties to an action."  *Schaeffer v. Gregory Vill. Partners, L.P.*, 2016 WL 9185388, at *1 (N.D. Cal. Jan. 26, 2016) (citing *Lake at Las Vegas Investors Group, Inc. v. Pac. Malibu Dev. Corp.*, 933 F.2d 724, 726 (9th Cir. 1991)).

The decision to grant or deny a request to dismiss pursuant to Rule 41(a)(2) is within this Court's sound discretion.  *Id*. (citing *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980)).  However, "[a] district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Id*. (quoting *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001)).  Legal prejudice means "prejudice to some legal interest, some legal claim, [or] some legal argument."  *Id*. (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996)).

Here, Microsoft, HTC, ASUS, and YiFang have all indicated that they do not oppose this motion.  Moreover, Philips and Acer do not ask the Court to take any action with respect to any of the claims pending between Philips and any of Microsoft, HTC, ASUS, or YiFang.  As a result, Microsoft, HTC, ASUS, and YiFang will suffer no legal prejudice as a result of the dismissal of the Philips/Acer Claims.

## CONCLUSION

For these reasons, the parties respectively request that the Court grant this motion and enter the parties' Stipulation of Dismissal filed herewith as the order of this Court.

Dated: June 25, 2019

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael Sandonato
Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Joyce Nadipuram (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips*
*N.V. and U.S. Philips Corporation*

STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

Bruce Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron Maurer (*pro hac vice*)
David Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

/s/ Craig Kafuman
Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation (collectively, "Acer"), subject to the approval of the Court, that:

1.  All claims asserted by Philips against Acer or by Acer against Philips in this action relating to the "Acer Scope Products," as that term is defined herein, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.  All claims asserted by Philips against Acer or by Acer against Philips in this action relating to the "Acer Excluded Products," as that term is defined herein, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

3.  For purposes of this Stipulation of Dismissal:

    a.  "Acer Scope Product" shall mean any Acer-branded product accused of infringement by Philips in this litigation; provided however that Acer Scope Product specifically excludes any product that is an Acer Excluded Product; and

    b.  "Acer Excluded Product" shall mean any Acer-branded product accused of infringement by Philips in this litigation, running a Windows operating system distributed or licensed by Microsoft Corporation, made or had made or otherwise procured or Sold by Acer or its affiliates on or after February 13, 2015.

4.  Each party shall bear its own costs and attorneys' fees.

1   Dated: June 25, 2019

2                                                   Respectfully submitted,

3   Chris Holland (SBN 164053)                      /s/ Michael Sandonato
    Lori L. Holland (SBN 202309)                    Michael Sandonato (admitted *pro hac vice*)
4   HOLLAND LAW LLP                                 John Carlin (admitted *pro hac vice*)
    220 Montgomery Street, Suite 800                Christopher Gerson (admitted *pro hac vice*)
5   San Francisco, CA 94104                         Natalie Lieber (admitted *pro hac vice*)
    Telephone: (415) 200-4980                       Jonathan M. Sharret (admitted *pro hac vice*)
6   Fax: (415) 200-4989                             Daniel Apgar (admitted *pro hac vice*)
    cholland@hollandlawllp.com                      Sean M. McCarthy (admitted *pro hac vice*)
7   lholland@hollandlawllp.com                      Robert Pickens (admitted *pro hac vice*)
                                                    Joyce Nadipuram (admitted *pro hac vice*)
8                                                   Caitlyn Bingaman (admitted *pro hac vice*)

9                                                   VENABLE LLP
                                                    1290 Avenue of the Americas
10                                                  New York, New York, 10104
                                                    +1 (212) 218-2100
11                                                  +1 (212) 218-2200 facsimile
                                                    philipsprosecutionbar@venable.com
12
                                                    *Attorneys for Plaintiffs Koninklijke Philips*
13                                                  *N.V. and U.S. Philips Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

Bruce Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron Maurer (*pro hac vice*)
David Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle Thomason (*pro hac vice*)
Christopher A. Suarez (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Patrick A. Fitch (Bar No. 321493)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

/s/ Craig Kafuman
Kai Tseng (Bar No. 193756)
Hsiang ("James") H. Lin (Bar No. 241472)
Craig Kaufman (Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065
+1 (650) 517-5200
+1 (650) 226-3133 facsimile
acer.philips-tklgall@tklg-llp.com

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated:  June 25, 2019                    /s/ Chris Holland

                                               Chris Holland

1

## **[PROPOSED] ORDER**

2      The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips

3 Corporation (collectively, "Philips") and Defendants Acer Inc. and Acer America Corporation's

4 (collectively, "Acer") Stipulated and Unopposed Motion for Voluntary Dismissal ("the Motion").

5 Having considered the moving papers before it and being fully advised, the Court finds and orders

6 as follows:

7      The Motion is GRANTED in its entirety.  The Stipulation of Dismissal filed with the

8 Motion is entered as the Order of this Court, and all claims asserted by Philips against Acer or by

9 Acer against Philips in the above-captioned case are DISMISSED pursuant to the terms of that

10 stipulation.

11      IT IS SO ORDERED.

12

13 DATED: _____           _____

                                       Hon. Haywood S. Gilliam, Jr.

14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL