1   John P. Schnurer (CBN 185725)
    JSchnurer@perkinscoie.com
2   PERKINS COIE LLP
    11452 El Camino Real, Suite 300
3   San Diego, CA 92130-2080
    Telephone: (858) 720-5700
4   Facsimile: (858) 720-5799

5   Ryan J. McBrayer (*pro hac vice*)
    RMcBrayer@perkinscoie.com
6   Jonathan R. Putman (*pro hac vice*)
    JPutman@perkinscoie.com
7   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
8   Seattle, WA 98101
    Telephone: (206) 359-8000
9   Facsimile: (206) 359-9000

10  Attorneys for Defendants
    HTC CORP.
11  HTC AMERICA, INC.

12  *[Additional Attorneys listed on signature page.]*

13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **OAKLAND DIVISION**
16

17
    IN RE KONINKLIJKE PHILIPS PATENT        Case No. 4:18-cv-01885-HSG-EDL
18  LITIGATION.
                                            **NOTICE OF APPEARANCE OF JAMES**
19                                          **YOUNG HURT ON BEHALF OF**
                                            **DEFENDANTS HTC CORP. AND HTC**
20                                          **AMERICA, INC.**

21                                          JURY TRIAL DEMANDED

22

23

24

25

26

27

28

1    TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:

2         PLEASE TAKE NOTICE of the appearance in this litigation by James Young Hurt on

3    behalf of Defendants HTC Corp. and HTC America, Inc., and hereby requests that all notices

4    given or required to be given, and all papers filed or served or required to be served in this above

5    captioned matter be directed or served upon counsel at the address set below:

6         James Young Hurt
          11452 El Camino Real, Suite 300
7         San Diego, CA 92130-2080
          Telephone: (858) 720-5700
8         Facsimile: (858) 720-5799
          Email: JHurt@perkinscoie.com
9

10

      Dated: July 2, 2019                         _/s/ James Young Hurt_
11                                                 John P. Schnurer (CBN 185725)
                                                   James Young Hurt (CBN 312390)
12                                                 PERKINS COIE LLP
                                                   11452 El Camino Real, Suite 300
13                                                 San Diego, California, 92130 -2080
                                                   Tel.: (858) 720-5700
14                                                 Fax: (858) 720-5799
                                                   htc-philipsperkinsservice@perkinscoie.com
15
                                                   Ryan McBrayer (*pro hac vice*)
16                                                 Jonathan Putman (*pro hac vice*)
                                                   PERKINS COIE LLP
17                                                 1201 Third Avenue, Suite 4900
                                                   Seattle, Washington, 98101
18                                                 Tel.: (206) 359-8000
                                                   Fax: (206) 359-9000
19                                                 htc-philipsperkinsservice@perkinscoie.com

20                                                 Elizabeth Banzhoff (*pro hac vice*)
                                                   PERKINS COIE LLP
21                                                 1900 16th Street, Suite 1400
                                                   Denver, CO 80202
22                                                 Tel.: (303) 291-2397
                                                   Fax: (303) 291-2497
23                                                 htc-philipsperkinsservice@perkinscoie.com

24                                                 *Attorneys for Defendants HTC Corp. and*
                                                   *HTC America, Inc.*
25

26

27

28

NOTICE OF APPEARANCE OF JAMES              -1-              CASE NO. 4:18-CV-01885-HSG-EDL
YOUNG HURT