Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**DOCUMENTS PUBLICLY FILED PURSUANT TO ORDER ON ADMINISTRATIVE MOTIONS TO SEAL (DKT. NO. 689)** |

On July 18, 2019, the Court issued an order (Dkt. No. 689) denying three Administrative Motions to Seal (Dkt. Nos. 666, 672, and 679) filed by the parties in connection with briefing on HTC's and Microsoft's Motion for Leave to Serve Subpoena After Discovery Deadline (Dkt. 663). The Court also directed the parties to file, within seven days from the date of the order, unredacted versions of all documents at issue in the administrative motions or renewed motions to seal.

Therefore, in accordance with that order, Philips files herewith unredacted versions of all documents at issue, which consist of:[1]

| Docket Number | Document |
| --- | --- |
| 666-4 | HTC's and Microsoft's Motion for Leave to Serve Subpoena After Discovery Deadline |
| 666-6 | Exhibit 2 to McBrayer Declaration in Support of Motion for Leave to Serve Subpoena After Discovery Deadline |
| 672-4 | Philips' Opposition to HTC's and Microsoft's Motion for Leave to Serve Subpoena After Discovery Deadline |
| 672-6 | Lieber Declaration in Support of Philips' Opposition to HTC's and Microsoft's Motion for Leave to Serve Subpoena After Discovery Deadline |
| 679-2 | HTC's and Microsoft's Reply in Support of Motion for Leave to Serve Subpoena After Discovery Deadline |
| 679-4 | Putman Declaration in Support of Defendants' Motion for Leave to Serve Subpoena |
| 679-5 | Exhibit 3 to Putman Declaration in Support of Defendants' Motion for Leave to Serve Subpoena |

---

[1] Acer America Corporation and Acer Inc. ("Acer") previously filed declarations in support of sealing certain of the documents at issue (Dkt. Nos. 674, 683). However, Acer has since indicated to Philips that it will not file a renewed motion to seal those materials.

Dated: July 25, 2019

Respectfully submitted,

/s/ Chris Holland
Chris Holland (SBNY 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Joyce Nadipuram (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*