# EXHIBIT 2

**FILED UNDER SEAL**

| | |
|---|---|
| **From:** | Pickens, Robert S. |
| **To:** | McBrayer, Ryan J. (SEA); Gerson, Christopher; McNamara, Antoine (SEA); Christopher Holland; Lori Holland; Ethan Jacobs; Philips Prosecution Bar |
| **Cc:** | *MSFT - Philips Team; *HTC-Philips Perkins Service; Roy Vice; Warren Lex Acer Team; Warren Lex ASUS Team; Asus-Philips; Acer.Philips-TKLGALL; lucianchen; Ingchiu, W.; Song, Michael |
| **Subject:** | RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions |
| **Date:** | Wednesday, May 22, 2019 6:55:02 PM |

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY**

Ryan,

We have further considered your request for Philips' damages contentions against Acer.

Philips continues to disagree that the Acer damages contentions have any relevance to the issues in the HTC, Microsoft, and ASUS matters.  Philips also continues to disagree that the Acer damages contentions can be used in any way to "calculate a per-unit royalty rate for the Acer license," and Philips reserves all rights to preclude any testimony that seeks to make such a comparison.  The Acer damages contentions do not contain an accurate accounting of the Acer accused products at the time of service, do not account for changes that occurred in the case subsequent to the service of those contentions, and do not have any relation to the Acer products actually released by the settlement agreement between Acer and Philips.

For example, as I explained during our meet and confer regarding this matter, the Acer damages contentions contain several material errors that were only discovered after the service of these contentions through a January 10, 2019 deposition of Sanjeev Kumar, an Acer witness designated on certain FRCP 30(b)(6) sales-related topics, including at least that Philips was double- and triple-counting certain Acer unit sales due to an erroneous understanding of how Acer organized its produced sales data.  As another example, subsequent to the service of these contentions, the Court's order on Philips' motion for leave to amend its infringement contentions substantially changed the Acer products at issue in the litigation.  As yet another example, these contentions were served prior to Philips' narrowing the asserted patents.  As yet another example, the damages contentions account for products such as Acer products running the Windows operating system sold on or after February 13, 2015, which are not subject to the agreement between Philips and Acer.  Other differences exist as well, and the above examples are not intended to be exhaustive.

Nevertheless, as you can see from the separate correspondence we have had related to this issue, we understand that involving the Court is no longer necessary at this time.

In the interest of compromise, Philips can agree to produce the Acer damages contentions on the same schedule that it is willing to provide the settlement agreement and other previously discussed materials, on the condition that, if Defendants' experts raise any new issues on the basis of these materials, you agree that Philips' experts will have an opportunity to respond at deposition and at trial and that you will not object to those opinions as untimely or outside the scope of their reports.

Please confirm your agreement.

Best,

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Tuesday, May 21, 2019 4:40 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Hi Robert,
Please insert Philips' response into this version where we included an additional argument related to Mr. Tate relying on the Acer contentions in his HTC and Microsoft reports.

Best,
Ryan

**From:** McBrayer, Ryan J. (SEA)
**Sent:** Monday, May 20, 2019 2:36 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Robert,
Here is the draft of the letter to the Magistrate Judge regarding the Acer matter.  Please insert Philips' section so we may review and submit.

Best Regards,
Ryan

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Thursday, May 16, 2019 2:29 PM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Ryan,

We have specifically sought the basis for your request for Philips' October 31, 2018 Patent L.R. 3-8 damages contentions against the Acer parties to this litigation on three separate occasions, but you have yet to offer any proper basis for your request.  We therefore understand that your request is not based on any timely-served discovery request.  If you believe otherwise, please provide your basis in advance of your requested meet and confer, including the reason your request is being made months after the close of fact discovery.  This applies equally to your questions below probing the contents of those contentions, which are improper absent a legitimate basis for demanding that information.

We are available to discuss on Friday, May 16, 2019 at 10:30AM Pacific/1:30PM Eastern – please provide a dial-in for the call.

Best,

Rob


Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Wednesday, May 15, 2019 12:46 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips

Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Robert,
We understand from Acer's counsel that they agree that Philips may produce the damages contentions, and that the contentions contain Philips' position regarding the accused Acer sales in dollars and units.

Accordingly, would you please let us know three things:
1) Is it true that Philips' contentions to Acer contained information about accused Acer sales in dollars? Did they also contain information about accused units?
2) Is Philips willing to produce the contentions in light of this?
3) Are you available to confer today from 2-3p PDT, tomorrow from 8a-noon PDT, or Friday from 8a-4p PDT?

We will send you a new draft motion for Judge Laporte shortly.

Best Regards,
Ryan

---

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Tuesday, May 14, 2019 2:12 PM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Ryan,

My letters of May 3, 2019 and May 7, 2019 specifically sought the basis for your request for Philips' damages contentions against Acer and YiFang. To date, you have not identified any basis for your request (or explained why your request for these documents is only being made now, months after

the close of fact discovery), and therefore we cannot agree.  We remain open to discussion, but at this time (and to the extent it will resolve this matter) we are only willing to provide the documents outlined in my email of noon today (PT).

Best,

Rob

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Tuesday, May 14, 2019 3:21 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Hi Rob,
Would you please let us know that Philips agrees to also produce the damage contentions that Philips made against Acer and YiFang on the same timeline?

Best,
Ryan

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Tuesday, May 14, 2019 12:00 PM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>

**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Ryan,

Thank you for your email.

Regarding your specific question below, in an effort to facilitate a resolution of this issue, Philips is willing to amend its prior offer as follows: Philips will agree to produce "(1) any term sheets, preliminary agreements, or other documents that describe the 'settlement on the primary terms'; (2) any communications between Philips and Acer/YiFang during those 'extensive settlement negotiations'; (3) any draft agreements exchanged between the parties; and (4) any final, signed agreements" (to the extent such documents exist and were exchanged between the relevant parties during the course of settlement discussions, and subject to Philips' objections to relevant discovery requests), but only after Philips has executed the final settlement agreement with each relevant party. Once fully executed, Philips will agree to work in good faith to produce any such relevant documents to HTC and ASUS within three (3) business days.

To the extent you would like to discuss further, I am available at 3PM Pacific/6PM Eastern – please provide a dial-in for the call.

Best,

Rob

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Tuesday, May 14, 2019 1:26 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Robert,
We're pleased to hear that Philips is willing to produce the information but have some follow up questions that would make a conference useful. Foremost, if Philips willing to agree to produce the

materials within three days after the respective license is signed?

Please let me know if any time 3-5pm PDT today works to discuss this.

Best Regards,
Ryan

---

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Monday, May 13, 2019 8:32 AM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY**

Ryan,

We continue to believe it would be more productive to actually correspond regarding this matter to see if there can be a meeting of the minds as opposed to preemptively and prematurely drafting a dispute letter for submission to the Court, which suggests you have no intention of resolving this matter amicably (and which is contrary to the procedure indicated by Judge Laporte's Order Regarding Discovery Procedures – Dkt. No. 343).  We hope this is not the case as we believe that we may be able to resolve this issue now and without the involvement of the Court.

In particular, and contrary to the assertions in your draft letter, Philips is not refusing to produce license agreements with Acer or YiFang (or written communications exchanged between the parties in connection with such agreements).  Rather, to the extent that it resolves your request, Philips is willing to produce "(1) any term sheets, preliminary agreements, or other documents that describe the 'settlement on the primary terms'; (2) any communications between Philips and Acer/YiFang during those 'extensive settlement negotiations'; (3) any draft agreements exchanged between the parties; and (4) any final, signed agreements" (to the extent such documents exist and were exchanged between the relevant parties during the course of settlement discussions, and subject to Philips' objections to relevant discovery requests), but only after Philips has executed the final settlement agreement with each relevant party.

No agreement has yet been finally executed with Acer or YiFang at this time, but Philips expects that the final agreement with Acer will be executed shortly (within the coming days) with YiFang

following thereafter.  Philips continues to disagree that it must produce communications relating to pending settlement discussions amongst parties to a litigation while those discussions are active and ongoing (at least for all of the reasons outlined in my May 7, 2019 letter).  *See also In re: Cathode Ray Tube (CRT) Antitrust Litigation*, C-07-5944-SC (N.D. Cal. July 7, 2014) (finding that "[h]ere, as in other cases seeking to compel settlement agreements that have not yet been entered into, [a] motion to compel is not yet ripe.").  Once executed, however, Philips will agree to work in good faith to produce any relevant documents to HTC and ASUS sufficiently in advance of the June 20, 2019 deadline for Responsive Expert Reports.

While we expect that the above offer will resolve this matter, to the extent that it remains necessary, we will be available to meet and confer regarding this matter at 2:30pm PT on Tuesday, May 14, 2019.

Best,

Rob

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Thursday, May 09, 2019 4:49 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Hi Robert,
Thanks you for your thoughts regarding our request for this discovery material.  We have considered it, but do not find it persuasive and continue to believe that the materials should be produced.  Accordingly, we drafted the attached letter brief to Judge LaPorte.  ASUS wishes to join the motion.

Please let us know if anything in here causes Philips to change its mind.  Otherwise, please add a section for Philips so we may file this promptly.

In that regard, we still need to confer regarding this filing, and Philips did not propose any alternative dates.  We are available at the following times to confer:

- Friday, May 10 from 10a-6p PDT
- Monday, May 13 from 9-10a, 12-1p, and 4:30-6p PDT
- Tuesday, 2:30-6p PDT

These periods span 15 hours of possible time for our conference, during which we suspect at least one of Philips' many attorneys are available.  Please let us know when during these 15 hours you are available for our pre-filing conference.

Best Regards,
Ryan

**Ryan McBrayer**

**Perkins Coie LLP**

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

PHONE: 206.359.3073

FAX: 206.359.4073

E-MAIL: RMcBrayer@perkinscoie.com

---

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Tuesday, May 7, 2019 7:42 PM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>; Philips Prosecution Bar <PhilipsProsecutionBar@venable.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Ryan,

Please see the attached correspondence.

Best,

Rob

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200

1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Friday, May 03, 2019 11:53 PM
**To:** Pickens, Robert S. <RSPickens@Venable.com>; Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; #Philips Prosecution Bar <PhilipsProsecutionBar@fchs.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Philips Team,

In response to your letter earlier today, we submit that Philips' discussions with Acer and YiFang regarding settlement, including any term sheets and communications related to settlement term sheets are responsive to at least our RFP Nos. 6, 7, 8 and 11. The latter of these even calls for:

> All documents and things concerning the settlement of or *attempt to settle* disputes or litigation, licenses, *potential licenses* …or other documents associated with any third party use of the Patents-In- Suit, the Related Patents or Philips's Portable Devices Patents, or any patent relating to subject matter that You consider the same as or comparable to the Patents-In-Suit. *This Request includes (a) all documents and things exchanged between You or any third party in the course of initiating or negotiating a license, offer to license*, purchase, and/or acquisition of—or interest in—the Patents-In-Suit (including without limitation, any contracts relating to the acquisition of the Patents-In-Suit); and (b) all documents and things relating to any royalty or royalty rate calculated, proposed, considered, charted, or collected by You in connection with the Patents-In-Suit. (emphasis added)

We hope this satisfies your concern that we had somehow not requested documents related to settlements and settlement discussions surrounding the patents in suit.

We still expect to meet and confer about this on Monday or Tuesday between the hours of 8am and 1pm PDT. We would be pleased if Philips agrees before then to produce these documents before Friday, May 10th. If not, however, we still expect to meet and confer on Monday or Tuesday. Please let us know that you are available to confer during that period, and if not, a date and time at which you can confer.

Best Regards,
Ryan

**Ryan McBrayer**

Perkins Coie LLP

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

PHONE: 206.359.3073

FAX: 206.359.4073

E-MAIL: RMcBrayer@perkinscoie.com

---

**From:** Pickens, Robert S. <RSPickens@Venable.com>
**Sent:** Friday, May 3, 2019 5:25 PM
**To:** McBrayer, Ryan J. (SEA) <RMcBrayer@perkinscoie.com>; Gerson, Christopher <cgerson@FCHS.COM>; McNamara, Antoine (SEA) <AMcNamara@perkinscoie.com>; #Philips Prosecution Bar <PhilipsProsecutionBar@fchs.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>
**Cc:** *MSFT - Philips Team <MSFT-PhilipsTeam@perkinscoie.com>; *HTC-Philips Perkins Service <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>; lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** RE: Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Ryan,

Please see the attached correspondence.

Best,

Robert S. Pickens, Esq. | Venable LLP
t 212.218.2333 | f 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

RSPickens@Venable.com | www.Venable.com

**From:** McBrayer, Ryan J. (Perkins Coie) [mailto:RMcBrayer@perkinscoie.com]
**Sent:** Thursday, May 02, 2019 11:43 AM
**To:** Gerson, Christopher <cgerson@FCHS.COM>; AMcNamara <AMcNamara@perkinscoie.com>; #Philips Prosecution Bar <PhilipsProsecutionBar@fchs.com>; Christopher Holland <cholland@hollandlawllp.com>; Lori Holland <lholland@hollandlawllp.com>; Ethan Jacobs <ejacobs@hollandlawllp.com>
**Cc:** MSFT-PhilipsTeam <MSFT-PhilipsTeam@perkinscoie.com>; HTC-PhilipsPerkinsService <HTC-PhilipsPerkinsService@perkinscoie.com>; Roy Vice <viceroy@wc.com>; Warren Lex Acer Team <18-1885@cases.warrenlex.com>; Warren Lex ASUS Team <18-1886@cases.warrenlex.com>; Asus-Philips <Asus-Philips@alston.com>; Acer.Philips-TKLGALL <Acer.Philips-TKLGALL@tklg-llp.com>;

lucianchen <lucianchen@lcclegal.com>; Ingchiu, W. <wingchiu@lcclegal.com>; Song, Michael <michael.song@ltlattorneys.com>
**Subject:** Philips/HTC: Production of Acer and YiFang Licensing Contentions and Discussions

Chris,

Please see the attached letter regarding materials related to Acer and YiFang that we would like produced to the other defendants.

Best,
Ryan

**Ryan McBrayer**
**Perkins Coie LLP**

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

PHONE: 206.359.3073

FAX: 206.359.4073

E-MAIL: RMcBrayer@perkinscoie.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*********************************************************************

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
*********************************************************************

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*