# Unredacted Version of Document Sought to Be Sealed

| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) <br> msandonato@venable.com <br> John D. Carlin (admitted *pro hac vice*) <br> jcarlin@venable.com <br> Natalie Lieber (admitted *pro hac vice*) <br> ndlieber@venable.com <br> Christopher M. Gerson (admitted *pro hac vice*) <br> cgerson@venable.com <br> Jonathan M. Sharret (admitted *pro hac vice*) <br> jsharret@venable.com <br> Daniel A. Apgar (admitted *pro hac vice*) <br> dapgar@venable.com | Robert S. Pickens (admitted *pro hac vice*) <br> rspickens@venable.com <br> Sean M. McCarthy (admitted *pro hac vice*) <br> smccarthy@venable.com <br> Joyce L. Nadipuram (admitted *pro hac vice*) <br> jnadipuram@venable.com <br> Caitlyn N. Bingaman (admitted *pro hac vice*) <br> cbingaman@venable.com |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG <br><br> **DECLARATION OF NATALIE LIEBER IN SUPPORT OF PHILIPS' OPPOSITION TO HTC'S AND MICROSOFT'S MOTION FOR LEAVE TO SERVE SUBPOENA AFTER DISCOVERY DEADLINE** <br><br> JURY TRIAL DEMANDED |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Natalie Lieber, hereby state and declare as follows:

1. I am an attorney at Venable LLP and I represent Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matter. I submit this declaration in support of Philips' Opposition to HTC's and Microsoft's Motion For Leave to Serve Subpoena After Discovery Deadline. I have personal knowledge of the facts stated herein.

2. Philips served its Opening Expert Reports regarding damages for HTC's and Microsoft's infringement of the patents-in-suit on April 25, 2019.

3. On May 23, 2019, Philips and Acer executed a final settlement agreement resolving Philips' patent infringement litigation against Acer. In consideration of the rights and licenses granted under that agreement, Acer agreed to make a lump sum payment to Philips.

4. Attached as Exhibit 1 is a true and correct copy of an email from me to counsel for the defendants sent on June 11, 2019 offering a compromise to resolve HTC's and Microsoft's Motion for Leave To Serve Subpoena After Discovery Deadline. Defendants did not respond to the proposed compromise.

5. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 14, 2019 in New York, New York.

*/s/* Natalie Lieber
Natalie Lieber (admitted *pro hac vice*)

# **Exhibit 1**

# Lieber, Natalie D.

| | |
|---|---|
| **From:** | Lieber, Natalie D. |
| **Sent:** | Tuesday, June 11, 2019 4:38 PM |
| **To:** | Campbell, C.; Cunningham, T; Jennison, Judy; McCullough, Christina J.; McKeever, P; MSFT-PhilipsTeam; Nguyen, R; Stahnke, S; AMcNamara; Hawkins, R.; HTC-PhilipsPerkinsService; Lu, L.; McBrayer, R.; Patariu, K.; Putman, J.; Sathe, V.; Schnurer, J.; Stark, S. |
| **Cc:** | Acer.Philips-TKLGALL; 'Craig Kaufman'; Philips Prosecution Bar; 'Chris Holland (cholland@hollandlawllp.com)'; 'Lori Holland (lholland@hollandlawllp.com)' |
| **Subject:** | In Re Koninklijke Philips Patent Litigation - Motion for Leave to Serve Subpoena After Discovery Deadline |

Counsel for HTC and Microsoft,

With respect to your motion for leave to serve a subpoena after the discovery deadline, while we do not believe any of the discovery you seek is relevant or appropriate, Philips presents the following offer in the interest of compromise and to the extent that it would resolve this dispute: Philips is willing to produce to HTC and Microsoft all the Acer sales data that Acer produced to Philips during the course of Philips' litigation with Acer, along with the transcript of the Acer 30(b)(6) deposition regarding such sales data, on the condition that HTC and Microsoft withdraw their motion for leave to subpoena Acer and agree to seek no further discovery relating to the Acer settlement or Acer sales. In making this compromise, Philips does not agree that the parties are free to pursue further fact discovery given that discovery has been closed since January.

Serving a subpoena that seeks an updated sales report from Acer that was never produced or otherwise made available to Philips during the course of Philips' litigation with Acer (and which Philips obviously never considered in deciding to settle with Acer), seeks information that is clearly not relevant to any issue in the HTC and Microsoft cases, and moreover, is highly prejudicial to Philips.

Please let us know if you accept our compromise offer.

Best,
Natalie

**Natalie D. Lieber, Esq. | Venable LLP**
**t** 212.218.2923 | **f** 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

NDLieber@Venable.com | www.Venable.com