1  John P. Schnurer (CA Bar No. 185725)
   PERKINS COIE LLP
2  11988 El Camino Road, Suite 350
   San Diego, CA 92130
3  Telephone: (858) 720-5700
   Facsimile: (858) 720-5799
4
5  Ryan J. McBrayer (*pro hac vice*)
   Jonathan R. Putman (*pro hac vice*)
   PERKINS COIE LLP
6  1201 Third Avenue, Suite 4900
   Seattle, WA 98101
7  Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
8
   Attorneys for Defendants
9  HTC CORP.
   HTC AMERICA, INC.
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**DECLARATION OF JONATHAN R. PUTMAN IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO SERVE SUBPOENA** |

I, Jonathan R. Putman, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am a member of the State Bar of the State of Washington, an attorney at Perkins Coie LLP, counsel (*pro hac vice*) for Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") in the above-referenced action.

2. Attached as Exhibit 3 is a true and correct copy of email correspondence between me, my colleague Ryan McBrayer, and Robert Pickens dated from May 24 to June 12, 2019, regarding proposed discovery on Plaintiff Koninklijke Philips N.V.'s agreement with Acer Inc.

3. On June 14, 2019, Plaintiffs produced a copy of the agreement titled "Touch-Enabled Device Limited License and Stipulation of Dismiss Agreement" between Koninklijke Philips N.V. and Acer Inc. in this action. I have reviewed the agreement. The following three WHEREAS clauses appear on the first page of the agreement:

> WHEREAS, there is overlap between Philips' claims of patent infringement against Acer and Philips' claims of patent infringement against Microsoft and Philips does not wish to provide a release to Acer for these overlapping claims at this time as Philips wishes to continue litigating these claims against Microsoft;
>
> WHEREAS, as of the Effective Date, Acer and its Affiliates have ceased the making or having made for Acer of Touch-enabled Mobile Phones and intend to completely exit the business of selling such devices, but have limited quantities of such devices in stock which it desires to sell in the Territory during the Term;
>
> WHEREAS, Sales of Touch-enabled Tablet Computers by Acer and its Affiliates have declined in recent quarters prior to the Effective Date;

The following WHEREAS clause appears on the second page of the agreement:

> WHEREAS, Acer seeks a limited license to continue selling certain Scope Products in the Territory during the Term.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 21, 2019 in Seattle, Washington.

*/s/ Jonathan R. Putman*_____
Jonathan R. Putman