Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
Christopher A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Patrick M. Shields (Bar No. 204739)
Erika H. Warren (Bar No. 295570)
Amy M. Bailey (Bar No. 313151)
WARREN LEX LLP
San Francisco, California, 94110
+1 (415) 895-2940
18-1885@cases.warrenlex.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
| | JURY TRIAL DEMANDED |
| | **NOTICE OF CHANGE IN COUNSEL FOR ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL** |
| | Judge:  Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Civil L.R. 5-1(c)(2)(C), Amy M. Bailey and Patrick M. Shields of Warren Lex LLP hereby withdraw as attorneys of record for Defendants ASUSTeK Computer Inc. and ASUS Computer International ("ASUS").  Warren Lex LLP and its other attorneys, as well as Alston & Bird LLP and Williams & Connolly LLP, will continue to represent ASUS in this matter.


Date:  July 31, 2019                                         Respectfully submitted,


_____

Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
18-1885@cases.warrenlex.com

*Attorney for Defendants ASUSTeK Computer Inc.*
*and ASUS Computer International*