| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) | Robert S. Pickens (admitted *pro hac vice*) |
| msandonato@venable.com | rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) | Sean M. McCarthy (admitted *pro hac vice*) |
| jcarlin@venable.com | smccarthy@venable.com |
| Natalie Lieber (admitted *pro hac vice*) | Joyce L. Nadipuram (admitted *pro hac vice*) |
| ndlieber@venable.com | jlnadipuram@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) | Caitlyn N. Bingaman (admitted *pro hac vice*) |
| cgerson@venable.com | cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) | |
| jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) | |
| dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**JOINT MOTION OF PHILIPS AND YIFANG FOR FURTHER STAY PENDING EXECUTION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER** |

On May 31, 2019, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc. ("YiFang") jointly moved the Court to stay this action for sixty (60) calendar days solely as it pertains to the disputes between Philips and YiFang, in order to allow for finalizing and completion of a formal settlement agreement between those parties. Dkt. 661. The Court granted that motion on June 3, 2019, thereby staying the Philips/YiFang matter through August 2, 2019. Dkt. 665.

The parties have since come to an agreement on what they believe is a mutually acceptable settlement agreement. Now, the parties need to exchange and approve final drafts of that document, and have it executed by appropriate signatories at Philips and YiFang. The parties will work diligently toward completion of those tasks, and presently believe that an additional 45-day stay of this action will allow the parties to focus their time, effort, and legal resources into final execution of the settlement agreement, rather than in continuing litigation. It is currently contemplated that after execution of the settlement agreement there will be some performance requirements which will need to occur before the case can be formally dismissed. Should these performance requirements not be completed before the expiration of the stay, if appropriate the parties will approach the Court to further extend the stay to allow for their completion.

It is well-settled that a district court has discretionary power to stay proceedings in its own court. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). In this case, the parties believe that a further stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources by entering into a mutual settlement agreement without further involvement by the Court.

NOW, THEREFORE, Philips and YiFang hereby stipulate and respectfully request that the Court issue an order that all remaining deadlines in these consolidated cases be stayed solely as they pertain to the disputes between Philips and YiFang for a period of forty-five (45) calendar days from the date of entry of the Court's Order below. Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue prior to that time, counsel will meet and confer and approach the Court jointly for guidance and/or a further Case Management Conference at that time, if needed.

2

JOINT MOTION OF PHILIPS AND YIFANG FOR FURTHER STAY
PENDING EXECUTION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

| | | |
|---|---|---|
| 1 | Dated: August 4, 2019 | Respectfully submitted, |
| 2 | Chris Holland (SBN 164053) | /s/ Michael P. Sandonato |
|   | Lori L. Holland (SBN 202309) | Michael P. Sandonato (admitted *pro hac vice*) |
| 3 | HOLLAND LAW LLP | John S. Carlin (admitted *pro hac vice*) |
|   | 220 Montgomery Street, Suite 800 | Christopher S. Gerson (admitted *pro hac vice*) |
| 4 | San Francisco, CA 94104 | Natalie D. Lieber (admitted *pro hac vice*) |
|   | Telephone: (415) 200-4980 | Jonathan M. Sharret (admitted *pro hac vice*) |
| 5 | Fax: (415) 200-4989 | Daniel A. Apgar (admitted *pro hac vice*) |
|   | cholland@hollandlawllp.com | Sean M. McCarthy (admitted *pro hac vice*) |
| 6 | lholland@hollandlawllp.com | Robert S. Pickens (admitted *pro hac vice*) |
|   |   | Joyce L. Nadipuram (admitted *pro hac vice*) |
|   |   | Caitlyn N. Bingaman (admitted *pro hac vice*) |

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

/s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)                     Michael Song (Bar No. 243675)
Wing K. Chiu (*pro hac vice*)                       LTL ATTORNEYS LLP
LUCIAN C. CHEN, ESQ. PLLC                           300 South Grand Avenue, 14th Floor
One Grand Central Place                             Los Angeles, California, 90071
60 East 42nd Street, Suite 4600                     +1 (213) 612-8900
New York, New York, 10165                           +1 (213) 612-3773 facsimile
+1 (212) 710-3007                                   michael.song@ltlattorneys.com
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com

*Attorneys for Defendant YiFang USA, Inc. d/b/a E-Fun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the party listed above to execute this document on its behalf.

Dated:  August 4, 2019                              /s/ Chris Holland
                                                                    Chris Holland

## [PROPOSED] ORDER

Having reviewed Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc.'s ("YiFang") Joint Motion for Further Stay Pending Execution of Settlement Agreement ("Motion for Stay"), and good cause being shown,

IT IS HEREBY ORDERED THAT:

The Motion for Stay is GRANTED.  All remaining deadlines solely as they pertain to the disputes between Philips and YiFang are stayed for a period of forty-five (45) calendar days from the date of entry of this Order.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                    Hon. Haywood S. Gilliam, Jr.
                                    United States District Judge

5

JOINT MOTION OF PHILIPS AND YIFANG FOR FURTHER STAY
PENDING EXECUTION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL