[All counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**STIPULATED REQUEST FOR LIMITED EXTENSION OF EXPERT DISCOVERY, AND PROPOSED ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips"), and Defendants ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), HTC Corporation and HTC America, Inc. ("HTC"), and Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively "Defendants"), respectfully file this stipulated request for a limited extension of the expert discovery in this action, for the purpose of taking expert discovery related to Philips settlement with Acer America Corporation ("Acer").

WHEREAS, expert discovery in these actions closed on August 2, 2019;

WHEREAS, on July 30, 2019, the Court granted Defendants HTC and Microsoft's motion to reopen fact discovery for the limited purpose of issuing a subpoena on Acer America Corporation ("Acer") to obtain sales data for products that Philips accused of infringing the patents in suit (Docket No. 692);

WHEREAS, Defendants have served a subpoena on Acer for the sales data, and Acer has agreed to produce such sales data;

WHEREAS, Philips and Defendants have agreed to certain limitations and deadlines related to the exchange of supplemental expert discovery related to the Acer settlement agreement;

WHEREAS, the deadline for dispositive and *Daubert* motions is August 29, 2019, and the hearing date for any such motions is set for November 14, 2019;

WHEREAS, the parties are able to meet the August 29, 2019, deadline for filing dispositive and *Daubert* motions relating to issues other than the outstanding Acer subpoena and exchange of supplemental expert discovery related to the Acer settlement agreement;

WHEREAS, the parties are unable to determine, prior to the exchange of supplemental expert discovery, the extent to which the supplemental expert discovery will raise additional *Daubert* issues;

WHEREAS, under Civ. L.R. 6-2(a)(3), and consistent with the Court's July 30, 2019 Order (Docket No. 692), the parties confirm that this requested extension of the expert discovery deadline will not impact any other deadlines in these cases;

WHEREAS, under Civ. L.R. 6-2(a)(2), the parties report that the parties have made and the Court has approved four previous stipulations seeking to modify the schedule in these cases: two granting Philips' unopposed request for an additional week of time to file reply briefs supporting its motion to

partially consolidate these matters (Docket Nos. 464, 465); one granting the parties' stipulated request for an extension of the fact discovery deadline for discovery related to a confidential agreement (Docket No. 594); one granting the parties' stipulated request for modification of the expert discovery and dispositive and *Daubert* motion deadlines in view of the Court's order related to Philips' motion for leave to amend its infringement contentions (Docket No. 631);

WHEREAS, the parties also sought additional extensions of time from the District of Delaware before transfer of these actions to this Court, but have not reported those here because they do not believe Civ. L.R. 6-2(a)(2) calls for them;

NOW, THEREFORE, the parties hereby stipulate to the following limitations and deadlines related to the exchange of supplemental expert discovery related to the Acer settlement agreement, and request entry of them by the Court:

- Within 14 days of the later of Acer's production of the sales data, or either the occurrence of any related deposition of any Acer witness or the service of any declaration that has been agreed to by the parties in lieu of any such deposition, Philips may serve a supplemental expert report limited to opinions regarding the Acer settlement;
- Within 14 days of Philips' service of its supplemental expert report or after Philips notifies Defendants that Philips will not be serving a supplemental report, Defendants may serve a supplemental expert report limited to opinions regarding the Acer settlement;
- Within 14 days of Defendants' service of their supplemental expert reports, each party may take up to a one-hour deposition of each expert that served a supplemental report on them (e.g., HTC, Microsoft, and ASUS each receive one hour with Philips' damages expert, and Philips receives one hour with each of HTC's, Microsoft's, and ASUS's damages experts), with each deposition limited to topics addressed in the parties' supplemental reports; and
- Should any party wish to file any further *Daubert* motion to address the above Acer supplemental expert discovery, the parties will meet and confer in good faith to stipulate to an agreed schedule for filing and briefing such supplemental *Daubert* motions which allows the present November 14, 2019 motion hearing date to remain unchanged.

IT IS SO STIPULATED.

Date:  August 5, 2019                                              Respectfully submitted,


|  |  |
|---|---|
|  | /s/ Michael P. Sandonato |
| Chris Holland (Bar No. 164053) | Michael Sandonato (*pro hac vice*) |
| Lori L. Holland (Bar No. 202309) | John Carlin (*pro hac vice*) |
| HOLLAND LAW LLP | Christopher Gerson (*pro hac vice*) |
| 220 Montgomery Street, Suite 800 | Natalie Lieber (*pro hac vice*) |
| San Francisco, California, 94104 | Jonathan M. Sharret (*pro hac vice*) |
| +1 (415) 200-4980 | Daniel Apgar (*pro hac vice*) |
| +1 (415) 200-4989 facsimile | Sean M. McCarthy (*pro hac vice*) |
| cholland@hollandlawllp.com | Robert Pickens (*pro hac vice*) |
|  | Caitlyn Bingaman (*pro hac vice*) |
|  | Joyce Nadipuram (*pro hac vice*) |
|  | VENABLE LLP |
|  | 1290 Avenue of the Americas |
|  | New York, New York, 10104 |
|  | +1 (212) 218-2100 |
|  | +1 (212) 218-2200 facsimile |
|  | philipsprosecutionbar@venable.com |

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*


|  |  |
|---|---|
|  | /s/ Michael J. Newton |
| Bruce Genderson (*pro hac vice*) | Michael J. Newton (Bar No. 156225) |
| Kevin Hardy (*pro hac vice*) | Sang (Michael) Lee (*pro hac vice*) |
| Aaron Maurer (*pro hac vice*) | ALSTON & BIRD LLP |
| David Krinsky (*pro hac vice*) | 2200 Ross Avenue, Suite 2300 |
| Andrew Trask (*pro hac vice*) | Dallas, Texas, 75201 |
| Kyle Thomason (*pro hac vice*) | +1 (214) 922-3400 |
| Christopher A. Suarez (*pro hac vice*) | +1 (214) 922-3899 facsimile |
| WILLIAMS & CONNOLLY LLP | asus-philips@alston.com |
| 725 Twelfth Street, N.W. |  |
| Washington, D.C., 20005 |  |
| +1 (202) 434-5000 |  |
| +1 (202) 434-5029 facsimile |  |
| viceroy@wc.com |  |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*


|  |  |
|---|---|
|  | /s/ Ryan McBrayer |
| John Schnurer (Bar No. 185725) | Ryan McBrayer (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman (*pro hac vice*) |

STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY
3

Ryan Hawkins (Bar No. 256146)
Louise Lu (Bar No. 256146)
Vinay Sathe (Bar No. 256146)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Antoine McNamara (Bar No. 261980)
Stevan Stark (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

/s/ Christina McCullough
Christina McCullough (Bar No. 245944)
Theresa H. Nguyen (Bar No. 284581)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois, 60603
+1 (312) 324-8400
+1 (312) 324-9400 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile

Patrick McKeever
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California, 92130-2080
+1 (858) 720-5722
+1 (858) 720-5822 facsimile

*Attorneys for Intervenor-Plaintiffs/Counterclaim Defendants Microsoft Corp. and Microsoft Mobile, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____    _____
                                         HON. HAYWOOD S. GILLIAM, JR.
                                         United States District Judge

**ATTESTATION UNDER CIVIL L.R. 5-1(i)(3)**

The signing counsel above have authorized me to execute this document on their behalf.

Date: August 5, 2019                     /s/ *Theresa H. Nguyen*
                                         Theresa H. Nguyen