| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer *(pro hac vice)* | WARREN LEX LLP |
| David Krinsky *(pro hac vice)* | 1161 Mission Street, No. 606 |
| Andrew Trask *(pro hac vice)* | San Francisco, California, 94110 |
| Kyle Thomason *(pro hac vice)* | +1 (415) 895-2940 |
| Christopher Suarez *(pro hac vice)* | 18-1885@cases.warrenlex.com |
| WILLIAMS & CONNOLLY LLP | |
| 725 Twelfth Street, N.W. | Michael J. Newton (Bar No. 156225) |
| Washington, D.C., 20005 | Sang (Michael) Lee *(pro hac vice)* |
| +1 (202) 434-5000 | Derek Neilson *(pro hac vice)* |
| viceroy@wc.com | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
| | JURY TRIAL DEMANDED |
| | **NOTICE OF CHANGE IN COUNSEL FOR ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL** |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Civil L.R. 5-1(c)(2)(C), Christopher Suarez of Williams & Connolly LLP hereby withdraws as attorney of record for Defendants ASUSTeK Computer Inc. and ASUS Computer International ("ASUS").  Williams & Connolly LLP and its other attorneys, as well as Alston & Bird LLP and Warren Lex LLP, will continue to represent ASUS in this matter.

Date:  August 23, 2019

Respectfully submitted,

_____
Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
18-1885@cases.warrenlex.com

*Attorney for Defendants ASUSTeK Computer Inc. and ASUS Computer International*