| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer *(pro hac vice)* | Angela M. He (Bar No. 319351) |
| David Krinsky *(pro hac vice)* | WARREN LEX LLP |
| Andrew Trask *(pro hac vice)* | 2261 Market Street, No. 606 |
| Kyle Thomason *(pro hac vice)* | San Francisco, California, 94114 |
| Christopher A. Suarez *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C. 20005 | |
| +1 (202) 434-5000 | Michael J. Newton (Bar No. 156225) |
| +1 (202) 434-5029 facsimile | Sang (Michael) Lee *(pro hac vice)* |
| viceroy@wc.com | Derek Neilson *(pro hac vice)* |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **NOTICE OF APPEARANCE OF ANGELA M. HE FOR DEFENDANTS ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

Case No. 4:18-cv-1885-HSG-EDL

NOTICE OF APPEARANCE

1	Defendants ASUSTeK Computer Inc. and ASUS Computer International ("ASUS") hereby notify
2	the Court that Angela M. He of Warren Lex LLP, 2261 Market Street, No. 606, San Francisco, California,
3	94114, appears as additional counsel for ASUS in this matter.  Please serve all pleadings, correspondence,
4	and other material on Ms. He at this address.

6	Date:   August 29, 2019                                              Respectfully submitted,

		_____
		Angela M. He
		WARREN LEX LLP
		2261 Market Street, No. 606
		San Francisco, California, 94114
		+1 (415) 895-2940
		+1 (415) 895-2964 facsimile
		18-1885@cases.warrenlex.com