1  John P. Schnurer (CA Bar No. 185725)
   PERKINS COIE LLP
2  11988 El Camino Road, Suite 350
   San Diego, CA 92130
3  Telephone: (858) 720-5700
   Facsimile: (858) 720-5799
4
5  Ryan J. McBrayer (admitted *pro hac vice*)
   Jonathan R. Putman (admitted *pro hac vice*)
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
7  Seattle, WA 98101
   Telephone: (206) 359-8000
8  Facsimile: (206) 359-9000

9  Attorneys for Defendants
   HTC CORP.
10 HTC AMERICA, INC.

11                      **UNITED STATES DISTRICT COURT**

12                     **NORTHERN DISTRICT OF CALIFORNIA**

13                              **OAKLAND DIVISION**

14

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG<br><br>JURY TRIAL DEMANDED<br><br>**ADMINISTRATIVE MOTION TO SEAL HTC'S *DAUBERT* MOTION REGARDING MICHAEL E. TATE** |

21       Under Civil Local Rules 7-11 and 79-5, HTC Corp. and HTC America ("HTC") hereby

22 bring this administrative motion to file under seal portions of HTC's *Daubert* Motion Regarding

23 Michael E. Tate ("Motion") and certain supporting materials to the Motion.

24                              **ARGUMENT**

25       1.  Portions of the Motion as well as Exhibits 1-4 filed in support of the Motion

26 attached to the Declaration of Ryan J. McBrayer filed in support of the Motion contain material

27 designated by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") as "Highly

28

1  Confidential" under the stipulated protective order governing confidentiality in this action,
2  entered by the Delaware District Court Docket No. 132 in Delaware case number 15–1170 on
3  February 27, 2017.

4  2.  As required by Civil L.R. 79-5, HTC accordingly requests that the Court order the
5  above documents be filed under seal, and expects that Philips, as the designating party will
6  comply with L.R. 79-5(e) by filing an appropriate declaration with the Court for the confidential
7  portions. HTC is concurrently filing a redacted version of the Motion.

8  3.  As set forth in the accompanying declaration of Elizabeth Banzhoff, pursuant to
9  Civil L.R. 7-11 and 7-12, HTC contacted counsel for Philips regarding this administrative motion.
10 HTC attempted to reach resolution with Philips on a stipulation to this motion, but was unable to
11 do so.

12 4.  As required by Civil L.R. 79-5, HTC has electronically filed and is serving on all
13 parties to this action an unredacted version of the documents listed above.

14 5.  Accordingly, HTC respectfully requests the sealing of the information contained in
15 the above documents. A proposed order is submitted with this motion.

1  Dated:  August 29, 2019.

2                                              Respectfully submitted,

3                                              */s/ Ryan J. McBrayer*

John P. Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California 92130-2594
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan J. McBrayer (*admitted pro hac vice*)
Jonathan R. Putman (*admitted pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*