# ENTIRE DOCUMENT SOUGHT TO BE FILED UNDER SEAL