# Exhibit 2
## to
## Motion to Exclude
## (Dr. Nielson – HTC)

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

--------------------------x

IN RE KONINKLIJKE PHILIPS

PATENT LITIGATION

Case No. 4:18-cv-1885-HSG

--------------------------x

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Videotaped Deposition of SETH NIELSON

New York, New York

Friday, August 2, 2019 – 9:08 a.m.

Reported by:

Christina Diaz, CRC, CRR, RMR, CSR, CLR

Job No.:  25551

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 2

1

2

3

4

5

6

7                    August 2, 2019

8                     9:08 a.m.

9

10          Videotaped deposition of SETH

11    NIELSON, at the offices of Perkins Coie, 1155

12    Avenue of the Americas, New York, New York,

13    before Christina Diaz, a Certified Realtime

14    Captioner, Certified Realtime and Registered

15    Merit Reporter and Notary Public within and

16    for the State of New York.

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 3

```
 1                 A P P E A R A N C E S

 2

 3          VENABLE LLP

 4          Attorneys for Attorneys for Plaintiff

 5          Koninklijke Philips N.V.,

 6          U.S. Philips Corporation

 7               600 Massachusetts Avenue, N.W.

 8               Washington, DC 20001

 9               202.271.5429

10          BY:   STEPHEN K. YAM, ESQ.

11               syam@venable.com

12

13          PERKINS COIE

14          Attorneys for Defendants

15          HTC Corp., HTC America, Inc. and

16          Witness Seth Nielson

17               11452 El Camino Real

18               Suite 300

19               San Diego, CA 92130-2080

20               858.720.5780

21          BY:   JAMES Y. HURT, ESQ.

22               jhurt@perkinscoie.com

23

24          ALSO PRESENT:

25               JUAN TORRES, Videographer
```

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 4

```
1            THE VIDEOGRAPHER:  The time is
2       9:08 a.m. on August 2, 2019, and this
3       begins media number one of the video
4       deposition of Dr. Seth Nielson in the
5       matter In Re: Koninklijke Philips Patent
6       Litigation.  My name is Juan Torres
7       and I am the senior legal video
8       specialist.  The court reporter is
9       Christina Diaz.
10           Will counsel please introduce
11      themselves beginning with the party
12      noticing the proceeding.
13           MR. YAM:  Stephen Yam of Venable
14      LLP here on behalf of plaintiff
15      Philips.
16           MR. HURT:  James Hurt of Perkins
17      Coie on behalf of HTC defendants, HTC
18      Corporation, and HTC America and the
19      witness.
20           THE VIDEOGRAPHER:  Will the court
21      reporter swear in the witness.
22  S E T H   N I E L S O N,
23           having been duly sworn by a Notary
24      Public, was examined and testified as
25      follows:
```

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 5

1    EXAMINATION

2    BY MR. YAM:

3         Q.    Good morning, Dr. Nielson.

4         A.    Good morning.

5         Q.    How are you doing today?

6         A.    I am well, thank you.

7         Q.    Could you state again your full

8    name for the record.

9         A.    Seth James Nielson.

10        Q.    Have you been deposed before?

11        A.    I have.

12        Q.    About how many times?

13        A.    About twelve or so.

14        Q.    What types of cases did those

15   depositions involve?

16        A.    I have been deposed in patent cases

17   of this type, district litigation, I believe

18   it's called.  I have been deposed in IPR

19   matters.

20             I have been deposed in cases

21   involving trade secret misappropriation.  I

22   also had a deposition that was a subpoena.

23        Q.    Did that subpoena involve an IP,

24   intellectual property case?

25        A.    I don't know exactly what the case

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 82

```
 1        'certificate' to mean information containing
 2        at least the entity's distinguishing
 3        identifier and public key and signed by a
 4        certification authority to guard against
 5        forgery.  HDCP 1.0 does not explicitly
 6        disclose a certificate that satisfies this
 7        definition but it has a similar concept for
 8        similar purposes.  The certificate described
 9        in ISO/IEC 9798 satisfies this definition of
10        a certificate."
11             Q.    So you agree that HDCP 1.0 does not
12        explicitly disclose a certificate?
13             A.    As set forth by the claim
14        construction, correct.
15             Q.    Could you turn to page 59 of your
16        opening report?
17             A.    Sure.  Page 59, correct?
18             Q.    Correct.
19             A.    Yes.
20             Q.    There is a section heading numbered
21        section 3.
22                   Do you see that?
23             A.    I do.
24             Q.    And that refers to, "Digital
25        Transmission Content Protection (DTCP)
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 83

```
 1     Specification, Volume 1 (Informational
 2     Version) Revision 1.2."
 3               Do you see that?
 4         A.   I do.
 5         Q.   Are you relying upon revision 1.2
 6     of the DTCP specification as the basis in
 7     your opening report?
 8         A.   Yes.  I believe in the earlier
 9     section, I describe -- I describe the
10     version, but it is 1.2.
11         Q.   Have you reviewed other versions of
12     the DTCP specifications?
13         A.   I have looked over other versions
14     of DTCP, yes.
15         Q.   Which other versions?
16         A.   I don't have an exhaustive
17     list.
18         Q.   Can you turn to page 60 of your
19     opening report?
20         A.   Yes, I am there.
21         Q.   And the first portion of the first
22     sentence on paragraph 221 reads DTCP was
23     published on July 11th, 2001.
24               Do you see that?
25         A.   I do.
```

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 84

1          Q.    What is your basis for that

2     statement?

3          A.    I believe that the -- that is the

4     date on the publication itself.

5          Q.    What is your basis that DT -- that

6     that publication was actually published or --

7     strike that.

8                What is your basis that the DTCP

9     document was actually published?

10         A.    I have seen that document referred

11    to by other documents.  It appears to be a

12    publication.  I don't know how else I would

13    tell you that it looks like it was published

14    in July 11, 2001.

15         Q.    What other documents refer to

16    revision 1.2 of DTCP?

17         A.    I don't know.  I would have to go

18    back and see.  I just know I have seen it

19    come up before.

20               (Nielson Exhibit 8, Digital

21               Transmission Content Protection

22               Specification, Volume 1 (Informational

23               Version) Revision 1.2 bearing Production

24               Nos. HTC-PHIL-EXP-SN 0910 through 0980,

25               was marked for identification)

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 85

1      BY MR. YAM:

2           Q.    I am handing you a document, which

3      I have marked as Exhibit 8, which is entitled

4      "Digital Transmission Content Protection

5      Specification, Volume 1 (Informational

6      Version) Revision 1.2," and which bears the

7      Bates stamp HTC-PHIL-EXP-SN 0910.

8           A.    Thank you.

9                 MR. HURT:  This was Exhibit 8, yes?

10                MR. YAM:  That's right.

11     BY MR. YAM:

12          Q.    Dr. Nielson, is this the document

13     that corresponds to DTCP 1.2 that you relied

14     upon in your opening report?

15          A.    Yes, it appears to be.

16          Q.    And that bears the same Bates

17     number that's identified in your materials

18     considered list?

19          A.    I will double-check.

20                (Witness reviewing document).

21          Q.    I believe it's on page 6 of your

22     materials considered list of your opening

23     report.

24          A.    Yes.  That is correct.

25          Q.    And the cover page of this document

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 86

1    refers to a July 11, 2001 date, correct?

2         A.    Yes.

3         Q.    Is your basis that DTCP 1.2 was

4    published simply based on the date that's

5    identified on page 1 of this document?

6              MR. HURT:  Objection.  Form.

7         A.    I accepted this date that is on

8    this as the date that it was published.

9    BY MR. YAM:

10        Q.    Did you conduct any further

11   analysis as to whether this document was

12   published?

13        A.    As I said, I have seen it

14   referenced when I was doing some of my

15   background research.  I have seen this

16   version referenced, but I did not do any

17   additional kind of analysis, no.

18        Q.    And there is no such analysis in

19   your opening report, correct?

20        A.    My report speaks for itself.  I

21   don't believe there is anything else in there

22   about this document.

23        Q.    Okay.  Could you turn to page 47 of

24   this document, which bears the Bates stamp

25   ending in 0956.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 87

1          A.    Yes.

2          Q.    There is a section 6.7 at the top

3     of this page, do you see that?

4          A.    I do.

5          Q.    This section heading is labeled

6     with brackets indicating a draft version 0.9.

7                Do you see that?

8          A.    I do.

9          Q.    Does this annotation indicate that

10    this section is a draft version?

11               MR. HURT:  Objection.  Form.

12         A.    I don't know other than the fact

13    that it says draft version what any other

14    additional information that's meant to

15    convey.

16    BY MR. YAM:

17         Q.    Did you notice -- strike that.

18               Did you notice this annotation when

19    you were relying upon DTCP 1.2?

20         A.    I am sure I saw it.

21         Q.    Could you turn to page 63 of this

22    document, which bears the Bates stamp ending

23    in 0972?

24         A.    Page 63, I have it.

25         Q.    There are multiple section headings

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 88

1      on this page, correct?

2            A.    Yes.

3            Q.    One section heading is numbered

4      A.3.1, right?

5            A.    Yes.

6            Q.    And that reads "A.3.1 Definition,"

7      and in brackets, "[Draft Version 0.9]."

8                  Do you see that?

9            A.    I do.

10           Q.    So this section is labeled as a

11     draft version, correct?

12           A.    It has the words "draft version" as

13     we have already discussed.

14           Q.    There is a second section heading

15     on this page numbered A.3.2, correct?

16           A.    Yes, there is.

17           Q.    Section A.3.2 reads, "Relationship

18     between ASE-CCI and imbedded CCI," in

19     brackets, "[Draft Version 0.9]."

20                 Do you see that language?

21           A.    I do.

22           Q.    Does the annotation in the brackets

23     indicate that this is a draft version?

24           A.    Again --

25                 MR. HURT:  Objection.  Form.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 89

1          A.    Again, the language is -- I guess
2     would speak for itself.  I don't know what
3     it's meant to convey other than it says draft
4     version.
5     BY MR. YAM:
6          Q.    There is a third section heading on
7     this page numbered A.3.3, correct?
8          A.    That is correct.
9          Q.    And that section heading reads,
10    "A.3.3 Usage of Mode A (EMI=11)," and it's
11    further labeled with an annotation in
12    brackets, "[Draft Version 0.9]."
13              Do you see that?
14         A.    I do.
15         Q.    Does this section heading indicate
16    that this section is a draft version?
17              MR. HURT:  Objection.  Form.
18         A.    It provides no information besides
19    the words "draft version."
20    BY MR. YAM:
21         Q.    Could you turn to page 66, which
22    bears the Bates stamp ending 0975?
23         A.    Yes.
24         Q.    There is a section numbered B.2.1
25    on this page, correct?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 90

1          A.    Correct.

2          Q.    Under that section there are three

3    subsections on this page?

4          A.    Correct.

5          Q.    The first subsection is labeled

6    "Retention_Move_mode," and then brackets,

7    "[Draft Version 0.9]."

8                Do you see that language?

9          A.    I do.

10         Q.    The second subsection is titled

11   "retention_state," and in brackets "[Draft

12   Version 0.9]."

13               Do you see that language?

14         A.    I do.

15         Q.    The third subsection reads, "EPN,"

16   and in brackets, "[Draft Version 0.9]."

17               Do you see that language?

18         A.    I do.

19         Q.    So on this page there are three

20   references to a draft version 0.9, correct?

21         A.    That language appears three times

22   on the page, yes.

23         Q.    Did you notice this language when

24   relying upon this document?

25         A.    I read the entire document, so I am

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 91

1      sure that I have seen these.

2           Q.    If you turn to page 70 of this

3      document, it bears a Bates stamp ending in

4      0979.

5           A.    Yes.

6           Q.    The top heading on this page reads,

7      "Appendix C Limitation of the Number of Sink

8      Devices Receiving a Content stream," in

9      brackets, "[Draft Version 0.9]."

10               Do you see that language?

11          A.    I do.

12          Q.    So this section is labeled with a

13     "Draft Version 0.9," correct?

14          A.    That language appears in the title.

15          Q.    Did you notice this language when

16     relying upon this DTCP document?

17          A.    I repeat my previous answer that I

18     read the entire document.

19          Q.    Have you visited the DTCP website

20     in the past?

21          A.    Probably.

22          Q.    Do you recall when you would have

23     visited the DTCP website in the past?

24          A.    No.  Actually, before I give you

25     that answer, let me just double-check.  I

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 92

1    want to make sure that --

2                   (Witness reviewing document).

3                   I don't see any specific references

4    to visiting the DTCP website.

5                   (Nielson Exhibit 9, DTCP

6          Informational Specifications, one page,

7          was marked for identification)

8    BY MR. YAM:

9          Q.    I am handing you a document that I

10   have marked as Exhibit 9.

11         A.    Thank you.

12         Q.    This document bears a URL at the

13   bottom of this page that reads www.dtcp.com/

14   specifications.aspx, is that correct?

15         A.    That's what is written at the

16   bottom of the page.

17         Q.    Is this page consistent with the

18   DTCP website that you may have visited in the

19   past?

20         A.    I'm not sure.  I don't know that I

21   visited this specific page.

22         Q.    This page refers to DTCP

23   informational specifications, correct?

24         A.    Yes.

25         Q.    And it bears the date of July 31,

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

1    2019 at the top left of this page?

2         A.    That is what's printed at the top

3    left of the page.

4         Q.    I will represent to you that this

5    document is a web page capture from the URL

6    listed at the bottom as of the date listed on

7    the top.

8              This document contains a link to

9    "DTCP Specification, Volume 1 Revision 1.71."

10             Do you see that?

11        A.    I do.

12        Q.    Do you know whether revision 1.71

13   is the most recent revision for DTCP?

14        A.    I do not know that.

15        Q.    Fair to say that revision 7.1 --

16   strike that.

17             Is it fair to say that revision

18   1.71 is the most recent version for DTCP

19   given that this web page was taken only a few

20   days ago?

21             MR. HURT:  Objection.  Form.

22        A.    No.  That would be an inference,

23   but I have no idea if that's accurate.

24             MR. YAM:  Okay.

25             (Nielson Exhibit 10, Digital

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 94

1          Transmission Content Protection

2          Specification, Volume 1 (Informational

3          Version), 83 pages with one-page

4          attachment, was marked for

5          identification)

6     BY MR. YAM:

7          Q.    I am handing you a document that I

8     have marked as Exhibit 10, which is entitled

9     "Digital Transmission Content Protection

10    Specification, Volume 1, Revision 1.71."

11         A.    Thank you.

12         Q.    Dr. Nielson, does this document

13    appear to be revision 1.71 of the DTCP

14    specification?

15         A.    I have never reviewed this document

16    before, but revision 1.71 is what's printed

17    on the front page, and it's entitled "Digital

18    Transmission Content Protection

19    Specification, Volume 1 (Informational

20    Version)."

21         Q.    And the title of this document is

22    identical to the DTCP 1.2 document, Exhibit 8

23    that we had discussed earlier, but for the

24    revision number?

25         A.    Both documents are entitled

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 95

1    "Digital Transmission Content Protection

2    Specification, Volume 1, Informational

3    Version."

4         Q.    Thank you.

5               Could you turn to page 2 of the

6    most recent document, Exhibit 10?

7         A.    Yes.

8         Q.    The bottom half of this page

9    provides a printing history for DTCP,

10   correct?

11        A.    There is a section entitled

12   "Printing History."

13        Q.    And it contains a table of dates

14   and DTCP revisions, correct?

15        A.    There is a table with dates, and on

16   the right-hand side what appear to be

17   revision numbers of this Digital Transmission

18   Content Protection Specification, Volume 1.

19        Q.    There is no reference to a revision

20   1.2 in the printing history at page 2 of this

21   exhibit, is there?

22        A.    I do not see revision 1.2 on this

23   page.

24        Q.    It jumps from 1.1 straight to 1.2a,

25   correct?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 96

1          A.      In this table, yes.

2          Q.      There is no reference to a July 11,

3     2001 date on this table, correct?

4          A.      That is correct.

5          Q.      And July 11, 2001 is the date that

6     appears on the DTCP 1.2 document that you

7     relied upon?

8          A.      That is on the front of the page of

9     the document I relied on, yes.

10                 (Nielson Exhibit 11, Defendants'

11              and Microsoft's Disclosures Under Patent

12              L.R. 3-3, 115 pages, was marked for

13              identification)

14    BY MR. YAM:

15         Q.     I am handing you another document,

16    which I have marked Exhibit 11, which is

17    entitled, "Defendants' and Microsoft's

18    Disclosures Under Patent L.R. 3-3," and which

19    bears a date on page 113 of November 15,

20    2018.

21         A.     Thank you.

22         Q.     Dr. Nielson, have you reviewed this

23    document before?

24         A.     (Witness reviewing document).

25                I don't believe so, no.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 97

1        Q.    Could you turn to page 3 of your
2     materials considered list on your opening
3     report?
4        A.    Did I miss it?  I was looking for
5     Defendants' and Microsoft's.  Let's see...
6              (Witness reviewing document).
7              So if it's the same as "Defendants'
8     Rule 3-3 Disclosures and Related Materials,
9     dated November 15th, 2018," then, yes, I
10    have.
11       Q.    Do you recall the circumstances in
12    which you reviewed this document?
13       A.    Other than the fact that I reviewed
14    everything in my materials considered, no, I
15    don't.
16       Q.    Can you turn to page 69 of this
17    document.  Again, still at Exhibit 11 for the
18    record.
19       A.    Yes, I'm on page 69.
20       Q.    Page 69 contains a section heading
21    that identifies the patent number for the
22    '809 Patent, correct?
23       A.    It does.
24       Q.    And in subsection 2 of this
25    section, there is a -- section 2 is titled

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Page 98

1      "Publications," correct?

2           A.    Correct.

3           Q.    There is a reference to DTCP,

4      Revision 1.2, within this subsection,

5      correct -- excuse me.  Strike that.

6                 There is a reference to DTCP

7      Revision 1.2a, within this subsection,

8      correct?

9           A.    The second line in the table reads

10     "Digital Transmission Content Protection

11     Specification Revision 1.2(a) (Informational

12     Version)."

13          Q.    And there are no references to a

14     Revision 1.2 of a Digital Transmission

15     Content Protection specification in this

16     subsection, correct?

17          A.    I do not see one.

18                (Nielson Exhibit 12, Exhibit K-9,

19          96 pages, was marked for identification)

20     BY MR. YAM:

21          Q.    I am handing you a document that I

22     have marked Exhibit 12, which bears the title

23     "Exhibit K-9."  I will represent to you that

24     this document was Exhibit K-9 of the document

25     that we had just referenced, "Defendants'

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 99

1     L.R. 3-3 Disclosures."

2              Dr. Nielson, Exhibit 12, which is

3     entitled "Exhibit K-9" is an invalidity claim

4     chart for the '809 Patent relative to a

5     document, correct?

6         A.    Correct.

7         Q.    And the document used in this claim

8     chart is entitled, "Digital Transmission

9     Content Protection Specification Revision

10    1.2a (Informational Version)," correct?

11        A.    That is what is written at the top.

12        Q.    And the first sentence in the body

13    refers to a "Digital Transmission Content

14    Protection Specification Revision 1.2,

15    Informational Version," correct?

16        A.    1.2a.

17        Q.    Excuse me.  Let me re-ask the

18    question.

19              The first sentence in the body of

20    this claim chart refers to a "Digital

21    Transmission Protection Content Specification

22    Revision 1.2a (Informational Version),"

23    correct?

24        A.    That is how it starts, yes.

25        Q.    There are no references to a

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 100

1       "Revision 1.2" of the specification, is

2       there?

3           A.    I do not see "Revision 1.2"

4       mentioned here.

5           Q.    Did you review this document,

6       Exhibit 12, which is the invalidity claim

7       chart, in preparing your opening report?

8           A.    I have seen this document before.

9           Q.    Is this one of the documents that's

10      identified on page 3 of your materials

11      considered list, the sixth entry from the

12      bottom?

13          A.    I am sorry.  What page did you say?

14          Q.    Page 3 of your materials considered

15      list, which refers -- the sixth entry from

16      the bottom refers to Exhibit K-1

17      through K-13?

18          A.    Correct.

19          Q.    So this document, Exhibit 12, is

20      the same document that's referenced in your

21      materials considered list?

22          A.    I assume that this is the correct

23      K-9.

24              MR. YAM:  Okay.

25              (Nielson Exhibit 13, HTC's Patent

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 101

1          L.R. 3-4 Disclosures, 14 pages, was

2          marked for identification)

3     BY MR. YAM:

4          Q.    I am handing you another document

5     that I have marked as Exhibit 13, which is

6     entitled, "HTC's Patent L.R. 3-4

7     Disclosures," and which bears a date, on page

8     3 of November 15, 2018.

9          A.    Thank you.

10         Q.    Dr. Nielson, have you seen this

11    document before?

12         A.    Let me find out if it's in my list.

13              (Witness reviewing document).

14              Where did you say the date was on

15    this document?

16         Q.    It was on page -- the very top of

17    page 3.

18         A.    Assuming that it is equivalent to

19    what's listed in my materials considered,

20    "Defendants' Rule 3-4 Disclosures and Related

21    Materials dated November 15, 2018," yes, I

22    have.

23         Q.    Do you recall reviewing this

24    document?

25         A.    I do not recall reviewing it

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 102

1      specifically, other than I went through all

2      of the materials that I list here.

3            Q.    This document includes an Exhibit 1

4      following the cover document.

5                  Do you see that?

6            A.    I do, Exhibit 1, yes.

7            Q.    And following the exhibit cover for

8      Exhibit 1 is a list of various entries.

9                  Do you see that?

10           A.    I do.

11           Q.    And many of the entries correspond

12     to Bates stamps, correct?

13           A.    Correct.

14           Q.    Now turning back to Exhibit 8,

15     which is the DTCP 1.2 document we have been

16     discussing --

17           A.    That's not it.

18                 I got it.

19           Q.    That document, Exhibit 8, the DTCP

20     1.2 document bears a Bates stamp starting

21     with HTC-PHIL-EXP-SN 0910, correct?

22           A.    Correct.

23           Q.    Is that Bates stamp identified in

24     the exhibit within Exhibit 13, specifically

25     within HTC's Patent L.R. 3-4 Disclosures?

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

Page 103

1          A.     I do not see it listed here.

2               MR. YAM:  Let's take a break.

3               THE VIDEOGRAPHER:   The time is

4      12:34.  We are going off the record.

5               (Lunch recess:  12:34 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25