# Exhibit 3
## to
## Motion to Exclude
## (Dr. Nielson – HTC)

# Digital Transmission Content Protection Specification Volume 1(Informational Version)

*Hitachi, Ltd.*

*Intel Corporation*

*Matsushita Electric Industrial Co., Ltd.*

*Sony Corporation*

*Toshiba Corporation*

*Revision 1.2*

*July 11, 2001*

HTC-PHIL-EXP-SN-0910

# Preface

## Notice

THIS DOCUMENT IS PROVIDED "AS IS" WITH NO WARRANTIES WHATSOEVER, INCLUDING ANY WARRANTY OF MERCHANTABILITY, NONINFRINGEMENT, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY WARRANTY OTHERWISE ARISING OUT OF ANY PROPOSAL, SPECIFICATION OR SAMPLE. Hitachi, Intel, MEI, Sony, and Toshiba (collectively, the "5C") disclaim all liability, including liability for infringement of any proprietary rights, relating to use of information in this specification.  No license, express or implied, by estoppel or otherwise, to any intellectual property rights is granted herein.

Some portions of this document, identified as "Draft" are in an intermediate draft form and are subject to change without notice. Adopters and other users of this Specification are cautioned these portions are preliminary, and that products based on it may not be interoperable with the final version or subsequent versions thereof.

Copyright © 1997 - 2001 by Hitachi, Ltd., Intel Corporation, Matsushita Electric Industrial Co., Ltd., Sony Corporation, and Toshiba Corporation (collectively, the "5C").  Third-party brands and names are the property of their respective owners.

## Intellectual Property

Implementation of this specification requires a license from the Digital Transmission Licensing Administrator.

## Contact Information

Feedback on this specification should be addressed to dtla-comment@dtcp.com.

The Digital Transmission Licensing Administrator can be contacted at dtla-manager@dtcp.com.

The URL for the Digital Transmission Licensing Administrator web site is: http://www.dtcp.com.


Printing History:

| July 25, 2000 | Digital Transmission Content Protection Specification Volume 1 (Informational Version) Revision 1.1 |
|---|---|
|  |  |

HTC-PHIL-EXP-SN-0911

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Table of Contents

**PREFACE** ........................................................................................................................ 2

**Notice** ........................................................................................................................... 2

**Intellectual Property** ................................................................................................. 2

**Contact Information** ................................................................................................. 2

**CHAPTER 1 INTRODUCTION** ...................................................................................... 10

**1.1 Purpose and Scope** .......................................................................................... 10

**1.2 Overview** .............................................................................................................. 10

**1.3 References** ........................................................................................................... 12

**1.4 Organization of this Document** ...................................................................... 12

**1.5 State Machine Notation** ..................................................................................... 13

**1.6 Notation** ................................................................................................................ 13

**1.7 Numerical Values** .............................................................................................. 14

**1.8 Bit Ordering** ........................................................................................................ 14

**1.9 Packet Format** ..................................................................................................... 14

**1.10 Treatment of Optional Portions of the Specification** ............................... 14

**CHAPTER 2 ABBREVIATIONS** ..................................................................................... 16

**2.1 Alphabetical List of Abbreviations and Acronyms** ................................... 16

**CHAPTER 3 THE DIGITAL TRANSMISSION CONTENT PROTECTION SYSTEM** ........................................................................................................................... 18

**3.1 Content Source Device** ..................................................................................... 18

**3.2 Content Sink Device** .......................................................................................... 19

**CHAPTER 4 FULL AUTHENTICATION** ........................................................................ 22

**4.1 Introduction** ......................................................................................................... 22

**4.2 Notation** ................................................................................................................ 22

   4.2.1      Defined by the DTLA ................................................................................. 22
      4.2.1.1   General ................................................................................................... 22
      4.2.1.2   For Device X .......................................................................................... 22
   4.2.2      Notation used during Full Authentication ............................................. 23
   4.2.3      Device Certificate Formats ...................................................................... 23
      4.2.3.1   Baseline Format .................................................................................... 24
      4.2.3.2   Extended Format Fields (Optional Components of the Device Certificate) .................... 25

**4.3 Manufacture of Compliant Devices** .............................................................. 25

**4.4 Cryptographic Functions** ................................................................................. 26

   4.4.1      SHA-1 (Secure Hash Algorithm, revision 1) ........................................ 26

HTC-PHIL-EXP-SN-0912

4.4.2    Random Number Generator ...................................................................26
4.4.3    Elliptic Curve Cryptography (ECC) ........................................................26
   4.4.3.1    Elliptic Curve Digital Signature Algorithm (EC-DSA) ......................27
   4.4.3.2    Elliptic Curve Diffie-Hellman (EC-DH) ........................................28
   4.4.3.3    Implementation of the Elliptic Curve Cryptosystem............................28

**4.5 Protocol Flow** .........................................................................................**29**
4.5.1    Protocol Flow Overview .......................................................................29


CHAPTER 5 RESTRICTED AUTHENTICATION ............................................31

**5.1 Introduction** ...........................................................................................**31**

**5.2 Notation** ..................................................................................................**31**
5.2.1    Defined by the DTLA ...........................................................................31
   5.2.1.1    General ..........................................................................................31
   5.2.1.2    For Device X...................................................................................31
5.2.2    Notation used during Restricted Authentication ................................32
5.2.3    Device Certificate Format....................................................................32
5.2.4    Random Number Generator .................................................................33

**5.3 Protocol Flow** .......................................................................................**34**
5.3.1    Protocol Flow Overview .......................................................................34


CHAPTER 6 CONTENT CHANNEL MANAGEMENT AND PROTECTION .......35

**6.1 Introduction** ...........................................................................................**35**

**6.2 Content Management Keys** ..................................................................**35**
6.2.1    Exchange Key ($K_X$)...........................................................................35
6.2.2    Content Key ($K_c$)...............................................................................35
6.2.3    Key Sizes ............................................................................................36

**6.3 Protocol Flow** .......................................................................................**36**
6.3.1    Establishing Exchange Key ................................................................36
6.3.2    Establishing Content Keys ..................................................................36
6.3.3    Odd/Even Bit ......................................................................................38

**6.4 Copy Control Information (CCI)** .........................................................**38**
6.4.1    Embedded CCI.....................................................................................38
   6.4.1.1    DTCP_Descriptor for MPEG-TS.....................................................38
6.4.2    Encryption Mode Indicator (EMI) ........................................................38
6.4.3    Relationship between Embedded CCI and EMI ...................................40
6.4.4    Treatment of EMI/Embedded CCI for Common Device Functions .......41
   6.4.4.1    Format-cognizant source function ...................................................41
   6.4.4.2    Format-non-cognizant source function ............................................41
   6.4.4.3    Format-cognizant recording function...............................................42
   6.4.4.4    Format-cognizant sink function.......................................................42
   6.4.4.5    Format-non-cognizant recording function .......................................43
   6.4.4.6    Format-non-cognizant sink function.................................................43
6.4.5    Treatment of EMI/Embedded CCI for AM824 audio device functions....43
   6.4.5.1    Embedded CCI for AM824 audio transmission..................................44
   6.4.5.2    Relationship between Embedded CCI and EMI ................................44
   6.4.5.3    AM824 Audio-Format-cognizant source function ..............................44
   6.4.5.4    AM824 Audio-Format-non-cognizant source function.......................44
   6.4.5.5    AM824 Audio-Format-cognizant recording function.........................45
   6.4.5.6    AM824 Audio-Format-cognizant sink function..................................45
   6.4.5.7    AM824 Audio-Format-non-cognizant recording function...................45

HTC-PHIL-EXP-SN-0913

6.4.5.8   AM824 Audio-Format-non-cognizant sink function ...................................................45
6.4.6   Treatment of EMI/Embedded CCI for MPEG audio device functions ...............................45

**6.5 Common Device Categories** ...................................................................................................**45**

**6.6 Content Channel Ciphers** ........................................................................................................**46**
6.6.1   Baseline Cipher .........................................................................................................46
6.6.2   Content Encryption Formats ......................................................................................46
6.6.3   Support for Optional Content Channel Ciphers ..........................................................46

**6.7 Additional Functions [Draft Version 0.9]** ..............................................................................**47**
6.7.1   Move Function ...........................................................................................................47
6.7.2   Retention Function ....................................................................................................47

**CHAPTER 7 SYSTEM RENEWABILITY** ...........................................................**48**

**7.1 Introduction** ...............................................................................................................................**48**
7.1.1   SRM Message Components and Layout .......................................................................48
7.1.1.1   Certificate Revocation List (CRL) .......................................................................49
7.1.1.2   DTLA EC-DSA Signature .....................................................................................49
7.1.2   SRM Scalability ..........................................................................................................49

**7.2 Updating SRMs** ..........................................................................................................................**50**
7.2.1   Device-to-Device Update and State Machines .............................................................51
7.2.1.1   Updating a Device's SRM from Another Compliant Device...............................51

**CHAPTER 8 AV/C DIGITAL INTERFACE COMMAND SET EXTENSIONS......52**

**8.1 Introduction** ...............................................................................................................................**52**

**8.2 SECURITY command** ...............................................................................................................**52**

**8.3 AKE command** ...........................................................................................................................**52**
8.3.1   AKE control command ...............................................................................................53
8.3.2   AKE status command .................................................................................................54
8.3.3   AKE_ID dependent field  (AKE_ID = 0) ....................................................................56

**8.4 Bus Reset Behavior** ...................................................................................................................**58**

**8.5 Action when Unauthorized Device is Detected During Authentication** ...............................**58**

**8.6 Authentication AV/C Command Flows** ...................................................................................**59**
8.6.1   Figure Notation .........................................................................................................59
8.6.2   Full Authentication Command Flow ...........................................................................59
8.6.3   Enhanced Restricted / Restricted Authentication Command Flow ..............................60

**APPENDIX A ADDITIONAL RULES FOR AM824 AUDIO APPLICATION TYPES**
.............................................................................................................................**61**

**A.1 Type 1: IEC 60958 Conformant Audio** ...................................................................................**61**
A.1.1 Definition ...................................................................................................................61
A.1.2 Relationship between ASE-CCI and Embedded CCI ....................................................61
A.1.3 Usage of Mode A (EMI=11) ........................................................................................61

**A.2 Type 2:       DVD-Audio** ............................................................................................................**61**
A.2.1 Definition ...................................................................................................................61
A.2.2 Relationship between ASE-CCI and Embedded CCI ....................................................62
A.2.3 Usage of Mode A (EMI=11) ........................................................................................62
A.2.4 Additional rules for recording .....................................................................................62

HTC-PHIL-EXP-SN-0914

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

**A.3 Type 3:  Super Audio CD** ...................................................................................63
A.3.1 Definition [Draft Version 0.9] .........................................................................63
A.3.2 Relationship between ASE-CCI and Embedded CCI [Draft Version 0.9].................63
A.3.3 Usage of Mode A (EMI=11) [Draft Version 0.9] ................................................63

# APPENDIX B DTCP_DESCRIPTOR FOR MPEG TRANSPORT STREAMS ....65

**B.1 DTCP_descriptor** ..............................................................................................65

**B.2 DTCP_descriptor syntax** ...................................................................................65
B.2.1 private_data_byte Definitions: ........................................................................66

**B.3 Rules for the Usage of the DTCP_descriptor**....................................................68
B.3.1 Transmission of a partial MPEG TS .................................................................68
B.3.2 Transmission of a full MPEG TS......................................................................68
B.3.3 Treatment of the DTCP_descriptor by the sink device ........................................68

# APPENDIX C LIMITATION OF THE NUMBER OF SINK DEVICES RECEIVING A CONTENT STREAM [DRAFT VERSION 0.9] ....................................................70

**C.1 Mechanism of Limitation** ..................................................................................70

HTC-PHIL-EXP-SN-0915

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Figures

Figure 1 Content Protection Overview .................................................................................. 11

Figure 2 State Machine Example ......................................................................................... 13

Figure 3 Bit Ordering ......................................................................................................... 14

Figure 4 Packet Format ...................................................................................................... 14

Figure 5 Content Source Device State Machine ................................................................... 18

Figure 6 Content Sink Device State Machine ....................................................................... 19

Figure 7 Baseline Device Certificate Format ....................................................................... 24

Figure 8 Extended Device Certificate Fields ....................................................................... 25

Figure 9 Device Capability Mask ........................................................................................ 25

Figure 10 Full Authentication Protocol Flow Overview ....................................................... 29

Figure 11 Restricted Authentication Device Certificate Format ........................................... 32

Figure 12 Key Selection Vector .......................................................................................... 33

Figure 13 Restricted Authentication Protocol Flow Overview .............................................. 34

Figure 14 Content Channel Establishment and Management Protocol Flow Overview ........... 37

Figure 15 Odd/Even Bit Location in the Packet Header ....................................................... 38

Figure 16 EMI Location ...................................................................................................... 39

Figure 17 Structure of the First Generation System Renewability Message .......................... 49

Figure 18 SRM Extensibility .............................................................................................. 50

Figure 19 Full Authentication Command Flow .................................................................... 59

Figure 20 Enhanced Restricted/Restricted Authentication Command Flow ........................... 60

Figure 21 Sink Counter Algorithm ...................................................................................... 70

HTC-PHIL-EXP-SN-0916

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Tables

Table 1 Length of keys and Elliptic Curve parameters generated by DTLA (Full Authentication) .................. 23

Table 2 Length of keys and variables generated by the device (Full Authentication) ........................................ 23

Table 3 Length of Keys and Constants created by DTLA (Restricted Authentication) ..................................... 32

Table 4 Length of keys and variables generated by the device (Restricted Authentication) .............................. 32

Table 5 Length of Keys and Constants (Content Channel Management) ........................................................... 36

Table 6 EMI Encoding ..................................................................................................................................... 40

Table 7 Relationship between EMI and Embedded CCI .................................................................................. 40

Table 8 Format-Cognizant Source Function CCI handling .............................................................................. 41

Table 9 Format-Non-Cognizant Source Function CCI handling ...................................................................... 41

Table 10 Format-cognizant recording function CCI handling .......................................................................... 42

Table 11 Format-cognizant sink function CCI handling ................................................................................... 42

Table 12 Format-non-cognizant recording function CCI handling ................................................................... 43

Table 13 AM824 Embedded CCI Values ........................................................................................................ 44

Table 14 AM824-Audio-Format-Congnizant Source Function CCI handling .................................................. 44

Table 15 AM824 Audio-Format-cognizant recording function CCI handling ................................................. 45

Table 16 AM824 Audio-format-cognizant sink function CCI handling ........................................................... 45

Table 17 Content Encryption Formats ............................................................................................................. 46

Table 18 DV Format Move Function Modes .................................................................................................... 47

Table 19 DV Format Retention Function Modes .............................................................................................. 47

Table 20 Relationships between SCMS State and Embedded CCI ................................................................... 61

Table 21 DVD Audio, Relationship between ASE-CCI and Embedded CCI .................................................... 62

Table 22 Super Audio CD, Relationship between ASE-CCI and Embedded CCI ............................................. 63

Table 23 DTCP_descriptor Syntax .................................................................................................................. 65

Table 24 Syntax of private_data_byte for DTCP_descriptor ........................................................................... 65

Table 25 Move Function Modes ....................................................................................................................... 66

Table 26 Retention Function Modes ................................................................................................................ 66

Table 27 Retention States ................................................................................................................................ 66

Table 28 EPN ................................................................................................................................................... 66

Table 29 DTCP_CCI ........................................................................................................................................ 67

Table 30 Image_Constraint_Token .................................................................................................................. 67

Table 31 APS ................................................................................................................................................... 67

HTC-PHIL-EXP-SN-0917

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

This page is intentionally left blank.

HTC-PHIL-EXP-SN-0918

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Chapter 1 Introduction

## 1.1 Purpose and Scope

The *Digital Transmission Content Protection Specification* defines a cryptographic protocol for protecting audio/video entertainment content from unauthorized copying, intercepting, and tampering as it traverses digital transmission mechanisms such as a high-performance serial bus that conforms to the IEEE 1394-1995 standard. Only legitimate entertainment content delivered to a source device via another approved copy protection system (such as the DVD Content Scrambling System) will be protected by this copy protection system.

The use of this specification and access to the intellectual property and cryptographic materials required to implement it will be the subject of a license. The Digital Transmission Licensing Administrator (DTLA) is responsible for establishing and administering the content protection system described in this specification.

While DTCP has been designed for use by devices attached to serial buses as defined by the IEEE 1394-1995 standard, the developers anticipate that it will be appropriate for use with future extensions to this standard, other transmission systems, and other types of content as authorized by the DTLA.

## 1.2 Overview

This specification addresses four layers of copy protection:

- **Copy control information (CCI)**

  Content owners need a way to specify how their content can be used ("copy-one-generation," "copy-never," etc.). This content protection system is capable of securely communicating copy control information (CCI) between devices in two ways:

  - The Encryption Mode Indicator (EMI) provides easily accessible yet secure transmission of CCI via the most significant two bits of the sy field of the isochronous packet header.

  - CCI is embedded in the content stream (e.g. MPEG). This form of CCI is processed only by devices which recognize the specific content format.

- **Device authentication and key exchange (AKE)**

  Before sharing valuable information, a connected device must first verify that another connected device is authentic. To balance the protection requirements of the content industries with the real-world requirements of PC and consumer electronics (CE) device users, this specification includes two authentication levels, Full and Restricted.

  - Full Authentication can be used with all content protected by the system.

  - Restricted Authentication enables the protection of "copy-one-generation" and "no-more-copies" content only. Copying devices such as digital VCRs employ this kind of authentication.

- **Content encryption**

  Devices include a channel cipher subsystem that encrypts and decrypts copyrighted content. To ensure interoperability, all devices must support the specific cipher specified as the baseline cipher. The subsystem can also support additional ciphers, whose use is negotiated during authentication.

- **System renewability**

  Devices that support Full Authentication can receive and process system renewability messages (SRMs) created by the DTLA and distributed with content and new devices. System renewability ensures long-term integrity of the system through the revocation of compromised devices.

HTC-PHIL-EXP-SN-0919

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Figure 1 gives an overview of content protection. In this overview, the source device has been instructed to transmit a copy protection stream of content. In this and subsequent diagrams, a source device is one that can send a stream of content. A sink device is one that can receive a stream of content. Multifunction devices such as PCs and record/playback devices such as digital VCRs can be both source and sink devices.



**Figure 1 Content Protection Overview**

1.  The source device initiates the transmission of a stream of encrypted content marked with the appropriate copy protection status (e.g., "copy-one-generation," "copy-never," or "no-more-copies") via the EMI bits.[1]

2.  Upon receiving the content stream, the sink device inspects the EMI bits to determine the copy protection status of the content. If the content is marked "copy-never," the sink device requests that the source device initiate Full AKE. If the content is marked "copy-one-generation" or "no-more-copies" the sink device will request Full AKE, if supported, or Restricted AKE. If the sink device has already performed the appropriate authentication, it can immediately proceed to Step 4.

3.  When the source device receives the authentication request, it proceeds with the type of authentication requested by the sink device, unless Full AKE is requested but the source device can only support Restricted AKE, in which case Restricted AKE is performed.

4.  Once the devices have completed the required AKE procedure, a content channel encryption key can be exchanged between them. This key is used to encrypt the content at the source device and decrypt the content at the sink.

---

[1] If content requested by a sink device is protected, the source device may choose to transmit an empty content stream until at least one device has completed the appropriate authentication procedure required to access the content stream.

HTC-PHIL-EXP-SN-0920

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 1.3 References

This specification shall be used in conjunction with the following publications.  When the publications are superceded by an approved revision, the revision shall apply.

1394 Trade Association, *Specification for AV/C Digital Interface Command Set*

1394 Trade Association Document 2001003, Audio and Music Data Transmission Protocol 2.0,  TA Candidate 0.91:4, June 15, 2001.

Cable Television Laboratories, *HDND Interface Specification Version 2.2*

Digital Transmission Licensing Administrator, DIGITAL TRANSMISSION PROTECTION LICENSE AGREEMENT, *Development and Evaluation License*

Digital Transmission Licensing Administrator, *DTLA Signing Facility Users Guide*, Version 1.0

IEC 61834 Helical-scan digital video cassette recording system using 6.35 mm magnetic tape for consumer use (525–60, 625–50, 1125–60 and 1250–50 systems)

IEEE 1394-1995, *Standard for a High Performance Serial Bus*

IEEE P1363, *Editorial Contribution to Standard for Public Key Cryptography*, Preliminary Draft, P1363/D3 (May 11, 1998)

ISO/IEC 61883, *Digital Interface for Consumer Audio/Video Equipment*

National Institute of Standards and Technology (NIST), *Secure Hash Standard (SHS)*, FIPS Publication 180-1, April 17, 1995

Toshiba Corporation, *Scheme for Computing Montgomery Division and Montgomery Inverse Realizing Fast Implementation,* Japanese patent application number PH10-269060

## 1.4 Organization of this Document

This specification is organized as follows:

- Chapter 1 provides an overview of digital transmission content protection.
- Chapter 2 lists the abbreviations used throughout this document.
- Chapter 3 describes the operation of the overall Digital Transmission Content Protection System as a state machine.
- Chapter 4 addresses the particulars of the Full Authentication level of device authentication and key exchange.
- Chapter 5 addresses the particulars of the Restricted Authentication level of device authentication and key exchange.
- Chapter 6 describes the details of content channel establishment after Full or Restricted Authentication takes place.
- Chapter 7 describes the System Renewability capabilities.
- Chapter 8 covers AV/C command extensions.
- Appendix A Additional Rules for AM824 Audio Application Types
- Appendix B DTCP_Descriptor for MPEG Transport Streams
- Appendix C Sink Limitation
- Volume 1 Supplement A DTCP Mapping to USB
- Volume 1 Supplement B DTCP Mapping to MOST

HTC-PHIL-EXP-SN-0921

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 1.5 State Machine Notation

State machines are employed throughout this document to show various states of operation. These state machines use the style shown in Figure 2.



**Figure 2 State Machine Example**

State machines make three assumptions:

- Time elapses only within discrete states.

- State transitions are instantaneous, so the only actions taken during a transition are setting flags and variables and sending signals.

- Every time a state is entered, the actions of that state are started. A transaction that points back to the same state will restart the actions from the beginning.

## 1.6 Notation

The following notation will be used:

$[X]_{msb\_z} =$      The most significant $z$ bits of $X$.

$[X]_{lsb\_z} =$      The least significant $z$ bits of $X$.

$S_{X^{-1}}[M] =$      Sign M using EC-DSA with private key $X^{-1}$ (Details of signature algorithm are in Chapter 4)

$V_{X^{-1}}[M] =$      Verify signature of M using EC-DSA with public key $X^{-1}$ (Details of the verification algorithm are in Chapter 4)

$X \parallel Y =$      Ordered Concatenation of $X$ with $Y$.

$X \oplus Y =$      Bit-wise Exclusive-OR (XOR) of two strings $X$ and $Y$.

HTC-PHIL-EXP-SN-0922

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 1.7 Numerical Values

Three difference representations of number are used in this specification. Decimal numbers are represented without any special notation. Binary number are represented as a string of binary (0, 1) digits followed by a subscript 2 (e.g., $1010_2$). Hexadecimal numbers are represented as a string of hexadecimal (0..9,A..F) digits followed by a subscript 16 (e.g., $3C2_{16}$).

## 1.8 Bit Ordering



**Figure 3 Bit Ordering**

## 1.9 Packet Format



**Figure 4 Packet Format**

## 1.10 Treatment of Optional Portions of the Specification

Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0923

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

This page is intentionally left blank.

HTC-PHIL-EXP-SN-0924

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Chapter 2 Abbreviations

This chapter lists abbreviations and acronyms used throughout this document.

## 2.1 Alphabetical List of Abbreviations and Acronyms

Analog Protection System (APS)
Application Specific Embedded Copy Control Information (ASE-CCI)
Advanced Television Systems Committee (ATSC)
Audio Video Control (AV/C)
Authentication and Key Exchange (AKE)
Automatic Gain Control (AGC)

Certificate Revocation List (CRL)
Copy Control Information (CCI)
Copy Generation Management System (CGMS)
Common Isochronous Packet (CIP)
Consumer Electronics (CE)
Converted Cipher-Block-Chaining (C-CBC)
Cyclic Redundancy Check (CRC)

Data Encryption Standard (DES)
Diffie-Hellman (DH)
Digital Signature Algorithm (DSA)
Digital Signature Standard (DSS)
Digital Transmission Content Protection (DTCP)
Digital Transmission Licensing Administrator (DTLA)
Digital Versatile Disc (DVD)
Discrete Logarithm Signature Primitive, DSA version (DLSP-DSA)
Discrete Logarithm Verification Primitive, DSA version (DLVP-DSA)

Elliptic Curve (EC)
Elliptic Curve Cryptography (ECC)
Elliptic Curve Digital Signature Algorithm (EC-DSA)
Elliptic Curve Digital Signature Standard (EC-DSA)
Elliptic Curve Diffie-Hellman (EC-DH)
Elliptic Curve Secret Value Derivation Primitive,
Diffie-Hellman version (ECSVDP-DH)
Elliptic Curve Signature Schemes with Appendix (ECSSA)
Encoding Method for Signatures with Appendix on SHA-1 (EMSA-SHA-1)
Encryption Mode Indicator (EMI)

Federal Information Processing Standards (FIPS)

HTC-PHIL-EXP-SN-0925

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Function Control Protocol (FCP)

Home Digital Network Device (HDND)

Institute of Electrical and Electronics Engineers (IEEE)
International Electrotechnical Commission (IEC)
International Electrotechnical Commission Publicly Available
Specifications(IEC-PAS)
International Organization for Standardization (ISO)

Key Selection Vector (KSV)

Least Significant Bit (lsb)

Menezes-Okamoto-Vanstone (MOV)
Most Significant Bit (msb)
Motion Picture Experts Group (MPEG)

National Institute of Standards and Technology (NIST)

Personal Computer (PC)
Program Management Table (PMT)

Random Number Generator (RNG)

Secure Hash Algorithm, revision 1 (SHA-1)
Secure Hash Standard (SHS)
Set Top Box (STB)
Source node ID (SID)
System Renewability Message (SRM)
Video Cassette Recorder (VCR)

HTC-PHIL-EXP-SN-0926

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Chapter 3 The Digital Transmission Content Protection System

## 3.1 Content Source Device

Figure 5 shows the various states of operation for a device that is a source of content.



**Figure 5 Content Source Device State Machine**

A Power up or Attach/Detach to/from the bus event resets this state machine into **State A5: Initialize Device.**
**State A5: Initialize Device**. In this state, the device is initialized.
**Transition A5:A0**. This transition to **State A0: Unauthenticated** occurs following the completion of the initialization process.
**State A0: Unauthenticated.** A device is in an unauthenticated state, waiting to receive a request to perform the Full or Restricted Authentication procedure.

**Transition A0:A1.** This transition occurs when the device receives a request to perform the Full Authentication procedure with a sink device (*Sink_Device*).

**State A1: Full Authentication.** In this state, the process *FullAuth (Sink_Device)* is performed. This process is described in detail in Chapter 4.

**Transition A1:A3.** This transition occurs when *FullAuth (Sink_Device)* has been successfully completed.

> Set Full_Auth_Successful(Sink_Device) = True

**Transition A1:A0.** This transition occurs when *FullAuth (Sink_Device)* is unsuccessful.

**Transition A0:A2.** This transition occurs when the device receives a request to perform the Restricted Authentication procedure with a sink device (*Sink_Device*).

**State A2: Restricted Authentication.** In this state, the device executes the process *ResAuth (Sink_Device)*. This procedure is described in detail in Chapter 5.

**Transition A2:A3.** This transition occurs when *ResAuth (Sink_Device)* has been successfully completed.

> Set Restricted_Auth_Successful(Sink_Device) = True

HTC-PHIL-EXP-SN-0927

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

**Transition A2:A0.** This transition occurs when *ResAuth (Sink_Device)* is unsuccessful.

**State A3: Authenticated.** When a device is in this state, it has successfully completed either the Full or Restricted Authentication procedure.

**Transition A3:A4.** An authenticated device is requested to send the values necessary to construct a Content Key to a sink device.

**State A4: Send Content Channel Key.**  In this state, the source device sends values necessary to create a content key to an authenticated sink device by executing *SendContentChannelKey(Sink_Device)*.  This process is described in Chapter 6.

**Transition A4:A3.** This transition occurs on completion of the process *SendContentChannelKey(Sink_Device)*.

**Transition A3:A0.**

> Set Full_Auth_Successful(Sink_Device) = False
>
> Set Restricted_Auth_Successful(Sink_Device) = False

## 3.2 Content Sink Device

Figure 6 shows the various states of operation of a device that is a sink for content.



**Figure 6 Content Sink Device State Machine**

A Power up or Attach/Detach to/from the bus event resets this state machine into **State A5: Initialize Device.**
**State A5: Initialize Device**. In this state, the device is initialized.
**Transition A5:A0.**  This transition to **State A0: Unauthenticated** occurs following the completion of the initialization process.
**State A0: Unauthenticated.**  A device is in an unauthenticated state, waiting to initiate a request to perform the Full or Restricted Authentication procedure.

**Transition A0:A1.** This transition occurs when the device initiates a request to perform the Full Authentication procedure with another device (*Source_Device*).

**State A1: Full Authentication.**  In this state, the process *FullAuth (Source_Device)* is performed.  This process is described in detail in Chapter 4.

**Transition A1:A3.** This transition occurs when *FullAuth (Source_Device)* has been successfully completed.

HTC-PHIL-EXP-SN-0928

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Set Full_Auth_Successful(Source_Device) = True

**Transition A1:A0.** This transition occurs when *FullAuth (Source_Device)* is unsuccessful.

**Transition A0:A2.** This transition occurs when the device initiates a request to perform the Restricted Authentication procedure with another device (*Source_Device*).

**State A2: Restricted Authentication.** In this state, the device executes the process *ResAuth (Source_Device)*. This procedure is described in detail in Chapter 5.

**Transition A2:A3.** This transition occurs when *ResAuth (Source_Device)* has been successfully completed.

Set Restricted_Auth_Successful(Source_Device) = True

**Transition A2:A0.** This transition occurs when *ResAuth (Source_Device)* is unsuccessful.

**State A3: Authenticated.** When a device is in this state, it has successfully completed either the Full or Restricted Authentication procedure.

**Transition A3:A4.** An authenticated device need to request a Content Key to gain access to copy protected content.

**State A4: Request Content Channel Key.** In this state, an authenticated sink device requests the values necessary to create a Content Key by executing the process *RequestContentChannelKey(Source_Device)*. This process is described in Chapter 6.

**Transition A4:A3.** This transition occurs on completion of the process *RequestContentChannelKey(Source_Device)*.

**Transition A3:A0.**

Set Full_Auth_Successful(Source_Device) = False

Set Restricted_Auth_Successful(Source_Device) = False

HTC-PHIL-EXP-SN-0929

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

This page is intentionally left blank.

HTC-PHIL-EXP-SN-0930

# Chapter 4 Full Authentication

## 4.1 Introduction

This chapter addresses the particulars of the Full Authentication level of device authentication and key exchange.  Full Authentication employs the public key based Elliptic Curve Digital Signature Algorithm (EC-DSA) for signing and verification. It also employs the Elliptic Curve Diffie-Hellman (EC-DH) key exchange algorithm to generate a shared authentication key.

## 4.2 Notation

The notation introduced in this section is used to describe the cryptographic processes. All operations in the elliptic curve domain are calculated on an elliptic curve E defined over GF(p).

### 4.2.1   Defined by the DTLA

The following parameters, keys, constants, and certificates are generated by the DTLA.

#### 4.2.1.1  General

| | |
|---|---|
| p = | A prime number greater than 3. |
| GF(p) = | The finite field of p elements, represented as the integers modulo p. |
| E = | The elliptic curve over the field GF(p) . |
| a, b = | The coefficients defining the elliptic curve E, elements of GF(p). |
| G = | The basepoint for the elliptic curve. |
| r = | The order of G. |
| $L^{-1}, L^1$ = | DTLA EC-DSA key pair consists of an EC private key $L^{-1}$ which is an integer in the range [1,  r−1] and an EC public key $L^1$ which is a point on E, where $L^1 = L^{-1}G$. |

These constants, with the exception of $L^{-1}$, are in the DTCP specification available under license from the DTLA.

#### 4.2.1.2  For Device X

| | |
|---|---|
| $X^{-1}, X^1$ = | Device EC-DSA key pair consists of an EC private key $X^{-1}$ which is an integer in the range [1,  r−1] and an EC public key $X^1$ which is a point on E, where $X^1 = X^{-1}G$. |
| $X_{Cert}$ = | A device certificate given to compliant device X by the DTLA and used during the authentication process (See the next section for details). |

Elliptic curve points consist of the concatenation x-coordinate and y-coordinate, respectively; for an elliptic curve point P = $(x_P, y_P)$ which is not equal to the elliptic curve point at infinity, P = $x_P \| y_P$.

HTC-PHIL-EXP-SN-0931

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

| Key and Elliptic curve parameters | Size (bits) |
|---|---|
| DTLA Public Key ($L^J$) | 320 |
| Device Private Key ($X^J$) | 160 |
| Device Public Key ($X^J$) | 320 |
| Basepoint  (G) | 320 |
| Coefficient of elliptic curve polynomial (a, b) | 160 (each) |
| Prime number (p) of finite field GF(p) | 160 |
| Order of Basepoint (r) | 160 |

**Table 1 Length of keys and Elliptic Curve parameters generated by DTLA (Full Authentication)**

## 4.2.2  Notation used during Full Authentication

The following additional values are generated and used by the devices during Full Authentication:

$X_n$ =      Nonce (random challenge generated by $RNG_F$)

$X_k$ =      Random value used in EC-DH key exchange generated by $RNG_F$ in the device (integer in the range [1, r-1])

$X_V$ =      EC-DH first phase value ($X_kG$) calculated in the device (point on the elliptic curve E)

$X_{SRMV}$ = Version number of the system renewability message (SRMV) stored by the device (See Chapter 7)

$X_{SRMC}$ = Indicates the number of SRM part(s) which are currently stored in the non-volatile memory of the device.  A value of SRMC indicates that the first SRMC+1 generations of SRMs are currently stored by the device (See Chapter 7).

$K_{Auth}$ =  Authentication key which is the least significant 96-bits of shared data created through EC-DH key exchange

| Key or Variable | Size (bits) |
|---|---|
| Nonce (random challenge $X_n$) | 128 |
| Random Value for EC-DH ($X_k$) | 160 |
| EC-DH first phase value ($X_V$) | 320 |
| $X_{SRMV}$ | 16 |
| $X_{SRMC}$ | 4 |
| Authentication key created through EC-DH key exchange ($K_{Auth}$) | 96 |

**Table 2 Length of keys and variables generated by the device (Full Authentication)**

## 4.2.3  Device Certificate Formats

A device certificate is given to each compliant device by the DTLA.  This certificate is stored in the compliant device and used during the authentication process.

HTC-PHIL-EXP-SN-0932

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 4.2.3.1  Baseline Format

Figure 7 shows the baseline device certificate format:



**Figure 7 Baseline Device Certificate Format**

Device certificates are comprised of the following Baseline Format fields:

- **[Draft Version 0.9]Certificate Type** (4 bits). The only encoding which is currently defined is 0, which indicates the DTCP certificate.  Other encodings are currently reserved.

- **Certificate Format** (4 bits).  This field specifies the format for a specific type of certificate.  Currently three formats are defined:

  - Format 0 = the Restricted Authentication device certificate format (Described in Chapter 5).
  - Format 1 = the Baseline Full Authentication device certificate format.
  - Format 2 = the Extended Full Authentication device certificate format (Optional[2]).

  Other encodings are currently reserved.

- **Device Generation** ($X_{SRMG}$) (4 bits). This field indicates the non-volatile memory capacity and therefore the maximum generation of renewability messages that this device supports (Described in Chapter 7). The encoding 0 indicates that the device shall have a non-volatile memory capacity for storing First-Generation SRM. The encoding 1[3] indicates that the device shall have a non-volatile memory capacity for storing Second-Generation SRM.

- **Reserved** Field (11 bits).  These bits are reserved for future definition and are currently defined to have a value of zero.

- **AP flag** (1 bit)[Draft Version 0.9]. Authentication Proxy flag. A device, which receives a content stream using DTCP sink function and retransmits that stream to another bus using DTCP, shall use a device certificate with the AP flag set to a flag of one. Other devices shall use a device certificate with an AP flag value of zero. The procedures for processing this field are specified in Appendix C[4].

- The **device's ID** number ($X_{ID}$, 40 bits) assigned by the DTLA.

- The **EC-DSA public key** of the device ($X^l$, 320 bits)

- An **EC-DSA signature** from the DTLA of the components listed above (320 bits)

The overall size of a Baseline Format device certificate is 88 bytes.

---

[2] Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

[3] Device Certificates with $X_{SRMG}$ of encoding 1 will be issued in three years by DTLA.

[4] Rules for a device which uses Device Certificate with AP flag of one are to TBD.

HTC-PHIL-EXP-SN-0933

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 4.2.3.2  Extended Format Fields (Optional Components of the Device Certificate)

In addition to the Baseline Format fields, each device certificate may optionally include the following Extended Format fields[2]:

A **device capability mask** indicating the properties of the device and channel ciphers supported. ($X_{Cap\_Mask}$, 32 bits)

A **EC-DSA signature** from the DTLA of all preceding components in the device certificate.  (320 bits)



**Figure 8 Extended Device Certificate Fields**

<u>Device Capability Mask</u>



**Figure 9 Device Capability Mask**

The device capability mask is provided to describe the extensibility features supported by a given device.  The format of the mask is shown in Figure 9.

Devices that do not support the device capability mask are assumed to only support the mandatory cryptographic features defined by this content protection system (e.g., the 56-bit M6 Baseline Cipher).

## 4.3 Manufacture of Compliant Devices

All compliant devices that support Full Authentication (that is, each item manufactured, regardless of brand and model) will be assigned a unique Device ID ($X_{ID}$) and device EC-DSA public/private key pair ($X^l$, $X^{-1}$) generated by the DTLA.  $X^{-1}$ must be stored within the device in such a way as to prevent its disclosure. Compliant devices must also be given a device certificate ($X_{Cert}$) by the DTLA.  This certificate is stored in the compliant device and used during the authentication process.  In addition, the compliant device will need to store the other constants and keys necessary to implement the cryptographic protocols.

HTC-PHIL-EXP-SN-0934

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 4.4 Cryptographic Functions

### 4.4.1   SHA-1 (Secure Hash Algorithm, revision 1)

SHA-1, as described in FIPS PUB 180-1[5] is the algorithm used in DSS to generate a message digest of length 160 bits. A message digest is a value calculated from message. It is similar in concept to a checksum, but computationally infeasible to forge.

### 4.4.2   Random Number Generator

A high quality random number generator is required for Full Authentication.  The output of this random number generator is indicated by the function $RNG_F$ that is described in the DTCP Specification available under license from the DTLA.

### 4.4.3   Elliptic Curve Cryptography (ECC)

These cryptographic algorithms are based upon cryptographic schemes, primitives, and encoding methods described in IEEE P1363/D3 (May 11, 1998).  The IEEE P1363/D3 is an unapproved draft that is subject to change.  Changes may occur in subsequent versions of that draft that interfere with conformance to the final IEEE 1363 standard of the cryptographic algorithms described herein.

An Elliptic Curve Cryptosystem (ECC) is used as the cryptographic basis for DH and DSA.

The definition field classifies ECC implementations.  For this system, the definition field used is GF(p) where $p$ is a large prime number greater than three.  An elliptic curve $E$ over the field GF(p), where p > 3, is defined by the parameters $a$ and $b$ and the set of solutions $(x, y)$ to the elliptic curve equation together with an extra point often called the point at infinity.  The point at infinity is the identity element of the abelian group, $(E, +)$.  The elliptic curve equation used is

$$y^2 = x^3 + ax + b \text{ where } 4a^3 + 27b^2 \neq 0,$$

where $a, b, x, y,$ are elements of GF(p).  A point $P$ on the elliptic curve consists of the x-coordinate and the y-coordinate of a solution to this equation, or the point at infinity, and is designated $P=(x_p, y_p)$.

For EC-DSA and EC-DH, a basepoint $G$ on the elliptic curve is selected. All operations in the elliptic curve domain are calculated on an elliptic curve E defined over GF(p). The public key $Y^1$ (a point on the elliptic curve) and private key $Y^{-1}$ (a scalar value satisfying $0 < Y^{-1} < r$) for each entity satisfies the equation:

$Y^1 = Y^{-1} G$

In specifying the elliptic curve used:

- The order of basepoint $G$ will have a large prime factor.
- The system will be robust against MOV reduction attack, since super singular elliptic curves are avoided.

---

[5] National Institute of Standards and Technology (NIST), "Secure Hash Standard (SHS)," FIPS Publication 180-1, April 17, 1995.

HTC-PHIL-EXP-SN-0935

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 4.4.3.1  Elliptic Curve Digital Signature Algorithm (EC-DSA)

### Signature

The following signature algorithm is based on the ECSSA digital signature scheme using the DLSP-DSA signature primitive and EMSA-SHA-1 encoding method defined in of IEEE P1363/D3 (May 11, 1998).

| Input: |
| --- |
| • $M$ = *the data to be signed* |
| • $X^{-1}$ = *the private key of the signing device (must be kept secret)* |
| • $p$, $a$, $b$, $G$, *and* $r$ = *the elliptic curve parameters associated with* $X^{-1}$ |
| **Output:** |
| • $S_{X^{-1}}[M]$ = *a 320-bit signature of the data*, $M$, *based on the private key*, $X^{-1}$ |

| Algorithm: |
| --- |

| **Step 1.** | Generate a random value, $u$, satisfying $0 < u <$ r, using **RNG_F**.  A new value for $u$ is generated for every signature and shall be unpredictable to an adversary for every signature computation.  Also, calculate the elliptic curve point, $V = uG$. |
| --- | --- |
| **Step 2.** | Calculate $c = x_V \bmod r$ *(the x-coordinate of V reduced modulo r)*.  If $c = 0$, then go to **Step 1**. |
| **Step 3.** | Calculate $f = [\text{SHA-1}(M)]_{\text{msb\_bits\_in\_}r}$.  That is, calculate the SHA-1 hash of $M$ and then take the most significant bits of the message digest that is the same number of bits as the size of $r$. |
| **Step 4.** | Calculate $d = [u^{-1}(f + cX^{-1})] \bmod r$ *(note that $u^{-1}$ is the modular inverse of u mod r while $X^{-1}$ is the private key of the signing device)*.  If $d = 0$, then go to **Step 1**. |
| **Step 5.** | Set first 160 bits of $S_{X^{-1}}[M]$ equal to the big endian representation of $c$, and the second 160 bits of $S_{X^{-1}}[M]$ equal to the big endian representation of $d$.  ($S_{X^{-1}}[M]$ = c ∥ d) |

### Verification

The following verification algorithm is based on the ECSSA digital signature scheme using the DLVP-DSA signature primitive and EMSA-SHA-1 encoding method defined in of IEEE P1363/D3 (May 11, 1998).

| Input: |
| --- |
| • $S_{X^{-1}}[M]$ = *an alleged 320-bit signature (c ∥ d) of the data*, $M$, *based on the private key*, $X^{-1}$ |
| • $M$ = *the data associated with the signature* |
| • $X^1$ = *the public key of the signing device* |
| • $p$, $a$, $b$, $G$, *and* r = *the elliptic curve parameters associated with* $X^{-1}$ |
| **Output:** |
| • *"valid" or "invalid", indicating whether the alleged signature is determined to be valid or invalid, respectively* |
| **Algorithm:** |
| **Step 1.**  Set $c$ equal to the first 160 bits of $S_{X^{-1}}[M]$ interpreted as in big endian representation, and $d$ equal to the second 160 bits of $S_{X^{-1}}[M]$ interpreted as in big endian representation.  If $c$ is not in the range $[1, r-1]$ or $d$ is not in the range $[1, r-1]$, then output "invalid" and stop. |
| **Step 2.**  Calculate $f = [\text{SHA-1}(M)]_{\text{msb\_bits\_in\_}r}$.  That is, calculate the SHA-1 hash of $M$ and then take the most significant bits of the message digest that is the same number of bits as the size of $r$. |

HTC-PHIL-EXP-SN-0936

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

| | |
|---|---|
| **Step 3.** | Calculate $h = d^{-1} \bmod r$, $h_1 = (fh) \bmod r$, and $h_2 = (ch) \bmod r$. |
| **Step 4.** | Calculate the elliptic curve point $P = (x_P, y_P) = h_1 G + h_2 X^1$. If $P$ equals the elliptic curve point at infinity, then output "invalid" and stop. |
| **Step 5.** | Calculate $c' = x_P \bmod r$. If $c' = c$, then output "valid"; otherwise, output "invalid." |

### 4.4.3.2  Elliptic Curve Diffie-Hellman (EC-DH)

The following shared secret derivation algorithm is based on the ECSVDP-DH primitive defined in IEEE P1363/D3 (May 11, 1998).

| |
|---|
| **Input:** |
| •    $Y_V = $ *the Diffie-Hellman first phase value generated by the other device (an elliptic curve point)* |
| •    p, a, b, G, *and* r = *the elliptic curve parameters associated with* $X^{-1}$ |
| **Output:** |
| •    $X_V = $ *the Diffie-Hellman first phase value (an elliptic curve point)* |
| •    *the* x-*coordinate of* $X_K Y_V = $ *the shared secret generated by this algorithm (must be kept secret from third parties)* |

| |
|---|
| **Algorithm**: |

| | |
|---|---|
| **Step 1.** | Generate a random integer, $X_K$, in the range [1, r-1] using **RNG$_\text{F}$**. A new value for $X_K$ is generated for every shared secret and shall be unpredictable to an adversary. Also, calculate the elliptic curve point, $X_V = X_K G$. |
| **Step 2.** | Output $X_V$. |
| **Step 3.** | Calculate $X_K Y_V$. Output the x-coordinate of $X_K Y_V$ as the secret shared. |

### 4.4.3.3  Implementation of the Elliptic Curve Cryptosystem

A range of implementations of the Elliptic Curve Cryptosystem can be realized which are compatible with the IEEE P1363 primitives described in this section.

Efficient implementations of an elliptic curve cryptosystem can be realized by performing computations within the Montgomery space using new definitions of the basic arithmetic operations of addition, subtraction, multiplication, and inverse[6].

---

[6] Toshiba Corporation, Scheme for Computing Montgomery Division and Montgomery Inverse Realizing Fast Implementation, Japanese patent application number PH10-269060.

HTC-PHIL-EXP-SN-0937

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 4.5 Protocol Flow

### 4.5.1  Protocol Flow Overview

Figure 10 gives an overview of the Full Authentication protocol flow.



**Figure 10 Full Authentication Protocol Flow Overview**

During Full Authentication:

1. The sink device requests authentication by sending a random challenge and its device certificate. This can be the result of the sink device attempting to access a protected content stream (whose EMI is set to "Copy-never," "No-more-copies," or "Copy-one-generation"). The sink device may request authentication on a speculative basis, before attempting to access a content stream. If a sink device attempts speculative authentication, the request can be rejected by the source.

2. Device A then returns a random challenge and its device certificate. If the value of the other device's certificate type or format fields is reserved, the authentication should be immediately aborted. After the random challenge and device certificate exchange, each device verifies the integrity of the other device's certificate using EC-DSA. If the DTLA signature is determined to be valid, the devices examine the certificate revocation list embedded in their system renewability messages (see Chapter 7) to verify that the other device has not been revoked. If the other device has not been revoked, each device calculates a EC-DH key exchange first-phase value (See section 4.4.3.2).

3. The devices then exchange messages containing the EC-DH key exchange first-phase value, the Renewability Message Version Number and Generation of the system renewability messages stored by the device, and a message signature containing the other device's random challenge concatenated to the preceding components.

   The devices verify the signed messages received by checking the message signature using EC-DSA with the other device's public key. This verifies that the message has not been tampered with. If the signature cannot be verified, the device refuses to continue.

   In addition, by comparing the exchanged version numbers, devices can at a later time invoke the system renewability mechanisms (See Section 7.2 for the details of this procedure).

HTC-PHIL-EXP-SN-0938

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Each device calculates an authentication key by completing the EC-DH key exchange.

A detailed description of the Full Authentication protocol and associated state machine can be found in the DTCP Specification available under license from the DTLA.

HTC-PHIL-EXP-SN-0939

# Chapter 5 Restricted Authentication

## 5.1 Introduction

This chapter describes the authentication and key exchange between source and sink devices that employ asymmetric key management and common key cryptography for "Copy-one-generation" and "No-more-copy" contents. These kinds of devices, which typically have limited computation resources, follow a Restricted Authentication protocol instead of Full Authentication. Restricted Authentication relies on the use of shared secrets and hash function to respond to a random challenge.

The Restricted Authentication method is based on a device being able to prove that it holds a secret shared with other devices. One device authenticates another by issuing a random challenge that is responded to by modifying it with the shared secret and hashing.

## 5.2 Notation

The notation introduced in this section is used to describe the cryptographic process and protocol used for Restricted Authentication.

### 5.2.1  Defined by the DTLA

The following parameters, keys, constants, and certificates must be generated by the DTLA.

#### 5.2.1.1  General

The parameters defined in Section 4.2.1 are also used during Restricted Authentication by Source devices that also support Full Authentication.

#### 5.2.1.2  For Device X

| | |
|---|---|
| $X_{Cert} =$ | A device certificate given to compliant device X by the DTLA and used during the authentication process (See the Section 5.2.3 for details). |
| $X_{Kcosrc1} \ldots X_{Kcosrc12} =$ | Each device which is a source of "Copy-one-generation" content receives 12 64 bit keys from the DTLA. |
| $X_{Kcosnk1} \ldots X_{Kcosnk12} =$ | Each device which is a sink of "Copy-one-generation" content receives 12 64 bit keys from the DTLA. |
| $X_{Knmsrc1} \ldots X_{Knmsrc12} =$ | Each device which is a source of "No-more-copies" content receives 12 64 bit keys from the DTLA. |
| $X_{Knmsnk1} \ldots X_{Knmsnk12} =$ | Each device which is a sink of "No-more-copies" content receives 12 64 bit keys from the DTLA. |
| $X_{KSV} =$ | This key selection vector (KSV) determines which keys will be used during the Restricted Authentication procedure with this device. Only one KSV is required for devices that can be both a source and sink of content. |

HTC-PHIL-EXP-SN-0940

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

| Key or Variable | Size (bits) |
|---|---|
| "Copy-one-generation" Sink Device Keys ($X_{Kcosnk1}...X_{Kcosnk12}$) | 64 (Each) |
| "Copy-one-generation" Source Device Keys ($X_{Kcosrc1}...X_{Kcosrc12}$) | 64 (Each) |
| "No-more-copies" Sink Device Keys ($X_{Knmsnk1}...X_{Knmsnk12}$) | 64 (Each) |
| "No-more-copies" Source Device Keys ($X_{Knmsrc1}...X_{Knmsrc12}$) | 64 (Each) |
| Key Selection Vector ($X_{KSV}$) | 12 |

**Table 3 Length of Keys and Constants created by DTLA (Restricted Authentication)**

Devices contain the keys appropriate to the type of content and functions that they perform.

## 5.2.2  Notation used during Restricted Authentication

The following additional values are generated and used by the devices during Restricted Authentication:

$X_n =$             Nonce (random challenge generated by $RNG_R$)

$K_V, K'_V =$        Verification key

$R, R' =$           Responses to Nonces

$K_{Auth}, K'_{Auth} =$      Authentication key

| Key or Variable | Size (bits) |
|---|---|
| Nonce ($A_n, B_n$) | 64 |
| Verification Keys ($K_v, K'_v$) | 64 |
| Responses ($R, R'$) | 64 |
| Authentication Keys ($K_{Auth}, K'_{Auth}$) | 96 |

**Table 4 Length of keys and variables generated by the device (Restricted Authentication)**

## 5.2.3  Device Certificate Format

A Restricted Authentication Device Certificate is used in the Restricted Authentication process.  Each Restricted Authentication device certificate is assigned by the DTLA and includes a Device ID and a signature generated by the DTLA.  All compliant sink devices that support only Restricted Authentication shall have this certificate.  Figure 14 shows this device certificate format.



**Figure 11 Restricted Authentication Device Certificate Format**

The Restricted Authentication device certificate is comprised of the following fields:

- **Certificate Type** (4 bits). (See Section 4.2.3.1 for a description of the encoding)

- **Certificate Format** (4 bits).  (See Section 4.2.3.1 for a description of the encoding)

HTC-PHIL-EXP-SN-0941

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

- **Reserved Field** (4 bits). These bits are reserved for future definition and are currently defined to have a value of zero.

- **Key Selection Vector** ($X_{KSV}$, 12 bits) assigned by the DTLA. This vector determines which keys will be used during the Restricted Authentication procedure with this device. This KSV is used regardless of the EMI of the stream to be handled or whether the device is being used as a source or sink of content. The encoding of this field is as follows:



**Figure 12 Key Selection Vector**

- The **Device ID** number ($X_{ID}$, 40 bits) assigned by the DTLA.

- A **EC-DSA signature** from the DTLA of the components listed above (320 bits)

The overall size of a Restricted Authentication device certificate format is 48 bytes.

## 5.2.4  Random Number Generator

A random number generator is required for Restricted Authentication. The output of this random number generator is indicated by the function $RNG_R$. Either $RNG_R$ or $RNG_F$ as described in the DTCP specification available under license from the DTLA may be used for Restricted Authentication.

HTC-PHIL-EXP-SN-0942

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 5.3 Protocol Flow

### 5.3.1   Protocol Flow Overview

Figure 16 gives an overview of the Restricted Authentication protocol flow.



**Figure 13 Restricted Authentication Protocol Flow Overview**

During Restricted Authentication:

1.  The sink device initiates the authentication protocol by sending an asynchronous challenge request to the source device.  This request contains the type of Exchange Key to be shared by the source and sink devices as well as a random number generated by the sink device.  If the sink device knows that the source device does not have a capability for Full Authentication, the sink sends its KSV to the source; otherwise, the sink sends its Restricted Authentication device certificate.

2.  The source device generates a random challenge and sends it to the sink device. If the source device supports Full Authentication, it extracts the Device ID of the sink device from the certificate sent by the sink.  It then checks 1) that the certificate sent by the sink is valid and 2) that the sink's Device ID is not listed in the certification revocation list in the system renewability message stored in the source device.  Also, if the value of the other device's certificate type or format fields is reserved, the authentication should be immediately aborted.

    If these checks are completed successfully, the source continues the protocol by computing the verification key.

3.  After receiving a random challenge back from the source device, the sink device computes a response using a verification key that it has computed and sends it to the source.

4.  After the sink device returns a response, the source device compares this response with similar information generated at the source side using its verification key.  If the comparison matches its own calculation, the sink device has been verified and authenticated.  If the comparison does not match it, the source device shall reject the sink device.  Finally, each device computes the authentication key.

HTC-PHIL-EXP-SN-0943

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

A detailed description of the Restricted Authentication protocol and associated state machine can be found in the DTCP Specification available under license from the DTLA.

# Chapter 6 Content Channel Management and Protection

## 6.1 Introduction

This chapter details the mechanisms used to 1) share an Exchange Key between a source device and a sink device and 2) establish and manage the encrypted isochronous channel through which protected content flows. Either Full or Restricted Authentication (depending on the capabilities of the device) shall be completed prior to establishing a content channel.

## 6.2 Content Management Keys

### 6.2.1 Exchange Key ($K_X$)

A common set of Exchange Keys ($K_X$) are established between a source device and all sink devices that have completed the appropriate authentication procedure (either Full or Restricted) with the source device required to handle content with a specific EMI value (Section 6.4.2). In addition, if optional content ciphers[7] are mutually supported, Exchange Keys are established for use with them for Copy-Never content.

The procedure for establishing an Exchange Key is described in Section 6.3.1.

### 6.2.2 Content Key ($K_c$)

The **Content Key** ($K_c$) is used as the key for the content encryption engine. $K_c$ is computed from the three values shown below:

- Exchange Key $K_x$ assigned to the EMI and cipher/key length being used to protect the content.

- A random number $N_c$ generated by the source device (using $RNG_F$ for devices that support Full Authentication and $RNG_R$ for devices that support only Restricted Authentication) which is sent in plain text to all sink devices in asynchronous packet(s).

- Constant value $C_a$, $C_b$, or $C_c$, which corresponds to the encryption mode EMI in the packet header.

The Content Key is generated as follows:

$$K_c = J[K_x, f[EMI], N_c] \quad \text{where:} \quad f[EMI] = C_a \text{ if EMI is mode A}$$
$$f[EMI] = C_b \text{ if EMI is mode B}$$
$$f[EMI] = C_c \text{ if EMI is mode C}$$

$C_a$, $C_b$, and $C_c$ are universal secret constants assigned by the DTLA. The values for these constants and the definition of the function J[] are specified in DTCP Specification available under license from the DTLA.

---

[7] Only applicable for Exchange Keys established as a result of Full Authentication between devices which both support the optional capability mask in the device certificate.

HTC-PHIL-EXP-SN-0944

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.2.3  Key Sizes

The following details the lengths of the keys and constants described above:

| Key, Variable, or Constant | Size (bits) |
|---|---|
| Exchange Keys ($K_x$) | 96 |
| Scrambled Exchange Keys ($K_{SX}$) | 96 |
| Constants ($C_a$, $C_b$, $C_c$) | 96 |
| Content Key for Baseline Cipher ($K_c$) | 56 |
| Content Key for Optional Ciphers[8] ($K_c$) | 56 – 64 |
| Nonce for Content Channel ($N_c$) | 64 |

**Table 5 Length of Keys and Constants (Content Channel Management)**

# 6.3 Protocol Flow

### 6.3.1  Establishing Exchange Key

After the completion of Full or Restricted Authentication, the source device establishes the Exchange Key(s) described in Section 6.2.1.  The following procedure is used for each key:

1.  The source device assigned a random value for the particular Exchange Key ($K_x$) being established.

2.  It then scrambles the key $K_X$ using $K_{Auth}$ resulting in $K_{SX}$ according to the function described in the DTCP Specification available under license from the DTLA.

3.  The source device sends $K_{SX}$ to the sink device.

4.  The sink device descrambles the $K_{SX}$ using $K'_{Auth}$ (calculated during Authentication) to determine the shared Exchange Key $K_x$ according to the function described in the DTCP Specification available under license from the DTLA.

The source device repeats the above steps for all of the Exchange Keys required between it and the sink device.

Finally, the devices update the SRM if it is determined to be necessary during the Full Authentication process (see Chapter 4).  The update procedure is described in Section 7.2.1.

Devices remain authenticated as long as they maintain valid Exchange Keys.  The Exchange Key may be repeatedly used to set up and manage the security of copyrighted content streams without further authentication. It is recommended that source devices expire their Exchange Keys when they stop all isochronous output. Additionally, devices must expire their Exchange Keys when they are detached from the bus.

### 6.3.2  Establishing Content Keys

This section describes the mechanism for establishing the Content Keys ($K_c$) used to encrypt/decrypt content being exchanged between the source and sink devices.

Figure 20 shows an overview of content channel establishment and key management protocol flow.

---

[8] Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0945

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)



**Figure 14 Content Channel Establishment and Management Protocol Flow Overview**

Content Keys are established between the source device and the sink device as follows:

1. When the source device starts sending content, it generates a 64 bits random number as an initial value of the seed ($N_C$) of the Content Key. The initial seed is referred to as Odd or Even based on its least significant bit. If subsequent content channels are established, the current value of $N_C$ from the active content channel(s) may be used as the seed.

2. The source device begins transmitting the content using the Odd or Even Content Key ($K_C$) corresponding to the above reference of the initial seed to encrypt the content. The Content Key is computed by the source device using the function $J$, Exchange Key $K_x$, the seed ($N_c$) and the $f[EMI]$. A bit in the IEEE 1394 packet header is used to indicate which key (ODD or EVEN) is being used to encrypt a particular packet of content. If the initial seed is ODD, the Odd/Even bit in the IEEE 1394 packet header is set to Odd; otherwise, it is set to Even.

   Upon receiving the seed $N_C$, the sink device checks if the least significant bit of the $N_C$ matches the status of the Odd/Even bit. If both bits are identical, the sink device computes the current Content Key using the function $J$, $K_x$, $f[EMI]$, and $N_c$. If those bits are different, it shows the key has been changed and the sink device computes the current Content Key by following method: 1) computing $N_C + 1 \mod 2^{64}$ as new seed, then 2) computing the Content Key with above method using the new seed instead of the original seed sent from the source device.

   The source device prepares the next Content Key by computing $K_C$ using the same process used for the initial calculation with exception that the seed ($N_C$) is incremented.

Periodically, the source device shall change Content Keys to maintain robust content protection. To change keys, the source device starts encrypting with the new key computed above and indicates this change by switching the state of the Odd/Even bit in the IEEE 1394 packet header. The minimum period for change of the Content Key is defined as 30 seconds. The maximum period is defined as 120 seconds. Duration time for Kc is from 30 sec to 2 minutes. A source device should not increment the Content Key duration time counter when it is outputting only contents marked with an EMI value (Section 6.4.2) of Copy-free. When a device suspends all isochronous outputs it should reset its counter.

The protocol flow to establish the Content Key using IEEE 1394 transactions is shown in Chapter 8.

HTC-PHIL-EXP-SN-0946

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.3.3  Odd/Even Bit

The Odd/Even bit (the 3rd bit of the synch field of the IEEE 1394 isochronous packet header) is used to indicate which Content Key ($K_c$) is currently being used to protect the content channel.  The Odd/Even bit only exists when the value of the tag field is 01.  Figure 21 shows this bit location in the packet header.  A "0" indicates that the Even key should be used while "1" indicates that the Odd key should be used.  The Odd key and Even key are used and updated alternately.  The Odd/Even bit can only be changed on Isochronous packets that contain either the beginning of a new encryption frame or are idle packet between encryption frames.  If an Isochronous packet contains portions of more than one encryption frame, then the change in key is applied to the first encryption frame which begins in the packet.



**Figure 15 Odd/Even Bit Location in the Packet Header**

# 6.4 Copy Control Information (CCI)

**Copy Control Information (CCI)** specifies the attributes of the content with respect to this content protection system.  Two CCI mechanisms are supported: Embedded CCI and the Encryption Mode Indicator.

### 6.4.1  Embedded CCI

Embedded CCI is carried as part of the content stream.  Many content formats including MPEG have fields allocated for carrying the CCI associated with the stream.  Furthermore, the definition and format of the CCI is specific to each content formats.  In the following sections, Embedded CCI is interpreted to one of four states Copy Never (11), Copy One Generation (10), No More Copies (01) or Copy Freely (00).  The integrity of Embedded CCI is ensured since tampering with the content stream results in erroneous decryption of the content.

### 6.4.1.1  DTCP_Descriptor for MPEG-TS

The DTCP_Descriptor delivers Embedded CCI over the DTCP system when an MPEG-Transport Stream (MPEG-TS) is transmitted.  Appendix B is a detailed description of this descriptor.

### 6.4.2  Encryption Mode Indicator (EMI)

The Encryption Mode Indicator (EMI) provides an easy-to-access yet secure mechanism for indicating the CCI associated with a stream of digital content.  For IEEE 1394 serial buses, the EMI is placed in the most significant two bits of the Synch field of packet header as shown in Figure 22.  The EMI bits only exist when the value of the tag field is 01.  By locating the EMI in an easy-to-access location, devices can immediately determine the CCI of the content stream without needing to decode the content transport format to extract the

HTC-PHIL-EXP-SN-0947

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Embedded CCI.  This ability is critical for enabling bit-stream recording devices (e.g., digital VCR) that do not recognize and cannot decode specific content formats.

The EMI bits can only be changed on Isochronous packets that contain either the beginning of a new encryption frame or are idle packets between encryption frames.  If an Isochronous packet contains portions of more than one encryption frame, then the change in EMI is applied to the first encryption frame which begins in the packet.



**Figure 16 EMI Location**

The EMI indicates the mode of encryption applied to a stream:

- Licensed source devices will choose the right encryption mode according to the characteristics of the content stream and set its EMI accordingly.  If the content stream consists of multiple substreams with different Embedded CCI, the strictest Embedded CCI will be used to set the EMI.

- Licensed sink devices will choose the right decryption mode as indicated by the EMI.

If the EMI bits are tampered with, the encryption and decryption modes will not match, resulting in an erroneous decryption of the content.

HTC-PHIL-EXP-SN-0948

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

Table 6 shows the encoding used for the EMI bits.

| EMI Mode | EMI Value | Meaning | Authentication Required |
|---|---|---|---|
| Mode A | 11 | Copy-never[9] | Full |
| Mode B | 10 | Copy-one-generation | Restricted or Full |
| Mode C | 01 | No-more-copies | Restricted or Full |
| N.A.[10] | 00 | Copy-free | None, not encrypted |

**Table 6 EMI Encoding**

- An encoding of 00 is used to indicate that the content can be copied-freely. No authentication or encryption is required to protect this content.

- For content that is never to be copied (e.g., content from prerecorded media with a Copy Generation Management System (CGMS) value of 11), an EMI encoding of 11 is used. This content can only be exchanged between devices that have successfully completed the Full Authentication procedure.

- An EMI encoding of 10 indicates that one generation of copies can be made (e.g. content from prerecorded media with a CGMS value of 10). Devices exchanging this content can either use Full or Restricted Authentication.

- If content with EMI = 10 is copied, future exchanges across a digital interconnect are marked with an EMI encoding of 01, which indicates that a single-generation copy has already been made.

## 6.4.3  Relationship between Embedded CCI and EMI

A protected stream of content may consist of one or more programs. Each of these programs may be assigned a different level of Embedded CCI. Since EMI is associated with the overall stream of content it is possible that the stream will be composed of multiple programs and that the EMI will not match the Embedded CCI value of each of the protected programs. In the event that there is a conflict, the most restrictive Embedded CCI value will be used for the EMI. Table 7 shows the allowable combinations of EMI and Embedded CCI:

| | | Embedded CCI for each program | | | | |
|---|---|---|---|---|---|---|
| | | 00 | | 01 | 10 | 11 |
| | | EPN[11]- not-asserted | EPN[11]- asserted | | | |
| EMI | Mode A (Copy-never) | Allowed | Allowed | Allowed[12] | Allowed | Allowed |
| | Mode B (Copy-one-generation) | Allowed | Allowed | Prohibited | Allowed | Prohibited |
| | Mode C (No-more-copies) | Allowed | Allowed | Allowed | Allowed | Prohibited |
| | N.A. (Copy-Free) | Allowed | Prohibited | Prohibited | Prohibited | Prohibited |

**Table 7 Relationship between EMI and Embedded CCI**

---

[9]  In case of AM824 audio transmission (refer to 6.4.5), the meaning of Mode A depends on each AM824 application type as defined in Appendix A.
[10]  Not Applicable. No EMI mode is defined for an encoding of 00.
[11]  Definition and usage of EPN is specified in Appendix B.
[12]  Not typically used.

HTC-PHIL-EXP-SN-0949

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.4.4  Treatment of EMI/Embedded CCI for Common Device Functions

This section presents the behavior of common device audio and visual functions according to their ability to send/receive EMI and detect/modify Embedded CCI.  Other functions not listed in this section may be permitted as long as they are consistent with the provisions of this specification.

### 6.4.4.1  Format-cognizant source function

A Format-cognizant source function can recognize the Embedded CCI of a content stream being transmitted. Table 8 shows the EMI that should be used for a transmitted content stream containing component programs with the following Embedded CCI values:

| Embedded CCI of programs | | | | | EMI |
|---|---|---|---|---|---|
| 00 | | 01 | 10 | 11 | |
| EPN[11]-not-asserted | EPN[11]-asserted | | | | |
| Don't care | Don't care | *[13] | Don't care | Present | Mode A |
| Don't care | Don't care | Cannot be Present | Present | Cannot be Present | Mode B |
| Don't care | Present | Cannot be Present | Don't care | Cannot be Present | |
| Don't care | Don't care | Present | Cannot be Present[14] | Cannot be Present | Mode C |
| Present | Cannot be Present | Cannot be Present | Cannot be Present | Cannot be Present | N.A. |
| Other combinations | | | | | Transmission Prohibited |

**Table 8 Format-Cognizant Source Function CCI handling**

### 6.4.4.2  Format-non-cognizant source function

A Format-non-cognizant source function need not recognize the Embedded CCI of a content stream being transmitted.

Table 9 shows the EMI value that is used by a Format-non-cognizant source function when transmitting content streams with the following EMI:

| EMI or recorded CCI[15] of source content | EMI used for transmission |
|---|---|
| Copy-never | Mode A (Copy-never) |
| Copy-one-generation | Mode B (Copy-one-generation) |
| No-more-copies | Mode C (No-more-copies) |
| Copy-free | N.A. (Copy-free) |

**Table 9 Format-Non-Cognizant Source Function CCI handling**

---

[13] Don't care, but not typically used.
[14] This combination is allowed for format-non-cognizant source function, but is not permitted for format-cognizant source functions.
[15] Recorded CCI is copy control information that is not embedded in the content program and does not require knowledge of the content format to extract.

HTC-PHIL-EXP-SN-0950

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.4.4.3 Format-cognizant recording function

A Format-cognizant recording function recognizes the Embedded CCI of a received content program prior to writing it to recordable media.  Table 10 shows the CCI value that is recorded with content programs marked with specific Embedded CCI values.

| | | Embedded CCI of program | | | |
|---|---|---|---|---|---|
| | | 00 | 01 | 10 | 11 |
| EMI | Mode A (Copy-never) | Recordable | Do not record | *[16] | Do not record |
| | Mode B (Copy-one-generation) | Recordable | Discard entire content stream[17] | *[16] | Discard entire content stream[17] |
| | Mode C (No-more-copies) | Recordable | Do not record | Do not record | Discard entire content stream[17] |

**Table 10 Format-cognizant recording function CCI handling**

### 6.4.4.4 Format-cognizant sink function

A Format-cognizant sink function can recognize the Embedded CCI of received content.

Table 11 shows the Embedded CCI of programs contained within the content stream that can be received.

| | | Embedded CCI of program | | | |
|---|---|---|---|---|---|
| | | 00 | 01 | 10 | 11 |
| EMI | Mode A (Copy-never) | Available for processing | Available for processing[18] | Available for processing | Available for processing |
| | Mode B (Copy-one-generation) | Available for processing | Discard entire content stream[17] | Available for processing | Discard entire content stream[17] |
| | Mode C (No-more-copies) | Available for processing | Available for processing | Available for processing[19] | Discard entire content stream[17] |

**Table 11 Format-cognizant sink function CCI handling**

---

[16] If the recording function supports recording a CCI value of No-more-copies then the CCI value of No-more-copies shall be recorded with the program.  Otherwise the CCI of Copy-never shall be recorded with the program.

[17] If the function detects this CCI combination among the programs it is recording, the entire content stream is discarded.

[18] Not typically used.

[19] If the device has a rule for handling No-more-copies, this program shall be handled according to the rule. Otherwise the program shall be handled as Copy Never.

HTC-PHIL-EXP-SN-0951

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.4.4.5  Format-non-cognizant recording function

A Format-non-cognizant recording function can record content with appropriate EMI onto recordable media. Table 12 shows the EMI value for content that can be recorded and the CCI that should be recorded with the content.

| EMI of the received stream | Recorded CCI[20] to be written onto user recordable media |
|---|---|
| Mode A (Copy-never) | Stream cannot be recorded |
| Mode B (Copy-one-generation) | No-more-copies |
| Mode C (No-more-copies) | Stream cannot be recorded |

**Table 12 Format-non-cognizant recording function CCI handling**

### 6.4.4.6  Format-non-cognizant sink function

For this function, the content must be treated in a manner consistent with its EMI.

### 6.4.5  Treatment of EMI/Embedded CCI for AM824 audio device functions

This section describes the behavior of AM824 audio device functions according to their ability to send/receive EMI and detect/modify Embedded CCI.  AM824 is an audio content format that is transmitted according to the IEC61883-6 specification[21] and its extension specification[22].  Refer to Appendix A for more information about AM824 including specific rules governing the audio application types supported.

For AM824 audio transmission, devices supporting DTCP shall:

- Only use supported AM824 audio applications described in the Appendix A.  Use of other, undefined audio applications is prohibited.

- Distinguish between application types by detecting the LABEL value.[23]

Format non-cognizant recording functions for the AM824 audio transmission format are not supported.

---

[20] Recorded CCI is copy control information that is not embedded in the content program and does not require knowledge of the content format to extract.
[21] Consumer Audio/Video Equipment -Digital Interface - Part 6: Audio and music data transmission protocol.
[22] 1394 Trade Association Document 2001003, Audio and Music Data Transmission Protocol 2.0, TA Candidate 0.91:4, June 15,2001.
[23] LABEL value is defined by the IEC61883-6 specification and its extension specification.

HTC-PHIL-EXP-SN-0952

### 6.4.5.1  Embedded CCI for AM824 audio transmission

Three Embedded CCI states are defined for the AM824 audio transmission format as shown in Table 13.

| Value | Meaning |
|-------|---------|
| 11 | Not Defined |
| 10 | Copy-permitted-per-type |
| 01 | No-more-copies |
| 00 | Copy-free |

**Table 13 AM824 Embedded CCI Values**

The copy permission status associated with content marked Copy-permitted-per-type (Value 10) is specified in Appendix A for each audio application type. The Copy-permitted-per-type state provides flexibility by allowing each AM824 audio application to have its own Application Specific Embedded CCI (ASE-CCI). For example, the ASE-CCI for IEC60958 conformant transmission is SCMS.

### 6.4.5.2  Relationship between Embedded CCI and EMI

In Table 7 the combination of EMI=Mode A and Embedded CCI=01 is allowed, but not typically used. However for AM824 audio transmission, the combination of EMI=mode A and Embedded CCI=01 is permitted and may be used. Mode A is used for content that requires System Renewability as described in Chapter 7.

### 6.4.5.3  AM824 Audio-Format-cognizant source function

AM824 Audio-format-cognizant source functions recognize the Embedded CCI of a content stream being transmitted. Table 14 shows the EMI that should be used for transmitted content streams containing component programs with the following Embedded CCI values.

| Embedded CCI of programs | | | EMI |
|-----|-----|-----|-----|
| 00 | 01 | 10 | |
| Type specific[24] | | | Mode A |
| Don't care | Cannot be present | Present | Mode B (Copy-one-generation) |
| Don't care | Present | Don't care | Mode C (No-more-copies) |
| Present | Cannot be present | Cannot be present | N.A. (Copy-free) |

**Table 14 AM824-Audio-Format-Congnizant Source Function CCI handling**

### 6.4.5.4  AM824 Audio-Format-non-cognizant source function

For this function, the content must be treated in a manner consistent with its EMI.

---

[24] Usage is specified for each AM824 application type in Appendix A.

HTC-PHIL-EXP-SN-0953

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 6.4.5.5  AM824 Audio-Format-cognizant recording function

AM824 Audio-Format-cognizant recording functions recognizes the Embedded CCI of a received content program prior to writing it to recordable media. Table 15 shows the CCI handling rules at each EMI Mode.

|  |  | Embedded CCI of program | | |
|---|---|---|---|---|
|  |  | 00 | 01 | 10 |
| EMI | Mode A | Recordable | Do not record | Recordable[25] |
|  | Mode B (Copy-one-generation) | Recordable | Discard entire content stream[26] | Recordable[25] |
|  | Mode C (No-more-copies) | Recordable | Do not record | Recordable[25] |

**Table 15 AM824 Audio-Format-cognizant recording function CCI handling**

### 6.4.5.6  AM824 Audio-Format-cognizant sink function

AM824 Audio-format-cognizant sink functions can recognize the Embedded CCI of received content. Table 16 shows the Embedded CCI of programs contained within the content stream that can be received.

|  |  | Embedded CCI of program | | |
|---|---|---|---|---|
|  |  | 00 | 01 | 10 |
| EMI | Mode A | Available for processing | Available for processing | Available for processing |
|  | Mode B (Copy-one-generation) | Available for processing | Discard entire content stream[27] | Available for processing |
|  | Mode C (No-more-copies) | Available for processing | Available for processing | Available for processing |

**Table 16 AM824 Audio-format-cognizant sink function CCI handling**

### 6.4.5.7  AM824 Audio-Format-non-cognizant recording function

AM824 Audio-Format-non-cognizant recording function are not specified

### 6.4.5.8  AM824 Audio-Format-non-cognizant sink function

AM824 Audio-Format-non-cognizant sink functions shall behave as described in Section 6.4.4.6.

### 6.4.6   Treatment of EMI/Embedded CCI for MPEG audio device functions

Audio transmission via MPEG Transport Stream is an optional feature[28] that is not currently specified.

## 6.5 Common Device Categories

Devices may support zero or more of the functions described in Section 6.4.4.

Common types of fixed function devices include, but are not limited to:

---

[25] The CCI value of No-more-copies shall be record with the program.  Additional rules for recording are specified by each audio application in the Appendix A.
[26] If the function detects this CCI combination among the programs it is recording, the entire content stream is discarded.
[27] If the function detects this CCI combination among the programs it is recording, the entire content stream is discarded.
[28]  Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0954

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

1. **Format-cognizant pre-recorded content source device** has a format-cognizant source function. (e.g., DVD player)

2. **Format-cognizant real-time-delivery content source/decoding device** has a format-cognizant source function and format-cognizant sink function.  (e.g., Set Top Box  or Digital TV).

3. **Format-cognizant recorder and player** has a format-cognizant source function, format-cognizant sink function, and format-cognizant recording function.  (e.g., DV-VCR)

4. **Format-non-cognizant recorder and player** has a format-non-cognizant source function and format-non-cognizant recording function.  (e.g., D-VHS VCR)

5. **Format-non-cognizant Bus Bridge** has a format-non-cognizant source function and format-non-cognizant sink function.  (e.g., IEEE 1394 to IEEE 1394 bus bridge)

# 6.6 Content Channel Ciphers

All compliant devices support the baseline cipher and possibly additional, optional ciphers for protecting content.[29]

## 6.6.1  Baseline Cipher

All devices and applications must, at a minimum, support the baseline cipher to ensure interoperability. The M6-S56 block cipher using the converted cipher-block-chaining (C-CBC) mode is the baseline cipher.  This cipher is described in the DTCP specification available under license from the DTLA.

## 6.6.2  Content Encryption Formats

Table 17 shows the content encryption formats that will be used with content channel ciphers.

| Data Format | Encryption Frame | Size |
|---|---|---|
| MPEG Transport Stream | IEC61883-4 Transport Stream Packet | 188 Bytes |
| DV (SD Format) | IEC61883-2 Isochronous Transfer Unit | 480 Bytes |
| Rec. ITU-R BO.1294 System B Transport Stream | IEC61883 approval expected for Rec.ITU-R BO.1294 System B Transmission on IEEE1394 Bus | 140 Bytes |
| Audio | IEC61883-6 (IEC-PAS) and its extension specification | 8 Bytes |

**Table 17 Content Encryption Formats**

## 6.6.3  Support for Optional Content Channel Ciphers

Support is defined in Chapter 4 (Device Capability Mask), Chapter 6 (Establishment of multiple $K_X$ values), Chapter 8 (Encoding of cipher selection in the AV/C Digital Interface Command Set).

---

[29] Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0955

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 6.7 Additional Functions [Draft Version 0.9]

This section presents the behavior of additional functions according to EXHIBIT "B" of the "DIGITAL TRANSMISSION PROTECTION LICENSE AGREEMENT.

### 6.7.1 Move Function

Move function defined by DTLA has two modes, Move-mode and Non-Move-mode. If content is transmitted using Move function, a Source function shall use Move-mode. Otherwise, Non-Move-mode shall be used.

In the case of audio and visual MPEG transmission, the modes are indicated in Appendix B.

In the case of DV format transmission, ISR in SOURCE CONTROL pack can be used to indicate the Move-mode in combination with CGMS in the same pack as shown in following table.

| Modes | ISR | CGMS |
|---|---|---|
| Move-mode | $00_2$ or $01_2$ | $10_2$ |
| Non-Move-mode | Other combinations | |

Table 18 DV Format Move Function Modes

For other transmission formats, Move function is an optional feature[30] that is not currently specified.

### 6.7.2 Retention Function

Retention function defined by DTLA has two modes, Retention-mode and Non-Retention-mode. If content is transmitted for purposes of enabling Retention function, a Source function shall use Retention-mode. Otherwise, Non-Retention-mode shall be used.

In the case of audio and visual MPEG transmissions, the modes are indicated in Appendix B.

In the case of DV format transmission, ISR in SOURCE CONTROL pack[31] can be used to indicate the Retention-mode in combination with CGMS in the same pack as shown in the following table.

| Modes | ISR | CGMS |
|---|---|---|
| Retention-mode | $11_2$ | $11_2$ |
| Non-Retention-mode | Other combinations | |

Table 19 DV Format Retention Function Modes

For other transmission formats, Retention function is an optional feature[30] that is not currently specified.

---

[30] Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.
[31] Refer to "IEC 61834 Helical-scan digital video cassette recording system using 6,35 mm magnetic tape for consumer use (525-60, 625-50, 1125-60 and 1250-50 systems)

HTC-PHIL-EXP-SN-0956

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Chapter 7 System Renewability

## 7.1 Introduction

Compliant devices that support Full Authentication can receive and process system renewability messages (SRMs) created by the DTLA and distributed with content.  These messages are used to ensure the long-term integrity of the system.

### 7.1.1   SRM Message Components and Layout

There are several components to a system renewability message (SRM):

- A message **Type** field (4 bits).  This field has the same encoding as is used for the certificate type field in device certificates.  See Section 4.2.3.1 for a description.

   A message **Generation** field (SRMM) (4 bits).  This field specifies the generation of the SRM.  It is used to ensure the extensibility of the SRM mechanism.  Currently, the only encodings defined are 0 and 1. The maximum size is specified in the DTCP Specification available under license from the DTLA. Other encodings are currently reserved.  The Generation value remains unchanged even if only part of the SRM can be stored by the device (e.g. $X_{SRMC} <= $ SRMM).

- **Reserved** field (8 bits).  These bits are reserved for future definition and are currently defined to have a value of zero.

- A monotonically increasing system renewability message **Version Number** (SRMV) (16 bits). This value is exchanged as $X_{SRMV}$ during Full Authentication.  This value is not reset to zero when the message generation field is changed.

- Certificate Revocation List (CRL) **Length** (16 bits).  This field specifies the size (in bytes) of the CRL including the CRL Length Field (two bytes), CRL Entries (variable length), and DTLA Signature (40 bytes).

- **CRL** Entries (variable sized).  The CRL used to revoke the certificates of devices whose security has been compromised.  Its format is described in the following section.

- The **DTLA EC-DSA signature** of these components using $L^{-1}$ (320 bits).

The structure of first-generation SRMs is shown in Figure 23.  The fields in the first 4 bytes of the SRM comprise the SRM Header.

HTC-PHIL-EXP-SN-0957

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)



**Figure 17 Structure of the First Generation System Renewability Message**

### 7.1.1.1 Certificate Revocation List (CRL)

The **Certificate Revocation List (CRL)** identifies devices that are no longer compliant.  It consists of the CRL Length field that specifies the length of the CRL in bytes.  This field is followed by a sequence of entry type blocks (1 byte) which are in turn followed by the number of CRL entries specified by the entry type block.  Two types of entry block are supported.  One type provides for the revocation of individual devices while the second allows for the revocation of blocks of up to 65535.

### 7.1.1.2 DTLA EC-DSA Signature

The DTLA EC-DSA signature field is a 320-bit signature calculated over all of the preceding fields of the SRM using the DTLA EC-DSA private key $L^{-1}$.  This field is used to verify the integrity of the SRM using the DTLA EC-DSA public key $L^{1}$.

### 7.1.2 SRM Scalability

To ensure the scalability of this renewability solution, the SRM format is extensible.  Next-generation extensions (CRLs and possibly other mechanisms) to a current-generation SRM format must be appended to the current-generation SRM (as shown in Figure 26) in order to ensure backward compatibility with devices that only support previous-generation SRMs.  Devices are only responsible for supporting the generation of SRM that was required by the DTLA as of the time the device was manufactured.  The conditions under which the DTLA will authorize a new-generation SRMs are specified in the DTLA license agreement.

HTC-PHIL-EXP-SN-0958

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)



**Figure 18 SRM Extensibility**

# 7.2 Updating SRMs

System renewability messages can be updated from:

- other compliant devices (connected via the digital transmission means) that have a newer list.

- prerecorded content media.

- content streams via real-time compliant devices that can communicate externally (e.g., via the Internet, phone line, cable system, direct broadcast satellite, etc.)

The general procedure for updating SRMs is as follows:

1. Examine the version number of the new SRM.

2. Verify that the SRM version number is greater than the one stored in non-volatile storage.

3. Verify integrity with the DTLA public key ($L^1$).

4. If the SRM is valid and either a more recent version or the same version and larger, then replace the entire currently stored SRM with as much of the newer version of the SRM as will fit in the device's non-volatile storage.

HTC-PHIL-EXP-SN-0959

## 7.2.1  Device-to-Device Update and State Machines

### 7.2.1.1  Updating a Device's SRM from Another Compliant Device

If during the Full Authentication procedure a more recent (or more complete) system renewability message is discovered on another device, the following procedure is used to update the device with the outdated and/or less complete copy:

1. The device with the newer and/or more complete SRM sends it to the other device.

2. The device being updated verifies the candidate SRM's signature with the DTLA's public key.

3. If the signature is valid, the device being updated replaces the entire currently stored SRM in its non-volatile storage with as much of the replacement message as will fit in its non-volatile storage.

This procedure should take place following the completion of the exchange of $K_X$.

A detailed description of the System Renewability protocol and associated state machines can be found in the DTCP Specification available under license from the DTLA.

HTC-PHIL-EXP-SN-0960

# Chapter 8 AV/C Digital Interface Command Set Extensions

## 8.1 Introduction

Audio/video devices which exchange content via the IEEE 1394 serial bus are typically IEC61883 and AV/C Digital Interface Command Set compliant.  It is important to review Chapters 5, 6, and 7 of the *Specification for AV/C Digital Interface Command Set* (General Specification) for general rules about the AV/C commands and responses.

These specifications define the use of IEEE 1394 asynchronous packets for the control and management of devices and IEEE 1394 isochronous packets for the exchange of content.  This chapter describes extensions to the AV/C command set which support the DTCP authentication and key exchange protocols.  Extensions to the IEEE 1394 Isochronous packet format are described in Chapter 6.

## 8.2 SECURITY command

A new Security command is defined for AV/C.  This command is intended for content protection purposes including the DTCP system.  The general format of the SECURITY command is as follows:

| | msb | | | | | | lsb |
|---|---|---|---|---|---|---|---|
| Opcode | SECURITY ($0F_{16}$) | | | | | | |
| Operand[0] | category | | | (msb) | | | |
| Operand[1] | category dependent field | | | | | | |
| : | | | | | | | |
| Operand[X] | | | | | | | (lsb) |

The value of the Security Command **opcode** is $0F_{16}$. (Common Unit and Subunit command)

The **category** field for the SECURITY command is defined as follows:

| Value | category |
|---|---|
| 0 | Support for DTCP AKE.  This command is called the AKE command. |
| $1 - D_{16}$ | Reserved for future extension |
| $E_{16}$ | Vendor_dependent |
| $F_{16}$ | Extension of category field |

The value 0 of the **category** field specifies that this command is used to support the DTCP Authentication and Key Exchange protocols.

The AKE command is defined for the *ctype* of CONTROL and STATUS.  Devices that support the AKE command shall support both *ctypes*.

The value $E_{16}$ of the **category** field specifies that this command is used by vendors to specify their own security commands for licensed use.

## 8.3 AKE command

The destination of this command is the target device itself.  Therefore the 5 bit **subunit_type** field of an AV/C command/response frame is equal to $11111_2$ and the 3 bit **subunit_ID** field of the frame is equal to $111_2$.

HTC-PHIL-EXP-SN-0961

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 8.3.1  AKE control command

The AKE control command is used to exchange the messages required to implement the Authentication and Key Exchange protocols. The format of this command is shown below:

| | msb | | | | | | lsb |
|---|---|---|---|---|---|---|---|
| Opcode | | | | $0F_{16}$ | | | |
| Operand[0] | category = $0000_2$ (AKE) | | | AKE_ID | | | |
| Operand[1] | (msb) | | | | | | |
| Operand[2] | | | AKE_ID dependent field | | | | |
| Operand[3] | | | | | | | |
| Operand[4] | | | | | | | (lsb) |
| Operand[5] | AKE_label | | | | | | |
| Operand[6] | number (option) | | | status | | | |
| Operand[7] | blocks_remaining | | | | | (msb) | |
| Operand[8] | data_length | | | | | | (lsb) |
| Operand[9] | | | data | | | | |
| : | | | | | | | |
| Operand[8+ data_length] | | | | | | | |

Both the AKE Command and Response frames have the same opcode and first 9 operands (operand[0-8]). The value of each field in the response frame is identical to that of the command frame except for the status and data fields. If any of the fields in the first 9 operands contain reserved values, a response of NOT_IMPLEMENTED should be returned.

If a given command frame includes a data field, the corresponding response frame does not have a data field. AKE control commands are used to send the information used for the authentication procedure being performed between the source and sink device. This information is sent in the data field and is called AKE Info. Non-zero values in Reserved_zero fields of AKE Info should be ignored.

The AKE_ID field specifies the format of the AKE_ID dependent field. Currently only the encoding AKE_ID = 0 is defined. The AKE_ID dependent field for this encoding will be described in Section 8.3.3. The other values, from $1_{16}$ to $F_{16}$, are reserved for future definition.

The AKE_label field is a unique tag which is used to distinguish a sequence of AKE commands associated with a given authentication process. The initiator of an authentication procedure can select an arbitrary value for the AKE_label. The value selected should be different from other AKE_label values that are currently in use by the device initiating the authentication. The same AKE_label value will be used for all control commands associated with a specific authentication procedure between a source and sink device. The AKE_label and source node ID of each control command should be verified to ensure that it is from the appropriate controller.

The optional number field[32] specifies the step number of a specific control command to identify its position in the sequence of control commands making up an authentication procedure. The initiator of an authentication procedure sets the value of this field to 1 for the initial AKE control command. The value is incremented for each subsequent command that is part of the same authentication process. When an AKE command must be fragmented for transmission (see the description of the blocks_remaining field below), each fragment will use the same value for the number field. Devices that do not support this field shall set its value to $0000_2$.

The status field is used to notify the device issuing the command of the reason when the command results in a REJECTED response. The device issuing the command sets the value of this field to $1111_2$. If the responding

---

[32] Features of this specification that are labeled "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0962

device rejects the command, it overwrites the **status** field with a code indicating the reason for rejection.  The encoding of the **status** field is as follows:

| Value | Status | response code |
|-------|--------|---------------|
| $0000_2$ | No error | ACCEPTED |
| $0001_2$ | Support for no more authentication procedures is currently available | REJECTED |
| $0010_2$ | No isochronous output | REJECTED |
| $0011_2$ | No point to point connection | REJECTED |
| $0100_2$ | DTCP unavailable | REJECTED |
| $0111_2$ | Any other error | REJECTED |
| $1111_2$ | No information | Reserved for INTERIM[33] |

The following status codes are for testing purposes only.  Products shall not return these codes, but instead return $0111_2$ (any other error) if these conditions occur.

| $1000_2$ | Incorrect command order  (only for test) | REJECTED |
|----------|------------------------------------------|----------|
| $1001_2$ | Authentication failed  (only for test) | REJECTED |
| $1010_2$ | Data field syntax error  (only for test) | REJECTED |

Commands are limited to a maximum length of 512 bytes by the underlying FCP transport.  When a given command is larger than the buffers in a controller or target device can accommodate, the **blocks_remaining** field is used to fragment it.  (A device issuing a command can determine the size of data field that the target device can accept using the AKE status command).  When this fragmentation is required, the **data** field is broken into N blocks that are sent sequentially, each in one of N separate commands, where each command is small enough to be accommodated by the controller's and target's command buffers.  At a minimum, these buffers must be able to hold a command with a 32-byte data field[34].  The size of the data field in the first N-1 fragments shall be the same size and a multiple of 16 bytes greater than or equal to 32 bytes.

Each of the N command frames is identical except for the values in the **blocks_remaining**, **data_length**, and **data** fields.  For the first command, the **blocks_remaining** field is set to the value of N-1.  In each successive command, the **blocks_remaining** field is decreased by one until it reaches zero, indicating the last command fragment.  If the value of the **block_remaining** field is not correct (e.g., not in the correct order), the target should return a REJECTED response with **status** field of $0111_2$  (Any other error).

When an AKE_Info is transmitted using multiple Control Commands, a controller shall send each command only after receiving an ACCEPTED response for the previous command.

The **data_length** field specifies the length of **data** field in bytes.  Responses to a command will use the same value for their respective **data_length** fields even when the response returns no data.  If a response has some data when the response code is ACCEPTED, the corresponding command will have no data but the value of the **data_length** field shall be the same as that of response.

 The **data** field contains the data to be transferred.  The contents of the **data** field depend on the **AKE_ID** field and the **AKE_ID dependent** field.  For responses with a response code of REJECTED, there is no **data** field.

## 8.3.2   AKE status command

The format of the AKE status command is as follows:

---

[33] Reserved for future use.  Response with INTERIM response code should not currently be used.
[34] If future generations of System Renewability Messages (SRMM>0) are defined which have a maximum size larger than 4096 bytes, new devices will be required to support an increase in the minimum buffer size.

HTC-PHIL-EXP-SN-0963

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

| | msb | | | | | | | lsb |
|---|---|---|---|---|---|---|---|---|
| Opcode | | | | $0F_{16}$ | | | | |
| Operand[0] | | category = $0000_2$ (AKE) | | | | AKE_ID | | |
| Operand[1] | (msb) | | | | | | | |
| Operand[2] | | | | AKE_ID dependent field | | | | |
| Operand[3] | | | | | | | | |
| Operand[4] | | | | | | | | (lsb) |
| Operand[5] | | | | $FF_{16}$ | | | | |
| Operand[6] | | $F_{16}$ | | | | status | | |
| Operand[7] | | | $7F_{16}$ | | | | (msb) | |
| Operand[8] | | | | data_length | | | | (lsb) |

Both the Command and Response frames have the same structure. The values of each field of the command and response frames are identical except for the AKE_ID dependent, status, and data_length fields.

The AKE_ID field specifies the format of the AKE_ID dependent field. The AKE_ID dependent field for this encoding will be described in Section 8.3.3. Currently, only the encoding of AKE_ID=0 is defined. The other values, from $1_{16}$ to $F_{16}$, are reserved for future definition.

The status field is used by a device to query the state of another device. When the command is issued, the value of this field is set to $1111_2$. In the response, the target device overwrites this field with a value indicating its current situation.

| Value | Status | Response code |
|---|---|---|
| $0000_2$ | No error | STABLE |
| $0001_2$ | Support for no more authentication procedures is currently available | STABLE |
| $0010_2$ | No isochronous output | STABLE |
| $0011_2$ | No point to point connection | STABLE |
| $0100_2$ | DTCP unavailable | STABLE |
| $0111_2$ | Any other error | STABLE |
| $1111_2$ | No information[35] | REJECTED |

The following status codes are for testing purposes only. Products shall not return these codes, but instead return $0111_2$ (any other error) if these conditions occur.

| $1001_2$ | Authentication failed (only for test) | STABLE |
|---|---|---|

The data_length field specifies the target device's maximum data field capacity in bytes. When the status command is issued, the value of this field is set to $1FF_{16}$. In the response, the target device overwrites this field with a value indicating its current situation. The minimum value to be supported is $020_{16}$ (32 bytes).

---

[35] It is recommended that implementers not use the "No information" response.

HTC-PHIL-EXP-SN-0964

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 8.3.3  AKE_ID dependent field (AKE_ID = 0)

When AKE_ID = 0, the format of the AKE_ID dependent field is as follows:

| | msb | | | | | | | lsb |
|---|---|---|---|---|---|---|---|---|
| Operand[1] | subfunction | | | | | | | |
| Operand[2] | AKE_procedure | | | | | | | |
| Operand[3] | exchange_key | | | | | | | |
| Operand[4] | subfunction_dependent | | | | | | | |

The subfunction field specifies the operation of control commands.  The most significant bit of the subfunction field indicates whether the control command has data or not.

- If the *MSB* is 0, that command has some data and the data_length field indicates its length.

- If the *MSB* is 1, that command has no data and the data_length field indicates the length of the data field in response frame whose response code is ACCEPTED.

The subfunctions are fully described in the DTCP Specification available under license from the DTLA.  The following table summarizes the six subfunctions that are currently defined:

| Value | Subfunction | Comments |
|---|---|---|
| $01_{16}$ | CHALLENGE | Send random value.  This subfunction when sent from a sink device initiates the AKE procedure. |
| $02_{16}$ | RESPONSE | Return data computed with the received random value. |
| $03_{16}$ | EXCHANGE_KEY | Send an encrypted Exchange Key ($K_X$) to the authenticated contents-sink device. |
| $04_{16}$ | SRM | Send SRM to a device that has an outdated or smaller SRM. |
| $C0_{16}$ | AKE_CANCEL | Notify a device that the current authentication procedure cannot be continued. |
| $80_{16}$ | CONTENT_KEY_REQ | Request the data required for making Content Key ($K_C$). |

For status commands, the value of the subfunction field shall be set to $FF_{16}$.

Each bit of the AKE_procedure field corresponds to one type of authentication procedure, as described in the table below.

| Bit | AKE_procedure |
|---|---|
| 0 (lsb) | Restricted Authentication procedure (rest_auth) |
| 1 | Enhanced Restricted Authentication procedure (en_rest_auth)[36] |
| 2 | Full Authentication procedure (full_auth) |
| 3 | Extended Full Authentication procedure[37] (ex_full_auth, optional)[38] |
| 4 - 7 (msb) | Reserved for future extension and shall be zero |

---

[36] Source devices that support the Full Authentication procedure shall verify the device certificate of the sink device and examine the SRM even in Restricted Authentication.  This authentication procedure is referred to as Enhanced Restricted Authentication in this chapter.
[37] Devices that support extended device certificates use the Extended Full Authentication procedure described in this chapter.
[38] Features of this specification that are labeled as "optional" describe capabilities whose usage has not yet been established by the 5C.

HTC-PHIL-EXP-SN-0965

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

For the control command, the initiator of an authentication procedure sets one bit in this field to specify which type of authentication will be performed.  The value of the field then remains constant through the rest of that authentication procedure.

For the status command the initiator shall set the initial value of this field to $FF_{16}$.  The target will overwrite the field, clearing the bits that indicate the authentication procedures that the target does not support as a source device.  For example, if a source device supports both Full Authentication and Enhanced Restricted Authentication, the values of the AKE_procedure field would be set to $06_{16}$.

Sink devices should investigate which authentication procedures a source device supports using the status command prior to starting the authentication protocol.  The following table shows how to select the appropriate authentication procedure:

| | | Authentication Procedure Supported by the Sink Device | | |
| | | Rest_auth and En_rest_auth | Rest_auth and Full_auth | Rest_auth, Full_auth, and Ex_full_auth |
|---|---|---|---|---|
| Authentication Procedure Supported by the Source Device | Rest_auth | Restricted Authentication | Restricted Authentication | Restricted Authentication |
| | En_rest_auth and Full_auth | Enhanced Restricted Authentication | Full Authentication | Full Authentication |
| | En_rest_auth, Full_auth, and Ex_full_auth | Enhanced Restricted Authentication | Full Authentication | Extended Full Authentication |

Each bit of the exchange_key field corresponds to one (or more) key(s) as described in the table below:

| Bit | exchange_key |
|---|---|
| 0 (lsb) | Exchange Key(s) for Copy-never content (requires Full or Extended Full Authentication[39]) |
| 1 | Exchange Key for Copy-one-generation content (any authentication acceptable) |
| 2 | Exchange Key for No-more-copies content (any authentication acceptable) |
| 3 – 7 (msb) | Reserved for future extension and shall be zero |

For the control command, the sink device sets the value of this field at the start of an authentication procedure to specify which Exchange Key(s) will be supplied by the source device after the successful completion of the procedure.  For Full Authentication any bit can be set.  For Restricted Authentication, only one bit for Copy-one-generation or No-more-copies shall be set.  This field remains constant for the remainder of the authentication procedure except when the EXCHANGE_KEY subfunction is performed.

For the status command, the initiator shall set $FF_{16}$ in this field, and target shall clear every bit of the field that corresponds to an Exchange Key that the target cannot supply.

For example, if target can supply three keys that correspond to bit0 through bit2 in the table above, the value of the exchange_key field will be set to $07_{16}$.

A sink device should decide which key(s) it will require by getting this information in advance of the authentication procedure.

The definition of the subfunction_dependent field varies.  The DTCP Specification available under license from the DTLA describes the definition for control commands.  For status commands the value of this field is set to $FF_{16}$ for both the command and response frames

---

[39] If Extended Full Authentication is used, all Exchange Keys for mutually support optional ciphers will be sent following the completion of Full Authentication.

HTC-PHIL-EXP-SN-0966

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 8.4 Bus Reset Behavior

If the source device continues to transmit content on an isochronous channel following a bus reset, the same Exchange Keys and Content Keys shall be used as were in use prior to the reset.

If a bus reset occurs during an authentication procedure, both the source and sink devices shall immediately stop the authentication procedure.  Following the reset, the Source Node ID (SID) field in the CIP header may have changed requiring the sink device to restart the authentication procedure using the new SID.

## 8.5 Action when Unauthorized Device is Detected During Authentication

After returning an ACCEPTED response to an initiator of a command, the target examines the AKE information.  If the target determines that the initiator is an unauthorized device then the target shall immediately stop the AKE procedure without any notification.

HTC-PHIL-EXP-SN-0967

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## 8.6 Authentication AV/C Command Flows

The following figures illustrate the AV/C command flows used for Full and Enhanced Restricted/Restricted Authentication. Refer to Chapters 4, 5, and 6 for the specific ordering relationships between the various messages.

### 8.6.1   Figure Notation

Solid lines indicate command/response pairs that are always performed.

Dashed lines indicate command/response pairs that are performed on a conditional basis.

### 8.6.2   Full Authentication Command Flow



**Figure 19 Full Authentication Command Flow**

HTC-PHIL-EXP-SN-0968

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

### 8.6.3   Enhanced Restricted / Restricted Authentication Command Flow



Figure 20 Enhanced Restricted/Restricted Authentication Command Flow

HTC-PHIL-EXP-SN-0969

# Appendix A Additional Rules for AM824 Audio Application Types

This appendix specifies additional rules for each AM824 audio application type.

## A.1 Type 1: IEC 60958 Conformant Audio

### A.1.1 Definition

IEC 60958 conformant audio applications have a LABEL value of $00_{16}$-$3F_{16}$. IEC61937 data can also be transmitted using Type 1.

### A.1.2 Relationship between ASE-CCI and Embedded CCI

This application type utilizes three values of Embedded CCI: Copy-free, Copy-permitted-per-type, and No-more-copies. SCMS states are used as the ASE-CCI. The mapping between SCMS states as specified by IEC60958 are mapped to the Embedded CCI values as shown in Table 20.

| SCMS State | Embedded CCI Value |
|---|---|
| Recordable (Copy free) | 00 (Copy-free) |
| General | 00 (Copy-free) |
| Recordable, set L bit to "Home copy" (Copy once) | 10 (Copy-permitted-per-type) |
| Not recordable (Copy prohibited) | 01 (No-more-copies) |

**Table 20 Relationships between SCMS State and Embedded CCI**

### A.1.3 Usage of Mode A (EMI=11)

The usage of Mode A for this application type is not currently specified.

## A.2 Type 2:　　　DVD-Audio

### A.2.1 Definition

DVD-Audio applications have a LABEL value of $48_{16}$-$4F_{16}$ (for Audio data) and $D0_{16}$ (for ancillary data). ASE-CCI is transmitted as ancillary data.

HTC-PHIL-EXP-SN-0970

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

## A.2.2 Relationship between ASE-CCI and Embedded CCI

This application type utilizes three values of Embedded CCI: Copy-free, Copy-permitted-per-type and No-more-copies. audio_copy_permission[40], audio_quality[40], audio_copy_number[40], and ISRC_status[40], UPC_EAN_ISRC_number[40], and UPC_EAN_ISRC_data[40] are used as ASE-CCI. Table 21 shows relationship between ASE-CCI and Embedded CCI.

| ASE-CCI | | | Embedded CCI |
|---|---|---|---|
| audio_copy_permission | audio_quality | audio_copy_number, ISRC_status, UPC_EAN_ISRC_number, and UPC_EAN_ISRC_data | |
| 11 (No More Copies) | don't care | don't care | 01 (No-more-copies) |
| 10 (Copying is permitted per "audio_copy_number") | *41 | don't care | 01 (No-more-copies) |
| | *42 | refer to rule 2 of section A.2.4 | 10 (Copy-permitted-per-type) |
| 00 (Copy Freely) | don't care | don't care | 00 (Copy-free) |

**Table 21 DVD Audio, Relationship between ASE-CCI and Embedded CCI**

## A.2.3 Usage of Mode A (EMI=11)

Mode A shall be used only for a stream which contains one or more of the following programs:

- Audio quality of the transmitted program does not meet the requirements specified by the audio_quality, and

- The value of audio_copy_permission is $10_2$.

## A.2.4 Additional rules for recording

1) AM824 Audio Format-cognizant-recording functions shall not request Exchange Keys[43] for Mode A and Mode C.

2) An AM824 Audio Format-cognizant recording function shall comply with the rules for number of permitted copies specified by section 7.2 of "DVD Specifications for Read-Only Disc Part 4: AUDIO SPECIFICATIONS Version 1.2."

---

[40] Refer to section 7.2 of "DVD Specifications for Read-Only Disc Part 4: AUDIO SPECIFICATIONS Version 1.2.
[41] Audio quality of the transmitted program does not meet the requirements specified by the audio_quality.
[42] Audio quality of the transmitted program meets the requirements specified by the audio_quality.
[43] See Section 6.2.1.

HTC-PHIL-EXP-SN-0971

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# A.3 Type 3:  Super Audio CD

## A.3.1 Definition [Draft Version 0.9]

The Super Audio CD audio application has a LABEL value of $50_{16}$, $51_{16}$ and/or $58_{16}$ (for audio data) and $D1_{16}$ (for ancillary data).  Application specific embedded CCI is transmitted as ancillary data.  The LABEL value from $C0_{16}$ to $CF_{16}$ may also be used as common ancillary data.

## A.3.2 Relationship between ASE-CCI and Embedded CCI [Draft Version 0.9]

This application type utilizes one value of Embedded CCI: No-more-copies and both Track_Attribute[44] and Track_Copy_Management[44] are used as ASE-CCI in this revision of this specification.  Table 22 shows relationship between ASE-CCI and Embedded CCI.

| ASE-CCI | | Embedded CCI |
|---|---|---|
| Track_Attribute | Track_Copy_Management | |
| $0000_2$ | All 0 | 01 (No-more-copies) |
| Other combinations | | $*$[45] |

**Table 22 Super Audio CD, Relationship between ASE-CCI and Embedded CCI**

## A.3.3 Usage of Mode A (EMI=11) [Draft Version 0.9]

For a stream, that contains one or more of the following programs. Mode A shall be used:

- The value of Track_Attribute $0000_2$ and Track_Copy_Management is all 0.

- Other combinations of Track_Attribute and Track_Copy_Management values in this revision of this specification. They are reserved for future enhancement.  This provision is subject to revision.

---

[44] Refer to the Super Audio CD System Description Version 1.2 Part 3.
[45] These combinations are reserved for future enhancement and the associated Embedded CCI shall be regarded as "No-more-copies" for this revision of this specification.  This provision is subject to revision.

HTC-PHIL-EXP-SN-0972

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

This page is intentionally left blank.

HTC-PHIL-EXP-SN-0973

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# Appendix B DTCP_Descriptor for MPEG Transport Streams

Appendix B is a supplement to Section 6.4 Copy Control Information (CCI) which describes a method for carrying CCI in an MPEG-TS transmission.

## B.1 DTCP_descriptor

As no standardized method for carrying Embedded CCI in the MPEG-TS is currently available, the DTLA has established the DTCP_descriptor to provide a uniform data field to carry Embedded CCI in the MPEG-TS. When MPEG-TS format content is protected by DTCP, the DTCP_descriptor shall be used to deliver Embedded CCI information to sink devices.

## B.2 DTCP_descriptor syntax

The DTCP_descriptor is defined in accordance with the ATSC_CA_descriptor specified by ATSC[46] document A/70[47].  Table 23 shows the descriptor syntax:

| Syntax | Size (bits) | Format[48] | Value |
|---|---|---|---|
| DTCP_descriptor(){ | | | |
|    descriptor_tag | 8 | uimsbf | 0x88 |
|    descriptor_length | 8 | uimsbf | |
|    CA_System_ID | 16 | uimsbf | 0x0fff |
|    for(I=0; I<descriptor_length-2; i++){ | | | |
|       private_data_byte | 8 | bslbf | |
|    } | | | |
| } | | | |

**Table 23 DTCP_descriptor Syntax**

The definition of the private_data_byte field of the DTCP_descriptor is given in Table 24.

| Syntax | Size(bits) | Format[48] |
|---|---|---|
| private_data_byte{ | | |
|    reserved | 1 | bslbf |
|    Retention_Move_mode | 1 | bslbf |
|    Retention_State | 3 | bslbf |
|    EPN | 1 | bslbf |
|    DTCP_CCI | 2 | bslbf |
|    reserved | 5 | bslbf |
|    Image_Constraint_Token | 1 | bslbf |
|    APS | 2 | bslbf |
| } | | |

**Table 24 Syntax of private_data_byte for DTCP_descriptor**

---

[46] Advanced Television Systems Committee
[47] Conditional Access System for Terrestrial Broadcast (A/70) ATSC standard
[48] as described in the definition of ISO/IEC 13818-1

HTC-PHIL-EXP-SN-0974

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

The DTCP_descriptor allows for future expandability should it become necessary to add newly defined Embedded CCI. In the event that additional Embedded CCI is defined by the DTLA to support additional functionality, the length of the private_data_byte field and the descriptor_length value may be extended. If this occurs, currently defined fields in the private_data_byte shall not be altered to ensure backward compatibility. All devices shall be designed so that any change to the descriptor_length value that results from an extension of the private_data_byte field shall not prevent access to contents of the private_data_byte defined as of the time the device is manufactured.

## B.2.1 private_data_byte Definitions:

**Retention_Move_mode [Draft Version 0.9]**
This field is used to indicate the mode of the Move function or the Retention function in combination with the DTCP_CCI as shown in following tables.

| Modes | Retention_Move_mode | DTCP_CCI |
|---|---|---|
| Move-mode | $0_2$ | $10_2$ |
| Non-Move-mode | Other combinations | |

Table 25 Move Function Modes

| Modes | Retention_Move_mode | DTCP_CCI |
|---|---|---|
| Retention-mode | $0_2$ | $11_2$ |
| Non-Retention-mode | Other combinations | |

Table 26 Retention Function Modes

**Retention_State[49][50] [Draft Version 0.9]**
This field indicates the value of the Retention_State.

| Retention_State_Indicator | Retention Time |
|---|---|
| $000_2$ | Forever |
| $001_2$ | 1 week |
| $010_2$ | 2 days |
| $011_2$ | 1 day |
| $100_2$ | 12 hours |
| $101_2$ | 6 hours |
| $110_2$ | 3 hours |
| $111_2$ | 90 minutes |

Table 27 Retention States

**EPN [49][Draft Version 0.9]**
This field indicates the value of the Encryption Plus Non-assertion (EPN).

| EPN | Meaning |
|---|---|
| $0_2$ | EPN-asserted |
| $1_2$ | EPN-unasserted |

**Table 28 EPN**

---

[49] Definition and usage are specified in EXHIBIT "B" of the "DIGITAL TRANSMISSION PROTECTION LICENSE AGREEMENT"

[50] If an inter-industry standard or consensus supports retention states that differ from those set forth in this Specification, then this Specification may be amended or supplemented to reflect such consensus retention states.

HTC-PHIL-EXP-SN-0975

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

**DTCP_CCI**

This field indicates the copy generation management information as in Table 29.

| DTCP_CCI | Meaning |
|---|---|
| $00_2$ | Copy-free |
| $01_2$ | No-more-copies |
| $10_2$ | Copy-one-generation |
| $11_2$ | Copy-Never |

**Table 29 DTCP_CCI**

**Image_Constraint_Token**[51] This field indicates the value of the Image_Constraint_Token.

| Image_Constraint_Token | Meaning |
|---|---|
| $0_2$ | High Definition Analog Output in the form of Constrained Image |
| $1_2$ | High Definition Analog Output in High Definition Analog Form |

**Table 30 Image_Constraint_Token**

**APS**[52]

This field indicates the analog copy protection information as in Table 31.

| APS | Meaning |
|---|---|
| $00_2$ | Copy-free |
| $01_2$ | APS is on : Type 1 (AGC) |
| $10_2$ | APS is on : Type 2 (AGC + 2L Colorstripe[53]) |
| $11_2$ | APS is on : Type 3 (AGC + 4L Colorstripe[53]) |

**Table 31 APS**

**reserved** : These bits are reserved for future definition and are currently defined to have a value of one.

---

[51] Definition and usage of the Image Constraint Token is specified in EXHIBIT "B" of the "DIGITAL TRANSMISSION PROTECTION LICENSE AGREEMENT"

[52] as described in the Specification of the Macrovision Copy Protection Process for DVD Products, Revision 7.1.D1, September 30, 1999

[53] 2L/4L Colorstripe is applicable on for NTSC analog output.

HTC-PHIL-EXP-SN-0976

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

# B.3 Rules for the Usage of the DTCP_descriptor

## B.3.1 Transmission of a partial MPEG TS[54]

When a partial MPEG-TS that includes one or more programs is transmitted using DTCP, Format-cognizant source function shall insert the DTCP_descriptor into the PMT[55] of each program for which the CCI is not Copy-free or EPN assertion is required.  When the DTCP_descriptor is inserted, it shall only be applied to the PMT.

A Format-cognizant source function shall set the DTCP_CCI bits, APS bits, and any other Embedded CCI defined by the DTLA within the DTCP_descriptor according to the CCI provided for each program within the MPEG-TS. The DTCP descriptor shall be inserted into the program_info loop of the relevant PMT.

Additionally, if any of the Elementary Streams within a program are assigned specific CCI values, format-cognizant source function shall set the DTCP_CCI bits, APS bits, and any other Embedded CCI defined by the DTLA within the DTCP_descriptor according to that CCI.  The DTCP_descriptor shall be inserted into the ES_info loop of the relevant PMT for the Elementary Stream.

## B.3.2 Transmission of a full MPEG TS

When a full MPEG-TS is transmitted with DTCP protection, the same rules as for partial MPEG-TS are applied for all the programs within the TS.

## B.3.3 Treatment of the DTCP_descriptor by the sink device

This section describes the treatment of the DTCP_descriptor when received by a sink device.  When the function of the sink device is format cognizant and receives recognizable Embedded CCI other than the DTCP_descriptor within an MPEG-TS, the alternative Embedded CCI shall take precedence over the information contained within the DTCP_descriptor.  Furthermore, the DTCP_descriptor is only valid when it is inserted into the PMT.  If a DTCP_descriptor is found in another location, it shall be ignored.

When the only Embedded CCI detected is the DTCP_descriptor, the DTCP_descriptor shall be regarded as the Embedded CCI described in Sections 6.4.4.3 and 6.4.4.4 and interpreted as follows:

- If a DTCP_descriptor is found in an ES_info loop of the PMT, the Embedded CCI value contained in the DTCP_descriptor should only be used as the CCI for the specific ES for which the DTCP_descriptor is associated.

- If a DTCP_descriptor is not found in the ES_info loop for a specific ES, but is instead found in the program_info loop, the Embedded CCI values contained within the DTCP_descriptor shall be used as the CCI for that ES.

- A program in a stream shall be regarded as Copy-free if the stream contains multiple programs and neither Embedded CCI nor DTCP_descriptor are detected in the program and a DTCP_descriptor is detected in another program on the same stream.

---

[54] as described in the definition of EN 300 468
[55] as described in the definition of ISO/IEC 13818-1

HTC-PHIL-EXP-SN-0977

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

This page is intentionally left blank.

HTC-PHIL-EXP-SN-0978

# Appendix C Limitation of the Number of Sink Devices Receiving a Content Stream [Draft Version 0.9]

The number of Authenticated Sink Devices receiving the same content stream shall be limited to no more than 62 devices at any time.

## C.1 Mechanism of Limitation

A source device that has a Full Authentication capability shall count the number of sink device using a Sink Counter. When an authentication with a non-registered sink device is successful, the source device shall increment the Sink Counter and register the sink device using its Device ID. The source device shall also increment the Sink Counter after successful authentication with a sink device, regardless of its registration status, when the AP flag in that sink's Device Certificate is set to one.

When the source device expires its Exchange Keys (see section 6.3.1), the Sink Counter is reset to zero and the list of Device IDs of the registered sink devices is cleared.

When the Sink Counter reaches 62, the source device shall reject further authentication requests with the status code of $0111_2$ "Any other error". This status code should not be used for other commands, when the Sink Counter reaches 62.

A source device may decrement its Sink Counter when a registered sink device is removed from system.



**Figure 21 Sink Counter Algorithm**

HTC-PHIL-EXP-SN-0979

Digital Transmission Content Protection Specification Revision 1.2 (Informational Version)

HTC-PHIL-EXP-SN-0980