# Exhibit 5
## to
## Motion to Exclude
## (Dr. Nielson – HTC)

John Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer (*pro hac vice* pending)
Jonathan Putman (*pro hac vice* pending)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

Attorneys for Defendants HTC Corp. and
HTC America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG |
| | JURY TRIAL DEMANDED |
| | **HTC'S PATENT L.R. 3-4 DISCLOSURES** |

Pursuant to Patent L.R. 3-4, Defendants HTC Corp. and HTC America, Inc. ("HTC") hereby make the following disclosures of documents HTC has produced in this matter. These disclosures are based upon information reasonably and presently available to HTC. Fact discovery is still ongoing and depositions have not been completed. Therefore, and in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California ("Civil L.R."), and the Patent L.R., HTC expressly reserves the right to modify, amend, retract, and/or supplement these Disclosures as additional evidence and information becomes available to HTC, as HTC's understanding of this information changes, or as otherwise appropriate. HTC reserves the right to contest that any of the following identified documents meets the definitions provided in Patent L.R. 3-4. HTC also reserves the right to rely on any document identified by Plaintiff, other Defendants, or Intervenor Microsoft in their respective disclosures.

**(a) Source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality identified by the patent claimant in its Patent L.R. 3-1(c) chart.**

In compliance with Patent L.R. 3-4, HTC hereby identifies the following documents that HTC has produced in this matter. HTC reserves all rights, however, to contest that any of the following identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-4. HTC further reserves all rights to rely on documents produced by other parties or non-parties in this matter: HTC-PHIL-SRC-000001 - HTC-PHIL-SRC-007168; HTC-PHIL-000001 - HTC-PHIL-018152, HTC-PHIL-124100 - HTC-PHIL-124865.

**(b) A copy or sample of the prior art identified pursuant to Patent L.R. 3-3(a) which does not appear in the file history of the patent(s) at issue. To the extent any such item is not in English, an English translation of the portion(s) relied upon shall be produced.**

In compliance with Patent L.R. 3-4, HTC hereby identifies the following documents. HTC reserves all rights, however, to contest that any of the following

identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-4.  HTC further reserves all rights to rely on documents produced by other parties or non-parties in this matter:  *See* Exhibit 1, attached hereto.

**(c) All agreements that the party opposing infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation.**

In compliance with Patent L.R. 3-4, HTC hereby identifies the following documents that HTC has produced in this matter.  HTC reserves all rights, however, to contest that any of the following identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-4.  HTC further reserves all rights to rely on documents produced by other parties or non-parties in this matter:  HTC-PHIL-130392-130478, HTC-PHIL-130488-130878, and HTC-PHIL-223934-223957.

**(d) Documents sufficient to show the sales, revenue, cost, and profits for accused instrumentalities identified pursuant to Patent L.R. 3-1(b) for any period of alleged infringement.**

In compliance with Patent L.R. 3-4, HTC hereby identifies the following documents that HTC has produced in this matter.  HTC reserves all rights, however, to contest that any of the following identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-4.  HTC further reserves all rights to rely on documents produced by other parties or non-parties in this matter: HTC-PHIL-129942.

**(e) All agreements that may be used to support the party denying infringement's damages case.**

In compliance with Patent L.R. 3-4, HTC hereby identifies the following documents that HTC has produced in this matter.  HTC reserves all rights, however, to contest that any of the following identified documents meets or otherwise complies with the definitions provided within Patent L.R. 3-4.  HTC further reserves all rights to rely on documents produced by other parties or non-parties in this matter:  *See* Section (c), *supra,* HTC-PHIL-130479-130487, HTC-PHIL-223865-223933, and HTC-PHIL-226168-226173.

Dated: November 15, 2018

  _/s/ Jonathan Putman_____
John P. Schnurer (Cal. Bar No. 185725)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com


Ryan McBrayer (*pro hac vice* to be filed)
Jonathan Putman (*pro hac vice* to be filed)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

1

**CERTIFICATE OF SERVICE**

2

On November 15, 2018, I caused the foregoing document to be served by

3  electronic mail on the following:

4

5   Michael P. Sandonato (*admitted pro hac vice*)           Robert S. Pickens (*admitted pro hac vice*)
    MSandonato@Venable.com                                 RSPickens@Venable.com
6   John D. Carlin (*admitted pro hac vice*)                Sean M. McCarthy (*admitted pro hac vice*)
    JCarlin@Venable.com                                    SMcCarthy@Venable.com
7   Natalie Lieber (*admitted pro hac vice*)                Jaime F. Cardenas-Navia (*admitted pro hac vice*)
    NDLieber@Venable.com                                   JFCardenas-Navia@Venable.com
8   Christopher M. Gerson (*admitted pro hac vice*)         Joyce L. Nadipuram (*admitted pro hac vice*)
    CGerson@Venable.com                                    JNadipuram@Venable.com
9   Jonathan M. Sharret (*admitted pro hac vice*)           Caitlyn N. Bingaman (*admitted pro hac vice*)
    JSharret@Venable.com                                   CNBingaman@Venable.com
10  Daniel A. Apgar (*admitted pro hac vice*)
    DApgar@Venable.com
11  VENABLE LLP
12  1290 Avenue of the Americas
    New York, New York 10104-3800
13  Tel: (212) 218-2100
    Fax: (212) 218-2200
14

15  Chris Holland (SBN 164053)
    cholland@hollandlawllp.com
16  Lori L. Holland (SBN 202309)
    lholland@hollandlawllp.com
17  Ethan Jacobs (SBN 291838)
    ejacobs@hollandlawllp.com
18  HOLLAND LAW LLP
19  220 Montgomery Street, Suite 800
    San Francisco, CA 94104
20  Tel: (415) 200-4980
    Fax: (415) 200-4989
21  *Attorneys for Plaintiffs*

22  Kai Tseng (Cal. Bar No. 193756)               Michael J. Newton
23  Hsiang ("James") H. Lin (Cal. Bar No. 241472)  ALSTON & BIRD LLP
    Craig Kaufman (Cal. Bar No. 159458)           2828 North Harwood Street, #1800
24  TECHKNOWLEDGE LAW GROUP LLP                    Dallas, Texas, 75201
    100 Marine Parkway, Suite 200                  +1 (214) 922-3400
25  Redwood Shores, California, 94065              +1 (214) 922-3899 facsimile
26  +1 (650) 517-5200                             asus-philips@alston.com
    +1 (650) 226-3133 facsimile
27  acer.philips-tklgall@tklg-llp.com

28  *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer*

*Attorneys for Defendants Acer, Inc. and International Acer America Corporation*

Kevin Hardy (*pro hac vice* pending)      Matthew S. Warren (Cal. Bar No. 230565)
Aaron Maurer (*pro hac vice* pending)     Patrick M. Shields (Cal. Bar No. 204739)
David Krinsky (*pro hac vice* pending)    Erika H. Warren (Cal. Bar No. 230565)
Christopher Geyer (Cal. Bar No. 288527)   Amy M. Bailey (Cal. Bar No. 313151)
Christopher A. Suarez (*pro hac vice* pending)   WARREN LEX LLP
Kyle Thomason (*pro hac vice* pending)    2261 Market Street, No. 606
WILLIAMS & CONNOLLY LLP                   San Francisco, California, 94110
725 Twelfth Street, N.W.                  +1 (415) 895-2940
Washington, District of Columbia, 20005   +1 (415) 895-2964 facsimile
+1 (202) 434-5000                         18-1885@cases.warrenlex.com
+1 (202) 434-5029 facsimile               18-1886@cases.warrenlex.com
viceroy@wc.com

*Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Judith Jennison (Cal. Bar No. 165929)
Christina McCullough (Cal. Bar No. 245944)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com

Sarah Stahnke (Cal. Bar No. 264838)
Patrick J. McKeever (Cal. Bar No. 245944)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Cal. Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP

131 South Dearborn, Suite 1700
Chicago, Illinois 60603
+1 (312) 324-8400
+ (312) 324-9400 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants*
*Microsoft Corporation and Microsoft Mobile, Inc.*

_/s/ Jonathan Putman_____
Jonathan Putman

# EXHIBIT 1

/Production/Builds/RP G2/

/Production/Help Website/help/library/guides/extend/old/

/Production/Help Website/help/library/guides/producer/

/Production/Help Website/help/library/guides/production/

/Production/Help Website/help/library/guides/productiong261/

/Production/Help/RealPlayer Plus/G2/manual/

/Production/Help/RealPlayer Plus/G2/tutorials/

/Production/Help/Website/help/library/guides/g2/

/Production/Help/Website/help/library/guides/rplay7auth

/Production/Help/Website/help/library/guides/smilwiz/

CARR-000000-CARR-004352

CARR-004353-CARR-4366

CLANTONPHIL000001-CLANTONPHIL000013

CLANTONPHIL0000014-CLANTONPHIL000807

Documents produced by AMD in response to a subpoena to same

Documents produced by Apple in response to a subpoena to same

Documents produced by Casio in response to a subpoena to same

Documents produced by Charles Clanton, III in response to a subpoena to same

Documents produced by Digital Content Protection, LLC in response to a subpoena to same

Documents produced by Envision Peripherals and P&F USA, Inc. in response to a subpoena to same

Documents produced by ESRI Global Inc. in response to a subpoena to same

Documents produced by Eugene Shteyn in response to a subpoena to same

Documents produced by Google in response to a subpoena to same

Documents produced by Hitachi in response to a subpoena to same

Documents produced by IBM in response to a subpoena to same

Documents produced by IDEO in response to a subpoena to same

Documents produced by Intel in response to a subpoena to same

Documents produced by LG in response to subpoena to same

Documents produced by NVIDIA in response to a subpoena to same

Documents produced by Oracle in response to a subpoena to same

Documents produced by Quo Vadis in response to a subpoena to same

Documents produced by Real Networks in response to a subpoena to same

Documents produced by T-Mobile USA in response to a subpoena to same

Documents produced by Texas Instruments in response to a subpoena to same

Documents produced by Towson University in response to a subpoena to same

Documents produced by Voiceage in response to a subpoena to same

HITACHI_000287-HITACHI_000288

LGPHIL0001–LGPHIL0300

MSFT_PHILIPS_00015697

MSFT_PHILIPS_000335839

MSFT_PHILIPS_000335840

MSFT_PHILIPS_000335841-MSFT_PHILIPS_000335852

MSFT_PHILIPS_00335650-MSFT_PHILIPS_00335652

MSFT_PHILIPS_00335653-MSFT_PHILIPS_00335836

MSFT_PHILIPS_00335837-MSFT_PHILIPS_00335838

MSFT_PHILIPS_00335853-MSFT_PHILIPS_00335954

MSFT_PHILIPS_00335955-MSFT_PHILIPS_00335964

MSFT_PHILIPS_00336025-MSFT_PHILIPS_00336062

MSFT_PHILIPS_00336072-MSFT_PHILIPS_00336087

MSFT_PHILIPS_00336120-MSFT_PHILIPS_00336142

MSFT_PHILIPS_00336143-MSFT_PHILIPS_00336175

MSFT_PHILIPS_00336180-MSFT_PHILIPS_00336186

MSFT_PHILIPS_00336187-MSFT_PHILIPS_00336230

MSFT_PHILIPS_00336231-MSFT_PHILIPS_00336235

MSFT_PHILIPS_00336236-MSFT_PHILIPS_00336237

MSFT_PHILIPS_00336238

MSFT_PHILIPS_00336240-MSFT_PHILIPS_00336286

MSFT_PHILIPS_00336287-MSFT_PHILIPS_00336292

MSFT_PHILIPS_00336293

MSFT_PHILIPS_00336294

MSFT_PHILIPS_00336295-MSFT_PHILIPS_00336296

MSFT_PHILIPS_00336297-MSFT_PHILIPS_00336299

MSFT_PHILIPS_00336300-MSFT_PHILIPS_00336304

MSFT_PHILIPS_00336305-MSFT_PHILIPS_00336308

MSFT_PHILIPS_00336309-MSFT_PHILIPS_00336310

MSFT_PHILIPS_00336311-MSFT_PHILIPS_00336317

MSFT_PHILIPS_00336318-MSFT_PHILIPS_00336320

MSFT_PHILIPS_00336321-MSFT_PHILIPS_00336330

MSFT_PHILIPS_00336331-MSFT_PHILIPS_00336334

MSFT_PHILIPS_00336335-MSFT_PHILIPS_00336338

MSFT_PHILIPS_00336339

MSFT_PHILIPS_00336340-MSFT_PHILIPS_00336343

MSFT_PHILIPS_00336344

MSFT_PHILIPS_00336345-MSFT_PHILIPS_00336367

MSFT_PHILIPS_00336368

MSFT_PHILIPS_00336369-MSFT_PHILIPS_00336401

MSFT_PHILIPS_00336402

MSFT_PHILIPS_00336403-MSFT_PHILIPS_00336459

MSFT_PHILIPS_00336460-MSFT_PHILIPS_00336461

MSFT_PHILIPS_00336462-MSFT_PHILIPS_00336508

MSFT_PHILIPS_00336509-MSFT_PHILIPS_00336544

MSFT_PHILIPS_00336545-MSFT_PHILIPS_00336548

MSFT_PHILIPS_00336549-MSFT_PHILIPS_00336550

MSFT_PHILIPS_00344527-MSFT_PHILIPS_00344530

MSFT_PHILIPS_00344531-MSFT_PHILIPS_00344532

MSFT_PHILIPS_00344533-MSFT_PHILIPS_00344584

MSFT_PHILIPS_00344603-MSFT_PHILIPS_00344628

MSFT_PHILIPS_00344816

MSFT_PHILIPS_00344817

MSFT_PHILIPS_00344818-MSFT_PHILIPS_00344820

MSFT_PHILIPS_00344821-MSFT_PHILIPS_00344822

MSFT_PHILIPS_00344823-MSFT_PHILIPS_00344826

MSFT_PHILIPS_00344827-MSFT_PHILIPS_00344830

MSFT_PHILIPS_00344831-MSFT_PHILIPS_00344843

MSFT_PHILIPS_00344867-MSFT_PHILIPS_00344879

MSFT_PHILIPS_00344880-MSFT_PHILIPS_00344915

MSFT_PHILIPS_00345047-MSFT_PHILIPS_00345068

MSFT_PHILIPS_00345069-MSFT_PHILIPS_00345098

MSFT_PHILIPS_00345110-MSFT_PHILIPS_00345205

MSFT_PHILIPS_00345206-MSFT_PHILIPS_00345210

MSFT_PHILIPS_00345424-MSFT_PHILIPS_00345453

MSFT_PHILIPS_00345454-MSFT_PHILIPS_00345466

MSFT_PHILIPS_00345467-MSFT_PHILIPS_00345470

MSFT_PHILIPS_00345471-MSFT_PHILIPS_00345479

MSFT_PHILIPS_00345480-MSFT_PHILIPS_00345483

MSFT_PHILIPS_00345484

MSFT_PHILIPS_00345485

MSFT_PHILIPS_00345486-MSFT_PHILIPS_00345487

MSFT_PHILIPS_00345488-MSFT_PHILIPS_00345493

MSFT_PHILIPS_00345494-MSFT_PHILIPS_00345502

MSFT_PHILIPS_00352161-MSFT_PHILIPS_00352164

MSFT_PHILIPS_00352239-MSFT_PHILIPS_00352340

MSFT_PHILIPS_00352285

MSFT_PHILIPS_00352294-MSFT_PHILIPS_00352298

MSFT_PHILIPS_00352333

MSFT_PHILIPS_00352334

MSFT_PHILIPS_00352352-MSFT_PHILIPS_00352354

MSFT_PHILIPS_00352356-MSFT_PHILIPS_00352515

MSFT_PHILIPS_00352518

MSFT_PHILIPS_00352519-MSFT_PHILIPS_00352553

MSFT_PHILIPS_00352554-MSFT_PHILIPS_00352571

MSFT_PHILIPS_00352572-MSFT_PHILIPS_00352577

MSFT_PHILIPS_00352578-MSFT_PHILIPS_00352579

MSFT_PHILIPS_00352580-MSFT_PHILIPS_00352620

MSFT_PHILIPS_00352621-MSFT_PHILIPS_00352624

MSFT_PHILIPS_00352625-MSFT_PHILIPS_00352715

MSFT_PHILIPS_00352716-MSFT_PHILIPS_00352722

MSFT_PHILIPS_00352824-MSFT_PHILIPS_00353105

MSFT_PHILIPS_00353106-MSFT_PHILIPS_00353195

MSFT_PHILIPS_00353196-MSFT_PHILIPS_00353229

MSFT_PHILIPS_00353230

MSFT_PHILIPS_003532301

MSFT_PHILIPS_00353278-MSFT_PHILIPS_00353302

PHILIPS_MSFT_SC00002980-PHILIPS_MSFT_SC00003020

PHILIPS00012248-PHILIPS00012360

PHILIPS00097320-PHILIPS00097402

PHILIPS00097403-PHILIPS00097404

PRIORART000285-PRIORART000308

PRIORART000635-PRIORART000654

PRIORART001058-PRIORART001071

PRIORART001089-PRIORART001098

PRIORART001175-PRIORART001196

PRIORART001284-PRIORART001349

PRIORART001408-PRIORART025508

PRIORART001461-PRIORART001506

PRIORART001507-PRIORART001529

PRIORART001844-PRIORART001856

PRIORART001965-PRIORART001971

PRIORART002328-PRIORART002348

PRIORART002361-PRIORART002378

PRIORART002379-PRIORART002399

PRIORART002771-PRIORART002949

PRIORART003359-PRIORART003381

PRIORART003388-PRIORART0093

PRIORART003392-PRIORART003393

PRIORART003403-PRIORART003598

PRIORART003605-PRIORART003617

PRIORART004440-PRIORART004451

PRIORART004452-PRIORART004466

PRIORART004467-PRIORART004476

PRIORART004507-PRIORART004526

PRIORART004527-PRIORART004535

PRIORART004536-PRIORART004547

PRIORART004548-PRIORART004562

PRIORART004563-PRIORART004582

PRIORART004617-PRIORART004621

PRIORART004711-PRIORART004851

PRIORART004892-PRIORART004925

PRIORART004926-PRIORART004969

PRIORART004970

PRIORART004971-PRIORART004973

PRIORART004994-PRIORART004999

PRIORART005036-PRIORART005038

PRIORART005036-PRIORART005041

PRIORART006116-PRIORART006124

PRIORART006268-PRIORART006270

PRIORART006418- PRIORART006421

PRIORART006444-PRIORART006454

PRIORART006828-PRIORART006830

PRIORART006847-PRIORART006868

PRIORART006932-PIORART006991

PRIORART007053-PRIORART007187

PRIORART007257-PRIORART007262

PRIORART007294-PRIORART007306

PRIORART007360-PRIORART007634

PRIORART008026-PRIORART008039

PRIORART008169-PRIORART008286

PRIORART008287-PRIORART008326

PRIORART008594-PRIORART008683

PRIORART008759-PRIORART008796

PRIORART008984-PRIORART008992

PRIORART009002-PRIORART009011

PRIORART009506-PRIORART009518

PRIORART009940-PRIORART009944

PRIORART010358-PRIORART010366

PRIORART010500-PRIORART010505

PRIORART010550-PRIORART010553

PRIORART010633-PRIORART010642

PRIORART010770-PRIORART010788

PRIORART011843-PRIORART011852

PRIORART012140-PRIORART012158

PRIORART012256-PRIORART012258

PRIORART012287-PRIORART012295

PRIORART012469-PRIORART012473

PRIORART013205-PRIORART013215

PRIORART013234-PRIORART013236

PRIORART013425-PRIORART013426

PRIORART013429-PRIORART013572

PRIORART013573-PRIORART013608

PRIORART013718-PRIORART013719

PRIORART013743-PRIORART013744

PRIORART013745-PRIORART013748

PRIORART013886-PRIORART013889

PRIORART013949-PRIORART013956

PRIORART014470–PRIORART014486

PRIORART014810

PRIORART014847-PRIORART014873

PRIORART015137-PRIORART015138

PRIORART015139-PRIORART015166

PRIORART015257-PRIORART015259

PRIORART016359-PRIORART016369

PRIORART016720-PRIORART016749

PRIORART016750-PRIORART016767

PRIORART016834-PRIORART016861

PRIORART016862-PRIORART016879

PRIORART017058-PRIORART017072

PRIORART017324-PRIORART017332

PRIORART017467-PRIORART017475

PRIORART017650-PRIORART017672

PRIORART017858-PRIORART017923

PRIORART017924-PRIORART017951

PRIORART018643-PRIORART018655

PRIORART018928-PRIORART019013

PRIORART019038-PRIORART019045

PRIORART019585-PRIORART019602

PRIORART019585-PRIORART19602

PRIORART019629-PRIORART019649

PRIORART019775-PRIORART019810

PRIORART020069-PRIORART020085

PRIORART021041-PRIORART021072

PRIORART023127-PRIORART023140

PRIORART023230-PRIORART023240

PRIORART024403-PRIORART024447

PRIORART024891-PRIORART024925

PRIORART025543-PRIORART025563

PRIORART025591-PRIORART025611

PRIORART025746-PRIORART025757

PRIORART025826-PRIORART025846

PRIORART026144-PRIORART026161

PRIORART026394-PRIORART026430

PRIORART027288-PRIORART027332

PRIORART027333-PRIORART027373

PRIORART027398-PRIORART027428

PRIORART028024-PRIORART028034

PRIORART028035-PRIORART028058

PRIORART028535-PRIORART028563

PRIORART028920-PRIORART028970

PRIORART029145-PRIORART029167

PRIORART029168-PRIORART029325

PRIORART029425-PRIORART029459

PRIORART029476-PRIORART029483

PRIORART029663

PRIORART029772-PRIORART029816

PRIORART029817-PRIORART029832

PRIORART029874-PRIORART029940

PRIORART029941-PRIORART030018

PRIORART030222-PRIORART030336

PRIORART030521-PRIORART030535

PRIORART030536-PRIORART030627

PRIORART030628-PRIORART030675

PRIORART035459-PRIORART035556

PRIORART035557-PRIORART035575

PRIORART035654-PRIORART035750

PRIORART035751–PRIORART035761

PRIORART035762-PRIORART035775

PRIORART035776-PRIORART035813

PRIORART035872-PRIORART035875

PRIORART035892-PRIORART035901

PRIORART035907-PRIORART035909

PRIORART036012-PRIORART036031

PRIORART036130-PRIORART036199

PRIORART036551-PRIORART036558

PRIORART036559-PRIORART037020

PRIORART037021-PRIORART037230

PRIORART037231-PRIORART037360

PRIORART037361

PRIORART037362-PRIORART037605

PRIORART037606-PRIORART037865

PRIORART037866–PRIORART037871

PRIORART037913-PRIORART037920

PRIORART037945-PRIORART037950

PRIORART037951-PRIORART037969

PRIORART038011–PRIORART038042

PRIORART039208 - PRIORART039242

PRIORART039530

PRIORART039531-PRIORART040141

PRIORART040142-PRIORART040308

PRIORART040309-PRIORART040310

PRIORART040311-PRIORART040343

PRIORART040344-PRIORART040420

PRIORART040505-PRIORART040523

PRIORART040535-PRIORART040573

PRIORART040579-PRIORART040584

PRIORART040590-PRIORART040606

PRIORART040607

PRIORART040722-PRIORART040726

PRIORART040727-PRIORART040820

PRIORART040832-PRIORART040887

PRIORART041026

PRIORART041040-PRIORART041138

PRIORART041140-PRIORART041144

PRIORART041145-PRIORART041168

PRIORART041169-PRIORART042213

PRIORART042214-PRIORART042580

PRIORART042581-PRIORART042680

PRIORART043238-PRIORART043252

PRIORART043336-PRIORART043345

PRIORART043356-PRIORART043385

PRIORART043443-PRIORART043488

PRIORART043489-PRIORART043572

PRIORART043682-PRIORART043695

PRIORART043714-PRIORART043725

PRIORART043856-PRIORART043957

PRIORART044042

PRIORART044043-PRIORART044052

PRIORART044069-PRIORART044077

PRIORART044168-PRIORART044171

PRIORART044172-PRIORART044210

PRIORART044252-PRIORART044311

PRIORART044320-PRIORART044251

PRIORART044341-PRIORART044360

PRIORART044343-PRIORART044347

PRIORART044348-PRIORART044351

PRIORART044362-PRIORART044381

PRIORART044382-PRIORART044385

PRIORART044427-PRIORART044493

PRIORART044494-PRIORART054968

PRIORART044587-PRIORART044619

PRIORART044624-PRIORART044694

PRIORART044711-PRIORART044716

PRIORART044751

PRIORART044966-PRIORART044968

PRIORART045116-PRIORART045122

PRIORART045362-PRIORART045369

PRIORART045377-PRIORART045382

PRIORART045386-87

PRIORART045458-PRIORART045475

PRIORART046087-PRIORART046100

PRIORART046634-PRIORART046636

PRIORART046652-PRIORART046653

PRIORART046785-PRIORART046796

PRIORART047230-PRIORART047232

PRIORART047339-PRIORART047341

PRIORART047348-PRIORART047349

PRIORART047352

PRIORART047717-PRIORART044738

PRIORART047743-PRIORART044744

PRIORART048633-PRIORART048641

PRIORART048664-PRIORART048666

PRIORART048706-PRIORART048708

PRIORART048913-PRIORART048916

PRIORART049282

PRIORART049335-049363

PRIORART050308

PRIORART050401

PRIORART050402

PRIORART050404

PRIORART050920-PRIORART050933

PRIORART051018-PRIORART051021

PRIORART051214-PRIORART051216

PRIORART051236-PRIORART051244

PRIORART051245-PRIORART051246

PRIORART051248

PRIORART052029-PRIORART052037

PRIORART052121-PRIORART052145

PRIORART052195-PRIORART052201

PRIORART053294-PRIORART053297

PRIORART053304-PRIORART053308

PRIORART053413-PRIORART053415

PRIORART053416-PRIORART053513

PRIORART053514-PRIORART053662

PRIORART053585-PRIORART053623

PRIORART053624-PRIORART053662

PRIORART053663-PRIORART053743

PRIORART053744-PRIORART053782

PRIORART053783-PRIORART053819

PRIORART053820-PRIORART053858

PRIORART053941-PRIORART054260

PRIORART054288-PRIORART054294

PRIORART054480

PRIORART054513-PRIORART054516

PRIORART054633-PRIORART054634

PRIORART054969-PRIORART055222

PRIORART055223

PRIORART055466

PRIORART055467-PRIORART055474

PRIORART055477

Source code associated with the GRiNS System

TU-PHIL-0001