# Exhibit 7
## to
## Motion to Exclude
## (Dr. Nielson – HTC)




Home | DTCP | Specifications



DTCP

Agreements

Approved Technologies

Specifications

## DTCP Informational Specifications

The following are informational versions of the Volume 1 specification documents, which omit specific sections and sensitive information. These specifications are not complete and should not be utilized for product implementation. The complete DTCP Specifications can be obtained by executing the Adopter Agreement and paying the associated fees as prescribed in the Adopter Agreement.

DTCP Specification Volume 1 Revision 1.71 (Informational Version).

DTCP Volume 1 Supplement A Mapping DTCP to USB Revision 1.3 (Informational Version). (Obsolete)

DTCP Volume 1 Supplement B Mapping DTCP to MOST, Revision 1.2 (Informational Version).

DTCP Volume 1 Supplement C Mapping DTCP to BlueTooth, Revision 1.1 (Informational Version). (Obsolete)

DTCP Volume 1 Supplement D DTCP use of IEEE1394 Similar Transports, Revision 1.1 (Informational Version).

DTCP Volume 1 Supplement E Mapping DTCP to IP, Revision 1.4.2 (Informational Version).

DTCP Volume 1 Supplement F DTCP 1394 Additional Localization, Revision 1.0 (Informational Version).

DTCP Volume 1 Supplement G, Mapping DTCP to WirelessHD Revision 1.0 (Informational Version).

DTCP Volume 1 Supplement H, Mapping DTCP to MOST AES-128 Revision 1.0 (Informational Version).

DTCP Volume 1 Supplement K, DTCP-IP over HTTP Live Streaming Revision 1.0 (Informational Version)

©2009-2019 Digital Transmission Licensing Administrator, LLC.

Nielson Exhibit 9
TransPerfect Legal Solutions
Christina Diaz, CRR CRC CMR CSR
8/2/2019

## DTLA CVP-2 Specifications

The following specification is permitted to be used only by members of the Digital Living Network Alliance (DLNA) that execute a separate agreement with DTLA licensing the use of the specification in the development, manufacture, distribution, or use of a DLNA CVP-2 client device or a DLNA CVP-2 server. Please contact DTLA for additional information concerning the use of this specification and the associated license requirements.

DTLA CVP-2 Volume 1 Specification, Revision 1.1.