Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PHILIPS' MOTION TO EXCLUDE CERTAIN OPINIONS IN DR. NIELSON'S OPENING EXPERT REPORT SERVED ON BEHALF OF HTC CONCERNING U.S. PATENT NO. 9,436,809**<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

Plaintiff Koninklijke Philips N.V. and U.S. Philips Corporation ("Philips") Motion to Exclude Certain Opinions in Dr. Nielson's Opening Expert Report served on Behalf of HTC Concerning U.S. Patent No. 9,436,809 (the "Motion") came before this Court on August 29, 2019. After full consideration of the arguments presented on this Motion by all parties at the hearing, and all papers submitted in support of and in opposition to the Motion, the Court hereby **GRANTS** the Motion as follows:

**IT IS HEREBY ORDERED** that the opinions set forth in paragraphs 217 through 221, 288 through 509, and 802 through 1026 of the Expert Report of Dr. Seth James Nielson Regarding Invalidity of Asserted Claims of U.S. Patent No. 9,436,809 are excluded, and Defendants HTC Corp. and HTC America, Inc. are precluded from presenting any evidence or testimony that reprises those opinions or any other opinions concerning Digital Transmission Content Protection Specification (DTCP), on a motion, at a hearing, or at a trial.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

1