| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer *(pro hac vice)* | Angela M. He (Bar No. 319351) |
| David Krinsky *(pro hac vice)* | WARREN LEX LLP |
| Andrew Trask *(pro hac vice)* | 2261 Market Street, No. 606 |
| Kyle Thomason *(pro hac vice)* | San Francisco, California, 94114 |
| Christopher A. Suarez *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C. 20005 | |
| +1 (202) 434-5000 | Michael J. Newton (Bar No. 156225) |
| +1 (202) 434-5029 facsimile | Sang (Michael) Lee *(pro hac vice)* |
| viceroy@wc.com | Derek Neilson *(pro hac vice)* |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**DECLARATION OF NICHOLAS SETHI IN SUPPORT OF ASUS'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  November 14, 2019<br>Time:  2:00 p.m.<br>Place: Courtroom 2, 4th Floor (Oakland)<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Nicholas Sethi, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to each of them.

2. I submit this Declaration under Local Rules 7-11 and 79-5 in support of ASUS's Administrative Motion to File Under Seal Documents in Support of its Motion for Summary Judgment. I have reviewed ASUS's Notice of Motion and Motion for Summary Judgment and the Declaration of Angela M. He in Support of ASUS's Motion for Summary Judgment ("He Declaration"), and attached exhibits.

3. I have reviewed Exhibit 5 to the He Declaration, which contains ASUS's competitively sensitive business information. This exhibit is a compilation of excerpts of Dr. Cockburn's expert report regarding the non-infringement by ASUS of U.S. Patent Nos. 5,910,797 and 7,184,064, dated June 20, 2019. Paragraph 178 of this document contains discussion of sensitive information regarding ASUS's proprietary source code as well as the functionality of the accused products in this matter. ASUS therefore requests that the Court seal paragraph 178 of Exhibit 5. Additionally, this document contains information designated by non-party Google LLC ("Google") as "Highly Confidential — Source Code." ASUS will provide Google, as the designating party, notice of this filing under Local Rule 79-5, so that Google can comply with Local Rule 79-5(e) by filing an appropriate declaration with the Court.

4. I have reviewed Exhibit 8 to the He Declaration, which contains ASUS's competitively sensitive business information. This exhibit is a compilation of excerpts of Dr. Schmidt's expert report regarding the infringement by ASUS of U.S. Patent No. 7,184,064, dated April 25, 2019. Paragraphs 140-154, 353, and 368 of this document contain discussion of sensitive information regarding ASUS's proprietary source code as well as the functionality of the accused products in this matter. Paragraph 270 of this document also contains information quoted from a confidential licensing document between ASUS and Intervenor-Plaintiffs and Counterclaim-Defendants in Intervention Microsoft Corporation and Microsoft Mobile Inc. ("Microsoft"). ASUS therefore requests that the Court seal paragraphs 140-154, 270, 353, and 368 of Exhibit 8. Additionally, this document contains information designated by Google

as "Highly Confidential — Source Code," and information designated by Microsoft as "Confidential," or "Highly Confidential — Outside Counsel Only."  ASUS will provide Google and Microsoft, as the designating parties, notice of this filing under Local Rule 79-5, so that they can comply with Local Rule 79-5(e) by filing appropriate declarations with the Court.

5.  I have reviewed Exhibit 20 to the He Declaration.  This document contains information designated by Microsoft as "Confidential," or "Highly Confidential — Outside Counsel Only."  ASUS will provide Microsoft, as the designating party, notice of this filing under Local Rule 79-5, so that Microsoft can comply with Local Rule 79-5(e) by filing an appropriate declaration with the Court.

6.  I have reviewed ASUS's Notice of Motion and Motion for Summary Judgment.  This document contains information designated by non-party Google LLC ("Google") as "Highly Confidential — Source Code."  ASUS will provide Google, as the designating party, notice of this filing under Local Rule 79-5, so that Google can comply with Local Rule 79-5(e) by filing an appropriate declaration with the Court.

7.  As required by Local Rule 7-11(a), counsel for ASUS contacted counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips") to explore the possibility of obviating this motion by stipulation.  Philips indicated that it would respond to ASUS's motion under Local Rules 7-11 and 79-5.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2019, in San Francisco, California.

_____
Nicholas Sethi