# Exhibit 8

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – SOURCE CODE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

In Re Koninklijke Philips Patent Litigation

Case No. 4:18-cv-01885-HSG

JURY TRIAL DEMANDED

**<u>HIGHLY CONFIDENTIAL –
SOURCE CODE</u>**

**<u>OPENING EXPERT REPORT OF DOUGLAS SCHMIDT, PH.D.,
REGARDING INFRINGEMENT BY THE ASUS DEFENDANTS OF
U. S. PATENT NO. 7,184,064</u>**

**HIGHLY CONFIDENTIAL – SOURCE CODE**

### TABLE OF APPENDICES

| Appendix | Description |
|----------|-------------|
| A | Curriculum Vitae |
| B | List of Materials Considered |
| C | U.S. Patent No. 7,184,064 |
| D | Opening Expert Report of Douglas Schmidt, Ph.D., Regarding Infringement By the Microsoft Defendants of U.S. Patent No. 7,184,064 ("Microsoft Report") |
| E | Table of ASUS Microsoft Accused Products |
| F | Table of ASUS Android Accused Products |
| G | Table of ASUS ChromeOS Accused Products |
| H | ASUS '064 Source Code Appendix |
| I | ASUS Nexus 7 '064 Source Code Appendix |
| J | Chrome Browser '064 Source Code Appendix |
| K | ChromeOS '064 Source Code Appendix |

I. INTRODUCTION .................................................................................................. 1

II. PROFESSIONAL EXPERIENCE AND QUALIFICATIONS ............................. 1

III. PRIOR TESTIMONY, PATENTS, AND PUBLICATIONS.................................. 5

IV. MATERIALS CONSIDERED ............................................................................. 7

V. COMPENSATION .............................................................................................. 7

VI. LEGAL FRAMEWORK ..................................................................................... 7

    A. INFRINGEMENT.................................................................................... 7

    B. REISSUE PATENTS AND PROVISIONAL RIGHTS .......................... 9

    C. NON-INFRINGING ALTERNATIVES / HYPOTHETICAL DESIGN
        AROUNDS AND VALUE OF THE PATENTED PROPERTY ............ 10

VII. U.S. PATENT NO. 6,690,387 AND U.S. PATENT NO. 7,184,064 ................. 10

    A. OVERVIEW OF THE PATENT SPECIFICATION ............................ 10

    B. ASSERTED CLAIMS .......................................................................... 15

    C. PERSON OF ORDINARY SKILL IN THE ART.................................. 15

    D. CLAIM CONSTRUCTION................................................................... 16

    E. PROSECUTION HISTORIES OF THE ASSERTED PATENTS .......... 17

VIII. OVERVIEW OF THE STATE OF THE ART ................................................... 17

IX. OVERVIEW OF THE ASUS DEFENDANTS' ACCUSED PRODUCTS......... 20

    A. OVERVIEW OF ASUS AND ITS ACCUSED PRODUCTS................ 20

    B. ASUS ACCUSED PRODUCTS – HARDWARE................................. 22

    C. ASUS MICROSOFT ACCUSED PRODUCTS .................................... 24

    D. ASUS ANDROID ACCUSED PRODUCTS – LAUNCHER
        APPLICATION ..................................................................................... 28

        1. Source Code Review and Representative Launcher Groups ....... 36

        2. The Nexus 7 (Launcher3, build MOB30X) ............................... 36

        3. The ASUS Launcher Products / Launcher2 / Launcher3 (prior to
           Android 6.0)............................................................................... 40

E.    ASUS ANDROID ACCUSED PRODUCTS – THE CHROME WEB BROWSER APPLICATION ........................................................ 44

F.    ASUS CHROME OS ACCUSED PRODUCTS ........................................ 59

X.    ASUS MICROSOFT ACCUSED PRODUCTS ........................................ 79

XI.    ASUS ANDROID ACCUSED PRODUCTS – THE LAUNCHER APPLICATION ........................................................ 84

A.    '064 PATENT, CLAIM 1: THE LAUNCHER APPLICATION IN EACH OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES CLAIM 1 OF THE '064 PATENT ........................................................ 84

a)    Limitation 1(a): An improved touch-screen image scrolling system, comprising: an electronic image display screen; a microprocessor coupled to said display screen to display information thereon and to receive interactive signals therefrom; timer means associated with said microprocessor to provide timing capacity therefor; ...................... 84

(i)    The Nexus 7 (Launcher3, build MOB30X) .................................... 84

(ii)    The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0) ............................ 87

b)    Limitation 1(b): a source of scroll format data capable of display on said display screen;   finger touch program instructions associated with said microprocessor for sensing the speed, direction and time duration of a finger touch contact with said display screen: ...................................... 90

(i)    The Nexus 7 (Launcher3, build MOB30X) .................................... 91

(ii)    The ASUS Launcher Products /

Launcher2 / Launcher3 (prior to Android 6.0) .................................................. 94

c)   Limitation 1(c): scrolling motion program instructions associated with said microprocessor responsive to said duration of said finger touch contact such that, when said duration exceeds a first given preset minimum time and is accompanied by motion along the surface of said screen followed by separation of said finger touch from said screen, a scroll format display on said screen is caused to begin to scroll in said sensed direction and at said sensed initial speed; ........................................................................ 100

(i)   The Nexus 7 (Launcher3, build MOB30X) .................................................. 100

(ii)   The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0) .............................................. 103

d)   Limitation 1(d): time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated; .................................................... 105

(i)   The Nexus 7 (Launcher3, build MOB30X) .................................................. 106

(ii)   The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0) .............................................. 107

e)   Limitation 1(e): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon

first occurrence of any signal in the group of signals

comprising: ................................................................. 109

    (i)    The Nexus 7 (Launcher3, build

        MOB30X) ................................................... 109

    (ii)    The ASUS Launcher Products /

        Launcher2 / Launcher3 (prior to

        Android 6.0)................................................. 110

f)    Limitation 1(f): (a) a substantially stationary finger touch

on the screen enduring for a period longer than a preset

minimum time, and ........................................................ 110

    (i)    The Nexus 7 (Launcher3, build

        MOB30X) ................................................... 111

    (ii)    The ASUS Launcher Products /

        Launcher2 / Launcher3 (prior to

        Android 6.0)................................................. 112

g)    Limitation 1(g): (b) an end-of-scroll signal received from

said scroll format data source. ........................................ 113

    (i)    The Nexus 7 (Launcher3, build

        MOB30X) ................................................... 113

    (ii)    The ASUS Launcher Products /

        Launcher2 / Launcher3 (prior to

        Android 6.0)................................................. 114

B.    '064 PATENT, CLAIM 2: THE LAUNCHER APPLICATION IN EACH

OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES

CLAIM 2 OF THE '064 PATENT ....................................................... 116

a)    The Nexus 7 (Launcher3, build MOB30X) ................................... 116

b)    The ASUS Launcher Products / Launcher2 / Launcher3

    (prior to Android 6.0).................................................. 118

C.   '064 PATENT, CLAIM 3: THE LAUNCHER APPLICATION IN EACH
     OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES
     CLAIM 3 OF THE '064 PATENT ........................................................ 120

     a)   The Nexus 7 (Launcher3, build MOB30X) .................................... 120

     b)   The ASUS Launcher Products / Launcher2 / Launcher3
          (prior to Android 6.0) .................................................................... 122

D.   '064 PATENT, CLAIM 8: THE LAUNCHER APPLICATION IN EACH
     OF THE ASUS ACCUSED PRODUCTS INFRINGES CLAIM 8 OF
     THE '064 PATENT ............................................................................. 124

     a)   Limitation 8(a): An improved touch-screen image scrolling
          system, comprising: an electronic image display screen; a
          microprocessor coupled to said display screen to display
          information thereon and to receive interactive signals
          therefrom; timer means associated with said
          microprocessor to provide timing capacity therefor; ..................... 124

          (i)   The Nexus 7 (Launcher3, build
                MOB30X) ................................................... 124

          (ii)  The ASUS Launcher Products /
                Launcher2 / Launcher3 (prior to
                Android 6.0) .............................................. 125

     b)   Limitation 8(b): a source of scroll format data capable of
          display on said display screen; finger touch program
          instructions associated with said microprocessor for sensing
          the speed, direction and time duration of a finger touch
          contact with said display screen: ................................................... 125

          (i)   The Nexus 7 (Launcher3, build
                MOB30X) ................................................... 125

          (ii)  The ASUS Launcher Products /

Launcher2 / Launcher3 (prior to
Android 6.0) .................................................. 125

c)      Limitation 8(c): scrolling motion program instructions
associated with said microprocessor responsive to said
duration of said finger touch contact such that, when said
duration exceeds a first given preset minimum time, and is
less than a second given preset minimum that is greater
than said first minimum, and is accompanied by motion
along the surface of said screen, a scroll format display on
said screen is caused to begin to scroll in the sensed
direction and at the sensed initial speed; ........................................ 126

(i)      The Nexus 7 (Launcher3, build
MOB30X) .................................................. 126

(ii)     The ASUS Launcher Products /
Launcher2 / Launcher3 (prior to
Android 6.0) .................................................. 126

d)      Limitation 8(d): said scrolling motion program instructions
further comprising instructions to move a touch-selected
item relative to the stationary display in correspondence
with movement of the finger touch, in response to motion
following a touch having a stationary duration greater than
said second given preset minimum time; ........................................ 127

(i)      The Nexus 7 (Launcher3, build
MOB30X) .................................................. 127

(ii)     The ASUS Launcher Products /
Launcher2 / Launcher3 (prior to
Android 6.0) .................................................. 127

e)      Limitation 8(e): said scrolling motion program instructions

still further comprising instructions to move said display in
correspondence with movement of the finger touch, in
response to motion following a touch having a stationary
duration greater than said first given preset minimum time
and less than said second given preset minimum time; .................. 127

     (i)     The Nexus 7 (Launcher3, build
MOB30X) .................................................. 127

     (ii)    The ASUS Launcher Products /
Launcher2 / Launcher3 (prior to
Android 6.0) ............................................... 128

f)     Limitation 8(f): time decay program instructions associated
with said microprocessor for reducing the rate of scrolling
displacement on said display screen at a given rate until
motion is terminated; ...................................................... 128

     (i)     The Nexus 7 (Launcher3, build
MOB30X) .................................................. 128

     (ii)    The ASUS Launcher Products /
Launcher2 / Launcher3 (prior to
Android 6.0) ............................................... 128

g)     Limitation 8(g): stopping motion program instructions
associated with said microprocessor for terminating
scrolling displacement of the image on said screen upon
first occurrence of any signal in the group of signals
comprising: ................................................................... 128

     (i)     The Nexus 7 (Launcher3, build
MOB30X) .................................................. 128

     (ii)    The ASUS Launcher Products /
Launcher2 / Launcher3 (prior to

h)    Limitation 8(h): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and ...................................................................... 129

      (i)    The Nexus 7 (Launcher3, build MOB30X) ................................................... 129

      (ii)    The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0) ................................................. 129

i)    Limitation 8(i): (b) an end-of-scroll signal received from said scroll format data source. ........................................................ 129

      (i)    The Nexus 7 (Launcher3, build MOB30X) ................................................... 129

      (ii)    The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0) ................................................. 130

XII.    ASUS ANDROID ACCUSED PRODUCTS – THE CHROME WEB BROWSER APPLICATION ......................................................................... 130

    A.    '064 PATENT, CLAIM 1: THE CHROME WEB BROWSER APPLICATION IN EACH OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES CLAIM 1 OF THE '064 PATENT ............................ 130

        a)    Limitation 1(a): An improved touch-screen image scrolling system, comprising: an electronic image display screen; a microprocessor coupled to said display screen to display information thereon and to receive interactive signals therefrom; timer means associated with said microprocessor to provide timing capacity therefor; ...................... 130

        b)    Limitation 1(b): a source of scroll format data capable of

display on said display screen;   finger touch program instructions associated with said microprocessor for sensing the speed, direction and time duration of a finger touch contact with said display screen:.......................................................... 131

      (i)      Release Version 36 ..................................... 133

      (ii)     Release Version 60 ..................................... 134

c)      Limitation 1(c): scrolling motion program instructions associated with said microprocessor responsive to said duration of said finger touch contact such that, when said duration exceeds a first given preset minimum time and is accompanied by motion along the surface of said screen followed by separation of said finger touch from said screen, a scroll format display on said screen is caused to begin to scroll in said sensed direction and at said sensed initial speed;................................................................................. 135

      (i)      Release Version 36 ..................................... 136

      (ii)     Release Version 60 ..................................... 138

d)      Limitation 1(d): time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated; ..................................................................... 140

      (i)      Release Version 36 ..................................... 141

      (ii)     Release Version 60 ..................................... 142

e)      Limitation 1(e): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: .................................................................................. 142

f)      Limitation 1(f): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and .......................................................... 143

     (i)     Release Version 36 ..................................... 143

     (ii)     Release Version 60 ..................................... 144

g)      Limitation 1(g): (b) an end-of-scroll signal received from said scroll format data source. ....................................... 144

     (i)     Release Version 36 ..................................... 145

     (ii)     Release Version 60 ..................................... 146

B.     '064 PATENT, CLAIM 2: THE CHROME WEB BROWSER APPLICATION IN EACH OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES CLAIM 2 OF THE '064 PATENT ............................ 147

     a)      Release Version 36 ........................................................ 148

     b)      Release Version 60 ........................................................ 149

XIII.    CHROME OS PRODUCTS – FILE EXPLORER AND CHROME WEB BROWSER ..................................................................................... 150

A.     '064 PATENT, CLAIM 1: THE FILE MANAGER AND CHROME WEB BROWSER APPLICATION IN EACH OF THE ASUS CHROME OS ACCUSED PRODUCTS INFRINGES CLAIM 1 OF THE '064 PATENT.......... 150

     a)      Limitation 1(a): An improved touch-screen image scrolling system, comprising: an electronic image display screen; a microprocessor coupled to said display screen to display information thereon and to receive interactive signals therefrom; timer means associated with said microprocessor to provide timing capacity therefor; ...................... 150

     b)      Limitation 1(b): a source of scroll format data capable of display on said display screen;   finger touch program instructions associated with said microprocessor for sensing

the speed, direction and time duration of a finger touch
contact with said display screen: .................................................... 153

    (i)      Release Version 36 ..................................... 155

    (ii)     Release Version 60 ..................................... 158

c)     Limitation 1(c): scrolling motion program instructions
associated with said microprocessor responsive to said
duration of said finger touch contact such that, when said
duration exceeds a first given preset minimum time and is
accompanied by motion along the surface of said screen
followed by separation of said finger touch from said
screen, a scroll format display on said screen is caused to
begin to scroll in said sensed direction and at said sensed
initial speed; ................................................................................. 161

    (i)      Release Version 36 ..................................... 162

    (ii)     Release Version 60 ..................................... 163

d)     Limitation 1(d): time decay program instructions associated
with said microprocessor for reducing the rate of scrolling
displacement on said display screen at a given rate until
motion is terminated; ..................................................................... 164

    (i)      Release Version 36 ..................................... 165

    (ii)     Release Version 60 ..................................... 167

e)     Limitation 1(e): stopping motion program instructions
associated with said microprocessor for terminating
scrolling displacement of the image on said screen upon
first occurrence of any signal in the group of signals
comprising: ..................................................................................... 169

f)     Limitation 1(f): (a) a substantially stationary finger touch
on the screen enduring for a period longer than a preset

minimum time, and ................................................................ 169

(i)    Release Version 36 .................................... 170

(ii)   Release Version 60 .................................... 170

g)    Limitation 1(g): (b) an end-of-scroll signal received from

said scroll format data source. ........................................ 171

(i)    Release Version 36 .................................... 172

(ii)   Release Version 60 .................................... 173

B.    '064 PATENT, CLAIM 2: THE FILE MANAGER AND CHROME WEB

BROWSER APPLICATION IN EACH OF THE ASUS CHROME OS

ACCUSED PRODUCTS INFRINGES CLAIM 2 OF THE '064 PATENT .......... 174

a)    Release Version 36 ........................................................ 175

b)    Release Version 60 ........................................................ 176

C.    '064 PATENT, CLAIM 3: THE FILE MANAGER APPLICATION IN

EACH OF THE ASUS CHROME OS ACCUSED PRODUCTS

INFRINGES CLAIM 3 OF THE '064 PATENT .................................... 177

a)    Release Version 36 ........................................................ 178

b)    Release Version 60 ........................................................ 181

D.    '064 PATENT, CLAIM 8: THE FILE MANAGER APPLICATION IN

EACH OF THE ASUS CHROME OS ACCUSED PRODUCTS

INFRINGES CLAIM 8 OF THE '064 PATENT .................................... 184

a)    Limitation 8(a): An improved touch-screen image scrolling

system, comprising: an electronic image display screen; a

microprocessor coupled to said display screen to display

information thereon and to receive interactive signals

therefrom; timer means associated with said

microprocessor to provide timing capacity therefor; ..................... 184

b)    Limitation 8(b): a source of scroll format data capable of

display on said display screen; finger touch program

instructions associated with said microprocessor for sensing the speed, direction and time duration of a finger touch contact with said display screen:...................................................... 184

    c)    Limitation 8(c): scrolling motion program instructions associated with said microprocessor responsive to said duration of said finger touch contact such that, when said duration exceeds a first given preset minimum time, and is less than a second given preset minimum that is greater than said first minimum, and is accompanied by motion along the surface of said screen, a scroll format display on said screen is caused to begin to scroll in the sensed direction and at the sensed initial speed;........................................ 184

    d)    Limitation 8(d): said scrolling motion program instructions further comprising instructions to move a touch-selected item relative to the stationary display in correspondence with movement of the finger touch, in response to motion following a touch having a stationary duration greater than said second given preset minimum time;........................................ 185

    e)    Limitation 8(e): said scrolling motion program instructions still further comprising instructions to move said display in correspondence with movement of the finger touch, in response to motion following a touch having a stationary duration greater than said first given preset minimum time and less than said second given preset minimum time; .................. 185

    f)    Limitation 8(f): time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated; .................................................................... 185

g) Limitation 8(g): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: ...................................................................... 186

h) Limitation 8(h): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and ................................................................ 186

i) Limitation 8(i): (b) an end-of-scroll signal received from said scroll format data source. ........................................... 186

XIV. ASUS'S REPRESENTATIVENESS AND NON-INFRINGEMENT ARGUMENTS ..................................................................................... 187

A. REPRESENTATIVENESS ............................................................ 187

B. NON-INFRINGEMENT ............................................................... 188

a) Argument 1: No "single code set" ..................................... 188

b) Argument 2: Preset Minimum Time .................................... 189

c) Argument 3: Sensing the speed, direction, and time duration of a finger touch contact with said display screen ........... 190

d) Argument 4: Initiating Scrolling after Separation of Said Finger Touch from Said Screen ...................................... 191

e) Argument 5: Initiating Scrolling in Said Sensed Direction and at Sensed Speed ........................................................ 191

f) Argument 6: Slow the Speed of Scrolling at a Given Rate ............ 193

g) Argument 7: Terminate Scrolling upon a Substantially Stationary Finger Touch Enduring for a Period Longer than a Preset Minimum Time ...................................................... 194

h) Argument 8: End-of-Scroll Signal from Scroll Format Data Source ............................................................................. 195

XV.   INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS ............................. 195

    A.   SCROLLING AT SENSED SPEED AND DIRECTION ..................................... 196

    B.   REDUCING THE RATE OF SCROLLING AT A GIVEN OR
        PREDETERMINED RATE ................................................................. 199

XVI.   THE INVENTIONS OF THE '064 PATENT PROVIDE A SIGNIFICANT
    BENEFIT TO THE ASUS DEFENDANTS AND THE END USERS OF
    ASUS'S ACCUSED PRODUCTS ................................................................. 200

XVII.   DEFENDANTS' ALLEGED NON-INFRINGING ALTERNATIVES AND
    HYPOTHETICAL DESIGN-AROUNDS .......................................................... 203

    A.   ALLEGED HYPOTHETICAL DESIGN-AROUND 1 ................................... 204

    B.   ALLEGED HYPOTHETICAL DESIGN-AROUND 2 ................................... 204

    C.   ALLEGED HYPOTHETICAL DESIGN-AROUND 3 ................................... 205

    D.   ALLEGED HYPOTHETICAL DESIGN-AROUND 4 ................................... 206

    E.   ALLEGED HYPOTHETICAL DESIGN-AROUND 5 ................................... 207

    F.   ALLEGED HYPOTHETICAL DESIGN-AROUND 6 ................................... 208

XVIII. FUTURE OPINIONS ................................................................................. 210

XIX.   TRIAL EXHIBITS/TUTORIALS ................................................................. 210

primarily in the use of finger touch gestures to enable users to selectively activate a variety of touchscreen functionalities.

46.     For example, depending on the characteristics of the finger touch, the '064 patent discloses the ability to impart a variety of scrolling motion patterns to images displayed on a touchscreen.  Such motion patterns include a continuing scrolling motion that begins at the sensed speed and direction of the finger touch, and then decreases scrolling speed after the user lifts his or her finger off the screen. (*See, e.g.*, '064 patent at 1:52-64).  Moreover, the '064 patent discloses different ways for the user to interact with the screen to speed up, stop, or change the direction of scrolling.  (*See, e.g.*, '064 patent at 1:59-2:2).  The '064 patent also discloses selecting and repositioning individual items on the screen in response to certain finger touch gestures. (*See, e.g.,* '064 patent at 2:3-11, 3:29-42).

47.     In particular, the '064 patent specification describes two forms of scrolling: (1) scrolling that "sticks to the finger" (which I will refer to in this report as "stick-to-finger scrolling") and continued scrolling with inertia (which I will refer to in this report as "inertial scrolling").  The '064 patent specification also describes moving a touch-selected object relative to the stationary display in correspondence with movement of the finger touch (which I will refer to in this report as "touch-dragging").

48.     Stick-to-finger scrolling is described in the '064 patent specification as scrolling the displayed image on the screen in correspondence with movement of the finger-touch contact on the display screen.  (*See, e.g.*, '064 patent at 1:52-61; 3:56-4:10; claim 2, claim 8; FIG. 1, R. 105).  In other words, if the finger-touch contact is sensed by the display screen, and the finger moves along the screen (and stays in contact with the screen), the entire displayed image scrolls in correspondence with the finger movement—*i.e.*, it "sticks to the finger" so that it can be moved up or down or back, as the case may be, with the finger.  (*See, e.g.*, '064 patent at 1:52-61; 3:56-4:10; claim 2, claim 8; FIG. 1, R. 105).

49.     Continued scrolling is described in the '064 patent specification as scrolling the displayed image after the finger-touch contact is broken with the display screen, if the finger was in motion on the display screen when the finger-touch contact was broken with the screen.  (*See, e.g.*,

| Patent & Claim | Term | Court's Construction |
|---|---|---|
| '064 patent, claim 1 | "finger touch program instructions associated with said microprocessor for sensing speed, direction, and time duration of a finger touch contact with said display screen" | **Plain and ordinary meaning**<br><br>Connotes the structure of a software program that is executed by a microprocessor. |
| '064 patent, claim 1 | "timer means associated with said microprocessor to provide timing capacity therefor" | **Plain and ordinary meaning**<br><br>Refers to specific, well-known structure for providing timing capacity for a microprocessor. |
| '064 patent, claim 1 | "stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and (b) an end-of-scroll signal received from said scroll format data source | **Plain and ordinary meaning**<br><br>Connotes structure by sufficiently describing how the claim limitation's operation (terminating scrolling displacement) is achieved in the context of the invention (through the execution of a software program by the microprocessor which stops the scrolling displacement of the images displayed on the screen in response to the first appropriate signal it receives from either the touchscreen or the scroll format data source). |

E.      **PROSECUTION HISTORIES OF THE ASSERTED PATENTS**

64.      The '064 patent issued on February 27, 2007 from U.S. Patent App. No. 10/736,938 which was filed on December 16, 2003 and was a continuation of U.S. Patent App. No. 10/034,375 which issued as the '387 patent.  ('064 patent; PHILIPS00005852).  A notice of allowance was issued on September 6, 2006.  (PHILIPS00005922-25).

VIII.   **OVERVIEW OF THE STATE OF THE ART**

65.      The '064 patent shares a common specification and claims priority to the '387 patent, which has a filing date of December 28, 2001.  (*See, e.g.*, '064 patent, Certificate of Correction).

66.      In December 2001, computing systems were prevalent and it was well-known to display data on an electronic display screen for viewing by users.  (*See, e.g.*, '064 patent at 1:13-15).  Often times, this data extended in length beyond the dimensions of the electronic display screen, so a

**HIGHLY CONFIDENTIAL – SOURCE CODE**

Manufacturer to include these applications on its devices, the manufacturer needs to obtain a license from Google and pass a compatibility test.  (*See, e.g.,* https://www.android.com/gms/; https://source.android.com/compatibility/cdd).  Google does not provide the source code to these applications, but instead provides only binary libraries that cannot be modified by the manufacturers.  (*See, e.g.*, Huang Dep. Tr. 15:15-16:1).

82.     Google publishes Android Compatibility Definition Documents ("CDDs") that enumerate the requirements that must be met for devices to be compatible with the latest version of Android.  (*See, e.g.*, https://source.android.com/compatibility/cdd).  To be considered compatible with Android, device implementations **MUST** meet the requirements enumerated in the CDD corresponding to the Android versions installed on the device.

83.     I understand from counsel that ASUS has signed the Mobile Application Distribution Agreement (MADA) with Google, which licenses ASUS to install the GMS suite of applications on its devices so long as the devices comply with the CDD and pass the Android Compatibility Test Suite.  One of these GMS applications that was released on ASUS's Android Products preloaded with Android 4.x and higher is the Google Chrome browser.  As such, it is my understanding that every one of ASUS's Accused Products comply with the enumerated requirements of the Android Compatibility Definition Document for the version of Android installed on the respective devices.

84.     I understand from ASUS witness that all of ASUS's Android devices passed the CTS and complied with the requirements of the CDDs.  (*See, e.g.*, Huang Dep. Tr. at 61:2-63:20).

85.     **ASUS Chrome OS Accused Products:**  ASUS is engaged in the manufacture and sale of laptop computers and 2-in-1 devices that operate on the Chrome operating system, release versions 36 and later.  ASUS receives the Chrome operating system code from Google, and does not make any modifications to the code.  (*See* Appendix G; *see also, e.g.,* Jian Dep. Tr. at 69:7-71:1; *see also, e.g.*, Lai Dep. Tr. at 61:15-24).

**B.     ASUS ACCUSED PRODUCTS – HARDWARE**

86.     Each of ASUS's Accused Products (regardless of it is installed with a version of the Windows operating system, Android operating system, or ChromeOS) includes a touchscreen, a

processor, and memory.  (*See* Appendix E; Appendix F; Appendix G; *see also*, *e.g.*¸ Lai Dep. Tr. at 48:17-49:22; 50:4-13; *see also* Huang Dep. Tr. at 80:6-82:21).

87.     Touchscreens on modern computing devices (*e.g.*, smartphones, tablets, and laptops), use projected, mutual capacitance (pro-cap) technology to detect when and where a user touches the screen. Pro-cap touchscreens use two layers of conductors, such as indium tin oxide (ITO), that are optically transparent and can store and conduct electricity, as shown in the figure below.  (*See* Kolokowsky & Davis, Touchscreens 101: Understanding Touchscreen Technology and Design (Cypress Seminconductor Corp. June 2009).  Conductors residing in each layer are separate, which enables independent measurement of capacitance for each layer.  These two layers of conductors are designed at right angles, so the device can sense an X and a Y position when touched by a user. Moreover, these touchscreens can detect multiple simultaneous touch points (up to a maximum of one touch point per row/column intersection).



Kolokowsky & Davis, Touchscreens 101: Understanding Touchscreen Technology and Design (Cypress Seminconductor Corp. June 2009).

88.     Human bodies are naturally electrically conductive.  When a user touches the screen with one or more fingers, a small electrical charge is transferred to the finger(s), altering the amount of charge stored in the capacitive layers at that X and Y position of the screen, as shown in the figure below.  (*See* Kolokowsky & Davis, Touchscreens 101: Understanding Touchscreen Technology and

HIGHLY CONFIDENTIAL – SOURCE CODE

Design (Cypress Semiconductor Corp. June 2009).  The separate conductors in each layer are scanned continuously in sequence, *e.g.*, from top-to-bottom and from left-to-right, to detect these changes in stored charge.  Commodity touchscreens typically refresh at 100 hertz. The touchscreen controller thus scans the screen for touch input every 10 milliseconds, which means all possible intersections are measured many times per second. However, this scan rate also means that a user's finger(s) must be in touch with the screen for some minimum amount of time (*e.g.*, enough milliseconds relative to the touchscreen scan rate) to ensure the touch is detected. Therefore, if a user's finger makes contact with the screen, but is removed before the corresponding electrode intersection is scanned, the touch will not be detected.



(*See* Kolokowsky & Davis, Touchscreens 101: Understanding Touchscreen Technology and Design (Cypress Semiconductor Corp. June 2009).

89.    In this manner, the touchscreen controller can determine precisely where touch event(s) occurred by analyzing the differences in charge at each corner.  This touch location information is then conveyed to software that runs in the touchscreen driver, which propagates the touch location information to other layers running higher in the software stack.

**C.    ASUS MICROSOFT ACCUSED PRODUCTS**

90.    ASUS preinstalls the Microsoft Accused Operating System Products on touchscreen devices including All-in-One PCs, Laptop computers, 2-in-1 PCs, and Tablets.  (*See* Appendix E).

**'064 PATENT – INFRINGEMENT REPORT (ASUS DEFENDANTS)**

108.   Though I used the Nexus 7 for representative purposes to explain the features of the Launcher application accused of infringement in each of ASUS's Android Accused Products, it is my opinion that the Launcher application on all of ASUS's Android Accused Products infringe the '064 Asserted Claims, as explained further below and evidenced in Appendix B; Appendix E; Appendix H; and Appendix I.

109.   When the user of an Android touch-screen device touches the screen, information about the touch, such as location, movement, direction, etc. is relayed to the software running on the Android device through a series of layers.  At the lowest layer, the touch-screen hardware receives electrical signals from the touch-sensing circuitry and converts these signals into values that are accessible to the software.  The input signals are initially received by a device driver running in the Linux kernel.  This device driver communicates the raw signals to a hardware-specific, proprietary software component via the Android Hardware Abstraction Layer (HAL), which then performs the hardware-specific processing on the input signals to convert them to usable touch information. Part of this processing involves determining whether: (1) a finger was placed on the screen or removed, (2) whether the finger was moved on the screen, (3) the location of the touch point or points, and (4) identifiers corresponding to the individual touch points.

110.   After the HAL software component has processed the input signal, it creates a data structure called the input event that contains the information about the touch.  From the HAL, the input event is then passed into the Android Framework layer where the touch information is further processed by various software components to detect more complex operations, such as a long press, that are not detected by the HAL or driver layers components.  These framework components also perform "throttling" to ensure that input events are received by the various applications at a rate that is consistent with expectations and to remove jitter. The framework components are then responsible for identifying the view component—and by association the application—that should receive the input event.

111.   View components are Android framework classes that reside in the application layer and communicate directly with application code. After the corresponding view component is identified, it receives the input event as a Java MotionEvent object and then determines whether it or

a child view (i.e., a view nested within the view component) should process the MotionEvent. The view component's event handling methods also can optionally supply MotionEvents to gesture detectors for more complex processing.

112.    Android supports several types of MotionEvents that indicate what action was performed with the user's finger, including

- ACTION_DOWN, which is fired when a finger first makes contact with the screen
- ACTION_CANCEL, which is fired when the system cancels an event (due to it being consumed by a different layer, gesture detector, etc.)
- ACTION_MOVE, which is fired when a finger in contact with the screen changes its location
- ACTION_UP, which is fired when a finger releases contact with the screen

113.    Under a normal "touch-drag-release" cycle, an application first receives an ACTION_DOWN for the initial contact followed by a series of ACTION_MOVE events, followed by an ACTION_UP event. If, for example, a gesture was detected, an ACTION_CANCEL may be fired to instruct one portion of the application to stop processing the current sequence of events.

114.    The Figure below shows the layered architecture of the Android platform, which is largely available in open-source format as part of the Android Open-Source Platform (AOSP). Because large portions of Android are available as open-source this means that other developers and companies can examine Android's software free of charge.  Likewise, developers and companies can also modify the Android source code, which is how original equipment manufacturers (OEMs), such as HTC, Acer, and ASUS, add their own enhancements.

SMS, MMS, media players, and the phone app itself.  Likewise, Google also provides Google Mobile Services (GMS) applications (such as Google Chrome, Gmail, Google Maps, Google Play Store, and YouTube) that are not part of the Android Open Source Project (AOSP).  These apps are written in Java, although some parts of the Android framework and Runtime layers optimize performance by using the Java Native Interface to call C and C++ code.

### 1.    Source Code Review and Representative Launcher Groups

123.    I worked in collaboration with Philips' Source Code reviewer Mr. Morgan to locate, review, and analyze the source code files relevant to the '064 infringement allegations in this case for each ASUS Android Accused Product's Launcher application.  Based on my review and discussions with Mr. Morgan, it is my opinion that the ASUS Android Accused Products may be divided into the following Representative Groups for purposes of the '064 infringement allegations against the Launcher application: (1) Nexus 7 Launcher3 (build MOB30X); and (2) ASUS Launcher, Launcher2, and Launcher3 (prior to Android 6.0).  (*See* Appendix H; Appendix I).

### 2.    The Nexus 7 (Launcher3, build MOB30X)

124.    The Nexus 7 includes an implementation of Launcher3 (build MOB30X).  In the following paragraphs, I explain the details of how the code in the Nexus 7 with Launcher3 (build MOB30X) operates as a user interacts with the product.

125.    Whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., the launcher).  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, Android generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event.

126. ████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████

127. ████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
█████████

128. █████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████
███████ ██████████████████████████████
████████████████████████████████████████

**HIGHLY CONFIDENTIAL – SOURCE CODE**

138.   ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████

139.   In the following paragraphs, I explain the details of how the code in each of the ASUS Launcher, Launcher2, and Launcher3 (prior to Android 6.0) operates as a user interacts with each product, using the MeMO Pad 7 LTE (ME375CL) for exemplary purposes.

140.   Whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., the launcher). These events have a type property that indicates how the user has interacted with the screen. For example, when the user initially places his or her finger on the screen Android generates a touch event of type ACTION_DOWN. Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events. Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event. ████████████████████

██████████████████████████████████████████████████

█████████████████████████

141.   ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████

142.   ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

143.   ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████

3      155.    I have used ASUS Accused Android devices with the Chrome web browser installed

4 (including the Nexus 7 and the ME375CL).  Use of those devices, as well as the videos of those

5 devices operations and the user manuals for those devices, confirms that the tap, press and hold,

6 swipe/slide and fling gestures can be used in the Chrome web browser.  (*See* Appendix B (Physical

7 devices; videos; user manuals)).

8      156.    In the following paragraphs, I explain the details of how the code in the Google

9 Chrome web browser operates as a user interacts with each of the ASUS Android devices that

10 includes the browser.  I've analyzed release versions 36-60 of the code Google had produced, and

11 explain the bookend-versions (*i.e.*, 36 and 60) below.[7]  ASUS's Accused Products that include the

12 Chrome web browser operate similarly with respect to infringement of the '064 patent.

13      157.    ████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ███████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ███████████████████████████████████████████████████

19 ████████████████

20      158.    ███████████████████████████████████████████████

21 ██████████████████████████████████████████████

22 ██████████████████████████████████████████████

23 ███████████████████████████████████████████

24

25

---

26 [7] I understand from counsel that Philips is accusing the Chrome web browser version 36 and onward
of infringing claims 1 and 2 of the '064 patent.  Accordingly, I have reviewed versions 36-60 (the
27 versions Google had produced), and concluded that there was no material difference as to the '064
infringement allegations in this case between versions, and accordingly deemed it proper to do a
28 book-end analysis of the earliest and latest versions of the code produced.

**'064 PATENT – INFRINGEMENT REPORT (ASUS DEFENDANTS)**



162.   **Release Version 36:** Whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., in this case the Chrome browser). These events have a type property that indicates how the user has interacted with the screen. For example, when the user initially places his or her finger on the screen, Android generates a touch event of type ACTION_DOWN. Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events. Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event.

163.

164.



176.

177.

178.  **Release Version 60:** Whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., the browser).  These events have a type property that indicates how the user has interacted with the

screen.  For example, when the user initially places his or her finger on the screen, Android

generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his finger(s)

across the screen Android generates a series of ACTION_MOVE events.  Finally, when the user

removes his or her finger from the screen Android generates an ACTION_UP event. ██████████

█████████████████████████████████████████████████████████████

██████████████████████████████████████████

179.   ██████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

180.   █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████

181.   █████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████

press and hold, swipe/slide and fling gestures can be used in the Files application and Chrome web browser on ChromeOS devices.  (*See* Appendix B (Physical devices; videos; user manuals)).

200.    In the following paragraphs, I explain the details of how the code in the Chrome OS and Chrome web browser operates as a user interacts with the product.

201.    The ASUS Chrome OS devices operate similarly with respect to infringement of the '064 patent.

202.

203.

**'064 PATENT – INFRINGEMENT REPORT (ASUS DEFENDANTS)**

207.    Within Chrome OS, the Files application and Chrome Browser application are implemented similarly.  Essentially, the Files application is a Chrome Browser window without the usual toolbars displayed when viewing a webpage.  More specifically, Chrome OS implements applications such as "Files" as HTML, CSS, and JavaScript code that are rendered and executed by the Chrome Browser and displayed in their own window without being wrapped with the Chrome Browser's toolbar interface.

208.    As a result, the views of applications such as "Files" are scrolled just as other web content is scrolled within a Chrome Browser window. These applications can add custom touch handling via JavaScript to implement custom actions such as drag-and-drop in response to a long-press.

209.    Therefore, the descriptions below of the functioning of Chrome OS applies equally to the Files application and the Chrome Browser application unless specifically stated otherwise.  In particular, in the following paragraphs I explain the details of how the code in the Chrome OS and Chrome web browser, Release versions 36 and 60, operates as a user interacts with the product.

210.    **Release Version 36:** Whenever a user interacts with the device's touch screen, the ChromeOS operating system generates a touch event. These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, ChromeOS generates a touch event of type ACTION_DOWN. Subsequently, as the user moves his or her finger across the screen, ChromeOS generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, ChromeOS generates an ACTION_UP event. ████████████████████████████ ████████████████████████████

211.    ████████████████████████████ ████████████████████████████████████ ████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████

238. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

239.   **Release Version 60:** Whenever a user interacts with the device's touch screen, the ChromeOS operating system generates a touch event.  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, ChromeOS generates a touch event of type ACTION_DOWN. Subsequently, as the user moves his or her finger across the screen, ChromeOS generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, ChromeOS generates an ACTION_UP event.  ████████████████████████████████

████████████████████████████

240. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████

241. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

1

2

3   267.   ███████████████████████

4   ███████████████████████

5   ███████████████████████

6   ███████████████████████

7   ███████████████████████

8   ███████████████████████

9   ███

10   268.   ███████████████████████

11   ███████████████████████

12   ███████████████████████

13   269.   ███████████████████████

14   ███████████████████████

15   ███████████████████████

16   ███████████████████████

17   ███████████████████████

## X.   ASUS MICROSOFT ACCUSED PRODUCTS

270.   ASUS receives the Microsoft Accused Operating System Products from Microsoft, but does not receive the source code for the operating systems.  ███████████████

███████████████████████

███████████   *see also* Jian Dep. Tr. at 66:1-69:3.  In other words, ASUS does not make any modifications to the Microsoft Accused Operating System Products.  (*See, e.g.*¸ Jian Dep. Tr. at 66:1-69:3; *see also* Lai Dep. Tr. at 59:10-60:10).

271.   Accordingly, any ASUS touchscreen device with Microsoft operating system version 7, 8 and RT 8, 8.1 and RT 8.1, and 10 installed (*see* Appendix E) infringe for the reasons given in the "Opening Expert Report of Douglas Schmidt, Ph.D., Regarding Infringement by the Microsoft

Defendants of U.S. Patent No. 7,184,064, which I have provided in Appendix D ("Microsoft Report").

272.    Moreover, I have used the following ASUS Microsoft Accused Products which were made available to me, and they operated in a manner consistent with my opinions in the Microsoft Report:

| Device | Operating System |
|---|---|
| ASUS Zenbook UX31 | Windows 8 |
| ASUS 13.3 Inch Flip Convertible | Windows 8 |
| ASUS Transformer Book T100TA | Windows 8.1 |
| ASUS Transformer Book T100TAF | Windows 8.1 |
| ASUS Transformer Book T100HA | Windows 10 |
| ASUS Transformer Book TP200SA | Windows 10 |
| ASUS ET2401IUTS | Windows 10 |
| ASUS Q304UA | Windows 10 |
| ASUS Q405UA | Windows 10 |
| ASUS Q504UA | Windows 10 |

(*See also* Appendix B (Physical devices, videos, and user manuals).

273.    For example, the following screenshots show the File Explorer and Start Screen Tiles in an exemplary ASUS Microsoft Accused Product, which is consistent with my opinions set forth in the Microsoft Report.  While I use these products as exemplary, it should be understood that any ASUS touchscreen device with a Microsoft Accused Operating System Product would infringe for the same reasons, and could be substituted as exemplary for these devices.

**HIGHLY CONFIDENTIAL – SOURCE CODE**



Zenbook UX31 – File Explorer (Windows 8).



Zenbook UX31 – Start Screen (Windows 8).

**HIGHLY CONFIDENTIAL – SOURCE CODE**



Transformer Book T100TAF – File Explorer (Windows 8.1).



Transformer Book T100TAF – Start Screen (Windows 8.1).

**HIGHLY CONFIDENTIAL – SOURCE CODE**



Transformer Book TP200SA – File Explorer (Windows 10).



Transformer Book TP200SA – Start Screen (Windows 10).

274.    The user manuals for these devices explain that the users can slide their fingers to scroll/pan the screen, and press and hold on objects to move them relative to the scrollable content. (*See, e.g.*, ASUS Tablet E-Manual: T100 Series (ASUSPH_00017409-162 at 79-80 (describing the finger slide and click and hold gestures)); Notebook PC E-Manual (ASUSPH_00022222-325 at 249-250 (describing the press and hold, finger slide, and drag gestures)); ASUS Notebook PC E-Manual (ASUSPH_00028713-824 at 738- (describing the finger slide gesture)); *see also* Appendix B). These description of gestures are consistent with those described with respect to my opinions set forth in the Microsoft Report.

275.    I also reviewed videos taken of the operation of certain ASUS Microsoft Accused Products which are also consistent with my opinions set for in the Microsoft Report.  (*See* PHILIPS-V00031030 (File Explorer); PHILIPS-V00031031 (File Explorer); PHILIPS-V00031033 (File Explorer); PHILIPS-V00031035 (Start Screen Tiles); PHILIPS-V00031036 (Start Screen Tiles); PHILIPS-V00031038 (Start Screen Tiles); *see also* Appendix B).

## XI.    ASUS ANDROID ACCUSED PRODUCTS – THE LAUNCHER APPLICATION

### A.    '064 PATENT, CLAIM 1: THE LAUNCHER APPLICATION IN EACH OF THE ASUS ANDROID ACCUSED PRODUCTS INFRINGES CLAIM 1 OF THE '064 PATENT

#### a)    Limitation 1(a): An improved touch-screen image scrolling system, comprising: an electronic image display screen; a microprocessor coupled to said display screen to display information thereon and to receive interactive signals therefrom; timer means associated with said microprocessor to provide timing capacity therefor;

##### (i)    The Nexus 7 (Launcher3, build MOB30X)

276.    The Nexus 7 device includes a capacitive touchscreen which is an electronic image display screen.  (*See* Appendix F; *see also, e.g.*, Nexus 7 Guidebook 2013 (ASUSPH_00016383-464 at 458).  ASUS's witness Mr. Huang could not identify any ASUS Android device that did not include a touchscreen.  (*See* S. Huang Dep. Tr. at 80:6-81:3).  Moreover, the Android Compatibility Definition documents require that to be considered an Android Compatible device, an "Android Handheld device . . . MUST have a touchscreen embedded in the device."  (*See e.g.*, PHILIPS00043144, PHILIPS00043213, PHILIPS00043276, and PHILIPS00043351).

| | |
|---|---|
| **Touch & type**<br><br>To select or activate something, touch it.<br><br>To type something, such as a name, password, or search terms, just touch where you want to type. A keyboard pops up that lets you type into the field.<br><br>Other common gestures include:<br><br>• **Touch & hold.** Touch & hold an item on the screen by touching it and not lifting your finger until it responds.<br>• **Drag.** Touch & hold an item for a moment and then, without lifting your finger, move your finger on the screen until you reach the target position. For example, you can move apps around on the Home screen.<br>• **Swipe or slide.** Quickly move your finger across the surface of the screen, without pausing when you first touch (so you don't drag something instead). For example, you can slide a Home screen left or right to view the other Home screens. | **Use All Apps** <br><br>To see all your apps, touch the All Apps icon in the Favorites tray on any Home screen.<br><br>This is where you can see all your apps, including those downloaded on Google Play. You can move app icons to any of your Home screens.<br><br>From All Apps, you can:<br><br>• **Move between screens.** Swipe left or right.<br>• **Open an app.** Touch its icon.<br>• **Place an app icon on a Home screen.** Touch & hold the app icon, slide your finger, and lift your finger to drop the icon in place.<br>• **Browse widgets.** Touch the Widgets tab at the top of any All Apps screen.<br>• **Get more apps.** Touch the Play Store icon in the list of app icons, or the Shop icon at the upper right.<br><br>To remove an app icon from the Home screen, touch & hold it, slide your finger toward the top of the screen, and drop the app over the ✕ Remove icon. |
| Nexus 7 Guidebook 2013<br>(ASUSPH_00016383-464 at 397). | Nexus 7 Guidebook 2013<br>(ASUSPH_00016383-464 at 419). |

301.    As already explained, the Android operating system and the Launcher application installed on the Nexus 7 device include program instructions, as evidenced by the source code for each the Nexus 7 device, that are responsive to a user's interaction with the device's touchscreen. (*See* Appendix I).

302.    In particular, whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., the launcher). These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, Android generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event.  ███████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████

**HIGHLY CONFIDENTIAL – SOURCE CODE**



ASUS Tablet e-Manual (ASUSPH_00001346-1485 at 1366).

314.    As already explained, the Android operating system and the Launcher application installed on the ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include program instructions, as evidenced by the source code for each ASUS Android Accused Product, that are responsive to a user's interaction with the device's touchscreen.  (*See* Appendix H).

315.    In particular, whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., the launcher).  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen Android generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event.  ███████████



316.

317.

318.

319.    While I used the MeMO Pad 7 LTE (ME375CL) as representative, it should be understood that any ASUS Android Accused Product (AsusLauncher, Launcher2, and Launcher3) would similarly meet these claim limitations.  The relevant source code files for these devices are identified in Appendix H.

353. ███████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

354.    While I used the MeMO Pad 7 LTE (ME375CL) as representative, it should be understood that any ASUS Android Accused Product (AsusLauncher, Launcher2, and Launcher3) would similarly meet these claim limitations.  The relevant source code files for these devices are identified in Appendix H.

        **e)**      **Limitation 1(e): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising:**

355.    "Program instructions" refer to a part of a software program that is compiled into executable code, which is executed by a microprocessor.  "Stopping motion" in the context of the claim refers to stopping the inertial scrolling motion of the displayed data, in this case the pages of application icons in the Android operating system.

356.    Furthermore, I am aware that the Court construed the term "stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising: (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and (b) an end-of-scroll signal received from said scroll format data source" "in accordance with its plain and ordinary meaning." *See Markman* Order at 7.

        **(i)**        **The Nexus 7 (Launcher3, build MOB30X)**

357.    The Nexus 7 device includes stopping motion program instructions associated with said microprocessor.  (*See generally* Appendix I; *see also* paragraph 355 above).

HIGHLY CONFIDENTIAL – SOURCE CODE

358. The Nexus 7 device includes a Launcher application where, once the fling has been initiated and a page of application icons is scrolling across the screen, the fling is terminated on first occurrence of (a) a user's finger touching the screen for a period longer than a preset minimum time (e.g., the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period); or (b) a signal indicating the end of scrollable data received from the page of application icons stored in memory (e.g., a signal based on the length of the stored page of application icons in memory, which indicates that the next page has been reached or that the beginning or end of the application icons has been reached). These stopping motion program instructions are described in the following sections.

(ii) **The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

359. The other ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include stopping motion program instructions associated with said microprocessor. (*See generally* Appendix H; *see also* paragraph 355 above).

360. These devices include a Launcher application where, once the fling has been initiated and a page of application icons is scrolling across the screen, the fling is terminated on first occurrence of (a) a user's finger touching the screen for a period longer than a preset minimum time (e.g., the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period); or (b) a signal indicating the end of scrollable data received from the page of application icons stored in memory (e.g., a signal based on the length of the stored page of application icons in memory, which indicates that the next page has been reached or that the beginning or end of the application icons has been reached). These stopping motion program instructions are described in the following sections.

f) **Limitation 1(f): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and**

361. I understand that ASUS has made a non-infringement argument that the ASUS Android Accused Products do not require that a finger touch "endur[e] for a period longer than a preset minimum time to terminate a scrolling operation." (*See* paragraphs 656-659 below). To the

extent ASUS is interpreting the claim to require that stopping the scrolling motion can only occur if the touch endures for a period longer than the preset minimum time, and can never terminate the scrolling motion if it endures for less than that time, I disagree.  The claim language only identifies what will happen when the duration endures for a period longer than a preset minimum time, and does not identify what can or cannot happen before that time.  A POSA would understand the language of this claim to express the reliable result of what happens after the preset minimum time, without regard to what happens before it.

362.    In any event, the ASUS Accused Products practice this limitation for the reasons expressed below.

### (i)       The Nexus 7 (Launcher3, build MOB30X)

363.    The Nexus 7 device includes stopping motion program instructions associated with said microprocessor (as explained in paragraphs 355-358 above) for terminating scrolling displacement of the image on said screen upon a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time.  (*See generally* Appendix I).

364.    The Nexus 7 device includes a Launcher application where, once the fling has been initiated and a page of application icons is scrolling across the screen, the fling is terminated on a user's finger touching the screen for a period longer than a preset minimum time (*e.g.*, the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period). (*See* paragraphs 87-89 above discussing capacitive touch screens).  The source code for the Nexus 7 device confirms that the Launcher application terminates the scrolling motion upon a substantially stationary finger touch enduring for a period longer than a preset minimum time.  (*See* Appendix I).

365.    ███████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

     **(ii)  The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

   366.  The other ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include stopping motion program instructions associated with said microprocessor (as explained in paragraphs 355-356; 359-360 above) for terminating scrolling displacement of the image on said screen upon a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time.  (*See generally* Appendix H).

   367.  These devices include a Launcher application where, once the fling has been initiated and a page of application icons is scrolling across the screen, the fling is terminated on a user's finger touching the screen for a period longer than a preset minimum time (*e.g.*, the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period).  (*See* paragraphs 87-89 above discussing capacitive touch screens).  The source code for the ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) confirms that the Launcher application terminates the scrolling motion upon a substantially stationary finger touch enduring for a period longer than a preset minimum time.  (*See* Appendix H).

   368.  ████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████

   369.  While I used the MeMO Pad 7 LTE (ME375CL) as representative, it should be understood that any ASUS Android Accused Product (AsusLauncher, Launcher2, and Launcher3) would similarly meet these claim limitations.  The relevant source code files for these devices are identified in Appendix H.

**(ii)   The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

423.   The ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include scrolling motion program instructions which further comprise instructions to move said display in correspondence with movement of the finger touch, in response to motion following a touch having a stationary duration greater than said first given preset minimum time and less than said second given preset minimum time.

424.   This limitation reads on the stick-to-finger scrolling portion of the scrolling motion. See paragraphs 385-390 above.

**f)   Limitation 8(f): time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated;**

**(i)   The Nexus 7 (Launcher3, build MOB30X)**

425.   The Nexus 7 device includes time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated.

426.   See paragraphs 343-348 above.

**(ii)   The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

427.   The ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated.

428.   See paragraphs 343; 349-354 above.

**g)   Limitation 8(g): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising:**

**(i)   The Nexus 7 (Launcher3, build MOB30X)**

429.   The Nexus 7 device includes stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising those in the following sections.

430.    See paragraphs 355-358 above.

**(ii)    The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

431.    The ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising those in the following sections.

432.    See paragraphs 355-356; 359-360 above.

**h)    Limitation 8(h): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and**

**(i)    The Nexus 7 (Launcher3, build MOB30X)**

433.    The Nexus 7 device includes stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time.

434.    See paragraphs 361-365 above.

**(ii)    The ASUS Launcher Products / Launcher2 / Launcher3 (prior to Android 6.0)**

435.    The ASUS Android Accused Products (AsusLauncher, Launcher2, and Launcher3) include stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time.

436.    See paragraphs 361-362; 366-369 above.

**i)    Limitation 8(i): (b) an end-of-scroll signal received from said scroll format data source.**

**(i)    The Nexus 7 (Launcher3, build MOB30X)**

437.    The Nexus 7 device includes stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first

user's interaction with the device's touchscreen, as explained in more detail below with respect to Release Version 36 and Release version 60.  (*See also,* Appendix J).

**(i)      Release Version 36**

453.      Whenever a user interacts with the device's touch screen, the Android operating system generates a touch event and routes it to the active application (e.g., in this case the Chrome browser).  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, Android generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events.  Finally, when the user removes his or her finger from the screen, Android generates an ACTION_UP event. ███

████████████████████████████████████████████████████████

████████████████████████████████████████████████

454.      █████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

455.      ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████

### (ii)     Release Version 60

456.     Whenever a user interacts with the device's touch screen the Android operating system generates a touch event and routes it to the active application (e.g., the browser).  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, Android generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, Android generates a series of ACTION_MOVE events.  Finally, when the user removes his finger from the screen, Android generates an ACTION_UP event. ███████████████

███████████████████████████████████████████████

████████████████

457.     ██████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

458.     ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

**(ii)     Release Version 60**

486.  ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████████████████

██████████████

487.  ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████

e)     <u>**Limitation 1(e):**</u> **stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising:**

488.    "Program instructions" refer to a part of a software program that is compiled into executable code, which is executed by a microprocessor.  "Stopping motion" in the context of the claim refers to stopping the inertial scrolling motion of the displayed data, in this case webpages in the Chrome web browser application.

489.     Each ASUS Android Accused Product with the Chrome browser installed includes stopping motion program instructions associated with said microprocessor.  (*See generally* Appendix J).  Each of these products includes the Chrome web browser where, once the fling has been initiated and webpage is scrolling across the screen, the fling is terminated on first occurrence of (a) a user's finger touching the screen for a period longer than a preset minimum time *(e.g.,* the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period); or (b) a signal indicating the end of scrollable data received from the webpage stored in memory *(e.g.,* a signal based on the length of the stored webpage which indicates that the top or bottom of the webpage has been reached).  These stopping motion program instructions are described in the following sections.

   f)     **Limitation 1(f): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and**

490.     Each ASUS Android Accused Product with the Chrome browser installed includes stopping motion program instructions associated with said microprocessor.  (*See generally* Appendix J).  Each of these products includes the Chrome web browser where, once the fling has been initiated and webpage is scrolling across the screen, the fling is terminated when (a) a user's finger touches the screen for a period longer than a preset minimum time *(e.g.,* the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period).  The source code for each ASUS Android Accused Product with the Chrome web browser installed confirms that Chrome web browser terminates scrolling upon a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, as explained in more detail below with respect to Release Version 36 and Release Version 60.  (*See* Appendix J).

   (i)     **Release Version 36**

491. ██████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL – SOURCE CODE**

code for each ASUS ChromeOS Accused Product and the Chrome web browser, that are responsive to a user's interaction with the device's touchscreen, as explained in more detail below with respect to Release Version 36 and Release version 60.  (*See also,* Appendix K).

**(i)     Release Version 36**

525.    Whenever a user interacts with the device's touch screen, the ChromeOS operating system generates a touch event. These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, ChromeOS generates a touch event of type ACTION_DOWN.  Subsequently, as the user moves his or her finger across the screen, ChromeOS generates a series of ACTION_MOVE events. Finally, when the user removes his or her finger from the screen, ChromeOS generates an ACTION_UP event. ██████████████████████████████████████

██████████████████████████

526.    ████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

527.    When ██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

**'064 PATENT – INFRINGEMENT REPORT (ASUS DEFENDANTS)**

HIGHLY CONFIDENTIAL – SOURCE CODE

534. ██████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████

535. ███████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████████████
████████████

**(ii)     Release Version 60**

536.     Whenever a user interacts with the device's touch screen, the ChromeOS operating system generates a touch event.  These events have a type property that indicates how the user has interacted with the screen.  For example, when the user initially places his or her finger on the screen, ChromeOS generates a touch event of type ACTION_DOWN. Subsequently, as the user moves his or her finger across the screen, ChromeOS generates a series of ACTION_MOVE events. Finally, when the user removes his or her finger from the screen, ChromeOS generates an ACTION_UP event. ████████████████████████████████
██████████████████████

537. ███████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████

e)  **Limitation 1(e): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising:**

572.    "Program instructions" refer to a part of a software program that is compiled into executable code, which is executed by a microprocessor.  "Stopping motion" in the context of the claim refers to stopping the inertial scrolling motion of the displayed data, in this case webpages in the Chrome web browser application.

573.    Each ASUS ChromeOS Accused Product includes stopping motion program instructions associated with said microprocessor.  (*See generally* Appendix K).  Each of these products includes the Files application and the Chrome web browser where, once the fling has been initiated and a list of folders/files or a webpage is scrolling across the screen, the fling is terminated on first occurrence of (a) a user's finger touching the screen for a period longer than a preset minimum time *(e.g.,* the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period); or (b) a signal indicating the end of scrollable data received from the list of folders/files or webpage stored in memory *(e.g.,* a signal based on the length of the list of folders/files or stored webpage which indicates that the top or bottom of the webpage has been reached).  These stopping motion program instructions are described in the following sections.

f)  **Limitation 1(f): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and**

574.    Each ASUS ChromeOS Accused Product includes stopping motion program instructions associated with said microprocessor.  (*See generally* Appendix K).  Each of these products includes the Files application and the Chrome web browser where, once the fling has been initiated and a list of folders/files or a webpage is scrolling across the screen, the fling is terminated when (a) a user's finger touches the screen for a period longer than a preset minimum time *(e.g.,* the time by which a touch would necessarily be detected by the touchscreen, which is related to its scan period).  The source code for each ASUS ChromeOS Accused Product confirms that the Files application and the Chrome web browser terminate scrolling upon a substantially stationary finger

touch on the screen enduring for a period longer than a preset minimum time, as explained in more detail below with respect to Release Version 36 and Release Version 60.  (*See also* Appendix K).

**(i)      Release Version 36**

575. ██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████

576. █████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

█████████

**(ii)      Release Version 60**

577. ██████████████████████████████████████████

██████████████████████████████████████████

640.     Each ASUS ChromeOS Accused Product includes time decay program instructions associated with said microprocessor for reducing the rate of scrolling displacement on said display screen at a given rate until motion is terminated.

641.     See paragraphs 560-571 above.

> **g)     Limitation 8(g): stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising:**

642.     Each ASUS ChromeOS Accused Product includes stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising those in the following sections.

643.     See paragraphs 572-573 above.

> **h)     Limitation 8(h): (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time, and**

644.     Each ASUS ChromeOS Accused Product includes stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising (a) a substantially stationary finger touch on the screen enduring for a period longer than a preset minimum time.

645.     See paragraphs 574-578 above.

> **i)     Limitation 8(i): (b) an end-of-scroll signal received from said scroll format data source.**

646.     Each ASUS ChromeOS Accused Product include stopping motion program instructions associated with said microprocessor for terminating scrolling displacement of the image on said screen upon first occurrence of any signal in the group of signals comprising (b) an end-of-scroll signal received from said scroll format data source.

647.     See paragraphs 579-585 above.

g) **Argument 7: Terminate Scrolling upon a Substantially Stationary Finger Touch Enduring for a Period Longer than a Preset Minimum Time**

672.    ASUS asserts that the Accused devices do not require the touch to be substantially stationary in order to terminate scrolling, not that it endure for a period longer than a preset minimum time, and because they do not return to an idle state.  (*See, e.g.*, ASUS' Corrected Fifth supplemental Responses to Interrogatory No. 4 at 65-66).  I disagree for the reasons given above with respect to my opinions on infringement.

673.    To the extent ASUS is interpreting the claim to require that stopping the scrolling motion can only occur if the touch endures for a period longer than the preset minimum time, and can never terminate the scrolling motion if it endures for less than that time, I disagree.  The claim language only identifies what will happen when the duration endures for a period longer than a preset minimum time, and does not identify what can or cannot happen before that time.  A POSA would understand the language of this claim to express the reliable result of what happens after the preset minimum time, without regard to what happens before it.  In other words, the scrolling motion may or may not terminate if the substantially stationary finger touch contact does not endure for at least a period longer than a preset minimum time, but it will reliably terminate scrolling if the substantially stationary finger touch contact does indeed endure for a period longer than that preset minimum time.

674.    In any event, the ASUS Accused Products practice this limitation for the reasons expressed above.  First, as explained in above, each ASUS Accused Products includes a capacitive touchscreen that has a scan rate.  If a user's finger makes contact with the screen, but is removed before the corresponding electrode intersection is scanned, the touch will not be detected.  Therefore, the ASUS Accused Products will not terminate the scrolling displacement if the touch contact is removed before the corresponding electrode intersections are scanned.

675.    However, as long as the duration of the user's substantially stationary finger touch contact endures for a period longer than one scan period, the ASUS Accused Products will reliably terminate the scrolling motion.

**HIGHLY CONFIDENTIAL – SOURCE CODE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 25, 2019

_____

Douglas Schmidt, Ph.D.