Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
Christopher A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
Angela M. He (Bar No. 319351)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
| | JURY TRIAL DEMANDED |
| | **DECLARATION OF ANGELA M. HE IN SUPPORT OF ASUS'S MOTION FOR SUMMARY JUDGMENT** |
| | Date:     November 14, 2019 |
| | Time:     2:00 p.m. |
| | Place:    Courtroom 2, 4th Floor (Oakland) |
| | Judge:    Hon. Haywood S. Gilliam, Jr. |

I, Angela M. He, declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS") in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to each of them.

    2.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,910,797.

    3.    Attached as Exhibit 2 is a true and correct copy of the Order Construing the Terms of U.S. Patent Nos. RE44,913, 6,690,387, 7,184,064, 7,529,806, 5,910,797, 6,522,695, 8,543,819, 9,436,809, 6,772,114, RE43,564, 6,211,856, issued by Judge Sleet, as Docket No. 241 in the District of Delaware, No. 15-1170, dated July 11, 2017.

    4.    Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,526,022.

    5.    Attached as Exhibit 4 is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 5,910,797, produced by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips") in this action, bearing Bates numbers PHILIPS00004060 through PHILIPS00004233.

    6.    Attached as Exhibit 5 is a true and correct copy of excerpts of the Rebuttal Expert Report of Andrew Cockburn, Ph.D., regarding U.S. Patent Nos. 5,910,797 and 7,184,064, dated June 20, 2019.

    7.    Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition transcript of Philip G. Greenspun, Ph.D., dated July 18, 2019.

    8.    Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 7,184,064.

    9.    Attached as Exhibit 8 is a true and correct copy of excerpts of the Opening Expert Report of Douglas Schmidt, Ph.D., Regarding Infringement By the ASUS Defendants of U.S. Patent No. 7,184,064, dated April 25, 2019.

    10.    Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition transcript of Douglas Schmidt, Ph.D., dated August 2, 2019.

    11.    Attached as Exhibit 10 is a true and correct copy of U.S. Patent No. RE43,564.

12.     Attached as Exhibit 11 is a true and correct copy of excerpts of the prosecution history of U.S. Patent No. 6,466,203, produced by Philips in this action, bearing Bates numbers PHILIPS00004558 through PHILIPS00004778.

13.     Attached as Exhibit 12 is a true and correct copy of excerpts of the Opening Expert Report of Mark Dunlop, Ph.D., regarding U.S. Patent Nos. RE44,913 and RE43,564, dated April 25, 2019.

14.     Attached as Exhibit 13 is a true and correct copy of excerpts of the Rebuttal Expert Report of Douglas Schmidt, Ph.D. Regarding Validity of U.S. Patent No. RE43,564, dated June 20, 2019.

15.     Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition transcript of Douglas Schmidt, Ph.D., dated August 1, 2019.

16.     Attached as Exhibit 15 is a true and correct copy of Exhibit 12 to the deposition transcript of Douglas Schmidt, Ph.D., dated August 2, 2019.

17.     Attached as Exhibit 16 is a true and correct copy of U.S. Patent No. 9,436,809.

18.     Attached as Exhibit 17 is a true and correct copy of excerpts of Expert Report of Dr. Michael T. Goodrich Regarding Infringement by the ASUS Defendants of U.S. Patent No. 9,436,809, dated April 25, 2019.

19.     Attached as Exhibit 18 is a true and correct copy of a specification produced by third-party Digital Content Protection LLC in this action, bearing Bates numbers DCP _PHILIPS_0006157 through DCP _PHILIPS_0006228.

20.     Attached as Exhibit 19 is a true and correct copy of excerpts of Expert Report of Dr. Markus Jakobsson Regarding Non-Infringement of U.S. Patent No. 9,436,809, dated June 20, 2019.

21.     Attached as Exhibit 20 is a true and correct copy of excerpts of Expert Report of Nathaniel Polish, Ph.D., Regarding Infringement By ASUS of U.S. Patent No. 7,529,806, dated April 25, 2019.

22.     Attached as Exhibit 21 is a true and correct copy of a specification produced by ASUS in this action, bearing Bates numbers ASUSPH_00014954 through ASUSPH_00014956.

23.     Attached as Exhibit 22 is a true and correct copy of a specification produced by ASUS in this action, bearing Bates numbers ASUSPH_00025643 through ASUSPH_00025644.

24.     Attached as Exhibit 23 is a true and correct copy of U.S. Patent No. 7,529,806.

25.     Attached as Exhibit 24 is a true and correct copy of excerpts of Expert Report of Nathaniel Polish, Ph.D., Regarding Validity of U.S. Patent No. 7,529,806, dated June 20, 2019.

26.     Attached as Exhibit 25 is a true and correct copy of excerpts of deposition transcript of Nathaniel Polish, Ph.D., dated July 19, 2019.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2019, in San Francisco, California.

_____
Angela M. He