| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Natalie Lieber (admitted *pro hac vice*) ndlieber@venable.com | Joshua D. Calabro (admitted *pro hac vice*) jdcalabro@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Stephen Yam (admitted *pro hac vice*) syam@venable.com |
| Jason M. Dorsky (admitted *pro hac vice*) jmdorsky@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF CAITLYN N. BINGAMAN IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING ITS MOTION TO EXCLUDE CERTAIN OPINIONS IN DR. BULTERMAN'S REBUTTAL EXPERT REPORTS SERVED ON BEHALF OF ASUS CONCERNING U.S. PATENT NO. 7,529,806** |

**DECLARATION**

I, Caitlyn M. Bingaman declare as follows:

1.  I am an associate at Venable LLP, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Philips' Administrative Motion to File Under Seal Regarding Its Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806 (the "Motion"). I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2.  Pursuant to Civil Local Rules 7-11(a) and 79-5, Philips moves for an order permitting it to file the following under seal:

- The confidential, unredacted version of Philips' Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806.
- Confidential, unredacted versions of Exhibits 8 and 9 to the Caitlyn N. Bingaman Declaration in Support of Philips' Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806.
- Exhibits 1, 2, and 5 to the Caitlyn N. Bingaman Declaration in Support of Philips' Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806 in their entireties.

3.  This administrative motion is made on the grounds that Exhibits 1, 2, 5, 8, and 9 identified above consist of or discuss materials and/or information provided to Philips by ASUSTeK Computer Inc., ASUS Computer International, and/or Google LLC and the producing party designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. Nos. 132, 484, 555).

4.  Philips identifies below each document at issue and the party that has designated information in that document under the Stipulated Protective Order:

| Document | Designating Party |
|---|---|
| Exhibit 1: Dr. Bulterman's Rebuttal Report Excerpt | ASUSTeK Computer Inc., ASUS Computer International, and Google LLC |
| Exhibit 2: ASUS's Fifth Supplemental Response to Interrogatory No. 4 Excerpt | ASUSTeK Computer Inc. and ASUS Computer International, and Google LLC |
| Exhibit 5: Matt Doucleff Deposition Transcript Excerpt | Google LLC |
| Exhibit 8: Letter from Philips Counsel to ASUS Counsel dated July 3, 2019 | ASUSTeK Computer Inc., ASUS Computer International, and Google LLC |
| Exhibit 9: Letter from ASUS Counsel to Philips Counsel dated July 11, 2019 | ASUSTeK Computer Inc., ASUS Computer International, and Google LLC |

5. In addition, throughout the unredacted version of Philips' Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806. Philips quotes, summarizes, discusses, and otherwise relies on the designated materials and information identified herein.

6. Lastly, Philips is filing herewith redacted versions of its Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Reports Served On Behalf of ASUS Concerning U.S. Patent No. 7,529,806 (the "Motion") and Exhibits 8 and 9.  With respect to Exhibits 1, 2, and 5 Philips as the receiving party under the Stipulated Protective Order is not able to determine what, if any, portions do not include the designating party's confidential information.  Therefore, out of an abundance of caution, Philips is filing the entirety of those documents under seal.

7. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 29, 2019 in New York, New York

1
2                                    /s/ Caitlyn N. Bingaman
                                     Caitlyn N. Bingaman
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28