Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF JOSHUA CALABRO IN SUPPORT OF PHILIPS' MOTION TO EXCLUDE TESTIMONY OF HTC'S DAMAGES EXPERT, LAURA STAMM, AS UNRELIABLE UNDER *DAUBERT*** <br><br>JURY TRIAL DEMANDED |

I, Joshua Calabro, declare as follows:

1. I am an associate at Venable LLP and counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matter. I submit this declaration in support of Philips' Motion to Exclude Testimony of HTC'S Damages Expert, Laura Stamm, as Unreliable under *Daubert*. I have personal knowledge of the facts set forth herein.

2. Attached as Exhibit A is a true and correct copy of an excerpt of the Rebuttal Expert Report of Laura Stamm, dated June 20, 2019 (unredacted version filed under seal).

3. Attached as Exhibit B is a true and correct copy of an excerpt of the transcript of the August 7, 2019 deposition of Laura Stamm (unredacted version filed under seal).

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 29, 2019 in New York, New York.

/s/ Joshua Calabro<br>Joshua Calabro