| | |
|---|---|
| Christina McCullough, Bar No. 245944<br>CMcCullough@perkinscoie.com<br>Judith Jennison, Bar No. 165929<br>JJennison@perkinscoie.com<br>Theresa H. Nguyen, Bar No. 284581<br>RNguyen@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 | Tiffany P. Cunningham (*pro hac vice*)<br>TCunningham@perkinscoie.com<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603<br>Telephone: (312) 324-8400<br>Facsimile: (312)324-9400<br><br>Sarah E. Fowler, Bar No. 264838<br>SFowler@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350 |

Chad S. Campbell, Bar No. 258723
CCampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

*Attorneys for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No.: 4:18-cv-01885-HSG<br><br>**DECLARATION OF THERESA H. NGUYEN IN SUPPORT OF MICROSOFT AND ASUS'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING *DAUBERT* MOTION** |

1      I, Theresa H. Nguyen, hereby declare as follows:

2      1.      I am an attorney at Perkins Coie LLP, counsel for Intervenor-Plaintiffs Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft") in the above-referenced action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court in this matter.

3      2.      This declaration is being filed pursuant to L.R. 7-11, 79-5(d)(1)(A), and 79-5(e)(1) in support of Microsoft and ASUS's Administrative Motion to File Documents Under Seal ("Motion to Seal"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

4      3.      With their Motion to Seal, Microsoft and ASUS have filed documents that contain or discuss information designated "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the operative Protective Order.

5      4.      Certain portions of these documents are sealable by the Court because the information they contain is confidential or protectable as highly sensitive business information of Microsoft. Microsoft's requested relief is necessary to protect the confidentiality of the information contained in the documents listed in the Motion to Seal and identified below. Microsoft has narrowly tailored its requested relief by seeking to seal only those portions of the documents that contain confidential information.

6      5.      Microsoft and ASUS will lodge with the Court and serve on plaintiff an unredacted copy of the documents identified below, identifying with yellow highlights the specific portions of each page in the document that Microsoft and/or ASUS contend are confidential, as defined by § 3 of the Protective Order (Dkt. No. 132).

7      6.      **Microsoft and ASUS's *Daubert* Motion to Exclude Expert Opinions of Michael E. Tate** ("*Daubert* Motion") discusses at p. 10, lines 11-14; p. 11, lines 21-22; and p. 23, lines 17-19, total damages figures derived from Microsoft's and ASUS's confidential sales data that Microsoft and ASUS designated as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order. *See* ¶¶ 7-8 below. This portion of the *Daubert* Motion is highlighted in yellow. The *Daubert* Motion also contains information from documents Philips has designated

as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order. This information is highlighted in green at pp. 1-11, 13-25 and filed under seal on the basis of Philips' designations.

7.  **Exhibit 1** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is titled EXPERT REPORT OF MICHAEL E. TATE – Microsoft Defendants, and is Plaintiffs' expert report on damages relating to Microsoft. Philips designated the entirety of this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal. The following highlighted portions of Exhibit 1 contain Microsoft's highly sensitive confidential business information derived from information produced by Microsoft and designated as "Highly Confidential – Outside Counsel Only" pursuant to the Protective Order entered in this case:

- Section 3 at p. 3, Section 5.3 at pp. 66-68, Section 6 at p. 68, and Exhibit 4.1 (discussing total damages figures derived from Microsoft's confidential sales data);
- Section 4.3 at pp. 5-6, Section 5.1.1.3 at p. 37, and Section 5.3 at pp. 50-51, 65 (discussing Microsoft's confidential sales data);
- Section 5.1.2.1 at pp. 39-40 and Section 5.3 at pp. 45-46 (discussing Microsoft's confidential licensing agreements);
- Section 5.3 at pp. 53, 59-60, 62 (discussing Microsoft's confidential business information).

This information is not available to the public and given the highly competitive nature of the computer industry, Microsoft would likely be harmed by the public disclosure of this proprietary information because it would give their competitors a window into their confidential business information.

8.  **Exhibit 2** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is titled EXPERT REPORT OF MICHAEL E. TATE – ASUS Defendants, and is Plaintiffs' expert report on damages relating to ASUS. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal. ASUS also


1  contends that certain information contained in this document is confidential ASUS information.
2  *See* Declaration of Derek S. Neilson.

3      9.    **Exhibit 3** to the Declaration of Tiffany Cunningham in Support of Microsoft and
4  ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the dep-
5  osition transcript of Michael E. Tate, taken July 17, 2019. Philips designated this document as
6  "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it
7  is therefore filed under seal.

8      10.    **Exhibit 4** to the Declaration of Tiffany Cunningham in Support of Microsoft and
9  ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the dep-
10  osition transcript of Andrei Filip, taken March 1, 2018. Philips designated this document as
11  "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it
12  is therefore filed under seal.

13      11.    **Exhibit 5** to the Declaration of Tiffany Cunningham in Support of Microsoft and
14  ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the dep-
15  osition transcript of Brian Wieghaus, taken January 10, 2019. Philips designated this document as
16  "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it
17  is therefore filed under seal.

18      12.    **Exhibit 6** to the Declaration of Tiffany Cunningham in Support of Microsoft and
19  ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the dep-
20  osition transcript of Michael E. Tate, continued, taken July 18, 2019. Philips designated this doc-
21  ument as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Or-
22  der, and it is therefore filed under seal. The portion of Exhibit 6 highlighted in yellow at page 32,
23  line 6, discusses total damages figures derived from Microsoft's confidential sales data and contains
24  Microsoft's highly sensitive confidential business information derived from information produced
25  by Microsoft and designated as "Highly Confidential – Outside Counsel Only" pursuant to the
26  Protective Order entered in this case. This information is not available to the public and given the
27  highly competitive nature of the computer industry, Microsoft would likely be harmed by the public
28

-3-
CASE NO. 4:18-CV-01885-HSG
LEGAL145538126.1

1  contends that certain information contained in this document is confidential ASUS information.
2  *See* Declaration of Derek S. Neilson.

3      9.    **Exhibit 3** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the deposition transcript of Michael E. Tate, taken July 17, 2019. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal.

    10.    **Exhibit 4** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the deposition transcript of Andrei Filip, taken March 1, 2018. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal.

    11.    **Exhibit 5** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the deposition transcript of Brian Wieghaus, taken January 10, 2019. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal.

    12.    **Exhibit 6** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the deposition transcript of Michael E. Tate, continued, taken July 18, 2019. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal. The portion of Exhibit 6 highlighted in yellow at page 32, line 6, discusses total damages figures derived from Microsoft's confidential sales data and contains Microsoft's highly sensitive confidential business information derived from information produced by Microsoft and designated as "Highly Confidential – Outside Counsel Only" pursuant to the Protective Order entered in this case. This information is not available to the public and given the highly competitive nature of the computer industry, Microsoft would likely be harmed by the public

1 | disclosure of this proprietary information because it would give their competitors a window into their confidential business information.

2 | 13. **Exhibit 8** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is excerpts from the deposition transcript of Michael E. Tate, continued, taken July 19, 2019. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal.

14. **Exhibit 9** to the Declaration of Tiffany Cunningham in Support of Microsoft and ASUS's Daubert Motion to Exclude Expert Opinions of Michael E. Tate is a document bearing bates numbers PHILIPS00213026-PHILIPS00213033. Philips designated this document as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY" under the Protective Order, and it is therefore filed under seal.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed in Seattle, Washington, this 29th day of August 2019.

                              */s/ Theresa H. Nguyen*
                              Theresa H. Nguyen