Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF DANIEL A. APGAR IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN AFFIRMATIVE DEFENSES RAISED BY THE ASUS DEFENDANTS** |

# DECLARATION

I, Daniel A. Apgar declare as follows:

1. I am an associate at Venable LLP, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Philips' Administrative Motion to File Under Seal Regarding Its Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants. I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. Pursuant to Civil Local Rules 7-11(a) and 79-5, Philips moves for an order permitting it to file the following under seal:

- The confidential, unredacted version of Philips' Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants

- Confidential, unredacted versions of Exhibit 19 to the Declaration of Caitlyn N. Bingaman in Support of Philips' Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants

- Exhibits 37, 39, and 40 to the Declaration of Caitlyn N. Bingaman in Support of Philips' Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants, in their entireties.

3. This administrative motion is made on the grounds that Exhibits 19, 37, 39, and 40 identified above consist of or discuss materials and/or information provided to Philips by ASUSTeK Computer Inc., ASUS Computer International, Apple Inc. and/or Digital Content Protection, LLC, and the producing party designated its respective materials and/or information as "Confidential," "Highly Confidential – Outside Counsel Only," or "Highly Confidential – Source Code" under the parties' Stipulated Protective Order (Dkt. Nos. 132, 484, 555).

4. Philips identifies below each document at issue and the party that has designated information in that document under the Stipulated Protective Order:

| Document | Designating Party |
| --- | --- |
| Exhibit 19 | ASUS, Apple |

| Exhibit 37 | Digital Content Protection, LLC |
| --- | --- |
| Exhibit 39 | Digital Content Protection, LLC |
| Exhibit 40 | ASUS |

5. In addition, throughout the unredacted version of Philips' Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants , Philips quotes, summarizes, discusses, and otherwise relies on the designated materials and information identified herein.

6. Lastly, Philips is filing herewith redacted versions of its Motion for Partial Summary Judgment On Certain Affirmative Defenses Raised by the ASUS Defendants and Exhibit 19.   With respect to Exhibits 37, 39, and 40, Philips as the receiving party under the Stipulated Protective Order is not able to determine what, if any, portions do not include the designating party's confidential information.  Therefore, out of an abundance of caution, Philips is filing the entirety of those documents under seal.

7. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Executed on August 29, 2019 in New York, New York


        /s/ Daniel A. Apgar
          Daniel A. Apgar