Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF CAITLYN N. BINGAMAN IN SUPPORT OF PLAINTIFF PHILIPS' MOTION FOR SUMMARY JUDGMENT ON CERTAIN AFFIRMATIVE DEFENSES RAISED BY THE ASUS DEFENDANTS**<br><br>JURY TRIAL DEMANDED |

I, Caitlyn N. Bingaman, declare as follows:

1.      I am an associate at Venable LLP and counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matter. I submit this declaration in support of Philips' Motion for Summary Judgment on Certain Affirmative Defenses Raised by the ASUS Defendants (the "Motion"). I have personal knowledge of the facts set forth herein.

2.      Attached as Exhibit 1 is a true and correct copy of an excerpt of Google's Petition for IPR of U.S. Patent No. 7,529,806.

3.      Attached as Exhibit 2 is a true and correct copy of an excerpt of the Declaration of Dick Bulterman, Ph.D. relating to Google's Petition for IPR of U.S. Patent No. 7,529,806.

4.      Attached as Exhibit 3 is a true and correct copy of an excerpt from Google's Petition for IPR of U.S. Patent No. RE44,913 dated December 5, 2016.

5.      Attached as Exhibit 4 is a true and correct copy of an excerpt from Google's Exhibit 1012 from the Petition for IPR which is a 1995 Apple Newton Manual.

6.      Attached as Exhibit 5 is a true and correct copy of an excerpt from the Declaration of Dr. Andrew Cockburn relating to Google's Petition for IPR of U.S. Patent No. RE44,913 (IPR2017-00386, IPR2017-00387) dated December 2, 2016.

7.      Attached as Exhibit 6 is a true and correct copy of the Final Written Decision from IPR2017-00386 dated September 26, 2018.

8.      Attached as Exhibit 7 is a true and correct copy of an excerpt of the Opening Expert Report of Dick Bulterman, Ph.D. regarding U.S. Patent No. 7,529,806 dated April 25, 2019.

9.      Attached as Exhibit 8 is a true and correct copy of an excerpt of the Synchronized Multimedia Integration Language (SMIL) 1.0 Specification, W3C Recommendation dated June 15, 1998.

10.     Attached as Exhibit 9 is a true and correct copy of the Deposition Transcript from the July 26, 2019 Deposition of Dick Bulterman, Ph. D.

11.     Attached as Exhibit 10 is a true and correct copy of Exhibit D-2 from the September 30, 2016 Invalidity Contentions.

12.     Attached as Exhibit 11 is a true and correct copy of the first page of a Google Search of the phrase "realplayer g2 manual."

13.     Attached as Exhibit 12 is a true and correct copy of the first page of a Google Search of the phrase "GRiNS SMIL 1.0 Manual."

14.     Attached as Exhibit 13 is a true and correct copy of an excerpt of the GRiNS Quick Start Guide.

15.     Attached as Exhibit 14 is a true and correct copy of Dick Bulterman's CV as of December 2018.

16.     Attached as Exhibit 15 is a true and correct copy of an excerpt of Exhibit D-10 from the July 21, 2017 Invalidity Contentions.

17.     Attached as Exhibit 16 is a true and correct copy of an excerpt of a book entitled "SMIL 2.0 Interactive Multimedia for Web and Mobile Devices" by Dick Bulterman.

18.     Attached as Exhibit 17 is a true and correct copy of the article titled, "GRiNS: An Authoring Environment for Web Multimedia" authored by Dick Bulterman.

19.     Attached as Exhibit 18 is a true and correct copy of an excerpt of Exhibit D-14 from the November 3, 2017 Invalidity Contentions.

20.     Attached as Exhibit 19 is a true and correct copy of an excerpt from the Opening Expert Report of Mark Dunlop, Ph.D. regarding U.S. Patent No. RE44,913 and RE43,564 dated April 25, 2019 (unredacted version filed under seal).

21.     Attached as Exhibit 20 is a true and correct copy of an excerpt of Defendants' Joint Invalidity Contentions dated September 30, 2016.

22.     Attached as Exhibit 21 is a true and correct copy of an excerpt of Japanese Unexamined Patent Application 2000-148366 ("Sakata II") dated May 26, 2000.

23.     Attached as Exhibit 22 is a true and correct copy of U.S. Patent No. 6,094,197 ("Buxton") dated July 25, 2000.

24.     Attached as Exhibit 23 is a true and correct copy of U.S. Patent No. 6,975,304 ("Hawkins") dated December 13, 2005.

25.     Attached as Exhibit 24 is a true and correct copy of an excerpt from Exhibit A-3 from Defendants' Joint Invalidity Contentions dated September 30, 2016.

26.     Attached as Exhibit 25 is a true and correct copy of an excerpt from Exhibit A-8 from Defendants' Joint Invalidity Contentions dated September 30, 2016.

27.     Attached as Exhibit 26 is a true and correct copy of an excerpt from Exhibit A-11 from Defendants' Joint Invalidity Contentions dated September 30, 2016.

28.     Attached as Exhibit 27 is a true and correct copy of a letter from Patrick Shields to Michael Sandonato and Michael Kelly dated September 30, 2016 regarding a Prior Art Production.

29.     Attached as Exhibit 28 is a true and correct copy of an excerpt from the 1995 Apple Newton Manual marked with the Bates Numbers starting at PRIORART003403.

30.     Attached as Exhibit 29 is a true and correct copy of an excerpt from the Newton 2.0 User Interface Guidelines marked with Bates Numbers starting at PRIORART012772.

31.     Attached as Exhibit 30 is a true and correct copy of an excerpt of the Deposition Transcript from the July 30, 2019 deposition of Mark Dunlop, Ph.D.

32.     Attached as Exhibit 31 is a true and correct copy of an excerpt of Defendants' and Microsoft's Disclosures Under Patent L.R. 3-3 dated November 15, 2018.

33.     Attached as Exhibit 32 is a true and correct copy of an excerpt of the deposition transcript of Jan Van Ee dated March 6, 2017.

34.     Attached as Exhibit 33 is a true and correct copy of an Information Disclosure Statement filed in U.S. Patent Application 13955345.

35.     Attached as Exhibit 34 is a true and correct copy of an excerpt the Deposition Transcript from the August 18, 2017 deposition of Michael Belk.

36.     Attached as Exhibit 35 is a true and correct copy of an excerpt of the Opening Expert Report on Infringement by ASUS of U.S. Patent No. 9,436,809 by Dr. Michael Goodrich.

37.     Attached as Exhibit 36 is a true and correct copy of the "About DCP" section of the Digital Contention Protection website, available at https://www.digital-cp.com/about_dcp (last visited August 27, 2019).

38.     Attached as Exhibit 37 is a true and correct copy of the deposition transcript of Stephen Balogh dated February 13, 2019 (filed under seal).

39.     Attached as Exhibit 38 is a true and correct copy of the "FAQs" section of the Digital Contention Protection website, available at https://www.digital-cp.com/faqs (last visited August 27, 2019).

40.     Attached as Exhibit 39 is a true and correct copy of an HDCP License Agreement bearing Bates DCP-ASUS-00000433-84 (filed under seal).

41.     Attached as Exhibit 40 is a true and correct copy of an HDCP License Agreement bearing Bates MSFT_PHILIPS_00339447-64 (filed under seal).

42.     Attached as Exhibit 41 is a true and correct copy of an excerpt of the deposition transcript of Rudolf Roth dated March 29, 2018.

43.     Attached as Exhibit 42 is a true and correct copy of an excerpt of ASUS's Responses to Philips' Second Set of Interrogatories dated June 9, 2017.

44.     Attached as Exhibit 43 is a true and correct copy of an excerpt of the 30(b)(6) designation letter from counsel for Philips regarding the upcoming deposition of Rudolf Roth, dated March 27, 2018.

45.     Attached as Exhibit 44 is a true and correct copy of the Digital Contention Protection website, available at https://www.digital-cp.com/licensee-list?page=1 (last visited August 28, 2019).

46.     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 29, 2019 in New York, New York

/s/ Caitlyn N. Bingaman
Caitlyn Bingaman (admitted *pro hac vice*)