[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5 DEADLINE RELATING TO SEALING OF DISPOSITIVE AND *DAUBERT* MOTION EXHIBITS AND INFORMATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") and Defendants ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), HTC Corporation and HTC America, Inc. ("HTC"), and Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively, "the Stipulating Parties"), through counsel, hereby respectfully file this Stipulation and [Proposed] Order to extend the current September 3, 2019 deadline by one week (*i.e.*, to September 10, 2019) for each of the Stipulating Parties, as well as certain non-parties who have produced confidential materials and information pursuant to the Protective Order governing confidentiality in this action, to file and serve any declaration required by Local Rule 79-5 with respect to the multiple *Daubert* Motions and Motions for Summary Judgment recently filed in this action.

WHEREAS, pursuant to this Court's Scheduling Orders for this action (*see, e.g.,* Docket Nos. 573, 631), the Stipulating Parties filed various *Daubert* Motions, Motions for Summary Judgment, and Motions to Strike on August 29, 2019; and

WHEREAS, those Motions and certain exhibits thereto contained information which had been designated "Confidential," "Highly Confidential – Outside Counsel Only," and/or "Highly Confidential – Source Code" under the Protective Order which governs confidentiality in this action (Docket No. 132); and

WHEREAS, certain of those confidential materials were produced by entities which are not parties to nor otherwise regularly participating in this action; and

WHEREAS, the Stipulating Parties filed various Administrative Motions to Seal certain of those materials pursuant to Local Rule 79-5 (including Dkt. Nos. 702, 704, 705, 708, 710, 712, 714, 715, 719, 721, 722, 726, 728, 730, 732, 741, 743, and 750); and

WHEREAS, the current deadline to file and serve any declaration in support of such sealing is Tuesday, September 3, 2019; and

WHEREAS, Monday, September 2 is a federal holiday (Labor Day); and

1

STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5
DEADLINE RELATING TO SEALING OF DISPOSITIVE AND *DAUBERT*
MOTION EXHIBITS AND INFORMATION
CASE NUMBER 4:18-CV-01885-HSG-EDL

WHEREAS, the Stipulating Parties therefore believe in good faith that multiple bases for "good cause" under Local Rule 79-5(e)(2) exist for the deadline for sealing declarations to be extended.

NOW, THEREFORE, the Stipulating Parties, through counsel, hereby stipulate and respectfully request that the Court extend the current September 3, 2019 deadline by one week – to September 10, 2019 – to file and serve any declaration required by Local Rule 79-5 with respect to information included in the *Daubert* Motions and Motions for Summary Judgment recently filed in this action.

Dated: August 31, 2019

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

　　　　/s/ Michael P. Sandonato　　　　
Michael P. Sandonato (admitted *pro hac vice*)
John S. Carlin (admitted *pro hac vice*)
Christopher S. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

Bruce Genderson (*pro hac vice*)
Kevin Hardy (*pro hac vice*)
Aaron Maurer (*pro hac vice*)
David Krinsky (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Kyle Thomason (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
Angela M. He (Bar No. 319351)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

       /s/ Michael J. Newton
Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| John Schnurer (Bar No. 185725) | Ryan McBrayer (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman (*pro hac vice*) |
| James Young Hurt (Bar No. 312390) | Antoine McNamara (Bar No. 261980) |
| Ryan Hawkins (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| Louise Lu (Bar No. 256146) | PERKINS COIE LLP |
| Vinay Sathe (Bar No. 256146) | 1201 Third Avenue, Suite 4900 |
| PERKINS COIE LLP | Seattle, Washington, 98101 |
| 11988 El Camino Real, Suite 350 | +1 (206) 359-8000 |
| San Diego, California, 92130 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5700 | |
| +1 (858) 720-5799 facsimile | |

    /s/ Elizabeth M. Banzhoff
Elizabeth M. Banzhoff
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, Colorado, 80202
+1 (303) 291-2397
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

    /s/ Christina McCullough

| | |
|---|---|
| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| Ramsey M. Al-Salam (Bar No. 109506) | 131 South Dearborn, Suite 1700 |
| Antoine McNamara (Bar No. 261980) | Chicago, Illinois, 60603 |
| Theresa H. Nguyen (Bar No. 284581) | +1 (312) 324-8400 |
| PERKINS COIE LLP | +1 (312) 324-9400 facsimile |
| 1201 Third Avenue, Suite 4900 | |
| Seattle, Washington, 98101 | Sarah E. Fowler (Bar No. 264838) |
| +1 (206) 359-8000 | PERKINS COIE LLP |
| +1 (206) 359-9000 facsimile | 3150 Porter Drive |
| msft-philipsteam@perkinscoie.com | Palo Alto, CA 94304 |
| | +1 (650) 838-4300 |
| Chad Campbell (Bar No. 258723) | +1 (650) 838-4350 |
| PERKINS COIE LLP | |
| 2901 North Central Avenue, Suite 2000 | Patrick McKeever |
| Phoenix, Arizona, 85012 | PERKINS COIE LLP |
| +1 (602) 351-8000 | 11452 El Camino Real, Suite 300 |
| +1 (602) 648-7000 facsimile | San Diego, California, 92130-2080 |
| | +1 (858) 720-5722 |
| | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: August 31, 2019          /s/ Chris Holland
                                                    Chris Holland

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____      _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge