Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth, (*pro hac vice* pending)
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Microsoft Corp. and
Microsoft Mobile Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-1885-HSG-EDL (and related cases) <br><br> **NOTICE OF APPEARANCE** |
|---|---|

    TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Michael J. Bettinger of the law firm Sidley Austin LLP shall appear as counsel for Microsoft Corporation and Microsoft Mobile Inc. Please serve said counsel with all pleadings and notices in this action at the following address:

1 | Michael J. Bettinger
2 | SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
3 | San Francisco, California  94104
    Telephone:  (415) 772-1200
4 | Facsimile:  (415) 772-7400
    Email:  mbettinger@sidley.com
5 |
6 |
7 | DATED:  September 4, 2019              **SIDLEY AUSTIN LLP**
8 |
9 |
10|                                         By:   /s/Michael J. Bettinger
                                                  Michael J. Bettinger
11|
                                            *Attorneys for Microsoft Corp. and*
12|                                         *Microsoft Mobile Inc.*