Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
Christopher A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
Angela M. He (Bar No. 319351)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **EXHIBITS TO DECLARATION OF MATTHEW S. WARREN REGARDING [710, 712, 714, 721, 722, 726, 728, and 732] ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PAPERS IN SUPPORT OF ASUS'S AND PHILIPS' MOTIONS FOR SUMMARY JUDGMENT, AND HTC'S AND PHILIPS' MOTIONS TO EXCLUDE OPINIONS OF EXPERT WITNESSES** <br><br> Judge:  Hon. Haywood S. Gilliam, Jr. |