| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

In Re Koninklijke Philips Patent Liti.                   )
                                                         ) Case No: 4:18-cv-1885-HSG
                       Plaintiff(s),                     )
                                                         ) **APPLICATION FOR**
         v.                                              ) **ADMISSION OF ATTORNEY**
                                                         ) **PRO HAC VICE**
                                                         ) (CIVIL LOCAL RULE 11-3)
                                                         )
                       Defendant(s).                     )

I, Derek S. Neilson, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ASUSTeK COMPUTER, INC. & ASUS COMPUTER INT'L in the above-entitled action. My local co-counsel in this case is Xavier Brandwajn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Alston & Bird LLP<br>2200 Ross Ave, Suite 2300<br>Dallas, Texas 75201 | Xavier Brandwajn, Alston & Bird LLP<br>1950 University Avenue, 5th Floor<br>East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 922-3409 | (650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| derek.neilson@alston.com | xavier.brandwajn@alston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24072255.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/06/18                                             Derek S. Neilson
                                                            _____
                                                                  APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Derek S. Neilson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/24/2019                                    *Haywood S. Gill Jr.*
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE   *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Derek Scott Neilson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of May, 2010.

I further certify that the records of this office show that, as of this date

**Derek Scott Neilson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of December, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 3883C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.