| | |
|---|---|
| 1 | Kevin Patariu, SBN 256755 |
| | KPatariu@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 11452 El Camino Real, Suite 300 |
| 3 | San Diego, CA  92130-2080 |
| | Telephone:  858.720.5700 |
| 4 | Facsimile:  858.720.5799 |
| 5 | Attorney for Defendants |
| | HTC Corporation and HTC America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. et al., | Case No. 4:18-cv-01885 HSG-EDL |
| Plaintiffs, | NOTICE OF APPEARANCE OF KEVIN PATARIU ON BEHALF OF DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC. |
| v. | |
| HTC CORPORATION et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD HEREIN:

PLEASE TAKE NOTICE of the appearance in this litigation by Kevin Patariu on behalf of Defendants HTC Corporation and HTC America, Inc. ("HTC").  HTC hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in this above-captioned matter be directed or served upon counsel at the address set below:

> Kevin Patariu
> Perkins Coie LLP
> 11452 El Camino Real, Suite 300
> San Diego, CA 92130-2080
> Telephone: (858) 720-5700
> Facsimile: (858) 720-5799
> Email: KPatariu@perkinscoie.com

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 26, 2019 | */s/ Kevin Patariu* |
| 3 | | Kevin Patariu, SBN 256755<br>KPatariu@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | | 11452 El Camino Real, Suite 300<br>San Diego, CA  92130-2080 |
| 5 | | Telephone:  858.720.5700<br>Facsimile:  858.720.5799 |
| 6 | | Attorney for Defendants<br>HTC Corporation and HTC America, Inc. |

NOTICE OF APPEARANCE           -2-           Case No. 4:18-cv-01885 HSG