1  John P. Schnurer (CBN 185725)
   JSchnurer@perkinscoie.com
2  PERKINS COIE LLP
   11452 El Camino Real, Suite 300
3  San Diego, CA 92130-2080
   Telephone: (858) 720-5700
4  Facsimile: (858) 720-5799

5  Ryan J. McBrayer (*pro hac vice*)
   RMcBrayer@perkinscoie.com
6  Jonathan R. Putman (*pro hac vice*)
   JPutman@perkinscoie.com
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
8  Seattle, WA 98101
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000

10 Attorneys for Defendants
   HTC CORP.
11 HTC AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION. | Case No. 4:18-cv-01885-HSG-EDL<br><br>**DECLARATION OF JAMES YOUNG HURT IN SUPPORT OF HTC DEFENDANTS' RESPONSE IN OPPOSITION TO PHILIPS' MOTION TO EXCLUDE CERTAIN OPINIONS IN DR. NIELSON'S OPENING EXPERT REPORT SERVED ON BEHALF OF HTC CONCERNING U.S. PATENT NO. 9,436,809**<br><br>Date: November 14, 2019<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>JURY TRIAL DEMANDED |

I, James Young Hurt, hereby declare as follows:

1. I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am admitted in the Northern District of California, an attorney at Perkins Coie LLP, and counsel for Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") in the above-referenced action.

2. I make this declaration in support of HTC's Response in Opposition to Philips' Motion to Exclude Certain Opinions in Dr. Nielson's Opening Expert Report Served on Behalf of HTC Concerning U. S. Patent No. 9,436,809.

3. Attached as **HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY** Exhibit 1 (filed under seal) is a true and correct copy of excerpts of the Expert Report of Dr. Michael T. Goodrich Regarding Validity of U.S. Patent No. 9,436,809, served June 20, 2019.

4. Attached as **HIGHLY CONFIDENTIAL** Exhibit 2 (filed under seal) is a true and correct copy of excerpts of the deposition transcript of Michael T. Goodrich, dated August 1, 2019.

5. Attached as Exhibit 3 is a true and correct copy of excerpts of the File History of U.S. Patent No. 8,543,819.

6. Attached as Exhibit 4 is a true and correct copy of U.S. Patent Publication No. 2006/0018469, published on January 6, 2006.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition transcript of Martin Rosner, dated January 4, 2019.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 26, 2019 in San Diego, California.

/s/ James Young Hurt
James Young Hurt