# EXHIBIT 5

# In the Matter Of:

*In re Koninklijke*
*Philips Patent*

*Martin Rosner*
*January 4, 2019*



*Min-U-Script® with Word Index*

```
                                                              1

  1

  2   IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF CALIFORNIA
  3   -----------------------------------------X
      In Re:
  4

  5   Koninklijke Philips Patent Litigation

  6   Case No. 4:18-cv-1885-HSG-EDL
      -----------------------------------------X
  7

  8

  9       VIDEOTAPED DEPOSITION OF MARTIN ROSNER

 10               New York, New York

 11            Friday, January 4, 2019

 12

 13

 14

 15

 16

 17

 18   Reported by:

 19   Rebecca Schaumloffel, CLR, RPR, CCR-NJ

 20   Job No:  2018-65838

 21

 22

 23

 24

 25
```

```
                                                              2

 1
 2
 3                    January 4, 2019
 4                    9:47 a.m.
 5
 6
 7
 8          Videotaped deposition of MARTIN
 9   ROSNER, held at the offices of VENABLE, 1290
10   Avenue of the Americas, New York, New York
11   10104, before Rebecca Schaumloffel, a
12   Certified Livenote Reporter, Registered
13   Professional Reporter, Certified Court
14   Reporter of New Jersey, and Notary Public of
15   the States of New York, New Jersey, Delaware,
16   and Pennsylvania.
17
18
19
20
21
22
23
24
25
```

```
                                                                3
 1

 2   A P P E A R A N C E S:

 3


 4
     VENABLE, LLP
 5       Attorneys for the Plaintiff
         1290 Avenue of the Americas
 6       New York, New York 10104
         BY:  JAIME CARDENAS-NAVIA, ESQ.
 7            Jfcardenas-navia@venable.com
              (212) 218-2306
 8

 9

10

11   ALSTON & BIRD
         Attorneys for the Defendant
12       Asus Computer International
         2200 Ross Avenue, Suite 2300
13       Dallas, Texas 75201-2748
         BY:  MICHAEL J. NEWTON, ESQ.
14            Mike.newton@alston.com
              (214) 922-3423
15

16

17
     TKLG
18       Attorneys for the Defendant
         Acer
19       100 Marine Parkway, Suite 200
         Redwood Shores, California 94065
20       BY:  CRAIG R. KAUFMAN, ESQ.
              Ckaufman@tklg-llp.com
21            (650) 517-5225

22

23

24

25
```

```
 1
 2   APPEARANCES (continued):
 3
 4
 5      PERKINS COIE, LLP
             Attorneys for the Defendant
 6           Microsoft
             3150 Porter Drive
 7           Palo Alto, California 94304-1212
        BY:  SARAH E. STAHNKE, ESQ.
 8           Sstahnke@perkinscoie.com
             (650) 838-4489
 9
10
11      PERKINS COIE, LLP
             Attorneys for the Defendant
12           HCC Corp.
             11988 El Camino Real
13           Suite 350
             San Diego, California 92130
14      BY:  JAMES HURT, ESQ.
             Jhurt@perkinscoie.com
15           (858) 720-5700
16
17
        ALSO PRESENT:
18
19           Paul Im, Esq., in-house counsel,
             Philips
20
             Eric Fischer, videographer
21
22
             *          *          *
23
24
25
```

5

| | | |
|---|---|---|
| | 1 | M. ROSNER |
| 09:37AM | 2 | THE VIDEOGRAPHER:  We are now on |
| 09:37AM | 3 | the record.  My name is Eric Fischer, |
| 09:37AM | 4 | the videographer, retained by Lexitas. |
| 09:37AM | 5 | This is the video deposition for the |
| 09:37AM | 6 | United States District Court, Northern |
| 09:37AM | 7 | District of California, number |
| 09:37AM | 8 | 4:18-cv-1885-HSG-EDL.  Today's date is |
| 09:37AM | 9 | January 4, 2019, and the video time is |
| 09:37AM | 10 | 9:38 a.m. |
| 09:37AM | 11 | This deposition is being taken |
| 09:37AM | 12 | at 1290 Avenue of the Americas, New |
| 09:37AM | 13 | York, New York in the matter of |
| 09:37AM | 14 | Koninklijke Philips patent litigation. |
| 09:37AM | 15 | The deponent is Martin Rosner.  All |
| 09:37AM | 16 | counsel will be noted on the |
| 09:37AM | 17 | stenographic record.  The Court |
| 09:37AM | 18 | Reporter is Rebecca Schaumloffel and |
| 09:38AM | 19 | will now swear in the witness. |
| | 20 | |
| | 21 | M A R T I N   R O S N E R, called as a |
| | 22 | witness, having been first duly sworn by a |
| | 23 | Notary Public of the States of New York, New |
| | 24 | Jersey, and Pennsylvania was examined and |
| | 25 | testified as follows: |

```
                                                              6
         1                   M. ROSNER
09:38AM  2    EXAMINATION BY
09:38AM  3    MR. NEWTON:
09:38AM  4         Q.    Good morning, Mr. Rosner.
09:38AM  5         A.    Good morning.
09:38AM  6         Q.    Would you mind stating your name
09:38AM  7    for the record?
09:38AM  8         A.    Martin Rosner.
09:38AM  9         Q.    Where do you live?
09:38AM 10         A.    I live at 13 Farview Road in
09:38AM 11    Carmel, New York.
09:38AM 12         Q.    How far is that from New York
09:38AM 13    City?
09:38AM 14         A.    On the train, it's about
09:38AM 15    80 minutes.
09:38AM 16         Q.    I apologize for bringing you in on
09:38AM 17    January 4th, but just so you feel better, I
09:38AM 18    left my family on vacation somewhere and
09:38AM 19    hopefully heading back tonight so I
09:38AM 20    appreciate you being here.
09:38AM 21         A.    Okay.
09:38AM 22         Q.    Would you describe your current
09:38AM 23    title and who you work for?
09:38AM 24         A.    I work for Philips.  My current
09:38AM 25    title is Director of Standardization.
```

7

1         M. ROSNER
09:38AM  2      Q.    Which Philips entity do you work
09:38AM  3  for?
09:38AM  4      A.    Philips Electronic North America.
09:38AM  5  Philips North America.
09:38AM  6      Q.    Is that a subsidiary of the Dutch
09:38AM  7  Philips?
09:38AM  8      A.    Yes.  Well, that's -- yes.
09:38AM  9      Q.    So the Koninklijke Philips is the
09:39AM 10  parent of your company?
09:39AM 11      A.    Correct.
09:39AM 12      Q.    And are you Director of
09:39AM 13  Standardization for all the Philips companies
09:39AM 14  or just Philips North America?
09:39AM 15      A.    I am not the Director of all of
09:39AM 16  Philips North America.  I am within the
09:39AM 17  intellectual property of the standards
09:39AM 18  organization.  And I am the Director of
09:39AM 19  Standardization specifically for healthcare
09:39AM 20  related standards.
09:39AM 21      Q.    Are there other directors of
09:39AM 22  standardization or other areas other than
09:39AM 23  healthcare?
09:39AM 24      A.    Yes, there are.  And including my
09:39AM 25  boss, Paul Coebergh, who is also actually for

42

|   |   |   |
|---|---|---|
|  | 1 | M. ROSNER |
| 10:21AM | 2 | remember exactly. |
| 10:21AM | 3 | Q. How about other than the sound |
| 10:21AM | 4 | digital music initiative? |
| 10:21AM | 5 | A. Digital music initiative, SDMI, |
| 10:21AM | 6 | Secure Digital Music Initiative. |
| 10:21AM | 7 | Q. What other content other than the |
| 10:21AM | 8 | Secure Digital Music Initiative are you aware |
| 10:21AM | 9 | of? |
| 10:21AM | 10 | A. I was aware of DTCP because I did |
| 10:21AM | 11 | go, as part of research, to a couple of the |
| 10:21AM | 12 | CPTWG meetings. There was -- I can't recall |
| 10:22AM | 13 | what it was at the moment, but there was |
| 10:22AM | 14 | something called open copyright protection |
| 10:22AM | 15 | system. It's what I can recall at the |
| 10:22AM | 16 | moment. |
| 10:22AM | 17 | Q. The DTCP meetings, did you go |
| 10:22AM | 18 | there as a researcher or in your capacity as |
| 10:22AM | 19 | a Director of Standardization? |
| 10:22AM | 20 | A. That was as a researcher. |
| 10:22AM | 21 | Q. What years did you go to the DTCP |
| 10:22AM | 22 | meetings? |
| 10:22AM | 23 | A. That was also around '98 to -- I |
| 10:22AM | 24 | am sorry, '99 to 2002 timeframe. |
| 10:22AM | 25 | Q. How many DTCP meetings did you |

Martin Rosner - January 4, 2019

43

1          M. ROSNER

10:22AM  2   attend?
10:22AM  3       A.   I can't recall.  It must have been
10:22AM  4   a handful.  I was there really to learn about
10:23AM  5   standards in general.
10:23AM  6       Q.   Did you personally make a
10:23AM  7   contribution to the DTCP standard?
10:23AM  8       A.   No, I have not.
10:23AM  9       Q.   Do you recall whether Philips made
10:23AM 10   any contributions to the DTCP standard?
10:23AM 11       A.   I can't recall at the moment.
10:23AM 12       Q.   Did you personally make any
10:23AM 13   contribution to the Secured Digital Music
10:23AM 14   Initiative?
10:23AM 15       A.   No, I have not.
10:23AM 16       Q.   Do you recall whether Philips made
10:23AM 17   any contribution to the Secured Digital Music
10:23AM 18   Initiative?
10:23AM 19       A.   I believe there was some
10:23AM 20   contribution there, but I don't recall
10:23AM 21   specifically what it was.
10:23AM 22       Q.   Do you recall at all what it was?
10:23AM 23       A.   I think it was around watermarking
10:24AM 24   or -- yeah, method to watermark audio.
10:24AM 25       Q.   Now, you mentioned also the Open