| | |
|---|---|
| Bruce Genderson (pro hac vice) | Matthew S. Warren |
| Kevin Hardy (pro hac vice) | Erika H. Warren |
| Aaron Maurer (pro hac vice) | WARREN LEX LLP |
| David Krinsky (pro hac vice) | 2261 Market Street, No. 606 |
| Andrew Trask (pro hac vice) | San Francisco, California, 94114 |
| Kyle Thomason (pro hac vice) | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | Michael J. Newton (Bar No. 156225) |
| +1 (202) 434-5029 facsimile | Sang (Michael) Lee (pro hac vice) |
| viceroy@wc.com | Derek Neilson (pro hac vice) |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **ASUS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO PHILIPS' MOTION TO EXCLUDE PORTIONS OF DR. BULTERMAN'S REBUTTAL EXPERT REPORT CONCERNING U.S. PATENT NO. 7,529,806** <br><br> Date: November 14, 2019 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor (Oakland) <br> Judge: Hon. Haywood S. Gilliam, Jr. |

Under Federal Rule of Civil Procedure 26(c) and Local Rules 7-11 and 79-5, Defendants ASUSTek Computer Inc. and ASUS Computer International (collectively "ASUS") respectfully request that the Court file under seal portions of ASUS' Opposition to Philips' Motion to Exclude Portions of Dr. Bulterman's Rebuttal Expert Report Concerning U.S. Patent No. 7,529,806 and certain exhibits to the Declaration of Erika H. Warren in Support of ASUS' Opposition to Philips' Motion to Exclude Portions of Dr. Bulterman's Rebuttal Expert Report Concerning U.S. Patent No. 7,529,806 ("Warren Declaration"). As required by Local Rule 79-5, ASUS has electronically filed and served Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Philips") with unredacted versions of these documents.

**ARGUMENT**

This administrative motion is made on the grounds that the redacted portions of ASUS' Opposition to Philips' Motion for Partial Summary Judgment on Certain Affirmative Defenses, and certain Exhibits to the Warren Declaration contain information designated by Philips under the protective order governing confidentiality in this action, Docket No. 132. ASUS identifies the following material pursuant to Local Rule 79-5(e):

- Exhibits 2 and 18 to the Warren Declaration contains information designated by Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") Intervenor-Plaintiffs and Counterclaim-Defendants in Intervention Microsoft Corporation and Microsoft Mobile Inc. ("Microsoft"), and non-party Google LLC ("Google") as "Highly Confidential."
- Exhibits 6-10, 13, and 16-17 to the Warren Declaration contain information designated by Google as "Highly Confidential — Source Code."

ASUS accordingly requests that the Court order these portions of the documents filed under seal, and expects that the designating parties will comply with Local Rule 79-5(e) by filing appropriate declarations with the Court.

//
//
//
//
//

## CONCLUSION

For the foregoing reasons, ASUS respectfully requests that the Court file under seal the redacted portions of ASUS Opposition to Philips' Motion for Partial Summary Judgment on Certain Affirmative Defenses, and Exhibits 2, 6-10, 13, and 16-18 to the Warren Declaration.

Date:  September 26, 2019

Respectfully submitted,

_____
Matthew S. Warren

Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee  *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*