Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com

Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com
Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com


HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**[PROPOSED] ORDER GRANTING PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO ASUS'S MOTION FOR SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Having reviewed the papers submitted by the parties in connection with Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") Administrative Motion to File Under Seal Regarding Philips' Opposition to ASUS's Motion for Summary Judgment, and good cause being shown,

IT IS HEREBY ORDERED THAT:

Philips' Administrative Motion to File Under Seal is GRANTED. The following materials shall remain under seal: (1) the confidential, unredacted version of Philips' Opposition to ASUS's Motion for Summary Judgment ("MSJ Opposition"); (2) the confidential, unredacted versions of Exhibits 1, 2, 14, 17, and 29 to the Declaration of Caitlyn N. Bingaman in Support of Philips' MSJ Opposition; and (3) and the entirety of Exhibits 3, 4, 15, 16, 19, 28, 30, 33, 35, and 38 to the Declaration of Caitlyn N. Bingaman in Support of Philips' MSJ Opposition.

**IT IS SO ORDERED.**

DATED: _____        _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER GRANTING PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 4:18-CV-01885-HSG-EDL