Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PROOF OF SERVICE** |

1

**PROOF OF SERVICE**

I, Robert S. Pickens, declare as follows:

I am over the age of eighteen years and not a party to the instant action; my business address is Venable LLP, 1290 Avenue of the Americas, New York, NY 10104-3800.

On the dates specified below, I caused the following materials to be transmitted electronically to the individuals set forth below and identified the under seal materials at issue with respect to the relevant party:

**I.**

**DOCUMENT:**

1. PICKENS DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO SEAL REGARDING PHILIPS' OPPOSITION TO ASUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT (CORRECTED VERSION) (served September 27, 2019 Pacific time).

**SERVICE LIST:**

Patrick Park
Christopher M. Lawless
Ali-Reza Boloori
Kirkland & Ellis LLP
333 South Hope Street, 29th Floor
Los Angeles, CA 90071
patrick.park@kirkland.com
clawless@kirkland.com
ali-reza.boloori@kirkland.com

**II.**

**DOCUMENTS:**

1. MCCARTHY DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS'S OPPOSITION TO HTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (served September 26, 2019 Pacific time).

2. PICKENS DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO SEAL REGARDING PHILIPS' OPPOSITION TO ASUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT (CORRECTED VERSION) (served September 27, 2019

Pacific time).

**SERVICE LIST:**

Kevin Hardy
Aaron Maurer
David Krinsky
Christopher Geyer
Kyle Thomason
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com
18-1886@cases.warrenlex.com

I declare under penalty of perjury that the above is true and correct.

Executed on September 27, 2019 in New York, New York.

By: /s/   Robert S. Pickens