Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Caitlyn N. Bingaman, declare as follows:

I am over the age of eighteen years and not a party to the instant action; my business address is Venable LLP, 1290 Avenue of the Americas, New York, NY 10104-3800.

On the dates specified below, I caused the following declarations in support of various administrative motions to seal, and the under-seal materials filed therewith, to be transmitted electronically to or identified for the individuals set forth below:

**DOCUMENTS:**

1. LIEBER DECLARATION IN SUPPORT OF PHILIP'S ADMINISTRATIVE MOTION TO SEAL REGARDING PHILIPS' OPPOSITION TO MICROSOFT AND ASUS'S DAUBERT MOTION TO EXCLUDE EXPERT OPINIONS OF MICHAEL E. TATE (DAMAGES) (served September 26, 2019 Pacific time).

2. LIEBER DECLARATION IN SUPPORT OF PHILIP'S ADMINISTRATIVE MOTION TO SEAL REGARDING PHILIPS' OPPOSITION TO HTC'S DAUBERT MOTION TO EXCLUDE EXPERT OPINIONS OF MICHAEL E. TATE (served September 26, 2019 Pacific time).

3. MCCARTHY DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO HTC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (served September 26, 2019 Pacific time).

4. APGAR DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (served September 26, 2019 Pacific time).

5. YAM DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO MICROSOFT'S MOTION TO STRIKE EXPERT OPINIONS (served September 26, 2019 Pacific time).

6. PICKENS DECLARATION IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' OPPOSITION TO ASUS'S MOTION FOR SUMMARY JUDGMENT (CORRECTED) (served September 30, 2019 Pacific time).

2
PROOF OF SERVICE
CASE NO. 4:18-CV-01885-HSG

**SERVICE LIST:**

Kevin Hardy
Aaron Maurer
David Krinsky
Christopher Geyer
Kyle Thomason
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, District of Columbia, 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94110
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com
18-1886@cases.warrenlex.com

Michael J. Newton
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130

+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Ryan McBrayer
Jonathan Putman
Antoine McNamara
Stevan Stark
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*


Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com

Sarah Stahnke
Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile
msft-philipsteam@perkinscoie.com

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.*

I declare under penalty of perjury that the above is true and correct.

Executed on September 30, 2019 in New York, New York.

By: /s/ Caitlyn N. Bingaman