| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Natalie Lieber (admitted *pro hac vice*) ndlieber@venable.com | Joshua D. Calabro (admitted *pro hac vice*) jdcalabro@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Stephen Yam (admitted *pro hac vice*) syam@venable.com |
| Jason M. Dorsky (admitted *pro hac vice*) jmdorsky@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | |
| Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com | |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**JOINT MOTION OF PHILIPS AND YIFANG FOR FINAL STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND RESPONSE TO OCTOBER 1, 2019 ORDER (DKT. NO. 843); [PROPOSED] ORDER** |

1

JOINT MOTION OF PHILIPS AND YIFANG FOR FINAL STAY
PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND RESPONSE TO OCTOBER 1,
2019 ORDER (DKT. NO. 843); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc. ("YiFang") have previously jointly moved the Court to stay the various pretrial preparation deadlines in these consolidated action solely as they pertained to the disputes between Philips and YiFang, for various lengths of time and various reasons pertaining to the parties' settlement efforts, including in order to permit those parties to engage in settlement negotiations, and then preparation, completion, and ultimately execution of formal settlement documentation.  The Court granted each of those joint motions.  *See* Dkt. Nos. 647; 665; 697.

The parties are happy to report that despite their need to extend the stay -- due the international nature of the entities, and the multiple levels of review and approval required on both sides -- the time was well spent: they have now executed a final, binding settlement agreement.

However, as Philips and YiFang anticipated in their past joint filings might happen, there are indeed some post-execution aspects of that binding settlement agreement which must be performed before the Philips/YiFang case can be formally dismissed.  Notably, the parties believe in good faith that those performance provisions should all be completed in advance of the first trial in these consolidated actions (Philips v. Microsoft), meaning that the additional – and final – stay now requested should not impact the balance of these consolidated actions in any way.

As previously stated, it is well-settled that a district court has discretionary power to stay proceedings in its own court.  *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)).  In this instance, the parties believe in good faith that a further stay of proceedings is appropriate and in the interests of justice, in order to avoid unnecessary further litigation and to conserve judicial resources by permitting them to complete various terms required by the confidential settlement agreement without further involvement of, or burden upon, the Court, and without interference with any aspect of the remainder of these consolidated actions.

NOW, THEREFORE, Philips and YiFang hereby stipulate and respectfully request that the Court issue a final stay, and order that all remaining deadlines in these consolidated cases be stayed

2

JOINT MOTION OF PHILIPS AND YIFANG FOR FINAL STAY
PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND RESPONSE TO OCTOBER 1, 2019 ORDER (DKT. NO. 843); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

solely as they pertain to the Philips/YiFang matter for a period up to and including Friday, January 24, 2020, in order for various terms of the confidential settlement to be completed, so that the Philips/YiFang case may be dismissed pursuant to stipulation.  Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue on or before January 24, 2020, counsel will meet and confer and approach the Court jointly for guidance and/or a further Case Management Conference at that time, if needed.

Dated: October 2, 2019

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

       /s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John S. Carlin (admitted *pro hac vice*)
Christopher S. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Joyce L. Nadipuram (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

       /s/ Lucian C. Chen
Lucian C. Chen (*pro hac vice*)
Wing K. Chiu (*pro hac vice*)
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York, 10165
+1 (212) 710-3007
+1 (212) 501-2004 facsimile
lucianchen@lcclegal.com

Michael Song (Bar No. 243675)
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California, 90071
+1 (213) 612-8900
+1 (213) 612-3773 facsimile
michael.song@ltlattorneys.com

*Attorneys for Defendant YiFang USA, Inc. d/b/a E-Fun, Inc.*

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the party listed above to execute this document on its behalf.

Dated:  October 2, 2019                         /s/ Chris Holland
                                                                Chris Holland

# **[PROPOSED] ORDER**

Having reviewed Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendant YiFang USA Inc. d/b/a/ E-Fun, Inc.'s ("YiFang") Joint Motion for Final Stay Pending Completion of Settlement Agreement Terms ("Motion for Stay"), and good cause being shown,

IT IS HEREBY ORDERED THAT:

The Motion for Stay is GRANTED.  All remaining deadlines solely as they pertain to the disputes between Philips and YiFang are stayed for a period up to and including Friday, January 24, 2020.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                Hon. Haywood S. Gilliam, Jr.
                                                United States District Judge