# Exhibit X

# Exhibit 13

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Koninklijke Philips N.V., U.S.)
Philips Corporation,          )
                              )
          Plaintiffs,         )
                              )
   vs.                        )NO. 18-CV-1885-HSG
                              )
HTC Corporation, HTC America, )
Inc.,                         )
                              )
          Defendants.         )
_____)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION

CONTAINING SOURCE CODE

Videotaped Deposition of MATT DOUCLEFF

South San Francisco, California

Wednesday, November 28, 2018 – 2:26 p.m.

Reported by:

Ashley Soevyn,

Job No. 23751

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 105

1      THE WITNESS:  Yes, there's scenarios
2  where the estimate exists, and there are scenarios
3  where is does not exist.
4      MR. SHARRET:  Okay.  Let's take a brief
5  break.
6      THE VIDEOGRAPHER:  We're going off the
7  record.  The time is 1:58 p.m.
8           (Recess taken.)
9      THE VIDEOGRAPHER:  We are back on the
10 record.  The time is 2:16 p.m.
11     MR. SHARRET:  So let's mark as Doucleff
12 1.  This is a document bearing Bates Nos.
13 GOOGPHILIPS 9470 and 9471.
14        (Exhibit 1 marked for identification.)
15     THE REPORTER:  There you go.  Exhibit 1.
16 BY MR. SHARRET:
17     Q    So this document was produced to us last
18 night.  Have you seen it before?
19     A    Yes, I have seen this document.
20     Q    In what context have you seen this
21 document before?
22     A    I've seen this document as part of my
23 preparation for this deposition.
24     ▆ ▆▆ ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 106

1   ▮▮▮▮▮

2       A   ▮▮▮▮▮

3       Q   ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

9           MR. WARREN:  So, objection.  I'll remind
10  you that in answering the question you can't reveal
11  the contents of any communications that you had with
12  counsel.  You may certainly answer in terms of your
13  understanding of what you are here to prepare for.
14  But in the process of answering in that context, do
15  not reveal the contents of any communications you
16  had with lawyers for Google.  Does that make sense?
17          THE WITNESS:  Yes.
18          MR. WARREN:  Okay.
19          THE WITNESS:  So the question is?
20  BY MR. SHARRET:
21      Q   ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

▮ ▮▮▮▮▮

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 107

```
 1      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮
 ▮      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮
 ▮      ▮▮
 ▮      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮       ▮▮▮▮▮▮
 ▮      ▮       ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮
18              MR. WARREN:  Objection.  Incomplete
19      hypothetical.
20              ▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮
23      BY MR. SHARRET:
24         Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 108

1   ████████████████████
 █     █    ███████████████████████
 █   ██████████████
 █     █    ███████████████████████
 █   ████████████████████████
 █     █    ███████████████████████
 █   ██████████████████████
 █   ███████████████
 █     █   ████    █████████████████
 █  ██████████████████████
 █  ██████████████
 █  ████████   ████████   █████
 █  █████████████████
 █  ████████   █████████████
 █  ██████████████████████████
 █  ██████████████████████████
 █  ████████████████████
 █  ██████████████
 █     █   ████████████████████████
 █   ████
 █     █   █████
 █     █   ████████████████████
 █  ██████████████████████████
 █  ██████████████████████████
 █     █   ████████████████

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 109

1  █ █ ███████████████████████
█ █████████████████
█ █ ███████████████████
█ ███████████████████████
█ █ █████████████████████
█ ████████████████████████
█ ██████
8          MR. WARREN:   Objection.   Vague.
9               ███████   ████████████████
█ ██████████   ██████████████████████████
█ ████████████████████████████████████
█ ████████████████████████████████
█ ████████████████████
█ █████████████
█ █ ████████████████████████
█ █ ████████████████████████████
█ ████████████████████████████████
█ ██████████████████
█ █ █████████
█ █ █████ ██████████████
█ ████████████████████████████
█ █ ███████████████████
█ █ █████████████████████████
█ █ ████████████████████████████
█ ████████████████████████████

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 110



13        MR. SHARRET:  I have no further
14   questions.
15        MR. WARREN:  I have no questions.
16        MR. STARK:  No questions.
17        THE VIDEOGRAPHER:  This concludes today's
18   videotaped deposition of Matt Doucleff.  The number
19   of media used was two.  We're going off the record
20   at 2:26 p.m.
21
22        (TIME NOTED:  2:26 p.m.)
23
24
25

Case 4:18-cv-01885-HSG Document 853-9 Filed 10/04/19 Page 10 of 15

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 111

1          I, MATT DOUCLEFF, do hereby declare under
2  penalty of perjury that I have read the foregoing
3  transcript; that I have made any corrections as
4  appear noted, in ink, initialed by me, or attached
5  hereto; that my testimony as contained herein, as
6  corrected, is true and correct.
7          EXECUTED this_____ day
8  of_____,
9  20____, at_____, _____.
10                (City)                    (State)
11
12
13
14  _____
15  MATT DOUCLEFF
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
CONTAINING SOURCE CODE

Page 112

```
 1
 2
 3            I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby
 5   certify:
 6            That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings,
 9   prior to testifying, were duly sworn; that a record
10   of the proceedings was made by me using machine
11   shorthand, which was thereafter transcribed under my
12   direction; further, that the foregoing is a true
13   record of the testimony given.
14            I further certify I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney or party to this action.
17            IN WITNESS WHEREOF, I have this December
18   10, 2018 subscribed my name.
19
20
21
22
23   _____
24   ASHLEY SOEVYN
25   CSR No. 12019
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

**Errata Sheet for the Deposition Transcript of Matthew Doucleff**
In re Koninklijke Philips N.V.
Case No. 18-1885 (N.D. California)
November 28, 2018

| Page | Line | Now Reads | Should Read | Reason for Change |
|---|---|---|---|---|
| 11 | 21 | software limitation | software implementation | Transcription error |
| 14 | 3-4 | This code does a lot of things. | I mean this code does a lot of things. | Transcription error |
| 17 | 21-22 | pointer D reference | pointer dereference | Transcription error |
| 19 | 2 | I'd have to see more | I would have to see more | Transcription error |
| 28 | 13-14 | MR. STARK: Objection. Asked and answered. Argumentative. | MR. WARREN: Objection. Asked and answered. Argumentative. | Transcription error |
| 29 | 25 | So that's a method that takes no | So that's a method. It takes no | Transcription error |
| 42 | 4-5 | The type is determined by the sequence factory provider. | The type is determined by the sequencer factory provider. | Transcription error |

| 46 | 19 | git | get | Transcription error |
| --- | --- | --- | --- | --- |
| 58 to 59 | 4 1 | ███████ | ███████ | Transcription error |
| 60 | 17-20 | ███████ | ███████ | I misspoke. This method cannot be overridden, so "will" is correct here. |
| 60 | 21-22 | Q.  Why do you say may?  A.  Because virtual methods. | [Delete] | I misspoke. This answer was incorrect. See above.  In addition, this question and answer would not have occurred except for my misstatement above. |
| 60 to 61 | 23 1 | Q.  Again, if there was not a virtual method here, this would be the one that's invoked, on Line 1192?  A.  Yes. Yes. | [Delete] | Although this answer is correct, this question and answer would not have occurred except for my misstatement above. |

| 64 | 8 | is a logic of type | Is a object of type | Transcription error |
| --- | --- | --- | --- | --- |
| 70 | 7 | formal | format | Transcription error |
| 70 | 25 | AVR | ABR | Transcription error |
| 76 | 8 | cash | cache | Transcription error |
| 78 | 22 | list | less | Transcription error |
| 79 | 5 | | MR. WARREN: Objection. Vague. | Not recorded |
| 83 | 7 | a less | OS | Transcription error |
| 87 | 8 | That is in virtual method. | That is a virtual method. | Transcription error |
| 103 | 20 | frickin | franken | Transcription error |
| 106 | 2 | particle | protocol | Transcription error |

HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION                                    Page 3

| 110 | 12 | content for free network | content delivery network | Transcription error |

_____  
Matthew Doucleff

_____25 Jan 2019_____  
Date

HIGHLY CONFIDENTIAL – SOURCE CODE INFORMATION