Exhibit AB

# Exhibit 16

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Michael P. Sandonato (admitted *pro hac vice*)
msandonato@fchs.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@fchs.com
Natalie Lieber (admitted *pro hac vice*)
nlieber@fchs.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@fchs.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@fchs.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@fchs.com

Robert S. Pickens (admitted *pro hac vice*)
rpickens@fchs.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@fchs.com
Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jcardenas-navia@fchs.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@fchs.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cbingaman@fchs.com

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG (EDL) |
| | **PHILIPS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AGAINST ASUS** |
| | **HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY** |
| | JURY TRIAL DEMANDED |

# YOUTUBE AND GOOGLE PLAY MOVIES & TV '806 SOURCE CODE APPENDIX

HIGHLY CONFIDENTIAL – SOURCE CODE

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| U.S. Patent No. 7,529,806 | |
| --- | --- |
| **Claim 1** | **Contention** |
| [1a] A method of, at a client device, forming a media presentation from multiple related files, including a control information file, stored on one or more server computers within a computer network, the method comprising acts of: | The Court construed the term "media presentation" to mean "data having multiple segments." *See* Order Construing the Terms of U.S. Patent Nos. RE44,913, 6,690,387, 7,184,064, 7,529,806, 5,910,797, 6,522,695, 8,543,819, 9,436,809, 6,772,114, RE43,564 (D.I. 241) ("Markman Order") at 7.<br><br>The '806 Accused Products each include a YouTube Android application and/or a Google Play Movies & TV Android application.<br><br>**'806 YouTube Accused Products**<br><br>Presence of each claim element in the '806 YouTube Accused Products is illustrated below.<br><br>Each of the '806 YouTube Accused Devices performs a method for forming a media presentation (*e.g.*, audio and/or video data having multiple segments) from multiple related files, including a control information file (*e.g.*, ███████████), which are stored within a computer network, as described below.<br><br>Google has produced the following versions of the YouTube Android application:<br><br>• 5.10.3.5<br>• 6.0.13<br>• 10.11.55<br>• 10.49.60<br>• 11.13.56<br>• 11.49.55<br>• 12.13.53<br>• 12.47.58<br><br>The operation of the earliest (5.10.3.5) and latest (12.47.58) produced versions of the YouTube application are detailed in this chart. Analysis of the source code of the YouTube Android |

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

application did not reveal substantial differences between these and the intermediate versions with respect to performance of the infringing method.

**'806 Play Movies & TV Accused Products**

Presence of each claim element in the '806 Play Movies & TV Accused Products is illustrated below.

Each of the '806 Play Movies & TV Accused Devices performs a method for forming a media presentation (e.g., audio and/or video data having multiple segments) from multiple related files, including a control information file (e.g., ▮▮▮▮▮▮▮▮▮), which are stored within a computer network, as described below.

Google has produced the following versions of the Play Movies & TV Android application:



The operation of the second ▮▮▮▮▮▮▮▮▮ releases of the Play Movies & TV application are detailed in this chart. Analysis of the source code of the Play Movies & TV Android application did not reveal substantial differences between these and the intermediate versions with respect to performance of the infringing method. The earliest Play Movies & TV version (▮▮▮▮) operates differently than the later versions and is not described further herein.

\* \* \*

2

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



**'806 Accused Products**

Infringement under the Doctrine of Equivalents

Defendants allege that the '806 Accused Products do not require that a media presentation be stored as "multiple related files" on "one or more server computers within a computer network" but instead argue that media segments can be stored on a server in any number of ways (e.g., as a portion of a larger file or within a database) or can be generated by a server on-the-fly (e.g., from a

4

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| | |
|---|---|
| | segment stored in a different format) in response to a client request. As explained above, Defendants' allegations are technically and legally wrong--the '806 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '806 Accused Products were correct, the '806 Accused Products still infringe under the doctrine of equivalents. Any difference between the literal scope of the claim language and the above-described storage methods is insubstantial. Indeed the claims-in-suit are written from the perspective of the client devices, not the server computers within a computer network. Regardless, even if the exact way in which the media presentation files were stored on the computer network were germane to infringement, the literal scope of the claim language and the above-described storage methods perform substantially the same function (retrieving the multiple related files that make up a media presentation), in substantially the same way (through a computer network), to yield substantially the same result (the different multiple related files that make up a media presentation are retrievable by the client device). |
| [1b] downloading the control information file to the client device; | **'806 YouTube Accused Products**<br><br> |

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

12.47.58:

'806 Play Movies & TV Accused Products

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



*See, e.g.:*

- YouTube (5.10.3.5): Google-Source Code-000001485 - Google-Source Code-000001490, Google-Source Code-000001516 - Google-Source Code-000001521
- YouTube (12.47.58): Google-Source Code-00000485 - Google-Source Code-00000492, Google-Source Code-000001475 - Google-Source Code-000001484
- Play Movies & TV ( ███ Google-Source Code-00000390 - Google-Source Code-00000402, Google-Source Code-00000423 - Google-Source Code-00000424
- Play Movies & TV ███ ): Google-Source Code-00000429 - Google-Source Code-00000446, Google-Source Code-00000478 - Google-Source Code-00000480

| | |
|---|---|
| [1c] the client device | The Court construed the term "parsing [the/a] control information file" "in accordance with its |

7



**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



*See, e.g.:*

- YouTube (5.10.3.5): Google-Source Code-000001499 - Google-Source Code-000001506, Google-Source Code-00001516 - Google-Source Code-00001521
- YouTube (12.47.58): Google-Source Code-0000493 - Google-Source Code-00000506, Google-Source Code-00001475 - Google-Source Code-00001484
- Play Movies & TV (████████): Google-Source Code-00000401 - Google-Source Code-00000402
- Play Movies & TV (████████): Google-Source Code-00000444 - Google-Source Code-00000446

The Court construed the term "alternative flies" to mean "alternative files." *See* Markman Order at 7.

**'806 YouTube Accused Products**

[1d] based on parsing of the control information file, the client device:

identifying multiple alternative flies corresponding to a given segment of the media presentation,

[1e] determining which files of the multiple alternative files to retrieve based on system restraints;

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

Within the YouTube Android application source code these operations are implemented as follows:

5.10.3.5:

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



12.47.58:

11

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A



'806 Play Movies & TV Accused Products

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A



13

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV ʼ806 Source Code Appendix - Exhibit A**

Within the Play Movies & TV Android application source code these operations are implemented as follows:



14

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



| | |
|---|---|
| | *See, e.g.:* <br><br> • YouTube (5.10.3.5): Google-Source Code-00001541 - Google-Source Code-00000563 <br> • YouTube (12.47.58): Google-Source Code-00000514 - Google-Source Code-00000539 <br> • Play Movies & TV (▮▮▮▮): Google-Source Code-00000395, Google-Source Code-00000403 - Google-Source Code-00000422 <br> • Play Movies & TV (▮▮▮▮): Google-Source Code-00000433 - Google-Source Code-00000435, Google-Source Code-00000447 - Google-Source Code-00000477 |
| [1f] retrieving the determined file of the multiple alternative files to begin a media presentation, wherein if the determined file is one of a plurality of files required for the media presentation, the method further comprises acts of: | <u>'806 YouTube Accused Products and '806 Play Movies & TV Accused Products</u> <br><br> Upon determining which media chunk (Segment) file to retrieve, the '806 YouTube Accused Products and '806 Play Movies & TV Accused Products will retrieve the determined media chunk (Segment) file. Because a media presentation consists of multiple segments (*see* Markman Order at 7), multiple chunk (segments) are retrieved for playback to begin the media presentation. A media presentation may begin at the start of the content or after seeking to a new location of the content. <br><br> If the determined media chunk (Segment) is one of a plurality of files required for the media presentation, each '806 YouTube Accused Product or '806 Play Movies & TV Accused Product will take the steps described below. ▮▮▮▮▮▮▮▮▮▮▮ |

17

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A



**'806 YouTube Accused Products**

Within the YouTube Android application source code these operations are implemented as follows:

5.10.3.5 and 12.47.58:

**'806 Play Movies & TV Accused Products**

Within the Play Movies & TV Android application source code these operations are implemented

18

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

as follows:



*See, e.g.:*

- YouTube (5.10.3.5): Google-Source Code-00000550 - Google-Source Code-00000551
- YouTube (12.47.58): Google-Source Code-00000523 - Google-Source Code-00000525
- Play Movies & TV ( Google-Source Code-00000413
- Play Movies & TV ( ): Google-Source Code-00000463

**'806 Accused Products**

Infringement under the Doctrine of Equivalents

Defendants allege that the '806 Accused Products do not meet these claim limitations because the '806 Accused Products always begin a presentation with a first segment selected independent of system restraints. As explained above, Defendants' allegations are technically and legally wrong—the '806 Accused Products literally meet the claim term.

However, even if Defendants' characterization of the '806 Accused Products was correct, the '806 Accused Products still infringe under the doctrine of equivalents. Any difference between the literal scope of the claim language and the above-described functionality is insubstantial because using system constraints for every other segment of a media presentation aside from the first is insubstantially different from the claims of the '806 Accused Products.

**'806 YouTube Accused Products and '806 Play Movies & TV Accused Products**

[1g] concurrent with the media presentation,

19

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| | |
|---|---|
| retrieving a next file; and | ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **'806 Accused Products** <br><br> Infringement under the Doctrine of Equivalents <br><br> Defendants allege that the '806 Accused Products do not require that the client "retriev[e] a next file" "concurrent with the media presentation" and "use the content of the next file to continue the media presentation" but instead that the timing of requests for and retrieval of future segments in the '806 Accused Products is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). As explained above, Defendants' allegations are technically and legally wrong—the '806 Accused Products literally meet the claim term. <br><br> However, even if Defendants' characterization of the '806 Accused Products was correct, the '806 Accused Products still infringe under the doctrine of equivalents. Any difference between the literal scope of the claim language and the above-described functionality is insubstantial because they perform substantially the same function (retrieving a next segment or file) in substantially the same way (downloading without delaying the presentation of previously retrieved segments or files) to achieve substantially the same result (reduced latency in playback of the media presentation to a user). |
| [1h] using content of the next file to continue the media presentation. | **'806 YouTube Accused Products and '806 Play Movies & TV Accused Products** <br><br> Upon each '806 YouTube Accused Product or '806 Play Movies & TV Accused Product ▮▮▮▮▮▮▮▮▮▮ |

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| | U.S. Patent No. 7,529,806 |
|---|---|
| **Claim 4** | **Contention** |
| [4] The method of claim 1, wherein the media presentation comprises an audio presentation. | *See supra* at 1. |
| | **'806 YouTube Accused Products and '806 Play Movies & TV Accused Products** |
| | Each '806 YouTube Accused Product or '806 Play Movies & TV Accused Product ▮ |

22

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| | U.S. Patent No. 7,529,806 |
| --- | --- |
| **Claim 5** | **Contention** |
| [5] The method of claim 1, wherein the media presentation comprises a video presentation. | *See supra* at 1.<br><br>**'806 YouTube Accused Products and '806 Play Movies & TV Accused Products**<br><br>Each '806 YouTube Accused Product or '806 Play Movies & TV Accused Product can ████ |

23

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| U.S. Patent No. 7,529,806 | |
|---|---|
| **Claim 6** | **Contention** |
| [6]  The method of claim 1, wherein partitioning of media presentation information between the multiple related files is described within the control information file using tags corresponding to respective files. | *See supra* at 1.<br><br>**'806 YouTube Accused Products**<br><br><br><br>**'806 Play Movies & TV Accused Products**<br><br> |

24

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



*See, e.g.:*

- YouTube (5.10.3.5): Google-Source Code-000001516 - Google-Source Code-0000001518
- YouTube (12.47.58): Google-Source Code-000001479 - Google-Source Code-000001484
- Play Movies & TV ( ): Google-Source Code-00000424
- Play Movies & TV ( ): Google-Source Code-00000479 - Google-Source Code-00000480

25

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**



| U.S. Patent No. 7,529,806 | |
| --- | --- |
| **Claim 7** | **Contention** |
| [7] The method of claim 1 wherein the control information file is an XML file. | *See supra* at 1. |

26

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

- YouTube (12.47.58): Google-Source Code-000001479 - Google-Source Code-000001484
- Play Movies & TV ( ): Google-Source Code-00000424
- Play Movies & TV ( ): Google-Source Code-00000479 - Google-Source Code-00000480

27

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

## U.S. Patent No. 7,529,806

| Claim 12 | Contention |
|---|---|
| [12a] A client device for forming a media presentation from multiple related files stored on server computers within a computer network, comprising: | *See supra* at 1a.<br><br>Each of the '806 YouTube and Play Movies & TV Accused Devices is a device for forming a media presentation (*e.g.*, audio and/or video data having multiple segments) from multiple related files, which are stored on server computers within a computer network, and which has the following elements as described below.<br><br>Each of the '806 YouTube and Play Movies & TV Accused applications, when run on a device such as the '806 YouTube and Play Movies & TV Accused Devices or third party devices, |
| [12b] means for downloading files to the client device; | *See also supra* at 1b. |

28

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| | '806 YouTube and Play Movies & TV Accused Products |
|---|---|
| | Each '806 YouTube and Play Movies & TV Accused Product includes a modem, such as a Wi-Fi modem, and a microprocessor that is programmed with software for downloading streams of data, such as control information proto files and media Segment files. *See, e.g.,* Appendix L. |
| | <br><br><br> |
| [12c] means for parsing a control information file; and | *See also supra* at 1c.<br><br>The Court construed the term "means for parsing a control information file" pursuant to 35 U.S.C § 112, ¶ 6.<br><br>The claimed function is: "parsing a control information file."<br><br>The corresponding structure is: "single purpose media player or multipurpose computing device programmed with software to perform the function, such as the algorithm disclosed in Figure 1 and at 2:53-3:2."<br><br>*See* Markman Order at 9.<br><br><br>**'806 YouTube and Play Movies & TV Accused Products** |

29

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| | **'806 Accused Products**<br>Infringement under the Doctrine of Equivalents |
|---|---|
| [12d] means for parsing, based on parsing of the control information file:<br><br>identifying multiple alternative files corresponding to a give segment of the media presentation;<br><br>[12e] determining which file of the multiple alternative files to retrieve based on system constraints; | <br><br>*See also supra* at 1d and 1e.<br><br>The Court construed the term "means for parsing, based on parsing of the control information file: identifying multiple alternative files corresponding to a given segment of the media presentation; determining which file of the multiple alternative files to retrieve based on system constraints; retrieving the determined file of the multiple alternative files to begin a media presentation" is construed pursuant to 35 U.S.C § 112, ¶ 6.<br><br>The claimed function is: "parsing, based on parsing of the control information file: identifying multiple alternative files corresponding to a given segment of the media presentation; determining which file of the multiple alternative files to retrieve based on system constraints; retrieving the determined file of the multiple alternative files to begin a media presentation."<br><br>The corresponding structure is: "dedicated media player or multipurpose computing device programmed with software to perform the function, such as the algorithm in Figure 1, and at 2:53-3:61, 4:20-26."<br><br>*See* Markman Order at 10.<br><br>The Court construed the term "give" to mean "given." *See* Markman Order at 7. |

30

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| | |
|---|---|
| | **'806 YouTube and Play Movies & TV Accused Products** |
| | Each '806 YouTube and Play Movies & TV Accused Product includes a microprocessor. |
| | [redacted] |
| | **'806 Accused Products** |
| | Infringement under the Doctrine of Equivalents |
| | Defendants allege that the '806 Accused Products do not have an algorithm equivalent to the disclosed structure in the '806 patent specification. As explained above, Defendants' allegations are technically and legally wrong. However, even if the above-described algorithm is not exactly the same as the disclosure in the '806 patent specification, it is at minimum equivalent to the disclosed structure because any differences between the Products and the patent's structure are insubstantial and both work in substantially the same way. |
| | *See also supra* at 1f. |
| | The Court construed the term "wherein if the determined filed is one of a plurality of files required for the media presentation, the means for parsing comprises means for: concurrent with the media presentation, retrieving a next file; and using content of the next file to continue the media presentation" to mean "the means for parsing has the capability to: (1) retrieve a next file |
| [12f] retrieving the determined file of the multiple alternative files to begin a media presentation, wherein if the determined file is one of a plurality of files required for the media | |

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| | |
|---|---|
| presentation, the means for parsing comprises means for: | corresponding to a later segment of a media presentation while an earlier retrieved segment is presented and (2) to use the content of the next file to continue the media presentation." *See* Markman Order at 8.<br><br>**'806 YouTube and Play Movies & TV Accused Products**<br><br> |
| [12g] concurrent with the media presentation, retrieving a next file; and | *See also supra* at 1g.<br><br>This term connotes sufficient structure to the POSA to perform the claimed function and so should be afforded its plain meaning rather than be subject to § 112, ¶ 6. However, in the event that this term is found to be subject to be subject to § 112, ¶ 6, the claimed function and corresponding structure should be as below.<br><br>The claimed function is: "concurrent with the media presentation, retrieving a next file."<br><br>The corresponding structure is: "single purpose media player or multipurpose computing device programmed with software to perform the function, such as the algorithm disclosed in Figure 1 and at 2:57-63, 3:3-7, 3:14-30, 3:57-4:14."<br><br>**'806 YouTube and Play Movies & TV Accused Products** |

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| | | |
|---|---|---|
| [12h] using content of the next file to continue the media presentation. |  *See also supra* at 1h.<br><br>This term connotes sufficient structure to the POSA to perform the claimed function and so should be afforded its plain meaning rather than be subject to § 112, ¶ 6. However, in the event that this term is found to be subject to § 112, ¶ 6, the claimed function and corresponding structure should be as below.<br><br>The claimed function is: "using content of the next file to continue the media presentation."<br><br>The corresponding structure is: "single purpose media player or multipurpose computing device programmed with software to perform the function, such as the algorithm disclosed in Figure 1 and at 2:57-63, 3:3-7, 3:14-36, 3:57-4:14." <br><br>**'806 YouTube and Play Movies & TV Accused Products** | |

33

**Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806**
**YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A**

| U.S. Patent No. 7,529,806 | |
| --- | --- |
| **Claim 13** | **Contention** |
| [13] The device of claim 12, wherein the control information file is an XML file. | *See supra* at 7; *see also supra* at 12. |

34

Fourth Amended Infringement Contentions: U.S. Patent No. 7,529,806
YouTube and Google Play Movies & TV '806 Source Code Appendix - Exhibit A

| U.S. Patent No. 7,529,806 | |
|---|---|
| **Claim 15** | **Contention** |
| [15] The device of claim 12, wherein: | *See supra* at 12. |
| the device interprets the control information to retrieve multiple files from the computer network for sequential play-out. | **'806 YouTube and Play Movies & TV Accused Products** <br><br> ███████████████████████ |

35

Dated: October 31, 2018

By:  /s/  Jaime F. Cardenas-Navia

Jaime F. Cardenas-Navia (admitted *pro hac vice*)
jcardenas-navia@fchs.com

FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

*Attorney for Plaintiffs*