Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
nlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**PUBLIC VERSIONS OF EXHIBITS FILED WITH PRIOR ADMINISTRATIVE MOTIONS TO SEAL (DKT. NOS. 538 AND 568)** |

On October 23, 2019, the Court issued an order (Dkt. No. 789) granting-in-part and denying-in-part Administrative Motions to Seal filed by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") (Dkt. Nos. 538 and 568) in connection with Philips' Motion for Leave to Amend Its Infringement Contentions ("Motion for Leave to Amend") and Philips' Reply in Support of Its Motion for Leave to Amend.  In that order, the Court also directed the parties to file unredacted versions of documents for which the proposed sealing was denied, to the extent the parties do not file a renewed motion to seal regarding those documents.  Defendants and Microsoft have advised Philips that they do not intend to file a renewed motion to seal as to the following documents. Therefore, Philips files herewith unreacted versions of the following documents:

Docket No. 538:

- Exhibits 9, 11, 16, 20, 27, 28, 33, 54, 55 to the Declaration of Sean M. McCarthy in Support of Philips' Motion for Leave to Amend (previously filed as 538-9, 538-10, 538-13, 538-14, 538-18).

- Exhibits 9, 10, 11, 17, 26, 27 to the Declaration of Daniel A. Apgar in Support of Philips' Motion for Leave to Amend (previously filed as 538-22 and 538-23).

- Declaration of Jaime F. Cardenas-Navia in Support of Philips' Motion for Leave to Amend and Exhibits 6, 9, 10, 12, 20, and 26 thereto (previously filed as 538-26, 538-27, 538-28, 538-29).

- Exhibits 21, 25, 27, 28, 31 to the Declaration of Robert S. Pickens in Support of Philips' Motion for Leave to Amend (previously filed as 538-33, 538-34, 538-35, 538-36).

- Exhibits 111, 114, 118, and 206 to the Declaration of Jonathan M. Sharret in Support of Philips' Motion for Leave to Amend (previously filed as 538-44, 538-46, 538-48).

Docket No. 568:

- Exhibit 11 to the Declaration of Sean M. McCarthy In Support Philips' Reply in Support of Its Motion for Leave to Amend (previously filed as 568-3.)

1

PUBLIC VERSIONS OF EXHIBITS FILED WITH PRIOR ADMINISTRATIVE MOTIONS TO SEAL (DKT. NOS. 538 AND 568)
CASE NO. 4:18-CV-1885-HSG

| | |
|---|---|
| Dated: October 7, 2019 | Respectfully submitted, |
| | |
| Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com | /s/ Robert S. Pickens<br>Michael P. Sandonato (admitted *pro hac vice*)<br>John S. Carlin (admitted *pro hac vice*)<br>Christopher S. Gerson (admitted *pro hac vice*)<br>Natalie D. Lieber (admitted *pro hac vice*)<br>Jason M. Dorsky (admitted *pro hac vice*)<br>Stephen K. Yam admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Joshua D. Calabro admitted *pro hac vice*)<br>Daniel A. Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*)<br>Robert S. Pickens (admitted *pro hac vice*)<br>Caitlyn N. Bingaman (admitted *pro hac vice*)<br><br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com<br><br>*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |