Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
+1 (202) 434-5000
viceroy@wc.com

Matthew S. Warren (No. 230565)
Erika H. Warren (No. 204739)
WARREN LEX LLP
San Francisco, California  94110
+1 (415) 895-2940
18-1885@cases.warrenlex.com

Michael J. Newton (No. 156225)
Sang (Michael) Lee *(pro hac vice)*
Derek Neilson *(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Ste. 2300
Dallas, Texas  75201
+1 (214) 922-3400
asus-philips@alston.com

Attorneys for Defendants ASUSTeK Computer Inc. and
ASUS Computer International

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**DECLARATION OF DEREK S. NEILSON IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNDER THE SEPTEMBER 23, 2019 ORDER (DKT. 789)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Court: Courtroom 2 |

I, Derek S. Neilson, hereby declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Defendants ASUSTeK Computer Inc. ("ASUSTeK") and ASUS Computer International ("ACI") (collectively, "ASUS") in the above-captioned action. I am a member in good standing of the State Bar of Texas and am admitted to practice *pro hac vice* before this Court in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration under Civil Local Rules 79-5(d)(1)(A) and 79-5(e)(1), in view of the Court's September 23, 2019 Order on Administrative Motions to File Under Seal (Dkt. 789).

3. Selected portions of Exhibit 4 to the Declaration of Jonathan M. Sharret re: Source Code in Support of Philips' Motion for Leave to Amend its Infringement Contentions (the "Sharret Declaration") (Dkt. 544), as corrected, is Philips's proposed amendments to its infringement contentions and contains and/or references information that was designated by ASUS as "Highly Confidential – Outside Counsel Only" under the Protective Order. In particular, Appendix AC is a spreadsheet that contains non-public, proprietary information including internal IDs and descriptions and identification of components not readily available to the public. ASUS seeks permission to maintain the following columns of Appendix AC under seal: "Item Description," "Part Number," and "Grav. Sensor."

4. The information identified above is not available to the public and given the highly competitive nature of the computer industry, ASUS would likely be harmed by the public disclosure of this proprietary information because it would give ASUS's competitors a window into ASUS's confidential business information.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed in Dallas, Texas this 7th day of October, 2019.

*/s/ Derek S. Neilson*
Derek S. Neilson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28