| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | Derek Nielsen (*pro hac vice*) |
| Kevin Hardy (*pro hac vice*) | Michael J. Newton (Bar No. 156225) |
| Aaron Maurer (*pro hac vice*) | Sang (Michael) Lee (*pro hac vice*) |
| David Krinsky (*pro hac vice*) | ALSTON & BIRD LLP |
| Andrew Trask (*pro hac vice*) | 2200 Ross Avenue, Suite 2300 |
| Kyle Thomason (*pro hac vice*) | Dallas, Texas, 75201 |
| WILLIAMS & CONNOLLY LLP | +1 (214) 922-3400 |
| 725 Twelfth Street, N.W. | +1 (214) 922-3899 facsimile |
| Washington, D.C., 20005 | asus-philips@alston.com |
| +1 (202) 434-5000 | |
| +1 (202) 434-5029 facsimile | Matthew S. Warren (Bar No. 230565) |
| viceroy@wc.com | Erika H. Warren (Bar No. 295570) |
| | Angela M. He (Bar No. 319351) |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, California, 94110 |
| | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| | 18-1885@cases.warrenlex.com |

*Attorneys for Defendants ASUSTeK Computer Inc., and ASUS Computer International*

| | |
|---|---|
| John Schnurer (Bar No. 185725) | Jonathan Putman (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Ryan McBrayer (*pro hac vice*) |
| James Young Hurt (Bar No. 312390) | Antoine McNamara (Bar No. 261980) |
| Ryan Hawkins (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| Louise Lu (Bar No. 256146) | PERKINS COIE LLP |
| Vinay Sathe (Bar No. 256146) | 1201 Third Avenue, Suite 4900 |
| PERKINS COIE LLP | Seattle, Washington, 98101 |
| 11988 El Camino Real, Suite 350 | +1 (206) 359-8000 |
| San Diego, California, 92130 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5700 | |
| +1 (858) 720-5799 facsimile | |

Elizabeth M. Banzhoff
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, Colorado, 80202
+1 (303) 291-2397
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

| | |
|---|---|
| Bruce R. Genderson (pro hac vice) | Craig R. Kaufman (SBN 159458) |
| Kevin Hardy (pro hac vice) | Kaiwen Tseng (SBN 193756) |
| Aaron P. Maurer (pro hac vice) | TECHKNOWLEDGE LAW GROUP LLP |
| David M. Krinsky (pro hac vice) | 100 Marine Parkway, Suite 200 |
| Andrew Trask (pro hac vice) | Redwood Shores, CA 94065 |
| Kyle E.Thomason (pro hac vice) | Telephone: (650) 517-5200 |
| Christopher A. Suarez (pro hac vice) | Facsimile: (650) 226-3133 |

EXHIBITS TO THE JOINT RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NUMBER 4:18-CV-01885-HSG-EDL

145817276.2

| | | |
|---|---|---|
| 1 | WILLIAMS & CONNOLLY LLP | ktseng@tklg-llp.com |
| | 725 Twelfth Street, N.W. | ckaufman@tklg-llp.com |
| 2 | Washington, D.C. 20005 | jlin@tklg-llp.com |
| | Telephone: (202) 434-5000 | |
| 3 | Facsimile: (202) 434-5029 | Matthew S. Warren (SBN 230565) |
| | bgenderson@wc.com | Patrick M. Shields (SBN 204739) |
| 4 | khardy@wc.com | Erika H. Warren (SBN 295570) |
| | amaurer@wc.com | WARREN LEX LLP |
| 5 | dkrinsky@wc.com | 2261 Market Street, No. 606 |
| | atrask@wc.com | San Francisco, CA 94114 |
| 6 | kthomason@wc.com | Telephone: (415) 895-2940 |
| 7 | csuarez@wc.com | Facsimile: (415) 895-2964 |
| | | 18-1885@cases.warrenlex.com |

*Attorneys for Defendants ACER INC. AND ACER AMERICA CORPORATION*

| | | |
|---|---|---|
| 10 | Bruce R. Genderson (pro hac vice) | Erika H. Warren (SBN 295570) |
| | Kevin Hardy (pro hac vice) | Matthew S. Warren (SBN 230565) |
| 11 | Aaron P. Maurer (pro hac vice) | Patrick M. Shields (SBN 204739) |
| | David M. Krinsky (pro hac vice) | WARREN LEX LLP |
| 12 | Andrew Trask (pro hac vice) | 2261 Market Street, No. 606 |
| | Kyle E. Thomason (pro hac vice) | San Francisco, CA 94114 |
| 13 | Christopher A. Suarez (pro hac vice) | Telephone: (415) 895-2940 |
| 14 | WILLIAMS & CONNOLLY LLP | Facsimile: (415) 895-2964 |
| | 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| 15 | Washington, D.C. 20005 | |
| | Telephone: (202) 434-5000 | |
| 16 | Facsimile: (202) 434-5029 | |
| 17 | bgenderson@wc.com | |
| | khardy@wc.com | |
| 18 | amaurer@wc.com | |
| | dkrinsky@wc.com | |
| 19 | atrask@wc.com | |
| | kthomason@wc.com | |
| 20 | csuarez@wc.com | |

*Attorneys for Non-Party Google LLC*

| | | |
|---|---|---|
| 23 | Christina McCullough, Bar No. 245944 | Sarah E. Fowler, Bar No. 264838 |
| | CMcCullough@perkinscoie.com | SFowler@perkinscoie.com |
| 24 | Judith Jennison, Bar No. 165929 | PERKINS COIE LLP |
| | Jjennison@perkinscoie.com | 3150 Porter Drive |
| 25 | Theresa H. Nguyen, Bar No. 284581 | Palo Alto, CA 94304 |
| | Rnguyen@perkinscoie.com | Telephone: (650) 838-4300 |
| 26 | PERKINS COIE LLP | Facsimile: (650) 838-4350 |
| | 1201 Third Avenue, Suite 4900 | |
| 27 | Seattle, WA  98101-3099 | Tiffany P. Cunningham |

1
JOINT RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

CASE NUMBER 4:18-CV-01885-HSG-EDL

145817276.2

Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Chad S. Campbell, Bar No. 258723
Ccampbell@perkinscoie.com
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Patrick J. McKeever, Bar No. 268763
PmcKeever@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

TCunningham@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312)324-9400

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**EXHIBITS TO THE JOINT RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5  RE DKT. 860** |