Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com

Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com
Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF CAITLYN N. BINGAMAN IN SUPPORT OF PHILIPS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS IN DR. NIELSON'S OPENING EXPERT REPORT SERVED ON BEHALF OF HTC CONCERNING U.S. PATENT NO. 9,436,809** |

## DECLARATION

I, Caitlyn N. Bingaman declare as follows:

1.      I am an associate at Venable LLP and counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") in the above-captioned matter. I submit this declaration in support of Philips' Reply in Support of its Motion to Exclude Opinions in Dr. Nielson's Opening Expert Report served on behalf of HTC Concerning U.S. Patent No. 9,436,809 (the "Reply"). I have personal knowledge of the facts set forth herein.

2.      Attached as Exhibit 9 is a true and correct copy of an excerpt of the Expert Report of Dr. Seth James Nielson Regarding Invalidity of Asserted Claims of U.S. Patent No. 9,436,809.

3.      Attached as Exhibit 10 is a true and correct copy of the Digital Transmission Content Protection (DTCP) web site, dated October 14, 2019.

4.      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


Executed on October 17, 2019 in New York, New York


　　　　　　_/s/ Caitlyn N. Bingaman_____
　　　　　　　Caitlyn N. Bingaman

DECLARATION IN SUPPORT OF PHILIPS' REPLY ISO ITS MOTION TO EXCLUDE DR. NIELSON'S OPENING
EXPERT REPORT SERVED ON BEHALF OF HTC CONCERNING U.S. PATENT NO. 9,436,809
CASE NO. 4:18-CV-01885-HSG-EDL