# Exhibit 10
## to
## Motion to Exclude
## (Dr. Nielson – HTC)

# Server Error

## 404 - File or directory not found.

**The resource you are looking for might have been removed, had its name changed, or is temporarily unavailable.**