```
1   John P. Schnurer (Cal. Bar No. 185725)
    Kevin Patariu (Cal. Bar No. 256755)
2   James Hurt (Cal. Bar No. 312390)
    PERKINS COIE LLP
3   11452 El Camino Real, Suite 300
    San Diego, CA 92130
4   Telephone: (858) 720-5700
    Facsimile: (858) 720-5799
5
    Ryan J. McBrayer (*pro hac vice*)
6   Jonathan R. Putman (*pro hac vice*)
    PERKINS COIE LLP
7   1201 Third Avenue, Suite 4900
    Seattle, WA 98101
8   Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
9
    Attorneys for Defendants
10  HTC CORP.
    HTC AMERICA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**PROOF OF SERVICE** |
|---|---|

# CERTIFICATE OF SERVICE

I, Elizabeth Banzhoff, declare:

I am a citizen of the United States and employed in Denver, Colorado. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 16th Street, Suite 1400, Denver, Colorado, 80202. On October 17, 2019, I served a copy of the within document(s):

- **Unredacted Version of HTC's Reply in Support of Motion For Partial Summary Judgment**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
Robert S. Pickens
Christopher M. Gerson
Natalie Lieber
Sean M. McCarthy
Caitlyn N. Bingaman
philipsprosecutionbar@venable.com
Venable LLP
1290 Avenue of the Americas
New York, New York, 10104

Christopher T. Holland: cholland@hollandlawllp.com
Ethan Isaac Jacobs: ejacobs@hollandlawllp.com
Lori Holland: lholland@hollandlawllp.com
Holland Law LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104

*Attorneys for Koninklijke Philips N.V. and U.S. Philips Corporation*

Derek Neilson
Michael Newton
Alston & Bird

| | |
|---|---|
| 1 | 2200 Ross Avenue, Suite 2300 |
| | Dallas, TX  75201 |
| 2 | Asus-philips@alston.com |
| 3 | |
| | Bruce Genderson |
| 4 | Christopher Suarez |
| | Christopher Geyer |
| 5 | David Krinsky |
| | Kevin Hardy |
| 6 | Kyle Thomason |
| | Williams and Connolly |
| 7 | 725 Twelfth Street N.W. |
| | Washington, D.C. 20005 |
| 8 | viceroy@wc.com |
| 9 | *Attorneys for ASUS Computer International and Asustek Computer, Inc.* |
| 10 | Matthew Warren |
| | Angela He |
| 11 | Amy Bailey |
| | Erika Warren |
| 12 | Patrick Fitch |
| | Patrick Shields |
| 13 | Warren Lex LLP |
| | 2261 Market Street, No. 606 |
| 14 | San Francisco, CA  94114 |
| | Viceroy@matters.warrenlex.com |
| 15 | |
| 16 | *Attorneys for ASUS Computer International and Asustek Computer, Inc. and Non-Party Google LLC* |
| 17 | |
| 18 | |
| 19 | Executed on October 17, 2019, at Denver, Colorado. |
| 20 | |
| 21 | /s/ Elizabeth Banzhoff |
| | Elizabeth Banzhoff |