| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren |
| Aaron Maurer *(pro hac vice)* | WARREN LEX LLP |
| David Krinsky *(pro hac vice)* | 2261 Market Street, No. 606 |
| Andrew Trask *(pro hac vice)* | San Francisco, California, 94114 |
| Kyle Thomason *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | Michael J. Newton (Bar No. 156225) |
| +1 (202) 434-5029 facsimile | Sang (Michael) Lee *(pro hac vice)* |
| viceroy@wc.com | Derek Neilson *(pro hac vice)* |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **DECLARATION OF ERIKA H. WARREN IN SUPPORT OF ASUS' REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  November 14, 2019 <br> Time:  2:00 p.m. <br> Place:  Courtroom 2, 4th Floor (Oakland) <br> Judge:  Hon. Haywood S. Gilliam, Jr. |

I, Erika H. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted to practice in this District, and an associate at the law firm of Warren Lex LLP, counsel for defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently to each of them.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Rebuttal Expert Report of Andrew Cockburn, Ph.D., dated June 20, 2019.

3. Attached as Exhibit 2 is a true and correct copy of Appendix E to Philips' Fourth Amended Infringement Contentions: U.S. Patent No. 5,910,797.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition transcript of Nathaniel Polish, Ph.D., dated July 19, 2019.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Nathaniel Polish, Ph.D., dated July 18, 2019.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the Opening Expert Report of Dr. Dick C.A. Bulterman, Ph.D., regarding U.S. Patent No. 7,529,806, dated April 25, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2019, in San Francisco, California.

_____
Erika H. Warren