# EXHIBIT 2

# APPENDIX E

~~Third~~Fourth Amended Infringement Contentions: U.S. Patent No. ~~6,522,695~~5,910,797

| U.S. Patent No. 5,910,797 ||
|---|---|
| **Claim 1** | **Contention** |
| [1a] A manipulatable apparatus having data processing means and screen means for displaying one or more graphical or other objects presented by said data processing means, | **'797 Android Accused Products:** <br><br> The '797 Android Accused Products are ASUS smartphones and tablet computers[8] that run the Android Operating System, include an acceleration sensor, and were preloaded with, or otherwise upgraded to, Android 3.1 or higher. *See, e.g.*, Appendix AC. <br><br> Presence of each claim element in the '797 Android Accused Products is illustrated below and by the analysis of relevant source code in the attached ASUS '797 Source Code Appendix ~~E~~ to these Contentions ("ASUS '797 Source Code Appendix ~~E~~"). <br><br> The '797 Android Accused Products include: <br><br> '797 Android Honeycomb Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 3.0 through Android 3.2, and include an acceleration sensor. <br><br> Contentions for these products are described with respect to the ASUS Eee Pad Slider (SL101), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 3.0 through Android 3.2, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android Honeycomb Accused Products has not revealed any material differences between the ASUS Eee Pad Slider (SL101) and the other Android Honeycomb Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10. <br><br> '797 Android Ice Cream Sandwich Accused Products: ASUS products which were preloaded |

---

[8] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by ASUS on or after the earliest date for which Philips is entitled to recover damages.

| | |
|---|---|
| | with, or otherwise upgraded to, Android 4.0, and include an acceleration sensor. |
| | Contentions for these products are described with respect to the ASUS Transformer Pad (TF300T), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.0, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android Ice Cream Sandwich Accused Products has not revealed any material differences between the ASUS Transformer Pad (TF300T) and the other Android Ice Cream Sandwich Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10. |
| | <u>'797 Android Jelly Bean Accused Products</u>: ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3, and include an acceleration sensor. |
| | Contentions for these products are described with respect to the ASUS MeMo (ME172V) and ASUS MeMo Pad HD7 (ME173X), which are representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.1 through Android 4.3, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android Jelly Bean Accused Products has not revealed any material differences between the ASUS MeMo (ME172V) and ASUS MeMo Pad HD7 (ME173X) and the other Android Jelly Bean Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10. |
| | <u>'797 Android Nexus Accused Products</u>: Contentions for these products are described with respect to the ASUS Nexus 7 (2012 and 2013 versions). |
| | <u>'797 Android KitKat Accused Products</u>: ASUS products which were preloaded with, or otherwise upgraded to, Android 4.4, and include an acceleration sensor. |
| | Contentions for these products are described with respect to the ASUS PadFone X (A91) and ASUS MeMo Pad 7 LTE (ME375CL), which are representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 4.4, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android KitKat Accused Products has not revealed any material differences between the |

|  | PadFone X (A91) and ASUS MeMo Pad 7 LTE (ME375CL) and the other Android KitKat Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10.<br><br>'797 Android Lollipop Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 5.0 through Android 5.1, and include an acceleration sensor.<br><br>Contentions for these products are described with respect to the ASUS Zenfone 2 (ZE551ML), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 5.0 through 5.1, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android Lollipop Accused Products has not revealed any material differences between the ASUS Zenfone 2 (ZE551ML) and the other Android Lollipop Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10.<br><br>'797 Android Marshmallow Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 6.0, and include an acceleration sensor.<br><br>Contentions for these products are described with respect to the ASUS ZenFone 2 Laser (ZE551KL) and the ASUS ZenPad 8.0 (Z380M), which are representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 6.0, and include an acceleration sensor. *See, e.g.*, Appendix AC. Unless specified, an analysis of the '797 Android Marshmallow Accused Products has not revealed any material differences between the ASUS ZenFone 2 Laser (ZE551KL) and ASUS ZenPad 8.0 (Z380M) and the other Android Marshmallow Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10.<br><br>'797 Android Nougat Accused Products: ASUS products which were preloaded with, or otherwise upgraded to, Android 7.0, and include an acceleration sensor.<br><br>Contentions for these products are described with respect to the ASUS ZenPad Z10 (ZT500KL), which is representative of the other ASUS products which were preloaded with, or otherwise upgraded to, Android 7.0, and include an acceleration sensor. *See, e.g.*, |

~~Third~~Fourth **Amended Infringement Contentions: U.S. Patent No.** ~~6,522,695~~5,910,797

|  | Appendix AC. Unless specified, an analysis of the '797 Android Nougat Accused Products has not revealed any material differences between the ASUS ZenPad Z10 (ZT500KL) and the other Android Nougat Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10.<br><br>A review of the source code and of the accused functionalities in the '797 Android Accused Products has not revealed any material differences among the '797 Android Accused Products. *See also* S. Huang Dep. Tr. at 41:4-17; 42:9-14; 136:5-137:10.<br><br>Presence of each claim element in the '797 Android Accused Products is further illustrated by the below screen shots taken of the ASUS ZenPad 8.0 (Z380CX) and in the following videos: PHILIPS-V00030045 through PHILIPS-V00030051 and ; and PHILIPS-V00030122 through PHILIPS-V00030125 ("'797 Android Videos").<br><br>Presence of each claim element in the '797 Android Accused Products is also further illustrated by the description of auto-rotating the screen in the user manuals for '797 Android Accused Products, for example:<br><br>**Auto-rotate screen**<br>When this setting is enabled, the screen automatically rotates when you move your phone between portrait mode and landscape mode.<br>To enable or disable this setting, follow these steps:<br>1. Go to **Settings** > **Accessibility**.<br>2. Select **Auto-rotate screen**.<br>If you're using TalkBack, you might wish to disable this setting, since rotating the screen can interrupt spoken feedback.<br><br>ASUSPH_00011301-428 at 416; *See also* ASUSPH_00029303-430 at 418; ASUSPH_00001578-659 at 592; ASUSPH_00016383-464 at 397; ASUSPH_00001660-765 |

| | |
|---|---|
| | at 679; 751; ASUSPH_00016465-570 at 484; 556 ("'797 Android User Manuals"). |
| | *  *  * |
| | This term ("screen means") connotes sufficient structure to the POSA to perform the claimed function and so should be afforded its plain meaning rather than be subject to § 112, ¶ 6. However, in the event that this term is found to be subject to be subject to § 112, ¶ 6, the claimed function and corresponding structure should be as below.  *See infra* at 1b for "data processing means." |
| | The claimed function is: "displaying one or more graphical or other objects presented by said data processing means." |
| | The corresponding structure is: a display screen such as the display screen disclosed at 2:42-49, Figure 1. |
| | Each '797 Android Accused Product includes a microprocessor and a screen.  *See, e.g.*, Appendix AC; *see also* S. Huang Dep. Tr. at 81:16-19; A. Lai Dep. Tr. at 49:3-22.  Each '797 Android Accused Product is a manipulatable apparatus that displays on the screen one or more graphical objects presented by the microprocessor. |
| | As one example, each '797 Android Accused Product includes a microprocessor that presents one or more graphical objects (*e.g.*, an image or snapshot of the screen contents) for display on the screen. |
| | Presence of this claim element in the '797 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 (Z380CX) in which a screen shot showing the ASUS ZenPad 8.0 (Z380CX) in a portrait orientation is side-by-side with a |

5

~~Third~~Fourth **Amended Infringement Contentions: U.S. Patent No.** ~~6,522,695~~5,910,797

| | |
|---|---|
| | screen shot showing the ASUS ZenPad 8.0 (Z380CX) in a landscape orientation. *See, e.g.,* '797 Android Videos.<br><br>  |
| [1b] a gravitation-controlled sensor integrated with said screen means and feeding said data processing means for measuring an acceleration of said screen means induced by user manipulation of the | The Court construed the term "gravitation-controlled sensor [means]" to mean "sensor responsive to gravity." *See* Order Construing the Terms of U.S. Patent Nos. RE44,913, 6,690,387, 7,184,064, 7,529,806, 5,910,797, 6,522,695, 8,543,819, 9,436,809, 6,772,114, RE43,564 (D.I. 241) ("Markman Order") at 11. |

| screen means, | **'797 Android Accused Products:** |
|---|---|
| | This term ("data processing means") connotes sufficient structure to the POSA to perform the claimed function and so should be afforded its plain meaning rather than be subject to § 112, ¶ 6. However, in the event that this term is found to be subject to be subject to § 112, ¶ 6, the claimed function and corresponding structure should be as below. |
| | The claimed function is: "measuring an acceleration of said screen means induced by user manipulation of the screen means." |
| | The corresponding structure is: a microprocessor running a computer program to perform the function, such as the algorithm disclosed at disclosed at 2:42-3:12, Figure 1. |
| | Each '797 Android Accused Product includes a sensor responsive to gravity (*e.g.*, an accelerometer), microprocessor, and a screen. *See, e.g.*, Appendix AC; *see also* S. Huang Dep. Tr. at 81:16-19; 134:21-23; 135:15-136:-4. The sensor is integrated with the screen. *See, e.g.*, S. Huang Dep. Tr. at 134:21-23; 135:15-136:-4. The sensor feeds data to the microprocessor in order to measure an acceleration of the screen induced by a user manipulating the screen. *See, e.g., Id.*; ASUS '797 Source Code Appendix ~~E~~ at 1b. |
| | The computer program includes an algorithm which measures the acceleration of the screen as the user manipulates the device. The computer program is the same as the measured acceleration of the '797 Patent, or their equivalent as any difference between the two is insubstantial. |
| | As components of a single device, the sensor and screen (as identified in Appendix AC) are integrated with one another in each '797 Android Accused Product. *See also* S. Huang Dep. Tr. at 134:21-23; 135:15-136:-4. That sensor outputs data (*e.g.*, acceleration data) to the microprocessor in order to measure an acceleration of the screen induced by a user manipulating the screen (*e.g.*, by rotating the device and changing the orientation of the screen). *See, e.g.*, '797 Android Videos; '797 Android User Manuals. |

| | |
|---|---|
| | Infringement under the Doctrine of Equivalents |
| | Defendants allege that the '797 Accused Products do not include a "gravitation-controlled sensor *integrated* with said screen means" but instead each contains an accelerometer that is a separate component, not integrated into the touch screen. As explained above, Defendants' allegations are technically and legally wrong--the '797 Accused Products literally meet the claim term. |
| | However, even if Defendants' characterization of the '797 Accused Products were correct, the '797 Accused Products still infringe under the doctrine of equivalents. In the '797 Accused Products, the position of the accelerometer is fixed with respect to the screen because they are both integrated into the physical device. Whether they are formed as one component or securely fixed with respect to each other as part of the same physical device is an insubstantial difference. Any difference between the literal scope of the claim language and the '797 Accused Products' alleged use of accelerometers is insubstantial because they perform substantially the same function (measuring the acceleration of the device, including the screen), in substantially the same way (by fixing the position of the gravitation-controlled sensor with respect to the screen and within the device, not separate from it or outside of it), to yield substantially the same result (the acceleration measured by the sensor reflects that of the screen, is provided to the data processing means). |
| [1c] wherein said data processing means have programmed calculating means for under control of a screen motion sensed by said sensing means imparting an acceleration based motion pattern to a predetermined selection among said objects. | The Court construed the term "programmed calculating means for under control of a screen motion sensed by said sensing means imparting an acceleration based motion pattern to a predetermined selection among said objects" pursuant to 35 U.S.C § 112, ¶ 6. |
| | The claimed function is: "receiving screen motion information and imparting an acceleration based motion pattern to one or more or all displayed objects." |
| | The corresponding structure is: "a computer program that performs an algorithm for imparting an acceleration based motion patter[n], such as those disclosed in Figures 3-5 and at 3:3[]2-4:39." *See* Markman Order at 12. |

~~Third~~Fourth **Amended Infringement Contentions: U.S. Patent No. ~~6,522,695~~5,910,797**

| | |
|---|---|
| | The Court construed the term "said sensing means" to mean "sensor responsive to gravity." *See* Markman Order at 13. |
| | The Court construed the term "acceleration based motion pattern" to mean "a pattern of motion which reflects acceleration." *See* Markman Order at 11. |
| | **'797 Android Accused Products:** |
| | Each '797 Accused Product includes a sensor responsive to gravity (*e.g.*, an accelerometer), microprocessor, and a screen. *See, e.g.*, Appendix AC; *see also* S. Huang Dep. Tr. at 81:16-19; 134:21-23; 135:15-136:-4. The microprocessor runs a computer program that performs an algorithm for imparting a pattern of motion which reflects acceleration to a predetermined selection of the one or more graphical objects under control of a screen motion sensed by the sensor responsive to gravity. *See, e.g.*, ASUS '797 Source Code Appendix ~~E~~ at 1c. |
| | The computer program includes an algorithm for imparting a rotation animation that speeds up and slows down at different rates (i.e., accelerates). The computer program is the same as imparting an acceleration based motion pattern (e.g., the curves shown in Fig. 4 and combinations thereof) of the '797 Patent, or its equivalent as any difference between the rotation animations and the acceleration based motion patterns is insubstantial. |
| | As one example, the microprocessor in each '797 Android Accused Product runs a computer program (*e.g.*, the Android Operating System) that performs an algorithm for imparting a pattern of motion which reflects acceleration to a predetermined selection of the one or more graphical objects (*e.g.*, performing an algorithm which displays a rotation animation which accelerates and decelerates the image or snapshot of the screen contents from portrait orientation to landscape orientation or vice versa) under control of a screen motion (*e.g.*, there is a different rotation animation for different sensed orientation changes that incorporates the original orientation and the degree change to the subsequent orientation – such as 90 degrees left/right or 180 degrees) sensed by the sensor responsive to gravity (*e.g.*, sensed acceleration of the screen resulting in a rotation of the screen from portrait orientation |

| | |
|---|---|
| | to landscape orientation or vice versa, respectively).<br><br>Presence of this claim element in the '797 Android Accused Products is further illustrated by the below screen shot taken of the ASUS ZenPad 8.0 (Z380CX) in which screen shots showing the ASUS ZenPad 8.0 (Z380CX) being rotated from a portrait orientation to a landscape orientation are side-by-side with screen shots showing the ASUS ZenPad 8.0 (Z380CX) being rotated from a landscape orientation to a portrait orientation. *See also* '797 Android Videos.<br><br>  |

**~~Third~~Fourth Amended Infringement Contentions: U.S. Patent No. ~~6,522,6955~~,910,797**



~~Third~~**Fourth** Amended Infringement Contentions: U.S. Patent No. ~~6,522,695~~**5,910,797**





Infringement under the Doctrine of Equivalents

Defendants allege that the '797 Accused Products do not have an algorithm equivalent to the disclosed structure in the '797 patent specification. As explained above, Defendants' allegations are technically and legally wrong. However, even if the above-described algorithm is not exactly the same as the disclosure in the '797 patent specification, it is at minimum equivalent to the disclosed structure because any differences between the Products and the patent's structure are insubstantial and both work in substantially the same way.

However, even if Defendants' characterization of the '797 Accused Products was correct, the '797 Accused Products still infringe under the doctrine of equivalents. Any difference

~~Third~~Fourth **Amended Infringement Contentions: U.S. Patent No.** ~~6,522,695~~5,910,797

|  | between the literal scope of the claim language and the '797 Accused Products' alleged use of a complex algorithm measuring the orientation of the device is insubstantial because they perform substantially the same function (determining whether to impart to on screen objects a pattern of motion that reflect acceleration) in the same way (using tri-axis measured acceleration data from the gravitation-controlled sensor to make the determination of whether to display a pattern of motion that reflects acceleration), to yield substantially the same result (display of a pattern of motion that is based on acceleration). |
|---|---|

~~Third~~Fourth Amended Infringement Contentions: U.S. Patent No. ~~6,522,695~~5,910,797

| U.S. Patent No. 5,910,797 ||
|---|---|
| **Claim 6** | **Contention** |
| [6] An apparatus as claimed in claim 1, wherein said motion is nonuniform in time under control of a static said orientation of the screen means. | The Court construed the term "wherein said motion is nonuniform in time under control of a static said orientation of the screen means" to mean "wherein the acceleration based motion is nonuniform in time under control of a static said orientation of the screen means." *See* Markman Order at 11-12. <br><br> *See supra* at 1. <br><br> **'797 Android Accused Products:** <br><br> Each '797 Accused Product includes a screen. *See, e.g.*, Appendix AC. The acceleration based motion (the pattern of motion which reflects acceleration) is nonuniform in time under control of a static said orientation of the screen means. *See, e.g.*, ASUS '797 Source Code Appendix ~~E~~ at 6. <br><br> As one example, the pattern of motion described above (*supra* at 1c) which reflects acceleration (*e.g.*, the rotation animation which accelerates and decelerates the image or snapshot of the screen contents from portrait orientation to landscape orientation or vice versa in response to a sensed acceleration of and resulting rotation of the screen) is nonuniform in time (*e.g.*, the rotation animation is such that the rotation occurs non-uniformly in time by having a rate of change which begins quickly and then decelerates as it progresses) under control of a static said orientation of the screen means (*e.g.*, after the user manipulates the screen to cause it to accelerate (which acceleration is sensed by the gravitation-controlled sensor) to rotate past a critical orientation angle and then cause the orientation to be held static), the rotation animation depicts an on screen object motion that is non-uniform in time). |

15

~~Third~~Fourth **Amended Infringement Contentions: U.S. Patent No.** ~~6,522,695~~5,910,797

|  | Presence of this claim element in the '797 Android Accused Products is further illustrated by the '797 Android Videos. |
|---|---|