# EXHIBIT 3

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                   OAKLAND DIVISION
   -------------------------------------X
 3
   IN RE: KONINKLIJKE PHILIPS              Case No.
 4
   PATENT LITIGATION                       4:18-cv-01885-HSG
 5
   -------------------------------------X
 6
 7              ** HIGHLY CONFIDENTIAL **
 8
 9    VIDEOTAPED DEPOSITION OF NATHANIEL POLISH, Ph.D.
10
11                  New York, New York
12                 Friday, July 19, 2019
13
14
15
16
17
18
19
20
21
22
23   Reported by:
24   JEFFREY BENZ, CRR, RMR
25   JOB NO. 164325
```

Highly Confidential

1  subject to Section 112, paragraph 6."

2          Do you see that?

3     A.   Yes.

4     Q.   Aside from your conclusion that means

5  for downloading connotes well-known programming

6  instructions for downloading a file from a

7  server to a client, is there any other basis for

8  that opinion?

9     A.   You mean that it's not subject to 112,

10  6?

11    Q.   Yes, sir.

12          (Witness reviewing document.)

13    A.   Not that I can think of, no.

14    Q.   Okay.  You also identify, in the

15  alternative, a function and corresponding

16  structure under Section 112, 6.  That's later on

17  in paragraph 221.  Do you see that?

18    A.   Yes.

19    Q.   And you identify -- the function is,

20  quote, downloading files to the client device.

21          And the corresponding structure is,

22  "Single-purpose media player or multi-purpose

23  computing device programmed with software to

24  perform the function such as the algorithm

25  disclosed in Figure 1," and at some citations

Page 334

1                 C E R T I F I C A T E

2

3    STATE OF NEW YORK     )
                            )  Ss.:
4    COUNTY OF NEW YORK    )

5              I JEFFREY BENZ, a Certified Realtime

6         Reporter, Registered Merit Reporter and

7         Notary Public within and for the State of

8         New York, do hereby certify:

9              That NATHANIEL POLISH, Ph.D., the

10        witness whose examination is hereinbefore

11        set forth, was duly sworn by me and that

12        this transcript of such examination is a

13        true record of the testimony given by such

14        witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage; and that I am

18        in no way interested in the outcome of this

19        matter.

20             IN WITNESS WHEREOF, I have hereunto

21        set my hand this 1st of August, 2019.

22

23

24        -------------------------

25        JEFFREY BENZ, CRR, RMR