# EXHIBIT 4

1           IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2                    OAKLAND DIVISION
    ------------------------------------X
3

    IN RE: KONINKLIJKE PHILIPS               Case No.
4

    PATENT LITIGATION                        4:18-cv-01885-HSG
5

    ------------------------------------X
6

7

8    VIDEOTAPED DEPOSITION OF NATHANIEL POLISH, Ph.D.
9

10                 New York, New York
11                Thursday, July 18, 2019
12
13
14
15
16
17
18
19
20
21
22

23   Reported by:
24   JEFFREY BENZ, CRR, RMR
25   JOB NO. 164323

1  client.  They're just -- they're just a
2  creditor -- or a debtor.
3          But, in the context of a client server
4  system, or what -- what do you --
5      Q.  Yes.  Context of a client server
6  system.
7      A.  So in a client server system, a client
8  is a -- is a computer system that makes requests
9  of a server and expects services returned in
10 response.
11     Q.  And what is the server then in the
12 client server system?
13     A.  It's a computer system that listens
14 for requests from clients and processes those
15 requests in response.
16     Q.  And what does it mean for a client to
17 download a file?
18         MR. SHARRET:  Objection.  Vague.
19     A.  Well, downloading is receiving.
20         And so, just in the broadest possible
21 sense, downloading a file means receiving the
22 contents of the file at the computer.
23     Q.  What's one way a client could download
24 a file?
25     A.  Well, there are any number of

Page 19

1    protocols that -- that permit it.
2              You know, there's things like an HTTP
3    get request where the client can make a request
4    for a file, and the server can then respond with
5    the contents of the file.
6         Q.   Are there any other ways that a client
7    could download a file from the server?
8         A.   Well, there's -- there's -- there's
9    probably an infinite number of ways to do it.
10             You can -- there are -- there are
11   standard protocols such as FTP where you can
12   make a request for a file.
13             There are various -- there are --
14   there are many different protocols that are
15   used.  You could also construct your own
16   protocol.  It's -- it's -- it's anything that
17   would allow the client to receive the contents
18   of the file.
19        Q.   Is storing the file part of
20   downloading?
21        A.   Storing the file where?
22        Q.   At the client.  Or by the client.
23        A.   It doesn't necessarily have to be.  I
24   mean, I think -- I think answering that in
25   general is a little bit hard.  I think

1         C E R T I F I C A T E

2

3   STATE OF NEW YORK    )
                         ) Ss.:
4   COUNTY OF NEW YORK   )

5         I JEFFREY BENZ, a Certified Realtime
6   Reporter, Registered Merit Reporter and
7   Notary Public within and for the State of
8   New York, do hereby certify:
9         That NATHANIEL POLISH, Ph.D., the
10  witness whose examination is hereinbefore
11  set forth, was duly sworn by me and that
12  this transcript of such examination is a
13  true record of the testimony given by such
14  witness.
15        I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage; and that I am
18  in no way interested in the outcome of this
19  matter.
20        IN WITNESS WHEREOF, I have hereunto
21  set my hand this 30th of July, 2019.
22
23        _____
24              JEFFREY BENZ, CRR, RMR
25