# Exhibit 18

**to
Motion to Exclude
(Dr. Rubin – Microsoft)
(Redacted Version of
Document Sought to be
Sealed)**

Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
nlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com

Robert S. Pickens (admitted *pro hac vice*)
rpickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Joyce L. Nadipuram (admitted *pro hac vice*)
jnadipuram@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cbingaman@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG (EDL) |
| | **PHILIPS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AGAINST MICROSOFT** |
| | **HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY** |
| | JURY TRIAL DEMANDED |

**PHILIPS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AGAINST MICROSOFT**

Pursuant to Rule 3-1 of the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California ("Patent L.R.") and the Case Management Conference held on October 2, 2018 ("October CMC"), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips" or "Plaintiffs") hereby provide their Amended Disclosure of Asserted Claims and Infringement Contentions ("Contentions") against Microsoft Corporation and Microsoft Mobile (collectively, "Microsoft" or "Defendants").

Consistent with the Court's instructions at the October CMC, these Contentions serve to show the amendments that Philips seeks permission to make to its Second Amended Infringement Contentions Against Microsoft ("Delaware Contentions")—which were served on February 2, 2018, while this case was pending in the District of Delaware—in order to account for additional information that Philips has obtained since the Delaware Contentions were served. Because these Contentions are drafted to show the changes from the Delaware Contentions, they do not contain the entirety of Philips' infringement contentions.

The Contentions are based on information reasonably available to Philips as of today. Fact discovery is still ongoing, and Microsoft has still has not fully complied with its discovery obligations. Philips thus expressly reserves the right to modify, amend, retract, and/or supplement these Contentions (including any further articulation of theories of infringement, including under the doctrine of equivalents, and adding, removing, or otherwise modifying the asserted claims and/or accused products) as additional evidence and information becomes available to Philips, as Philips' understanding of this information changes, or as otherwise appropriate, in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California ("Civil L.R."), and the Patent L.R.

## I.      Each Claim Allegedly Infringed (Patent L.R. 3-1(a))

1.   Microsoft's infringement of U.S. Patent No. RE44,913 ("the '913 Patent"):

a.   Microsoft has directly infringed, and continues to directly infringe, claims 1, 3, 4, 5, 8, 9, 12, 13, and 16 of the '913 Patent in violation of 35 U.S.C. § 271(a). Microsoft

1

has induced the infringement, and continues to induce the infringement, of claims 1, 3, 4, 5, 8, 9, 12, 13, and 16 of the '913 Patent in violation of 35 U.S.C. § 271(b). Microsoft has contributorily infringed, and continues to contributorily infringe, claims 1, 3, 4, 5, 8, 9, 12, 13, and 16 of the '913 Patent in violation of 35 U.S.C. § 271(c).

2.  Microsoft's infringement of U.S. Patent No. 6,690,387 ("the '387 Patent"):

    a.  Microsoft has directly infringed, and continues to directly infringe, claims 9, 11, and 12 of the '387 Patent in violation of 35 U.S.C. § 271(a).  Microsoft has induced the infringement, and continues to induce the infringement, of claims 9, 11, and 12 of the '387 Patent in violation of 35 U.S.C. § 271(b).  Microsoft has contributorily infringed, and continues to contributorily infringe, claims 9, 11, and 12 of the '387 Patent in violation of 35 U.S.C. § 271(c).

3.  Microsoft's infringement of U.S. Patent No. 7,184,064 ("the '064 Patent"):

    a.  Microsoft has directly infringed, and continues to directly infringe, claims 1, 2, 3, 5, 6, and 8 of the '064 Patent in violation of 35 U.S.C. § 271(a).  Microsoft has induced the infringement, and continues to induce the infringement, of claims 1, 2, 3, 5, 6, and 8 of the '064 Patent in violation of 35 U.S.C. § 271(b).  Microsoft has contributorily infringed, and continues to contributorily infringe, claims 1, 2, 3, 5, 6, and 8 of the '064 Patent in violation of 35 U.S.C. § 271(c).

4.  Microsoft's infringement of U.S. Patent No. 7,529,806 ("the '806 Patent"):

    a.  Microsoft has directly infringed, and continues to directly infringe, claims 1, 4, 5, 6, 7, 12, 13, and 15 of the '806 Patent in violation of 35 U.S.C. § 271(a).  Microsoft has induced the infringement, and continues to induce the infringement, of claims 1, 4, 5, 6, 7, 12, 13, and 15 of the '806 Patent in violation of 35 U.S.C. § 271(b).  Microsoft has contributorily infringed, and continues to contributorily infringe, claims 1, 4, 5, 6, 7, 12, 13, and 15 of the '806 Patent in violation of 35 U.S.C. § 271(c).

5.  Microsoft's infringement of U.S. Patent No. 9,436,809 ("the '809 Patent"):

    a.  Microsoft has directly infringed, and continues to directly infringe, claims 1, 2, 3, 4, 6, 9, 11, 14, 34, 35, 36, 37, 41, 43, 46, 49, 50, 52, 53, 54, 55, 56, 58, 59, and 60 of the

'809 Patent in violation of 35 U.S.C. § 271(a). Microsoft has induced the infringement, and continues to induce the infringement, of claims 1, 2, 3, 4, 6, 9, 11, 14, 34, 35, 36, 37, 41, 43, 46, 49, 50, 52, 53, 54, 55, 56, 58, 59, and 60 of the '809 Patent in violation of 35 U.S.C. § 271(b). Microsoft has contributorily infringed, and continues to contributorily infringe, claims 1, 2, 3, 4, 6, 9, 11, 14, 34, 35, 36, 37, 41, 43, 46, 49, 50, 52, 53, 54, 55, 56, 58, 59, and 60 of the '809 Patent in violation of 35 U.S.C. § 271(c).

6. Microsoft's infringement of U.S. Patent No. RE43,564 ("the '564 Patent"):

    a. Microsoft has directly infringed claims 1, 2, 3, 4, 5, and 7 of the '564 Patent in violation of 35 U.S.C. § 271(a). Microsoft has induced the infringement of claims 1, 2, 3, 4, 5, and 7 of the '564 Patent in violation of 35 U.S.C. § 271(b). Microsoft has contributorily infringed claims 1, 2, 3, 4, 5, and 7 of the '564 Patent in violation of 35 U.S.C. § 271(c).

## II. Each Accused Apparatus, Product, Device, Process, Method, Act or Other Instrumentality (Patent L.R. 3-1(b))

The chart attached hereto as Appendix L, which is based on information obtained to date and is subject to further discovery, sets forth each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Products") of which Philips is currently aware. *See also* Philips' Third Amended Identification of the Microsoft Accused Products, served on August 23, 2018.

## III. Claim Charts (Patent L.R. 3-1(c) & (e))

The attached Appendices,[1] which are based on information obtained to date and subject to further discovery, set forth the claim limitations of each asserted claim and where each claim

---

[1] Because these Contentions are drafted to show the changes from the Delaware Contentions, they do not contain the entirety of Philips' infringement contentions.

limitation is found in the Accused Products, and identify whether each claim limitation is met literally and/or under the doctrine of equivalents.

## IV.     Indirect Infringement (Patent L.R. 3-1(d))

1)   Microsoft's indirect infringement of U.S. Patent No. RE44,913 ("the '913 Patent"):

a.   The '913 Accused Products are: Microsoft products[2] ('913 Accused Devices) that include a touchscreen and run, were preloaded with, or otherwise upgraded to, a '913 Accused Operating System (Windows 8, Windows RT 8, Windows 8.1, Windows RT 8.1, Windows 10, Windows Phone 8.1, and Windows 10 Mobile); '913 Accused Operating Systems, because devices that include a touchscreen and run, were preloaded with, or otherwise upgraded to, a '913 Accused Operating System infringe the '913 Patent as illustrated below; devices ('913 Accused Third-Party Devices) that include a touchscreen and run, were preloaded with, or were otherwise upgraded to run a '913 Accused Operating System; and computer readable non-transitory mediums ('913 Accused Mediums) that store a '913 Accused Operating System..

b.   As described in Section VIII, Microsoft has had knowledge of the '913 Patent since at least May 27, 2014, through its acquisition of Nokia's mobile phone business. *See, e.g.,*   https://news.microsoft.com/2013/09/03/microsoft-to-acquire-nokias-devices-services-business-license-nokias-patents-and-mapping-services/;[3]   *see also* Microsoft's Response to Philips' Interrogatory No. 12; Microsoft Notice Letter;[4] Email Chain Between Microsoft and Philips and PowerPoint Attachment;[5] Philips'

---

[2] Made, used, sold and/offered for sale, within the United States, and/or imported into the United States, without authority, by Microsoft on or after the earliest date for which Philips is entitled to recover damages, including any appropriate damages prior to the reissue of the '913 patent.

[3] MSFT_PHILIPS_00336825-835.

[4] PHILIPS-MSFT00000028-54.

[5] MSFT_PHILIPS_00081567-629.

4

Dated: March 8, 2018

By:  __/s/ Robert S. Pickens__

Robert S. Pickens (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
rpickens@venable.com

*Attorney for Plaintiffs*

PHILIPS' AMENDED DISCLOSURE OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS AGAINST MICROSOFT
FCHS_WS 14492643v1.doc        CASE NO. 4:18-CV-01885-HSG (EDL)

# APPENDIX I

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 1** | **Contention** |
| [1a] A first device for controlling delivery of protected content to a second device, the first device comprising: | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products are all Microsoft products[29] that support the High-bandwidth Digital Content Protection ("HDCP") System revision 2.x, as explained in Appendix O.  *See also* Appendix L.<br><br>The '809 HDCP Accused Products comprise the '809 HDCP Xbox Accused Products and the '809 HDCP Surface/Lumia Accused Products.  The '809 HDCP Xbox Accused Products are all Xbox products that support HDCP System revision 2.x.  The '809 HDCP Surface/Lumia Accused Products are all Surface and Lumia devices that support HDCP System revision 2.x.<br><br>'809 HDCP Xbox Accused Products include, but are not limited to, the Xbox One S and Xbox One X.  The '809 HDCP Surface/Lumia Accused Products include, but are not limited to, the Surface 2, Surface 3, Surface Laptop (Spring 2017), Surface Pro (2017), Surface Pro 4, and Surface Book 2.  *See, e.g.*, Microsoft's Response to Interrogatory No. 1;[30] '809 HDCP Xbox Test Documents;[31] Crawford Tr. at 25:21-26:12, 44:14-45:4, 47:9-48:1, 76:7-77:2, 139:23- |

---

[29] Made, used, sold and/or offered for sale, within the United States, and/or imported into the United States, without authority, by Microsoft on or after the earliest date for which Philips is entitled to recover damages.

[30] Microsoft has not updated its response to Philips' Interrogatory No.1 to address the products identified in Philips' Second Amended Identification of Accused Products for Microsoft.  Philips reserves its rights to supplement its infringement contentions when Microsoft cures its discovery deficiencies.

[31] *See, e.g.*, MSFT_PHILIPS_00006313, MSFT_PHILIPS_00008792-8800, MSFT_PHILIPS_00008908-8909, MSFT_PHILIPS_00009020-9021, MSFT_PHILIPS_00009130-9131, MSFT_PHILIPS_00009186-9187, MSFT_PHILIPS_00009244-9245, MSFT_PHILIPS_00009303-9304, MSFT_PHILIPS_00011864-11872, MSFT_PHILIPS_00011980-11981, MSFT_PHILIPS_00012104-12105, MSFT_PHILIPS_00012228-12229, MSFT_PHILIPS_00012302-12303,

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

<table>
<tr>
<td></td>
<td>140:6; Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2.

Each '809 HDCP Xbox Accused Product is representative of all other '809 HDCP Xbox Accused Products.  This is based on the fact that any device that supports HDCP 2.x infringes, Philips' review of the source code Microsoft has made available, Microsoft's response to Philips' Interrogatory Nos. 1, 4, and 6, Philips' review of the '809 HDCP Xbox Accused Products, Philips' review of the HDCP 2.x specifications, Philips' review of Microsoft's documents, and the depositions under Federal Rule of Civil Procedure 30(b)(6) of Microsoft representatives.  *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP).; '809 HDCP Xbox Accused Product User Guides;[32] '809 HDCP Xbox Accused Product Development Documents;[33] Microsoft's Response to Philips' Interrogatory Nos. 1, 4, and 6;[34] '809 HDCP Xbox Test Documents;[35] HDCP 2.x Specifications;[36] '809 30(b)(6) Deposition Xbox Testimony.[37]</td>
</tr>
</table>

---

MSFT_PHILIPS_00012373-12374, MSFT_PHILIPS_00012443-12444.

[32] The user guides for each '809 HDCP Xbox Accused Product are cited in Appendix L.

[33]   *See,   e.g.,*   MSFT_PHILIPS_00003289-3454,   MSFT_PHILIPS_00005575-5635,   MSFT_PHILIPS_00018384-18860, MSFT_PHILIPS_00019287-19298,                MSFT_PHILIPS_00019577-19577,                MSFT_PHILIPS_00027519-27534, MSFT_PHILIPS_00030331-30344, MSFT_PHILIPS_00336570-336687.

[34] Microsoft has not updated its response to Philips' Interrogatory No.1 to address the products identified in Philips' Second Amended Identification of Accused Products for Microsoft, and has provided inadequate responses to Philips' Interrogatories Nos. 4 and 6. Philips reserves its rights to supplement its infringement contentions when Microsoft cures its discovery deficiencies.

[35] *See, e.g.*, MSFT_PHILIPS_00006313, MSFT_PHILIPS_00008792-8800, MSFT_PHILIPS_00008908-8909, MSFT_PHILIPS_00009020-9021, MSFT_PHILIPS_00009130-9131, MSFT_PHILIPS_00009186-9187, MSFT_PHILIPS_00009244-9245, MSFT_PHILIPS_00009303-9304, MSFT_PHILIPS_00011864-11872, MSFT_PHILIPS_00011980-11981, MSFT_PHILIPS_00012104-12105, MSFT_PHILIPS_00012228-12229, MSFT_PHILIPS_00012302-12303, MSFT_PHILIPS_00012373-12374, MSFT_PHILIPS_00012443-12444.

[36] *See, e.g.*, PHILIPS00032316-32445, PHILIPS00033802-34157.

[37] *See, e.g.*, Crawford Tr. at 25:21-26:12, 44:14-45:4, 47:9-48:1, 76:7-77:2, 139:23-140:6.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

|  | Each '809 HDCP Surface/Lumia Accused Product is representative of all other '809 HDCP Surface/Lumia Accused Products.  This is based on the fact that any device that supports HDCP 2.x infringes, Philips' review of the HDCP 2.x specifications, Microsoft's response to Philips' Interrogatory Nos. 1, 4, and 6, Philips' review of the '809 HDCP Surface/Lumia Accused Products, Philips' review of Microsoft's documents, and the depositions under Federal Rule of Civil Procedure 30(b)(6) of Microsoft representatives.  *See, e.g.*, HDCP 2.x Specifications; '809 HDCP Surface/Lumia Accused Product User Guides;[38] Microsoft's Response to Philips' Interrogatory Nos. 1, 4, and 6;[39] '809 30(b)(6) Deposition Surface/Lumia Testimony.[40,41] |
|  | Contentions for the '809 HDCP Accused Products are described in part using certain specifications for HDCP 2.2, which are representative of how HDCP 2.x is implemented in all '809 HDCP Accused Products, for all hardware and/or software components and configurations, including when used alongside PlayReady.[42]  *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP).; '809 HDCP Xbox Accused Product User Guides; '809 HDCP Surface/Lumia Accused Product User Guides; '809 HDCP Xbox Accused Product Development Documents; Microsoft's Response to Philips' Interrogatory Nos. 1, 4, and 6; '809 HDCP Xbox Test Documents; HDCP 2.x Specifications; '809 30(b)(6) Deposition Xbox Testimony; '809 |

---

[38] The user guides for each '809 HDCP Surface/Lumia Accused Product are cited in Appendix L.

[39] Microsoft has not updated its response to Philips' Interrogatory No.1 to address the products identified in Philips' Second Amended Identification of Accused Products for Microsoft, and has provided inadequate responses to Philips' Interrogatories Nos. 4 and 6. Further, some of the information in Microsoft's response to Philips' Interrogatory No. 1 appears to be incorrect based on, for example, the testimony of Microsoft's 30(b)(6) witnesses. *See, e.g.*, Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2. Philips reserves its rights to supplement its infringement contentions when Microsoft cures its discovery deficiencies.

[40] *See, e.g.*, Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2.

[41] Microsoft has not provided source code or documents relating to the HDCP 2.x functionality in the '809 HDCP Surface/Lumia Accused Products.  Philips reserves its rights to supplement its infringement contentions when Microsoft cures its discovery deficiencies.

[42] *See, e.g.*, PHILIPS00034158-34170; Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| | 30(b)(6) Deposition Surface Testimony.<br><br>Digital Content Protection LLC ("DCP") is an organization that licenses HDCP.  The DCP website explains that "High-bandwidth Digital Content Protection revision 2.0 is used to encrypt premium content at the final stage of the content distribution process. It encrypts content as it flows throughout the home from source devices such as DVD players and notebook computers to display devices such as High-definition TVs (HDTVs)."  *See* PHILIPS00000055 (Digital Content Protection FAQs), a portion of which is included as Exhibit A of this Appendix ("Ex. A").<br><br><br>The current version of HDCP revision 2.x is HDCP revision 2.2.<br><br>The document "HDCP revision 2.2 Specification for Miracast" is the HDCP 2.2 Specification Interface Independent Adaptation for Miracast. *See, e.g.,* PHILIPS00000066 (HDCP System Interface Independent Adaptation Revision 2.2).  The HDCP 2.2 Specification Interface Independent Adaptation for Miracast is substantially similar to the HDCP 2.1 Specification Interface Independent Adaptation for Miracast (PHILIPS00032374) and the HDCP 2.0 Specification Interface Independent Adaptation for Miracast (PHILIPS00032316).<br><br>The document "HDCP revision 2.2 Specification for HDMI" is the HDCP 2.2 Specification for the HDMI interface. *See, e.g.,* PHILIPS00000144 (HDCP System Mapping HDCP to HDMI Revision 2.2).<br><br>The document "HDCP revision 2.2 Specification for MHL" is the HDCP 2.2 Specification for MHL. *See, e.g.,* PHILIPS00000216 (HDCP System Mapping HDCP to MHL Revision 2.2).<br><br>The document "HDCP revision 2.2 Specification for DisplayPort" is the HDCP 2.2 Specification for DisplayPort. *See, e.g.,* PHILIPS00007415 (HDCP System Mapping HDCP to DisplayPort Revision 2.2).<br><br><br>Based on the above, each '809 HDCP Accused Product controls delivery of protected content to a second device.  Each '809 HDCP Accused Product supports HDCP revision 2.x and therefore controls delivery of protected content to a display device such as a television as |

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)

| | |
|---|---|
| | explained further below.<br><br>*See also, e.g.*, Crawford Tr. at 60:19-74:8, 76:7-22, 141:19-143:1; MSFT_PHILIPS_00336570-336687, MSFT_PHILIPS_00003289-3416; Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2. |
| [1b] a memory; a processor, | **'809 HDCP Accused Products:**<br><br>Each '809 HDCP Accused Product includes a microprocessor and memory. *See, e.g.*, Appendix L; HDCP 2.x Specifications.<br><br>*See also, e.g.*, Crawford Tr. at 60:19-67:19; 69:21-72:6; 76:7-22; 141:19-143:1. |
| [1c] said processor arranged to:<br><br>receive a certificate of the second device, the certificate providing information regarding the second device; | The Court construed "certificate" to mean "information containing at least the entity's distinguishing identifier and public key, and signed by a certification authority to guard against forgery." *See* Order Construing the Terms of U.S. Patent Nos. RE44,913, 6,690,387, 7,184,064, 7,529,806, 5,910,797, 6,522,695, 8,543,819, 9,436,809, 6,772,114, RE43,564 (D.I. 241) ("Markman Order") at 18.<br><br>**'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>Relevant sections of the HDCP 2.2 Specification Interface Independent Adaptation for Miracast are included in Exhibit B of this Appendix ("Ex. B"). Relevant sections of the HDCP 2.2 Specification for HDMI interface are included in Exhibit C of this Appendix ("Ex. C"). Relevant sections of the HDCP 2.2 Specification for MHL are included in Exhibit D of this Appendix ("Ex. D"). Relevant sections of the HDCP 2.2 Specification for DisplayPort are included in Exhibit E of this Appendix ("Ex. E"). *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1c. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

|  | The HDCP revision 2.2 specifications describe that for the HDCP Transmitter to authenticate the HDCP Receiver, the HDCP Transmitter receives a certificate, $cert_{rx}$ in the AKE_Send_Cert message, from the HDCP Receiver. *See, e.g.,* Ex. B at B8; Ex. C at C8; Ex. D at D8; Ex. E at E8. $cert_{rx}$ contains at least the HDCP Receiver's distinguishing identifier, Receiver ID, and public key, and is signed by a certification authority, DCP LLC. *See infra* at 1d. The certificate provides information about the HDCP Receiver, as explained below. *See infa* at 1d. *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1c.<br><br>The HDCP revision 2.2 specifications show the authentication and key exchange (without stored $k_m$) in Figure 2.1 (*See, e.g.,* Ex. B at B9) in which the receiving of certificate $cert_{rx}$ in the AKE_Send_Cert message is outlined in red: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



**Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)**

*See also, e.g.,* Ex. C at C9; Ex. D at D9; Ex. E at E9.

*See also, e.g.*, Crawford Tr. at 118:5-131:14; 140:8-141:9; 158:3-13; MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336662-665, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334; Jenks Tr. at 116:14-128:8, 136:18-141:11, 157:10-163:25.

As implemented in the '809 HDCP Xbox Accused Products, the certificate of the second

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

device is always verified.  *See, e.g.*, Crawford Tr. at 122:1-124:21; MSFT_PHILIPS_00336662-665.

As another example, the certificate, cert$_{rx}$ is received in the AKE_Send_Cert message in the "With Stored k$_m$" scenario of Figure 2.2.  *See, e.g.,* Ex. B at B10 Ex. C at C10; Ex. D at D10; Ex. E at E10.  The HDCP revision 2.2 specifications show the authentication and key exchange (with stored k$_m$) in Figure 2.2 (*See, e.g.,* Ex. B at B11) in which the receiving of certificate cert$_{rx}$ in the AKE_Send_Cert message is outlined in red:



**Figure 2.2. Authentication and Key Exchange (With Stored k$_m$)**

*See also, e.g.,* Ex. C at C11; Ex. D at D11; Ex. E at E11.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

|  |  |
|---|---|
|  | *See also, e.g.*, Crawford Tr. at 60:19-67:19; 69:21-72:6; 76:7-22; 141:19-143:1. |
| [1d] determine whether the second device is compliant with a set of compliance rules utilizing said information provided in said certificate; | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that for the HDCP Transmitter to authenticate the HDCP Receiver, the HDCP Transmitter verifies that the certificate, cert$_{rx}$, came from the HDCP Receiver by verifying the certificate's signature. A valid certificate is signed by DCP LLC and therefore if the certificate is verified, the HDCP Receiver is identified as complying with a set of predefined compliance rules, the HDCP revision 2.2 specification. *See, e.g.,* Ex. B at B2 and B8; Ex. C at C2 and C8; Ex. D at D2 and D8; Ex. E at E2 and E8. *See also, e.g.,* HDCP revision 2.2 specifications, Section 1.1 ("Adopters must also ensure that implementations satisfy the robustness and compliance rules described in the technology license.") This process occurs when the HDCP Transmitter does not have a k$_m$ stored corresponding to the Receiver ID found in the certificate (without stored k$_m$). *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1d.<br><br>The HDCP revision 2.2 specifications show the authentication and key exchange (without stored km) in Figure 2.1 (See, e.g., Ex. B at B9) in which the verifying of the certificate cert$_{rx}$ is outlined in blue: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

*See also, e.g.,* Ex. C at C9; Ex. D at D9; Ex. E at E9.

*See also, e.g.*, Crawford Tr. at 118:5-131:14; 140:8-141:9; 158:3-13; MSFT_PHILIPS_00336631-636.  MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336662-665, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334; Jenks Tr. at 116:14-128:8, 136:18-141:11, 157:10-163:25.

When the HDCP Transmitter receives the certificate, cert$_{rx}$, from the HDCP Receiver it checks if it has a $k_m$ stored that corresponds to the Receiver ID found in the certificate.  If it does (with

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)

| | |
|---|---|
| | stored $k_m$), this verifies the HDCP Receiver and identifies it as complying with a set of predefined compliance rules, the HDCP revision 2.2 specification, at least because the HDCP Transmitter would not have a $k_m$ stored corresponding to the Receiver ID if the HDCP Receiver's certificate was not verified. *See, e.g.,* Ex. B at B2 and B8; Ex. C at C2 and C8; Ex. D at D2 and D8; Ex. E at E2 and E8. *See also* HDCP revision 2.2 specifications, Section 1.1 ("Adopters must also ensure that implementations satisfy the robustness and compliance rules described in the technology license."). <br><br> *See also, e.g.,* Ex. C at C8-C11; Ex. D at D8-D11; Ex. E at E8-E11. |
| [1e] provide a first signal to the second device depending when the second device is determined to be compliant with the set of compliance rules; | **'809 HDCP Accused Products:** <br><br> The '809 HDCP Accused Products support HDCP revision 2.x. <br><br> The HDCP revision 2.2 specifications describe a locality check that is performed after an authentication protocol, and thus after verifying that the HDCP Receiver is compliant with the HDCP revision 2.2 specification, that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to access HDCP Content stored on the HDCP Transmitter. *See, e.g.,* Ex. B at B2 and B3; Ex. C at C2 and C3; Ex. D at D2 and D3; Ex. E at E2 and E3. The HDCP Transmitter initiates the locality check by sending a first signal, nonce $r_n$ in the LC_Init message, to the HDCP Receiver at a first time. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4. *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1e. <br><br> The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) in which the transmitting of the nonce $r_n$ in the LC_Init message is outlined in red: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

*See also, e.g.*, Crawford Tr. at 158:15-159:10; MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336662-665, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334; Jenks Tr. at 128:9-130:2, 141:12-142:24, 164:1-165:3, 169:6-170:11.

*See also, e.g.*, Crawford Tr. at 131:15-139:16, 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596, MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334.

| | |
|---|---|
| [1f] receive a second signal from the second device after providing the first signal; | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the HDCP Transmitter receives a second signal, L' in the LC_Send_L_prime message, from the HDCP Receiver at a second time. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4. *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1f.<br><br>The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) |

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)

<table>
<tr>
<td></td>
<td>

in which the receiving of L' in the LC_Send_L_prime message is outlined in blue:



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

*See also, e.g.*, Crawford Tr. at 131:15-139:16; 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596, MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334.

</td>
</tr>
<tr>
<td>

[1g] determine whether the second signal is derived from a secret known by the first device;

</td>
<td>

**'809 HDCP Accused Products:**

The '809 HDCP Accused Products support HDCP revision 2.x.

The HDCP revision 2.2 specifications describe that the HDCP Transmitter generates a third signal, L, using the key $k_d$. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4. The key $k_d$ is derived from a secret known by the HDCP Transmitter, the key $k_m$, using the key derivation procedure described in Section 2.7. *See, e.g.,* Ex. B at B6 and B7; Ex. C at C6 and C7; Ex. D at D6 and D7; Ex. E at E6 and E7. *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1g.

The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5)

</td>
</tr>
</table>

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

in which the generating of L is outlined in green:



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Transmitter determines whether the second signal, L' in the LC_Send_L_prime message, is identical to the third signal, L. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4. This verifies that the received second signal, L' in the LC_Send_L_prime message, is derived from the secret known by the HDCP Transmitter, the key $k_m$ from which the key $k_d$ is derived.

The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) in which the determining whether L' is identical to L is outlined in purple:

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

<u>Infringement Under the Doctrine of Equivalents</u>

Defendants allege that the '819 HDCP Accused Products do not "share a common secret" but instead send Km, which is then used with other information to derive Kd. As explained above, Defendants' allegations are technically and legally wrong--the '819 HDCP Accused Products literally meet the claim term.

However, even if Defendants' characterization of the '819 HDCP Accused Products was correct, the '819 HDCP Accused Products still infringe under the doctrine of equivalents. Any difference between the literal scope of the claim language and the '819 HDCP Accused Products' sending Km, which is then used with other information to derive Kd is insubstantial because they perform substantially the same function (transmitting a common secret which is used to generate a second signal and a third signal) in substantially the same way (one or more mathematical operations are performed using the common secret to generate a second signal and a third signal) to yield substantially the same result (being able to verify the second device possesses the common secret by verifying whether the second signal it generates from the common secret is the same as the third signal generated by the first device using the common secret).

*See also, e.g.*, Crawford Tr. at 131:15-139:16; 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596, MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336672-679,

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| | MSFT_PHILIPS_00003297-3334; Jenks Tr. at 130:4-136:16, 143:13-153:10, 165:5-169:4, 170:12-23. |
| [1h] determine whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time; and | The Court construed the term "predefined time" to mean "a time interval selected to ensure that the first and second communication devices are sufficiently near one another to permit access to the protected content." *See* "Markman Order" at 19.<br><br>**'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the HDCP Transmitter sets a watchdog timer when it transmits the first signal, nonce $r_n$ in the LC_Init message.  The watchdog stops when the L' in the LC_Send_L_prime message, the second signal, is received.  The HDCP Transmitter uses the watchdog timer to determine whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time, the time to which the watchdog timer has been set.  Because it is part of the locality check, the watchdog timer is necessarily set to a time by which it can be determined that the HDCP Transmitter and HDCP Receiver are sufficiently near one another to allow access to the protected content.  In the HDCP revision 2.2 Specification for Miracast, the watchdog timer is set to 7 ms.  In the HDCP revision 2.2 Specification for HDMI, the watchdog timer is set to 20 ms.  In the HDCP revision 2.2 Specification for MHL, the watchdog timer is set to 20 ms.  In the HDCP revision 2.2 Specification for DisplayPort, the watchdog timer is set to 7 ms.  *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4.  *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1h.<br><br>The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) in which determining the time between transmitting the nonce $r_n$ in the LC_Init message and receiving L' in the LC_Send_L_prime message is outlined in yellow: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

*See, e.g.*, Crawford Tr. at 131:15-139:16; 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596.

*See also, e.g.*, Crawford Tr. at 131:15-139:16; 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596, MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334; Jenks Tr. at 130:4-136:16, 143:13-153:10, 165:5-169:4, 170:12-23.



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

Infringement under the Doctrine of Equivalents

Defendants allege that the '809 Accused Products do not "determin[e] whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time" but instead use a watchdog timer. As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.

However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents. Apparently, Defendants interpret this claim element as literally requiring the measurement of a time difference and a subsequent comparison between the "actual time difference and the "predetermined time." Any difference between the literal scope of the claim language and the '809 Accused Products' use of a watchdog timer is insubstantial. Once a predetermined time threshold has been selected, it

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| | is immaterial whether compliance with such threshold is enforced through operation of a watchdog timer or comparison between the predetermined time threshold and an actual measured time difference after receipt of the second signal.  In either case, the binary outcome is the same.  Further, because they perform substantially the same function (checking whether the first and second device are sufficiently near before providing the second device access to the content), in substantially the same way (determining whether the expected second signal has been received within a predetermined time selected to ensure the first and second devices are sufficiently near one another) to yield substantially the same result (denying the second device access to the content if it is not sufficiently near the first device). |
| [1i] allow the protected content to be provided to the second device when at least the second signal is determined to be derived from the secret and the time difference is less than the predetermined time. | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the HDCP Transmitter allows the HDCP Content to be provided to the HDCP Receiver if the locality check does not fail (the time between transmitting the nonce $r_n$ in the LC_Init message and receiving the L' in the LC_Send_L_prime message is within the time the watchdog timer was set to and L' is identical to L). *See, e.g.,* Ex. B at B3 and B4; Ex. C at C3 and C4; Ex. D at D3 and D4; Ex. E at E3 and E4. *See, e.g.,* Microsoft '809 Source Code Appendix (HDCP) at 1i.<br><br>Infringement under the Doctrine of Equivalents<br><br>Defendants allege that the '809 Accused Products do not "determin[e] whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time" but instead use a watchdog timer.  As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents.  Apparently, |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

|  | Defendants interpret this claim element as literally requiring the measurement of a time difference and a subsequent comparison between the actual time difference and the "predetermined time." Any difference between the literal scope of the claim language and the '809 Accused Products' use of a watchdog timer is insubstantial. Once a predetermined time threshold has been selected, it is immaterial whether compliance with such threshold is enforced through operation of a watchdog timer or comparison between the predetermined time threshold and an actual measured time difference after receipt of the second signal. In either case, the binary outcome is the same. Further, because they perform substantially the same function (checking whether the first and second device are sufficiently near before providing the second device access to the content), in substantially the same way (determining whether the expected second signal has been received within a predetermined time selected to ensure the first and second devices are sufficiently near one another) to yield substantially the same result (denying the second device access to the content if it is not sufficiently near the first device). |
|  | *See also, e.g.*, Crawford Tr. at 131:15-139:16; 141:10-17; MSFT_PHILIPS_00336586-336588, MSFT_PHILIPS_00336596, MSFT_PHILIPS_00336631-636. MSFT_PHILIPS_00336639-659, MSFT_PHILIPS_00336672-679, MSFT_PHILIPS_00003297-3334; Jenks Tr. at 130:4-136:16, 143:13-153:10, 165:5-169:4, 170:12-23. |
|  | *See also, e.g.*, Crawford Tr. at 60:19-74:8, 76:7-22, 141:19-143:1; MSFT_PHILIPS_00336570-336687, MSFT_PHILIPS_00003289-3416; Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 2** | **Contention** |
| [2] The first device of claim 1, wherein the first signal comprises a random number. | *See supra* at 1.<br><br>**'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the nonce $r_n$ in the LC_Init message, the first signal, is a 64-bit pseudo-random number.  *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4.<br><br>Infringement under the Doctrine of Equivalents<br><br>Defendants allege that the '809 Accused Products do not transmit a "random generated bit word to the second device" but instead transmit $R_n$ which is a pseudo-random number.  As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents.  Any difference between the literal scope of the claim language and the use of a "pseudo-random" number instead of a random number is insubstantial because they perform substantially the same function (generating an unpredictable value), in substantially the same way (using unpredictable inputs to generate an unpredictable output), to yield substantially the same result (an unpredictable value). |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 3** | **Contention** |
| [3] The first device of claim 1, wherein the second signal is formed by modifying the first signal based on the secret, wherein the modification comprises performing an XOR operation on the first signal. | *See supra* at 1.<br><br>**'809 HDCP Accused Products:**<br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the second signal, L' in the LC_Send_L_prime message, is formed by modifying the first signal, the 64-bit pseudo-random nonce $r_n$ received in LC_Init, based on the key $k_d$ that is derived from a secret known by the HDCP Transmitter, the key $k_m$, by performing HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$).  The SHA-256 operation that is performed on the HMAC hash results in an XOR operation performed on the nonce $r_n$.<br><br>*See, e.g.,* Ex. B at B4-B5; Ex. C at C4-C5; Ex. D at D4-D5; Ex. E at E4-E5. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 4** | **Contention** |
| [4] The first device of claim 1, wherein the processor is further arranged to provide the secret to the second device. | The Court construed the term "[provide/providing] the secret to the second device" to mean "securely [transmits/transmitting] the common secret with the second device according to a key transport protocol or a key agreement protocol." *See* Markman Order at 19. |
| | *See supra* at 1. |
| | **'809 HDCP Accused Products:** |
| | The '809 HDCP Accused Products support HDCP revision 2.x. |
| | The HDCP revision 2.2 specifications describe that, in the "No Stored $k_m$" scenario, the HDCP Transmitter securely shares the secret, the key $k_m$, with the HDCP Receiver in the AKE_No_Stored_km message according to a key management protocol, the RSAES-OAEP encryption scheme. *See, e.g.,* Ex. B at B8; Ex. C at C8; Ex. D at D8; Ex. E at E8. In the "With Stored $k_m$" scenario, this step necessarily was performed when the HDCP Transmitter did not yet have a stored $k_m$ and connected to the HDCP Receiver for the first time. In addition, the HDCP Transmitter securely shares the common secret, the key $k_m$, with the HDCP Receiver in the AKE_Stored_km message according to a key management protocol, the RSAES-OAEP encryption scheme. *See, e.g.,* Ex. B at B10; Ex. C at C10; Ex. D at D10; Ex. E at E10. |
| | The HDCP revision 2.2 specifications show the authentication and key exchange (without stored $k_m$) in Figure 2.1 (*See, e.g.,* Ex. B at B9) in which the secure sharing of the common secret $k_m$ in the AKE_No_Stored_km message is outlined in green: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



**Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)**

*See also, e.g.,* Ex. C at C9; Ex. D at D9; Ex. E at E9.

As another example, the HDCP revision 2.2 specifications show the authentication and key exchange (with stored $k_m$) in Figure 2.2 (*See, e.g.,* Ex. B at B11) in which the secure sharing of the common secret $k_m$ in the AKE_Stored_km message is outlined in green:

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



**Figure 2.2. Authentication and Key Exchange (With Stored $K_m$)**

*See also, e.g.,* Ex. C at C11; Ex. D at D11; Ex. E at E11.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 6** | **Contention** |
| [6] The first device of claim 4, wherein the processor arranged to provide the secret to the second device comprises the processor arranged to provide the secret to the second device via encryption by a public key of a private/public key-pair of the second device, if the second device is compliant, said secret comprising a random number. | *See supra* at 4.<br><br>**'809 HDCP Accused Products:**<br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the HDCP Transmitter securely shares the secret, the key $k_m$, with the HDCP Receiver in the AKE_No_Stored_km message according to a key management protocol, the RSAES-OAEP encryption scheme.  The AKE_No_Stored_km message is encrypted with the public key $kpub_{rx}$.  The secret, the key $k_m$, is a pseudo-random 128-bit number.  *See* Ex. B at B8-B9; Ex. C at C8-C9; Ex. D at D8-D9; Ex. E at E8-E9. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 9** | **Contention** |
| [9] The first device of claim 1, wherein the processor arranged to determine whether the second signal is derived from the secret is arranged to:<br><br>modify the first signal according to the secret;<br><br>compare the modified first signal with the second signal; and<br><br>provide an indication when said modified first signal is identical to the second signal. | *See supra* at 1.<br><br>**'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that the HDCP Transmitter modifies the first signal, nonce $r_n$ in the LC_Init message, using the key $k_d$ to generate a modified first signal, L. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4.  The key $k_d$ is derived from the secret, the key $k_m$, using the key derivation procedure described in Section 2.7.  *See, e.g.,* Ex. B at B6 and B7; Ex. C at C6 and C7; Ex. D at D6 and D7; Ex. E at E6 and E7.<br><br>The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) in which the generating of L is outlined in green: |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

The HDCP Transmitter indicates whether the second signal, L' in the LC_Send_L_prime message, is identical to the modified first signal, L. *See, e.g.,* Ex. B at B4; Ex. C at C4; Ex. D at D4; Ex. E at E4.

The HDCP revision 2.2 specifications show the locality check between the HDCP Transmitter and HDCP Receiver in Figure 2.4 (*See, e.g.,* Ex. B at B5; Ex. C at C5; Ex. D at D5; Ex. E at E5) in which the indication of whether L' is identical to L is outlined in purple:



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 49** | **Contention** |
| [49a] A first device for controlling delivery of protected content to a second device, the first device comprising: | **'809 HDCP Accused Products:**<br><br>*See supra* at 1a. |
| [49b] a memory; a processor, | **'809 HDCP Accused Products:**<br><br>*See supra* at 1b. |
| [49c] the processor arranged to:<br><br>receive a certificate from the second device prior to sending a first signal; | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that for the HDCP Transmitter to authenticate the HDCP Receiver, the HDCP Transmitter receives a certificate, cert$_{rx}$ in the AKE_Send_Cert message, from the HDCP Receiver.  *See, e.g.,* Ex. B at B8; Ex. C at C8; Ex. D at D8; Ex. E at E8.  The certificate is received before a locality check is performed and thus prior to sending a first signal.  *See infra* at 49e.<br><br>*See also supra* at 1c. |
| [49d] determine from the certificate if the second device is compliant; | **'809 HDCP Accused Products:**<br><br>*See supra* at 1d. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| [49e] provide a secret to the second device via encryption by a public key of a private/public key-pair of the second device, if the second device is compliant, said secret comprising a random number; | **'809 HDCP Accused Products:**<br><br>*See supra* at 6. |
| [49f] provide the first signal to the second device; | **'809 HDCP Accused Products:**<br><br>*See supra* at 1e. |
| [49g] receive a second signal from the second device after providing the first signal; | **'809 HDCP Accused Products:**<br><br>*See supra* at 1f. |
| [49h] determine if the second signal is derived from the secret by determining whether the second signal is the first signal modified based on the secret; | **'809 HDCP Accused Products:**<br><br>*See supra* at 1g and 9.<br><br>Infringement Under the Doctrine of Equivalents<br><br>Defendants allege that the '809 Accused Products do not "determine whether the second signal is derived from a secret" but instead decrypt the second signal to determine if the second device sent the correct nonce.  As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents.  Any difference between the literal scope of the claim language and the '809 Accused Products' decrypting the |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| | second signal, {Nonce}KCE, and comparing it to the Nonce is insubstantial and the '809 Accused Products perform substantially the same function (determining whether the second signal was generated using the common secret) in substantially the same way (a mathematical operation is performed on the first signal using the common secret to generate a second signal and checking that the second device generated the second signal using the first signal and the common secret) to yield substantially the same result (verifying the second signal was generated using the common secret). |
| [49i] determine whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time; and | **'809 HDCP Accused Products:**<br><br>*See supra* at 1h.<br><br><br>Infringement Under the Doctrine of Equivalents<br><br>Defendants allege that the '809 Accused Products do not "determin[e] whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time" but instead use a watchdog timer.  As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents.  Any difference between the literal scope of the claim language and the '809 Accused Products' use of a watchdog timer is insubstantial and the '809 Accused Products perform substantially the same function (determining the amount of time between transmitting the LC_Init message and receiving the LC_Send_L_prime message) in substantially the same way (measuring a time interval) to yield substantially the same result (verifying whether or not receiving the LC_Send_L_prime message occurred within a predefined interval of transmitting the LC_Init message). |
| [49j] allow the protected content to be provided to the | **'809 HDCP Accused Products:** |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| | |
|---|---|
| second device at least when the second signal is determined to be derived from the secret and the time difference is less than the predetermined time. | *See supra* at 1i.<br><br>Infringement Under the Doctrine of Equivalents<br><br>Defendants allege that the '809 Accused Products do not "determin[e] whether a time difference between providing the first signal and receiving the second signal is less than a predetermined time" but instead use a watchdog timer.  As explained above, Defendants' allegations are technically and legally wrong--the '809 Accused Products literally meet the claim term.<br><br>However, even if Defendants' characterization of the '809 Accused Products was correct, the '809 Accused Products still infringe under the doctrine of equivalents.  Any difference between the literal scope of the claim language and the '809 Accused Products' use of a watchdog timer is insubstantial and the '809 Accused Products perform substantially the same function (determining the amount of time between transmitting the LC_Init message and receiving the LC_Send_L_prime message) in substantially the same way (measuring a time interval) to yield substantially the same result (verifying whether or not receiving the LC_Send_L_prime message occurred within a predefined interval of transmitting the LC_Init message). |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 ||
| :---: | :---: |
| **Claim 50** | **Contention** |
| [50] The first device of claim 49, wherein the processor is further arranged to: use the secret to generate a secure authenticated channel between the first device and the second device, use the secure authenticated channel to provide the protected content to the second device. | **'809 HDCP Accused Products:**<br><br>The '809 HDCP Accused Products support HDCP revision 2.x.<br><br>The HDCP revision 2.2 specifications describe that after the HDCP Transmitter authenticates the HDCP Receiver, it securely shares the common secret, the key $k_m$, with the HDCP Receiver as part of the locality check. *See, e.g.*, Ex. B at B8, B10; Ex. C at C8, C10; Ex. D at D8, D10; Ex. E at E8, E10. After the HDCP Receiver is authenticated and passes the locality check a secure channel is generated between the HDCP Transmitter and HDCP Receiver so the HDCP Transmitter can send protected content to the HDCP Receiver. *See, e.g.*, Ex. B at B3; Ex. C at C3; Ex. D at D3; Ex. E at E3.<br><br>*See also supra* at 49. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 ||
|---|---|
| **Claim 52** | **Contention** |
| [52] The first device of claim 49, wherein the modification is a XOR operation using the first signal. | **'809 HDCP Accused Products:**<br><br>*See supra* at 3; *See also supra* at 49. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**

| U.S. Patent No. 9,436,809 | |
|---|---|
| **Claim 53** | **Contention** |
| [53] The first device of claim 49, wherein the processor, arranged to determine that the second signal is derived from the secret, is further arranged to:<br><br>modify the first signal according to the secret;<br><br>compare the modified first signal with the second signal; and<br><br>determine that the modified first signal is identical to the second signal. | **'809 HDCP Accused Products:**<br>*See supra* at 9; *See also supra* at 49. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit A**

| PHILIPS00000055 (Digital Content Protection FAQs) | |
|---|---|
| **A1** | DIGITAL CONTENT PROTECTION<br><br>DCP<br><br>MENU<br><br>**FAQs** |
| **A2** | What is HDCP revision 2.0?<br><br>High-bandwidth Digital Content Protection revision 2.0 is used to encrypt premium content at the final stage of the content distribution process. It encrypts content as it flows throughout the home from source devices such as DVD players and notebook computers to display devices such as High-definition TVs (HDTVs). It defines a standard, interoperable method for supporting wireless interfaces, including the ubiquitous Wi-Fi standard. HDCP revision 2.0 uses industry-standard public-key RSA authentication and AES 128 encryption. It also supports protection of compressed content, making it feasible to use relatively slow 50 to 200 Mbps interfaces. HDCP revision 2.0 also protects transmission of uncompressed content over faster 5 to 10 Gbps links. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

| PHILIPS00000066 (HDCP System Interface Independent Adaptation Revision 2.2) |
|---|

**B1**

# High-bandwidth Digital Content Protection System

## Interface Independent Adaptation

Revision 2.2

16 October, 2012

**B2**

### 1.2   Definitions

The following terminology, as used throughout this specification, is defined as herein:

…

**HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.

…

1

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

**HDCP Receiver**.  An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.

…

**HDCP Transmitter**.  An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.

…

**Public Key Certificate**.  Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

| | |
|---|---|
| **B3** | **2  Authentication Protocol** |
| | **2.1  Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 7 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access. |
| **B4** | **2.3  Locality Check**<br>Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random  nonce $r_n$ to the downstream receiver.<br><br>… |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

- Initiates locality check by sending LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

- Sets its watchdog timer to 7 ms. Locality check fails if the watchdog timer expires before LC_Send_L_prime message is received.

- Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$.

- On receiving LC_Send_L_prime message, compares L and $L'$. Locality check fails if L is not equal to $L'$.

| B5 | |
|---|---|



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

4

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

| | |
|---|---|
| **B6** | **2.2  Authentication and Key Exchange** |
| | Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE.  The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.  The HDCP Transmitter initiates a new HDCP Session by sending a new $r_{tx}$ as part of the authentication initiation message, AKE_Init. Message formats are defined in Section 4.3. |
| | ... |
| | The HDCP Transmitter |
| | ... |
| | o  If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1) |
| | ... |
| | ▪  Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = dkey$_0$ ‖ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order. |
| **B7** | **2.7  Key Derivation** |
| | Key derivation is illustrated in Figure 2.11. |

Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)
Exhibit B



**Figure 2.11. Key Derivation**

| B8 | ## 2.2   Authentication and Key Exchange |
|---|---|

Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE. The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed. The HDCP Transmitter initiates a new HDCP Session by sending a new $r_{tx}$ as part of the authentication initiation message, AKE_Init. Message formats are defined in Section 4.3.

…

The HDCP Transmitter

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

…

- Receives AKE_Send_Cert from the receiver containing REPEATER and $cert_{rx}$ values. REPEATER indicates whether the connected receiver is an HDCP Repeater

…

- Extracts *Receiver ID* from $cert_{rx}$

  o If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

    ▪ Verifies the signature on the certificate using kpub$_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.

    ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit B**

**B9**



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

8

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**

| PHILIPS00000144 (HDCP System Mapping HDCP to HDMI Revision 2.2) |
| --- |

| C1 | # High-bandwidth Digital Content Protection System<br><br>## Mapping HDCP to HDMI<br><br>Revision 2.2<br><br>13 February, 2013 |
| --- | --- |
| C2 | **1.2   Definitions**<br><br>The following terminology, as used throughout this specification, is defined as herein:<br><br>…<br><br>**HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof.  For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.<br><br>… |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**



**HDCP Repeater**.  An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports, and can also re-encrypt and emit said HDCP Content through one or more of its HDCP-protected Interface Ports, is referred to as an *HDCP Repeater*. An *HDCP Repeater* may also be referred to as either an HDCP Receiver or an HDCP Transmitter when referring to either the upstream side or the downstream side, respectively.

…

**HDCP Transmitter**.  An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.

…

**Public Key Certificate**.  Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**

C3

## 2  Authentication Protocol

### 2.1  Overview

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**



| C4 | **2.3   Locality Check** |
|----|----|

Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.

The HDCP Transmitter

- Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

- Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol.

- Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$.

- On reading LC_Send_L_prime message from the receiver, compares L and $L'$. Locality check fails if L is not equal to $L'$.

**C5**

HDCP Transmitter [Device A]                                    HDCP Receiver [Device B]

Generate $r_n$
Set watchdog timer

Initiate
locality check: LC_Init

Write 20ms

Read $L'$:
LC_Send_L_prime

Compute $L' = $ HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$)

Compute L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$)
Verify L = $L'$

**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**

| | |
|---|---|
| **C6** | **2.2   Authentication and Key Exchange**<br><br>Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE. The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.   The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.<br><br>…<br><br>    o   If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)<br><br>…<br><br>        ▪   Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d = dkey_0 \parallel dkey_1$, where $dkey_0$ and $dkey_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. $dkey_0$ and $dkey_1$ are in big-endian order. |
| **C7** | **2.7   Key Derivation**<br><br>Key derivation is illustrated in Figure 2.10. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**



**Figure 2.10. Key Derivation**

| | |
|---|---|
| **C8** | **2.2   Authentication and Key Exchange**<br><br>Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE.  The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.   The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.<br><br>…<br><br>The HDCP Transmitter<br><br>… |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**

- Reads AKE_Send_Cert from the receiver containing $cert_{rx}$, a 64-bit pseudo-random value ($r_{rx}$) and RxCaps. REPEATER bit in RxCaps indicates whether the connected receiver is an HDCP Repeater. If REPEATER is set to one, it indicates the receiver is an HDCP Repeater. If REPEATER is zero, the receiver is not an HDCP Repeater. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. If the AKE_Send_Cert message is not available for the transmitter to read within 100 ms, the transmitter aborts the authentication protocol.

- Extracts Receiver ID from $cert_{rx}$

  o If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the Receiver ID (See Section 2.2.1)

    ▪ Verifies the signature on the certificate using kpub$_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.

    ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

7

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit C**



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**

| PHILIPS00000216 (HDCP System Mapping HDCP to MHL Revision 2.2) | |
|---|---|
| **D1** | # High-bandwidth Digital Content Protection System<br><br>## Mapping HDCP to MHL<br><br>Revision 2.2<br><br>11 September, 2013 |
| **D2** | **1.2   Definitions**<br><br>The following terminology, as used throughout this specification, is defined as herein:<br><br>…<br><br>**HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System.  *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof.  For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.<br><br>…<br><br>**HDCP Receiver**.  An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**

|    |    |
|----|----|
|    | … |
|    | **HDCP Transmitter**.  An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*. |
|    | … |
|    | **Public Key Certificate**.  Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver. |
| **D3** | **2   Authentication Protocol** |
|    | **2.1   Overview** |
|    | The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages |
|    | • Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged. |
|    | • Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 20 ms. |
|    | • Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver. |
|    | • Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter. |
|    | Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**

| D4 | **2.3   Locality Check** |
|---|---|

Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver.

The HDCP Transmitter

- Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver.

- Sets its watchdog timer to 20 ms. The LC_Send_L_prime message must be received by the transmitter within 20 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. Locality check fails if the watchdog timer expires before the last byte of the LC_Send_L_prime message is received by the transmitter. The transmitter then aborts the authentication protocol.

- Computes L = HMAC-SHA256($r_n$, $k_d$ XOR $r_{rx}$) where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$, where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$.

- On reading LC_Send_L_prime message from the receiver, compares L and *L'*. Locality check fails if L is not equal to *L'*.

| D5 | |
|---|---|



**Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver**

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**



| D6 | **2.2    Authentication and Key Exchange** |
|---|---|

Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE. The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.   The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.

. . .

The HDCP Transmitter

. . .

o   If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

. . .

■   Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = $dkey_0 \parallel dkey_1$, where $dkey_0$ and $dkey_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. $dkey_0$ and $dkey_1$ are in big-endian order.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**

| | |
|---|---|
| **D7** | **2.7 Key Derivation**<br>Key derivation is illustrated in Figure 2.10.<br><br> |
| **D8** | **2.2 Authentication and Key Exchange**<br>Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE. The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed. The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.<br><br>…<br><br>The HDCP Transmitter<br><br>… |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**

- Reads AKE_Send_Cert from the receiver containing $cert_{rx}$, a 64-bit pseudo-random value ($r_{rx}$) and $RxCaps$. REPEATER bit in $RxCaps$ indicates whether the connected receiver is an HDCP Repeater. If REPEATER is set to one, it indicates the receiver is an HDCP Repeater. If REPEATER is zero, the receiver is not an HDCP Repeater. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. If the AKE_Send_Cert message is not available for the transmitter to read within 100 ms, the transmitter aborts the authentication protocol.

- Extracts *Receiver ID* from $cert_{rx}$

  o If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

    ▪ Verifies the signature on the certificate using $kpub_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.

    ▪ Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit D**



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**

| PHILIPS00007415 (HDCP System Mapping HDCP to DisplayPort Revision 2.2) | |
|---|---|
| **E1** | # High-bandwidth Digital Content Protection System<br><br>## Mapping HDCP to DisplayPort<br><br>Revision 2.2<br><br>21 December, 2012 |
| **E2** | **1.2   Definitions**<br>The following terminology, as used throughout this specification, is defined as herein:<br><br>…<br><br>**HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.<br><br>…<br><br>**HDCP Receiver**. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.<br><br>… |

1

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**

|  |  |
|---|---|
|  | **HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.<br><br>…<br><br>**Public Key Certificate**. Each HDCP Receiver is issued a Public Key Certificate signed by DCP LLC, and contains the Receiver ID and RSA public key corresponding to the HDCP Receiver. |
| **E3** | **2   Authentication Protocol**<br><br>**2.1   Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>&bull;   Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>&bull;   Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 7 ms.<br><br>&bull;   Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>&bull;   Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access. |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**

| | |
|---|---|
| **E4** | **2.3   Locality Check** |
| | Locality check is performed after AKE and pairing. The HDCP Transmitter initiates locality check by sending a 64-bit pseudo-random nonce $r_n$ to the downstream receiver. |
| | The HDCP Transmitter |
| | • Initiates locality check by writing the LC_Init message containing a 64-bit pseudo-random nonce $r_n$ to the HDCP Receiver. |
| | • Sets its watchdog timer to 7 ms. The LC_Send_L_prime message must be received by the transmitter within 7 ms from the time the transmitter finishes writing the LC_Init message parameters to the HDCP Receiver. The HDCP Transmitter must not attempt to read LC_Send_L_prime sooner than 7 ms after writing the AKE_Stored_km message. If the LC_Send_L_prime message is not available for the transmitter to read within 7 ms, locality check fails and the transmitter aborts the authentication protocol. |
| | • Computes $L = \text{HMAC-SHA256}(r_n, k_d \text{ XOR } r_{rx})$ where HMAC-SHA256 is computed over $r_n$ and the key used for HMAC is $k_d$ XOR $r_{rx}$ where $r_{rx}$ is XORed with the least-significant 64-bits of $k_d$. |
| | • On reading LC_Send_L_prime message from the receiver, compares L and $L'$. Locality check fails if L is not equal to $L'$. |
| **E5** |  |
| | **Figure 2.4. Locality Check between HDCP Transmitter and HDCP Receiver** |

3

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**



**E6**

**2.2   Authentication and Key Exchange**

Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE. The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.   The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.

. . .

The HDCP Transmitter

. . .

   o   If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the *Receiver ID* (See Section 2.2.1)

. . .

   ▪   Performs key derivation as explained in Section 2.7 to generate 256-bit $k_d$. $k_d$ = dkey$_0$ ‖ dkey$_1$, where dkey$_0$ and dkey$_1$ are derived keys generated when ctr = 0 and ctr = 1 respectively. dkey$_0$ and dkey$_1$ are in big-endian order.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**

| E7 | **2.7   Key Derivation**<br>Key derivation is illustrated in Figure 2.11.<br><br><br><br>**Figure 2.11. Key Derivation** |
|---|---|
| E8 | **2.2   Authentication and Key Exchange**<br>Authentication and Key Exchange (AKE) is the first step in the authentication protocol. Figure 2.1 and Figure 2.2 illustrates the AKE.  The HDCP Transmitter (*Device A*) can initiate authentication at any time, even before a previous authentication exchange has completed.   The HDCP Transmitter initiates a new HDCP Session by sending the authentication initiation message, AKE_Init. Message formats are defined in Section 4.2.<br><br>. . .<br><br>The HDCP Transmitter<br><br>. . . |

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**

- Reads AKE_Send_Cert from the receiver containing $cert_{rx}$, a 64-bit pseudo-random value ($r_{rx}$) and $RxCaps$. REPEATER bit in $RxCaps$ indicates whether the connected receiver is an HDCP Repeater. If REPEATER is set to one, it indicates the receiver is an HDCP Repeater. If REPEATER is zero, the receiver is not an HDCP Repeater. The AKE_Send_Cert message must be available for the transmitter to read within 100 ms from the time the transmitter finishes writing the AKE_Init message parameters to the HDCP Receiver. The HDCP Transmitter must not attempt to read AKE_Send_Cert sooner than 100 ms after writing the AKE_Init message. If the AKE_Send_Cert message is not available for the transmitter to read within 100 ms, the transmitter aborts the authentication protocol.

- Extracts $Receiver\ ID$ from $cert_{rx}$

  - If the HDCP Transmitter does not have a 128-bit Master Key $k_m$ stored corresponding to the $Receiver\ ID$ (See Section 2.2.1)

    - Verifies the signature on the certificate using $kpub_{dcp}$. Failure of signature verification constitutes an authentication failure and the HDCP Transmitter aborts the authentication protocol.

    - Generates a pseudo-random 128-bit Master Key $k_m$. Encrypts $k_m$ with $kpub_{rx}$ ($E_{kpub}(km)$) and sends AKE_No_Stored_km message to the receiver containing the 1024-bit $E_{kpub}(km)$. RSAES-OAEP encryption scheme must be used as defined by PKCS #1 V2.1: RSA Cryptography Standard. SHA-256 is the underlying hash function. The mask generation function used is MGF1 which uses SHA-256 as its underlying hash function.

**Third Amended Infringement Contentions: U.S. Patent No. 9,436,809 (HDCP)**
**Exhibit E**



Figure 2.1. Authentication and Key Exchange (Without Stored $k_m$)

# APPENDIX L

Highly Confidential - Outside Counsel Only



**Note**: The list includes only products identified in Philips' October 31, 2018 Motion for Leave to Amend Its Infringement Contentions (Dkt. No. 529), as granted-in-part by the Court's related Order (Dkt. No. 627).

Highly Confidential - Outside Counsel Only



Highly Confidential - Outside Counsel Only



Highly Confidential - Outside Counsel Only



# APPENDIX O

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY

**MICROSOFT HDCP ACCUSED PRODUCT APPENDIX**

The '809 and '819 HDCP Accused Products include, but are not limited to, the Xbox One S, Xbox One X, Surface 2, Surface 3, Surface Laptop (Spring 2017), Surface Pro (2017), Surface Pro 4, and Surface Book 2.  *See, e.g.*, Microsoft's Response to Interrogatory No. 1;[1] '819/'809 HDCP Xbox Test Documents;[2] Crawford Tr. at 25:21-26:12, 44:14-45:4, 47:9-48:1, 76:7-77:2, 139:23-140:6; Jenks Tr. at 102:8-107:20, 108:14-25, 109:13-111:2.

The '809 and '819 HDCP Accused Products further include all products made, used, sold, offered for sale, or imported in the United States by Microsoft that include the processors identified below, each of which support HDCP 2.x over a wired connection (as is explained in the cited support).  *See also* Appendix L.

| Microsoft Wired HDCP 2.x | | |
|---|---|---|
| **Processor Family** | **Processor** | **HDCP 2.x Support,** *see* |
| Intel Kaby Lake | m3-7Y30 | PHILIPS00049653-866 |
| Intel Kaby Lake | i5-7300U | PHILIPS00049653-866 |
| Intel Kaby Lake | i7-7660U | PHILIPS00049653-866 |
| Intel Kaby Lake | i3-7200U | PHILIPS00049653-866 |
| Intel Kaby Lake | i7-8650U | PHILIPS00049653-866 |
| Nvidia GeForce | GTX 1050 | PHILIPS00049463-67 |
| Nvidia GeForce | GTX 1060 | PHILIPS00049468-73 |
| ████ | ████ | PHILIPS00051266-268 |
| | ████ | PHILIPS00051266-268 |

As an example, certain of the '809 and '819 HDCP Accused Products, including at least the Microsoft Xbox One S, are capable of transmitting HDCP 2.x protected content to an HDCP 2.x receiver via a wired connection.  In particular, an analysis of the communications observed on

---

[1] Microsoft has not updated its response to Philips' Interrogatory No.1 [to address the products identified in Philips' Second Amended Identification of Accused Products for Microsoft]. Philips reserves its rights to supplement its infringement contentions when [Microsoft] cures its discovery deficiencies.

[2] *See, e.g.*, MSFT_PHILIPS_00006313, MSFT_PHILIPS_00008792-8800, MSFT_PHILIPS_00008908-8909, MSFT_PHILIPS_00009020-9021, MSFT_PHILIPS_00009130-9131, MSFT_PHILIPS_00009186-9187, MSFT_PHILIPS_00009244-9245, MSFT_PHILIPS_00009303-9304, MSFT_PHILIPS_00011864-11872, MSFT_PHILIPS_00011980-11981, MSFT_PHILIPS_00012104-12105, MSFT_PHILIPS_00012228-12229, MSFT_PHILIPS_00012302-12303, MSFT_PHILIPS_00012373-12374, MSFT_PHILIPS_00012443-12444.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY**

the HDMI Display Data Channel (DDC) between the '809 and '819 HDCP Accused Products and an HDCP 2.x receiver reveals that products with the above-listed chipsets are capable of performing the HDCP authentication and locality check protocol in connection with an HDCP 2.x receiver, which is evidenced by exchange of at least the following messages between the '809 and '819 HDCP Accused Products and an HDCP 2.x receiver: AKE_Init, AKE_Send_Cert, AKE_No_Stored_km or AKE_Stored_km, LC_Init, and LC_Send_L_prime.

The '809 and 819 HDCP Accused Products further include all products made, used, sold, offered for sale, or imported in the United States by Microsoft that include the processors identified below, each of which support HDCP 2.x over a wireless connection (as is explained in the cited support).  *See also* Appendix L.

| Microsoft Wireless HDCP 2.x | | |
|---|---|---|
| **Processor Family** | **Processor** | **CITE** |
| Cherry Trail | Atom x7-Z8700 | PHILIPS00050110-448 |
| 4th Generation Intel Core | i3-4020Y; | PHILIPS00049633-52 |
| 4th Generation Intel Core | i5-4200U | PHILIPS00049633-52 |
| 4th Generation Intel Core | i5-4300U; | PHILIPS00049633-52 |
| 4th Generation Intel Core | i7-4650U | PHILIPS00049633-52 |
| Intel Skylake | i7-6650U | PHILIPS00051908-16 |
| Intel Skylake | i5-6300U | PHILIPS00051908-16 |
| Intel Skylake | m3-6Y30 | PHILIPS00051908-16 |
| Intel Skylake | i7-6600U | PHILIPS00051908-16 |
| Intel Skylake | i5-6440HQ | PHILIPS00051908-16 |
| Intel Skylake | i7-6820HQ | PHILIPS00051908-16 |
| Intel Kaby Lake | m3-7Y30 | PHILIPS00049653-866 |
| Intel Kaby Lake | i5-7300U | PHILIPS00049653-866 |
| Intel Kaby Lake | i7-7660U | PHILIPS00049653-866 |
| Intel Kaby Lake | i3-7200U | PHILIPS00049653-866 |
| Intel Kaby Lake | i7-8650U | PHILIPS00049653-866 |
| Nvidia GeForce | GTX 1050 | PHILIPS00049463-67 |
| Nvidia GeForce | GTX 1060 | PHILIPS00049468-73 |

As an example, certain of the '809 and '819 HDCP Accused Products are capable of transmitting HDCP 2.x protected content to an HDCP 2.x receiver via a wireless connection.  In particular, an analysis of the wireless connection between the '809 and 819 HDCP Accused Products and an HDCP 2.x receiver reveals that products with the above-listed chipsets support HDCP 2.x, which is evidenced by exchange of at least the following messages between the '809 and 819 HDCP Accused Products and an HDCP 2.x receiver: AKE_Init, AKE_Send_Cert, AKE_No_Stored_km or AKE_Stored_km, LC_Init, and LC_Send_L_prime.  *See, e.g.*, PHILIPS00052415 (Wireshark output file from the Microsoft Surface Pro connected to an HDCP 2.x receiver).

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY**

As a further example, an analysis of the device system information for certain of the '809 and '819 HDCP Accused Products confirms the presence of HDCP 2.x functionality.  For example, the results of running DxDiag (the DirectX Diagnostic Tool) on the '809 and '819 HDCP Accused Products confirms that products with the above-listed chipsets have Miracast with HDCP.  *See, e.g.*, PHILIPS00051882-907 (DxDiag Results for the Microsoft Surface Pro (listing Miracast as "Available, with HDCP")).  All versions of the Miracast specification from version 1.0 forward indicate that when HDCP is used with Miracast, the version of HDCP is 2.x.  *See, e.g.*, PHILIPS00051917-2412 (Miracast Specification 1.0.0, 1.1, and 2.1).

Additionally, as Defendants are well aware, Philips has served a number of third-party subpoenas seeking further information concerning the HDCP 2.x functionality included in Microsoft's products.  Philips reserves all rights to supplement these contentions and to further identify additional '809 and '819 HDCP Accused Products, and any and all newly discovered factual and legal bases supporting infringement of the '809 and '819 patents, upon receipt of the requested third-party discovery.

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY**