# Exhibit 19
## to
## Motion to Exclude
## (Dr. Rubin – Microsoft)
## (Filed Under Seal)