# Exhibit 20

**to**

**Motion to Exclude**

**(Dr. Rubin – Microsoft)**



# Technical white paper

**Version 1.7**
**January 2003**

© THOMSON, 2003



# Notice

This document is provided "as is" with no warranties whatsoever, including any warranty of merchantability, non-infringement, fitness for any particular purpose, or any warranty otherwise arising out of any proposal, specification or sample.

The present document contains company proprietary information that is subject to licensing.

THOMSON, disclaims all liability, including liability for infringement of any proprietary rights, relating to use of information in this specification. No license, express or implied, by estoppel or otherwise, to any intellectual property rights is granted herein.

Copyright © 2003 by THOMSON, Ref: SR_twp_2

"SmartRight" is a trademark of THOMSON. Third-party brands and names are the proprietary of their respective owners.



## Table of content

**1 Executive summary ........ 3**

**2 Architecture ........ 4**

**3 Functional areas addressed ........ 6**

**4 Protection mechanism for content ........ 9**

**5 Underlying security infrastructure ........ 13**

**6 Renewability, revocation and resistance to obsolescence ........ 17**

**Appendix A Abbreviations ........ 18**

### TABLE OF TABLES

Figure 1: Environment of the SmartRight system ........ 4
Figure 2: Personal Private Network architecture ........ 5
Figure 3: Generic LECM structure ........ 9
Figure 4: LECM structure for copy free content ........ 10
Figure 5: LECM structure for private copy ........ 10
Figure 6: LECM structure for view only ........ 10
Figure 7: View-only protocol ........ 11
Figure 8: State transitions of terminal module ........ 14
Figure 9: LECM Key exchange protocol ........ 16

### Table of tables

Table 1: Default exportation rules for out bounding ........ 12
Table 2: List of abbreviations ........ 18



# 1 Executive summary

SmartRight™ is a copy protection system for digital home networks. Combined with Conditional Access Systems (CAS) or Digital Rights Management (DRM) systems, it provides an effective end-to-end solution for protection of digital content.

SmartRight is a global system deployable in any region of the world. It makes no *a priori* assumption on the format of the content it receives. It accepts content from any kind of source, including free-to-air content. It defines a common syntax for SmartRight content to ensure interoperability, and defines a simple Application Program Interface (API) with current dominant Conditional Access Systems and Digital Rights Management systems. It is network security neutral.

SmartRight end-to-end encryption system may coexist and interoperate with all currently available content protection systems. SmartRight system defines inbound and outbound rules with these other content protection systems. The content providers or distributors determine these rules.

The SmartRight system always keeps content scrambled (while stored or transferred from one device to another) until a presentation functionality (e.g. a digital TV) renders content for the consumer to watch or listen. A removable security module (e.g. a smart card), attached to presentation functionality, enables or not descrambling. SmartRight security relies on smart cards. This ensures renewability at a low cost, if ever the system is hacked.

The SmartRight system introduces the innovative notion of Personal Private Network (PPN). A PPN is a set of devices owned by a given person, or family. It is not limited to a given location (support for multiple homes). It does not require a continuous connection (support for mobile devices). Two Personal Private Networks cannot interoperate.

The SmartRight system does not require a return data channel to the content/service provider.

The SmartRight system facilitates any time or event-related business model that may be supported by digital devices connected to a SmartRight-protected home network. The SmartRight system provides a secure environment for the consumption of content authorized by such business models. CAS or DRM systems, that deliver content to the home, determine and manage all content usage rights and rules. The SmartRight system facilitates the digital business model of all the parties. Value-added models can therefore be easily created.

Finally, the SmartRight system includes a whole infrastructure (licensing, certification, ... ) and an implementation methodology.



# 2 Architecture

## 2.1 Scope

SmartRight ensures copy protection and content management in a digital home network.

Figure 1: Environment of the SmartRight system

Figure 1 shows the environment of the SmartRight system. There are two major domains of protection.

- In the first domain (on the left side), pre-recorded encryption, private CAS, or DRM protect content while delivered to the home.
  A variety of content sources with different distribution systems may co-exist, including cable operators, satellite or terrestrial broadcasters, CD/DVD disk retailers, as well as Internet content providers.
- In the second domain, the SmartRight system protects content after it enters the home.

## 2.2 Devices

SmartRight-enabled devices may play three roles:

- *Access functionality* is a gateway for protected content coming from outside the home network. Distribution means include broadcast, Internet, pre-recorded media, or proprietary copy protection systems.
- *Presentation functionality* renders SmartRight protected content or exports content to proprietary copy protection systems.
- *Storage functionality* records content carried over the network. Since content protected by the SmartRight system is scrambled, it remains protected while stored.

SmartRight-enabled devices may combine several functionalities, such as access and presentation functionalities (e.g., an Integrated DTV), or storage and access functionalities (e.g., an STB with embedded PVR).

PRIORART044297



## 2.3 Cards

To ensure both efficient protection and renewable security, SmartRight system uses *removable security cards*. These cards embed the secret keys. They safely perform associated cryptographic processing. Such cards may be ISO-7816 smart cards, or removable modules communicating over the DVB-CI (Common Interface), NRSS, or POD for US cable.

Within the SmartRight architecture, the security card is respectively a **Converter card** for access functionality and a **Terminal card** for presentation functionality. Access functionality relies on its attached Converter card to embed critical information into a protected data structure. These data are **content usage state** and scrambling keys. At the other end, the presentation functionality lets its Terminal card decrypt that information. According to the usage state of the content, terminal card enables descrambling of the protected content.

In case a device features both access functionality and presentation functionality, the attached removable security card holds both the features of converter card and terminal card. Figure 2 summarizes the previous notions.

Figure 2: Personal Private Network architecture



# 3 Functional areas addressed

## 3.1 End-to-end content protection

The main feature of the SmartRight system is end-to-end content protection. The SmartRight content handling at the entry of the network depends on the content type. There are consequently two types of access functionalities:

- First type access functionality controls access for content scrambled in a format supported by SmartRight architecture. In that case, the content is not modified. Descrambling keys are packaged in an encrypted Local Enforcement Copy Management (LECM) message within the safe boundary of converter cards (see section 4.1). First type access functionality inserts LECM in content before sending it to the home network. For instance, DVB-compliant Set Top Boxes have first type access functionality.
- Second type access functionality controls access for content scrambled in a format not supported by SmartRight architecture. In that case, the content will be re-scrambled in a format supported by SmartRight architecture. The re-scrambling keys are packaged in an encrypted LECM within the safe boundary of converter cards. The second type access functionality inserts LECM in content before sending it to the home network. For instance, CSS-compliant DVD players have second type access functionality.

To render content, the terminal card decrypts LECM. If permitted, the terminal card transmits securely the control words—i.e., the descrambling key— to the presentation functionality. This transfer uses a SmartRight defined secure authenticated channel (see section 4.5). The presentation functionality descrambles the content.

The SmartRight system uses the scrambling algorithms that Pay TV uses to protect its highly valuable content, i.e. DVB-CSA in DVB-supporting countries, and Triple DES in US.

The entire process does not require the use of a return channel to any back office.

## 3.2 Management of secrets

All SmartRight secret keys necessary to the security are stored in terminal cards. Converter cards do not contain SmartRight long-lived secrets.

SmartRight certification authority certifies the public keys held by terminal cards.

Section 5 describes the detailed security infrastructure.

## 3.3 Renewability

To strengthen the security and make the SmartRight system renewable, all cryptographic computations are performed inside tamper-resistant modules. If a cryptographic algorithm or key have to be modified, only modules need to be replaced, not the SmartRight devices.

## 3.4 Universality

The SmartRight system is universal. The system makes no assumption about the type of content (stream, broadcast, pre-recorded). The system makes no assumption about the bi-



directional digital buses. In addition to MPEG-2, SmartRight system can support other multimedia formats such as MPEG-4 or mp3Pro. Furthermore, since the SmartRight system and external copy protection systems partition cryptographic secrets, the SmartRight system can receive content protected by other protection systems as well as export it to other copy protection systems.

## 3.5 SmartRight Personal Private Network (PPN)

A PPN is a network composed of SmartRight devices. All terminal cards of the same PPN share the same network key. Two personal private networks have different network keys. Thus, they will not be able to share SmartRight protected content, other than "copy free" content. This feature defines the boundary of SmartRight private-copy. Since devices with presentation functionality need not to be in the same location, a PPN may encompass multiple homes.

The size of a PPN is limited. Each time a new device with presentation functionality joins a PPN, a counter is decremented. This counter controls the size of the network. The size of the PPN can be adapted to special cases, such as collectivities. Nevertheless, the enrolment of a device to a PPN is transparent to the user, as is the creation of a PPN.

## 3.6 Content usage states

SmartRight system offers a simple mapping for traditional copy states.

- "Copy free" is realized by SmartRight copy-free state. A user can make as many copies of content labeled "copy-free" as he wants. Any SmartRight network can render copies labeled "copy-free".
- "Copy once" is realized by SmartRight private-copy state. A user can make as many copies of content labeled "private-copy" as he wants. These copies can only be viewed within the PPN that generated the copy.
- "Copy never" and "Copy no more" are realized through SmartRight "view-only" state. No device, compliant or not, can render a recorded copy labeled "view-only".

## 3.7 Business model neutrality

By combining the three SmartRight usage states, one can create numerous business models.

If a CA/DRM system wants to keep control upon the use of content, then it stores the content in its own protected way. Therefore, the only requirement for storage functionality is that it retrieves data previously stored. There is no need to have protected or authenticated storage functionality. When the CA/DRM allows rendering of the content, it uses the SmartRight system to send it on the network in view-only mode.

If a CA/DRM system chooses to delegate control of content to the SmartRight system, then it sends the content in private-copy mode, or in copy-free mode.

The CA/DRM system manages when to render content, whereas SmartRight manages where to render content.

Such an example may be the "Pay 5 times then view without paying anymore" mode. This mode operates as follows: At the reception of the content, the CA/DRM stores it using its



proprietary format. For the first four viewing sessions, CA/DRM sends the content as "view only" content. For the last viewing session, it releases it as "private-copy" content.

## 3.8 Compatibility with legacy products

The SmartRight system is a natural extension to traditional CA systems. Thus, in the DVB context, possible extensions to support the SmartRight technology should only appear within Entitlement Control Messages. SmartRight technology is fully compliant with legacy set top boxes.

In bounding and out bounding features of SmartRight system ensure compatibility with legacy devices using non-SmartRight CP systems.



# 4 Protection mechanism for content

## 4.1 Local ECM

A data structure, called Local Enforcement Copy Management (LECM), carries relevant information about content protection. Protection information is thus strictly associated to every piece of content.

### 4.1.1 LECM management

The converter module creates LECMs. The CA/DRM module provides relevant information (usage rules, Control Words…) to build LECM.

An LECM contains the following information:

- Version information (for compatibility with future versions),
- Content type (video, audio…),
- SmartRight usage state (copy-free, private-copy or view-only),
- Content protection rules for out bounding the content,
- Content descrambling information,
- Specific Information used to handle view-only content,
- Encrypted value of the LECM key.

LECMs contain two sections:

- The protected section holds content descrambling and view-only information. A short-life key, named LECM key, encrypts the protected section.
- The plain section; the plain section is always in the clear.

| | | Protected section | |
|---|---|---|---|
| Plain section | Encrypted LECM key | Descrambling info | View only info |

Table 1: Generic LECM structure

Each time a new device is inserted in the network, or upon request of the CA/DRM module, the value of LECM key changes. The converter module obtains from one of the PPN terminal modules the value of that LECM key encrypted by the network key. That encrypted value is part of the plain section of the LECM.

An integrity check value is appended to the LECM. It is a hash value computed over the LECM before the encryption of the protected part. A terminal module does not further process an LECM with bad integrity check.

Next sections describe the processes for each copy protection mode.

## 4.2 Copy free content

### 4.2.1 LECM handling in the Converter Card

The content descrambling information is the Control Word scrambling the content. The converter card does not encrypt the protected part of the LECM.

| | | Protected section (in the clear) | |
|---|---|---|---|
| Plain section | Not significant | Control Word | Not significant |

Table 2: LECM structure for copy free content

### 4.2.2 LECM handling in the Terminal Card

The presentation functionality extracts LECM from the stream and hands it to the terminal card. Since LECM is in the clear, the terminal module has access to Control Words. Content may be descrambled.

## 4.3 Private copy content

### 4.3.1 LECM handling in the Converter Card

The content descrambling information consists of the Control Words. The converter card encrypts the protected part of the LECM using the LECM key.

| | | Protected section(encrypted with LECM key) | |
|---|---|---|---|
| Plain section | Encrypted LECM key | Control Word | Not significant |

Table 3: LECM structure for private copy

### 4.3.2 LECM handling in the Terminal Card

The presentation functionality extracts LECM from the stream and hands it to the terminal card. Terminal card decrypts the encrypted LECM key using PPN's network key. Thanks to LECM key, it decrypts the protected section of the LECM. It recovers the content descrambling information and thus the Control Word.

A terminal module from a different PPN cannot recover LECM key. It will thus be unable to allow descrambling.

## 4.4 View only content

### 4.4.1 LECM handling in the Converter Card

The converter card picks at random two numbers *Vo_key* and *Vo_R*. It computes the modified Control Word xoring it with *Vo_R*. *Vo_Key* is the view-only specific information. The converter card encrypts the protected part of the LECM using the LECM key.

| | | Protected section (encrypted by LECM key) | |
|---|---|---|---|
| Plain section | Encrypted LECM key | CW ⊗ *Vo_R* | *Vo_Key* |

Table 4: LECM structure for view only

### 4.4.2 LECM handling in the Terminal Card

The terminal card decrypts the protected section in the same way as for private-copy content. It recovers the content descrambling information and the view-only specific information.

It then picks a random challenge and sends it to the content source. The converter module authenticates itself on that challenge using *Vo_key*. The converter returns protected *Vo_R*.



The terminal card verifies the converter's response. If the response is correct, then the terminal card recovers the original Control Word. If the response is not correct, the process stops. Figure 3 shows a successful protocol exchange.

Figure 3: View-only protocol

A terminal card from another PPN cannot recover the protected section. It thus cannot recover the Control Word even if it received the *Vo_R* value. It cannot access the content.

A recorder playing back recorded view-only content does not know the *Vo_Key* value. It cannot compute the correct response to the challenge sent by the terminal card.

The authentication phase prevents replay attacks. A recorder that would record all messages sent by the converter card to the terminal card would not respond to the right challenge. Thus, the content will not be rendered and the replay fails.

## 4.5 Protection of the interface between terminal card and host

The present section outlines the protection of the interface to prevent both passive and active attacks that could be mounted to retrieve exchanged information between the terminal card and the presentation functionality.

The protection basically involves two steps:

- Secure authenticated channel (SAC) creation
- Data exchange over the SAC

The first step is essentially an Authenticated Key Exchange (AKE) mechanism, which results in a shared session key between both parties. This mechanism is based on sound asymmetric cryptographic techniques and provides a mutual authentication that relies on the presence of certificates.

The second step simply consists of a symmetric-key cipher to encrypt data exchanged between the two parties. The session key may be renegotiated if need be.



## 4.6 Protection for out-bounding

A SmartRight device with presentation functionality may export SmartRight protected content to another copy protection system. There are four categories of outputs:

- Standard definition analog output
- High definition analog output
- Uncompressed digital video output
- Compressed digital video output

Each category of output can take four usage states:

- Copy free
- Copy once
- Copy never
- Output forbidden. The device does not send the content to the corresponding output.

The content provider can define these usage states through the CA module. If no information is available, then the default rules described in Table 5 apply.

| SmartRight usage state | Out-bounding usage states |
|---|---|
| Copy Free | Copy Free |
| Private copy | Copy never |
| View only | Copy never |

Table 5: Default exportation rules for out bounding

The presentation functionality applies the requested usage states to each output. If the copy protection system of one output does not support the requested usage state, then it will use the first available higher usage state. The usage states are ranked in increasing order as follows:

- Copy free
- Copy once
- Copy never
- Output forbidden.

For instance, content could request copy never on uncompressed digital output, and copy once on other outputs. A device with DVI, and DTCP output can perform the out-bounding; But, a device with an unprotected analog output would not out-bound this content.

## 4.7 Proposed Algorithms

Encryption of the LECM and of the short-life key uses AES with 128-bit keys and 128-bit block size.

LECM integrity check and the SAC use SHA-1 as a hash function with a 160-bit digest size.

Challenge/response authentication protocol, in view-only mode, uses HMAC-SHA-1. The chosen key size is 80 bits.

These algorithms are state of the art, published algorithms. The security community exhaustively cryptanalyzed them all. These algorithms ensure a high security level. LECM may neither be decrypted nor altered. The robust authentication protocol allows the CA/DRM module to keep the whole control on view-only content.



# 5 Underlying security infrastructure

## 5.1 Personal Private Network features

Smart cards define membership to a PPN.

A SmartRight PPN is a network composed of SmartRight devices. All terminal cards share the same network key. The first installed terminal card generates a random network key. The network key is securely transmitted to each new installed terminal card. One basic rule of the SmartRight system is that at a given time, only one terminal card is able to transmit the network key to another one.

The size of PPN is limited. Once the limit reached, no new device with presentation functionality can join the PPN. There is no limitation of the number of devices with access functionality, or storage functionality.

A device with presentation functionality may be moved from one PPN to another PPN. For that purpose, it must first leave the initial PPN. The terminal card erases corresponding network key.

A converter card does not know the network key. Thus, a device with access functionality may run on any PPN.

## 5.2 Terminal card features

### 5.2.1 Terminal state

A terminal module has three possible states:

- "Virgin" if it has no network key.
- "Progenitor" if it has a network key and can transmit it to virgin terminal module.
- "Sterile" if it has a network key but cannot transmit it to another terminal module.

The different states follow the following rules:

- When delivered, a terminal module is Virgin.
- A Virgin terminal module becomes Progenitor if it receives a network key from the Progenitor terminal module or if it creates a new SmartRight PPN.
- A Progenitor terminal module becomes Sterile once it transmitted its network key.
- The user may reinitialize a non-Virgin terminal module to Virgin state. In that case, the current network key is erased.
- When disconnected from the network, a terminal module remains in the same state.

Figure 4 illustrates the different states and transitions between them.





Figure 4: State transitions of terminal module

Terminal modules of portable devices follow special rules in order to avoid that they become Progenitor.

### 5.2.2 Cryptographic features

Each terminal module holds permanently the following information:
- One asymmetric key pair: This key is called terminal key pair. Each terminal public key is contained in a certificate called a terminal certificate. A certification authority generates this key. The key is pre-loaded during the personalization of the card.
- The SmartRight certification authority's public key: The terminal module uses it to validate terminal certificates.

Each Progenitor or Sterile terminal module holds permanently the following additional information:
- One secret key called the network key. The network key is either picked at random at the network creation or transmitted by another terminal module.
- The network identifier; this identifier is a public value derived from the network key (e.g. its hash value).
- A counter that controls the network size. It is set at the network creation to a default maximum value. This counter is associated to the network key and only active in the Progenitor terminal module. It is decremented each time the network key is transferred to a Virgin terminal module. Once this counter is null, the network has reached its maximal size and no new presentation function can join the PPN.

## 5.3 Converter modules features

Each converter module holds permanently the following information:
- The SmartRight certification authority public key; the converter module uses it to validate terminal certificates.

PRIORART044307



A converter module holds the following temporary data:

- A randomly chosen LECM key,
- This value encrypted by the network key.

## 5.4 General behavior of modules

Each time a card is inserted in its host or that a SmartRight device is connected to the network, the access or presentation functionality checks the type of inserted card. Presentation functionality requires a SmartRight terminal card. Access functionality requires a SmartRight converter card.

Then, a network protocol occurs. This protocol first checks the network coherence. Two terminal cards from different PPN cannot be on the same network. Once the network coherence check succeeds, if a Virgin terminal card is found, then it possibly proceeds to the network key transfer.

If the network coherence check fails, then the network is blocked. Terminal cards do not anymore decrypt LECMs. User intervention, for instance unplugging a device, may unblock the network. In which case, a new coherence check occurs.

## 5.5 LECM Key management

Each time the converter module changes its LECM key, it needs to get the value of that new key encrypted by the network key. The converter module obtains it from one terminal module of the network. Figure 5 illustrates this protocol.

The converter module must know the public key of one of the terminal cards. It obtains this public key during the network key coherence check or by requesting it directly.

Once the converter module has this public key, it first checks its validity. It encrypts its LECM key using this public key. It sends encrypted key to the relevant terminal card. The relevant terminal card decrypts and recovers the LECM key. It encrypts the LECM key using the network key. It sends back that encrypted value to the converter card. This encrypted value is present in every LECM.





Figure 5: LECM Key exchange protocol

## 5.6 Proposed Algorithms

RSA with 1024-bit key will be used as asymmetric encryption algorithm.
RSA with 1024-bit key will be used to sign certificates.
Latest PKCS#1 formatting will be used.

These two algorithms ensure state of the art security in asymmetric cryptography. The security community exhaustively cryptanalyzed them. Neither the LECM key, nor the network key should leak. Using certificates avoids impersonation attacks.



# 6 Renewability, revocation and resistance to obsolescence

## 6.1 Renewability and resistance to obsolescence

Removable security cards ensure renewability of the SmartRight system. Once the system hacked or when the system needs upgrade, a new version of cards is issued. The decision is purely business driven. The SmartRight takes the decision.

Version control numbers attached to the content indicate the minimum requested version for converter cards and terminal cards. The cards check these data and inform their respective host devices the need for newer cards. After a short-term transition phase, all content will carry the new version numbers. Obsolete cards cannot process new content. Nevertheless, obsolete cards can still process contents requiring older versions.

## 6.2 Revocation

The SmartRight system supports three types of revocation:

- Revocation of terminal card; once a terminal certificate revoked, no pirate terminal cards using this certificate will be granted access to the SmartRight PPN. Other cards will reject them during the phase checking the network's coherence.
- Revocation of presentation functionality; once a presentation functionality's certificate revoked, any compliant terminal card will not collaborate with the revoked presentation functionality. The terminal card does not return the control words. Nevertheless, other functions of the device are not affected.
- Revocation of an entire PPN; once a network key revoked, compliant cards will stop operating with that network key.

## 6.3 Circumvention devices and further defenses

The previous means protect against:

- Clone terminal cards.
- Fake terminal cards using a regular certificate. Signature of the SmartRight certification authority prevents forged certificates.
- Converter cards do not hold permanent SmartRight secrets, so they are not subject to SmartRight revocation. Tampering with a converter card would be as hard as breaking the embedded CA/DRM system.
- Rogue host devices with tampered copy protection means (e.g. with digital output copy protection disabled).
- PCs impersonating on a large scale a host device.
- Crackers having retrieved one network key and making abuse of it (e.g. clear content distribution).



# Appendix A : Abbreviations

| AES | Advanced Encryption Standard |
|---|---|
| AKE | Authenticated Key Exchange |
| API | Application Programming Interface |
| ATSC | Advanced Television Systems Committee |
| CA | Conditional Access |
| CAS | Conditional Access System |
| CD | Compact Disk |
| CE | Consumer Electronics |
| CGMS | Copy Generation Management System |
| CP | Copy Protection |
| CPCM | Content Protection and Copy Management |
| CW | Control Word |
| DES | Data Encryption Standard |
| DRM | Digital Rights Management |
| DTV | Digital TV |
| DVB | Digital Video Broadcast |
| DVB-CI | DVB Common Interface |
| DVB-CSA | DVB Common Scrambling Algorithm |
| DVD | Digital Versatile Disk |
| ECM | Entitlement Control Message |
| LECM | Local Enforcement Copy Management |
| NRSS | National Renewable Security Standard |
| PPN | Personal Private Network |
| RSA | Rivest, Shamir, Adleman |
| SHA-1 | Secure Hash Standard |
| STB | Set Top Box |

Table 6: List of abbreviations