[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5 DEADLINE RELATING TO ADMINISTRATIVE MOTIONS TO SEAL ACCOMPANYING THE PARTIES' REPLIES IN SUPPORT OF DISPOSITIVE AND *DAUBERT* MOTIONS** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp. ("Philips") and Defendants ASUSTek Computer, Inc. and ASUS Computer International ("ASUS"), HTC Corporation and HTC America, Inc. ("HTC"), and Microsoft Corporation and Microsoft Mobile, Inc. ("Microsoft") (collectively, "the Stipulating Parties"), through counsel, hereby respectfully file this Stipulation and [Proposed] Order to extend the current October 21, 2019 deadline to October 25, 2019 for each of the Stipulating Parties, as well as certain non-parties who have produced confidential materials and information pursuant to the Protective Order governing confidentiality in this action, to file and serve any declaration required by Local Rule 79-5 with respect to the parties' recently-filed replies in support of the *Daubert* Motions and Motions for Summary Judgment filed in this action.

WHEREAS, pursuant to this Court's Scheduling Orders for this action (*see, e.g.,* Docket Nos. 573, 631), on October 17, 2019, the Stipulating Parties filed their respective replies in support of various previously-filed *Daubert* Motions, Motions for Summary Judgment, and Motions to Strike ("Replies"); and

WHEREAS, those Replies and certain exhibits thereto contain information that has been designated "Confidential," "Highly Confidential – Outside Counsel Only," and/or "Highly Confidential – Source Code" under the Protective Order that governs confidentiality in this action (Docket No. 132), including information that has been produced and designated by entities that are not parties to nor otherwise regularly participating in this action; and

WHEREAS, in view of those designations, the Stipulating Parties have filed along with their Replies various Administrative Motions to Seal pursuant to Local Rule 79-5 (including Dkt. Nos. 872, 874, 876, 878, 879, 882, 885, 888, 890, 893, 897, 899, 902, 904, and 906); and

WHEREAS, under Civil Local Rule 79-5(e), the current deadline to file and serve any declaration in support of such sealing is Monday, October 21, 2019; and

WHEREAS, given the volume of materials associated with those Administrative Motions to Seal and the fact that some of the information has been produced and designated by entities that are

not parties to this action, the Stipulating Parties believe in good faith that good cause exists under Civil Local Rule 6-2 to extend the deadline for sealing declarations to be filed.

NOW, THEREFORE, the Stipulating Parties, through counsel, hereby stipulate and respectfully request that the Court extend the current Monday, October 21, 2019 deadline to Friday, October 25, 2019 to file and serve any declaration required by Local Rule 79-5 with respect to information included in Replies recently filed in this action.

Dated: October 18, 2019

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Respectfully submitted,

        /s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John S. Carlin (admitted *pro hac vice*)
Christopher S. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Bruce Genderson (*pro hac vice*) | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy (*pro hac vice*) | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer (*pro hac vice*) | Angela M. He (Bar No. 319351) |
| David Krinsky (*pro hac vice*) | WARREN LEX LLP |
| Andrew Trask (*pro hac vice*) | 2261 Market Street, No. 606 |
| Kyle Thomason (*pro hac vice*) | San Francisco, California, 94110 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2940 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2964 facsimile |
| Washington, D.C., 20005 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5000 | |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | |

          /s/ Michael J. Newton
Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc., and ASUS Computer International*

3

STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5 DEADLINE RELATING TO ADMINISTRATIVE MOTIONS TO SEAL ACCOMPANYING THE PARTIES' REPLIES IN SUPPORT OF DISPOSITIVE AND DAUBERT MOTIONS

CASE NUMBER 4:18-CV-01885-HSG-EDL

| | |
|---|---|
| John Schnurer (Bar No. 185725) | Ryan McBrayer (*pro hac vice*) |
| Kevin Patariu (Bar No. 256755) | Jonathan Putman (*pro hac vice*) |
| James Young Hurt (Bar No. 312390) | Antoine McNamara (Bar No. 261980) |
| Ryan Hawkins (Bar No. 256146) | Stevan Stark (*pro hac vice* to be filed) |
| Louise Lu (Bar No. 256146) | PERKINS COIE LLP |
| Vinay Sathe (Bar No. 256146) | 1201 Third Avenue, Suite 4900 |
| PERKINS COIE LLP | Seattle, Washington, 98101 |
| 11988 El Camino Real, Suite 350 | +1 (206) 359-8000 |
| San Diego, California, 92130 | +1 (206) 359-9000 facsimile |
| +1 (858) 720-5700 | |
| +1 (858) 720-5799 facsimile | |

   /s/ Elizabeth M. Banzhoff
Elizabeth M. Banzhoff
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, Colorado, 80202
+1 (303) 291-2397
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

   /s/ Sarah E. Folwer

| | |
|---|---|
| Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| Ramsey M. Al-Salam (Bar No. 109506) | 131 South Dearborn, Suite 1700 |
| Antoine McNamara (Bar No. 261980) | Chicago, Illinois, 60603 |
| Theresa H. Nguyen (Bar No. 284581) | +1 (312) 324-8400 |
| PERKINS COIE LLP | +1 (312) 324-9400 facsimile |
| 1201 Third Avenue, Suite 4900 | |
| Seattle, Washington, 98101 | Sarah E. Fowler (Bar No. 264838) |
| +1 (206) 359-8000 | PERKINS COIE LLP |
| +1 (206) 359-9000 facsimile | 3150 Porter Drive |
| msft-philipsteam@perkinscoie.com | Palo Alto, CA 94304 |
| | +1 (650) 838-4300 |
| Chad Campbell (Bar No. 258723) | +1 (650) 838-4350 |
| PERKINS COIE LLP | |
| 2901 North Central Avenue, Suite 2000 | Patrick McKeever |
| Phoenix, Arizona, 85012 | PERKINS COIE LLP |
| +1 (602) 351-8000 | 11452 El Camino Real, Suite 300 |
| +1 (602) 648-7000 facsimile | San Diego, California, 92130-2080 |
| | +1 (858) 720-5722 |
| | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated:  October 18, 2019                     /s/ Chris Holland
                                             Chris Holland

5

STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5 DEADLINE RELATING TO ADMINISTRATIVE MOTIONS TO SEAL ACCOMPANYING THE PARTIES' REPLIES IN SUPPORT OF DISPOSITIVE AND DAUBERT MOTIONS
CASE NUMBER 4:18-CV-01885-HSG-EDL

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                           Hon. Haywood S. Gilliam, Jr.
                                           United States District Judge

6

STIPULATION AND [PROPOSED] ORDER REQUESTING MODIFICATION OF LOCAL RULE 79-5 DEADLINE RELATING TO ADMINISTRATIVE MOTIONS TO SEAL ACCOMPANYING THE PARTIES' REPLIES IN SUPPORT OF DISPOSITIVE AND DAUBERT MOTIONS

CASE NUMBER 4:18-CV-01885-HSG-EDL