Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **EXHIBITS TO DECLARATION OF MATTHEW S. WARREN REGARDING [878, 890, 893, 899, 904, 906] ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PAPERS IN SUPPORT OF REPLY MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE OPINIONS OF EXPERT WITNESSES** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |


Case No. 4:18-cv-1885-HSG-EDL
Exhibits to Declaration of Matthew S. Warren Regarding Motions to Seal
