| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) msandonato@venable.com | Robert S. Pickens (admitted *pro hac vice*) rspickens@venable.com |
| John D. Carlin (admitted *pro hac vice*) jcarlin@venable.com | Daniel A. Apgar (admitted *pro hac vice*) dapgar@venable.com |
| Natalie Lieber (admitted *pro hac vice*) ndlieber@venable.com | Sean M. McCarthy (admitted *pro hac vice*) smccarthy@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) cgerson@venable.com | Joshua D. Calabro (admitted pro hac vice) jdcalabro@venable.com |
| Jason M. Dorsky (admitted pro hac vice) jmdorsky@venable.com | Stephen Yam (admitted pro hac vice) syam@venable.com |
| Jonathan M. Sharret (admitted *pro hac vice*) jsharret@venable.com | Caitlyn N. Bingaman (admitted *pro hac vice*) cnbingaman@venable.com |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* ;** ORDER<br>**(CIVIL L.R. 11-3)** |

I, Stephen J. Krachie, am an attorney in the law firm Venable LLP, Rockefeller Center, 1290 Avenue of the Americas, 20th Floor, New York, NY, 10104, Tel: (212) 218-2362, Fax: (212) 218-2200, email SKrachie@Venable.com.  I am an active member in good standing of the bar of New York, bar number 5752126, and hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in the above-entitled action.  Attached is a true and correct copy of a certificate of good standing or equivalent official document from said bar dated no more than one year prior to the date of this application.

My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a member of the bar of this Court in good standing (bar number 164053) and who maintains an office within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California, 94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com.

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2019                              /s/
                                                    Stephen J. Krachie

## [PROPOSED] ORDER GRANTING
## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.  Pursuant to Civil L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

IT IS SO ORDERED.

Dated:   12/18/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stephen Joseph Krachie

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **21st day of November, 2019**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of December, 2019**.

Robert D. Mayberger

*Clerk*