[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT**<br><br>JURY TRIAL DEMANDED |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") (collectively, the "Stipulating Parties"), through counsel, hereby respectfully file this Stipulation and [Proposed] Order to take off calendar for the scheduled December 20, 2019 Hearing the below-listed pending Summary Judgment and *Daubert* motions solely as between Philips and HTC to allow for completion of a formal executed settlement agreement between Philips and HTC.

It is well-settled that a district court has broad discretion to control its own docket and manage its own calendar.  *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also, e.g.*, *Agcaoili v. Gustafson*, 844 F.2d 620, 624 (9th Cir. 1988) ("A trial court has the power to control its own calendar."); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (district courts possess "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants."); *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

Philips and HTC hereby stipulate and agree as follows:

WHEREAS, Philips and HTC have recently reached an agreement-in-principle that, once memorialized in a formal executed settlement agreement, will resolve all claims between them in this Action; and Philips and HTC are diligently working toward exchanging a draft settlement agreement and finalizing the specific terms of that agreement; and Philips and HTC are hopeful that an agreement will be finalized and executed by the appropriate signatories by the end of the 2019 calendar year.

WHEREAS, Philips and HTC believe that taking the below-listed pending Summary Judgment and *Daubert* motions solely as between Philips and HTC off calendar for the scheduled December 20, 2019 Hearing is appropriate given the parties' agreement-in-principle that, once memorialized in a formal executed settlement agreement, will resolve all claims between them in this Action and will allow Philips and HTC to avoid costly and unnecessary further litigation between them and will additionally conserve judicial resources by avoiding needlessly further

STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT
CASE NO. 4:18-CV-01885-HSG-EDL

burdening the Court's resources in reviewing, hearing, and deciding these motion papers (and accompanying attachments, oppositions, and replies thereto).

NOW, THEREFORE, Philips and HTC, through counsel, hereby stipulate and respectfully request that the Court take the following pending Summary Judgment and *Daubert* motions solely as between Philips and HTC off calendar for the scheduled December 20, 2019 Hearing:

| Docket Index | Docket Text |
| --- | --- |
| 707 | MOTION to Exclude Expert Opinions of Michael E. Tate filed by HTC America, Inc., HTC Corporation. |
| 716 | MOTION To Exclude *Certain Opinions in Dr. Nielson's Opening Expert Report Served on Behalf of HTC Concerning U.S. Patent No. 9,436,809* filed by Koninklijke Philips N.V., U.S. Philips Corporation. |
| 717 | MOTION for Partial Summary Judgment filed by HTC America, Inc., HTC Corporation |
| 723 | MOTION To Exclude *Untimely Theories in Dr. Mackenzie's Rebuttal Expert Report Served on Behalf of HTC Concerning U.S. Patent No. RE44,913* filed by Koninklijke Philips N.V., U.S. Philips Corporation. |
| 729 | MOTION To Exclude *Untimely Theories in Dr. Jeffay's Rebuttal Expert Report Served on Behalf of HTC Concerning U.S. Patent No. 7,529,806* filed by Koninklijke Philips N.V., U.S. Philips Corporation. |
| 731 | MOTION To Exclude *Testimony of HTC's Damages Expert, Laura Stamm, as Unreliable Under Daubert* filed by Koninklijke Philips N.V., U.S. Philips Corporation. |
| 733 | MOTION for Partial Summary Judgment *on Certain Affirmative Defenses Raised by the HTC Defendants* filed by Koninklijke Philips N.V., U.S. Philips Corporation. |

Should the parties for any reason fail to submit a stipulated dismissal of the claims at issue within thirty (30) calendar days from the date of entry of the Court's order below counsel will meet and confer and approach the Court jointly for guidance at that time, if needed.

STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT
CASE NO. 4:18-CV-01885-HSG-EDL

| | |
|---|---|
| Dated: December 18, 2019 | Respectfully submitted, |
| | |
| Chris Holland (SBN 164053)<br>Lori L. Holland (SBN 202309)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com | /s/ Michael P. Sandonato<br>Michael P. Sandonato (admitted *pro hac vice*)<br>John D. Carlin (admitted *pro hac vice*)<br>Christopher M. Gerson (admitted *pro hac vice*)<br>Natalie D. Lieber (admitted *pro hac vice*)<br>Jason M. Dorsky (admitted *pro hac vice*)<br>Stephen K. Yam (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Joshua D. Calabro admitted *pro hac vice*)<br>Daniel A. Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*)<br>Robert S. Pickens (admitted *pro hac vice*)<br>Caitlyn N. Bingaman (admitted *pro hac vice*)<br><br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com<br><br>*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |
| /s/ Ryan McBrayer<br>Ryan McBrayer (*pro hac vice*)<br>Jonathan Putman (*pro hac vice*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington, 98101<br>+1 (206) 359-8000<br>+1 (206) 359-9000 facsimile<br>htc-philipsperkinsservice@perkinscoie.com | John P. Schnurer (Cal. Bar No. 185725)<br>Kevin Patariu (Cal. Bar No. 256755)<br>James Hurt (Cal. Bar No. 312390)<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, California, 92130<br>+1 (858) 720-5700<br>+1 (858) 720-5799 facsimile<br>htc-philipsperkinsservice@perkinscoie.com<br><br>Elizabeth Banzhoff (*pro hac vice*)<br>PERKINS COIE LLP<br>1900 16th Street, Suite 1400<br>Denver, Colorado 80202<br>+1 (303) 291-2397<br>+ 1 (303) 291-2497 facsimile<br>htc-philipsperkinsservice@perkinscoie.com |

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT
CASE NO. 4:18-CV-01885-HSG-EDL

### CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated:  December 18, 2019                    /s/  Chris Holland
                                             Chris Holland

STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT
CASE NO. 4:18-CV-01885-HSG-EDL

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND [PROPOSED] ORDER REQUESTING THE SUMMARY JUDGMENT AND DAUBERT MOTIONS AS BETWEEN PHILIPS AND THE HTC DEFENDANTS BE TAKEN OFF CALENDAR FOR THE DECEMBER 20, 2019 HEARING PENDING COMPLETION OF SETTLEMENT AGREEMENT
CASE NO. 4:18-CV-01885-HSG-EDL

5