Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Richard A. Cederoth, (*pro hac vice*)
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

*Attorneys for Microsoft Corp. and Microsoft Mobile Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG-EDL<br><br>**NOTICE OF APPEARANCE** |
|---|---|

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Irene Yang of the law firm Sidley Austin LLP shall appear as counsel for Microsoft Corporation and Microsoft Mobile Inc.  Please serve said counsel with all pleadings and notices in this action at the following address:

NOTICE OF APPEARANCE - CASE NO. 4:18-CV-01885-HSG-EDL

1  Irene Yang
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, California  94104
3  Telephone:  (415) 772-1200
   Facsimile:  (415) 772-7400
4  Email:  irene.yang@sidley.com

5

6

7  DATED:  December 19, 2019                    **SIDLEY AUSTIN LLP**

8

9                                               By:  ___/s/ Irene Yang_____
                                                      Irene Yang
10

11                                                  *Attorneys for Microsoft Corp. and
                                                    Microsoft Mobile Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28