# PLAINTIFFS' EXHIBIT 1

# Exhibit 1

## to

## '806 Patent Infringement Report



D. Dietrich
P. Neumann
H. Schweinzer (eds.)

Fieldbus Technology

Systems Integration, Networking,
and Engineering

Proceedings of the Fieldbus Conference FeT '99
in Magdeburg, Federal Republic of Germany,
September 23–24, 1999

Springer-Verlag Wien GmbH

Univ.-Prof. Dipl.-Ing. Dr. Dietmar Dietrich
Institut für Computertechnik

Ass.-Prof. Dipl.-Ing. Dr. Herbert Schweinzer
Institut für Elektrische Meßtechnik und Schaltungstechnik

Technische Universität Wien, Vienna, Austria

Prof. Dr.-Ing. habil. Peter Neumann
Institut für Automation und Kommunikation e.V.
Otto-von-Guericke-Universität Magdeburg
Magdeburg, Federal Republic of Germany

This work is subject to copyright.
All rights are reserved, whether the whole or part of the material is concerned, specifically those
of translation, reprinting, re-use of illustrations, broadcasting, reproduction by photocopying
machines or similar means, and storage in data banks.
© 1999 Springer-Verlag Wien
Originally published by Springer-Verlag Wien New York in 1999

Graphic design: Ecke Bonk
Printed on acid-free and chlorine-free bleached paper
SPIN 10744232

With 235 Figures

ISBN 978-3-211-83394-0      ISBN 978-3-7091-6421-1 (eBook)
DOI 10.1007/978-3-7091-6421-1

# Preface

Although being a matter of course in science and industry, in the public opinion fieldbus technology is not always seen in its real importance. Terms like "home automation", "industry automation", etc. are not always perceived in a positive way: they sound ultramodern, mysterious, unreliable. Often conventional but well-known solutions instead of fieldbus technology are used. On the other hand, fieldbus technology saves money, systems are offering more services and test integration increases reliability.

Fieldbus technology is not an argument for marketing. However, its potential is enormous and unlimited although some believe realization will be a matter of the far future.

For several years, fieldbus systems have been seen as local installations of small interest in comparison with LANs, Internet, or mobile phones. This situation has changed: in automobiles, a fieldbus has to manage the communication of about one hundred nodes. Fieldbus systems are monitored via classical LANs, fieldbus systems in airplanes are used not only for control, but also for online testing, and in some building automation systems more than 10.000 nodes are connected by fieldbus systems. Great demands are arising with consequences in system complexity, reliability, availability and security, all being aspects relevant for scientific work. Activities in this field are numerous and mostly combined with other areas of scientific or engineering work. This is challenging and important because of the connection to different engineering disciplines.

There are slogans as "IT revolution in industry"[1], "the transparent factory"[2], or "concert of intelligent chips"[3]. In any way, our age is stamped by information technology. All spheres of our living are being influenced and changed by innovations of information technology. Mobile phones, teleworking, electronic commerce are revolutions in daily life. Similar to the industrial revolution which brought dramatic modifications, collecting, storing, transporting and computing of information leads to radical changes in human society.

In nature which is an important model for technical systems, primitive micro-organisms bear the information in their system structure. Animals being "more intelligent" are based on internal information systems, neuronal networks in the most complex form. Reception and communication with the external world is performed by use of highly sophisticated and adaptable sensor systems, but also internally a great number of sensors is used for process control of life functions.

---

[1] Die IT-Revolution in der Industrie, MegaLink 11/99

[2] Die transparente Fabrik; Messe Wien viet; Presse-Info, 18.6.1999

[3] Drössler, Ch.: Konzert der schlauen Chips, DIE ZEIT Nr. 24; 10.6.1999

VI

Also fieldbus technology allows more intelligent systems. Smart sensors and complex sensor systems increase the functionality and the effectiveness of the system. In a weekly newspaper[4] a prognosis of the household of tomorrow is given where cooking, controlling of goods in stock and so on are performed by integrated transponders and neuronal algorithms. This leads to the following scenario:

- more and more smart sensors will be integrated in things of every day life and will be part of the fieldbus system,

- demand of controllers and software will increase dramatically to compute, filter and apply all of these data,

- various aspects of this new technology demand extensive analysis because numerous arising questions have to be answered by scientists,

- average life will change completely, a process which cannot be stopped.

Fieldbus technology carries an enormous part of this development without appearing in public like the Internet or the use of mobile phones. Moreover, this part will increase in the years to come. A clear example for this is the continuous change of mechanical systems by the use of fieldbus technology: when for the first time in Airbus A320, mechanical control of an airplane was replaced by "fly by wire", the public did not take notice of this, moreover passengers should not be informed about this fact. Nowadays, automobiles are in a similar situation. "Steer by wire" replaces the mechanical steering-gear by electronic control of every wheel, a technique more efficient and flexible, but also cheaper.

In industry and in the private sphere a similar development can be assumed. More and more, decisions for product development are influenced by the total costs which includes service and maintenance. Moreover, the competition of producers leads to increased features of the products. These are all arguments for an integration of fieldbus technology.

Large organizations like factories, hospitals, laboratories need transparency gained by automatic data acquisition. These data are not only directly related to the costs, but also to the personnel and to logistic parameters such as location, functionality, and status of maintenance of the equipment. Dynamic management of the facilities combined with data from processes and the personnel enables a more efficient and reliable operation of this complex system.

In the technical realization of such systems, problems are arising from the inter-connection of different types of networks, especially fieldbus systems with LANs and the Internet. Furthermore, security is an important aspect. These all are subjects reflected in this book.

---

[4] Drössler, Ch.: Konzert der schlauen Chips, DIE ZEIT Nr. 24; 10.6.1999

Network interconnection is a technical and financial problem. Solutions are normally based on compromises and can be optimized by technical efforts. Security is a complex problem because of various aspects, especially the anxiety of the users. Intranet used in companies and banks is an expensive technique which shields against the Internet. On the other hand, an increasing number of systems can be read out and manipulated by remote control and remote service over networks which allow system access needing strict security provision methods. Several principles are known which have to prove their values.

Communication networks connect different spheres and in so far they help to overcome barriers[5]. They create new products, new markets and also new professions. Fieldbus technology is not at the front end of this trend because it acts in the background and in critical domains. Equipped with sensitive sensors, fieldbus technology becomes the backbone of many processes of our life.

This book is a collection of articles dealing with the matter of fieldbus technology. The articles were submitted to the fieldbus conference FeT'99 taking place in Magdeburg, Germany. Two very successful conferences before, the FeT'95 and the FeT'97, were held in Vienna, Austria. The articles were reviewed by the international program committee which decided to also include some high quality articles not presented at the conference.

The book comprises eleven chapters dealing with important aspects of fieldbus technology and reflecting areas of main activity in science and industry. These chapters also coincide with the sessions at the conference.

A number of people were strongly involved in the preparation and completion of this book: M. Wollschlaeger, Magdeburg, managed a main part of the communication with the authors to ensure the preparation of the articles in time. W. Kandler, Vienna, made the final check of the layout of the book which entailed a lot of corrections. We like to thank them very much. We also thank Springer-Verlag Wien for printing and binding the book in its well known high quality.

We would like to thank all those who helped in the organization of the conference: H. Mueller and H. Rosenzweig, VDI/VDE-GMA, who were responsible for the organization, Th. Sauter, W. Kandler and M. Wollschlaeger, who made preparations for the program committee meetings, and the program committee itself. We thank our authors and speakers who provided the valuable contributions for our stimulating discussions. We also thank our four invited speakers who followed our invitation.

---

[5] Dietrich, D.; Posta, R.; Schmalek, R.: Feldbussysteme - Synthese statt Konflikt; etz 1-2- 96, Jahrbuch elektrotechnik; VDE

VIII

Our aim is to reach a broad audience. Therefore the conference fees were kept moderate. This became possible only with the support of sponsoring organizations whose financial support we appreciate very much.

Magdeburg, September 1999

Dietmar Dietrich                Herbert Schweinzer                Peter Neumann

Supported by:      ABB Automation Products, D-30179 Hannover

Endress + Hauser GmbH + Co, D-79689 Maulburg

Kist Europe, D-66123 Saarbruecken

Phoenix Contract GmbH & Co, D-32825 Blomberg

Siemens AG, D-90327 Nürnberg

Weidmueller Connext GmbH & Co, D-32760 Detmold

# Contents

Program Committee                                                    XIV

Index of Authors                                                     XV


## 1  Protocol Specifications                                        1

Main Paradigms as a Basis for Current Fieldbus Concepts             2
  *Thomesse, J.-P.; Leon Chavez, M.*

Communication Profile for Embedded Networks                         16
  *Zeltwanger, H.*

Shared Data on InterBus                                             22
  *Schweinzer, H.; Kandler, W.*

Adding Multi-Master Capabilities to Interbus-S                      30
  *Cavalieri, S.; Consoli, A.; Mirabella, O.*

Telecontrol Standard IEC 60870-6 TASE.2 Globally Adopted           38
  *Schwarz, K.*


## 2  Network Interconnections                                      47

Opportunities and Problems of Wireless Fieldbus Extensions          48
  *Rauchhaupt, L.; Hähniche, J.*

The Use of Radio Technologies in the Fieldbus Area – Using Interbus as an   55
Example
  *Peter, M.*

Internet Technologies and Fieldbuses                               61
  *Laîné, T.*

Security Architecture for Field Area Networks Connected to Internet  69
  *Gordeev, M.*

P-NET-Management über das Internet                                  76
  *Ayal, M.; Knizak, M.; Sauter, Th.*

Wireless Data Transfer System for Oil Drawing Plants               83
  *Perez, A. A.; Reguera, V. A.; Paliza, F. A.*

X

## 3  Profiles                                                              89

Profiles for Fieldbuses – Scope and Description Technologies                 90
  *Diedrich, C.*

A Functional Profile for Laboratory Measurement Equipment Based on           98
Measurement Bus and Profibus-DP/PA
  *Wagner, U.*

Mapping of Fieldbus Protocols to Standardised Field Level Objects           105
  *Fischer, P.*

Device Based Process Control in Foundation Fieldbus                         112
  *Thiele, D.; Blevins, T.; Wojsznis, W.*

CANopen Device Profile for Hydraulic Proportional Valves                    118
  *Wollschlaeger, M.; Unger, E.; Witte, H.*

## 4  Validation                                                           127

Comparing the Networks CAN and ARINC 629 CP with Respect to the Quality     128
of the Service Provided to an Automatic Control Application
  *Blum, I.; Juanole, G.*

Modelling and Evaluation of Systems for the Interconnection of Industrial    136
Communications Networks
  *Sempere Payá, V. M.; Mataix Oltra, J.; Utrilla Ginés, E.*

Use of Formal Specification and Design Language for Protocol Description –   146
Field Report
  *Prüßner, M.; Gemici, A.*

CANopen Conformance Test                                                    152
  *Schumann, T.*

Formal Description Software for WorldFIP Industrial Fieldbus                157
  *Mariño, P.; Domínguez, M. A.; Poza, F.; Nogueira, J.*

Experiences in Different Fieldbuses Used together with PC-Based Control      164
Systems
  *Saarimäki, V.; Siltala, N.; Partanen, P.; Vihinen, J.; Tuokko, R.*

## 5  Management                                                           171

Mapping of Fieldbus Components to WWW-Based Management Solutions            172
  *Wollschlaeger, M.*

Integration of Fieldbus Objects into Computer-Aided Network Facility        180
Management Systems
  *Bangemann, T.; Dübner, R.; Neumann, A.*

Enabling e-Services through Resource Management API's on Multi-Vendor EIB   188
Building Networks
  *Goossens, M.; Reiter, H.*

XI

Modulares Agent-Design für Feldbusmanagement                              195
    *Haidvogl, R.; Knizak, M.;  Sauter, T.*

Linux-Gateway zur Fernwartung von Profibus-DP-Geräten                     203
    *Kastner, W.*

Tele-Diagnosis at Networked Automation Systems                            209
    *Kabitzsch, K.; Vasyutynskyy, V.*

Diagnose von Feldbussen im Systemverbund                                  215
    *Kriesel, W.; Heimbold, T.; Minner, T.*

Engineering of Distributed Automation Systems Based on Novel Information   223
Technologies and Methods
    *Simon, R.; Hörger, J.*

PROFIBUS goes Microsoft – Herstellerunabhängige Integration von           230
Feldgeräten in Engineeringsysteme
    *Bruns, H.; Hempen, U.; Ott, W.; Vahldieck, R.; Niemann, K.-H.*

**6   OLE for Process Control OPC**                                       **239**

A Modular OPC-Server Connecting Different Fieldbussystems and Internet Java   240
Applets
    *Rüping, S.; Klugmann, H.; Gerdes, K.-H.; Mirbach, S.*

OPC-Schnittstellen in einer offenen Systemumgebung – Praxis und Erfahrungen   247
    *Langmann, R.; Groppe, A.; Ossipov, V.; Stuhrmann, N.*

OPC – Making the Fieldbus Interface Transparent                           256
    *Hadlich, T.; Szczepanski, T.*

**7   System Aspects**                                                    **267**

IEEE Utility Communications Architecture (UCA) applies mainstream         268
standard Ethernet
    *Schwarz, K.*

A Component-Based Architecture for Integrating Fieldbus Systems into      276
Distributed Control Applications
    *Bachmann, R.; Hoang, M. S.; Rieger, P.*

Decentralized automation concepts based on Ethernet-TCP/IP and CANopen    284
    *Ziegler, A.*

Considerations on a LonWorks/IP Gateway Implementation                    291
    *Soucek, S.; Schweinzer, H.-J.*

The Importance of Being Competent: the Role of Competence Centres in the  299
Fieldbus World
    *Sauter, T.; Felser, M.*

XII

# 8  Research                                                                       307

Some Future Directions in Fieldbus Research and Development                         308
*Decotignie, J.-D.*

IEEE1394 in Comparison with Other Bus Systems                                       313
*Stampfl, N.*

On Interoperability and Intelligent Software Agents for Field Area Networks         319
*Palensky, P.*

Transmitting Voice on InterBus                                                      326
*Kandler, W.; Schweinzer, H.*

# 9  Real-Time Aspects                                                              333

Simulation of Communication Systems in Industrial Area                             334
*Bäuerle, D.; Popp, W.*

A Flexible Time-Triggered Communication System Based on the Controller             342
Area Network: Experimental Results
*Almeida, L.; Fonseca, J. A.; Fonseca, P.*

Analysis of Switched Ethernet Networks with Different Topologies Used in           351
Automation Systems
*Rüping, S.; Vonnahme, E.; Jasperneite, J.*

Analysis of the Worst-Case Real Token Rotation Time in PROFIBUS Networks           359
*Tovar, E.; Vasques, F.*

# 10 Realisations                                                                   367

Powerline Communication in der Feldebene                                           368
*Beikirch, H.*

Design of Bus Media Redundancy in CAN                                              375
*Rufino, J.; Veríssimo, P.; Arroz, G.*

Programmable Process Interfaces for Smart Bus Nodes                                381
*Beikirch, H.; Voß, M.*

Eine Feldbusarchitektur mit realzeitfähiger Fehlerkorrektur                       387
*Erdner, T.*

Safety-Oriented INTERBUS – INTERBUS Safety                                        394
*Meyer-Gräfe, K.*

MultiPort RAM: a PC-Based Implementation of the Fieldbus Concept                  400
*Lobachov, M.; Sauter, T.; Plagemann, B.*

Fieldbus Physical Layer in the Application                                        408
*Fetzer, U.*

XIII

## 11 NOAH Esprit 26951 Project
413

ESPRIT Project NOAH – Introduction
414
*Döbrich, U.; Noury, P.*

Fieldbus Profile Harmonization – Approach of NOAH ESPRIT 26951 Project
423
*Otto, H.-P.;  Borodino, C.; Bregulla, T.; Diedrich, C.; Döbrich, U.;*
*Hörger, J.; Szymanski, J.; Verney, C.;*

Electronic Device Description
429
*Simon, R.; Demartini, C.*

A DBR-Based Approach for System Management
437
*Demartini, C.; Iosif, R.; Raibulet, C.; Thomesse, J.P.*

NOAH Project: an Example of Application
445
*Mella, A.; Russo, F.*

XIV

## Conference Chairman

Prof. Dr. P. Neumann, ifak, D

## Chairman of the Program Committee

Prof. Dr. D. Dietrich, TU Vienna / ICT, A

## Program Committee

Dr. M. Adams, Dr.Seufert GmbH, D
Prof. Dr. K. Bender, TU Munich / ITM, D
Dipl.-Ing. R. Bent, Phoenix Contact GmbH & Co., D
Prof. Dr. J. Böttcher, Univ. der Bundeswehr Munich, D
Prof. Dr. J.-D. Decotignie, CSEM Neuchatel, CH
Dipl.-Ing. A. De Decker, Siemens NV, B
Dr. Keith Dimond, University of Kent, GB
Prof. Dr. D. Dietrich, TU Vienna / ICT, A
Prof. Dr. K. Etschberger, stzp, IXXAT Automation GmbH, D
Josef F. Faller, Carinthian Tech Research, A
Prof. P. Fischer, FH Dortmund, D
Prof. Dr. W.A. Halang, Fernuniversität Hagen, D
G. Hodgkinson, PROFIBUS International, GB
Dipl.-Ing. J. Johansen, PROCES-DATA A/S, DK
Prof. Dr. K. Kabitzsch, TU Dresden, D
Prof. Dr. W. Kriesel, GMA, D
L. Liljegren, ABB, S
Dr. M. Merx, Weidmüller ConneXt GmbH&Co., D
Ing. W. Morrenth, Siemens AG, A
Dipl.-Ing. H. Müller, VDI/VDE-GMA, D
K. A. Myrvang, AD Elektronikk AS, N
Prof. Dr. P. Neumann, ifak Magdeburg, D
Prof. Dr. O. Nisamutdinov, TU Perm, RUS
Dipl.-Ing. P. Noury, CEGELEC, F
Dr. T. Sauter, TU Vienna / ICT, A
Ass.Prof. Dr. H. Schweinzer, TU Vienna / EMST, A
Dipl.-Ing. H.-J. Schweinzer, TU Vienna / ICT, A
Dipl.-Ing. H. K. Tronnier, EIBA, B
Dr. K. Watson, Fraunhofer-IITB, D
Dr.-Ing. M. Wollschlaeger, IPE, University Magdeburg, D
Dipl.-Ing. H. Zeltwanger, CAN-in-Automation e. V., D

## Steering Committee

Prof. Dr. D. Dietrich, TU Vienna / ICT, A
Prof. Dr. P. Neumann, ifak, D
Ass. Prof. Dr. H. Schweinzer, TU Vienna / EMST, A

Dipl.-Ing. W. Kandler, TU Vienna / EMST, A
Dr. Th. Sauter, TU Vienna / ICT, A
Dr.-Ing. M. Wollschlaeger, IPE, University Magdeburg

## Organisation

Dipl.-Ing. H. Mueller, VDI/VDE-GMA
Mrs. H. Rosenzweig, VDI/VDE-GMA

# Index of Authors

| Almeida, L. | 342 | Goossens, M. | 188 |
|---|---|---|---|
| Arroz, G. | 375 | Gordeev, M. | 69 |
| Ayal, M. | 76 | Groppe, A. | 247 |
| Bachmann, R. | 276 | Hadlich, T. | 256 |
| Bangemann, T. | 180 | Hähniche, J. | 48 |
| Bäuerle, D. | 334 | Haidvogl, R. | 195 |
| Beikirch, H. | 368, 381 | Heimbold, T. | 215 |
| Blevins, T. | 112 | Hempen, U. | 230 |
| Blum, I. | 128 | Hoang, M. S. | 276 |
| Borodino, C. | 423 | Hörger, J. | 223, 423 |
| Bregulla, T. | 423 | Iosif, R. | 437 |
| Bruns, H | 230 | Jasperneite, J. | 351 |
| Cavalieri, S. | 30 | Juanole, G. | 128 |
| Consoli, A. | 30 | Kabitzsch, K. | 209 |
| Decotignie, J.-D. | 308 | Kandler, W. | 22, 326 |
| Demartini, C. | 429, 437 | Kastner, W. | 203 |
| Diedrich, C. | 90, 423 | Klugmann, H. | 240 |
| Döbrich, U. | 414, 423 | Knizak, M. | 76, 195 |
| Domínguez, M. A. | 157 | Kriesel, W. | 215 |
| Dübner, R. | 180 | Laîné, T. | 61 |
| Erdner, T. | 387 | Langmann, R. | 247 |
| Felser, M. | 299 | Leon Chavez, M. | 2 |
| Fetzer, U. | 408 | Lobachov, M. | 400 |
| Fischer, P. | 105 | Mariño, P. | 157 |
| Fonseca, J. A. | 342 | Mataix Oltra, J. | 136 |
| Fonseca, P. | 342 | Mella, A. | 445 |
| Gemici, A. | 146 | Meyer-Gräfe, K. | 394 |
| Gerdes, K.-H. | 240 | Minner, T. | 215 |

XVI

| | | | |
|---|---|---|---|
| Mirabella, O. | 30 | Schweinzer, H. | 22, 326 |
| Mirbach, S. | 240 | Schweinzer, H.-J. | 291 |
| Neumann, A. | 180 | Sempere Payá, V. M. | 136 |
| Niemann, K.-H. | 230 | Siltala, N. | 164 |
| Nogueira, J. | 157 | Simon, R. | 223, 429 |
| Noury, P. | 414 | Soucek, S. | 291 |
| Ossipov, V. | 247 | Stampfl, N. | 313 |
| Ott, W. | 230 | Stuhrmann, N. | 247 |
| Otto, H.-P. | 423 | Szczepanski, T. | 256 |
| Palensky, P. | 319 | Szymanski, J. | 423 |
| Paliza, F. A. | 83 | Thiele, D. | 112 |
| Partanen, P. | 164 | Thomesse, J.-P. | 2, 437 |
| Perez, A. A. | 83 | Tovar, E | 359 |
| Peter, M. | 55 | Tuokko, R. | 164 |
| Plagemann, B. | 400 | Unger, E. | 118 |
| Popp, W. | 334 | Utrilla Ginés, E. | 136 |
| Poza, F. | 157 | Vahldieck, R. | 230 |
| Prüßner, M. | 146 | Vasques, F. | 359 |
| Raibulet, C. | 437 | Vasyutynskyy, V. | 209 |
| Rauchhaupt, L. | 48 | Veríssimo, P. | 375 |
| Reguera, V. A. | 83 | Verney, C. | 423 |
| Reiter, H. | 188 | Vihinen, J. | 164 |
| Rieger, P. | 276 | Vonnahme, E. | 351 |
| Rufino, J. | 375 | Voß, M. | 381 |
| Rüping, S. | 240, 351 | Wagner, U. | 98 |
| Russo, F. | 445 | Witte, H. | 118 |
| Saarimäki, V. | 164 | Wojsznis, W. | 112 |
| Sauter, T. | 76, 195, 299, 400 | Wollschlaeger, M. | 118, 172 |
| Schumann, T. | 152 | Zeltwanger, H. | 16 |
| Schwarz, K. | 38, 268 | Ziegler, A. | 284 |

# Analysis of Switched Ethernet Networks with Different Topologies Used in Automation Systems

S. Rüping[1], E. Vonnahme[1], J. Jasperneite[2]

[1]Heinz Nixdorf Institut
University of Paderborn
System and Circuit Technology
Paderborn, Germany

[2]Phoenix Contact GmbH
Concept Development
Blomberg, Germany

**Abstract.** Ethernet is the most famous type of communication network used for office applications. Currently, networks used on field level and on office level are different due to their specific requirements. Especially for real-time systems, the deterministic behavior of the network is very important. Now Switched Ethernet seems to be applicable also on field level, because collisions can be avoided and priorities can be used. In this paper Switched Ethernet networks with different topologies are analyzed concerning the transmission delays. Therefore a typical master-slave scenario of an automation system is investigated.

## 1 Introduction

Today nearly every computer is connected to a network. The most famous type used for local area networks (LAN) is Ethernet [2]. Since 1975, when Ethernet was introduced by Xerox, a steady development has been done up to the newest Gigabit Ethernet. At the moment research is carried out for Terabit Ethernet.

The large number of Ethernet networks worldwide leads to the following consequences. First, many hard- and software components are available. Second, the components are inexpensive due to the high number of sold units. And third, there are many people, that have high knowledge about Ethernet. These consequences combined with the fact, that the transmission rates become higher and higher, make it sensible to think about Ethernet in automation systems even at field level.

One of the main problems of applying Ethernet to field level is based on the medium access control protocol CSMA/CD (Carrier Sense Multiple Access / Collision Detection), which cannot guarantee a maximum delay time for data transmission. A solution for this seems to be the Switched Ethernet technology [1, 3, 6]. In this paper a theoretical analysis of Switched Ethernet networks applied to field level tasks is presented. The main point of interest is the analysis of different topologies, which can be used to build these networks.

D. Dietrich et al. (eds.), *Fieldbus Technology*
© Springer-Verlag Wien 1999

352

## 2 Switched Ethernet Networks

Ethernet networks based on twisted pair connections usually have a star topology with a central Hub. A Hub is a multiport repeater that forwards the data received by a port to all other ports. If the network is enlarged, up to 2 Hubs can be added. But nevertheless, the whole network is a so-called shared medium, which means only a single node can send data at a time. If the number of nodes becomes too high, a router or a bridge can be used to split the network into different collision domains [4]. The problems with router or bridges are, that they are relatively expensive and often have only a few ports.

A Switch is an intelligent Hub, that can read and process the destination address of the incoming data and send it only to the required out-ports. Figure 1 shows the difference between a network based on Hubs and on Switches.



**Fig. 1.** Difference between Hub and Switch technology

In the Hub network the data, which is sent by a node, is received by all other nodes. In the Switch network, the data is sent only to the destination nodes, which means several nodes can send data at a time.

## 3 Requirements of Automation Systems

The requirements of automation networks are different to the requirements of computer LANs. On field level data packets are often small (only a few Bits or Bytes), and the latency and overall delay time must be very short. Especially for real time systems the network has to guarantee a deterministic behavior [5].

In order to investigate the suitability of Switched Ethernet in automation applications, the following system will be analyzed.



**Fig. 2.** Example of an Automation System

The master of the system is the node "Control" (e.g. a CNC or PC node). Besides this there are N field devices, which are connected to the master by a network. Each field device has b bits input/output data. The system runs cyclic. A cycle begins with transmitting individual data from each field device to the master (sensor data). After that the master calculates new actuator data for all field devices and transmits it. It is important, that the network has a small and deterministic latency and delay time in order to guarantee the defined cycle time.

## 4   Calculations for different Topologies

With Switched Ethernet systems can be built, that realize a completely deterministic behavior. In order to do so, two things are important. First, each device in the network must have it's own switch. Second, the switches must work in the so-called Store-and-Forward mode. This mode makes it possible, that a switch, which receives multiple data for just one output-port, can store the data and send it one after the other. If now every device has it's own switch, there are only point-to-point connections in the system. Therefore no collisions on the medium can occur. By using priorities or other mechanisms to order the sequence of packets in the switches, the system will be deterministic [6].

Figure 3 shows three different topologies, that can be used to connect the nodes of the example system. Each connection between two nodes enables full duplex communication. For all following calculations Fast Ethernet with 100 Mbits/sec is used. The transmission of data from the master to the field devices can be done on two different ways. The first is, to build a large packet, in which the data for all devices is included, and to send it as a multicast. Therefore each field device has to know, at which position in the packet the right data is. In the following, this is called the multicast-solution. The second is, to send individual packets to each field device. This will be called the unicast-solution.

All calculations have been done for simple protocols only, which are SNAP (Subnetwork Access Protocol) or SNAP with UDP (User Datagram Protocol) [1]. Based on the rules, how packets for these protocols have to look like, the theoretical minimum cycle times depending on the number of field devices and the number of input/output bits per device are calculated. This is done for the three presented topologies. The time, that is needed to process the data in the control unit and the field devices is assumed to be zero.

For the unicast solution the following formulas can be given. The time that is necessary to transmit a packet is:

$$t_f = \max\{h + b, 512\} \cdot t_b + t_g \tag{1}$$

h is the number of header bits, b is the number of data bits. A frame is not allowed to be smaller than 512 bits, therefore the maximum must be taken. $t_b$ is the bit time, $t_g$ is the interframe gap time.

354

For the line topology a minimum cycle time $t_c$ can be calculated as:

$$t_c = 2(N+1)t_S + 2(N+2)t_f \qquad (2)$$

N is the number of field devices, $t_s$ is the switch delay time.



**Fig. 3.** Line Topology (top left), Ring Topology (top right) and Tree Topology (bottom)

For the ring topology the minimum cycle time is:

$$t_c = (N+3)t_S + 2(N+2)t_f \qquad (3)$$

And the same for the tree topology, where E is the number of switch levels:

$$t_c = 2Et_S + (2E+N+1)t_f \qquad (4)$$

For the multicast solution, the packet that is sent from the master to the field devices has the following transmission time:

$$t_{fm} = \max\{h+Nb;512\} \cdot t_b + t_g \qquad (5)$$

355

The answers from the field devices still need the same time as before:

$$t_{fa} = \max\{h + b; 512\} \cdot t_b + t_g \tag{6}$$

Again the minimum cycle time for the topologies are calculated:

Minimum cycle time for the line topology:

$$t_c = 2(N+1)t_S + (N+2)(t_{fm} + t_{fa}) \tag{7}$$

Minimum cycle time for the ring topology:

$$t_c =$$
$$\max\{t_1 + (N+1)t_S + (N+2)t_{fa}; (N+1)t_S + (N+2)t_{fm} + t_S + 2t_{fa}\} \tag{8}$$
$$+(N-1)t_{fa}$$

Minimum cycle time for the tree topology

$$t_c = 2\,E\,t_S + (E+1)t_{fm} + (E+N)t_{fa} \tag{9}$$

## 5  Presentation of the results

In order to present the calculated results, the following figures show plots of a comparison between the topologies. For the number of field devices the minimum cycle times are calculated and shown as a graph.



**Fig. 4.** Comparison of the topologies for the unicast solution

356

Figure 4 and 5 show the results of the topology comparison, when the unicast-solution is used (figure 4) and when the multicast-solution is chosen (figure 5). It can be seen, that the usage of unicasts is much faster (e.g. line topology, 300 devices, b=32: about 5.400 µs) than the multicast solution (about 34.000 µs for the same parameters). This is a result that has not been expected at the beginning. The main reason for it is the usage of store-and-forward switches. A packet has to be received completely before it can be transmitted to the next switch. If the packet is large and the number of switches is high, the system becomes slow. Optimization of the longest data-path by reordering the packets cannot be untertaken when using the multicast-solution.



**Fig. 5.** Comparison of the topologies for the multicast solution



**Fig. 6.** Influence of the number of bits per device (line topology)

As another example for visualized results, the figures 6, 7 and 8 present the minimum cycle time for the line topology when the number of data bits per device (figure 6), the type of protocol (figure 7) and the switch delay is a parameter. All numbers are based on the unicast-solution.



**Fig. 7.** Influence of the protocol (line topology)

The cycle time increases linearity with the I/O data size of the field devices, but if the size is smaller than 34 Bytes with SNAP, the frame must be padded to be at least 64 Bytes long. The type of the analyzed protocols has only little effect on the cycle time, connection oriented protocols like TCP would have a greater influence.



**Fig. 8.** Influence of the switch delay (line topology)

358

## 6 Conclusions

In this paper different topologies of Switched Ethernet networks applied to automation systems are analyzed. The theoretical minimum cycle time for a simple master-slave communication model is calculated based on line, ring and tree topology. Further parameters are the switch delay, the protocol type, the number of field devices and the I/O data size. Concerning the data transmission from the master to the field devices, two different concepts are investigated: the unicast- and the multicast-solution.

The results show, that the unicast-solution performs better than the multicast-solution. The tree topology achieves shorter cycle times, than line and ring topology. Another advantage of the tree topology is, that the number of required switches is smaller.

The ring topology performs better than the line topology. Especially the redundancy in case of an error is important for many applications. The problem is, that a special routing strategy and redundancy management is necessary.

Contact: rueping@hni.uni-paderborn.de

## References

1. Held, G., "Ethernet Networks: Design, Implementation, Operation, Management", Wiley, New York, 1996

2. IEEE Standard 802.3, "Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications", 1998

3. Johnson, H., "Fast Ethernet: Dawn of a new Network", Prentice Hall, New Jersey, 1996

4. Perlman, R., "Interconnections: Bridges und Routers", Addison Wesley, Bonn, 1993

5. Schnell, G., "Bussysteme in der Automatisierungstechnik", Vieweg, Braunschweig, 1996

6. IEEE Standard 802.1