# PLAINTIFFS' EXHIBIT 2

# Exhibit 2

## to

## '806 Patent Infringement Report

# Ethernet

## The Definitive Guide

Charles E. Spurgeon

O'REILLY®

*Beijing • Cambridge • Farnham • Köln • Paris • Sebastopol • Taipei • Tokyo*

*Ethernet: The Definitive Guide*
by Charles E. Spurgeon

Copyright © 2000 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 101 Morris Street, Sebastopol, CA 95472.

*Editors:* Mark Stone and Chuck Toporek

*Production Editor:* David Futato

*Cover Designer:* Hanna Dyer

*Printing History:*

      February 2000:            First Edition.

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks of O'Reilly & Associates, Inc. Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps. The association between the image of an octopus and the topic of Ethernet is a trademark of O'Reilly & Associates, Inc. SC connector is a trademark of NTT Advanced Technology Corporation. ST connector is a trademark of American Telegraph & Telephone.

Some portions of this book have been previously published and are reprinted here with permission of the author. Portions of the information contained herein are reprinted with permission from IEEE Std 802.3, Copyright © 1995, 1996, 1999, by IEEE. The IEEE disclaims any responsibility or

liability resulting from the placement and use in the described manner.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.

*Library of Congress Cataloging-in-Publication Data*
Spurgeon, Charles (Charles E.)
  Ethernet: the definitive guide / Charles E. Spurgeon
     p. cm.
  ISBN 1-56592-660-9 (alk. paper)
     1. Ethernet (Local area network system) I. Title.
  TK5105.8.E83 S67 2000
  004.6'8--dc21

                                                      99-086932

[M]

# TABLE OF CONTENTS

**Preface**                                                    **xi**

**I. Introduction to Ethernet**                                **1**

1. The Evolution of Ethernet                                    3

   History of Ethernet                                          3

   The Latest Ethernet Standard                                 8

   Organization of IEEE Standards                               10

   Levels of Compliance                                         13

   IEEE Identifiers                                             15

   Reinventing Ethernet                                         19

   Multi-Gigabit Ethernet                                       22

2. The Ethernet System                                         23

Four Basic Elements of Ethernet ............................................. 24

Ethernet Hardware ................................................................. 29

Network Protocols and Ethernet .............................................. 34

3. The Media Access Control Protocol ..................................... 39

The Ethernet Frame ............................................................... 40

Media Access Control Rules ................................................... 47

Essential Media System Timing .............................................. 50

Collision Detection and Backoff ............................................. 53

Gigabit Ethernet Half-Duplex Operation ................................. 60

Collision Domain ................................................................... 65

Ethernet Channel Capture ....................................................... 67

High-level Protocols and the Ethernet Frame ........................... 70

4. Full-Duplex Ethernet ........................................................ 76

Operation of Full-Duplex ....................................................... 77

Ethernet Flow Control ........................................................... 82

5. Auto-Negotiation .............................................................. 85

Development of Auto-Negotiation ........................................... 85

Basic Concepts of Auto-Negotiation ....................................... 86

Auto-Negotiation Signaling .................................................... 87

Auto-Negotiation Operation ................................................... 90

Parallel Detection ............................................. 94

Management Interface ....................................... 96

1000BASE-X Auto-Negotiation ........................ 96

**II. Ethernet Media Systems** ................................. 99

6. Ethernet Media Fundamentals ........................ 101

Attachment Unit Interface ................................ 102

Medium-Independent Interface ......................... 108

Gigabit Medium-Independent Interface ............ 114

Ethernet Signal Encoding ................................. 117

Ethernet Network Interface Card ...................... 122

7. Twisted-Pair Media System (10BASE-T) ....... 125

10BASE-T Signaling Components .................... 125

10BASE-T Media Components ......................... 128

10BASE-T Configuration Guidelines ............... 132

8. Fiber Optic Media System ............................. 134

Old and New Fiber Link Segments .................. 134

10BASE-FL Signaling Components .................. 136

10BASE-FL Media Components ....................... 137

Connecting a Station to 10BASE-FL Ethernet .. 139

10BASE-FL Configuration Guidelines ............. 140

9. Fast Ethernet Twisted-Pair Media System (100BASE-TX) .. 142

100BASE-TX Signaling Components ............... 142

100BASE-TX Media Components                                    145

Connecting a Station to 100BASE-TX Ethernet                    146

100BASE-TX Configuration Guidelines                            147

10. Fast Ethernet Fiber Optic Media System (100BASE-FX)        149

100BASE-FX Signaling Components                                149

100BASE-FX Media Components                                    152

Connecting a Station to 100BASE-FX Ethernet                    153

100BASE-FX Configuration Guidelines                            154

11. Gigabit Ethernet Twisted-Pair Media System                 156
(1000BASE-T)

1000BASE-T Signaling Components                                157

1000BASE-T Signal Encoding                                     158

1000BASE-T Media Components                                    160

Connecting a Station to 1000BASE-T Ethernet                    162

1000BASE-T Configuration Guidelines                            163

12. Gigabit Ethernet Fiber Optic Media System                  164
(1000BASE-X)

1000BASE-X Signaling Components                                165

1000BASE-X Signal Encoding                                     166

1000BASE-X Media Components                                    167

1000BASE-SX and 1000BASE-LX Media Components                   168

1000BASE-CX Media Components                                    169

1000BASE-SX and 1000BASE-LX Configuration Guidelines           171

13. Multi-Segment Configuration Guidelines                     173

Scope of the Configuration Guidelines                          174

Network Documentation                                          174

Collision Domain                                               174

Model 1 Configuration Guidelines for 10 Mbps                   176

Model 2 Configuration Guidelines for 10 Mbps                   177

Model 1 Configuration Guidelines for Fast Ethernet            184

Model 2 Configuration Guidelines for Fast Ethernet            186

Model 1 Configuration Guidelines for Gigabit Ethernet         190

Model 2 Configuration Guidelines for Gigabit Ethernet         191

Sample Network Configurations                                  193

III. Building Your Ethernet System                             203

14. Structured Cabling                                         205

Structured Cabling Systems                                     206

TIA/EIA Cabling Standards                                      207

Twisted-Pair Categories                                        211

Ethernet and the Category System                               213

Horizontal Cabling                                             214

New Twisted-Pair Standards                                      217

Identifying the Cables                                          219

Documenting the Cable System                                    221

Building the Cabling System                                     222

## 15. Twisted-Pair Cables and Connectors                      224

Category 5 Horizontal Cable Segment                            230

Eight-Position (RJ-45-Style) Jack                              230

Four-Pair Wiring Schemes                                       230

Modular Patch Panel                                            234

Work Area Outlet                                               235

Twisted-Pair Patch Cables                                      236

Building a Twisted-Pair Patch Cable                            239

Ethernet Signal Crossover                                      244

Twisted-Pair Ethernet and Telephone Signals                    248

## 16. Fiber Optic Cables and Connectors                       249

Fiber Optic Cable                                              249

10BASE-FL Fiber Optic Characteristics                          256

100BASE-FX Fiber Optic Characteristics                         257

1000BASE-X Fiber Optic Characteristics                         258

## 17. Ethernet Repeater Hubs                                  264

Collision Domain                                               265

Basic Repeater Operation                                       266

Repeater Buying Guide                                          269

10 Mbps Repeaters                                             276

100 Mbps Repeaters                                           281

1000 Mbps Gigabit Ethernet Repeater                          285

Repeater Management                                          286

Repeater Port Statistics                                     289

18. Ethernet Switching Hubs                                   298

Brief Tutorial on Ethernet Bridging                          299

Advantages of Switching Hubs                                 306

Switching Hub Performance Issues                             311

Advanced Features of Switching Hubs                          314

Network Design Issues with Switches                          320

Page ix

IV. Performance and Troubleshooting                          325

19. Ethernet Performance                                      327

Performance of an Ethernet Channel                           328

Measuring Ethernet Performance                               334

Network Performance and the User                             338

Network Design for Best Performance                          342

20. Troubleshooting                                           346

Reliable Network Design                                      347

Network Documentation                                        348

The Troubleshooting Model                                    350

Fault Detection                                              352

Fault Isolation                                              354

Troubleshooting Twisted-Pair Systems                         357

Troubleshooting Fiber Optic Systems                          361

Data Link Troubleshooting                                    364

Network Layer Troubleshooting                                368

**V. Appendixes**                                            371

A. Resources                                                 373

B. Thick and Thin Coaxial Media Systems                      383

C. AUI Equipment: Installation and Configuration             430

**Glossary**                                                 441

**Index**                                                    459

# PREFACE

This is a book about Ethernet, a local area network (LAN) technology that allows you to connect a variety of computers together with a low-cost and extremely flexible network system. Virtually every computer manufacturer today supports Ethernet, and this broad support, coupled with its low cost and high flexibility, are major reasons for Ethernet's popularity.

This book provides a comprehensive and practical source of information on the entire Ethernet system in a single volume. The goal of this book is to be definitive: to describe the entire range of Ethernet technology specified in the IEEE standard for Ethernet. This includes 10 Mbps Ethernet, 100 Mbps Fast Ethernet, 1000 Mbps Gigabit Ethernet, full-duplex Ethernet, descriptions of all

Ethernet media systems, and repeaters and repeater configuration guidelines. Also described in this book are switching hubs, structured cabling systems, network management, troubleshooting and more.

This book shows how Ethernet components can be combined to create Ethernet LANs. While some basic network designs are shown in this book, there are an infinity of network designs that can be built using Ethernet, ranging from the smallest workgroup on up to very large enterprise networks that support tens of thousands of computers.

The design of complete network systems that use Ethernet to carry data between computers is a major subject, and a number of books are needed to describe all of the issues that can be encountered. Since this book is about how Ethernet technology works, we stay focused on that topic. As anyone who reads the entire book would agree, this topic alone has more than enough detail for any single book to cover.

The Ethernet system has grown over the years, becoming ever larger and more complex. It now includes a wide variety of media systems, each based on its own particular set of hardware and each with its own configuration guidelines. This book covers all Ethernet systems that have ever been widely implemented, from the latest Gigabit Ethernet systems all the way back to the original coaxial cable systems. With this book you can support the entire range of Ethernet technology you may encounter.

As the Ethernet system has grown more complex, a number of misconceptions and misunderstandings have arisen about how Ethernet functions and how the system should be configured. To provide the most accurate information possible and to help combat incorrect "Ethernet folklore," I kept a complete set of official Ethernet standards at my elbow while writing this book and referred to them frequently. I have been working with Ethernet technology since the early 1980s, and that experience has included many hard-won lessons in network design and operation that have also made their way into this book.

## Ethernet Is Everywhere

There are a number of factors that have helped Ethernet to become so popular. Among these factors are cost, scalability, reliability, and widely available management tools.

### Cost

The rapid evolution of new capabilities in Ethernet has also been accompanied by a rapid decrease in the cost of Ethernet equipment. The widespread adoption of Ethernet technology created a large and fiercely competitive Ethernet marketplace, which drives down the cost of networking components. As a result, the consumer wins out in the process, with the marketplace providing a wide range of competitively priced Ethernet components to choose from.

### Scalability

The first industry-wide Ethernet standard was published in 1980. This standard defined a 10 Mbps system, which was very fast for the times, and which remained fast enough for most uses until the mid-1990s. The development of the 100 Mbps Fast Ethernet system in 1995 provided a tenfold increase in speed. Fast Ethernet has been a major success, and network interfaces that can automatically support both 10 and 100 Mbps operation are widely available, making the transition from 10 Mbps to 100 Mbps systems very easy to accomplish.

Page xiii

Applications tend to grow to fill all available bandwidth. To anticipate the rising demand, Gigabit Ethernet was developed in 1998, providing yet another tenfold increase in performance. All of this makes it possible for a network manager to provide high-speed backbone systems and connections to high-performance servers. Desktop machines can be connected to the original 10 Mbps Ethernet, 100 Mbps Fast Ethernet, or Gigabit Ethernet as required.

## *Reliability*

Ethernet uses a simple and robust transmission mechanism that reliably delivers data day in and day out at sites all over the world. Ethernet based on twisted-pair media was introduced in 1987, making it possible to provide Ethernet signals over a structured cabling system. Structured cabling provides a data delivery system for a building that is modeled on high-reliability cabling practices originally developed for the telephone system. This makes it possible to install a standards-based cabling system for Ethernet that is very reliable, as well as being simple, stable, and easy to manage.

## *Widely Available Management Tools*

The widespread acceptance of Ethernet brings another advantage, which is the wide availability of Ethernet management and troubleshooting tools. Management tools based on standards, such as the Simple Network Management Protocol (SNMP), make it possible for network administrators to keep track of an entire campus full of Ethernet equipment from a central location. Management capabilities embedded in Ethernet repeaters, switching hubs, and computer interfaces provide powerful network monitoring and troubleshooting capabilities.

## Design for Reliability

A major goal of this book is to help you design and implement reliable networks. Network reliability is of paramount importance to any networked organization. Information sharing between networked computers is an essential feature of today's workplace, and if the network fails, everything comes to a halt. This book shows you how to design reliable networks, how to monitor them and keep them working reliably, and how to fix them should something fail.

The wide range of Ethernet components and cabling systems that are available today provides enormous flexibility, making it possible to build an Ethernet to fit just about any circumstance. However, all this flexibility does have a price. The many varieties of Ethernet each have their own components and their own configuration rules, which can make the life of a network designer complex. Designing and implementing a reliable Ethernet system requires that you understand how

all

Page xiv

the bits and pieces fit together, and that you follow the official guidelines for the configuration of the media systems.

This book provides the complete set of official configuration guidelines for every commercially available media system, as well as the official guidelines for combining media systems. You'll also find a great deal of information on how to build media systems that meet the standards and that will function reliably.

## *Downtime Is Expensive*

Avoiding network downtime is important for a number of reasons, not least of which is the amount of money that downtime can cost. Some quick "back of the envelope" calculations can show how expensive network downtime can be. Let's assume that there are 1,000 users of the network at the Amalgamated Widget Company, and that their average annual salary including all overhead (benefits, pension, etc.) is $75,000. That comes to $75 million a year in employee costs.

Let's further assume that everyone in the company depends on the network to get their work done, and that the network is used 40 hours a week, for about 50 weeks of the year (excluding holidays). That's 2,000 hours of network operation. Dividing the annual employee cost by the hours of network operation shows that the network is supporting $37,500 per hour of employee cost during the year.

When we total up all of the network outages over the period of a year in our hypothetical corporation, we find that the network was down 2.5 percent of the time. That's an annual total of 50 hours, or one hour a week, or a mere 12 minutes each day. Fifty hours of network downtime at $37,500/hour is $1.8 million in lost productivity due to network outage. Obviously, our calculations are very "quick and dirty." We didn't bother to calculate the impact of network outages during times when no one is around, but during which times the network is still supporting critically important servers. Also, we're assuming that a network failure brings all operations to a halt, instead of trying to factor in the varying effects of localized failures that cause outages on only a portion of the network system. Nor do we try to estimate how much other work people could get done while the network is down, which would tend to lessen the impact.

However, the main point is clear: even small amounts of network downtime can cost a company quite a lot in lost productivity. That's why it's worth investing extra time, effort and money to create the most reliable network system you can afford.

Page xv

## Organization of This Book

The purpose of this book is to provide a comprehensive and practical guide to the entire Ethernet system. The emphasis is on practical issues, with minimal theory and jargon. Chapters are kept as

self-contained as possible, and many examples and illustrations are provided. The book is organized in five parts to make it easier to find the specific information you need.

These five parts provide:

• An introduction to the Ethernet standard which describes Ethernet operation in detail. This part of the book covers those portions of Ethernet operation that are common to all Ethernet media systems.

• A description of each of the Ethernet media systems, including 10-, 100-, and 1000 Mbps systems operating over twisted-pair and fiber optic cables. The older coaxial media systems are described in Appendix B, *Thick and Thin Coaxial Media Systems.*

• A description of structured cabling systems and the components and cables used in building your Ethernet system. These include twisted-pair and fiber optic cables, and repeater and switching hubs.

• A description of Ethernet performance and Ethernet troubleshooting.

• Appendixes and glossary.

### *Part I, Introduction to Ethernet*

Chapters 1–5 provide a tour of basic Ethernet theory and operation. This section includes the portions of Ethernet operation that are common to all of the Ethernet media systems, including the structure of the Ethernet frame and the operation of the media access control (MAC) system.

Chapter 1, *The Evolution of Ethernet*

Gives a brief guide to the history of Ethernet and the development of the IEEE 802.3 standard for Ethernet.

Chapter 2, *The Ethernet System*

Presents an overview of how the Ethernet system operates, introducing the major concepts.

Chapter 3, *The Media Access Control Protocol*

Provides an in-depth look at how the original half-duplex Ethernet channel operates.

Chapter 4, *Full-Duplex Ethernet*

Describes the full-duplex mode of Ethernet operation.

Chapter 5, *Auto-Negotiation*

Describes the auto-negotiation mechanisms used to automatically configure Ethernet equipment.

### *Part II, Ethernet Media Systems*

Chapter 6, *Ethernet Media Fundamentals,* provides an introduction to the basic media system

components used in all Ethernet media systems. This chapter is essential reading before going on to the individual media systems, described in Chapters 7–12. Chapter 13, *Multi-Segment Configuration Guidelines,* completes this part of the book with a description of the configuration guidelines that apply when linking media systems together with repeaters.

Each of the media system chapters are based on an identical format, which helps to organize and clearly present the information needed to cover all of the Ethernet media varieties. While every effort was made to avoid needless duplication of text, the identical format leads to some unavoidable repetition in these chapters. This is especially noticeable if you read several media chapters in a row.

Chapter 6, *Ethernet Media Fundamentals*

> Describes the Ethernet media components and the basic concepts that are common to each of the media systems.

Chapter 7, *Twisted-Pair Media System (10BASE-T)*

Chapter 8, *Fiber Optic Media System (10BASE-F)*

Chapter 9, *Fast Ethernet Twisted-Pair Media System (100BASE-TX)*

Chapter 10, *Fast Ethernet Fiber Optic Media System (100BASE-FX)*

Chapter 11, *Gigabit Ethernet Twisted-Pair Media System (1000BASE-T)*

Chapter 12, *Gigabit Ethernet Fiber Optic Media System (1000BASE-X)*

> Describe the hardware components and official configuration guidelines for each media variety.

Chapter 13, *Multi-Segment Configuration Guidelines*

> Describes the official guidelines for combining media varieties using repeaters.

## Part III, Building Your Ethernet System

Chapter 14 describes the structured cabling standards. Chapters 15 and 16 provide information on the configuration and construction of twisted-pair and fiber optic cable segments; Chapters 17 and 18 describe how to design and build Ethernet systems using repeaters and switches.

Chapter 14, *Structured Cabling*

> Describes structured cabling systems and the structured cabling standards that specify how these systems are built.

Chapter 15, *Twisted-Pair Cables and Connectors*

> Describes the twisted-pair cables and components used in twisted-pair network segments.

Chapter 16, *Fiber Optic Cables and Connectors*

Describes the fiber optic cables and components used in fiber optic network segments.

Chapter 17, *Ethernet Repeater Hubs*

Describes the operation and management of Ethernet repeater hubs and how to design networks using them.

Chapter 18, *Ethernet Switching Hubs*

Describes the operation and management of Ethernet switching hubs and how to design networks using them.

## Part IV, Performance and Troubleshooting

Chapters 19 and 20 cover network performance and network troubleshooting.

Chapter 19, *Ethernet Performance*

Describes Ethernet system performance and how to measure overall network performance.

Chapter 20, *Troubleshooting*

Describes how to go about troubleshooting problems when they occur.

## Part V, Appendixes

Appendix A, *Resources*

Describes additional sources of information on Ethernet, including books, periodicals, and web sites.

Appendix B, *Thick and Thin Coaxial Media Systems*

Describes the thick and thin coaxial media systems and hardware components.

Appendix C, *AUI Equipment: Installation and Configuration*

Describes equipment and configuration issues based on the original 15-pin Ethernet AUI.

*Glossary*

Provides concise definitions of the acronyms and technical terms relevant to Ethernet.

## Online References

A number of online references are provided in this book, based on the Universal Resource Locators (URLs) used on the World Wide Web. Web references are live

in the sense that the Web is constantly evolving and changing, which may render a reference obsolete. Sometimes a replacement link will be left, pointing to the new location for the information.

If that happens, all you have to do is click on the new link to find what you're looking for.

Other times a site may be reorganized in a manner that leaves no forwarding link to the new location. If an online reference no longer works, you can try several approaches to finding the material.

One method is to access the top-level web page by using the first part of the URL, which specifies the domain name of the site. For example, if the URL *http://www.bellereti.com/ethernet/ethernet.html* should fail to work, you could try just the domain name portion of the URL, located inside the first set of slashes, *http://www.bellereti.com,* and see what you find there.

Some web sites may also be equipped with a search feature that allows you to type in the name of the material you are looking for at that site. If all else fails, you can try one of the many web search sites that will search the entire Web for the subjects you're looking for.

## How to Use This Book

The goal of this book is to provide the information needed for you to understand and operate any Ethernet system. For example, if you are a newcomer to Ethernet and you need to know how twisted-pair Ethernet systems work, then you can start with the chapters in Part I. After reading those chapters, you can go to the twistedpair media chapters in Part II, as well as the twisted-pair cabling information in Part III. Twisted-pair segments can be connected together with both repeater hubs and switching hubs, and these are also described in Part III. Experts in Ethernet can use the book as a reference guide and jump directly to those chapters that contain the reference information they need.

## Conventions Used in This Book

• `Constant Willison` is used for program examples, attribute value literals, start- and end-tags, and source code example text.

• *`Constant Willison Oblique`* is used for "replaceable" text or variables. Replacement text is text that describes something you're supposed to type, like a *`filename,`* in which the word "filename" acts as a placeholder for the actual filename.

• *Garamond Italic* is used for filenames and URLs.

• URLs (*http://www.oreilly.com/*) are presented in parenthesis after the name of the resource they describe in the book.

 The owl icon designates a note, which is an important aside to its nearby text.

 The turkey icon designates a warning relating to the nearby text.

## How to Contact Us

We have tested and verified the information in this book to the best of our ability, but you may find that features have changed (or even that we have made mistakes!). Please let us know about any errors you find, as well as your suggestions for future editions, by writing to:

O'Reilly & Associates, Inc.
101 Morris Street
Sebastopol, CA 95472
1-800-998-9938 (in the U.S. or Canada)
1-707-829-0515 (international/local)
1-707-829-0104 (fax)

You can also send us messages electronically. To be put on the mailing list or request a catalog, send email to:

    info@oreilly.com

To ask technical questions or comment on the book, send email to:

    bookquestions@oreilly.com

The web site for *Ethernet: The Definitive Guide* lists errata and plans for future editions. You can access this page at:

    http://www.oreilly.com/catalog/ethernet/

Page xx

For more information about this book and others, see the main O'Reilly web site:

    http://www.oreilly.com/

## Acknowledgments

This book would not have been possible without the help of many people. First and foremost, I would like to thank the inventor of Ethernet, Bob Metcalfe, and his fellow researchers at Xerox PARC. Their work revolutionized the way computers are used, unleashing a powerful new communications technology based on information sharing applications running on computers linked with networks. I also thank the many engineers who have voluntarily given their time in countless IEEE standards meetings to help develop the Ethernet system and to write the Ethernet specifications.

I would like to thank Mark Stone, executive editor for O'Reilly's Open Source editorial group, for

his interest in this project and for all the work that he and his colleagues at O'Reilly & Associates have put into making this book possible. Chuck Toporek at O'Reilly has spent many hours applying his copyediting skills to excellent effect, for which I thank him. Thank you to Hanna Dyer for the cover design, and David Futato, the production editor for this book. Chris North, Eric Pearce, Jesse Robbins, and Rich Seifert provided reviews of the manuscript that helped improve the final work. It's difficult for busy people to find time to provide a detailed review and to compile useful responses for a large manuscript such as this one, and I am especially grateful to the reviewers who were able to do so. Of course, I alone am responsible for any remaining errors.

Finally, I wish to thank my wife, Joann Zimmerman, for enduring yet another book project, and for her patience, her unstinting support, and her editing skills. Without her very able assistance, this book would not have been possible.

# I
# INTRODUCTION TO ETHERNET

The first part of this book provides a tour of basic Ethernet theory and operation. These chapters cover those portions of Ethernet operation that are common to all Ethernet media systems. Common portions include the Ethernet frame, the operation of the media access control system, full-duplex mode, and the AutoNegotiation protocol.

Part I contains these chapters:

• Chapter 1, *The Evolution of Ethernet*

• Chapter 2, *The Ethernet System*

• Chapter 3, *The Media Access Control Protocol*

• Chapter 4, *Full-Duplex Ethernet*

• Chapter 5, *Auto-Negotiation*

# 1
# The Evolution of Ethernet

*In this chapter:*

• *History of Ethernet*

• *The Latest Ethernet Standard*

• *Organization of IEEE Standards*

• *Levels of Compliance*

• *IEEE Identifiers*

• *Reinventing Ethernet*

• *Multi-Gigabit Ethernet*

Ethernet is by far the most widely used local area networking (LAN) technology in the world today. Market surveys indicate that hundreds of millions of Ethernet network interface cards (NICs), repeater ports, and switching hub ports have been sold to date, and the market continues to grow. In total, Ethernet outsells all other LAN technologies by a very large margin.

Ethernet reached its 25th birthday in 1998, and has seen many changes as computer technology evolved over the years. Ethernet has been constantly reinvented, evolving new capabilities and in the process growing to become the most popular network technology in the world.

This chapter describes the invention of Ethernet, and the development and organization of the Ethernet standard. Along the way we provide a brief tour of the entire set of Ethernet media systems.

## History of Ethernet

On May 22, 1973, Bob Metcalfe (then at the Xerox Palo Alto Research Center, PARC, in California) wrote a memo describing the Ethernet network system he had invented for interconnecting advanced computer workstations, making it possible to send data to one another and to high-speed laser printers. Probably the bestknown invention at Xerox PARC was the first personal computer workstation with graphical user interfaces and mouse pointing device, called the Xerox Alto. The PARC inventions also included the first laser printers for personal computers, and, with the creation of Ethernet, the first high-speed LAN technology to link everything together.

This was a remarkable computing environment for the time, since the early 1970s were an era in which computing was dominated by large and very expensive

mainframe computers. Few places could afford to buy and support mainframes, and few people knew how to use them. The inventions at Xerox PARC helped bring about a revolutionary change in

the world of computing.

A major part of this revolutionary change in the use of computers has been the use of Ethernet LANs to enable communication among computers. Combined with an explosive increase in the use of information sharing applications such as the World Wide Web, this new model of computing has brought an entire new world of communications technology into existence. These days, sharing information is most often done over an Ethernet; from the smallest office to the largest corporation, from the single schoolroom to the largest university campus, Ethernet is clearly the networking technology of choice.

## *The Aloba Network*

Bob Metcalfe's 1973 Ethernet memo describes a networking system based on an earlier experiment in networking called the Aloha network. The Aloha network began at the University of Hawaii in the late 1960s when Norman Abramson and his colleagues developed a radio network for communication among the Hawaiian Islands. This system was an early experiment in the development of mechanisms for sharing a common communications channel—in this case, a common radio channel.

The Aloha protocol was very simple: an Aloha station could send whenever it liked, and then waited for an acknowledgment. If an acknowledgment wasn't received within a short amount of time, the station assumed that another station had also transmitted simultaneously, causing a *collision* in which the combined transmissions were garbled so that the receiving station did not hear them and did not return an acknowledgment. Upon detecting a collision, both transmitting stations would choose a random backoff time and then retransmit their packets with a good probability of success. However, as traffic increased on the Aloha channel, the collision rate would rapidly increase as well.

Abramson calculated that this system, known as *pure Aloha,* could achieve a maximum channel utilization of about 18 percent due to the rapidly increasing rate of collisions under increasing load. Another system, called *slotted Aloha,* was developed that assigned transmission slots and used a master clock to synchronize transmissions, which increased the maximum utilization of the channel to about 37 percent. In 1995, Abramson received the IEEE's Koji Kobayashi Computers and Communications Award "for development of the concept of the Aloha System, which led to modern local area networks."

## *Invention of Ethernet*

Metcalfe realized that he could improve on the Aloha system of arbitrating access to a shared communications channel. He developed a new system that included a mechanism that detected when a collision occurred (*collision detect*). The system also included "listen before talk," in which stations listened for activity (*carrier sense*) before transmitting, and supported access to a shared channel by multiple stations (*multiple access*). Put all these components together, and you can see why the Ethernet channel access protocol is called Carrier Sense Multiple Access with Collision Detect (CSMA/CD). Metcalfe also developed a more sophisticated backoff algorithm, which, in