[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES**<br><br>JURY TRIAL DEMANDED |
|---|---|

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Microsoft Corporation and Microsoft Mobile, Inc. (collectively, "Microsoft"), through counsel, hereby respectfully file this Stipulation and [Proposed] Order requesting that the Court: (1) stay the pending Philips/Microsoft Summary Judgment and *Daubert* motions; and (2) vacate all existing pretrial deadlines in the Philips/Microsoft case (listed below and set forth in Dkt. No. 573).[1] Philips and Microsoft recently have executed a settlement agreement regarding all claims between them in this action. However, there are some post-execution aspects of that settlement agreement that must be performed before the Philips/Microsoft case can be formally dismissed. Philips and Microsoft expect to submit a stipulated dismissal of the claims at issue within thirty (30) calendar days from the date of entry of the Court's order on this Stipulation.

It is well-settled that a district court has broad discretion to control its own docket and manage its own calendar. *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *see also, e.g., Agcaoili v. Gustafson*, 844 F.2d 620, 624 (9th Cir. 1988) ("A trial court has the power to control its own calendar."); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (district courts possess "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants."); *Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

Philips and Microsoft hereby stipulate and agree as follows:

WHEREAS, Philips and Microsoft recently have executed a settlement agreement regarding all claims between them in this Action; however, as noted, there are some post-execution aspects of that settlement agreement that must be performed before the case can be formally dismissed; and

WHEREAS, Philips and Microsoft believe that staying the below-listed pending Summary Judgment and *Daubert* motions and vacating existing pretrial deadlines is appropriate given the

---

[1] This Stipulation and [Proposed] Order does not concern the Summary Judgment and *Daubert* motions between Philips and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS") (Dkt. Nos. 711, 713, 724, 742, 751, and 766), which remain pending. This Stipulation does concern Microsoft's and ASUS's joint *Daubert* motion to exclude the expert opinions of Michael E. Tate (Dkt. No. 742) but only as between Philips and Microsoft.

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN
PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE
PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

1

parties' executed settlement agreement, and will allow Philips and Microsoft to avoid costly and unnecessary further litigation between them and will additionally conserve judicial resources by avoiding needlessly further burdening the Court's resources in deciding these motions and addressing pretrial filings in the Philips/Microsoft case.

NOW, THEREFORE, Philips and Microsoft, through counsel, hereby stipulate and respectfully request that the Court stay the following Summary Judgment and *Daubert* motions as indicated and vacate the existing pretrial deadlines (listed in full below):

**Pending Summary Judgment Motions To Be Stayed In Their Entirety:**

| Docket Number | Docket Text |
|---|---|
| 703 | Motion to Strike Regarding Philips' Daubert Motion to Exclude Testimony of Dr. Nisha Mody (Damages) filed by Koninklijke Philips N.V., U.S. Philips Corporation |
| 706 | Motion to Strike Motion to Exclude Untimely Theories in Dr. Mackenzie's Rebuttal Expert Report Served on Behalf of Microsoft Concerning U.S. Patent No. RE44,913 filed by Koninklijke Philips N.V., U.S. Philips Corporation |
| 709 | Motion To Exclude Certain Opinions in Dr. Rubin's Opening and Rebuttal Expert Reports Served on Behalf of Microsoft Concerning Patent No. 9,436,809 filed by Koninklijke Philips N.V., U.S. Philips Corporation |
| 718 | Motion for Partial Summary Judgment filed by Microsoft Corporation |
| 720 | MOTION to Strike Expert Opinions filed by Microsoft Corporation, Microsoft Mobile Inc. |
| 744 | MOTION for Partial Summary Judgment on Certain Affirmative Defenses raised by the Microsoft Defendants filed by Koninklijke Philips N.V., U.S. Philips Corporation |

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

2

**Pending Summary Judgment Motion To Be Stayed Solely as Between Philips and Microsoft:**

| Docket Number | Docket Text |
|---|---|
| 742 | Motion to Exclude Expert Opinions of Michael E. Tate (Damages) by Microsoft and ASUS filed by Microsoft Corporation, Microsoft Mobile Inc., ASUSTek Computer Inc. and ASUS Computer International |

**Pretrial Deadlines:**

| Event | Date |
|---|---|
| Last Day to Meet and Confer re: settlement, joint pretrial filings, and narrowing issues for trial | 1/7/2020 |
| Exhibit Sets Exchange (Each party serves every other party one set of proposed exhibits, charts, schedules, summaries, diagrams, and other documents to be used in case-in-chief (not including demonstratives) | 1/7/2020 |
| Witness List Exchange (names and brief description of subject matter of testimony – casein-chief only) Deposition/Interrogatory/RFA Designation Exchange (case-in-chief only) | 1/7/2020 |
| Motions in Limine | 1/14/2020 |
| File Joint Pretrial Statement, Jury Instructions, voir dire questions, verdict forms, statement of case, trial briefs, and oppositions to Motion in Limine | 1/21/2020 |
| Final Pretrial Conference | 2/11/2020 at 3:00PM |

Lastly, should the stipulating parties fail to submit a stipulated dismissal of the claims at issue within thirty (30) calendar days from the date of entry of the Court's order below counsel will meet and confer and approach the Court jointly for guidance at that time, if needed.

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

3

Dated: January 2, 2020

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

Respectfully submitted,

/s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

/s/ Christina McCullough
Judith Jennison (Bar No. 165929)
Christina McCullough (Bar No. 245944)
Ramsey M. Al-Salam (Bar No. 109506)
Antoine McNamara (Bar No. 261980)
Theresa H. Nguyen (Bar No. 284581)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
msft-philipsteam@perkinscoie.com

Chad Campbell (Bar No. 258723)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona, 85012
+1 (602) 351-8000
+1 (602) 648-7000 facsimile

Tiffany P. Cunningham (*pro hac vice*)
PERKINS COIE LLP
131 South Dearborn, Suite 1700
Chicago, Illinois, 60603
+1 (312) 324-8400
+1 (312) 324-9400 facsimile

Sarah E. Fowler (Bar No. 264838)
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
+1 (650) 838-4300
+1 (650) 838-4350

Patrick McKeever
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California, 92130-2080
+1 (858) 720-5722
+1 (858) 720-5822 facsimile

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

4

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated: January 2, 2020            /s/ Chris Holland

                                                    Chris Holland

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

5

# ORDER

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/3/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER REQUESTING THAT THE COURT STAY CERTAIN PENDING SUMMARY JUDGMENT AND *DAUBERT* MOTIONS AND VACATE PRETRIAL DEADLINES
CASE NO. 4:18-CV-01885-HSG

6