Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL <br><br> JURY TRIAL DEMANDED <br><br> **SUPPLEMENTAL DECLARATION OF MATTHEW S. WARREN REGARDING [844] ADMINISTRATIVE MOTION TO FILE UNDER SEAL PAPERS IN SUPPORT OF ASUS' OPPOSITION TO PHILIPS' MOTION TO EXCLUDE OPINIONS OF EXPERT WITNESS** <br><br> Judge:  Hon. Haywood S. Gilliam, Jr. |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California and admitted to practice in this District, and a partner at the law firm of Warren Lex LLP, counsel for non-party Google LLC ("Google") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. This declaration supplements the Declaration of Matthew S. Warren Regarding [794, 814, 817, 819, 836, 844] Administrative Motions to File Under Seal Papers in Support of HTC's and Philips' Motions for Summary Judgment, and HTC's, ASUS' and Philips' Motions to Exclude Opinions of Expert Witnesses, Docket No. 853.

3. In addition to the items set forth in Docket No. 853, Exhibit 18 to the Declaration of Julia Q. Peng in Support of ASUS' Administrative Motion to File Under Seal Its Opposition to Philips' Motion to Exclude Portions of Dr. Bulterman's Rebuttal Expert Report Concerning U.S. Patent No. 7,529,806 (the "Peng Declaration"), Docket No. 844-1, is an unredacted copy of excerpts from the April 25, 2019, Expert Report of Nathaniel Polish, Ph.D., Regarding Infringement by HTC of U.S. Patent No. 7,529,806, and contains non-party Google's proprietary and confidential information that could be used by Google's competitors to its disadvantage. Specifically, selected portions of Exhibit 18 to the Peng Declaration contain non-public technical information regarding accused products in this action, including detailed discussion of Google's highly confidential source code and how its products operate. Google maintains this information confidentially, and produced it under the protective order governing confidentiality in these actions, Docket No. 132. Google would suffer harm should the Court deny sealing of these portions of the exhibit, and accordingly requests the Court seal those portions of this exhibit. Attached as Exhibit A is a redacted version of this exhibit, with Google's confidential information removed. Because other parties have previously designated information in Dr. Polish's report as their confidential information, Google submits this document under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on January 15, 2020.

_____
Matthew S. Warren