Bruce Genderson *(pro hac vice)*
Kevin Hardy *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Kyle Thomason *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Non-Party Google LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**EXHIBIT TO SUPPLEMENTAL DECLARATION OF MATTHEW S. WARREN REGARDING [844] ADMINISTRATIVE MOTION TO FILE UNDER SEAL PAPERS IN SUPPORT OF ASUS' OPPOSITION TO PHILIPS' MOTION TO EXCLUDE OPINIONS OF EXPERT WITNESS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |