| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer *(pro hac vice)* | WARREN LEX LLP |
| David Krinsky *(pro hac vice)* | 2261 Market Street, No. 606 |
| Andrew Trask *(pro hac vice)* | San Francisco, California, 94114 |
| Kyle Thomason *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | |

*Attorneys for Non-Party Google LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG<br><br>JURY TRIAL DEMANDED<br><br>**ORDER GRANTING GOOGLE'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MATTHEW S. WARREN REGARDING DOCKET [844] ADMINISTRATIVE MOTION TO FILE UNDER SEAL PAPERS IN SUPPORT OF ASUS' OPPOSITION TO PHILIPS' MOTION TO EXCLUDE OPINIONS OF EXPERT WITNESS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Having considered Google's Unopposed Administrative Motion for Leave to File Supplemental Declaration of Matthew S. Warren Regarding Docket [844] Administrative Motion to File Under Seal Papers in Support of ASUS' Opposition to Philips' Motion to Exclude Opinions of Expert Witness and the concurrently filed Supplemental Declaration of Matthew S. Warren Regarding [844] Administrative Motion to File Under Seal Papers in Support of ASUS' Opposition to Philips' Motion to Exclude Opinions of Expert Witness ("Supplemental Warren Declaration"); and good cause appearing, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Date: 1/17/2020

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge