Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Stephen Yam (admitted *pro hac vice*)
syam@venable.com

Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com
Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com
Stephen J. Krachie (admitted *pro hac vice*)
skrachie@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**DECLARATION OF JONATHAN M. SHARRET IN SUPPORT OF PHILIPS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING PHILIPS' MOTION FOR DISMISSAL AND ENTRY OF PERMANENT INJUNCTION** |
|---|---|

# DECLARATION

I, Jonathan M. Sharret declare as follows:

1. I am an associate at Venable LLP, counsel for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips"). I submit this declaration in support of Philips' Administrative Motion to File Under Seal Regarding Philips' Motion for Dismissal and Entry of Permanent Injunction. I have personal knowledge of the facts contained in this declaration and could competently testify to the statements contained herein.

2. Pursuant to Civil Local Rules 7-11(a) and 79-5, Philips moves for an order permitting it to file the following under seal:

- The confidential, unredacted version of Philips' Motion for Dismissal and Entry of Permanent Injunction
- A confidential, unredacted version of Exhibit 1 to the Declaration of Jonathan M. Sharret in Support of Philips' Motion for Dismissal and Entry of Permanent Injunction

3. This administrative motion is made on the grounds that Exhibit 1 to Philips' Motion for Dismissal and Entry of Permanent Injunction consists of or discusses material and/or information that is confidential and proprietary to both Philips and YiFang USA, Inc. d/b/a/ E-Fun Inc. ("YiFang"). Exhibit 1 is a confidential settlement agreement between Philips and YiFang, which contains the confidential information of both parties, including but not limited to confidential business, banking, and licensing information. Furthermore, pursuant to the settlement agreement, the parties have agreed that the terms of the settlement agreement are confidential and cannot be made public. As such both Philips and YiFang would suffer harm if the Court denied this Administrative Motion. *Big Baboon, Inc. v. SAP America, Inc.*, No. 4:17-cv-02082-HSG, 2019 WL 1791421 at *5 (N.D. Cal. Apr. 24, 2019) (granting motion to seal because the exhibits contained confidential pricing information that could be harmful if public and the documents were "narrowly tailored to seal only sealable material"); *Synchross Techs., Inc. v. Dropbox Inc.*, No. 16-cv-00119-HSG, 2018 WL 6002319, at *3 (N.D. Cal. Nov. 15, 2018) (granting motions to seal documents which disclosed confidential business strategies and information); *FTC v. Qualcomm Inc.*, No. 17-CV-220-LHK,

2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (granting motion to seal as information may "divulge[] terms of confidential contracts, contract negotiations, or trade secrets").

4. In addition, throughout the unredacted version of Philips' Motion for Dismissal and Entry of Permanent Injunction, Philips quotes, summarizes, discusses, and otherwise relies on the designated material and the information identified herein.

5. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 24, 2020 in New York, New York

        /s/ *Jonathan M. Sharret*
        Jonathan M. Sharret