[All counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATED AND UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL; ORDER** |

**INTRODUCTION**

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft") have entered into a confidential settlement agreement resolving all claims between them in this action ("the Philips/Microsoft Claims").

Therefore, Philips and Microsoft jointly file this motion under Civil L.R. 7-12 asking the Court to enter the parties' Stipulation of Dismissal filed herewith, which dismisses the Philips/Microsoft Claims pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Rule 41(a)(2)") under the terms set forth in that Stipulation of Dismissal.

Of note, lead counsel for Philips has attempted to meet and confer with counsel for all the remaining parties to this action, namely, HTC Corp. and HTC America, Inc. (collectively, "HTC"), ASUS Computer International and ASUSTeK Computer, Inc. (collectively, "ASUS"), and YiFang USA Inc. d/b/a E-Fun, Inc. ("YiFang"), regarding this motion. While YiFang has not responded to date, HTC and ASUS have both indicated they will not oppose this motion.

**BRIEF PROCEDURAL BACKGROUND**

Philips initially filed this patent infringement action in the District of Delaware (1:15-cv-1126-GMS), asserting, among other things, that certain of HTC's, Asus's, and YiFang's computing devices include hardware and/or software containing functionality covered by one more claims of the patents-in-suit ("Related Actions").

Subsequently, Microsoft filed a Complaint in Intervention in the Asus action and the YiFang action as the supplier of the operating system incorporated into some of Asus's and YiFang's accused products. In their collective pleadings, Microsoft asserts against Philips counterclaims of non-infringement under the Declaratory Judgments Act, 28 U.S.C. §§ 2201(a) and 2202, and Philips asserts against Microsoft claims of direct and indirect infringement. Dkt. Nos. 74, 86, 93, 154.

On March 27, 2018, this action and the Related Actions were transferred to this Court from the District of Delaware, and all of these cases were consolidated under the above-captioned case.

As indicated, with the present motion, Philips and Microsoft jointly move the Court to dismiss all of the Philips/Microsoft Claims under the terms of the parties' Stipulation of Dismissal in

view of their confidential settlement agreement. However, this motion does not seek any relief with respect to the pending claims between Philips and any of HTC, ASUS, or YiFang.

## DISCUSSION

Under Rule 41(a)(2), after an opposing party has served an answer or motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Moreover, a "plaintiff may invoke Rule 41(a) to dismiss fewer than all of the parties to an action." *Schaeffer v. Gregory Vill. Partners, L.P.*, 2016 WL 9185388, at *1 (N.D. Cal. Jan. 26, 2016) (citing *Lake at Las Vegas Investors Group, Inc. v. Pac. Malibu Dev. Corp.*, 933 F.2d 724, 726 (9th Cir. 1991)).

The decision to grant or deny a request to dismiss pursuant to Rule 41(a)(2) is within this Court's sound discretion. *Id*. (citing *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980)). However, "[a] district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Id*. (quoting *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001)). Legal prejudice means "prejudice to some legal interest, some legal claim, [or] some legal argument." *Id*. (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996)).

Here, YiFang has thus far voiced no objection, and HTC and ASUS have indicated that they do not oppose this motion. Moreover, via this Stipulated and Unopposed Motion, Philips and Microsoft do not ask the Court to take any action with respect to any of the claims pending between Philips and any of HTC, ASUS, or YiFang. As a result, HTC, ASUS, and YiFang will suffer no legal prejudice as a result of the dismissal of the Philips/Microsoft Claims.

## CONCLUSION

For these reasons, the parties respectively request that the Court grant this motion and enter the parties' Stipulation of Dismissal filed herewith as the order of this Court.

Dated: January 29, 2020

Respectfully submitted,

Chris Holland (SBN 164053)
Lori Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael Sandonato
Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (admitted *pro hac vice*)
Jason Dorsky (admitted *pro hac vice*)
Jonathan Sharret (admitted *pro hac vice*)
Joshua Calabro (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Sean McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
|  /s/ Christina McCullough<br>Judith Jennison (Bar No. 165929)<br>Christina McCullough (Bar No. 245944)<br>Ramsey M. Al-Salam (Bar No. 109506)<br>Antoine McNamara (Bar No. 261980)<br>Theresa H. Nguyen (Bar No. 284581)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington, 98101<br>+1 (206) 359-8000<br>+1 (206) 359-9000 facsimile<br>msft-philipsteam@perkinscoie.com<br><br>Chad Campbell (Bar No. 258723)<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona, 85012<br>+1 (602) 351-8000<br>+1 (602) 648-7000 facsimile | Tiffany P. Cunningham (*pro hac vice*)<br>PERKINS COIE LLP<br>131 South Dearborn, Suite 1700<br>Chicago, Illinois, 60603<br>+1 (312) 324-8400<br>+1 (312) 324-9400 facsimile<br><br>Sarah E. Fowler (Bar No. 264838)<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>+1 (650) 838-4300<br>+1 (650) 838-4350<br><br>Patrick McKeever<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, California, 92130-2080<br>+1 (858) 720-5722<br>+1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Microsoft Corporation and Microsoft Mobile Inc. (collectively, "Microsoft"), subject to the approval of the Court, that:

1. All claims asserted by Philips against Microsoft in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
2. All claims asserted by Microsoft against Philips in this action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
3. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 29, 2020

Respectfully submitted,

Chris Holland (SBN 164053)
Lori Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael Sandonato
Michael Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher Gerson (admitted *pro hac vice*)
Natalie Lieber (admitted *pro hac vice*)
Jason Dorsky (admitted *pro hac vice*)
Jonathan Sharret (admitted *pro hac vice*)
Joshua Calabro (admitted *pro hac vice*)
Daniel Apgar (admitted *pro hac vice*)
Sean McCarthy (admitted *pro hac vice*)
Robert Pickens (admitted *pro hac vice*)
Caitlyn Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | | |
|---|---|---|
| 1 | /s/ Christina McCullough | |
| | Judith Jennison (Bar No. 165929) | Tiffany P. Cunningham (*pro hac vice*) |
| 2 | Christina McCullough (Bar No. 245944) | PERKINS COIE LLP |
| | Ramsey M. Al-Salam (Bar No. 109506) | 131 South Dearborn, Suite 1700 |
| 3 | Antoine McNamara (Bar No. 261980) | Chicago, Illinois, 60603 |
| | Theresa H. Nguyen (Bar No. 284581) | +1 (312) 324-8400 |
| 4 | PERKINS COIE LLP | +1 (312) 324-9400 facsimile |
| | 1201 Third Avenue, Suite 4900 | |
| 5 | Seattle, Washington, 98101 | Sarah E. Fowler (Bar No. 264838) |
| | +1 (206) 359-8000 | PERKINS COIE LLP |
| 6 | +1 (206) 359-9000 facsimile | 3150 Porter Drive |
| | msft-philipsteam@perkinscoie.com | Palo Alto, CA 94304 |
| 7 | | +1 (650) 838-4300 |
| 8 | Chad Campbell (Bar No. 258723) | +1 (650) 838-4350 |
| | PERKINS COIE LLP | |
| 9 | 2901 North Central Avenue, Suite 2000 | Patrick McKeever |
| | Phoenix, Arizona, 85012 | PERKINS COIE LLP |
| 10 | +1 (602) 351-8000 | 11452 El Camino Real, Suite 300 |
| 11 | +1 (602) 648-7000 facsimile | San Diego, California, 92130-2080 |
| | | +1 (858) 720-5722 |
| 12 | | +1 (858) 720-5822 facsimile |

*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants-in-Intervention Microsoft Corp. and Microsoft Mobile, Inc.*

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated: January 29, 2020 /s/ Chris Holland
Chris Holland

# **ORDER**

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Microsoft Corporation. and Microsoft Mobile Inc. (collectively, "Microsoft") Stipulated and Unopposed Motion for Voluntary Dismissal ("the Motion"). Having considered the moving papers before it and being fully advised, the Court finds and orders as follows:

The Motion is GRANTED in its entirety. The Stipulation of Dismissal filed with the Motion is entered as the Order of this Court, and all claims asserted by Philips against Microsoft or by Microsoft against Philips in the above-captioned case are DISMISSED pursuant to the terms of that stipulation.

IT IS SO ORDERED.

DATED: 1/31/2020

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge