UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 18-cv-01885-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. Nos. 949, 964 |

ASUS's motion for summary judgment is under submission. Dkt. Nos. 724, 945. ASUS has recently filed notices of rulings regarding the '913 Patent and '806 Patent. Dkt. Nos. 949, 964. On January 6, 2020, the Federal Circuit reversed the PTAB's decision and held that claims 1 and 3–16 of the '913 patent are unpatentable for obviousness. Dkt. No. 949, Ex. 1. As to the '806 Patent, the Federal Circuit's January 30, 2020 order affirmed the PTAB's decision that claims 1–11 of the '806 Patent are unpatentable as obvious. Dkt. No. 964, Ex. 1.

In light of these decisions, the Court directs the parties to submit simultaneous supplemental briefs of no more than seven pages by February 14, 2020, setting out their views regarding the effect of the Federal Circuit's opinions on Plaintiff's claims against ASUS. The parties should address the potential impact as to both the asserted claims on which ASUS sought summary judgment and the asserted claims on which it did not. With respect to claims in the latter category, the parties should explain their views as to whether the Court should consider granting ASUS leave to file a further motion for summary judgment as to those claims, given the Federal Circuit's unpatentability finding.

The Court intends to set the trial on any claims remaining after it resolves ASUS's summary judgment motion for Fall 2020. Once the motion is resolved, the Court will set a further

case management conference to discuss the schedule for pretrial proceedings and trial.

**IT IS SO ORDERED.**

Dated: 2/4/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge