United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE KONINKLIJKE PHILIPS PATENT LITIGATION

This Document Relates To:

ALL ACTIONS

Case No. 18-cv-01885-HSG

**ORDER REGARDING ASUS'S AND PHILIPS'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND DAUBERT MOTIONS**

Re: Dkt. Nos. 724, 751, 711, 713, 766, 742

On this date, the Court entered an Order, under seal, that granted in part and denied in part ASUS's motion for partial summary judgment (Dkt. No. 724) and denied Philips's motion for partial summary judgment (Dkt. No. 751). The Court separately entered an Order, under seal, addressing the parties' *Daubert* motions. Dkt. Nos. 711, 713, 766, 742. Each of these Orders contains information the parties sought to be sealed in their briefing.

In light of the "strong presumption in favor of [public] access," the Court will file an unsealed version of these Orders no later than May 13, 2020. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The summary judgment Order will not be redacted unless the parties file a joint statement by May 6, 2020 articulating *compelling* reasons to seal portions of the Order that outweigh the public interest in disclosure. *See id.* The statement shall attach a proposed redacted version of the Order. As to the *Daubert* Order, the parties (including any third party) may meet and confer and file a joint statement by May 6, 2020 identifying any portion of the Order for which good cause to seal exists. The statement shall articulate specific harm or prejudice that will occur if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002). A proposed

1  redacted version of the Order shall be attached.

4  **IT IS SO ORDERED.**

5  Dated: April 13, 2020

```
                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge
```