| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Kevin Hardy *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| Aaron Maurer *(pro hac vice)* | WARREN LEX LLP |
| David Krinsky *(pro hac vice)* | 2261 Market Street, No. 606 |
| Andrew Trask *(pro hac vice)* | San Francisco, California, 94114 |
| Kyle Thomason *(pro hac vice)* | +1 (415) 895-2940 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2964 facsimile |
| 725 Twelfth Street, N.W. | 18-1885@cases.warrenlex.com |
| Washington, D.C., 20005 | |
| +1 (202) 434-5000 | Michael J. Newton (Bar No. 156225) |
| +1 (202) 434-5029 facsimile | Sang (Michael) Lee *(pro hac vice)* |
| viceroy@wc.com | Derek Neilson *(pro hac vice)* |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-1885-HSG-EDL |
| | JURY TRIAL DEMANDED |
| | **NOTICE OF CHANGE IN COUNSEL FOR ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL** |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Civil L.R. 5-1(c)(2)(C), Angela M. He of Warren Lex LLP hereby withdraws as attorney of record for Defendants ASUSTeK Computer Inc. and ASUS Computer International ("ASUS"). Warren Lex LLP and its other attorneys, as well as Alston & Bird LLP and Williams & Connolly LLP, will continue to represent ASUS in this matter.

Date: April 15, 2020

Respectfully submitted,

Matthew S. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorney for Defendants ASUSTeK Computer Inc. and ASUS Computer International*