| | |
|---|---|
| Michael P. Sandonato (admitted *pro hac vice*) | Jonathan M. Sharret (admitted *pro hac vice*) |
| msandonato@venable.com | jsharret@venable.com |
| John D. Carlin (admitted *pro hac vice*) | Joshua D. Calabro (admitted *pro hac vice*) |
| jcarlin@venable.com | jdcalabro@venable.com |
| Natalie Lieber (admitted *pro hac vice*) | Daniel A. Apgar (admitted *pro hac vice*) |
| ndlieber@venable.com | dapgar@venable.com |
| Christopher M. Gerson (admitted *pro hac vice*) | Robert S. Pickens (admitted *pro hac vice*) |
| cgerson@venable.com | rspickens@venable.com |
| Jason M. Dorsky (admitted *pro hac vice*) | Sean M. McCarthy (admitted *pro hac vice*) |
| jmdorsky@venable.com | smccarthy@venable.com |
| Stephen K. Yam (admitted *pro hac vice*) | Caitlyn N. Bingaman (admitted *pro hac vice*) |
| syam@venable.com | cnbingaman@venable.com |
| | Stephen J. Krachie (admitted *pro hac vice*) |
| | skrachie@venable.com |

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA  94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**PUBLIC VERSIONS OF EXHIBITS FILED WITH PRIOR ADMINISTRATIVE MOTIONS TO SEAL (DKT. NOS. 836, 872, AND 899)** |

On April 13, 2020, the Court issued an order (Dkt. No. 977) granting-in-part and denying-in-part Administrative Motions to Seal previously filed by Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") (Dkt. Nos. 710, 712, 726, 750, 836, 872, and 899).  In that order, the Court also directed the parties to file public versions of all documents for which the proposed sealing has been denied, to the extent the parties do not file a renewed motion to seal regarding those documents.  Given that Defendants ASUSTek Computer Inc. and Asus Computer International, Inc. (collectively, "ASUS") has not filed any renewed motion to seal or advised Philips of any intent to do so, Philips files herewith public versions of the following documents originally filed with Dkt. Nos. 836, 872, and 899:[1]

Docket No. 836:

- Philips' Opposition to ASUS's Motion for Summary Judgment ("Philips' MSJ Opp.") (previously filed as Dkt. No. 836-4).

- Exhibits 1, 2, 3, 15, 16, 19, 28, 30, 35, 38 to the Declaration of Caitlyn N. Bingaman in Support of Philips' MSJ Opp. (previously filed as Dkt. Nos. 836-6, 836-8, 836-9, 836-13, 836-14, 836-17, 836-18, 836-21, 836-23, 836-24).

Docket No. 872:

- Exhibit 11 to the Declaration of Caitlyn N. Bingaman in Support of Philips' Reply in Support of Philips' Motion to Exclude Untimely Theories of Dr. Dunlop (previously filed as Dkt. No. 872-3).

Docket No. 899:

- Philips' Reply in Support of Philips' Motion to Exclude Certain Opinions in Dr. Bulterman's Rebuttal Expert Report Served on Behalf of ASUS Concerning U.S. Patent No. 7,529,806 ("Philips' Bulterman Reply") (previously filed as Dkt. No. 899-4).

---

[1] Given the volume of documents at issue, Philips is filing documents originally filed with Dkt. Nos. 710, 712, 726, and 750 as a separate docket entry.

- Exhibits 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24 to the Declaration of Caitlyn N. Bingaman in Support of Philips' Bulterman Reply (previously filed as Dkt. Nos. 899-6, 899-8, 899-10, 899-12, 899-14, 899-16, 899-18, 899-20, 899-22, 899-24, 899-26, 899-28).

Dated: April 20, 2020

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Robert S. Pickens
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)
Stephen J. Krachie (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*