[All counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY 22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER**<br><br>JURY TRIAL DEMANDED |

On December 18, 2019, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") (collectively, the "Parties") jointly moved the Court to request that the Court take all pending Summary Judgment and *Daubert* motions solely as between Philips and HTC off calendar for the scheduled December 20, 2019 Hearing, in order to allow for completion of a formal settlement agreement between the Parties. Dkt. No. 941. The Court granted that motion on December 18, 2019, thereby effectively staying the claims between Philips and HTC in this action. Dkt. No. 942.

Thereafter, on January 21, 2020, the Parties advised the Court that they have executed a final, binding settlement agreement and moved the Court for a further stay of this action until April 24, 2020 solely as it pertains to disputes between Philips and HTC, in order for various terms of the confidential settlement to be completed, and so that the Philips/HTC case may be dismissed pursuant to stipulation by the Parties. Dkt. No. 955. The Court granted that motion on January 22, 2020, staying this action between Philips and HTC to April 24, 2020 and directing the parties to file by April 24, 2020 a joint status report of no more than two pages notifying the Court of the status of the parties' settlement if a stipulation of dismissal as to HTC is not filed by then. Dkt. No. 956.[1]

Given the Court's January 22, 2020 Order, the Parties' have met and conferred and believe that it would be beneficial to both Parties to continue to stay the claims between Philips and HTC in this action through July 10, 2020, while the Parties work together to complete the various international performance obligations under the settlement agreement. Among other things, the performance obligations under the Philips/HTC settlement agreement are not simply limited to this matter. Rather, the Parties' resolution involves issues which touch upon other disputes and intellectual property matters around the globe. Moreover, for the Court's information, the Parties anticipate that performance will be fully completed by June 30, 2020, and no further stays beyond

---

[1] The Court also directed Philips and HTC to show cause by January 24, 2020 why the pending motions for partial summary judgment and the *Daubert* motions as between Philips and HTC (Dkt. Nos. 707, 716, 717, 723, 729, 731, and 733) "should not be terminated as moot, without prejudice to renewal if the post-execution aspects of the settlement agreement are not completed." Dkt. No. 956. In response, Philips and HTC filed a stipulated request asking the Court to dismiss those pending motions, without prejudice to renewal, and the Court subsequently terminated those motions accordingly. Dkt. Nos. 957, 958.

JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF
SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY
22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

1

the one currently requested are expected to be necessary.  The Parties ask that the stay be extended to a week and a half beyond the anticipated completion date to July 10 to account for any potential complications and to allow the Parties the time necessary to file the anticipated stipulated dismissal.

As previously stated, it is well-settled that a district court has discretionary power to stay proceedings in its own court.  *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)).  In this instance, the Parties believe in good faith that a further stay of proceedings is appropriate and in the interests of justice, in order to avoid unnecessary further litigation and to conserve judicial resources by permitting them to complete various terms required by the confidential settlement agreement without further involvement of, or burden upon, the Court.

NOW, THEREFORE, Philips and HTC hereby stipulate and respectfully request that the Court issue a further stay of this action solely as it pertains to disputes between Philips and HTC for a period up to and including July 10, 2020, in order for various terms of the confidential settlement to be completed, so that the Philips/HTC case may be dismissed pursuant to stipulation.  Should the Parties for any reason fail to submit a stipulated dismissal of the claims at issue on or before July 10, counsel will meet and confer and approach the Court jointly for guidance and/or a further Case Management Conference at that time, if needed.

JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY 22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

2

Dated: April 22, 2020

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

   /s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

   /s/ Ryan McBrayer
Ryan McBrayer (*pro hac vice*)
Jonathan Putman (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101
+1 (206) 359-8000
+1 (206) 359-9000 facsimile
htc-philipsperkinsservice@perkinscoie.com

John P. Schnurer (Cal. Bar No. 185725)
Kevin Patariu (Cal. Bar No. 256755)
James Hurt (Cal. Bar No. 312390)
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, California, 92130
+1 (858) 720-5700
+1 (858) 720-5799 facsimile
htc-philipsperkinsservice@perkinscoie.com

Elizabeth Banzhoff (*pro hac vice*)
PERKINS COIE LLP
1900 16th Street, Suite 1400
Denver, Colorado 80202
+1 (303) 291-2397
+ 1 (303) 291-2497 facsimile
htc-philipsperkinsservice@perkinscoie.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

---

JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY 22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

3

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated: April 22, 2020         /s/ Chris Holland
                              Chris Holland

JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY 22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

4

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   4/27/2020

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

JOINT MOTION OF PHILIPS AND HTC FOR FURTHER STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS AND STATUS REPORT RESPONSIVE TO JANUARY 22, 2020 ORDER (DKT. NO. 956); [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

5