UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 18-cv-01885-HSG<br><br>**ORDER DIRECTING PUBLIC FILING OF SUMMARY JUDGMENT AND *DAUBERT* ORDERS**<br><br>Re: Dkt. Nos. 974, 975, 976 |

On April 13, 2020, the Court filed an Order, under seal, that granted in part and denied in part ASUS's motion for partial summary judgment and denied Philips's motion for partial summary judgment. Dkt. No. 975. The Court separately entered an Order, under seal, addressing the parties' *Daubert* motions Dkt. No. 974. Each of these Orders contained information the parties sought to seal in their briefing. The Court directed the parties to meet and confer and submit a joint statement identifying portions of the summary judgment Order for which compelling reasons to seal existed, as well portions of the *Daubert* Order for which good cause to seal existed. Dkt. No. 976.

The parties have now filed a joint statement requesting that the Court redact portions of the *Daubert* order for which good cause to seal has previously been found. Dkt. No. 990. Having previously determined that good cause to seal exists (Dkt. No. 977), the Court shall file a public version of the *Daubert* Order, dated *nunc pro tunc* to April 13, 2020, with the parties' redactions. The parties do not seek to redact any portion of the summary judgment Order. Accordingly, the Court shall file an unredacted public version of that Order, dated *nunc pro tunc* to April 13, 2020.

**IT IS SO ORDERED.**

Dated: May 11, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge