Michael P. Sandonato (admitted *pro hac vice*)
msandonato@venable.com
John D. Carlin (admitted *pro hac vice*)
jcarlin@venable.com
Natalie Lieber (admitted *pro hac vice*)
ndlieber@venable.com
Christopher M. Gerson (admitted *pro hac vice*)
cgerson@venable.com
Jason M. Dorsky (admitted *pro hac vice*)
jmdorsky@venable.com
Stephen K. Yam (admitted *pro hac vice*)
syam@venable.com

Jonathan M. Sharret (admitted *pro hac vice*)
jsharret@venable.com
Joshua D. Calabro (admitted *pro hac vice*)
jdcalabro@venable.com
Daniel A. Apgar (admitted *pro hac vice*)
dapgar@venable.com
Robert S. Pickens (admitted *pro hac vice*)
rspickens@venable.com
Sean M. McCarthy (admitted *pro hac vice*)
smccarthy@venable.com
Caitlyn N. Bingaman (admitted *pro hac vice*)
cnbingaman@venable.com
Stephen J. Krachie (admitted *pro hac vice*)
skrachie@venable.com

VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200

Chris Holland (SBN 164053)
cholland@hollandlawllp.com
Lori L. Holland (SBN 202309)
lholland@hollandlawllp.com
Ethan Jacobs (SBN 291838)
ejacobs@hollandlawllp.com

HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**STATUS REPORT REGARDING U.S. PATENT NO. 6,690,387 IN RESPONSE TO COURT'S ORDER GRANTING MICROSOFT'S MOTION TO STAY '064 CLAIMS (DKT. NO. 926)** |

On November 13, 2019, the Court granted defendant Microsoft Corporation and Microsoft Mobile Inc.'s (collectively "Microsoft") motion to stay all claims in this action related to U.S. Patent No. 7,184,064 (the "'064 Patent"), pending an order from the Federal Circuit affirming or reversing the Patent Trial and Appeal Board's ("PTAB") decision on U.S. Patent No. 6,690,387 (the "'387 Patent.") Dkt. No. 926.  In that Order, the Court also directed Microsoft and Philips to submit a joint status report every 180 days updating the Court on the status of the Federal Circuit proceeding, with the first of such reports being due on May 11, 2020.  *Id*. at 4.[1]

As the Court knows, Microsoft and Philips subsequently settled this action, and on January 31, 2020 the Court granted the parties' Stipulated and Unopposed Motion for Voluntary Dismissal, thereby dismissing Microsoft as party to this action.  Dkt. No. 965.  Nevertheless, given the Court's directive and out of an abundance of caution, Philips individually submits this status update regarding the '387 Patent.

Philips' appeal of the PTAB decision was docketed by the Federal Circuit on June 18, 2019 as *Koninklijke Philips N.V. v. Microsoft Corporation*, No. 19-2040.  On July 19, 2019, the U.S. Patent and Trademark Office ("USPTO") moved to intervene in the appeal to address a limited issue of the reviewability of the PTAB's decision to institute an inter partes review under 35 U.S.C. § 314.  Fed. Cir. Dkt. No. 10.  The Federal Circuit granted that motion on July 30, 2019.  Fed. Cir. Dkt. No. 14.

After the parties submitted full briefing on the appeal, Microsoft and Philips settled the case, and Microsoft moved to withdraw from the appeal.  Fed. Cir. Dkt. No. 41.  The Court granted Microsoft's motion to withdraw and explained that Microsoft's brief "will not be transmitted to the merits panel assigned to this case."  Fed. Cir. Dkt. No. 48.  Consequently, the USPTO moved to file a replacement brief addressing all of the issues on appeal, to replace its previously-filed brief, which addressed only limited jurisdictional issues.  Fed. Cir. Dkt. No. 51.  By order dated March 24, 2020, the Federal Circuit granted the USPTO's motion, and ordered that the USPTO's replacement

---

[1] The Court further directed the parties to file a joint status report within five days of the issuance of the Federal Circuit's decision, which has not yet occurred.  *Id*.

1

STATUS REPORT REGARDING U.S. PATENT NO. 6,690,387 IN RESPONSE TO COURT'S ORDER GRANTING MICROSOFT'S MOTION TO STAY '064 CLAIMS (DKT. NO. 926) CASE NO. 4:18-CV-1885-HSG

response brief is due no later than 60 days from the date of filing of the order (*i.e.*, May 23, 2020), and Philips' reply brief is due no later than 21 days thereafter. Fed. Cir. Dkt. No. 54. No further filings have occurred to date on the appeal.

Unless ordered otherwise, Philips will continue to file status reports as required by the Court's November 13, 2019 Order.

Dated: May 11, 2020

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Robert S. Pickens
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)
Stephen J. Krachie (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*