UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 18-cv-01885-HSG |
| | **SCHEDULING ORDER** |
| This Document Relates To:<br><br>ALL ACTIONS | |

On June 9, 2020, the Court held a further case management conference to discuss pretrial and trial dates for Plaintiffs' pending action against Defendants ASUS Computer International and ASUSTeK Computer Inc. Dkt. No. 999. The Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Court Deadline |
|---|---|
| Pretrial Conference | February 23, 2021 at 3:00 p.m. |
| 15-Day Jury Trial | April 19, 2021 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  6/10/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge