| | |
|---|---|
| Bruce Genderson *(pro hac vice)* | Matthew S. Warren (Bar No. 230565) |
| Aaron Maurer *(pro hac vice)* | Erika H. Warren (Bar No. 295570) |
| David Krinsky *(pro hac vice)* | WARREN LEX LLP |
| Andrew Trask *(pro hac vice)* | 2261 Market Street, No. 606 |
| Christopher A. Suarez *(pro hac vice)* | San Francisco, California, 94114 |
| WILLIAMS & CONNOLLY LLP | +1 (415) 895-2940 |
| 725 Twelfth Street, N.W. | +1 (415) 895-2964 facsimile |
| Washington, D.C., 20005 | 18-1885@cases.warrenlex.com |
| +1 (202) 434-5000 | |
| +1 (202) 434-5029 facsimile | Michael J. Newton (Bar No. 156225) |
| viceroy@wc.com | Sang (Michael) Lee *(pro hac vice)* |
| | Derek Neilson *(pro hac vice)* |
| | ALSTON & BIRD LLP |
| | 2200 Ross Avenue, Suite 2300 |
| | Dallas, Texas, 75201 |
| | +1 (214) 922-3400 |
| | +1 (214) 922-3899 facsimile |
| | asus-philips@alston.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | ) Case No. 4:18-cv-1885-HSG-EDL <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) **NOTICE OF CHANGE IN COUNSEL FOR** <br> ) **ASUSTEK COMPUTER INC. AND ASUS** <br> ) **COMPUTER INTERNATIONAL** <br> ) <br> ) Judge: Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, under Civil L.R.5-1(c)(2)(C), Kyle Thomason of Williams & Connolly LLP hereby withdraws as an attorney of record for defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS").  Williams & Connolly LLP and its other attorneys, as well as Alston & Bird LLP and Warren Lex LLP, will continue to represent ASUS in this matter.

Date:  November 12, 2020

Respectfully submitted,

/s/ Matthew S. Warren

Bruce Genderson *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Christopher A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C., 20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Michael J. Newton (Bar No. 156225)
Sang (Michael) Lee  *(pro hac vice)*
Derek Neilson (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas, 75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

Matthew S. Warren (Bar No. 230565)
Erika H. Warren (Bar No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*