Bruce Genderson *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*
Christoper A. Suarez *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
+1 (202) 434-5000
+1 (202) 434-5029 facsimile
viceroy@wc.com

Michael J. Newton (No. 156225)
ALSTON & BIRD LLP
2200 Ross Avenue, Ste. 2300
Dallas, Texas  75201
+1 (214) 922-3400
+1 (214) 922-3899 facsimile
asus-philips@alston.com

Matthew S. Warren (No. 230565)
Erika H. Warren (No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California  94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>JURY TRIAL DEMANDED<br><br>**NOTICE OF CHANGE IN COUNSEL FOR ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Court: Courtroom 2 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, under Civil L.R.5-1(c)(2)(C), Derek Neilson and Sang

3  (Michael) Lee of Alston & Bird LLP hereby withdraw as attorneys of record for defendants

4  ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS"). Alston & Bird

5  LLP and its other attorneys, as well as Williams & Connolly LLP and Warren Lex LLP, will

6  continue to represent ASUS in this matter.

8  Date: December 29, 2020                                Respectfully submitted,

Bruce Genderson *(pro hac vice)*
Aaron Maurer *(pro hac vice)*
David Krinsky *(pro hac vice)*
Andrew Trask *(pro hac vice)*                  _____
Christoper A. Suarez *(pro hac vice)*          Michael J. Newton (No. 156225)
WILLIAMS & CONNOLLY LLP                        ALSTON & BIRD LLP
725 Twelfth Street, N.W.                       2200 Ross Avenue, Ste. 2300
Washington, D.C.  20005                        Dallas, Texas  75201
+1 (202) 434-5000                              +1 (214) 922-3400
+1 (202) 434-5029 facsimile                    +1 (214) 922-3899 facsimile
viceroy@wc.com                                 asus-philips@alston.com

Matthew S. Warren (No. 230565)
Erika H. Warren (No. 295570)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California  94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
18-1885@cases.warrenlex.com

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*