1  [All counsel listed on signature page]

2
3
4
5          **IN THE UNITED STATES DISTRICT COURT**
6          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
7
8  | | |
   |---|---|
   | In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**JOINT MOTION OF PHILIPS AND ASUS FOR STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER**<br><br>JURY TRIAL DEMANDED |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS") (together, the "Parties") jointly submit this motion to stay pending completion of settlement agreement.

Philips and ASUS have reached and are in the process of executing a final, binding settlement agreement regarding the parties' claims in this action. However, as with prior settlement agreements in these consolidated actions, there are certain post-execution aspects of the Parties' binding settlement agreement that must be performed before this case can be formally dismissed.[1]

Therefore, in order to allow for completion of the settlement, the Parties hereby respectfully and jointly move the Court to: (1) stay this action for a period up to and including April 20, 2021; and (2) vacate existing calendar entries and deadlines, including the January 26, 2021 further Case Management Conference, the February 23, 2021 Pretrial Conference, the April 19, 2021 trial date, and related pretrial deadlines.[2] While the Parties expect the post-execution aspects of the agreement to be completed by early February 2021, a stay until April 20, 2021 is requested to allow additional time to address any issues that may arise and for the preparation and filing of dismissal papers with the Court.

It is well-settled that a district court has discretionary power to stay proceedings in its own court. *See Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1109 (9th Cir. 2005) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). In this instance, the Parties believe in good faith that a stay of proceedings is appropriate and in the interests of justice, in order to avoid unnecessary further litigation (including relating to the upcoming pretrial deadlines) and to conserve judicial resources by permitting them to complete various terms required by the confidential settlement agreement without further involvement of, or burden upon, the Court.

NOW, THEREFORE, Philips and ASUS hereby stipulate and respectfully request that the Court: (1) stay this action for a period up to and including April 20, 2021; and (2) vacate existing

---

[1] ASUS is the only remaining Defendant in these consolidated actions, because Philips and the other Defendants have settled their claims.
[2] *See* D.I.'s 1000 and 1005.

JOINT MOTION OF PHILIPS AND ASUS FOR STAY PENDING COMPLETION OF SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

1

calendar entries and deadlines, including the January 26, 2021 further Case Management Conference, the February 23, 2021 Pretrial Conference, the April 19, 2021 trial date. Should the Parties for any reason fail to submit a stipulated dismissal of the claims at issue prior to that time, counsel will meet and confer and approach the Court jointly for further guidance at that time, if needed.

Dated: January 15, 2021

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

JOINT MOTION OF PHILIPS AND ASUS FOR STAY PENDING COMPLETION OF
SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

2

| | |
|---|---|
| Bruce Genderson (*pro hac vice*)<br>Aaron Maurer (*pro hac vice*)<br>David Krinsky (*pro hac vice*)<br>Andrew Trask (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>+1 (202) 434-5000<br>+1 (202) 434-5029 facsimile<br>viceroy@wc.com<br><br>Matthew S. Warren (No. 230565)<br>Erika H. Warren (No. 295570)<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>18-1885@cases.warrenlex.com | /s/ Michael J. Newton<br>Michael J. Newton (No. 156225)<br>ALSTON & BIRD LLP<br>2200 Ross Avenue, Ste. 2300<br>Dallas, Texas 75201<br>+1 (214) 922-3400<br>+1 (214) 922-3899 facsimile<br>asus-philips@alston.com<br><br>*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

## **CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated: January 15, 2021                    /s/ Chris Holland
                                                                Chris Holland

JOINT MOTION OF PHILIPS AND ASUS FOR STAY PENDING COMPLETION OF
SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

3

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____           _____
                                         Hon. Haywood S. Gilliam, Jr.
                                         United States District Judge

JOINT MOTION OF PHILIPS AND ASUS FOR STAY PENDING COMPLETION OF
SETTLEMENT AGREEMENT; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG

4