[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL DISMISSAL**<br><br>JURY TRIAL DEMANDED |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS" and together with Philips, the "Parties") hereby stipulate and agree to a sixty (60) day conditional dismissal without prejudice of all claims asserted by Philips against ASUS and by ASUS against Philips, as proposed by the Court during the January 26, 2021 further Case Management Conference. At any time prior to the conclusion of the sixty (60) day period following entry of this Stipulation and Order, either Party may notify the Court if it does not wish the conditional dismissal to become final, in which case this conditional dismissal shall be vacated.  In the event that no such notice is provided, this conditional dismissal shall become final at the end of the sixty (60) day period following entry of this Stipulation and Order by the Court. The parties expect to vacate this conditional dismissal within the sixty (60) day period and file a Stipulated Motion for Voluntary Dismissal and [Proposed] Order in the format required by the Parties' confidential settlement agreement.

The conditional dismissal and any ultimate, voluntary dismissal and/or closure of this case shall be without prejudice pursuant to the Parties' confidential settlement agreement.  Each Party shall bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: January 28, 2021 | Respectfully submitted, |
| | /s/ Michael P. Sandonato |
| Chris Holland (SBN 164053) | Michael P. Sandonato (admitted *pro hac vice*) |
| Lori L. Holland (SBN 202309) | John D. Carlin (admitted *pro hac vice*) |
| HOLLAND LAW LLP | Christopher M. Gerson (admitted *pro hac vice*) |
| 220 Montgomery Street, Suite 800 | Natalie D. Lieber (admitted *pro hac vice*) |
| San Francisco, CA 94104 | Jason M. Dorsky (admitted *pro hac vice*) |
| Telephone: (415) 200-4980 | Stephen K. Yam (admitted *pro hac vice*) |
| Fax: (415) 200-4989 | Jonathan M. Sharret (admitted *pro hac vice*) |
| cholland@hollandlawllp.com | Joshua D. Calabro admitted *pro hac vice*) |
| lholland@hollandlawllp.com | Daniel A. Apgar (admitted *pro hac vice*) |
| | Sean M. McCarthy (admitted *pro hac vice*) |
| | Robert S. Pickens (admitted *pro hac vice*) |
| | Caitlyn N. Bingaman (admitted *pro hac vice*) |
| | |
| | VENABLE LLP |
| | 1290 Avenue of the Americas |
| | New York, New York, 10104 |
| | +1 (212) 218-2100 |
| | +1 (212) 218-2200 facsimile |
| | philipsprosecutionbar@venable.com |
| | |
| | *Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |
| | |
| Bruce Genderson (*pro hac vice*) | /s/ Michael J. Newton |
| Aaron Maurer (*pro hac vice*) | Michael J. Newton (No. 156225) |
| David Krinsky (*pro hac vice*) | ALSTON & BIRD LLP |
| Andrew Trask (*pro hac vice*) | 2200 Ross Avenue, Ste. 2300 |
| WILLIAMS & CONNOLLY LLP | Dallas, Texas 75201 |
| 725 Twelfth Street, N.W. | +1 (214) 922-3400 |
| Washington, D.C. 20005 | +1 (214) 922-3899 facsimile |
| +1 (202) 434-5000 | asus-philips@alston.com |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |
| | |
| Matthew S. Warren (No. 230565) | |
| Erika H. Warren (No. 295570) | |
| WARREN LEX LLP | |
| 2261 Market Street, No. 606 | |
| San Francisco, California 94114 | |
| +1 (415) 895-2940 | |
| +1 (415) 895-2964 facsimile | |
| 18-1885@cases.warrenlex.com | |

## CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated:  January 28, 2021        /s/ Chris Holland
                                Chris Holland

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____
　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　United States District Judge