[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE KONINKLIJKE PHILIPS PATENT LITIGATION | Case No. 4:18-cv-01885-HSG-EDL<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |

# INTRODUCTION

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Asustek Computer, Inc. and ASUS Computer International (collectively, "ASUS") have entered into a confidential settlement agreement resolving all claims between them in this action ("the Philips/ASUS Claims").

Therefore, Philips and ASUS jointly file this motion under Civil L.R. 7-12 asking the Court to enter the parties' Stipulation of Dismissal filed herewith, which dismisses the Philips/ASUS Claims pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Rule 41(a)(2)") under the terms set forth in that Stipulation of Dismissal.

# BRIEF PROCEDURAL BACKGROUND

Philips initially filed this patent infringement action in the District of Delaware (1:15-cv-1126-GMS), asserting, among other things, that certain of ASUS's computing devices include hardware and/or software containing functionality covered by one more claims of the patents-in-suit. Related actions were contemporaneously filed by Philips against other parties including, for example, HTC Corp. and HTC America, Inc. ("Related Actions").

Subsequently, Microsoft filed a Complaint in Intervention in the ASUS action (and other Related Actions) as the supplier of the operating system incorporated into some of ASUS's accused products. In their collective pleadings, Microsoft asserted against Philips counterclaims of non-infringement under the Declaratory Judgments Act, 28 U.S.C. §§ 2201(a) and 2202, and Philips asserted against Microsoft claims of direct and indirect infringement. Dkt. Nos. 74, 86, 93, 154.

On March 27, 2018, this action and the Related Actions were transferred to this Court from the District of Delaware, and all of these cases were consolidated under the above-captioned case.

As indicated, with the present motion, Philips and ASUS jointly move the Court to dismiss all of the Philips/ASUS Claims under the terms of the parties' Stipulation of Dismissal in view of their confidential settlement agreement.

## DISCUSSION

Under Rule 41(a)(2), after an opposing party has served an answer or motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Moreover, a "plaintiff may invoke Rule 41(a) to dismiss fewer than all of the parties to an action." *Schaeffer v. Gregory Vill. Partners, L.P.*, 2016 WL 9185388, at *1 (N.D. Cal. Jan. 26, 2016) (citing *Lake at Las Vegas Investors Group, Inc. v. Pac. Malibu Dev. Corp.*, 933 F.2d 724, 726 (9th Cir. 1991)).

The decision to grant or deny a request to dismiss pursuant to Rule 41(a)(2) is within this Court's sound discretion. *Id*. (citing *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980)). However, "[a] district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." *Id*. (quoting *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001)). Legal prejudice means "prejudice to some legal interest, some legal claim, [or] some legal argument." *Id*. (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996)).

ASUS is the only remaining defendant in this litigation and joins this motion. As a result, no prejudice will be suffered by any defendant.

## CONCLUSION

For these reasons, the parties respectively request that the Court grant this motion and enter the parties' Stipulation of Dismissal filed herewith as the order of this Court.

| | |
|---|---|
| Dated: March 26, 2021 | Respectfully submitted, |
| Chris Holland (SBN 164053)<br>Lori Holland (SBN 202309)<br>HOLLAND LAW LLP<br>220 Montgomery Street, Suite 800<br>San Francisco, CA 94104<br>Telephone: (415) 200-4980<br>Fax: (415) 200-4989<br>cholland@hollandlawllp.com<br>lholland@hollandlawllp.com | /s/ Michael P. Sandonato<br>Michael P. Sandonato (admitted *pro hac vice*)<br>John Carlin (admitted *pro hac vice*)<br>Christopher M. Gerson (admitted *pro hac vice*)<br>Natalie D. Lieber (admitted *pro hac vice*)<br>Jason M. Dorsky (admitted *pro hac vice*)<br>Stephen K. Yam (admitted *pro hac vice*)<br>Jonathan M. Sharret (admitted *pro hac vice*)<br>Joshua D. Calabro admitted *pro hac vice*)<br>Daniel A. Apgar (admitted *pro hac vice*)<br>Sean M. McCarthy (admitted *pro hac vice*)<br>Robert S. Pickens (admitted *pro hac vice*)<br>Caitlyn N. Bingaman (admitted *pro hac vice*)<br><br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, New York, 10104<br>+1 (212) 218-2100<br>+1 (212) 218-2200 facsimile<br>philipsprosecutionbar@venable.com<br><br>*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation* |

| | | |
|---|---|---|
| 1 | | */s/Michael J. Newton* |
| 2 | Bruce Genderson (pro hac vice) | Michael J. Newton (Bar No. 156225) |
| | Kevin Hardy (pro hac vice) | ALSTON & BIRD LLP |
| 3 | Aaron Maurer (pro hac vice) | 2828 North Harwood Street, Suite 1800 |
| | David Krinsky (pro hac vice) | Dallas, Texas, 75201 |
| 4 | WILLIAMS & CONNOLLY LLP | +1 (214) 922-3400 |
| | 725 Twelfth Street, N.W. | +1 (214) 922-3899 facsimile |
| 5 | Washington, District of Columbia, 20005 | asus-philips@alston.com |
| 6 | +1 (202) 434-5000 | |
| | +1 (202) 434-5029 facsimile | |
| 7 | viceroy@wc.com | Matthew S. Warren (Bar No. 230565) |
| | | Erika H. Warren (Bar No. 230565) |
| 8 | | WARREN LEX LLP |
| | | 2261 Market Street, No. 606 |
| 9 | | San Francisco, California, 94110 |
| 10 | | +1 (415) 895-2940 |
| | | +1 (415) 895-2964 facsimile |
| 11 | | 18-1885@cases.warrenlex.com |
| 12 | | |
| | | *Attorneys for Defendants ASUSTeK* |
| 13 | | *Computer Inc. and ASUS Computer* |
| | | *International* |

4

STIPULATED MOTION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER
CASE NO. 4:18-CV-01885-HSG-EDL

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Asustek Computer, Inc. and ASUS Computer International (collectively, "ASUS"), subject to the approval of the Court, that:

1. All claims asserted by Philips against ASUS in this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. All claims asserted by ASUS against Philips in this action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 26, 2021

Respectfully submitted,

Chris Holland (SBN 164053)
Lori Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

/s/ Michael P. Sandonato
Michael P. Sandonato (admitted *pro hac vice*)
John Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Bruce Genderson (pro hac vice) | */s/Michael J. Newton* |
| Kevin Hardy (pro hac vice) | Michael J. Newton (Bar No. 156225) |
| Aaron Maurer (pro hac vice) | ALSTON & BIRD LLP |
| David Krinsky (pro hac vice) | 2828 North Harwood Street, Suite 1800 |
| WILLIAMS & CONNOLLY LLP | Dallas, Texas, 75201 |
| 725 Twelfth Street, N.W. | +1 (214) 922-3400 |
| Washington, District of Columbia, 20005 | +1 (214) 922-3899 facsimile |
| +1 (202) 434-5000 | asus-philips@alston.com |
| +1 (202) 434-5029 facsimile | |
| viceroy@wc.com | Matthew S. Warren (Bar No. 230565) |
| | Erika H. Warren (Bar No. 230565) |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, California, 94110 |
| | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| | 18-1885@cases.warrenlex.com |

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**CIVIL L.R. 5-1(i) ATTESTATION**

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute this document on their behalf.

Dated:  March 26, 2021                                                    /s/ Chris Holland
                                                                                         Chris Holland

**[PROPOSED] ORDER**

The Court has now considered Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants Asustek Computer, Inc. and ASUS Computer International (collectively, "ASUS") Stipulated Motion for Voluntary Dismissal ("the Motion"). Having considered the moving papers before it and being fully advised, the Court finds and orders as follows:

The Motion is GRANTED in its entirety.  The Stipulation of Dismissal filed with the Motion is entered as the Order of this Court, and all claims asserted by Philips against ASUS or by ASUS against Philips in the above-captioned case are DISMISSED pursuant to the terms of that stipulation.

IT IS SO ORDERED.

DATED: _____                    _____
                                    Hon. Haywood S. Gilliam, Jr.
                                    United States District Judge