[All counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re Koninklijke Philips Patent Litigation | Case No. 4:18-cv-01885-HSG<br><br>**JOINT REQUEST TO VACATE ORDER REGARDING CONDITIONAL DISMISSAL DATED JANUARY 29, 2021; ORDER**<br><br>JURY TRIAL DEMANDED |

Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS" and together with Philips, the "Parties") hereby jointly request that the Court vacate the Order Regarding Conditional Dismissal dated January 29, 2021.

The parties have now finalized a confidential settlement agreement. Pursuant to that agreement, the parties seek to vacate the Order Regarding Conditional Dismissal and enter a Voluntary Dismissal in the format required by the parties' confidential settlement agreement. The parties are filing concurrently a Stipulated Motion for Voluntary Dismissal and [Proposed] Order in the format required by the parties' confidential settlement agreement.

Dated: March 26, 2021

Respectfully submitted,

Chris Holland (SBN 164053)
Lori L. Holland (SBN 202309)
HOLLAND LAW LLP
220 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: (415) 200-4980
Fax: (415) 200-4989
cholland@hollandlawllp.com
lholland@hollandlawllp.com

      /s/ Michael P. Sandonato      
Michael P. Sandonato (admitted *pro hac vice*)
John D. Carlin (admitted *pro hac vice*)
Christopher M. Gerson (admitted *pro hac vice*)
Natalie D. Lieber (admitted *pro hac vice*)
Jason M. Dorsky (admitted *pro hac vice*)
Stephen K. Yam (admitted *pro hac vice*)
Jonathan M. Sharret (admitted *pro hac vice*)
Joshua D. Calabro admitted *pro hac vice*)
Daniel A. Apgar (admitted *pro hac vice*)
Sean M. McCarthy (admitted *pro hac vice*)
Robert S. Pickens (admitted *pro hac vice*)
Caitlyn N. Bingaman (admitted *pro hac vice*)

VENABLE LLP
1290 Avenue of the Americas
New York, New York, 10104
+1 (212) 218-2100
+1 (212) 218-2200 facsimile
philipsprosecutionbar@venable.com

*Attorneys for Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation*

| | |
|---|---|
| Bruce Genderson (*pro hac vice*)<br>Aaron Maurer (*pro hac vice*)<br>David Krinsky (*pro hac vice*)<br>Andrew Trask (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>+1 (202) 434-5000<br>+1 (202) 434-5029 facsimile<br>viceroy@wc.com<br><br>Matthew S. Warren (No. 230565)<br>Erika H. Warren (No. 295570)<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>18-1885@cases.warrenlex.com | /s/ Michael J. Newton<br>Michael J. Newton (No. 156225)<br>ALSTON & BIRD LLP<br>2200 Ross Avenue, Ste. 2300<br>Dallas, Texas 75201<br>+1 (214) 922-3400<br>+1 (214) 922-3899 facsimile<br>asus-philips@alston.com<br><br>*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

### CIVIL L.R. 5-1(i) ATTESTATION

I, Chris Holland, hereby attest that I have been authorized by counsel for the parties listed above to execute and file this document on their behalf.

Dated: March 26, 2021         /s/ Chris Holland
                              Chris Holland

**ORDER**

**GOOD CAUSE APPEARING AND PURSUANT TO THE PARTIES' JOINT REQUEST, THE ORDER REGARDING CONDITIONAL DISMISSAL IS VACATED. IT IS SO ORDERED.**

DATED: 3/29/2021            _____
                              Hon. Haywood S. Gilliam, Jr.
                              United States District Judge